| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY ||
|---|---|
| IN RE: : | CHAPTER 11 |
| DARYL FRED HELLER : : : | CASE NO. 25-11354 |
| Debtor. : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

To:   CLERK, UNITED STATES BANKRUPTCY COURT

PLEASE NOTE that, pursuant to Bankruptcy Rule 9010(b), Albert A. Ciardi, III, Esquire of the law firm of Ciardi Ciardi & Astin appear for **Deerfield Capital, LLC**, a party in interest within the intent of the United States Bankruptcy Code, and request, pursuant to Bankruptcy Rule 2002(g), that all notices, given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the persons and addresses set forth below be added to the official matrix maintained in this proceeding by the Clerk of the Court:

Albert A. Ciardi, III
Ciardi Ciardi & Astin
1905 Spruce Street,
Philadelphia, PA 19103
Phone (215) 557-3550
Facsimile: (215) 557-3550
Email:  Aciardi@ciardilaw.com

It is further requested that in furtherance of its right to be heard, as provided in Section 1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007, and 9022, the above-designated persons to be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings,

requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interest of Deerfield Capital, LLC.

This Entry of Appearance and Request for Notices, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of the right: (i) to have final orders in non-core matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Deerfield Capital, LLC may be entitled, in law or in equity, all of which rights, actions, defenses, setoffs, and recoupments Deerfield Capital, LLC expressly reserve.

Respectfully submitted,

**CIARDI CIARDI & ASTIN**

By:   /s/ Albert A. Ciardi, III
Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA  19103
(215) 557-3550
(215) 557-3551 fax
aciardi@ciardilaw.com

Date:  February 10, 2025