# EXHIBIT E



**New Jersey Courts**

Your filing has been successfully submitted. Below are the details for your reference:

| Transaction ID: | EF-3151539 |
|---|---|
| Filing submitted by: | Albert Anthony Ciardi, Ciardi Ciardi & Astin |
| Filed date: | 01/31/2025 04:07:36 PM |
| | |
| Court/Division: | SCCO |
| Docket type: | |
| Filing type: | Recording of Foreign Judgment |
| Case number: | Not available |
| Filing fee: | $35.00 |
| Payment*: | $35.00 - JACS #145645 |

Documents filed:

| Document type | Document description | File name |
|---|---|---|
| Recording of foreign judgment | Recording of foreign judgment | Affidavit to Transfer to NJ.pdf |
| Other | Exemplified Judgment as to Daryl Heller to NJ | Exemplified Judgment as to Daryl Heller to NJ.pdf |
| Other | PA Rule 236 | PA Rule 236.pdf |

| Other | PA Rule 2958 3 | PA Rule 2958 3.pdf |
| Other | Affidavit of Service in Lancaster | Affidavit of Service in Lancaster.pdf |

*Credit card transactions have a 3% service fee applied to the filing fee.

This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email. **Please do not reply to this message.**

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire – PA ID # 63598
Daniel S. Siedman, Esquire – PA ID # 306534
1905 Spruce Street,
Philadelphia, PA 19103
(215) 557-3550
(215) 557-3551 (facsimile)
Attorneys for Plaintiff

| | |
|---|---|
| DEERFIELD CAPITAL, LLC<br>16 Deerfield Road<br>Lancaster, PA 17603,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DARYL F. HELLER<br>909 Greenside Drive,<br>Lititz, PA 17543-6607,<br><br>　　　　　Defendant. | IN THE COURT OF COMMON PLEAS<br>LANCASTER COUNTY,<br>PENNSYLVANIA<br><br>CIVIL ACTION- LAW<br><br>Case No. 24-08740<br><br>AFFIDAVIT IN SUPPORT<br>OF APPLICATION TO RECORD<br>FOREIGN JUDGMENT IN NEW<br>JERSEY |

I, Albert A Ciardi III, Esquire, of full age, being duly sworn according to law, upon my oath hereby depose and say:

1.　　I am counsel for Deerfield Capital, LLC in a lawsuit captioned Deerfield Capital, LLC v. Daryl F. Heller, defendant in the Court of Common Pleas for Lancaster County in the Commonwealth of Pennsylvania and am seeking to record said judgment in the State of New Jersey.

2.　　Attached to this affidavit is an **exemplified** copy of the judgment from the Commonwealth of Pennsylvania dated December 19, 2024 in the amount of $8,708,632.81. An original judgment was entered by confession on December 5, 2024 against Daryl F. Heller. A true and correct copy of the Judgment was served on December 30, 2024.

1

3. The judgment creditor/Plaintiff's name is Deerfield Capital, LLC with an address of 16 Deerfield Road, Lancaster, PA 17063.

4. Judgment Debtor /Defendant Daryl F. Heller has an address of 909 Greenside Drive, Lititz, PA 17543.

5. The foreign judgment was originally entered by confession on December 5, 2024. A copy of the Rule is attached hereto and incorporated herein. A copy of the Judgment was served on the Defendant on December 30, 2024. Under the relevant statutes and rules of court, the deadline for the Defendant to file any Petition to Open has passed.

_____
Signature of judgment creditor or judgment creditor's attorney

Albert A. Ciardi, IA
_____
Type or print name of judgment creditor or judgment creditor's attorney

Sworn and subscribed before me
on this 31st day of January
2025.

_____
Signature of Notary Public
My commission expires on _____

Commonwealth of Pennsylvania - Notary Seal
STEPHANIE FRIZLEN - Notary Public
Montgomery County
My Commission Expires April 10, 2027
Commission Number 1347451

2

**CIARDI CIARDI & ASTIN**
Albert A. Ciardi, III, Esquire – PA ID # 63598
Daniel S. Siedman, Esquire – PA ID # 306534
1905 Spruce Street,
Philadelphia, PA 19103
(215) 557-3550
(215) 557-3551 (facsimile)
Attorneys for Plaintiff

| | |
|---|---|
| DEERFIELD CAPITAL, LLC<br>16 Deerfield Road<br>Lancaster, PA 17603,<br><br>             Plaintiff,<br>v.<br><br>DARYL F. HELLER<br>909 Greenside Drive,<br>Lititz, PA 17543-6607,<br><br>             Defendant. | IN THE COURT OF COMMON PLEAS<br>LANCASTER COUNTY,<br>PENNSYLVANIA<br><br>CIVIL ACTION- LAW<br><br><br><br>Case No. 24-08740 |

## PRAECIPE FOR EXEMPLIFIED RECORD

**TO THE PROTHONOTARY:**

Plaintiff respectfully requests an Exemplified Record to transfer the judgment entered against Defendant, Daryl F. Heller, to Cape May County, New Jersey.

                                                              Respectfully,

                                                              **CIARDI CIARDI & ASTIN**

                                                              */s/ Daniel S. Siedman*
                                                              Daniel S. Siedman, Esquire
Date: January 28, 2025                                        Counsel for Plaintiff

MAILED
JAN 3 1 2025
By: 1st class

1

CC2266772 /hm
$24.75 1/30/25

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

| | |
|---|---|
| Submitted by: | Attorney for Plaintiff<br>Deerfield Capital, LLC |
| Signature: | */s/ Daniel S. Siedman* |
| Name: | Daniel S. Siedman, Esquire |
| Attorney No.: | 306534 |

Commonwealth of Pennsylvania, } SS.:
County of Lancaster,



I, Andrew E. Spade, Prothonotary of the Court of Common Pleas in and for said County, the same being a court Of Law and of record, do hereby certify that the foregoing is a full, true and correct copy of the whole record of the case therein stated, wherein a DEERFIELD CAPITAL, LLC, plaintiff(s) vs. DARYL F. HELLER, defendant(s), as the same remains of Record before the said Court at No. CI-24-08740 of Judgment Term A.D. 2024.

**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of said Court this 29TH day of JANUARY, 2025 A.D.

_____
Prothonotary.

Certified amount of the judgment is $8,708,632.81

I, Leonard G. Brown, III, The President Judge of Second Judicial District, composed of the County of Lancaster, do certify that Andrew E. Spade by whom the annexed record, certificate and attestation were made and given, and who in his own proper handwriting thereunto subscribed his name and affixed the seal of the Court of Common Pleas of said County, was at the time of so doing and now is Prothonotary in and for said County of Lancaster, in the Commonwealth of Pennsylvania, duly commissioned and qualified, to all of whose acts as such full faith and credit are and ought to be given as well as in courts of judicature as elsewhere, and that the said record, certificate and attestation are in due form of law, and made by the proper officer.

_____
Judge.



,Commonwealth of Pennsylvania,
County of Lancaster

    I, Andrew E. Spade, Prothonotary of the Court of Common Pleas in and for the said County, do certify that the Honorable President Judge Leonard G. Brown, III, by whom the forgoing attestation was made, and who has been thereunto subscribed his name, was at the time of making thereof and still is President Judge of the Court of Common Pleas in and for said County, duly commissioned and qualified; to all whose acts as such full faith and credit are and ought to be given, as well as in courts of judicature as elsewhere.

    In Testimony Whereof I have hereunto set my hand and affixed the seal of said Court, this 31ST day of JANUARY A.D. 2025

_____ Prothonotary

# Exemplified Record
## FROM LANCASTER COUNTY

2024 Judgment No. CI-24-08740

DEERFIELD CAPITAL, LLC, Plaintiff(s)

vs.

DARYL F. HELLER, Defendant(s)



Debt, $8,708,632.81
Entered and Filed 12/5/2024
Andrew E. Spade, Prothonotary

Commonwealth of Pennsylvania,
County of Lancaster,
} SS.:



Among the Records entered in the Court of Common Pleas in and for the County of Lancaster, In the commonwealth of Pennsylvania, to Term, 2024 No. CI-24-08740 is contained the following:

## Docket –Entries:

SEE ATTACHED



,Certified amount of the judgment is $8,708,632.81

## Judgment Index Entry

| DEFENDANT | PLAINTIFF | WHEN ENTERED | REAL DEBT | TERM | NO. |
|---|---|---|---|---|---|
| DARYL F. HELLER | DEERFIELD CAPITAL, LLC | DECEMBER 5, 2024 | $8,708,632.81 | 2024 | 08740 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# PROTHONOTARY OF LANCASTER COUNTY

**Andrew E. Spade**
*Prothonotary*

| DEERFIELD CAPITAL, LLC VS DARYL F. HELLER et al. | CASE NUMBER CI-24-08740 |
|---|---|

## Case Participants

**Plaintiff**
DEERFIELD CAPITAL, LLC
16 DEERFIELD ROAD
LANCASTER, PA 17603

**ATTORNEY FOR PLAINTIFF**
DANIEL S. SIEDMAN, ESQ.
CIARDI CIARDI & ASTIN
1905 SPRUCE STREET
PHILADELPHIA, PA 19103
215-557-3550

**Defendant**
DARYL F. HELLER
909 GREENSIDE DRIVE
LITITZ, PA 17543-6607

**Garnishee**
TRUIST BANK NA
1676 OREGON PIKE
LANCASTER, PA 17601

**Garnishee**
PEOPLES BANK
101 NORTH QUEEN STREET
SUITE 105
LANCASTER, PA 17603

**Garnishee**
FIRST NATIONAL BANK OF PENNSYLVANIA
1416 LITITZ PIKE
LANCASTER, PA 17601

**Garnishee**
CHARLES SCHWAB & CO INC
2094 GRAND STREET
LANCASTER, PA 17601

**Garnishee**
FULTON BANK
1216 MILLERSVILLE PIKE
LANCASTER, PA 17602

**Garnishee**
BELCO COMMUNITY CREDIT UNION
1758 OREGON PIKE
LANCASTER, PA 17601

**ATTORNEY FOR GARNISHEE**
SCOTT F LANDIS, ESQ
BARLEY SNYDER LLC
126 EAST KING STREET
LANCASTER, PA 17602
717-299-5201

**ATTORNEY**
DANIEL SEAN SIEDMAN
1905 SPRUCE STREET
PHILADELPHIA, PA 19103

## Attorney Relationships

**ATTORNEY FOR PLAINTIFF**
DANIEL S. SIEDMAN, ESQ.

**Plaintiff**
DEERFIELD CAPITAL, LLC

**ATTORNEY FOR GARNISHEE**
SCOTT F LANDIS, ESQ

**Garnishee**
TRUIST BANK NA

## Prothonotary Docket Entries

**Entry**      **Pages**

Case Number: CI-24-08740      Printed By: RM

(c) CountySuite Prothonotary, Teleosoft, Inc.

## Prothonotary Docket Entries

**01/28/2025 02:31 PM** — 8
REQUEST FOR EXEMPLIFIED RECORD FILED FOR RECORDING IN OAKLAND COUNTY, MICHIGAN RECEIVED CHECK NUMBER 14096. CERTIFICATE OF COMPLIANCE, FILED BY DANIEL S. SIEDMAN, ESQUIRE. TO PRESIDENT JUDGE BROWN, III, FOR SIGNATURE 1/29/25.

MAILED TO DANIEL S. SIEDMAN, ESQUIRE, ON JAN 30 2025 BY: 1ST CLASS.

**01/17/2025 10:49 AM** — 11
ANSWER TO INTERROGATORIES RESPONSES TO INTERROGATORIES IN ATTACHMENT DIRECTED TO GARNISHEES. CERTIFICATES OF COMPLIANCE AND SERVICE, FILED BY ANA ORTIZ CRUZ, DEP OPS AND PAYMENT SPECIALIST, TRUIST BANK.

**01/17/2025 10:49 AM** — 2
PRAECIPE FOR ENTRY OF APPEARANCE ENTRY OF APPEARANCE OF SCOTT F, LANDIS, ESQUIRE ON BEHALF OF GARNISHEE, TRUIST BANK. CERTIFICATE OF COMPLIANCE, FILED BY SCOTT F. LANDIS, ESQUIRE.

**01/09/2025 11:31 AM** — 1
SHERIFF'S RETURN - CIVIL ACTION - COMPLAINT IN CONFESSION OF JUDGMENT (CONF JUDG)
SHERIFF COSTS: $77.94

**12/13/2024 12:30 PM** — 10
INTERROGATORIES IN ATTACHMENT DIRECTED TO GARNISHEES. FILED BY DANIEL S. SIEDMAN, ESQUIRE.

**12/09/2024 04:33 PM** — 13
PRAECIPE-WRIT OF EXECUTION E-FILED. WRIT ISSUED. TRUIST BANK, NA, PEOPLES BANK, FIRST NATIONAL BANK OF PENNSYLVANIA ,CHARLES SCHWAB & CO. INC., FULTON BANK, AND BELCO COMMUNITY CREDIT UNION GARNISHEES AMOUNT DUE: $8,708,632.81; INTEREST; PLUS COST. E-FILED BY: DANIEL S. SIEDMAN, ESQ.

**12/05/2024 06:01 PM** — 1
CIVIL COVER SHEET

**12/05/2024 06:01 PM** — 29
EXHIBITS

**12/05/2024 06:01 PM** — 0
CAPTION ENTRY IS:  DEERFIELD CAPITAL, LLC  VS  DARYL F. HELLER

**12/05/2024 06:01 PM** — 29
COMPLAINT IN CONFESSION OF JUDGMENT ENTERED IN FAVOR OF PLAINTIFF AND AGAINST THE DEFENDANT, DARYL F. HELLER, IN THE AMOUNT OF $8,708,632.81, AS AUTHORIZED BY THE WARRANT OF ATTORNEY ATTACHED. FILED BY DANIEL S. SIEDMAN, ESQ. CONFESSION OF JUDGMENT, PRAECIPE FOR ASSESMENT OF DAMAGES AND ENTRY OF JUDGMENT BY CONFESSION, AFFIDAVIT OF DEFAULT AND AMOUNT DUE, AFFIDAVIT OF INCOME, AFFIDAVIT OF LAST KNOWN ADDRESSES, AFFIDAVIT OF NON-MILITARY SERVICE, CERTIFICATE OF COMPLIANCE, AND VERIFICATION OF NON-APPLICABILITY OF GOODS AND SERVICES INSTALLMENT SALES ACT AND AFFIDAVIT OF NON-CONSUMER TRANSACTION ATTACHED. JUDGMENT ENTERED AS DIRECTED, ANDREW E. SPADE, PROTHONOTARY. COPIES WITH 236 NOTICE OF ENTRY OF JUDGMENT MAILED ON 12-9-24 TO DEFENDANT.

Case Number: CI-24-08740                                                      Printed By: RM

## Prothonotary Docket Entries

Total Number of Pages: 104

## Judgments

| Filing Date | Creditor | Debtor |
|---|---|---|
| 12/5/2024 06:01 PM | DEERFIELD CAPITAL, LLC | DARYL F. HELLER |

Amount:  $8,708,632.81
Notes:

Case 25-11354-JNP   Doc 9-5   Filed 02/11/25   Entered 02/11/25 12:28:03   Desc
Exihibit E   Page 14 of 16

1/27/25, 2:35 PM                Rule 236 - Notice by Prothonotary of Entry of Order or Judgment, 231 Pa. Code r. 236 | Casetext Search + Citator



Sign In

Search all cases and statutes...                                                                                                    JX

Statutes, codes, and regulations / Pennsylvania Code (... / ...
/ Chapter 200 - BUSIN... / Rule 236 - Notice by ...

# 231 Pa. Code r. 236

⬇ Download PDF

Current through Register Vol. 55, No. 1, January 4, 2025

Rule 236 - Notice by Prothonotary of Entry of Order or Judgment

(a) The prothonotary shall immediately give written notice of the entry of

(1) a judgment entered by confession to the defendant by ordinary mail together with a copy of all documents filed with the prothonotary in support of the confession of judgment. The plaintiff shall provide the prothonotary with the required notice and documents for mailing and a properly stamped and addressed envelope; and

(2) any other order or judgment to each party's attorney of record or, if unrepresented, to each party. The notice shall include a copy of the order or judgment.

(b) The prothonotary shall note in the docket the giving of the notice and, when a judgment by confession is entered, the mailing of the required notice and documents.

(c) Failure to give the notice or when a judgment by confession is entered to mail the required documents, or both, shall not affect the lien of the judgment.

(d) The prothonotary may give the notice required by subdivision (a) or notice of other matters by facsimile transmission or other electronic means if the party to whom the notice is to be given or the party's attorney has filed a written request for such method of notification or has included a facsimile or other electronic address

**Our Privacy Statement & Cookie Policy**

All Thomson Reuters websites use cookies to improve your online experience, serve personalized ads or content, and analyze our traffic. You may manage your choices through Cookie Settings.

**Privacy Statement**    **Cookie Policy**

Cookie Settings

Accept All Cookies

Case 25-11354-JNP    Doc 9-5    Filed 02/11/25    Entered 02/11/25 12:28:03    Desc
Exihibit E    Page 15 of 16

1/27/25, 2:35 PM                    Rule 236 - Notice by Prothonotary of Entry of Order or Judgment, 231 Pa. Code r. 236 | Casetext Search + Citator



Sign In

immediately, 39 Pa.B. 304.

**Previous Section**
Rule 235 - Notice to Attorney General. Constitutionality of Statute. Charitable Bequest or Trust

**Next Section**
Rule 237 - Notice of Praecipe for Final Judgment

About us

Jobs

News

Twitter

Facebook

LinkedIn

Instagram

Help articles

Customer support

Contact sales

Cookie Settings

Do Not Sell or Share My Personal Information/Limit the Use of My Sensitive Personal Information

Privacy

Terms

© 2024 Casetext Inc.
Casetext, Inc. and Casetext are not a law firm and do not provide legal advice.

**Our Privacy Statement & Cookie Policy**

All Thomson Reuters websites use cookies to improve your online experience, serve personalized ads or content, and analyze our traffic. You may manage your choices through Cookie Settings.

Privacy Statement    Cookie Policy

Case 25-11354-JNP    Doc 9-5    Filed 02/11/25    Entered 02/11/25 12:28:03    Desc
Exihibit E    Page 16 of 16

1/27/25, 2:36 PM        231 Pa. Code Rule 2958.3. Notice of Execution Served with Writ of Execution. Request for Prompt Hearing Limited to Issue of Waiv...

Close Window

**Rule 2958.3. Notice of Execution Served with Writ of Execution. Request for Prompt Hearing Limited to Issue of Waiver of Due Process Rights.**

(a) Written notice in the form prescribed by Rule 2966 and a form of petition to strike the judgment and request for prompt hearing in the form prescribed by Rule 2967 shall be served upon the defendant with the writ of execution if the property to be levied upon or attached consists of

(1) personal property or

(2) personal property and real property, not within the scope of Rule 2958.2(a)(2).

Official Note

The notice required by this rule must be served only when the plaintiff has not proceeded under Rule 2958.1 requiring at least thirty days notice prior to the filing of the praecipe for writ of execution.

Rule 2957(b) governing the praecipe for the writ of execution requires a certification that notice has been given as provided by this rule.

Rule 2959(a)(3) requires a petition for relief from a confessed judgment to be filed within thirty days after service of notice pursuant to this rule.

(b) If the writ has been served and property has been levied upon or attached, the defendant may file with the sheriff a petition to strike the judgment in the form provided by Rule 2967. The petition shall be limited to the issue whether the defendant voluntarily, intelligently and knowingly waived the right to notice and hearing prior to the entry of the judgment. The defendant may include in the claim a demand for a prompt hearing. The sheriff shall immediately notify the plaintiff of the filing of the petition.

(c) The sheriff shall immediately present the matter to the court. The court shall hear the claim within three business days thereafter upon such notice to the parties as the court shall direct and shall promptly dispose of the matter on the testimony, admissions or other evidence.

(1) If the court finds that the plaintiff has shown by a preponderance of the evidence that the defendant voluntarily, intelligently and knowingly waived the right to notice and hearing prior to the entry of judgment, it shall enter an order so determining and the stay of the execution proceedings under subdivision (d) shall terminate automatically.

(2) If the court finds that the plaintiff has not made the required showing, it shall enter an order vacating the writ of execution and striking the judgment. Upon entry of the order, any property which has been seized, levied upon or attached pursuant to the writ of execution shall be returned to the defendant.

(d) Execution proceedings shall be stayed during the period from the time the defendant files the hearing request form with the sheriff to the time the court makes the determination on the request.

**Source**

The provisions of this Rule 2958.3 adopted April 1, 1996, effective July 1, 1996, 26 Pa.B. 1806; amended April 17, 1998, effective July 1, 1998, 28 Pa.B. 2026. Immediately preceding text appears at serial pages (213360) to (213361).

No part of the information on this site may be reproduced for profit or sold for profit.

This material has been drawn directly from the official Pennsylvania Code full text database. Due to the limitations of HTML or differences in display capabilities of different browsers, this version may differ slightly from the official printed version.

[ Top ] [ Bottom ]