# Exhibit F

# CIARDI CIARDI & ASTIN

ALBERT A. CIARDI, III ESQUIRE
ACIARDI@CIARDILAW.COM

1905 Spruce Street
Philadelphia, Pa 19103
Phone: 215-557-3550 x 103
Fax: 215-557-3551

January 31, 2025

*Via US Mail & email*
Emily Wilkins
Goldcoast Sotheby's International Realty
200 34th Street
Ocean City, NJ, 08226
emily.wilkins@sothebysrealty.com
thewilkins.team@sothebysrealty.com

**Re:  Deerfield v Daryl Heller**

Dear Ms. Wilkins:

Our office represents Deerfield Capital, a creditor of Daryl Heller. We are transferring a large judgment to New Jersey which will shortly attach to 7605 Pleasure Avenue in Sea Isle City.

Please contact our office with any questions or concerns. Thank you.

Sincerely,

Albert A. Ciardi, III

AACIII/dt

**PHILADELPHIA**
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 557-3550
Fax: (215) 557-3551

**WILMINGTON**
1204 North King Street
Wilmington, DE 19801
Phone: (302) 658-1100
Fax: (302) 658-1300

**NEW JERSEY**
52 Haddonfield-Berlin Road
Suite 1000
Cherry Hill, NJ 08034
Phone: (856) 368-2001
Fax: (856) 368-2002