# Exhibit G

|  |  |  |
|---|---|---|
|  **Cape May County Document Summary Sheet** | | BOOK P233 PG 214<br>INSTRUMENT NUMBER 2025057943<br>RECORDED COUNTY OF CAPE MAY<br>RITA M. ROTHBERG, COUNTY CLERK<br>RECORDING FEE $20.00<br>RECORDED 02/04/2025 13:30:36 |

CAPE MAY COUNTY CLERK

PO BOX 5000

7 NORTH MAIN STREET

CAPE MAY COURT HOUSE NJ 08210

**Official Use Only**

| Transaction Identification Number | | 7519490 | 9218616 |
|---|---|---|---|
| Submission Date *(mm/dd/yyyy)* | 02/04/2025 | **Return Address** *(for recorded documents)* | |
| No. of Pages *(excluding Summary Sheet)* | 1 | SQS SQUARE SETTLEMENTS | |
| Recording Fee *(excluding transfer tax)* | $20.00 | 1430 WALNUT ST FL 2 | |
| Realty Transfer Tax | $0.00 | PHILADELPHIA, PA 19102 | |
| Total Amount | $20.00 | | |
| **Document Type** | NOTICE/SETTLEMENT/CONTRACT OF SALE | | |

**Municipal Codes**

SEA ISLE CITY     9

**Batch Type**    L2 - LEVEL 2 (WITH IMAGES)

276015

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAPE MAY COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

30F08154-1ED8-D2E8-EEB0-D9BCE13464E3/7519490 9218616                                    Page 1 of 2

# Cape May County
## Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **Type** | NOTICE/SETTLEMENT/CONTRACT OF SALE | | | | |
| **Consideration** | | | | | |
| **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | | |
| **Document Date** | 01/30/2025 | | | | |
| **Reference Info** | | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | | | | |

**NOTICE/SETTLEMENT/CONTRACT OF SALE**

| SELLER | Name | Address |
|---|---|---|
| | DARYL F HELLER | |
| | RANDALL LEAMAN | |

| BUYER | Name | Address |
|---|---|---|
| | BRETT LEVIN | |
| | GAIL LEVIN | |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | 9 | 76.1 | 519 | | 9 |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAPE MAY COUNTY FILING RECORD.
RETAIN THIS PAGE FOR FUTURE REFERENCE.*

**SELLER:**
DARYL F. HELLER AND RANDALL LEAMAN
415 North Prince Street, Lancaster, PA 17603

**PURCHASER/MORTGAGOR:**
BRETT LEVIN AND GAIL LEVIN
4 Tyler Court, Medford, NJ 08055

NOTICE is hereby given of a contract of sale between the parties hereto.

THE lands to be affected are described as follows:

All that (those) certain tract(s) or parcel(s) of land and premises situate lying and being in the **City of SEA ISLE, County of Cape May, State of NJ** commonly known as:

**7605 Pleasure Avenue, Sea Isle City, NJ 08243**

Also known as Block 76.1 and Lot 519 on the tax map of the **City of SEA ISLE, County of Cape May, State of NJ**

_____
Laurie Emenecker,
Title Representative* for Purchaser/Mortgagor(s)
**SQS Square Settlements**

State of New Jersey
County of Burlington

I CERTIFY that on 1/30/2025 Laurie Emenecker, Title Representative of SQS Square Settlements personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person) (a) is named in and personally signed this document; and (b) signed, sealed and delivered this document as his or her act and deed.

_____
Eric Williams, Notary Public

ERIC WILLIAMS
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 08/20/2027
COMMISSION: #50198342