# EXHIBIT J

DEERFIELD CAPITAL, LLC
Deerfield Road
Lancaster, PA  17603,

        Plaintiff

    v.

Accordo, L.P.
415 N. Prince Street
Lancaster, PA  17603

Blackford Holdings, LLC
415 N. Prince Street
Lancaster, PA  17603

Blackford ATM Ventures, LLC
415 N. Prince Street
Lancaster, PA  17603

Blackford ATM Ventures Fund M, LLC
415 N. Prince Street
Lancaster, PA  17603

Blackford ATM Ventures Fund M II, LLC
415 N. Prince Street
Lancaster, PA  17603

Blackford ATM Ventures Fund M IV, LLC
415 N. Prince Street
Lancaster, PA  17603

Blackford ATM Ventures Fund M V, LLC
415 N. Prince Street
Lancaster, PA  17603

Blackford ATM Ventures Fund D, LLC
415 N. Prince Street
Lancaster, PA  17603

Brookfield Partners, L.P.
415 N. Prince Street
Lancaster, PA  17603

IN THE COURT OF COMMON PLEAS16
LANCASTER COUNTY,
PENNSYLVANIA

CIVIL ACTION- LAW

Case No. 25-00610

Cash Ventures IV, LLC                        :
415 N. Prince Street                         :
Lancaster, PA  17603                         :
                                             :
Choice Labs, LLC                             :
4497 Phelps Drive                            :
Jackson, MI  49202-2600                      :
                                             :
DataStaff Advisors, LLC                      :
125 Emeryville Drive                         :
Suite 330                                    :
Cranberry Township, PA  16066                :
                                             :
Dobe Investment Group, LLC                   :
415 N. Prince Street                         :
Lancaster, PA  17603                         :
                                             :
DHQM3, LLC                                   :
415 N. Prince Street                         :
Lancaster, PA  17603                         :
                                             :
GCC Management Company, LLC                  :
2055 Crooks Road                             :
Suite B                                      :
Rochester, MI  48309-3254                    :
                                             :
GCC Michigan Acquisitions, LLC               :
415 N. Prince Street                         :
Lancaster, PA  17603                         :
                                             :
Glorious IL, LLC                             :
415 N. Prince Street                         :
Lancaster, PA  17603                         :
                                             :
Grandview Jets, LLC                          :
c/o DDRB, LLC                                :
415 N. Prince Street                         :
Lancaster, PA  17603                         :
                                             :
Grizzly RE, LLC                              :
415 N. Prince Street                         :
Lancaster, PA  17603                         :
                                             :
Kansas Blackjack, LLC                        :
415 N. Prince Street                         :
Lancaster, PA  17603                         :

| | |
|---|---|
| | ╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳<br>╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳╳ |

Lifted NY Corp.                                    :
415 N. Prince Street                               :
Lancaster, PA  17603                               :
                                                   :
Lyrical, LLC                                       :
415 N. Prince Street                               :
Lancaster, PA  17603                               :
                                                   :
Neo Manufacturing MA, LLC                          :
365 Boston Post Road, Unit 184                     :
Sudbury, MA  01776-3023                            :
                                                   :
Pure Green, LLC                                    :
415 N. Prince Street                               :
Lancaster, PA  17603                               :
                                                   :
Raw Ventures, LLC                                  :
2055 Crooks Road                                   :
Rochester, MI  48309-3254                          :
                                                   :
Tycoon I Operations, LLC                           :
2055 Crooks Road, Suite B                          :
Rochester, MI  48309-3254                          :
                                                   :
Charlene Heller                                    :
909 Greenside Drive                                :
Lititz, PA  17603                                  :
                                                   :
Ethan Heller                                       :
330 N. Lime Street                                 :
Lancaster, PA  17602                               :
                                                   :
Taite Heller                                       :
909 Greenside Drive                                :
Lititz, PA  17603                                  :
                                 Defendants        :
                                                   :

## ORDER FOR PRELIMINARY INJUNCTION AND
## ORDER FOR HEARING

**AND NOW**, this _7_th day of February, 2025 upon consideration of Plaintiff's Petition for

Preliminary and Permanent Injunctive Relief and for Supplementary Relief under Pa.R.C.P. 3118

╔═══════════════════════════════════╗
║  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx  ║
║          xxxxxxxxxxxxxxxxxxxxx           ║
╚═══════════════════════════════════╝

and 1533 to Enjoin Transfers and to Preserve Collateral (the "Petition"), and the accompanying papers, and it appearing to the Court that immediate and irreparable damage and injury will result to Plaintiff if this Preliminary Injunction is not issued before the case can be fully heard on its merits, that the Plaintiff has no adequate remedy at law and that greater injury will be done by refusing the injunction than in granting it, that the requested emergency injunction is GRANTED.

**IT IS HEREBY ORDERED**:

1.  All Defendants and the Judgment Debtors are preliminarily enjoined and prohibited from transferring any asset, property or item having a value in excess of $1,000, without approval of this Court;

2.  ~~All Defendants and the Judgment Debtors are permanently prohibited and enjoined from transferring any asset, property or item having a value in excess of $1,000, without approval of this Court.~~

3.  Defendants and Judgment Debtors shall provide a full accounting and turnover of all records for the five-year period preceding the filing of the Complaint within a reasonable period of time as determined by this Court;

4.  All Defendants and Judgment Debtors shall promptly appear for and participate in discovery, but in no event later than 30 days after the date of the order.

5.  That any Defendants that have taken any action to request, direct or order any action that would set in motion anything that would be inconsistent with the general prohibitions in Paragraph 1 ~~and 2~~ shall immediately take action to make certain that any such action that would violate Paragraph 1 ~~and 2~~ does not take place.

6.  That all others with notice of this Order are enjoined, pending a hearing scheduled as set forth below, from either acting in concert with Defendants as agents,

representatives, affiliates, employees, or subcontractors of Defendants from

transferring any assets related to any of the Judgment Debtors.

7. That this Preliminary Injunction shall continue in effect until further Order of this

Court.

8. That this Order will be effective immediately upon presentation to this Court of

security by Plaintiff as set forth in Pa.R.Civ.P. 1531(b)(2), in the amount of

$ 500,000.00 .

9. That a hearing on Plaintiff's Petition for a Preliminary Injunction be and is hereby

set for _February 13_, 2025, at ×××× 2:00 p.m. ×in Courtroom _2_, Lancaster, Pennsylvania..

10. Plaintiff shall provide an update on the efforts to serve Defendants with this order
in addition to the efforts made in Exhibit F.

BY THE COURT:

_____
Leonard G. Brown, III, President Judge

ATTEST: Audrey L. Conrad
Deputy

COPIES TO: ALBERT A. CIARI, III, ESQ.
BRIAN W. BISIGNANI, ESQ. / JOHN W. CROUMER, ESQ.
AND ALL DEFENDANTS ON NEXT PAGE

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO PA. R.C.P. NO. 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THIS CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE: 2-7-25

Accordo, L.P.
415 N. Prince Street
Lancaster, PA 17603

Blackford Holdings, LLC
415 N. Prince Street
Lancaster, PA 17603

Blackford ATM Ventures, LLC
415 N. Prince Street
Lancaster, PA 17603

Blackford ATM Ventures Fund M, LLC
415 N. Prince Street
Lancaster, PA 17603

Blackford ATM Ventures Fund M II, LLC
415 N. Prince Street
Lancaster, PA 17603

Blackford ATM Ventures Fund M IV, LLC
415 N. Prince Street
Lancaster, PA 17603

Blackford ATM Ventures Fund M V, LLC
415 N. Prince Street
Lancaster, PA 17603

Blackford ATM Ventures Fund D, LLC
415 N. Prince Street
Lancaster, PA 17603

Brookfield Partners, L.P.
415 N. Prince Street
Lancaster, PA 17603

Cash Ventures IV, LLC
415 N. Prince Street
Lancaster, PA 17603

Choice Labs, LLC
4497 Phelps Drive
Jackson, MI 49202-2600

DataStaff Advisors, LLC
125 Emeryville Drive
Suite 330
Cranberry Township, PA 16066

Dobe Investment Group, LLC
415 N. Prince Street
Lancaster, PA 17603

DHQM3, LLC
415 N. Prince Street
Lancaster, PA 17603

GCC Management Company, LLC
2055 Crooks Road
Suite B
Rochester, MI 48309-3254

GCC Michigan Acquisitions, LLC
415 N. Prince Street
Lancaster, PA 17603

Glorious IL, LLC
415 N. Prince Street
Lancaster, PA 17603

Grandview Jets, LLC
c/o DDRB, LLC
415 N. Prince Street
Lancaster, PA 17603

Grizzly RE, LLC
415 N. Prince Street
Lancaster, PA 17603

Kansas Blackjack, LLC
415 N. Prince Street
Lancaster, PA 17603

Lifted NY Corp.
415 N. Prince Street
Lancaster, PA 17603

Lyrical, LLC
415 N. Prince Street
Lancaster, PA 17603

Neo Manufacturing MA, LLC
365 Boston Post Road, Unit 18
Sudbury, MA 01776-3023

Pure Green, LLC
415 N. Prince Street
Lancaster, PA 17603

Raw Ventures, LLC
2055 Crooks Road
Rochester, MI 48309-3254

Tycoon I Operations, LLC
2055 Crooks Road, Suite B
Rochester, MI 48309-3254

Charlene Heller
909 Greenside Drive
Lititz, PA 17603

Ethan Heller
330 N. Lime Street
Lancaster, PA 17602

Taite Heller
909 Greenside Drive
Lititz, PA 17603