# EXHIBIT K

Lancaster County Prothonotary E-Filed - 6 Feb 2025 11:52:48 AM
Case Number: CI-25-00610

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
AARON D. HOLLIS, ESQUIRE  (717) 509-7285

B. E-MAIL CONTACT AT FILER (optional)
HAH@BLAKINGERTHOMAS.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
BLAKINGER THOMAS
28 PENN SQUARE
P.O. BOX 1889
LANCASTER, PA 17608

Delaware Department of State
U.C.C. Filing Section
Filed: 12:08 PM 04/19/2024
U.C.C. Initial Filing No: 2024 2618963

Service Request No: 20241530499

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a ORGANIZATION'S NAME: HELLER CAPITAL GROUP, LLC

1c. MAILING ADDRESS: 415 N. PRINCE STREET, SUITE 200
CITY: LANCASTER
STATE: PA
POSTAL CODE: 17603
COUNTRY: US

2. DEBTOR'S NAME: [blank]

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a ORGANIZATION'S NAME: DEERFIELD CAPITAL, LLC

3c. MAILING ADDRESS: 16 DEERFIELD ROAD
CITY: LANCASTER
STATE: PA
POSTAL CODE: 17603
COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
Any and all direct or indirect ownership, equity and right to receive payments from Heller Investment Holdings LLC

8. OPTIONAL FILER REFERENCE DATA:
038853.1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Lancaster County Prothonotary E-Filed - 6 Feb 2025 11:52:48 AM
Case Number: CI-25-00610



**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8721 | Harrisburg, PA 17105-8721
T: 717.787.1057
dos.pa.gov/BusinessCharities

AARON D. HOLLIS, ESQUIRE
AARON D. HOLLIS ,ESQUIRE
28 PENN SQUARE
P.O. BOX 1889
LANCASTER, PA  17608

April 19, 2024
File No.:   20240419080858

## Lien Acknowledgment

**FILING INFORMATION**
Lien Type: UCC
Lien File No.: 20240419080858
File Date: 4/19/2024 11:38 AM
Lapse Date: 4/19/2029 11:59 PM

**DEBTOR INFORMATION**
Debtor Name: HELLER INVESTMENT HOLDINGS LLC
Debtor Address: 415 N. PRINCE STREET
SUITE 200
LANCASTER, PA 17603

**SECURED PARTY INFORMATION**
Secured Party Name: DEERFIELD CAPITAL, LLC
Secured Party Address: 16 DEERFIELD ROAD
LANCASTER, PA 17603



Case Number: CI-25-00640



**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8721
Harrisburg, Pennsylvania 17105-8721
**UCC1 FINANCING STATEMENT**
Fee: $84

Pennsylvania Department of State
**-FILED-**
File #: 20240419080858
Date Filed: 4/19/2024

### Submitter contact information
| | |
|---|---|
| Contact Name | Aaron D. Hollis, Esquire |
| Phone Number | (717) 299-1100 |
| Email Address | adh@blakingerthomas.com |

### Submitter information
| | |
|---|---|
| Name | Aaron D. Hollis, Esquire |
| Address | 28 PENN SQUARE<br>P.O. BOX 1889<br>LANCASTER, PA 17608 |

### Debtors
| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| Heller Investment Holdings LLC | 415 N. PRINCE STREET<br>SUITE 200<br>LANCASTER, PA 17603 |

### Secured Parties
| SECURED PARTY'S NAME | MAILING ADDRESS | Assignor |
|---|---|---|
| Deerfield Capital, LLC | 16 DEERFIELD ROAD<br>LANCASTER, PA 17603 | ☐ |

### Collateral
Any and all direct or indirect ownership, equity and right to receive payments from GCC Investment Holdings LLC

### Designations
| | |
|---|---|
| Select the designation which describes this financing statement | Not Applicable |
| Select an additional designation which describes this financing statement | Not Applicable |

### Alternative Designations
| | |
|---|---|
| Select the alternative designation which describes this financing statement | Not Applicable |
| Optional Submitter Reference Data | 038853.1 |

Page 1 of 1

Lancaster County Prothonotary E-Filed - 6 Feb 2025 11:52:48 AM
Case Number: CI-25-00610



**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8721 | Harrisburg, PA 17105-8721
T: 717.787.1057
dos.pa.gov/BusinessCharities

AARON D. HOLLIS, ESQUIRE
AARON D. HOLLIS, ESQUIRE
28 PENN SQUARE
P.O. BOX 1889
LANCASTER, PA 17608

April 19, 2024
File No.: 20240419080855

## Lien Acknowledgment

| FILING INFORMATION | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | 20240419080855 |
| File Date: | 4/19/2024 11:33 AM |
| Lapse Date: | 4/19/2029 11:59 PM |

| DEBTOR INFORMATION | |
|---|---|
| Debtor Name: | DARYL F. HELLER |
| Debtor Address: | 415 N. PRINCE STREET |
| | SUITE 200 |
| | LANCASTER, PA 17603 |

| SECURED PARTY INFORMATION | |
|---|---|
| Secured Party Name: | DEERFIELD CAPITAL, LLC |
| Secured Party Address: | 16 DEERFIELD ROAD |
| | LANCASTER, PA 17603 |

Case Number: CI-25-0061 20240419080855



**COMMONWEALTH OF PENNSYLVANIA**
Department of State
Bureau of Corporations and Charitable Organizations
PO Box 8721
Harrisburg, Pennsylvania 17105-8721
**UCC1 FINANCING STATEMENT**
Fee: $84

Pennsylvania Department of State
**-FILED-**
File #: 20240419080855
Date Filed: 4/19/2024

### Submitter contact information
| | |
|---|---|
| Contact Name | Aaron D. Hollis, Esquire |
| Phone Number | (717) 299-1100 |
| Email Address | adh@blakingerthomas.com |

### Submitter information
| | |
|---|---|
| Name | Aaron D. Hollis, Esquire |
| Address | 28 PENN SQUARE<br>P.O. BOX 1889<br>LANCASTER, PA 17608 |

### Debtors
| DEBTOR'S NAME | MAILING ADDRESS |
|---|---|
| Daryl F. Heller | 415 N. PRINCE STREET<br>SUITE 200<br>LANCASTER, PA 17603 |

### Secured Parties
| SECURED PARTY'S NAME | MAILING ADDRESS | Assignor |
|---|---|---|
| Deerfield Capital, LLC | 16 DEERFIELD ROAD<br>LANCASTER, PA 17603 | ☐ |

### Collateral
Any and all direct or indirect ownership, equity and right to receive payments from Heller Investment Holdings LLC

### Designations
| | |
|---|---|
| Select the designation which describes this financing statement | Not Applicable |
| Select an additional designation which describes this financing statement | Not Applicable |

### Alternative Designations
| | |
|---|---|
| Select the alternative designation which describes this financing statement | Not Applicable |
| Optional Submitter Reference Data | 038853.1 |

Page 1 of 1