UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Steven Mitnick, Esq.
S. Mitnick Law PC
PO Box 530
49 Old Turnpike Road
Oldwick, New Jersey 08858
smitnick@sm-lawpc.com
(908) 572-7275
Receiver of Golden Gate Investment Company, LLC; and Paramount Management Group, LLC,

In Re:

DARYL FRED HELLER,
                Debtor.

Case No.:    25-11354-JNP

Chapter:     11

Judge:       Hon. Jerrold N. Poslusny Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Receiver of Golden Gate Investment Company, LLC; and Paramount Management Group, LLC in the case captioned <u>In re Steward Capital Holdings LP, et al. v. Golden Gate Investment Company, LLC et at</u>., pending in the U.S. District Court for the Eastern District of Pennsylvania (Case No. 5:24-cv-06257-JLS). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:      Steven Mitnick, Esq.
                              S. Mitnick Law PC
                              PO Box 530
                              49 Old Turnpike Road
                              Oldwick, New Jersey 08858

    DOCUMENTS:

    ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒  All documents and pleadings of any nature.

Date: February 11, 2025                              <u>/s/ Steven Mitnick, Esq</u>.
                                                                                Signature