**MS&B**  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**Sari B. Placona**
**Direct Dial: (973) 721-5030**
splacona@msbnj.com
35240-001

February 14, 2025

**Via ECF**

To All Creditors and Parties-in-Interest

    **Re:    Daryl Fred Heller**
           **Chapter 11; Case No. 25-11354 (JNP)**

Dear Parties:

This firm is counsel to Daryl Fred Heller, the Chapter 11 debtor and debtor-in-possession in the above captioned matter.

Please be advised that the 341 Meeting of Creditors ("Meeting") is scheduled for **Wednesday, March 19, 2025 at 10:00 a.m.** The Office of the United Trustee will be conducting the Meeting by telephone (Microsoft Teams).

The call-in information is as follows:

        Dial in Number: 862-339-0272
        Phone conference ID: 795176693#

Your participation is welcomed, but not required. If you have any questions regarding the foregoing, please do not hesitate to contact me.

        Sincerely,

        */s/ Sari B. Placona*

        Sari B. Placona

SBP/sll