# Exhibit E

Lancaster County Prothonotary E-Filed - 6 Feb 2025 11:52:48 AM
Case Number: CI-25-00610

# Daryl F Heller
## Personal Financial Statement

*Updated: December 31, 2023*

**Name:** Daryl Heller
**Email:**
**Linked**
**Mobile:** 717
**Education:** Rosedale Bible College (1990; started first company in first year of school; left thereafter to focus on that preliminary venture)
**Board Participation:** Chair and member of various commercial boards, philanthropic boards, and

Daryl Heller is the Founder and Chief Executive Officer of Heller Capital. Growing up the south-central Pennsylvanian son of a bivocational conservative protestant pastor and dairy farmer, Mr. Heller's story is one of multi-generational humility and prudence accentuated by learned business sophistication and savvy that engenders confidence in his personal and professional relationships and business engagements. As a middle child, it is no wonder that Heller has worn well and

*From Trekking in Telecom to Structured Holdings Company (1990s – 2000s)*
In 1990, he started his entrepreneurial career while he was in his first semester of college, founding his first Telecom company and whetting his palette for future endeavors. Shortly thereafter, he pioneered a broker / analyst / procurement model in the Telecom space, building it to a market leader in the then-nascent Telecom Brokerage / Procurement space with a successful exit. In 1997, he co-founded a Telecom / VOIP entity, rolling up multiple companies and

Thereafter, he founded a holding company and led it for a decade as CEO, effectively developing a strong executive team under him. Divisions included telecom, technology, and energy with

*Rest, Rejuvenation & Rebirth (2012)*
In 2012, Heller took a sabbatical that would forever change the trajectories for his own life and that of his organizations. Over three months, he spent time enjoying his young family and followed that by a time of solitude, going "underground" to journal and write a 10-year plan. Out of this, Heller

*Building Boutique Private Equity (2013 – Current)*
Today, Heller Capital has an increasing portfolio companies across select industries and private placements with most significant holdings in the emerging markets of Cannabis and Cryptocurrency to add to its legacy involvement in technology and other cumulative enterprise valuations over $1B+ of those entities (note – Valuation represents enterprise rollup estimations, not Heller Capital equity). Heller Capital's primary holdings in
Cannabis HIH – Glorious Cannabis, Choice Labs, Doobie, Superior, and Electraleaf
Cryptocurrency – Bitstop, Margo, American Crypto, Hilt, Just Cash, and Powercoin
Technology – AVAIL and various entities under Green Cabbage companies
Financial Services – Paramount, Sharenet, First Regents, and PowerQwest
Additional – Blackworth (Dining), Prevail Ventures (eComm), various real estate holdings

Heller has always believed in building strong, lasting partnerships. This extends to Heller Capital as it seeks to live out its Purpose and Values, practicing a "Shared Fate" philosophy, engaging "patient, flexible, and creative" capital while adhering to its proven proprietary process: The Heller Capital Way – Super Six. Moreover, Heller believes that there should be full integrity between the high quality of relationships and the quantitative aspects of his entities. As such, financial expectations generally include primary investment holding periods of 4-6 years with 3-5x+ MOIC

*Fundamentally Philanthropic*
Above all, Heller is grateful – thankful for the family, friends, and resources he has gained along this journey. As you may expect, the young boy who grew up in a culture of giving back has grown into a man that models the concept. In the early 2000s, what can only be described as a divinely appointed humanitarian trip to Uzbekistan created an epiphany for Heller with regard to using his resources, gifts, talents, and network for even greater good. Thereafter, he co-founded Horizon with a close friend from Toronto. Today, Horizon operates in Kenya, Honduras, and Guatemala with a mission to rescue, restore, and empower underprivileged children to self-sustainability and has successfully done so for over two decades. Finally, his hope to merge international service with domestic aide has come to fruition in the formation and growth of "Circle of Hope," the 501c3 Heller Capital has established to do collective, corporate giving. Through the collective efforts of leaders and

*Bringing it Home*
In all of this, Heller seeks to maintain a quiet life. He and his wife            still live in bucolic Lancaster County and are blessed with two adult children            e has loved to father and now call "friends." When he makes time for it, a lodge in northern Pennsylvania is where he finds solace. His hobbies include dabbling in the making and curating of fine wine, spending time in the woods of the "Pennsylvania Wilds," and continuing the life of a visionary leader and mentor,

Lancaster County Prothonotary E-Filed - 6 Feb 2025 11:52:48 AM
Case Number: CI-25-00610

**Daryl F. Heller**
*Personal Financial Statement*
Updated: December 31, 2023

**Cash Assets**

$ 420,000
$ 10,000
$ 430,000

Cash Totals

**Investment/Securities Assets**

Investment/Securities Totals         $ 2,866,854
Total Cash/Securities

P.

**Heller Capital Group, LLC (operating entities)**
  Avail Technology / PTG (Equity, FMV)                      $
  Blackford (All Blackford Entities - Equity, FMV)          $
  BitStop, LLC (Equity, FMV)                                $
  Broadclip/Innoventures                                    $
  Brookfield Energy (Equity, FMV)                           $
  Cash Ventures I (Equity, FMV)                             $
  Cash Ventures II (Equity, FMV)                            $
  Cash Ventures III (Equity, FMV)                           $
  Cash Ventures IV (Equity, FMV)                            $
  Cash Ventures V (Equity, FMV)                             $
  DataStaff, LLC (Equity, FMV)                              $
  Edie-Heller Capital Group (Equity, FMV)                   $
  Eagle Air / Grandview Jets (Equity, FMV)                  $
  Elevated Holdings (Equity, FMV)                           $
  First Regents Holdings, LLC (Equity, FMV)                 $
  H2 Ventures (Equity, FMV)                                 $
  Horizon WG Fund (Equity, FMV)                             $
  Horizon Energy Group (Equity, FMV)                        $
  HHG, LLC (Equity, FMV)                                    $
  HSG, LLC (Equity, FMV)                                    $
  HS Solar (Equity, FMV)                                    $
  Invari, LLC (Equity, FMV)                                 $
  Just Cash, LLC (Equity, FMV)                              $
  PAAS (Equity - FMV)                                       $
  Paramount Management Group (Equity, FMV)                  $
  PowerQwest Financial LLC (Equity, FMV)                    $
  PowerCoin, LLC (Equity, FMV)                              $
  Prestige Investment Group (Equity, FMV)                   $
  Pro Sportsman, LLC - Prevail Ventures (Equity, FMV)       $
  Rockford Flip, LLC (Equity, FMV)                          $
  Rockford Capital Group Fund I (Equity, FMV)               $
  Rockford Capital Group Fund II (Equity, FMV)              $
  RD Capital Group (THC Ventures & HomeX) (Equity, FMV)     $
  Sharenet, LLC (Equity, FMV)                               $
  Totals                                                    $ 295,950,000

**Heller Investment Holdings, LLC**
  ElectraLeaf (Equity, FMV)                                 $
  DOBE (Equity, FMV)                                        $
  GCC MSO Holdings (Equity, FMV)                            $
  Superior Holdings (Equity, FMV)                           $
  Heller Investment Holdings, LLC Totals                    $ 57,150,000

Lancaster County Prothonotary E-Filed - 6 Feb 2025 11:52:48 AM
Case Number: CI-25-00610

**Daryl F. Heller**
*Personal Financial Statement*

*Accordo / Brigantine (Real Estate / Other Assets)*

| Item | Amount |
|---|---|
| Brookfield Partners, LP (180 ac land/Lodge, FMV) | $ |
| Brookfield QDM (Land, FMV) | $ |
| DCT Ventures (Land, FMV) | $ |
| DHQM Properties (Equity, PA/NY Land parcels FMV) | $ |
| DHQM2 (Equity, Mobile Park in Park FMV) | $ |
| DHRL (Sea Isle Beach House (House, FMV) | $ |
| Equity Estates (REIT, FMV) | $ |
| Heller Residence (909 Greenside, land and vineyard, FMV) | $ |
| Heller Residence Inventory (FMV) | $ |
| Lancaster Country Club Bond | $ |
| KS - Saddle Road #1 Real Estate (Land, FMV) | $ |
| KS - Saddle Road #2 Real Estate (Land, FMV) | $ |
| KS - Saddle Road #3 Real Estate (Land, FMV) | $ |
| KS - Union Road Real Estate and Cabin (Land, FMV) | $ |
| KS - Road 27 Estate (Land, FMV) | $ |
| Marriott Time Share (FMV) | $ |
| MI - Battle Creek & Kawkalin Real Estate (Land, FMV) | $ |
| NY - Potter Rd/Pascazzi Real Estate (Land, FMV) | $ |
| NY - Potter Rd/Doverspike Real Estate (Land, FMV) | $ |
| NY - Potter Rd/Pascazzi Real Estate (Land, FMV) | $ |
| NY - Potter Rd/Lang Real Estate (Land/FMV) | $ |
| Pa - Potter Rd/Pascazzi Real Estate (Land, FMV) | $ |
| Pa - Plank Rd /Lanzarra Real Estate (Land, FMV) | $ |
| Pa - 4 RCG properties (Equity, FMV) | $ |
| Premier Real Estate Group, LLC (Equity, FMV) | $ |
| **Accordo Totals** | **$ 14,383,000** |
| | |
| **Total Heller Capital Group, Heller Investment Holdings, and Accordo** | **$ 367,483,000** |
| **Total Assets** | **$ 370,890,004** |
| | |
| *Other Liabilities* | |
| Bank of America Executive LOC | $ - |
| Orrstown Bank - Greenside mortgage | $ (1,600,000) |
| **Other Liabilities Totals** | **$ (1,600,000)** |
| | |
| **Net Worth / Equity** | **$ 369,290,004** |

Note: Entities are listed at FMV which accounts for any debt inside entities, effectively Enterprise Valuation