| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br><br>Counsel to Customers Bank |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>  Debtor. | Chapter 11<br><br>Case No. 25-11354-JNP |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Customers Bank.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108

DOCUMENTS:

☐    All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒    All documents and pleadings of any nature.

Dated: February 21, 2025          By: */s/ Edmond M. George*
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail: edmond.george@obermayer.com
*Counsel to Customers Bank*

4917-5713-5643 v1