**Fill in this information to identify your case:**

Debtor 1  **Daryl Fred Heller**
         First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number  **25-11354**
(if known)

■ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   **List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Needham Bank**
**c/o Joseph Campanelli, Pres. & CEO**
**1063 Great Plain Avenue**
**Needham, MA 02492**

Contact

Contact phone

**What is the nature of the claim?**              **$38,000,000.00**

**As of the date you file, the claim is:** Check all that apply
■  Contingent
☐  Unliquidated
☐  Disputed
☐  None of the above apply

**Does the creditor have a lien on your property?**
■  No
☐  Yes. Total claim (secured and unsecured)
       Value of security:                   -
       Unsecured claim

**2**

**Silverview Credit Partners**
**c/o Jeffrey Marcus, Managing Director**
**100 South Ashley Drive, Ste 600**
**Tampa, FL 33602**

Contact

**What is the nature of the claim?**              **$23,000,000.00**

**As of the date you file, the claim is:** Check all that apply
■  Contingent
☐  Unliquidated
☐  Disputed
☐  None of the above apply

**Does the creditor have a lien on your property?**
■  No
☐  Yes. Total claim (secured and unsecured)
       Value of security:                   -

| Debtor 1 | **Daryl Fred Heller** | Case number *(if known)* | **25-11354** |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

**3**

**Chicago Atlantic Advisors, LLC**
**c/o Elizabeth Quinlivan, VP**
**420 North Wabash Ave, Ste 500**
**Chicago, IL 60611**

**What is the nature of the claim?**                                   $22,000,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:                                      -
    Unsecured claim

Contact

Contact phone

**4**

**Libertas Funding**
**c/o Randy Saluck, CEO**
**411 W. Putnam Ave, Ste 220**
**Greenwich, CT 06830**

**What is the nature of the claim?**                                   $12,000,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:                                      -
    Unsecured claim

Contact

Contact phone

**5**

**Needham Bank**
**c/o Joseph Campanelli, Pres. & CEO**
**1063 Great Plain Avenue**
**Needham, MA 02492**

**What is the nature of the claim?**                                   $9,500,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:                                      -
    Unsecured claim

Contact

Contact phone

**6**

**Deerfield Capital, LLC**
**c/o Eric Warfel**
**16 Deerfield Road**
**Lancaster, PA 17603**

**What is the nature of the claim?**                                   $6,680,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Debtor 1   **Daryl Fred Heller**    Case number *(if known)*   **25-11354**

**Does the creditor have a lien on your property?**

Contact

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

Contact phone

---

**7**

**Needham Bank**
**c/o Joseph Campanelli, Pres. & CEO**
**1063 Great Plain Avenue**
**Needham, MA 02492**

**What is the nature of the claim?**          $5,000,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

Contact

Contact phone

---

**8**

**Reliance Platinum**
**633 167th St, Ste 804**
**Miami, FL 33162**

**What is the nature of the claim?**          $4,000,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

Contact

Contact phone

---

**9**

**UniBank**
**c/o Yuko Elliot, SVP**
**19315 Highway 99**
**Lynnwood, WA 98036**

**What is the nature of the claim?**          $3,500,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                    -
   Unsecured claim

Contact

Contact phone

---

**10**

**Mid Penn Bank**
**c/o Pamela Keefer**

**What is the nature of the claim?**          $2,300,000.00

---

Debtor 1  **Daryl Fred Heller**     Case number *(if known)*  **25-11354**

**349 Union Street**
**Millersburg, PA 17061**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact

Contact phone

**11**

**Orrstown Bank**
**c/o Tom Cislo, VP**
**1589 Commerce Drive**
**Lancaster, PA 17601**

**What is the nature of the claim?**   $2,200,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact

Contact phone

**12**

**Orrstown Bank**
**c/o Tom Cislo, VP**
**1589 Commerce Drive**
**Lancaster, PA 17601**

**What is the nature of the claim?**   $1,500,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact

Contact phone

**13**

**First National Bank**
**c/o Steven Markunas**
**1205 Westlakes Drive**
**Suite 260, 2nd Floor**
**Berwyn, PA 19312**

**What is the nature of the claim?**   $1,500,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:  -

Contact

Debtor 1     **Daryl Fred Heller**             Case number *(if known)*    **25-11354**

Contact phone            Unsecured claim

---

**14**

**Orrstown Bank**
**c/o Tom Cislo, VP**
**1589 Commerce Drive**
**Lancaster, PA 17601**

**What is the nature of the claim?**     $1,300,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**15**

**Austin Business Finance**
**Attn: Chris Mundt, Esq.**
**4853 Williams Drive, Ste 111**
**Georgetown, TX 78633**

**What is the nature of the claim?**     $800,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**16**

**Funders App, LLC (Fondonatics)**
**c/o Michele David**
**3323 NE 163rd St, Ste 401**
**North Miami Beach, FL 33160**

**What is the nature of the claim?**     $800,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    -
  Unsecured claim

Contact

Contact phone

---

**17**

**Traditions Bank**
**c/o Krista Blasser**
**226 Pauline Drive**
**York, PA 17402**

**What is the nature of the claim?**     $600,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

| Debtor 1 | **Daryl Fred Heller** | Case number *(if known)* | **25-11354** |

Contact

Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**18**

**Univest**
**c/o Ryan Boyd, VP**
**1869 Charter Lane**
**Lancaster, PA 17605**

**What is the nature of the claim?**  $500,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**19**

**First Commonweath**
**22 East Roseville Road, Unit D**
**Lancaster, PA 17601**

**What is the nature of the claim?**  $485,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**20**

**First National Bank**
**c/o Steven Markunas**
**1205 Westlakes Drive**
**Suite 260, 2nd Floor**
**Berwyn, PA 19312**

**What is the nature of the claim?**  $450,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**Part 2:** **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daryl Fred Heller** | Case number *(if known)* | **25-11354** |

X  **/s/ Daryl Fred Heller**
**Daryl Fred Heller**
Signature of Debtor 1

X  _____
Signature of Debtor 2

Date  **February 25, 2025**

Date  _____

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Daryl** | **Fred** | **Heller** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | **25-11354** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Daryl Fred Heller**                         X _____
**Daryl Fred Heller**                                   Signature of Debtor 2
Signature of Debtor 1

Date **February 25, 2025**                       Date