| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gerard Catalanello, Esq.<br>James J. Vincequerra, Esq. (pro hac vice pending)<br>Kimberly J. Schiffman (pro hac vice pending)<br>Enrique Chaljub, Esq. (pro hac vice pending)<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>15th Floor<br>New York, New York 10016-1387<br>Telephone: (212) 210-9400 | Case No.: 25-11354<br><br>Chapter: 11 |
| In Re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Adv. No.: <br><br>Hearing Date: <br><br>Judge: Jerrold N. Poslusny Jr. |

# CERTIFICATION OF SERVICE

1. I, Duke Amponsah :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Gerard Catalanello, who represents Silverview Credit Partners LP in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On February 25, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Silverview Credit Partners LP's Statement in Support of Deerfield Capital, LLC's Motion for the Appointment of Chapter 11 Trustee [Dkt. No. 63]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 26, 2025         /s/ Duke Amponsah
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Department of Justice<br>Office of the United States Trustee<br>Jeffrey M. Sponder, Esq.<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102<br>Jeffrey.m.sponder@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Ciardi, III, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com;<br>dsiedman@ciardilaw.com | Attorneys for Deerfield Capital, LLC<br>NOA (20 Largest Unsecured Creditor) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven J. Mitnick<br>Marc D. Miceli<br>S. Mitnick Law PC<br>49 Old Turnpike Road<br>Oldwick, NJ 08858<br>smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com | Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC, NOA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Sodono, III<br>Sari Blair Placona<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>asodono@msbnj.com<br>splacona@msbnj.com | Counsel for Daryl Fred Heller, Debtor and Debtor-in-Possession | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Martin J. Weis Dilworth Paxson LLP<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>mweis@dilworthlaw.com | Attorneys for Orrstown Bank NOA (20 Largest Unsecured Creditor and Secured) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BMW Bank of North America<br>c/o Amikumar Sharma - Claims Processer AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118<br>ECFNotices@aisinfo.com | NOA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrold S. Kulback, Esquire Archer & Greiner PC<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043-3506<br>jkulback@archerlaw.com | Attorneys for Steward Capital Holdings LP and Avenaero Holdings LLC, NOA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher J. Leavell, Esq.<br>Klehr, Harrison, Harvey, Branzburg<br>10000 Lincoln Drive East, Ste 201<br>Marlton, NJ 08053<br>cleavell@klehr.com | Attorneys for Univest Bank and Trust Co. NOA (20 Largest Unsecured Creditor) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chicago Atlantic Advisors, LLC c/o Greg Kramer, Esq.<br>Haynes & Boone, LP<br>30 Rockefeller Plaza, 26th Floor<br>New York, Ny 10112 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First National Bank of Pennsylvania<br>c/o Donna M. Donaher, Esq.<br>donaherd@fnb-corp.com | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Libertas Funding<br>c/o Randy Saluck, CEO<br>411 W. Putnam Ave, Ste 220<br>Greenwich, CT 06830<br>jciancuilli@@wierlawllp.com | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fulton Bank<br>c/o Stephanie Williams<br>1695 State Street<br>East Petersburg, PA 17520 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chicago Atlantic Advisors, LLC c/o Elizabeth Quinlivan, VP<br>420 North Wabash Ave, Ste 500<br>Chicago, IL 60611 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First National Bank<br>c/o Steven Markunas<br>1205 Westlakes Drive Suite 260<br>2nd Floor<br>Berwyn, PA 19312 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Funders App, LLC (Fondonatics) c/o Michele David<br>3323 NE 163rd St, Ste 401<br>North Miami Beach, FL 33160 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mid Penn Bank c/o Pamela Keefer<br>349 Union Street<br>Millersburg, PA 17061 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Needham Bank<br>c/o Joseph Campanelli, Pres. & CEO<br>1063 Great Plain Avenue<br>Needham, MA 02492 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Needham Bank<br>c/o Gustav Stickley, Esq. Blank Rome<br>125 High Street<br>Boston, MA 02110 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Reliance Platinum<br>633 167th St, Ste 804<br>Miami, FL 33162 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Traditions Bank c/o Krista Blasser<br>226 Pauline Drive<br>York, PA 17402 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| UniBank<br>c/o Yuko Elliot, SVP<br>19315 Highway 99<br>Lynnwood, WA 98036 | 20 Largest Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Federal Building 970 Broad Street, Ste. 700<br>Newark, NJ 07102<br>On behalf of Internal Revenue Service | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General United States Dept. of Justice Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044<br>On behalf of Internal Revenue Service | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation Compliance & Enforce. - Bankruptcy Unit 3 John Fitch Way, 5th Fl.<br>PO Box 245<br>Trenton, NJ 08695-0245 | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Case 25-11354-JNP    Doc 69    Filed 02/26/25    Entered 02/26/25 11:48:38    Desc Main
Document    Page 7 of 9

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Attorney General's Office Division of Law<br>Richard J. Hughes Justice Complex 25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112<br>On behalf of NJ Division of Taxation | Taxing Authority | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James Vandermark, Esquire Heidi Sorvino, Esquire Shane Heskin, Esquire White & Williams<br>810 Seventh Ave Ste 500 New York NY 10019<br>vandermarkj@whiteandwilliams.com<br>sorvinoh@whiteandwilliams.com<br>heskins@whiteandwilliams.com | Corporate Counsel for Daryl Heller | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Heidi R Freese, Esquire<br>Tucker Arensberg, Esquire<br>300 Corporate Center Dr., Ste 200<br>Camp Hill, PA 17011<br>hfreese@tuckerlaw.com | Corporate Counsel for Daryl Heller | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Leo M Gibbons Esquire<br>MacElree Harvey<br>17 West Miner Street West Chester, PA 19382<br>lgibbons@macelree.com | Counsel for Charlene Heller, Ethan Heller, et al | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Haverstick, Esquire<br>Joshua Voss, Esquire<br>Kleinbard, LLC<br>Three Logan Square<br>1717 Arch Street, 5th Floor<br>Phila PA 19103<br>mhaverstick@kleinbard.com<br>jvoss@kleinbard.com | Counsel for Prestige Funds, et al. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Fencer, Esq.<br>Casner & Edwards<br>303 Congress Street,<br>Boston, MA 02210<br>fencer@casneredwards.com | Counsel for Jacques Santucci and Opus Consulting Partners, General Receiver in Michigan | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eamonn O'Hagan<br>Senior Bankruptcy Counsel<br>U.S. Attorney's Office District of New Jersey 970 Broad Street<br>Newark, New Jersey 07102<br>Eamonn.ohagan@usdoj.gov | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| N.J. Division of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ 08695-0245<br>Taxation.Bankruptcy@treas.nj.gov<br>valerie.hamilton@law.njoag.gov | Taxing Authority | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ANTHONY ST. JOSEPH on behalf of United States<br>of America on behalf of SBA<br>anthony.stjoseph@usdij.gov | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DHQM3,LLC<br>c/o Larry Young, Esq.<br>lvoung@cgalaw.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| GCC MSO, LLC and related companies<br>c/o Benjamin Sobcak, Esq.<br>Dickinson-Wright<br>BSobczak@dickinsonwright.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Estate of Richard Welkowitz, et al<br>c/o Adam R. Martin<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>adam.martin@troutman.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerry D. Hostetter<br>c/o Rory 0. Connaughton, Esq.<br>rorvc@bcgl-law.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |