| |
|---|
| UNITED STATED BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> **PORZIO, BROMBERG & NEWMAN, P.C.** <br> 100 Southgate Parkway <br> P.O. Box 1997 <br> Morristown, New Jersey 07962 <br> (973) 538-4006 <br> Rachel A. Parisi, Esq. (raparisi@pbnlaw.com) <br> Christopher P. Mazza. Esq. (cpmazza@pbnlaw.com) <br><br> *Counsel to Gallimore Properties, L.L.C.* |

| | |
|---|---|
| In re: <br><br> DARYL FRED HELLER, <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-11354 (JNP) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Porzio Bromberg & Newman, P.C. hereby appears as counsel of record for Gallimore Properties, L.L.C. ("Gallimore Properties") pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Gallimore Properties, by and through its undersigned counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

> **PORZIO, BROMBERG & NEWMAN, P.C.**
> 100 Southgate Parkway
> P.O. Box 1997
> Morristown, New Jersey 07962
> (973) 538-4006
> Rachel A. Parisi, Esq.
> Christopher P. Mazza, Esq.
> E-mail: raparisi@pbnlaw.com
> E-mail: cpmazza@pbnlaw.com

8045453

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the referenced cases.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of Gallimore Properties, to: (1) challenge the jurisdiction of the Bankruptcy Court for the District of New Jersey to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court of New Jersey (the "District Court"); (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Gallimore Properties is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: February 26, 2025					**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Rachel A. Parisi*
Rachel A. Parisi, Esq.
Christopher P. Mazza, Esq.
100 Southgate Pkwy
Morristown, NJ 07960
Tel: (973) 538-4006
Email: raparisi@pbnlaw.com
　　　　cpmazza@pbnlaw.com

*Counsel to Gallimore Properties, L.L.C.*

8045453