IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN)

| | |
|---|---|
| In re: | * |
| | * |
| **DARYL FRED HELLER**, | *  Case No.  25-11354-JNP |
| | * |
| Debtor. | *  Chapter 11 |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance as counsel for Truist Bank, pursuant § 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), that copies of all notices, pleadings and other papers given or filed in the above-captioned case be served upon Jeffrey M. Lichtstein, Esquire, Rosenberg Martin Greenberg LLP, 25 South Charles Street, 21st Floor, Baltimore, Maryland 21201.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

Respectfully submitted,

Dated: March 6, 2025

*/s/Jeffrey M. Lichtstein*
Jeffrey M. Lichtstein
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, MD  21201
Telephone:  (410) 727-6600
Facsimile:  410-727-1115
jlichtstein@rosenbergmartin.com
*Attorney for Truist Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2025, a copy of the foregoing Notice of Appearance was served via CM/ECF to all parties on record.

/s/ *Jeffrey M. Lichtstein*
Jeffrey M. Lichtstein

4903-7308-9825, v. 1