**MS&B** McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**Sari B. Placona**
**Direct Dial: (973) 721-5030**
splacona@msbnj.com
35240-001

March 17, 2025

**Via ECF**
To All Creditors and Parties-in-Interest

    **Re:**    **Daryl Fred Heller**
           **Chapter 11; Case No. 25-11354 (JNP)**

Dear Parties:

    This firm is counsel to Daryl Fred Heller, the Chapter 11 debtor and debtor-in-possession in the above captioned matter.

    Please be advised that the 341(a) Meeting of Creditors ("Meeting") has been adjourned to **Monday, March 31, 2025 at 10:00 a.m.** The Office of the United Trustee will be conducting the Meeting by telephone (Microsoft Teams).

    The call-in information is as follows:

        Dial in Number: 862-339-0272
        Phone conference ID: 795176693#

    Your participation is welcomed, but not required. If you have any questions regarding the foregoing, please do not hesitate to contact me.

           Sincerely,

           */s/ Sari B. Placona*

           Sari B. Placona

SBP/sll