UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

ANDREW R. VARA

UNITED STATES TRUSTEE, REGIONS 3 & 9

Martha R. Hildebrandt, Esq.

Jeffrey M. Sponder, Esq.

One Newark Center, Suite 2100

Newark, NJ 07102

Telephone: (973) 645-3014

Fax: (973) 645-5993

Email: Jeffrey.M.Sponder@usdoj.com

**Order Filed on March 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 25-11354 (JNP) |
| Daryl Fred Heller, | Chapter 11 |
| Debtor. | Hearing Date: |
| | Judge: John K. Sherwood |

## ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 EXAMINER
## BY UNITED STATES TRUSTEE

The relief set forth on the following page, numbered (2), is hereby **ORDERED**.

......

**DATED: March 18, 2025**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Daryl Fred Heller

Chapter 11, Case No. 25-11354 (JNP)

Order Approving the Appointment of a Chapter 11 Examiner

---

Pursuant to the Order Directing the Appointment of an Examiner entered on March 7, 2025, (Dkt. 99) and the Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of Edward A. Phillips in the above-captioned case, it is

**HEREBY ORDERED AS FOLLOWS:**

The appointment of Edward A. Phillips, as Examiner is hereby **APPROVED.**