| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>Jason D. Angelo, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br>           jangelo@reedsmith.com<br><br>*Proposed Counsel for Examiner* |

| In re: | Case No. 25-11354 (JNP) |
|---|---|
| DARYL FRED HELLER, | Judge Jerrold N. Poslusny Jr. |
| Debtor. | Chapter 11 |

## CERTIFICATION OF SERVICE

1.  I, Kurt F. Gwynne, Esq., represent Edward A. Phillips in his capacity as Examiner in this matter.

2.  On March 23, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Application for Retention of Reed Smith LLP as Proposed Counsel to the Examiner;
    - Certification of Kurt F. Gwynne, Esq. in Support of Application for Retention of Reed Smith LLP as Proposed Counsel to the Examiner; and
    - Proposed Order Authorizing Retention of Reed Smith LLP as Proposed Counsel to the Examiner

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 24, 2025                          */s/ Kurt F. Gwynne*
                                                              Kurt F. Gwynne

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daryl Fred Heller<br>909 Greensides Drive<br>Lititz, PA 17543 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Sari Blair Placona, Esq.<br>Anthony Sodono, III, Esq.<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068<br>splacona@msbnj.com<br>asodono@msbnj.com | Attorneys for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Jeffrey M. Sponder<br>Office of the U.S. Trustee<br>US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Albert Anthony Ciardi, III, Esq.<br>Daniel S. Siedman, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>dsiedman@ciardilaw.com | Attorneys for Deerfield Capital, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| William E. Craig<br>Janet Gold<br>Eisenberg Gold & Agrawal, P.C.<br>1040 Kings Highway North<br>Suite 200<br>Cherry Hill, NJ 08034<br>wcraig@eglawfirm.com<br>jgold@egclawfirm.com | Attorneys for Fulton Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |

| | | |
|---|---|---|
| E. Richard Dressel<br>Lex Nova Law, LLC<br>10 E. Stow Road<br>Suite 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com | Attorneys for Blair Levin, Gail Leven, Brett Levin | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Enrique Chaljub Garcia<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | Attorneys for Silverview Credit Partners, LP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Gerard S. Catalanello<br>Kimberly Kodis Schiffman<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>Gerard.Catalanello@alston.com | Attorneys for Silverview Credit Partners, LP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Edmond M. George<br>Obermayer Rebmann Maxwell & Hippel<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>edmond.george@obermayer.com | Attorneys for Customers Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Marshall T. Kizner<br>Stark & Stark<br>100 American Metro Boulevard<br>Hamiltom, NJ 08619<br>mkizner@stark-stark.com | Attorneys for Prestige Fund A, LLC et al. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Joseph H. Lemkin<br>Stark & Stark<br>993 Lenox Drive<br>Building 2<br>Lawrenceville, NJ 08648<br>jlemkin@stark-stark.com | Attorneys for Prestige Fund A, LLC et al. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Jerrold S. Kulback<br>Archer & Greiner, P.C.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043<br>jkulback@archerlaw.com | Attorneys for Avenaero Holdings LLC and Steward Capital Holdings, LP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Christopher John Leavell<br>Klehr Harrison Harvey Branzburg LLP<br>10000 Lincoln Drive East<br>Ste 201<br>Marlton, NJ 08053<br>cleavell@klehr.com | Attorneys for Univest Bank and Trust Co. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Jeffrey Lichtstein<br>Rosenberg Martin Greenberg LLP<br>25 S Charles Street<br>Ste 21st Floor<br>Baltimore, MD 21201<br>jlichtstein@rosenbergmartin.com | Attorneys for Truist Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Christopher P. Mazza<br>Rachel A. Parisi<br>Porzio Bromberg & Newman<br>100 Southgate Parkway<br>Morristown, NJ 07962<br>cpmazza@pbnlaw.com<br>raparisi@pbnlaw.com | Attorneys for Gallimore Properties, L.L.C. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |

| Name & Address | Relationship | Mode of Service |
|---|---|---|
| Steven Mitnick, Esq.<br>Marc D. Miceli, Esq.<br>S. Mitnick Law PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858<br>smitnick@sm-lawpc.com<br>mmiceli@sm-lawpc.com | Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Natalie R Young<br>MacElree Harvey Ltd.<br>17 West Miner Street<br>P.O. Box 660<br>West Chester, PA 19381<br>nyoung@macelree.com | Attorneys for Accordo, L.P., Brigantine Group (L.P.), Brookfield GP, LLC, Brookfield Partners, Brookfield, L.P., Charlene Heller, Ethan Heller, Taite Heller | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| Kevin J. Petak, Esq.<br>Spence Custer<br>1067 Menoher Boulevard<br>Johnstown, PA 15905 | Attorneys for Randall Leaman | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| AIS Portfolio Services, LLC<br>Attn: BMW Bank of North America<br>Dept. Account: XXXXXX9616<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other<br>(as authorized by the court*) |
| Austin Business Finance<br>Attn: Chris Mundt, Esq.<br>4853 Williams Drive, Ste 111<br>Georgetown, TX 78633 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other<br>(as authorized by the court*) |

5

| | | |
|---|---|---|
| Chicago Atlantic Advisors, LLC<br>c/o Andrew Lovitt<br>420 North Wabash Ave, Ste 500<br>Chicago, IL 60611 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Chicago Atlantic Advisors, LLC<br>c/o Greg Kramer, Esq.<br>Haynes & Boone, LP<br>30 Rockefeller Plaza, 26th Floor<br>New York, Ny 10112 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |
| First Commonwealth<br>22 East Roseville Road, Unit D<br>Lancaster, PA 17601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| First National Bank<br>c/o Steven Markunas<br>1205 Westlakes Drive<br>Suite 260, 2nd Floor<br>Berwyn, PA 19312 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| First National Bank<br>Donna Donaher, Esq.<br>100 Federal Street, 4th Floor<br>Pittsburgh, PA 15212 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Funders App, LLC (Fondonatics)<br>c/o Michele David<br>3323 NE 163rd St, Ste 401<br>North Miami Beach, FL 33160 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Libertas Funding<br>c/o Randy Saluck, CEO<br>411 W. Putnam Ave, Ste 220<br>Greenwich, CT 06830 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Mid Penn Bank<br>c/o Pamela Keefer<br>349 Union Street<br>Millersburg, PA 17061 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Needham Bank<br>c/o Joseph Campanelli, Pres. & CEO<br>1063 Great Plain Avenue<br>Needham, MA 02492 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Needham Bank<br>c/o Gustav Stickley, Esq.<br>Frank Segall, Esq.<br>Scott Moskol, Esq.<br>Blank Rome<br>125 High Street<br>Boston, MA 02110 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>(as authorized by the court*) |

7

| | | |
|---|---|---|
| Reliance Platinum<br>633 167th St,<br>Ste 804<br>Miami, FL 33162 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Traditions Bank<br>c/o Sean Summers, Esq.<br>Summers Nagy Law Offices<br>35 South Duke Street<br>York, PA 17401 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF_____<br>(as authorized by the court*) |
| UniBank<br>c/o Yuko Elliot, SVP<br>19315 Highway 99<br>Lynnwood, WA 98036 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Goldcoast Sotheby's International Realtor<br>200 34th Street<br>Ocean City, NJ 08226-2056 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Amex<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Chase<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Credibly Funding<br>25200 Telegraph Road, Suite 350<br>Southfield, MI 48033-7416 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Parkview Advance LLC<br>400 Main Street<br>Stamford, CT 06901-3000 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Prosperum Capital Partners LLC<br>749 Gateway, Suite G-601<br>Abilene, TX 79602-1196 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| United States Attorney<br>Peter Rodino Federal Building 970<br>Broad Street, Ste. 700<br>Newark, NJ  07102<br>On behalf of Internal Revenue Service | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| United States Attorney General<br>United States Dept. of Justice Ben Franklin Station<br>PO Box 683<br>Washington, DC  20044<br>On behalf of Internal Revenue Service | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| New Jersey Division of Taxation<br>Compliance & Enforce. - Bankruptcy Unit<br>3 John Fitch Way, 5th Fl.<br>PO Box 245<br>Trenton, NJ  08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| New Jersey Attorney General's Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>PO Box 112<br>Trenton, NJ  08625-0112<br>On behalf of NJ Division of Taxation | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other_____<br>(as authorized by the court*) |
| Orrstown Bank<br>c/o Martin J. Weis<br>Dilworth Paxson LLP<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF    (as authorized by the court*) |

| | | |
|---|---|---|
| GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC<br>c/o Donald W Clarke<br>Genova Burns LLC<br>110 Allen Road, Ste 304<br>Basking Ridge, NJ 07920 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>   (as authorized by the court*) |
| Leo M. Gibbons<br>MacElree Harvey Ltd.<br>17 W. Miner Street<br>West Chester, PA 19382 | Spec. Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>   (as authorized by the court*) |
| James J. Vincequerra<br>90 Park Avenue<br>15th Floor<br>New York, NY 10016-1387 | Spec. Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Other CM/ECF<br>   (as authorized by the court*) |