Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−11354−JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx−xx−1231

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/22/25 at 11:00 AM

to consider and act upon the following:

*155* – Objection to Application of McCarter & English as Criminal Counsel for the Debtor (related document:139 Application For Retention of Professional McCarter & English, LLP as Attorney Filed by Sari Blair Placona on behalf of Daryl Fred Heller. Objection deadline is 3/28/2025. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor Daryl Fred Heller) filed by Albert Anthony Ciardi III on behalf of Deerfield Capital, LLC. (Attachments: # 1 Certificate of Service) (Ciardi, Albert)

*156* – Reservation of Rights in Opposition to Application for Retention (related document:139 Application For Retention of Professional McCarter & English, LLP as Attorney Filed by Sari Blair Placona on behalf of Daryl Fred Heller. Objection deadline is 3/28/2025. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor Daryl Fred Heller) filed by Martin J. Weis on behalf of Orrstown Bank. (Attachments: # 1 Certificate of Service) (Weis, Martin)

Dated: 3/28/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court