**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Marshall T. Kizner, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
*Attorneys for Prestige*

In re:

DARYL FRED HELLER,

    Debtor.

Chapter 11

Case Nos. 25-11354 (JNP)

**Requested Hearing Date:** April 29, 2025, at 11:00 a.m. (ET)

**Objection Deadline:** April 22, 2025, at 4:00 p.m. (ET)

**NOTICE OF HEARING ON MOTION FOR ORDER CONFIRMING THAT IT IS NOT STAYED FROM PROCEEDING WITH DISCOVERY AND CIVIL CONTEMPT PROCEEDINGS PURSUANT TO 11 U.S.C. § 362(B)(4)**

**PLEASE TAKE NOTICE** that on **April 29, 2025 at 11:00 a.m. (prevailing Eastern Time)** (the "*Hearing*") or as soon thereafter as counsel may be heard, the undersigned attorneys for Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") will move before the Honorable Jerrold N. Poslusny, Jr., United States

1

Bankruptcy Judge, on the fourth floor of the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Camden, New Jersey 08101, for an order confirming that it is not stayed from proceeding with discovery and civil contempt proceedings pursuant to 11 U.S.C. §362(B)(4) (the "*Motion*").

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed with the Clerk of the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101 and served upon Stark & Stark, Attn: Joseph H. Lemkin, Esq., 100 American Metro Blvd. Hamilton, NJ 08619, attorney for Prestige on or before **April 22, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order also accompanies this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by Prestige.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion may be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

Prestige submits that no brief is necessary on the Motion because the Motion does not raise any novel issues of law.

Prestige requests oral argument regarding the Motion.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By:/s/ *Marshall T. Kizner*
    MARSHALL T. KIZNER, ESQ.

2

4929-7965-5727, v. 2

By:/s/ *Joseph H. Lemkin*
  JOSEPH H. LEMKIN, ESQ.
  100 American Metro Blvd.
  Hamilton, NJ 08619
  (609) 791-7922 (direct)
  (609) 896-9060 (main)
  (609) 895-7395 (facsimile)

  *Attorneys for Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC*

Dated:  March 28, 2025

4929-7965-5727, v. 2