| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>STARK & STARK, P.C.<br>A Professional Corporation<br>Marshall T. Kizner, Esq.<br>Joseph H. Lemkin, Esq.<br>100 American Metro Boulevard<br>Hamilton, NJ 08619-2319<br>(609) 791-7022<br>Attorneys for Prestige | Case No.:<br><br>Chapter: | 25-11354<br><br>11 |
| In Re:<br><br>Daryl Fred heller | Adv. No.:<br><br>Hearing Date:<br><br>Judge: | <br><br>4/29/25<br><br>JNP |

## CERTIFICATION OF SERVICE

1. I, _____Joseph H. Lemkin_____ :

   ☒ represent _____Prestige_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____March 28, 2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Prestige's Motion for Order Confirming that it is Not Stayed From Proceeding With Discovery and Civil Contempt Proceedings Pursuant to 11 U.S.C. 362(B)(4), Notice of Motion, Certification of Service and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/28/25

/s/ Joseph H. Lemkin
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daryl Fred Heller<br>909 Greenside Drive<br>Lititz, PA 17543 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sari Blair Placona<br>Antony Sodono, III<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068 | Counsel to Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert A. Ciardi, III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Counsel to Deerfield Capital, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Martin J. Weis, Esquire<br>Dilworth Paxson LLP<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19102 | Counsel to Orrstown Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Amitkumar Sharma<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 | BMW Bank of North America | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrold S. Kulback, Esquire<br>ARCHER & GREINER, P.C.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 | Counsel to Steward Capital Holdings LP and Avenaero Holdings LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edmond M. George, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108 | Counsel to Customers Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PORZIO, BROMBERG & NEWMAN, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>Attn: Rachel A. Parisi, Esq.<br>Christopher P. Mazza, Esq. | Counsel to Gallimore Properties, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Janet L. Gold, Esquire<br>William Craig, Esq.<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, New Jersey 08034 | Counsel to Fulton Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053 | Counsel to Brett Levin | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Lichtstein<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, 21st Floor<br>Baltimore, MD 21201 | Counsel to Truist Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Natalie R. Young, Esq.<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, Box 660<br>West Chester, PA 19381 | Counsel to Brigantine Group, LP, Brookfield GP, LLC, Brookfield Partners, Accordo, LP, Taite Heller, Ethan Heller, Charlene Heller | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald W. Clarke, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | Counsel to GCC Investment Holdings LLC, Grizzly RE LLC, NEO Mfg. MA, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GREENBAUM, ROWE, SMITH & DAVIS LLP<br>75 Livingston Avenue - Suite 301<br>Roseland, New Jersey 07068<br>Attention: Nancy Isaacson, Esq. | Counsel to Randall Leaman | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |