| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **STARK & STARK, PC**<br>Marshall T. Kizner, Esq.<br>Joseph H. Lemkin, Esq.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619<br>Telephone (609) 791-7022<br>*Attorneys for Prestige* |
| In re:<br><br>DARYL FRED HELLER,<br><br>    Debtor. |

Chapter 11

Case Nos. 25-11354 (JNP)

**ORDER CONFIRMING THAT PRESTIGE IS NOT STAYED FROM PROCEEDING WITH DISCOVERY AND CIVIL CONTEMPT PROCEEDINGS PURSUANT TO 11 U.S.C. § 362(B)(4)**

The Relief set forth in the following pages two (2) is hereby **ORDERED**.

1

Upon consideration of Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") *Motion for Order Confirming that Prestige is Not Stayed from Proceeding with Discovery and Civil Contempt Proceedings Pursuant to 11 U.S.C. § 362(B)(4)* (the "*Motion*"), and it appearing to the Court that all the requirements of Sections 362 of Bankruptcy Code, as well as the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; and after due deliberation and sufficient and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The automatic stay pursuant to 11 U.S.C. 362 does not preclude Prestige from Serving the Debtor and other non-debtor parties with the March 11th Order, as defined in the Motion;

3. Prestige is authorized to immediately serve the March 11th Order upon the Debtor and non-debtor parties;

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order.

2

4926-5349-7391, v. 1

5. Prestige shall serve this order on the Debtor, Debtor's counsel, the Examiner, and any other party who entered an appearance on the motion.

3