| |
|---|
| UNITED STATED BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br>Christopher P. Mazza. Esq. (cpmazza@pbnlaw.com)<br><br>*Counsel to Gallimore Properties, L.L.C.* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>**Objection Deadline: April 22, 2025**<br>**Hearing Date and Time: April 29, 2025 at 11:00 a.m.** |

## NOTICE OF HEARING ON MOTION OF GALLIMORE PROPERTIES, L.L.C. FOR AN ORDER LIFTING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW STATE COURT PROCEEDING AGAINST NON-DEBTOR TENANT

**PLEASE TAKE NOTICE** that on **April 29, 2025** at **11:00 a.m.** (EST), or as soon thereafter as counsel may be heard, Gallimore Properties, L.L.C. (the "Movant"), by and through their undersigned counsel, shall move before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge, in Courtroom #4C of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), 400 Cooper Street, Camden, New Jersey 08101, or such other physical or virtual location as may be determined by the Court, for entry of an order, substantially in the form submitted herewith, granting the relief request in the *Motion of Gallimore Properties, L.L.C. for an Order Lifting the Automatic Stay, to the Extent Applicable, to Allow State Court Proceeding Against Non-Debtor Tenant* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be

8067929

filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless responses are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

Dated: April 2, 2025　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**PORZIO, BROMBERG & NEWMAN, P.C.**

　　　　　　　　　　　　　　　　　　　　By:*/s/ Christopher P. Mazza*
　　　　　　　　　　　　　　　　　　　　　　Christopher P. Mazza, Esq.
　　　　　　　　　　　　　　　　　　　　　　Rachel A. Parisi, Esq.
　　　　　　　　　　　　　　　　　　　　　　100 Southgate Parkway
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1997
　　　　　　　　　　　　　　　　　　　　　　Morristown, New Jersey 07962
　　　　　　　　　　　　　　　　　　　　　　(973) 538-4006
　　　　　　　　　　　　　　　　　　　　　　(973) 538-5146 Facsimile
　　　　　　　　　　　　　　　　　　　　　　cpmazza@pbhlaw.com
　　　　　　　　　　　　　　　　　　　　　　raparisi@pbnlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Gallimore Properties, L.L.C.*