Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 25–11354–JNP
                      Chapter:  11
                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx–xx–1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              May 20, 2025
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*194* – Objection to Debtor's Application for Retention of Professional (related document:139 Application For Retention of Professional McCarter & English, LLP as Attorney Filed by Sari Blair Placona on behalf of Daryl Fred Heller. Objection deadline is 3/28/2025. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor Daryl Fred Heller) filed by Jeffrey M. Sponder on behalf of U.S. Trustee. (Sponder, Jeffrey)

and transact such other business as may properly come before the meeting.

Dated: April 24, 2025
JAN: kvr

                                                                             Jeanne Naughton
                                                                              Clerk