| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
aciardi@ciardilaw.com
dsiedman@ciardilaw.com
Counsel to Deerfield Capital, LLC

In Re:

Daryl Fred Heller,

        Debtor.

Case No.: __11__
Adv. Pro. No.: _____
Chapter: __25-11354__
Subchapter V: ☐ Yes ☐ No
Hearing Date: __4.28.25__
Judge: __JNP__

## ADJOURNMENT REQUEST

1. I, __Albert A. Ciardi, III, Esquire__,

   ☒ am the attorney for: __Deerfield Capital, LLC__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: __April 28.2025 @ 11:00 am__

   New date requested: __May 20, 2025__

   Reason for adjournment request: __counsel are engaged in discussions__

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):
   __We have consent with the Debtor's counsel__

I certify under penalty of perjury that the foregoing is true.

Date: April 24, 2025                             /s/ Albert A. Ciardi, III, Esquire
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted                    New hearing date: _____            ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____            ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*