| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**CERTIFICATION OF NO OBJECTION TO FIRST MONTHLY FEE STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 10, 2025 THROUGH FEBRUARY 28, 2025 (DOCUMENT NO. 173)**

      The Court authorized, under D.N.J. LBR-2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the First Monthly Fee Statement of McManimon, Scotland & Baumann, LLC (the "Applicant"), counsel for Chapter 11 Debtor and Debtor-in-Possession for the period from February 10, 2025 through February 28, 2025 (the "First Monthly Fee Statement"), filed on April 9, 2025 were to be filed and served not later than April 23, 2025.

      I, Sari B. Placona, certify that as of April 25, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the First Monthly Fee Statement has been filed.

      Pursuant to D.N.J. LBR 2016-3, payment shall be made to the Applicant upon the filing of this Certification.

Dated: April 25, 2025                          */s/ Sari B. Placona*
                                                              Sari B. Placona