| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>               Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**CERTIFICATION OF NO OBJECTION TO SECOND MONTHLY FEE STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025 (DOCUMENT NO. 175)**

The Court authorized, under D.N.J. LBR-2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Second Monthly Fee Statement of McManimon, Scotland & Baumann, LLC (the "Applicant"), counsel for Chapter 11 Debtor and Debtor-in-Possession for the period from March 1, 2025 through March 31, 2025 (the "Second Monthly Fee Statement"), filed on April 10, 2025 were to be filed and served not later than April 24, 2025.

I, Sari B. Placona, certify that as of April 25, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Second Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the Applicant upon the filing of this Certification.

Dated: April 25, 2025                              */s/ Sari B. Placona*
                                                                               Sari B. Placona