UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
494 Broad Street
Newark, NJ  07102
Phone:  (973) 646-3283
Counsel for GCC Investment Holdings LLC,
Grizzly RE, LLC and NEO Mfg. MA, LLC
JACLYNN N. McDONNELL, ESQ.
JMcDonnell@genovaburns.com

In Re:

DARYL FRED HELLER,

Debtor.

Case No.:     25-11354(JNP)

Chapter:      11

Judge:        Jerrold N. Poslusny Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Jaclynn N. McDonnell, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ  07102
(973) 646-3283
JMcDonnell@genovaburns.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: April 28, 2025

*/s/  Jaclynn N. McDonnell*
Signature

*new.8/1/15*