UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>DARYL FRED HELLER | Case No.: 25-11354 (JNP)<br>Chapter: 11<br>Judge: Jerrold Poslusny, Jr. |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Daryl Fred Heller_____, _____Chapter 11 Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>U.S. Post Office and Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, U.S.B.J.__ on _____June 2, 2025_____ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, _____400 Cooper Street, 4th Fl, Camden, NJ 08101_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | The Debtor and Orrstown have the following pending matters: Adversary Proceeding No. 25-01092 (JNP) captioned Daryl Fred Heller v. Deerfield Capital LLC and Orrstown Bank, Motion of the Bank to Transfer Venue, and Beach House Sale Proceeds Dispute |
|---|---|
| Pertinent terms of settlement: | The Obligors, which includes the Debtor, and Orrstown have reached a consensus on the terms of the Agreement in order to address certain of the Loans, Judgments, and pending litigation in the Debtor's bankruptcy case as well as Orrstown and Mrs. Heller's asserted entitlements to the proceeds of the Beach House sale and Orrstown Bank's rights vis a vis Mrs. Heller. Given the time, expense and uncertainty of litigation, the Debtor believes |

Objections must be served on, and requests for additional information directed to:

Name:  Sari B. Placona, Esq., McManimon, Scotland & Baumann, LLC

Address:  75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068

Telephone No.:  (973) 622-1800 | splacona@msbnj.com

*rev.8/1/15*