UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARTIN J. WEIS, ESQUIRE
DILWORTH PAXSON LLP
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE: (215) 575-7000
FACSIMILE: (215) 575-7200
EMAIL: mweis@dilworthlaw.com
Counsel for Orrstown Bank

In Re:

DARYL FRED HELLER,

Debtor.

Case No.: 25-11354 (JNP)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 05/08/25

Judge: Poslusny

## ADJOURNMENT REQUEST

1. I, Martin J. Weis,

   ☒ am the attorney for: Orrstown Bank,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion of Orrstown Bank to Transfer Venue of Bankruptcy Proceeding [D.I.115]

   Current hearing date and time: 05/08/25 at 11:00 a.m.

   New date requested: Week of June 9, 2025

   Reason for adjournment request: Please see attached.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   Consent of debtor, Silverview Credit Partners LP, and Deerfield Capital LLC obtained

I certify under penalty of perjury that the foregoing is true.

Date: __May 5, 2025_____        /s/ Martin J. Weis_____
                                                                                     Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒ Granted        New hearing date: __6/12/2025 at 10am_____        ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE: (215) 575-7000
FACSIMILE: (215) 575-7200
EMAIL: mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

**ADJOURNMENT REQUEST**

**Reason for adjournment request:** A Motion to Approve Agreement with Orrstown Bank, Daryl Heller and Charlene Heller (the "Approval Motion" [D.I. 213]) is scheduled for 06/02/2025. That Agreement contemplates, among other things, that the Venue Motion will be withdrawn if the Approval Motion is granted.