| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel to Daryl Fred Heller, Chapter 11 Debtor and Debtor-in-Possession* | Order Filed on May 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

**ORDER AUTHORIZING RELEASE OF FUNDS FROM McMANIMON, SCOTLAND & BAUMANN, LLC'S ATTORNEY TRUST ACCOUNT FOR PAYMENT OF ATTORNEY'S FEES AND COSTS PURSUANT TO THE ADMINISTRATIVE FEE ORDER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 8, 2025**

*/s/ Jerrold N. Poslusny, Jr.*
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No.: | 25-11354 (JNP) |
| Caption of Order: | Order Authorizing Release of Funds From McManimon, Scotland & Baumann, LLC's Attorney Trust Account for Payment of Attorney's Fees and Costs Pursuant to the Administrative Fee Order |

**THIS MATTER,** having been opened to the Court by Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession (the "Debtor"), by and through his counsel, by the filing of an application (the "Application")[1] (ECF 207) for an order authorizing the release of funds from McManimon, Scotland & Baumann, LLC's ("MSB") attorney trust account ("MSB Attorney Trust Account") for payment of attorney's fees and costs pursuant to the Administrative Fee Order; and the Court having considered the Application and the Objection filed by Orrstown Bank (the "Orrstown Objection") (ECF 223) and Limited Objection by Randall S. Leaman (the "Leaman Objection") (ECF 226); and for other good cause having been shown,

**IT IS HEREBY ORDERED** that**:**

1. The Application is **GRANTED** subject to paragraphs 3 and 4 below.

2. MSB is authorized to release $91,855.84 from the MSB Attorney Trust Account from sale proceeds of the Sea Isle, New Jersey property to pay MSB, in part, on its First and Second Monthly Fee Statements.

3. MSB shall hold $835,000 in the MSB Attorney Trust Account until the claim of Orrstown as to the sale proceeds contents of the MSB Attorney Trust Account and Orrstown Objection are resolved.

4. MSB shall hold $125,000 in the MSB Attorney Trust Account until the Leaman Objection is resolved.

---

[1] All terms defined herein shall have the same meaning as ascribed in the Application.