| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>Jason D. Angelo, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br>         jangelo@reedsmith.com<br><br>*Proposed Counsel for Examiner* | Order Filed on May 14, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re*:*<br><br>DARYL FRED HELLER,<br><br>                              Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

### ORDER AUTHORIZING RETENTION OF REED SMITH LLP, AS PROPOSED COUNSEL TO THE EXAMINER, EFFECTIVE AS OF MARCH 18, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: May 14, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

- 2 -

Upon the applicant's request for authorization to retain Reed Smith LLP as counsel for the Examiner, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:     506 Carnegie Center, Suite 300
    Princeton, NJ 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.
    ☐ Waiver, under D.N.J. LBR 2014-2(b), of requirements of D.N.J. LBR 2016-1.
    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is March 18, 2025.