| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>Jason D. Angelo, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br>           jangelo@reedsmith.com<br><br>*Counsel for Examiner* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>                          Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

**CERTIFICATION OF NO OBJECTION TO FIRST MONTHLY FEE STATEMENT OF EDWARD A. PHILLIPS, EXAMINER, FOR THE PERIOD FROM MARCH 18, 2025 THROUGH MARCH 31, 2025**

The Court authorized, under D.N.J. LBR-2016-3(a), compensation to professionals on a monthly basis.  Under D.N.J. LBR 2016-3(c), objections to the First Monthly Fee Statement of Edward A. Phillips (the "Applicant"), for the Period from March 18, 2025 through March 31, 2025 (the "First Monthly Fee Statement"), filed on April 21, 2025 were to be filed and served not later than May 5, 2025.

I, Kurt F. Gwynne, certify that as of May 16, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the First Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the Applicant upon the filing of this Certification. Dated:  May 16, 2025.

Date: May 16, 2025

Respectfully submitted,

By: */s/ Kurt F. Gwynne*
REED SMITH LLP
Kurt F. Gwynne
Jason D. Angelo
506 Carnegie Center
Suite 300
Princeton, NJ, 08540
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
Email: jangelo@reedsmith.com

*Counsel for Edward A. Phillips, as Examiner*