| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>Jason D. Angelo, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br>         jangelo@reedsmith.com<br><br>*Proposed Counsel for Examiner* | Order Filed on May 14, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DARYL FRED HELLER,<br><br>                    Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

### ORDER AUTHORIZING RETENTION OF REED SMITH LLP, AS PROPOSED COUNSEL TO THE EXAMINER, EFFECTIVE AS OF MARCH 18, 2025

The relief set forth on the following page is **ORDERED**.

**DATED: May 14, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Reed Smith LLP as counsel for the Examiner, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:     506 Carnegie Center, Suite 300
   Princeton, NJ 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is March 18, 2025.

United States Bankruptcy Court

District of New Jersey

In re:  
Daryl Fred Heller  
Debtor

Case No. 25-11354-JNP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1  
Date Rcvd: May 14, 2025  
User: admin  
Form ID: pdf903  
Page 1 of 7  
Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

**Name** — **Email Address**

Albert Anthony Ciardi, III  
on behalf of Defendant Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III  
on behalf of Interested Party Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Anthony Sodono, III  
on behalf of Debtor Daryl Fred Heller asodono@msbnj.com

Anthony Sodono, III  
on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com

Christopher John Leavell  
on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com lclark@klehr.com

Christopher P. Mazza  
on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com,

Case 25-11354-JNP    Doc 248    Filed 05/16/25    Entered 05/17/25 00:13:36    Desc
Imaged Certificate of Notice    Page 4 of 9

| District/off: 0312-1 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf903 | Total Noticed: 2 |

mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Daniel S. Siedman
on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Donald W Clarke
on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

Edmond M. George
on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com

Edward A. Phillips
ephillips@getzlerhenrich.com

Gerard S Catalanello
on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com

Jaclynn McDonnell
on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell
on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Janet Gold
on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com;jwingfield@egalawfirm.com

Jeffrey Lichtstein
on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jerrold S. Kulback
on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B VI LLC jlemkin@stark-stark.com

| | | |
|---|---|---|
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund V LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IX LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D V LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B II LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D BTM I LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A II LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D BTM I LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity I LLC | jlemkin@stark-stark.com |

Case 25-11354-JNP    Doc 248    Filed 05/16/25    Entered 05/17/25 00:13:36    Desc
Imaged Certificate of Notice    Page 6 of 9

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 7 |
| Date Rcvd: May 14, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com kcockerham@reedsmith.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com kcockerham@reedsmith.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com alion@saxtonstump.com

Marc D. Miceli
    on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

District/off: 0312-1 | User: admin | Page 5 of 7
Date Rcvd: May 14, 2025 | Form ID: pdf903 | Total Noticed: 2

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 7 |
| Date Rcvd: May 14, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com |

Case 25-11354-JNP    Doc 248    Filed 05/16/25    Entered 05/17/25 00:13:36    Desc
Imaged Certificate of Notice    Page 9 of 9

| District/off: 0312-1 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Martin J. Weis
    on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis
    on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Nancy Isaacson
    on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
    on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Accordo  L.P. nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com

Rachel A. Parisi
    on behalf of Creditor Gallimore Properties  L.L.C. raparisi@pbnlaw.com,
    mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Sari Blair Placona
    on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Steven J. Mitnick
    on behalf of Creditor Receiver of Golden Gate Investment Company  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 164