| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ciardi Ciardi & Astin<br>Albert A. Ciardi, III, Esquire<br>Daniel S. Siedman, Esquire<br>1905 Spruce Street<br>Philadelphia, PA  19103<br>T (215) 557-3550<br>F (215) 557-3551<br>aciardi@ciardilaw.com<br>dsiedman@ciardilaw.com<br>counsel for Deerfield Capital, LLC | |
| In Re:<br><br>DARYL F HELLER | Case No.: 25-11354<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 5.20.25 @ 11<br>Judge: Poslusny |

## ADJOURNMENT REQUEST

1. I, __Albert A. Ciardi, III, Esquire__,

    ☒ am the attorney for: __Deerfield Capital, LLC__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: MFR DN 9; Reservation Rights DN 156 & Obj to App Employ McCarter DN 194

    Current hearing date and time: May 20, 2025 @ 11 am

    New date requested: June 2, 2025 @ 11 am

    Reason for adjournment request: parties are currently in negotiating resolution
    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):
    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: May 15, 2025                                   /s/ Albert A. Ciardi, III, Esquire
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 6/2/2025 at 11:00am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

rev.10/2021