| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **STARK & STARK, PC**<br>Marshall T. Kizner, Esq.<br>Joseph H. Lemkin, Esq.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619<br>Telephone (609) 791-7022<br>*Attorneys for Prestige* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>    Debtor. | Chapter 11<br><br>Case Nos. 25-11354 (JNP) |

# APPLICATION FOR ORDER SHORTENING TIME

      The applicant, Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige"), requests that pursuant to 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion"), as required by D.N.J. LBR 9013-2 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reason(s) set forth below:

    1.    A shortened time hearing is requested because:

Prestige's Motion directly relates to issues concerning the feasibility of the two proposed settlements filed by the Debtor [ECF No. 213 and 258]. Prestige plans on opposing both motions and it is critical that the Court consider other factors, set forth in the Motion, prior to or contemporaneous with, determining the two proposed settlement motions.

    2.    State the hearing dates requested:

June 10, 2025 at 11:00 a.m.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

        Respectfully submitted,

        STARK & STARK
        A Professional Corporation

        By:/s/ *Marshall T. Kizner*
          MARSHALL T. KIZNER, ESQ.

Dated: May 21, 2025

2