UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

After review of the application of _____ for a reduction of time for a hearing on _____
_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court,

Courtroom No. _____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

❏ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

❑ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*