Order Filed on May 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street,
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
dsiedman@ciardilaw.com

In re:

Daryl Fred Heller

Debtor.

Chapter 11

Case No. 25-11354

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: May 22, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Application for Order Shortening Time
May 22, 2025

Deerfield Capital, LLC ("Deerfield" or "Movant"), by and through its undersigned counsel, Ciardi Ciardi & Astin, hereby moves an Order Staying and/or Suspending the Examiner and (II) requests an expedited hearing, reduced notice period and limited notice (the "Motion").

An Application For Expedited Consideration Of the Motion was filed. After review of the Motion, and for good cause shown;

IT IS FURTHER ORDERED as follows:

1. A hearing will be conducted on the matter on June 10, 2025 at 11:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom 4C.

2. The Applicant must serve a copy of this Order, and all related documents, on the United States Trustee's Office, the Top 20 Creditors, all secured creditors, Examiner's Counsel and those parties who entered notice of appearance and request for service, by electronic mail, facsimile or overnight mail.

2. Service must be made:

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

3. A Certification of Service must be filed prior to the hearing date.

4. Any objections to the Motion/Application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____4____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

2

Application for Order Shortening Time
May 22, 2025

    5.    ☒ Court appearances are required to prosecute the Motion/Application and any objections.

    ☒ Parties may request to appear by phone in accordance with Judge Poslusny's procedures.