| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | Order Filed on May 22, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **STARK & STARK, PC** <br> Marshall T. Kizner, Esq. <br> Joseph H. Lemkin, Esq. <br> 100 American Metro Blvd. <br> Hamilton, NJ 08619 <br> Telephone (609) 791-7022 <br> *Attorneys for Prestige Funds* | |
| In re: <br><br> DARYL FRED HELLER, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-11354 (JNP) |

### ORDER CONFIRMING THAT PRESTIGE IS NOT STAYED FROM PROCEEDING WITH DISCOVERY AND CIVIL CONTEMPT PROCEEDINGS PURSUANT TO 11 U.S.C. § 362(B)(4)

The Relief set forth in the following page two (2) is hereby **ORDERED**.

**DATED: May 22, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Upon consideration of Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") Motion for Order Confirming that Prestige is Not Stayed from Proceeding with Discovery and Civil Contempt Proceedings Pursuant to 11 U.S.C. § 362(B)(4) (the "Motion"), and it appearing to the Court that all the requirements of Sections 362 of Bankruptcy Code, as well as the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; after due deliberation and sufficient and good cause appearing therefore and for the reasons set forth on the record on May 5, 2025 [ECF 222];

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety;

2. The automatic stay pursuant to 11 U.S.C. 362 does not preclude Prestige from Serving the Debtor and Paramount Management Group, LLC with the March 11th Order, as defined in the Motion;

3. Prestige is authorized to immediately serve the March 11th Order upon the Debtor, individually, by emailing a copy to the Debtor's counsel at c/o Sari B. Placona, Esq., SPlacona@MSBNJ.COM;

2

4900-5932-9093, v. 1

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order;

5. Prestige shall serve this order on the Debtor, Debtor's counsel, the Examiner, and any other party who entered an appearance on the motion.