| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel to Daryl Fred Heller*<br>*Chapter 11 Debtor and Debtor-in-Possession* |

Order Filed on May 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

**ORDER GRANTING CROSS MOTION FOR STAY RELIEF TO ALLOW FOR THE PENNSYLVANIA STATE COURT APPEAL TO CONTINUE**

      The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: May 22, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No.: | Case No. 25-11354 (JNP) |
| Caption of Order: | Order Granting Cross Motion for Stay Relief to Allow for the Pennsylvania State Court Appeal to Continue |

**THIS MATTER,** having been presented to the Court by Daryl Fred Heller (the "Debtor"), by and through his counsel, McManimon, Scotland & Baumann, LLC, by way of Debtor's Opposition to Prestige's[1] Motion for an Order Confirming That it is not Stayed From Proceeding With Discovery and Civil Contempt Proceedings Pursuant to 11 U.S.C. § 362(B)(4) (the "Motion"),[2] and by way of Debtor's Cross Motion for Stay Relief for the Pennsylvania State Court Appeal to Continue (the "Cross Motion"), and due and proper notice of the Cross Motion having been given; and the Court having considered the papers in support of the Cross Motion and opposition thereto, if any, and the Court considering oral argument, if any; and for the reasons set forth on the record on May 5, 2025 [ECF 222] on the Motion and Cross Motion, and for other good and sufficient cause existing for the granting of the relief as set forth herein, it is hereby:

**IT IS HEREBY ORDERED** that:

1. The Cross Motion is **GRANTED** as set forth herein.

2. The Statement of Errors Complained of on Appeal Pursuant to Pa.R.A.P. 1925(b) ("Appeal Statement"), filed on February 28, 2025, in the Pennsylvania state court action entitled *Prestige Fund A, LLC, et al., v. Paramount Management Group, LLC*, No. CI-24-06012 ("Appeal Action"), filed by the Debtor, is hereby relieved

---

[1] Prestige, as defined in the Motion and the movants of same, consists of Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX,LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige").

[2] Capitalized terms not defined herein shall have the same meaning is ascribed in the Motion.

(Page 3)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No.: | Case No. 25-11354 (JNP) |
| Caption of Order: | Order Granting Cross Motion for Stay Relief to Allow for the Pennsylvania State Court Appeal to Continue |

from the automatic stay and the Debtor may proceed with the Appeal Statement in the Appeal Action.

3. This Order shall be immediately effective and enforceable upon its entry.

4. Debtor shall serve a copy of this Order on all interested parties within five (5) days of entry of this Order.