| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter*<br>*11 Debtor and Debtor-in-Possession* |
| In re:<br><br>DARYL FRED HELLER,<br><br>        Debtor. |

Case No. 25-11354 (JNP)

Chapter 11

Honorable Jerrold N. Poslusny, Jr.,

## ADJOURNMENT REQUEST

1. I, Sari B. Placona, Esq.,

   ☒ am the attorney for Daryl Fred Heller, Debtor in the above-referenced proceeding, and request an adjournment of the following hearing for the reason set forth below.

   Matter: Application for Retention of Professional McCarter & English [Doc. No. 139]

   Current hearing date and time: June 2, 2025, at 11:00 a.m.
   New date requested: June 10, 2025 at 11:00 a.m.

   Reasons for adjournment request: Debtor's counsel will be out of the country on June 2, 2025. There are several other matters pending in this case for June 10, 2025.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all

   I hereby certify under penalty of perjury that the foregoing is true.

                                                     */s/ Sari B. Placona*
   Date: May 20, 2025                        Sari B. Placona

**COURT USE ONLY**
_____

The request for adjournment is:

☒ Granted          New hearing date: 6/10/20205 at 11:00am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2