Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25–11354–JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx–xx–1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              June 10, 2025
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*282* – Objection to Motion for an Order Approving the Agreement Between the Debtor, Charlene R. Heller, and Orrstown Bank Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (related document:213 Motion to Approve Compromise or Settlement under Rule 9019 Filed by Sari Blair Placona on behalf of Daryl Fred Heller. Hearing scheduled for 6/2/2025 at 11:00 AM, JNP – Courtroom 4C, Camden.. (Attachments: # 1 Brief # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Daryl Fred Heller) filed by Richard Kanowitz on behalf of Chicago Atlantic Admin, LLC. (Kanowitz, Richard)

and transact such other business as may properly come before the meeting.


Dated: May 28, 2025
JAN: kvr

                                             Jeanne Naughton
                                             Clerk