**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**MᴄMᴀɴɪᴍᴏɴ, Sᴄᴏᴛʟᴀɴᴅ & Bᴀᴜᴍᴀɴɴ, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to Daryl Fred Heller*
*Chapter 11 Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>              Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

<u>**CERTIFICATION OF SERVICE**</u>

1.      I, Stacy Lipstein, am a legal assistant employed by McManimon, Scotland & Baumann, counsel for Daryl Fred Heller, the Debtor in the above-captioned matter.

2.      On June 2, 2025, I sent a copy of the following documents to the parties listed on the service list attached.

- Notice of Motion Expunging Claim Nos. 13 Through 32 Filed by Prestige Fund A, LLC et al., Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 [Doc No. 288];
- Debtor's Motion Expunging Claim Nos. 13 Through 32 Filed by Prestige Fund A, LLC et al., Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 [Doc No. 288-1];
- Certification of Sari B. Placona, Esq., in Support of Debtor's Motion Expunging Claim Nos. 13 Through 32 Filed by Prestige Fund A, LLC et al., Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (with Exhibits A – G) [Doc No. 288-2];
- Proposed Order [Doc No. 288-3]; and
- Order Shortening Time, entered by the Honorable Jerrold N. Poslusny on May 30, 2025 [Doc No. 291].

      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  June 2, 2025                            <u>     */s/ Stacy Lipstein*     </u>
                                           Stacy Lipstein

| Name and Address of Party Served | Name and Address of Party Served | Mode of Service |
|---|---|---|
| United States Department of Justice Office of the United States Trustee Jeffrey M. Sponder, Esq. One Newark Center, Ste. 2100 Newark, NJ  07102 | *Trustee's Office* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Edward Phillips, CPA Getzler Henrich & Associates 295 Madison Ave, 20th Floor New York, NY 10017 | *Examiner* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Kurt F. Gwynne, Esq. Reed Smith LLP 1201 Market Street, Suite 1500 Wilmington, DE 19801 Attorneys for the Examiner | *Attorneys for Examiner* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Albert Ciardi, III, Esq. Ciardi Ciardi & Astin 1905 Spruce Street Philadelphia, PA 19103 | *Attorneys for Deerfield Capital, LLC NOA (20 Largest Creditor)* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Steven Mitnick, Esq. S. Mitnick Law PC PO Box 530 49 Old Turnpike Road Oldwick, NJ 08858 | *Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC, NOA* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Marc D. Miceli, Esq. S. Mitnick Law PC PO Box 530 49 Old Turnpike Road Oldwick, NJ 08858 | *Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC, NOA* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Martin J. Weis, Esq. Dilworth Paxson LLP 1650 Market Street, Suite 1200 Philadelphia, PA 19102 | *Attorneys for Orrstown Bank NOA (20 Largest Creditor and Secured)* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Gerard S. Catalanello Alston & Bird LLP 90 Park Avenue New York, NY 10016 | *Attorneys for Silverview Credit Partners, LP NOA (20 Largest Creditor)* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| AIS Portfolio Services, LLC Attn: BMW Bank of North America Dept. Account: XXXXXX9616 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 | *NOA* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |
| Jerrold S. Kulback, Esq. Archer & Greiner, PC 1025 Laurel Oak Road Voorhees, NJ 08043 | *Attorneys for Steward Capital Holdings LP and Avenaero Holdings LLC, NOA* | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☑ Other, Email |

| | | |
|---|---|---|
| Christopher J. Leavell, Esq.<br>Klehr, Harrison, Harvey, Branzburg LLP<br>10000 Lincoln Drive East, Ste 201<br>Marlton, NJ 08053 | *Attorneys for Univest Bank and Trust Co. NOA (20 Largest Creditor)* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Marshall T. Kizner, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Prestige Fund A, LLC et al., NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Prestige Fund A, LLC et al., NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Edmond M. George, Esq.<br>Obermayer Rebmann Maxwell & Hippel<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108 | *Attorneys for Customers Bank, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Christopher P. Mazza, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962 | *Attorneys for Gallimore Properties, LLC, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Rachel A. Parisi, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962 | *Attorneys for Gallimore Properties, LLC, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| William E Craig, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Ste 200<br>Cherry Hill, NJ 08034 | *Attorneys for Fulton Bank,*<br>*Secured Creditor, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Janet L. Gold, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Ste 200<br>Cherry Hill, NJ 08034 | *Attorneys for Fulton Bank,*<br>*Secured Creditor, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| E. Richard Dressel, Esq.<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053 | *Attorneys for Brett and Gail Levin, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis<br>75 Livingston Avenue - Suite 301<br>Roseland, New Jersey 07068 | *Attorneys for Randall Leaman, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Jeffrey M. Lichtstein, Esq.<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, 21st Floor<br>Baltimore, MD 21201 | *Attorneys for Truist Bank, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |

| | | |
|---|---|---|
| Natalie Young, Esq.<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, Box 660<br>West Chester, PA 19381-0660 | *Attorneys for Charlene Heller, Ethan Heller, Taite Heller, Accordo, LP, Brookfield, LP and Brigantine Group, LP, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Donald W. Clarke, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | *Attorneys for GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Jaclynn N. McDonnell, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | *Attorneys for GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Richard Kanowitz, Esq.<br>Haynes and Boone, LLP<br>30 Rockefeller Center, 26th Floor<br>New York, New York 10112 | *Attorneys for Chicago Atlantic Admin, LLC, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Lauren Sisson, Esq.<br>Haynes and Boone, LLP<br>30 Rockefeller Center, 26th Floor<br>New York, New York 10112 | *Attorneys for Chicago Atlantic Admin, LLC, NOA* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Auston Business Finance<br>Attn: Chris Mundt, Esq.<br>4853 Williams Drive, Ste 111<br>Georgetown, TX78633 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Overnight Mail |
| Chicago Atlantic Advisors, LLC<br>c/o Andrew Lovitt<br>420 North Wabash Ave, Ste 500<br>Chicago, IL 60611 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Overnight Mail |
| Chicago Atlantic Advisors, LLC<br>c/o Greg Kramer, Esq.<br>Haynes & Boone, LP<br>30 Rockefeller Plaza, 26th Floor<br>New York, Ny 10112 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| First Commonwealth<br>22 East Roseville Road, Unit D<br>Lancaster, PA 17601 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Overnight Mail |
| First National Bank<br>c/o Steven Markunas<br>1205 Westlakes Drive<br>Suite 260, 2nd Floor<br>Berwyn, PA 19312 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |

| | | |
|---|---|---|
| First National Bank<br>Donna Donaher, Esq.<br>100 Federal Street, 4th Floor<br>Pittsburgh, PA 15212 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Funders App, LLC (Fondonatics)<br>c/o Michele David<br>3323 NE 163rd St, Ste 401<br>North Miami Beach, FL 33160 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Libertas Funding<br>c/o Randy Saluck, CEO<br>411 W. Putnam Ave, Ste 220<br>Greenwich, CT 06830 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Mid Penn Bank<br>c/o Pamela Keefer<br>349 Union Street<br>Millersburg, PA 17061 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Needham Bank<br>c/o Joseph Campanelli, Pres. & CEO<br>1063 Great Plain Avenue<br>Needham, MA 02492 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Needham Bank<br>c/o Gustav Stickley, Esq.<br>Blank Rome<br>125 High Street<br>Boston, MA 02110 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Needham Bank<br>c/o Frank Segall, Esq.<br>Scott Moskol, Esq.<br>Blank Rome<br>125 High Street<br>Boston, MA 02110 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Reliance Platinum<br>633 167th St, Ste 804<br>Miami, FL 33162 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| Traditions Bank<br>c/o Sean Summers, Esq.<br>Summers Nagy Law Offices<br>35 South Duke Street<br>York, PA 17401<br>Attorney for Traditions Bank | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |
| UniBank<br>c/o Yuko Elliot, SVP<br>19315 Highway 99<br>Lynnwood, WA 98036 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other, Email |