| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **SAXTON & STUMP LLC** <br> Joshua J. Voss, Esq. <br> 280 Granite Run Drive, Suite 300 <br> Lancaster, PA 17601 <br> (717) 556-1072 <br><br> **STARK & STARK, PC** <br> Marshall T. Kizner, Esq. <br> Joseph H. Lemkin, Esq. <br> 100 American Metro Blvd. <br> Hamilton, NJ 08619 <br> Telephone (609) 791-7022 <br> *Attorneys for Prestige* | |
| In re: <br><br> DARYL FRED HELLER, <br><br>         Debtor. | Chapter 11 <br><br> Case Nos. 25-11354 (JNP) |

**CERTIFICATION OF COUNSEL IN SUPPORT OF OBJECTION TO DEBTOR'S MOTION FOR AN ORDER TO QUASH 2004 SUBPOENA**

I, Joseph H. Lemkin, Esq., hereby Certify as follows:

1. I am a shareholder with law firm Stark & Stark, counsel for Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC

1

(collectively, "Prestige").  I submit this Certification in Support of Prestige's Objection to Debtor's Motion for an Order The Motion to Quash 2004 Subpoena Served by Prestige Fund (the

1.  Attached hereto as **Exhibit "A"** is a true and correct copy of the Answers to Follow-Up Deposition Questions Supplied by Dennis Ream.

2.  Attached hereto as **Exhibit "B"** is a true and correct copy of the transcript from deposition testimony of Barry Rynearson, the former CFO of Heller Capital.

3.  Attached hereto as **Exhibit "C"** is a true and correct copy of a compilation of text messages from Heller Capital's former Chief Operating Officer, Aaron Fogleman, to Debtor.

4.  Attached hereto as **Exhibit "D"** is a true and correct copy of answers to interrogatories in aid of execution supplied by Debtor to Prestige.

 I hereby Certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


By:  */s/ Joseph H. Lemkin*
      Joseph H. Lemkin