## Conversation with Daryl Heller (+1 717-629-1559)

---
### 12/5/2024
---

MMS - Sent on 12/5/2024 at 9:30 AM.

> Mike kipphorn just text me that the FBI is in the Lancaster office.

---
### 12/4/2024
---

MMS - Received on 12/4/2024 at 11:08 PM from Daryl Heller (+17176291559).

DH



MMS - Received on 12/4/2024 at 11:06 PM from Daryl Heller (+17176291559).

**DH** Definitely not. I'm trying to message him right now.

MMS - Sent on 12/4/2024 at 11:06 PM.

I don't know what you want to do about Eric. But I don't think we should make the takeover easy.

MMS - Sent on 12/4/2024 at 11:05 PM.

I will. Doubt it'll make much difference as the lease is the lease.

MMS - Received on 12/4/2024 at 11:05 PM from Daryl Heller (+17176291559).

**DH** Tell Gierasch that our partner Broker the deal to buy it and then backed out last minute and he was meeting with Ian

MMS - Sent on 12/4/2024 at 11:04 PM.

Idk. I'll call Gierasch tomorrow. But it's Ian's lease. So I'm assuming his attorneys are following the rules.

MMS - Received on 12/4/2024 at 11:04 PM from Daryl Heller (+17176291559).

**DH** We literally left the default open because Eric said he was gonna buy it and take it over

MMS - Received on 12/4/2024 at 11:04 PM from Daryl Heller (+17176291559).

**DH** How can they force us out in two weeks?

MMS - Sent on 12/4/2024 at 11:01 PM.

Except go and terminate all the employees and shut down the entire finance and hr systems.

MMS - Sent on 12/4/2024 at 11:01 PM.

I don't really see much we can do about it.

MMS - Received on 12/4/2024 at 11:01 PM from Daryl Heller (+17176291559).

**DH** Yep. Incredibly deviant on Eric side.

MMS - Sent on 12/4/2024 at 11:01 PM.

Yet another example of a friend fucking you when you're down.

MMS - Sent on 12/4/2024 at 11:00 PM.

I'm assuming this is Ian and Eric working together to forcefully take the restaurant for free.

MMS - Sent on 12/4/2024 at 11:00 PM.

We had got notice to terminate the lease for H2 Ventures. To terminate and vacate by 12/14

MMS - Received on 12/4/2024 at 6:52 PM from Daryl Heller (+17176291559).

**DH**  Are you OK? Do you wanna talk later tonight or meet and have a drink tomorrow?

MMS - Received on 12/4/2024 at 6:52 PM from Daryl Heller (+17176291559).

DH



most if not all of these agreements either require consent from or at least notice to all such third parties before any such assignment or transfer is effective Vendors/Service Providers require certification or qualification and accordingly ATMs will need to be converted to your ISO (operator) service provider contracts which is typically how this process occurs. Daryl is prepared to execute on behalf of Paramount whatever consents are required by Plaintiffs and/or such third parties to effect the assignment and transfer of such vendor or other third party agreements.

Regarding the OSC hearing Friday, Daryl and/or any counsel the Paramount can arrange beforehand will present the same statements to the Court. Presumably the Court's reaction will be to hold off on a contempt finding for a reasonable time in order for anything still open in #1 or #2 to be properly addressed by the parties, In light of that, please do discuss with Plaintiffs' litigation counsel whether they still want to proceed with this hearing as opposed to managing this by stipulation as full compliance has occurred with all the reasonable action that can be taken.

Matthew Roazen
Corporate Counsel
Cell:   646-920-2000
Email: matthew@weintraublawgroup.com

Reply to All

MMS - Received on 12/4/2024 at 6:52 PM from Daryl Heller (+17176291559).

**DH**



3:34

Consent Judgment entered on the 21st of November of this year, with the following comments:

1. With respect to the obligation to assign and transfer to the Funds "all of Defendant's right, title, and interest to Plaintiffs' ATM units," these ATM Units are already the property of the Funds. However, Daryl is prepared to execute on behalf of Paramount whatever further transfer and assignment agreements that the Funds consider reasonable and necessary to give full effect to this provision of the Consent Judgment. As discussed, you will be sending over the draft of such transfer and assignment agreements for review and execution.

2. We are advised that all Location Agreements, Permits, ATM passwords and combinations, have been made available to you and other representatives of the Funds through your access to the dropboxes.

3. With respect to the obligation to assign and transfer to the Funds "all vendor and other agreements relating to Plaintiffs' ATM Units (excluding the communication modems installed in any of the Plaintiffs' ATM Units), most if not all of these agreements either require consent from or at least notice to all such third parties before any such assignment or transfer is effective Vendors/Service Providers require certification or qualification and accordingly ATMs will need to be converted to your ISO (operator) service provider contracts which is typically how this process occurs. Daryl is prepared to execute on behalf of Paramount

Reply to All

MMS - Received on 12/4/2024 at 6:52 PM from Daryl Heller (+17176291559).

**DH**



MMS - Received on 12/4/2024 at 6:51 PM from Daryl Heller (+17176291559).

**DH**
I think there are more than 50% chance. The fact is, we're not in contempt and they have absolutely everything.

MMS - Sent on 12/4/2024 at 6:47 PM.

It definitely seems like a low blow.

MMS - Sent on 12/4/2024 at 6:47 PM.

Do you think they'll drop this court thing? You just dropped your litigation counsel.

MMS - Received on 12/4/2024 at 6:46 PM from Daryl Heller (+17176291559).

**DH**
And could meet in person

MMS - Received on 12/4/2024 at 6:46 PM from Daryl Heller (+17176291559).

**DH**
What are the ages and issues as I can talk late tonight or I have our time designated tomorrow

MMS - Sent on 12/4/2024 at 6:46 PM.

Not super. Just background and that you have to appear in court.

MMS - Received on 12/4/2024 at 6:46 PM from Daryl Heller (+17176291559).

**DH**
Aaron, I'm letting you down not getting time with you but I'm trying to get this hearing canceled and the funding in place

MMS - Received on 12/4/2024 at 6:45 PM from Daryl Heller (+17176291559).

**DH**
I'm sure

MMS - Received on 12/4/2024 at 6:45 PM from Daryl Heller (+17176291559).

**DH**
Negative?

MMS - Received on 12/4/2024 at 6:45 PM from Daryl Heller (+17176291559).

**DH**
Unbelievable

MMS - Sent on 12/4/2024 at 6:44 PM.

You're on the local news.

MMS - Sent on 12/4/2024 at 3:46 PM.

Hand delivered today.

MMS - Sent on 12/4/2024 at 3:46 PM.



MMS - Sent on 12/4/2024 at 2:52 PM.

But either works.

MMS - Sent on 12/4/2024 at 2:52 PM.

I'm at the office currently.

MMS - Received on 12/4/2024 at 2:52 PM from Daryl Heller (+17176291559).
009

**DH** Are you on Lancaster or remote?

MMS - Sent on 12/4/2024 at 2:52 PM.

Okay.

MMS - Received on 12/4/2024 at 2:51 PM from Daryl Heller (+17176291559).

**DH** No, we're still trying to do that. Whatever gets us to closure.

MMS - Sent on 12/4/2024 at 2:51 PM.

So, definitely no investor payout?

MMS - Sent on 12/4/2024 at 2:50 PM.

Up to your schedule.

MMS - Received on 12/4/2024 at 2:50 PM from Daryl Heller (+17176291559).

**DH** Yes. I'm now working through the hearing issues on Friday.
We're definitely gonna turn the network over as we're tired of
this bullshit. What time can you talk later?

MMS - Sent on 12/4/2024 at 2:49 PM.

Are we going to get a chance to talk today?

MMS - Received on 12/4/2024 at 1:08 PM from Daryl Heller (+17176291559).

**DH** It is highly dangerous reading it.

MMS - Received on 12/4/2024 at 1:08 PM from Daryl Heller (+17176291559).

**DH** wtf? How?

MMS - Sent on 12/4/2024 at 12:45 PM.

And, now I've made it to the reddit feed.

MMS - Sent on 12/4/2024 at 8:44 AM.



MMS - Sent on 12/4/2024 at 8:43 AM.



12/3/2024

MMS - Sent on 12/3/2024 at 11:38 PM.

Disappointing. It's starting to seem like this will never end.

MMS - Received on 12/3/2024 at 10:58 PM from Daryl Heller (+17176291559).

**DH**



The draconian move you made today is incredibly disturbing and is only bad faith with investors. It set us back days if not a week(s). We finally thought we had come close to overcoming the hurdle for funding today and you put another massive road block up. I'm sure some investors love it but I'm getting messages from many that are very upset by it as they understand that we are not in contempt and in fact we're doing everything possible to give you every bit of information you have requested. This is bad faith and disingenuous. I also had a whole other stack of collateral/equity teed up to provide if it goes to the turnover route. The fact that you guys can with a straight face act like everything is OK and we're working together only to in the dark of the night hit us with contempt is just mind blowing when it's not even accurate.  Banks reaching out to me creditors reaching out to me, core critical vendors reaching out and everyone is showing resistance.  You created another set of drama with investors and the media and core critical vendors that is only gonna hurt you. Why guys? I suggest you correct this tonight.

MMS - Received on 12/3/2024 at 10:58 PM from Daryl Heller (+17176291559).

**DH**   Message to Jerry and Billy

MMS **-** Received on 12/3/2024 at 10:57 PM from Daryl Heller (+17176291559).

**DH**



trying to complete a deal to resolve this, I am personally disappointed with where we have landed. The problem is that with class action counsel taking aim, very low resolution disclosures previously, no transparency regarding your plan (this is the first I've heard that there was a formal plan), and the need to fund or convey, prophylactic action was needed. I am confident that the door remains open to a transaction and/or that the petition can be resolved by an orderly stipulated plan. Either way, if I bring something substantive back to the group, I will have the ability to influence the process but without something, there's no way for me to put the breaks on.

I've noted a plan before if we turn over ATMs as I have some thoughts. This makes it very problematic. I have always informed you of anything that we're gonna do in advance. Always out of professional courtesy. These back hand moves and shadow of the night show zero good faith in getting investors to positive outcomes. I'm not sure where to go from here. We can hold the critical vendors together, but when they see unilateral moves to try to come in and control without proper process with them it makes them more paranoid. We've had multiple discussions the last two days and feel there's multiple ways to manage it. What happened today is not good.

MMS - Received on 12/3/2024 at 10:57 PM from Daryl Heller (+17176291559).

**DH**



5:47   7:16

4 People

Lastly, Haverstick is absolutely on your side and was hired by you and is part of your team.

Just turns this into a scorched earth and war. We are already had multiple resignations occurring at Paramount. I strongly encourage you to rescind this so that we can collaborate and work together, including the additional ideas I have of assets I'm willing to consider giving to you/investors.

Much more importantly, it creates a key and critical vendor drama/ resistance and you're only hurting yourself. We had a plan in place for you.

Rory Connaughton

Obviously, having invested months in trying to complete a deal to resolve this, I am personally disappointed with where we have landed. The problem is that with class action counsel taking aim, very low resolution disclosures previously, no transparency regarding your plan (this is the first I've heard that there was a formal plan), and the need to fund or convey, prophylactic action was needed. I am confident that the door remains open to a transaction and/or that the petition can be resolved by an orderly stipulated plan. Either way, if I bring something substantive back to the group, I will have the ability to influence the

Text Message · SMS

MMS - Received on 12/3/2024 at 10:57 PM from Daryl Heller (+17176291559).

DH



MMS - Received on 12/3/2024 at 10:57 PM from Daryl Heller (+17176291559).

**DH** Here is a tax exchange with Rory, Billy and my two attorneys as well

MMS - Received on 12/3/2024 at 10:56 PM from Daryl Heller (+17176291559).

**DH** This was a Complete BS and bully move and bad faith. We have provided them everything they need. They know we still want to do buyout and needed to resolve Cash Connect and CDS which we made huge progress today were about to present plan to them only to get this emailed to us. You can see Rory acts like he has nothing to do with it initially and then owns it when I call him as Rory/Fund Managers are directing all the shots.

MMS - Received on 12/3/2024 at 10:56 PM from Daryl Heller (+17176291559).

**DH** A brutal day. These guys are deviant. Here is a message. I just sent to Billy and Jerry as we made great progress today and all of a sudden they hit us with a contempt, which is a complete lie and not even remotely accurate.

MMS - Sent on 12/3/2024 at 4:49 PM.

> Erian 415.994.1272

MMS - Received on 12/3/2024 at 4:37 PM from Daryl Heller (+17176291559).

**DH** Also, Roland is in Vegas at a conference and I want him to be able to at least walk into the warehouse as he is requesting. Can you send me that individual's name so I can talk to her and make sure she doesn't give him any information on other buyers etc. I will coordinate with her just send me her number.

MMS - Received on 12/3/2024 at 4:34 PM from Daryl Heller (+17176291559).

**DH** Open items I was gonna discuss today 1) reached out to drew and trying to get 50% of his dollars wired to us today 2) would have sales been the last couple days? 3) what was provisional today and what is it going to be tomorrow? 4) I have a bunch of cash coming, but I'm concerned that it may not be for a couple days. Can we help with payroll tomorrow? 5) I need another portal set up for Paramount contract so I will text you and Nate 6) did the cash come in from Oklahoma or wherever it was supposed to come from?

MMS - Received on 12/3/2024 at 4:32 PM from Daryl Heller (+17176291559).

**DH** I'm sorry I'm getting pulled into this circus. You are top priority to me, Aaron. I'm willing to meet offsite tomorrow.

MMS - Sent on 12/3/2024 at 3:33 PM.

Okay.

MMS - Received on 12/3/2024 at 3:31 PM from Daryl Heller (+17176291559).

**DH** Just received a contempt of court scorched-earth filing by Haverstick. The fund managers attorneys were not even copied. Literally five minutes ago. Unfortunately I got a deal with this. Erin and I will talk to you as soon as I can later in the afternoon or early evening.

MMS - Sent on 12/3/2024 at 12:54 PM.

330 is fine.

MMS - Received on 12/3/2024 at 12:54 PM from Daryl Heller (+17176291559).

**DH** Let's do teams today

MMS - Received on 12/3/2024 at 12:54 PM from Daryl Heller (+17176291559).

**DH** Do you wanna talk now or can you wait until 330?

MMS - Sent on 12/3/2024 at 10:26 AM.

Yah. I think I'm pretty cautious with him. Call if you have a chance.

MMS - Received on 12/3/2024 at 10:21 AM from Daryl Heller (+17176291559).

**DH** Be careful with Billy. I'll be off this call soon to talk

MMS - Sent on 12/3/2024 at 10:19 AM.

That's what I was calling you about.

MMS - Sent on 12/3/2024 at 10:19 AM.

It's me. I was trying to test giving Rory more access as requested by Billy Poole this morning.

MMS - Received on 12/3/2024 at 10:15 AM from Daryl Heller (+17176291559).

**DH**

> From Rory - do you know who this is Looking at the drop box account, who is tester@koowali.com

MMS - Sent on 12/3/2024 at 10:14 AM.

> Okay.

MMS - Received on 12/3/2024 at 10:14 AM from Daryl Heller (+17176291559).

**DH**

> Call you later?

---

### 12/2/2024

SMS - Sent on 12/2/2024 at 5:00 PM.

> if you want them to upload, make sure to switch it to "can edit" instead of "can view"

SMS - Sent on 12/2/2024 at 4:59 PM.

> yes. go to the share button and enter their email address. It'll authenticate they own the email address and give them access to the folder in the future

MMS - Received on 12/2/2024 at 4:58 PM from Daryl Heller (+17176291559).

**DH**

> So I just sent them an invite out by using their email address

SMS - Sent on 12/2/2024 at 4:58 PM.

> you can choose who you give what permissions. You can upload. You can give external people access to either view only or edit

SMS - Received on 12/2/2024 at 4:57 PM from Daryl Heller (+17176291559).

**DH**

> And I can upload into it or anyone can?

SMS - Received on 12/2/2024 at 4:57 PM from Daryl Heller (+17176291559).

**DH**

> K

SMS - Sent on 12/2/2024 at 4:57 PM.

click login at the bottom and login with dheller@hellercg.com

SMS **-** Sent on 12/2/2024 at 4:56 PM.

promise that's the last one

SMS **-** Sent on 12/2/2024 at 4:56 PM.

https://www.dropbox.com/scl/fo/e613ft6mxcpps8foa9wpw/AOaEit0-l8kVoXKM_dKTMxg?rlkey=ln454cyu7846lm9ilj5htm2ns&st=53cc8q89&dl=0

SMS **-** Sent on 12/2/2024 at 4:56 PM.

Fuck. I had too many tabs open and i kept sending you the wrong link. use this one:

SMS **-** Sent on 12/2/2024 at 4:48 PM.

actually use this link:
https://www.dropbox.com/scl/fo/ddga1khztlx8llgkuzcib/ACZXFwke9i-QjxlKWDGdJNM?rlkey=do6ff5ovef6jq5ini776jzwc3&st=ovsbm4e4&dl=0

SMS **-** Sent on 12/2/2024 at 4:47 PM.

you can share with anyone from there

SMS **-** Sent on 12/2/2024 at 4:47 PM.

you'll need to login with your dropbox account, dheller@hellercg.com

SMS **-** Sent on 12/2/2024 at 4:47 PM.

https://www.dropbox.com/l/scl/AACgXeh00DsRdXBidUpGec80x3ZoRy9rPaE

SMS **-** Sent on 12/2/2024 at 4:25 PM.

will send link over shortly.

SMS **-** Sent on 12/2/2024 at 4:25 PM.

do you have dropbox on your computer? you still have an active dropbox account. I shared it directly with your account

MMS - Received on 12/2/2024 at 4:18 PM from Daryl Heller (+17176291559).

**DH** How do I give people access? Just add their email address?

MMS - Received on 12/2/2024 at 4:18 PM from Daryl Heller (+17176291559).

**DH** Send me link

MMS - Received on 12/2/2024 at 4:18 PM from Daryl Heller (+17176291559).

**DH** Paramount

SMS - Sent on 12/2/2024 at 4:13 PM.

Do you care what it's called? Paramount, HC, Prestige???

SMS - Sent on 12/2/2024 at 4:12 PM.

that works

MMS - Received on 12/2/2024 at 4:11 PM from Daryl Heller (+17176291559).

**DH** Maybe dropbox easier away from our system?

SMS - Sent on 12/2/2024 at 4:11 PM.

sure. is sharepoint okay or do you want me to setup a dropbox?

MMS - Received on 12/2/2024 at 4:10 PM from Daryl Heller (+17176291559).

**DH** Can you quickly send up a data warehouse for me that I can complete documents in for fun managers? It's basically just a backup strategy but they want to see action.

MMS - Received on 12/2/2024 at 4:10 PM from Daryl Heller (+17176291559).

**DH** Ty

SMS - Sent on 12/2/2024 at 4:07 PM.

we sent to TCB for payment before the cutoff. I'll let you know when i have some kind of confirmation.

MMS - Received on 12/2/2024 at 3:49 PM from Daryl Heller (+17176291559).

**DH** See email. Just sent where it needs to.

MMS - Sent on 12/2/2024 at 3:48 PM.

... I'm sorry. I don't know what you mean.

MMS - Received on 12/2/2024 at 3:47 PM from Daryl Heller (+17176291559).

**DH** Here

MMS - Received on 12/2/2024 at 3:47 PM from Daryl Heller (+17176291559).

**DH** No

MMS - Sent on 12/2/2024 at 3:47 PM.

To HC Needham?

MMS - Received on 12/2/2024 at 3:47 PM from Daryl Heller (+17176291559).

**DH** Sorry on with legal. Send it here.

MMS - Sent on 12/2/2024 at 3:08 PM.

To where? Yes we can send before 4.

MMS - Received on 12/2/2024 at 3:08 PM from Daryl Heller (+17176291559).

**DH** Can i do a 15k wire out of PowerCoin so it clears today?

MMS - Received on 12/2/2024 at 3:07 PM from Daryl Heller (+17176291559).

**DH** Banks are driving me crazy as citi bank cancelled my wire from wed that I send heller capital for 50k.

MMS - Sent on 12/2/2024 at 11:37 AM.

Need to discuss jet situation with you if you have time.

MMS - Sent on 12/2/2024 at 10:50 AM.

Okay.

MMS - Received on 12/2/2024 at 10:49 AM from Daryl Heller (+17176291559).

**DH** Not because Cash Connect and CVS has us down. We literally got taken down Wednesday night by CDS. Nightmare.

MMS - Sent on 12/2/2024 at 10:48 AM.

I'm assuming investor payments aren't getting paid today?!?

MMS - Sent on 12/2/2024 at 10:48 AM.

We have a follow up today.

MMS - Sent on 12/2/2024 at 10:48 AM.

Good call with Eric. He's all in on warehouse. He wants to add locations. I pitched same deal we did with Drew.

MMS - Sent on 12/2/2024 at 10:48 AM.

I think we can steroid this thing.

MMS - Sent on 12/2/2024 at 10:47 AM.

Not great. 53k. We were planning on starting marketing today. As well we bumped up to 240 machines effective with provisional and the PR cash last week.

MMS - Received on 12/2/2024 at 10:47 AM from Daryl Heller (+17176291559).

**DH** Also, did you guys have a call with Eric on Friday?

MMS - Received on 12/2/2024 at 10:47 AM from Daryl Heller (+17176291559).

**DH** Do you know what our sales were Friday Saturday and Sunday combined?

MMS - Received on 12/2/2024 at 10:19 AM from Daryl Heller (+17176291559).

**DH** Gotcha. Just hang tight on things.

MMS - Sent on 12/2/2024 at 10:18 AM.

Provisional has been hitting but it's minimal and doesn't make a lot of sense. Have the finance team trying to reconcile and figure it out.

MMS - Sent on 12/2/2024 at 10:17 AM.

About 125k this morning. But, my strategy changes if I need to preserve.

MMS - Sent on 12/2/2024 at 10:17 AM.

I have a surprising amount of cash.

MMS - Received on 12/2/2024 at 10:17 AM from Daryl Heller (+17176291559).

**DH** I'll move 50K over as well

MMS - Received on 12/2/2024 at 10:16 AM from Daryl Heller (+17176291559).

**DH** When will you know when provisional hits. Let's hold off on Austin until we have enough cash.

MMS - Sent on 12/2/2024 at 10:15 AM.

Okay. Understood. Would appreciate an update if you have time today.

MMS - Received on 12/2/2024 at 9:52 AM from Daryl Heller (+17176291559).

**DH** We may need some cash for payroll, so please preserve.
Except expect money on Friday this week or Monday of next week. Did we get provisional in?

## 11/29/2024

SMS - Received on 11/29/2024 at 1:52 PM from Daryl Heller (+17176291559).

**DH** Austin needs to cancel. The service is not move them.

SMS - Received on 11/29/2024 at 11:11 AM from Daryl Heller (+17176291559).

**DH** Done. Sent.

SMS - Sent on 11/29/2024 at 11:08 AM.

It would mean a lot to Dakota and I think you can seal the deal.

SMS - Sent on 11/29/2024 at 11:08 AM.

Can you make some time at 1pm to talk to Eric about the purchase??

## 11/28/2024

SMS - Received on 11/28/2024 at 6:07 PM from Daryl Heller (+17176291559).

**DH** Happy Thanksgiving! I'm grateful for you, thank you for your support and loyalty!

## 11/27/2024

SMS - Sent on 11/27/2024 at 11:28 PM.

Personal counter? It wasn't me.

SMS - Received on 11/27/2024 at 10:50 PM from Daryl Heller (+17176291559).

**DH** Ethan tried to use my personal counter Blackworth and it didn't work tonight. Did you shut it down or is that Eric playing games.

SMS - Received on 11/27/2024 at 7:47 PM from Daryl Heller (+17176291559).

**DH** 👍 to "He's good, I think. I'll get the skinny from Dakot…"

SMS - Sent on 11/27/2024 at 7:47 PM.

He's good, I think. I'll get the skinny from Dakota.

SMS - Sent on 11/27/2024 at 7:47 PM.

For sure. Told him I could see him growing into a leadership role at the organization. And that he hasn't been given a chance to shine and

It's how.

SMS - Received on 11/27/2024 at 7:46 PM from Daryl Heller (+17176291559).

**DH** You show commitment to him and growth?

SMS - Received on 11/27/2024 at 7:46 PM from Daryl Heller (+17176291559).

**DH** Agreed!

SMS - Sent on 11/27/2024 at 7:43 PM.

I don't want to over react. I think he's good. And I don't think we do these kids a service by paying them too much too soon. I think you create a little of the Dakota entitlement.

Well reevaluate for him in the future.

SMS - Sent on 11/27/2024 at 7:30 PM.

Yes

SMS - Received on 11/27/2024 at 7:29 PM from Daryl Heller (+17176291559).

**DH** With raise?

SMS - Sent on 11/27/2024 at 7:29 PM.

73k.

SMS - Received on 11/27/2024 at 7:25 PM from Daryl Heller (+17176291559).

**DH** Pay?

SMS - Received on 11/27/2024 at 7:24 PM from Daryl Heller (+17176291559).

**DH** I think Hilton is getting offers. What is his current?

SMS - Sent on 11/27/2024 at 7:20 PM.

Jerrad is locked. He was happy with 10k

SMS - Sent on 11/27/2024 at 7:18 PM.

His response was to ask me how negotiable the raise was. I don't think he's going anywhere.

SMS - Received on 11/27/2024 at 7:17 PM from Daryl Heller (+17176291559).

**DH** He's locked?

SMS - Sent on 11/27/2024 at 7:17 PM.

I did. Lol. I'll tell you about it the next time we talk.

SMS - Received on 11/27/2024 at 7:17 PM from Daryl Heller (+17176291559).

**DH** Did you take care of Hilton to remove his flight risk?

SMS - Received on 11/27/2024 at 6:30 PM from Daryl Heller (+17176291559).

**DH** No, triple fuck them!

SMS - Received on 11/27/2024 at 6:29 PM from Daryl Heller (+17176291559).

**DH** Double fuck all of them!!!!!!!

SMS - Sent on 11/27/2024 at 6:24 PM.

Daryl. At this point, I've literally heard it all. It mostly doesn't bother me. I just wanna know if we're gonna pay all these fuckers off and walk away from this.

SMS - Received on 11/27/2024 at 6:23 PM from Daryl Heller (+17176291559).

**DH** Dide stop reading Reddit as it will fu k you mentally

SMS - Sent on 11/27/2024 at 6:13 PM.

I mean. That's what I figured. It's honestly shocking the rumor mill.

SMS - Received on 11/27/2024 at 6:00 PM from Daryl Heller (+17176291559).

**DH** Not at all. There is no litigation anymore. We have no need for them. It's ridiculous the rumors. We told them to dismiss themselves.

SMS - Sent on 11/27/2024 at 5:59 PM.

Hey. Day before a holiday, I'm sure you have more important things. Just curious if we made any progress with payment.

Heard things like DLA Piper resigned. Rumor mill is a brewin. It would be helpful to know if things are okay.

SMS - Received on 11/27/2024 at 3:51 PM from Daryl Heller (+17176291559).

**DH**

Prefer to push it. I'm still dealing with investor issue has hurdles continue

SMS - Sent on 11/27/2024 at 3:46 PM.

Are you going to be able to do the 4pm with the sales team or dk you want to punt to next week given holiday?

SMS - Sent on 11/27/2024 at 2:36 PM.

Delivered to Margo office recently.

MMS - Sent on 11/27/2024 at 2:36 PM.



You aware of this?

SMS - Received on 11/27/2024 at 12:58 PM from Daryl Heller (+17176291559).

**DH**

Lmk if wires were sent

SMS - Sent on 11/27/2024 at 12:23 PM.

Lol. Well technically it's us paying you back. But, I think we can.

SMS - Received on 11/27/2024 at 12:20 PM from Daryl Heller (+17176291559).

**DH**

Can you do 65k as I just realized we have to put 25K to Doobie and I thought that was done. I promise I can pay some of this back.

SMS - Received on 11/27/2024 at 11:57 AM from Daryl Heller (+17176291559).

**DH** Just called, call me

SMS - Received on 11/27/2024 at 11:41 AM from Daryl Heller (+17176291559).

**DH** Send him 5k.

SMS - Sent on 11/27/2024 at 11:13 AM.

Gierasch wants to 5k. I need his services. So just keep that in mind.

SMS - Sent on 11/27/2024 at 11:06 AM.

Okay. I'll talk to Maz.

SMS - Received on 11/27/2024 at 11:06 AM from Daryl Heller (+17176291559).

**DH** Just make sure Maaz doesn't share anything with Drew as to what our cash positions are, etc. or where we're receiving cash. I'm telling him Drew we desperately need that for liquidity.

SMS - Received on 11/27/2024 at 11:05 AM from Daryl Heller (+17176291559).

**DH** Just keep the machines at 10K cap.

SMS - Sent on 11/27/2024 at 11:04 AM.

If I send you more then 50.

SMS - Sent on 11/27/2024 at 11:04 AM.

I can get you 40 to 50k today. More honestly if needed. But I'll need more liquidity on Friday.

SMS - Sent on 11/27/2024 at 11:04 AM.

That would be awesome.

SMS - Received on 11/27/2024 at 11:04 AM from Daryl Heller (+17176291559).

**DH** Drew called me in 30 minutes and I'm trying to get that wire as well

SMS - Received on 11/27/2024 at 11:03 AM from Daryl Heller (+17176291559).

**DH** I'm still working through it

SMS - Sent on 11/27/2024 at 11:03 AM.

Yes.

SMS - Sent on 11/27/2024 at 11:03 AM.

Yes. How much are you looking for?

SMS - Received on 11/27/2024 at 11:03 AM from Daryl Heller (+17176291559).

**DH** Did the other 40 K come as well?

SMS - Received on 11/27/2024 at 11:03 AM from Daryl Heller (+17176291559).

**DH** Can we be smart with it as I definitely need a little bit of cash.

SMS - Received on 11/27/2024 at 11:03 AM from Daryl Heller (+17176291559).

**DH** Fuck yeah!

SMS - Sent on 11/27/2024 at 11:02 AM.

Cash arrived.

SMS - Received on 11/27/2024 at 11:02 AM from Daryl Heller (+17176291559).

**DH** Please tell me it ahead as I do desperately need a little bit of cash today

SMS - Sent on 11/27/2024 at 8:06 AM.

I'll let you know as soon as it hits.

SMS - Sent on 11/27/2024 at 8:06 AM.

10 to 1030.

SMS - Received on 11/27/2024 at 8:05 AM from Daryl Heller (+17176291559).

**DH** Good morning, I definitely need to put a couple of wires out to keep our partners happy. When will you know if that wire hits?

---

## 11/26/2024

SMS **-** Received on 11/26/2024 at 8:59 PM from Daryl Heller (+17176291559).

**DH** This is a great opportunity for him to build this thing back up and rise up much quicker

SMS **-** Received on 11/26/2024 at 8:59 PM from Daryl Heller (+17176291559).

**DH** Thx!

SMS **-** Received on 11/26/2024 at 8:59 PM from Daryl Heller (+17176291559).

**DH** Pease do

SMS **-** Sent on 11/26/2024 at 8:59 PM.

I'm meeting with him in person about a few things.

SMS **-** Sent on 11/26/2024 at 8:58 PM.

Im doing Hilton tomorrow.

SMS **-** Received on 11/26/2024 at 8:58 PM from Daryl Heller (+17176291559).

**DH** I told you what I heard

SMS **-** Received on 11/26/2024 at 8:58 PM from Daryl Heller (+17176291559).

**DH** You were doing Hilton 5K the next day

SMS **-** Received on 11/26/2024 at 8:58 PM from Daryl Heller (+17176291559).

**DH** Hilton and Dana

SMS **-** Sent on 11/26/2024 at 8:58 PM.

I told her and made it effective Jan 1. She was very happy and

thankful.

SMS - Sent on 11/26/2024 at 8:57 PM.

Dana?

SMS - Received on 11/26/2024 at 8:31 PM from Daryl Heller (+17176291559).

**DH** Don't wanna wake up to resignation

SMS - Received on 11/26/2024 at 8:30 PM from Daryl Heller (+17176291559).

**DH** Did you give her a raise we discussed?

SMS - Sent on 11/26/2024 at 8:11 PM.

+Jerrad takes us to $47k per bi-weekly.

SMS - Sent on 11/26/2024 at 8:10 PM.

That includes some strategic raises in green.

MMS - Sent on 11/26/2024 at 8:09 PM.



| | Last | First | Job Title | Compensation Amo |
|---|---|---|---|---|
| COMPLIANCE | Kim | Christina | Compliance Licensing Manager | $ - |
| | Kubo | Angela | Compliance Associate | $ |
| FINANCE | Ehrhart | Yaroslav | Senior Accountant | $ |
| | Micheel | Hilton | FP&A Analyst | $ 72,900.00 |
| | Sekhit | Jerrad | Manager FP&A | $ |
| | Williams | Brian | Senior Accountant | $ 96,400.00 |
| OPERATIONS | Bechtel | Andrew | Senior Operations Analyst | $ 110,900.00 |
| | Foster | Katrina | Senior Manager of Cash Logistics | $ 125,900.00 |
| | June | Nicole | Supervisor of Cash Logistics | $ 78,540.00 |
| | Matson | Jacob | Technical Support Representative | $ 75,000.00 |
| | Mbayed | Mazen | Vice President Field Operations | $ 230,000.00 |
| | Timmins | Micah | Warehouse Lead | $ - |
| SALES & MARKETING | Chatham | Charles | Senior Account Manager | $ 104,000.00 |
| | Feibusch | Adam | Tier III Client Relations Manager | $ |
| | | | TOTAL | $ 893,540.00 |
| | | | MONTHLY | $ 74,461.67 |
| | | | Bi-Weekly Loaded @ 20% | $ 41,240.31 |

Assuming we don't need Jerrad, here is where i'm thinking we end up
(obviously heavily subsidized by HC staff):

SMS - Received on 11/26/2024 at 6:09 PM from Daryl Heller (+17176291559).

**DH** Perfect, call me in 20 minutes and I'll be able to pick up

SMS - Sent on 11/26/2024 at 6:09 PM.

I'm good with 630. Would really like at least 20 mins and we can follow up tomorrow.

SMS - Received on 11/26/2024 at 6:08 PM from Daryl Heller (+17176291559).

**DH** Let me know if you can talk around 6:30. If not, I can definitely meet tomorrow or talk tomorrow.

SMS - Received on 11/26/2024 at 6:07 PM from Daryl Heller (+17176291559).

**DH** Finishing up a call. Fun managers are giving us to Monday. I'm hopeful wire is it Friday. If not, we have a great strategy to turn Paramount over to him because I'm tired of all the drama and stress. we need to cash Venture and all the Blackfiord payoffs regardless. we could sell the remaining of the network too Cash depot and Sorensen for 40m+

SMS - Received on 11/26/2024 at 4:50 PM from Daryl Heller (+17176291559).

**DH** I will have Rose handle it. Who do you work with?

SMS - Received on 11/26/2024 at 4:40 PM from Daryl Heller (+17176291559).

**DH** You would give me someone from New Jersey

SMS - Sent on 11/26/2024 at 4:36 PM.

I don't know what broker out of NJ you're referring to. But I have two jet services I could have quote a trip. Could you send me the trip details and I'll get a quote for you quickly?

SMS - Received on 11/26/2024 at 4:20 PM from Daryl Heller (+17176291559).

**DH**  to "Brother. This isn't a good idea. Can we talk at 53…"

SMS - Sent on 11/26/2024 at 4:19 PM.

Brother. This isn't a good idea. Can we talk at 530?

SMS - Received on 11/26/2024 at 4:18 PM from Daryl Heller (+17176291559).

**DH** Why don't we offer to throw some additional good machines in from Lancaster from the field. if he doesn't take the deal. I would rather just do a fast deal for reduced amount and then when we get down to 2000 machines start to try to maximize

our return. Right now there's too much saturation in the
market and I'd rather generate cash.

SMS - Sent on 11/26/2024 at 4:17 PM.

Like

SMS - Sent on 11/26/2024 at 4:17 PM.

Yah. Love 350k.

SMS - Received on 11/26/2024 at 4:17 PM from Daryl Heller (+17176291559).

**DH**  👍 to "He's headed over there shortly. I'm telling you th…"

SMS - Received on 11/26/2024 at 4:17 PM from Daryl Heller (+17176291559).

**DH**  Nice! So could he do a small downstroke?

SMS - Sent on 11/26/2024 at 4:17 PM.

He's headed over there shortly. I'm telling you this is so much more
money even down.

SMS - Sent on 11/26/2024 at 4:16 PM.

He literally landed in Vegas today.

SMS - Received on 11/26/2024 at 4:16 PM from Daryl Heller (+17176291559).

**DH**  When will Eric come through?

SMS - Sent on 11/26/2024 at 4:15 PM.

I'll look for broker info when I get home.

SMS - Sent on 11/26/2024 at 4:15 PM.

I wouldn't honestly. He doesn't want half of the machines as they're
broken. He only wants to pay 500 for perfectly functioning machines.
I believe Eric will come through.

SMS - Received on 11/26/2024 at 4:13 PM from Daryl Heller (+17176291559).

**DH** ?

SMS - Received on 11/26/2024 at 4:13 PM from Daryl Heller (+17176291559).

**DH** Has a bridge, you don't think we should sell more to Krys in Vegas just to get rid of them? Do you really think Eric's gonna come through? Obviously we can use the ones in the warehouse or the ones coming from the field as I think it's gonna take us years to get rid of all these and if Krys wants to, take the balance of that warehouse for a reasonable number. I would consider it. You.

SMS - Received on 11/26/2024 at 4:08 PM from Daryl Heller (+17176291559).

**DH** Can you send that other broker you had sent me from New Jersey as I really need to schedule a flight for someone else's part of the deal we brokering

SMS - Sent on 11/26/2024 at 4:07 PM.

Yes.

SMS - Received on 11/26/2024 at 4:07 PM from Daryl Heller (+17176291559).

**DH** Do you want me to call you at 5:30 or six?

SMS - Received on 11/26/2024 at 4:06 PM from Daryl Heller (+17176291559).

**DH** How much are the hostage payments? I want to preserve cash until mid to late next week. Hopefully we can pay back some of the payroll we sent over to them at Margo.

SMS - Sent on 11/26/2024 at 4:02 PM.

Either is fine. Some things I would like to talk about tonight as they are primarily hostage payments and I would like us to be aligned. If you have 20 mins tonight and some time tomorrow for everything else that would work.

SMS - Received on 11/26/2024 at 4:01 PM from Daryl Heller (+17176291559).

**DH** , I'm trying to close out the investor situation. Can we do later later or schedule extended time tomorrow afternoon. Whatever you prefer.

SMS - Sent on 11/26/2024 at 3:50 PM.

> Do you know what time would work for you?

SMS - Received on 11/26/2024 at 3:03 PM from Daryl Heller (+17176291559).

**DH** Ty

SMS - Sent on 11/26/2024 at 3:03 PM.

> Yes we do.

SMS - Received on 11/26/2024 at 3:03 PM from Daryl Heller (+17176291559).

**DH** Citi fraud hitting me asking about team viewer. Do we have team viewer Remote Desktop on our accounts?

SMS - Received on 11/26/2024 at 2:53 PM from Daryl Heller (+17176291559).

**DH** Let's push back a bit as I'm on investor calls right now

SMS - Sent on 11/26/2024 at 2:52 PM.

> Would appreciate a brief update on investor situation.

SMS - Sent on 11/26/2024 at 2:52 PM.

> Just a few items to power through.

SMS - Sent on 11/26/2024 at 2:52 PM.

> Sent email. Followed up today. Haven't heard back yet.
>
> I'm happy to do remote.

SMS - Received on 11/26/2024 at 2:13 PM from Daryl Heller (+17176291559).

**DH** What became of the BTM deal with the New York guy through Drew?

SMS - Received on 11/26/2024 at 2:13 PM from Daryl Heller (+17176291559).

**DH** I have to pick Tat up at the airport so I may have to do it remote. I could potentially meet in person for a bit and then

leave or all remote. Whatever you prefer.

SMS - Sent on 11/26/2024 at 8:49 AM.

I'll be in Lancaster today. Let me know if you want to meet in person or be a teams.

---

## 11/25/2024

SMS - Sent on 11/25/2024 at 4:10 PM.

Please call when you have a minute.

SMS - Received on 11/25/2024 at 11:40 AM from Daryl Heller (+17176291559).

**DH**

3) I'm hearing back after Andy meets with the CEO at 4 PM today. Hopefully it's positive news. I can reengage the program as well.

SMS - Received on 11/25/2024 at 11:39 AM from Daryl Heller (+17176291559).

**DH**

1) yes, I'll message him
2) waiting on the release on the superior side, but I'm hopeful Wednesday or Friday

SMS - Sent on 11/25/2024 at 11:27 AM.

1. Do you think Dennis Ream would seriously help out without pay for a bit? I feel like i could get usage out of him.
2. Do we think investor payments are this week?
3. We didn't receive PR money today. Maz is working on it. Hopefully tomorrow. Margo has 50k and I'm holding it tight because payroll needs funded tomorrow, but we'll run out of liquidity soon. I think we need to startup that liquidity program again. Especially if we don't hear anything positive about provisional.

SMS - Sent on 11/25/2024 at 11:25 AM.

GM. Few quick thoughts?

---

## 11/22/2024

SMS - Received on 11/22/2024 at 10:11 PM from Daryl Heller (+17176291559).

**DH** Talented

SMS - Received on 11/22/2024 at 10:11 PM from Daryl Heller (+17176291559).

**DH** I think he's very talented raspberry

SMS - Received on 11/22/2024 at 10:11 PM from Daryl Heller (+17176291559).

**DH** ❤️ to "I'll ask him to come over to the Heller office and…"

SMS - Received on 11/22/2024 at 10:11 PM from Daryl Heller (+17176291559).

**DH** I love how you're leading through

SMS - Received on 11/22/2024 at 10:11 PM from Daryl Heller (+17176291559).

**DH** 👍 to "I started today's daily huddle by telling everyone…"

SMS - Sent on 11/22/2024 at 10:10 PM.

> I started today's daily huddle by telling everyone about
> 1. $295k from PR
> 2. $175k from Tulsa
> 3. $350k for machines in LV
>
> Just to help everyone see past the lack of cash.

SMS - Sent on 11/22/2024 at 10:09 PM.

> I'll ask him to come over to the Heller office and chat with him.

SMS - Sent on 11/22/2024 at 10:08 PM.

> Okay.

SMS - Received on 11/22/2024 at 10:08 PM from Daryl Heller (+17176291559).

**DH** Give him 5k raise Monday. I think it's important. When the perception the house is collapsing, you need to take care of people. Seriously 5k raise

SMS - Sent on 11/22/2024 at 10:05 PM.

If I need to do something to keep him, please let me know what you hear.

SMS - Sent on 11/22/2024 at 10:04 PM.

I DO NOT want to lose Hilton. I think he has a lot more to offer.

SMS - Sent on 11/22/2024 at 10:04 PM.

Jarred gave me an ultimatum today. Lol. I'll talk to you about it on Tuesday

SMS - Sent on 11/22/2024 at 10:04 PM.

Yes we lost Yar today. Dana thinks she can maneuver the resources.

SMS - Sent on 11/22/2024 at 10:03 PM.

Paramount is moving over to that office and hilton is going to share the space. Andrw goes in most days as well.

SMS - Received on 11/22/2024 at 10:03 PM from Daryl Heller (+17176291559).

**DH** Heard we lost Yar today?

SMS - Received on 11/22/2024 at 10:03 PM from Daryl Heller (+17176291559).

**DH** I encourage you to retain Jared given this. Up to you. I think we need his domain expertise for a couple of months.

SMS - Received on 11/22/2024 at 10:02 PM from Daryl Heller (+17176291559).

**DH** Head we list Yar today?

SMS - Received on 11/22/2024 at 10:02 PM from Daryl Heller (+17176291559).

**DH** Dude Hilton in office by himself everyday. What do we do about that? I think he struggling. Don't wanna lose him.

SMS - Received on 11/22/2024 at 9:59 PM from Daryl Heller (+17176291559).

**DH** How much equity do you want in this? Call it now dude!

SMS - Received on 11/22/2024 at 9:56 PM from Daryl Heller (+17176291559).

**DH** Fuck yeah!

SMS - Sent on 11/22/2024 at 9:51 PM.

53k. Jesus. Need fucking provisional.

SMS - Received on 11/22/2024 at 8:59 PM from Daryl Heller (+17176291559).

**DH** ❤️ to "48 K today"

SMS - Sent on 11/22/2024 at 8:58 PM.

48 K today

SMS - Sent on 11/22/2024 at 3:04 PM.

Will do. Thanks. I'll refund next week.

SMS - Received on 11/22/2024 at 3:04 PM from Daryl Heller (+17176291559).

**DH** That's more than I thought. Can you move 50k from heller capital accounts

SMS - Sent on 11/22/2024 at 3:01 PM.

100k.

SMS - Received on 11/22/2024 at 2:59 PM from Daryl Heller (+17176291559).

**DH** At least the machines are on

SMS - Received on 11/22/2024 at 2:59 PM from Daryl Heller (+17176291559).

**DH** Or 2500?

SMS - Received on 11/22/2024 at 2:59 PM from Daryl Heller (+17176291559).

**DH** I'll definitely get some BTC over and maybe we kept the transactions at 5000 for the weekend?

SMS - Received on 11/22/2024 at 2:59 PM from Daryl Heller (+17176291559).

**DH** How much is in the Heller accounts?

SMS - Sent on 11/22/2024 at 2:53 PM.

Needham wire cutoff is 4. If we don't fund, most likely machines will need to be turned off.

SMS - Sent on 11/22/2024 at 2:52 PM.

I'm afraid I don't see a solution for cash. Anyone you know want to loan us 1 BTC?

SMS - Sent on 11/22/2024 at 2:51 PM.

Talked to Maz. TCB has the money on hold. The only reason they were allowing us to wire is because we were sending it directly to Drew's account. They won't let us wire anywhere else (like an exchange to buy BTC)

SMS - Sent on 11/22/2024 at 2:42 PM.

Thanks. That was much more benign than I thought it would be.

SMS - Received on 11/22/2024 at 2:10 PM from Daryl Heller (+17176291559).

**DH** Can we talk with Maaz?

SMS - Received on 11/22/2024 at 1:13 PM from Daryl Heller (+17176291559).

**DH** I just asked Drew to put up 50% of the 110 K which she had promised. I think Hock drop in 55K of BTC.

SMS - Received on 11/22/2024 at 1:12 PM from Daryl Heller (+17176291559).

**DH** As in 7/10 of a bitcoin? Not .70?

SMS - Sent on 11/22/2024 at 12:18 PM.

It's a friday :/

SMS - Sent on 11/22/2024 at 12:18 PM.

We'll be out in less than an hour.

SMS - Sent on 11/22/2024 at 12:17 PM.

.07btc. Need liquidity ASAP.

SMS - Sent on 11/22/2024 at 12:17 PM.

We're almost out of Bitcoin.

SMS - Received on 11/22/2024 at 11:02 AM from Daryl Heller (+17176291559).

**DH** On with bank. I see 11 just popped. Is that for me to be on?

SMS - Received on 11/22/2024 at 8:33 AM from Daryl Heller (+17176291559).

**DH** Ty

SMS - Sent on 11/22/2024 at 7:01 AM.

Today is Dana's birthday.

## 11/21/2024

SMS - Received on 11/21/2024 at 9:33 PM from Daryl Heller (+17176291559).

**DH** Appreciated your time tonight. Thank you for grinding through this very difficult chapter

SMS - Sent on 11/21/2024 at 4:51 PM.

running a few minutes behind

SMS - Sent on 11/21/2024 at 3:11 PM.

Sounds good!

SMS - Received on 11/21/2024 at 3:08 PM from Daryl Heller (+17176291559).

**DH** Devon's

SMS - Received on 11/21/2024 at 3:05 PM from Daryl Heller (+17176291559).

**DH** 5 PM at Devins at the bar for dinner

SMS - Sent on 11/21/2024 at 2:13 PM.

> Let me know where is convenient.

SMS - Sent on 11/21/2024 at 2:13 PM.

> Sure. That works for me.

SMS - Received on 11/21/2024 at 2:09 PM from Daryl Heller (+17176291559).

**DH** I'm gonna be at Hershey for another meeting. You just wanna meet in that area.

---

### 10/6/2024

SMS - Sent on 10/6/2024 at 5:40 PM.

> That sucks because it's way better to put out through them. But, I can. I'll just need to be on your computer to do it tonight.

SMS - Received on 10/6/2024 at 5:39 PM from Daryl Heller (+17176291559).

**DH** Matt is getting a lot of pushback. I believe from Gerry on sending out the disclosures response email. Are you able to send it out for me tonight. It can only go to PFD and PFB bases so I would have to get them to sort out emails.

SMS - Sent on 10/6/2024 at 3:30 PM.

> I have to go offline until 7pm. Text me if urgent.

SMS - Sent on 10/6/2024 at 3:23 PM.

> Outs***

SMS - Sent on 10/6/2024 at 3:23 PM.

> Tomorrow, if that's still the case, you might want to do some personal reach outside.

SMS - Sent on 10/6/2024 at 3:22 PM.

> Some of your major voters have opened the ballot but not voted yet.

SMS - Sent on 10/6/2024 at 3:07 PM.

So far only three have voted in that, representing 33%. All approvals. We could still win without 30% but need everyone else.

SMS - Sent on 10/6/2024 at 3:06 PM.

Good luck. Thats a big chunk.

SMS - Received on 10/6/2024 at 3:06 PM from Daryl Heller (+17176291559).

**DH** I'm talking to the 30% owner at 4:30

SMS - Received on 10/6/2024 at 3:06 PM from Daryl Heller (+17176291559).

**DH** The risk is the PFBBTM fund right now

SMS - Received on 10/6/2024 at 3:05 PM from Daryl Heller (+17176291559).

**DH** Fuck yeah!

SMS - Sent on 10/6/2024 at 3:05 PM.

8 funds now.

SMS - Sent on 10/6/2024 at 3:05 PM.

Fund D IV just crossed 50%

SMS - Sent on 10/6/2024 at 2:56 PM.

We'll get it taken care of.

SMS - Sent on 10/6/2024 at 2:56 PM.

They went to AJ instead of him.

SMS - Sent on 10/6/2024 at 2:56 PM.

I just emailed Brent back.

SMS - Received on 10/6/2024 at 2:56 PM from Daryl Heller (+17176291559).

**DH**

Need these votes (from Brent)

Neither AJ or myself receive emails with voting access on
AJ's account for the following:

PFB II
PFB IV
PFB V
PFB VI

PLEASE HELP

SMS - Received on 10/6/2024 at 2:31 PM from Daryl Heller (+17176291559).

**DH**

Awesome!

SMS - Sent on 10/6/2024 at 1:46 PM.

Fund B VI is now a winner.

SMS - Sent on 10/6/2024 at 1:44 PM.

Wf velocity IV just joined the 51% crew.

SMS - Sent on 10/6/2024 at 1:07 PM.

Plus I have an updated one for the vote

SMS - Sent on 10/6/2024 at 1:07 PM.

I think I have the full list. If you wanted it.

SMS - Received on 10/6/2024 at 1:07 PM from Daryl Heller (+17176291559).

**DH**

So to Dave and PFB base?

SMS - Sent on 10/6/2024 at 1:06 PM.

When I sent the email before the webinar and forgot the attachment.

SMS - Received on 10/6/2024 at 1:05 PM from Daryl Heller (+17176291559).

**DH**

When did you use the list

SMS - Received on 10/6/2024 at 1:05 PM from Daryl Heller (+17176291559).

**DH** Agreed

SMS - Sent on 10/6/2024 at 1:04 PM.

What I mean is, I dont have a ton of faith in his continuity.

SMS - Sent on 10/6/2024 at 1:03 PM.

Richard is a push over.

I do, but it seems like a lot of people didn't get it the last time I sent it.

SMS - Received on 10/6/2024 at 1:02 PM from Daryl Heller (+17176291559).

**DH** Or just PFA, PFD and PRB bases

SMS - Received on 10/6/2024 at 1:02 PM from Daryl Heller (+17176291559).

**DH** Do you have everyone email address I can send this to? Vs getting Matt to do it?

SMS - Received on 10/6/2024 at 1:02 PM from Daryl Heller (+17176291559).

**DH** Richard is reading through and now wants to put out response but not my disclosures

SMS - Received on 10/6/2024 at 12:24 PM from Daryl Heller (+17176291559).

**DH** No worries

SMS - Sent on 10/6/2024 at 12:22 PM.

I really have to jump.

SMS - Sent on 10/6/2024 at 10:15 AM.

Yes.

SMS - Received on 10/6/2024 at 10:00 AM from Daryl Heller (+17176291559).

**DH** Could you get on a 1030 call with Richard and me?

SMS - Received on 10/6/2024 at 9:41 AM from Daryl Heller (+9171782915597).

**DH**

> Not yet. There's a couple in the 30s that have some concerns. Im developing the strategy around them.

MMS - Sent on 10/6/2024 at 9:12 AM.



SMS - Sent on 10/6/2024 at 9:12 AM.

> Most are in the 40s. Close. Did you guys send another email through juniper reminding to vote?

SMS - Sent on 10/6/2024 at 9:11 AM.

> 5 funds at 51%

---

## 10/5/2024

SMS - Sent on 10/5/2024 at 8:05 PM.

> Not many unfortunately. In the big funds, over 50% of people have voted, but they are smaller weights and we haven't reached 51% weighted. I'll check in an hour or so when I'm home and give you an update.

SMS - Received on 10/5/2024 at 8:04 PM from Daryl Heller (+17176291559).

**DH**  How many hit 51%

SMS - Received on 10/5/2024 at 8:03 PM from Daryl Heller (+17176291559).

**DH**  👍 to "Todays was 10am. Tomorrow is already scheduled for…"

SMS - Sent on 10/5/2024 at 8:01 PM.

> Todays was 10am. Tomorrow is already scheduled for noon.

SMS - Received on 10/5/2024 at 7:10 PM from Daryl Heller (+17176291559).

**DH**  Can we change the vote reminder from 10 AM tomorrow until 12? We're gonna be putting out a response as well as our disclosures in the morning.

SMS - Sent on 10/5/2024 at 5:57 PM.

> They cannot change votes.

SMS - Received on 10/5/2024 at 5:57 PM from Daryl Heller (+17176291559).

**DH**  And people change votes? Can we lock it down that they can't?

SMS - Sent on 10/5/2024 at 12:59 PM.

> Already completed him.

SMS - Sent on 10/5/2024 at 12:59 PM.

> He's done.

MMS - Received on 10/5/2024 at 12:58 PM from Daryl Heller (+17176291559).

**DH**



Please call about biting

SMS - Received on 10/4/2024 at 7:55 PM from Daryl Heller (+17176291559).

**DH** Ty

SMS - Sent on 10/4/2024 at 7:51 PM.



SMS - Received on 10/4/2024 at 7:50 PM from Daryl Heller (+17176291559).

**DH** May I have admin acres

SMS - Sent on 10/4/2024 at 4:30 PM.

Steve's last name?

SMS - Sent on 10/4/2024 at 2:25 PM.

Damn near 500 votes in

SMS - Sent on 10/4/2024 at 2:24 PM.

We scheduled follow up emails to the votes for:
Saturday at 10am
Sunday at 12pm
Monday at 8am
Monday at 2pm

SMS - Sent on 10/4/2024 at 1:35 PM.

You need to vote. Your 50% of that fund.

SMS - Sent on 10/4/2024 at 1:35 PM.

You should have seen a vote for cash Ventures come through as well.

SMS - Sent on 10/4/2024 at 1:35 PM.

Done**

SMS - Sent on 10/4/2024 at 1:35 PM.

Like prestige fund a ix is don't. one vote for 66.66% voted to

approved.

SMS - Sent on 10/4/2024 at 1:33 PM.

That's how I'm seeing it. But I was just saying 250 voters at this point.

SMS - Received on 10/4/2024 at 1:33 PM from Daryl Heller (+17176291559).

**DH** To the vote would be times 10

SMS - Received on 10/4/2024 at 1:33 PM from Daryl Heller (+17176291559).

**DH** Are you looking at weighted units? Some of those votes coming in could have 10 units?

SMS - Sent on 10/4/2024 at 1:32 PM.

250 or so votes in. Pretty heavy in favor. Only a few rejects.

SMS - Sent on 10/4/2024 at 1:04 PM.

Not a ton of votes in. About 20 so far. But all approvals.

SMS - Received on 10/4/2024 at 12:34 PM from Daryl Heller (+17176291559).

**DH** Confirmed

SMS - Sent on 10/4/2024 at 12:34 PM.

And I need to start doing that now.

SMS - Sent on 10/4/2024 at 12:34 PM.

Okay. Once I launch there is no going back.

SMS - Received on 10/4/2024 at 12:33 PM from Daryl Heller (+17176291559).

**DH** Yes

SMS - Sent on 10/4/2024 at 12:31 PM.

We good for 1pm?

SMS - Sent on 10/4/2024 at 12:18 PM.

> System should have sent you an email.

SMS - Sent on 10/4/2024 at 11:28 AM.

> Confirmation from legal on final verbiage. Are we good for noon?

SMS - Received on 10/4/2024 at 7:25 AM from Daryl Heller (+17176291559).

**DH** We were on with their legal and our legal until 11 PM last night. There's one small change to the disclosure. Please do not harden anything. Push it back to 11 AM.

SMS - Sent on 10/4/2024 at 7:24 AM.

> Any other changes that need made?

SMS - Sent on 10/4/2024 at 7:21 AM.

> Where did we land on the second question?

SMS - Sent on 10/4/2024 at 6:00 AM.

> It's scheduled for 10am.

---

## 10/3/2024

SMS - Received on 10/3/2024 at 11:35 PM from Daryl Heller (+17176291559).

**DH** Definitely don't send out at 8 AM. We need to have one more discussion.

SMS - Received on 10/3/2024 at 7:34 PM from Daryl Heller (+17176291559).

**DH** i'm probably good with 8 AM

SMS - Sent on 10/3/2024 at 7:34 PM.

> Okay.

SMS - Received on 10/3/2024 at 7:34 PM from Daryl Heller (+17176291559).

**DH**  What you have is final

SMS - Sent on 10/3/2024 at 7:33 PM.

Okay. Am I waiting on final verbiage or should I start building.

Just confirming you want 9am tomorrow not 9pm tonight.

SMS - Received on 10/3/2024 at 7:29 PM from Daryl Heller (+17176291559).

**DH**  Set the voting up that it doesn't go out until 9 AM

SMS - Received on 10/3/2024 at 7:28 PM from Daryl Heller (+17176291559).

**DH**  We're absolutely adding it at this point

SMS - Sent on 10/3/2024 at 7:15 PM.

Sooner you tell me if we should add that question the better. I have to rebuild all the votes.

SMS - Sent on 10/3/2024 at 6:16 PM.

Sent

SMS - Received on 10/3/2024 at 6:16 PM from Daryl Heller (+17176291559).

**DH**  Let me know when you sent

SMS - Received on 10/3/2024 at 4:51 PM from Daryl Heller (+17176291559).

**DH**  Please do not send out the vote yet.

SMS - Sent on 10/3/2024 at 12:04 PM.

Please call me when you can.

SMS - Sent on 10/3/2024 at 11:54 AM.

I need a decision now.

SMS - Sent on 10/3/2024 at 11:54 AM.

Which means nothing is done.

SMS - Sent on 10/3/2024 at 11:54 AM.

I can't build the vote until we have the written consents and questions.

SMS - Sent on 10/3/2024 at 11:53 AM.

Hey. We are on a ridiculously tight deadline.

SMS - Received on 10/3/2024 at 9:53 AM from Daryl Heller (+17176291559).

**DH**  Yes, cope me and request that they come back to us

SMS - Sent on 10/3/2024 at 9:40 AM.

Hey. It's only about 7 Amish voters without emails in 4 different funds. The system were using allows us to print ballots that have the consent and the same approve and reject options. If you and Zook are good, we'll print them and send PDFs to zooks team to get votes from those individuals.

---

### 10/2/2024

SMS - Sent on 10/2/2024 at 6:59 PM.

FYI I had discussions with Jason C, Austin H, Matt S and Randall L about Erin's departure. All of them went well and we all agree there isn't really a need for messaging down to staff in the portcos as she only worked with ELTs.

SMS - Sent on 10/2/2024 at 10:21 AM.

CC is declined. I'll put stuff on my personal card for now. Just heads up.

SMS - Sent on 10/2/2024 at 8:53 AM.

Dana. Just thought I would share.

SMS - Received on 10/2/2024 at 8:45 AM from Daryl Heller (+17176291559).

**DH**  Who is that from?

MMS - Sent on 10/2/2024 at 8:29 AM.



---

## 10/1/2024

SMS - Sent on 10/1/2024 at 8:53 AM.

Matt said he is available before 10. Better it goes through juniper square

MMS - Received on 10/1/2024 at 8:52 AM from Daryl Heller (+17176291559).

**DH**



SMS – Received on 10/1/2024 at 8:52 AM from Daryl Heller (+17176291559).

**DH**  FYI -

SMS - Sent on 10/1/2024 at 8:20 AM.

That invite didn't go out to investors. They just received a link. Where did you get that from?

SMS - Received on 10/1/2024 at 8:18 AM from Daryl Heller (+17176291559).

**DH**  See my email

---

### 9/30/2024

SMS - Received on 9/30/2024 at 7:49 PM from Daryl Heller (+17176291559).

**DH**  Sending 830

SMS - Sent on 9/30/2024 at 7:42 PM.

Whenever. Just finished dinner.

SMS - Received on 9/30/2024 at 7:42 PM from Daryl Heller (+17176291559).

**DH**  When can you?

SMS - Sent on 9/30/2024 at 7:41 PM.

When?

SMS - Received on 9/30/2024 at 7:39 PM from Daryl Heller (+17176291559).

**DH**  Would you have a few minutes to review a few things with me tonight?

SMS - Received on 9/30/2024 at 5:54 PM from Daryl Heller (+17176291559).

**DH**  Surprised

SMS - Received on 9/30/2024 at 5:54 PM from Daryl Heller (+17176291559).

**DH**  Yeah, I was queried

SMS - Sent on 9/30/2024 at 5:54 PM.

> Do you need help with presentation?

SMS - Sent on 9/30/2024 at 5:54 PM.

> Looks good to me. Unfortunate Matt hasn't sent yet.

SMS - Received on 9/30/2024 at 5:53 PM from Daryl Heller (+17176291559).

**DH**  See email, let me know if you have any better ideas

SMS - Received on 9/30/2024 at 2:10 PM from Daryl Heller (+17176291559).

**DH**  10 minutes?

SMS - Sent on 9/30/2024 at 12:47 PM.

> Hey. When you have a minute, please call me.

SMS - Sent on 9/30/2024 at 9:57 AM.

> Let me know if you have a minute to let me into your computer. Need to create link to get out today.

SMS - Sent on 9/30/2024 at 9:56 AM.

> Wow. I'm so sorry to hear that.

SMS - Received on 9/30/2024 at 9:55 AM from Daryl Heller (+17176291559).

**DH**  We got home at 1230am to find a targeted robbery at our house. 8 police officers here until 4am so got very ilttle sleep. Working with investigators from law enforcement now. Everyone is okay just material losses/damages.

SMS - Sent on 9/30/2024 at 8:54 AM.

> I would like to get on your computer to setup the meeting. Call me when you have time.

## 9/29/2024

SMS - Sent on 9/29/2024 at 9:23 PM.

Sent.

SMS - Received on 9/29/2024 at 8:42 PM from Daryl Heller (+17176291559).

**DH** Can you call me as I'm driving?

SMS - Sent on 9/29/2024 at 8:17 PM.

Also. We're going to use Zoom on Tuesday. I have a lot of testing to do.

SMS - Sent on 9/29/2024 at 8:14 PM.

Is the verbiage in the email you sent today final? Don't want to send the wrong message.

SMS - Sent on 9/29/2024 at 8:10 PM.

Okay. It's 3000 emails. I need to make sure I can send that many from a regular inbox.

SMS - Received on 9/29/2024 at 8:10 PM from Daryl Heller (+17176291559).

**DH** Jack not there and no one at RAI has access anymore.

SMS - Sent on 9/29/2024 at 8:10 PM.

Yes. Why the fuck couldn't they get it out.

SMS - Received on 9/29/2024 at 8:09 PM from Daryl Heller (+17176291559).

**DH** Email did not go out. Could you send later tonight?

SMS - Sent on 9/29/2024 at 6:10 PM.

Okay. I didn't have near enough information so there is a lot needed.

I'm at a family dinner. Did the email get out. I don't think I can join the 7pm.

SMS - Received on 9/29/2024 at 6:10 PM from Daryl Heller (+17176291559).

**DH** I have notes but what I saw it looks great, ty

SMS - Received on 9/29/2024 at 6:09 PM from Daryl Heller (+17176291559).

**DH** Been struggling access long the deck but will update when back on one as my wireless is two bars (no lte or g5)

SMS - Received on 9/29/2024 at 12:56 PM from Daryl Heller (+17176291559).

**DH** They are having issues. I'll let you know.

SMS - Sent on 9/29/2024 at 12:50 PM.

I can probably do that. They can't do it through Juniper Square?

SMS - Received on 9/29/2024 at 12:50 PM from Daryl Heller (+17176291559).

**DH** No worries at all. Would you be able to send out an email from the Prestige later today to all the RAI investors

SMS - Sent on 9/29/2024 at 12:49 PM.

I believe we'll be using Zoom but I haven't figured that out completely. I can pick something by the end of the day.

SMS - Sent on 9/29/2024 at 12:49 PM.

I'm unfortunately at brunch and can't do that at the minute.

SMS - Received on 9/29/2024 at 12:46 PM from Daryl Heller (+17176291559).

**DH** Are you around?
1) we're struggling to get the RAI email out, but I have the email list. Could you put it out from that address?
2) also need to send the invite tomorrow morning for the 4 PM webinar. Are we certain we are going to use teams. People are asking for a link and want to get it on their schedule.

---

## 9/28/2024

SMS - Sent on 9/28/2024 at 3:26 PM.

I'll find something today. I just really don't want to pick the wrong software.

SMS - Received on 9/28/2024 at 3:09 PM from Daryl Heller (+17176291559).

**DH** I'm forwarding you the email I forwarded to Billybut he's refusing to talk like a little coward. Hopefully that changes.

SMS - Received on 9/28/2024 at 3:08 PM from Daryl Heller (+17176291559).

**DH** These guys are being total jackass

SMS - Received on 9/28/2024 at 3:08 PM from Daryl Heller (+17176291559).

**DH** Any concern with getting a voting portal that will achieve what we need to

SMS - Received on 9/28/2024 at 3:08 PM from Daryl Heller (+17176291559).

**DH** Ty!

SMS - Sent on 9/28/2024 at 3:08 PM.

I'm not super far along. But I just sent you a link to a live version in the cloud. Please make changes via link so they update on my side as well.

SMS - Sent on 9/28/2024 at 11:56 AM.

Sent another draft based on your last version.

SMS - Received on 9/28/2024 at 9:55 AM from Daryl Heller (+17176291559).

**DH** Sent

SMS - Sent on 9/28/2024 at 9:35 AM.

Yes.

SMS - Received on 9/28/2024 at 8:52 AM from Daryl Heller (+17176291559).

**DH** May I send you a email to review that I want to put out to investors? After you review it I'd like to get Barry Gross to quickly look at it as well.

***

## 9/26/2024

SMS - Sent on 9/26/2024 at 2:52 PM.

I don't wanna leave you hanging.

SMS - Sent on 9/26/2024 at 2:52 PM.

Did you need me for something?

SMS - Sent on 9/26/2024 at 2:52 PM.

Hey. I didn't see an email from you with a request.

SMS - Received on 9/26/2024 at 10:10 AM from Daryl Heller (+17176291559).

**DH**  Will send email

SMS - Sent on 9/26/2024 at 10:09 AM.

Okay. What do you need?

SMS - Received on 9/26/2024 at 10:08 AM from Daryl Heller (+17176291559).

**DH**  You ask when you can help, I need you today.

SMS - Sent on 9/26/2024 at 9:21 AM.

We just will have no legal basis on the other side. Do you plan to have the conversation with her?

SMS - Received on 9/26/2024 at 9:21 AM from Daryl Heller (+17176291559).

**DH**  It's giving her consideration which she mentioned

SMS - Sent on 9/26/2024 at 9:21 AM.

Okay.

SMS - Received on 9/26/2024 at 9:21 AM from Daryl Heller (+17176291559).

**DH**  I understand what you're saying as well however that would be part of our agreement that she would agree to have it paid at a higher amount in exchange for paying it overtime

SMS - Sent on 9/26/2024 at 9:20 AM.

Which means we can't deny her quitting with cause and force her to sign an release.

SMS - Sent on 9/26/2024 at 9:20 AM.

I understand that. I'm saying. If we don't pay 75k on time we are in breach of contract.

SMS - Received on 9/26/2024 at 9:20 AM from Daryl Heller (+17176291559).

**DH**   Or we could potentially make it 90 K and pay it monthly

SMS - Received on 9/26/2024 at 9:20 AM from Daryl Heller (+17176291559).

**DH**   Severance and 85k

SMS - Received on 9/26/2024 at 9:19 AM from Daryl Heller (+17176291559).

**DH**   Not if that's part of the release agreement and severance. We come back with the package deal of severance 85K and paid over a term and let her review it.

SMS - Sent on 9/26/2024 at 9:19 AM.

I can do right before the 11 if you want to.

SMS - Sent on 9/26/2024 at 9:19 AM.

I'm happy with that strategy. The only issue is that technically extending the 75k deadline puts us in default and it makes it a lot harder to require a release.

SMS - Received on 9/26/2024 at 9:17 AM from Daryl Heller (+17176291559).

**DH**   Do you want to talk about other items? I do need to speak to you as well but if OK, I'd prefer to be right before the 11 AM call as I'm urgently trying to close it email out.

Can we just tell Erin that legal should provide a service response back by close of business today and she will get it I think we should give her a bit more than 75 and ask for payment terms.

SMS - Sent on 9/26/2024 at 9:17 AM.

Okay. We need to check in re: Erin.

SMS - Received on 9/26/2024 at 9:16 AM from Daryl Heller (+17176291559).

**DH** I cannot be on the H2 board meeting, but if you would join it, I think it would be helpful.

SMS - Sent on 9/26/2024 at 9:16 AM.

Hey. Do you have Any time this morning? Do you want to keep the H2 Board Meeting?

---

## 9/20/2024

SMS - Received on 9/20/2024 at 3:13 PM from Daryl Heller (+17176291559).

**DH** Two minutes

SMS - Sent on 9/20/2024 at 3:10 PM.

I'm here.

SMS - Received on 9/20/2024 at 2:39 PM from Daryl Heller (+17176291559).

**DH** It's the door on my side porch. Not the one into my house, but there's another door that goes downstairs

SMS - Sent on 9/20/2024 at 2:29 PM.

Is the back door the one through the garage I usually go to?

SMS - Received on 9/20/2024 at 2:27 PM from Daryl Heller (+17176291559).

**DH** You can come in my back door. 310 is best

SMS - Sent on 9/20/2024 at 1:59 PM.

See you then.

SMS - Sent on 9/20/2024 at 1:59 PM.

Sure. That works.

SMS - Received on 9/20/2024 at 1:59 PM from Daryl Heller (+17176291559).

**DH** 3?

SMS - Received on 9/20/2024 at 1:59 PM from Daryl Heller (+17176291559).

**DH** Do you want to just meet in my wine cave?

SMS - Sent on 9/20/2024 at 10:40 AM.

Your choice.

SMS - Received on 9/20/2024 at 10:09 AM from Daryl Heller (+17176291559).

**DH** Quiet bar/resturant or office?

SMS - Received on 9/20/2024 at 10:09 AM from Daryl Heller (+17176291559).

**DH** In person is great

SMS - Sent on 9/20/2024 at 10:07 AM.

I prefer in person. But, I'm okay with teams if you need.

SMS - Received on 9/20/2024 at 10:04 AM from Daryl Heller (+17176291559).

**DH** 230pm

SMS - Received on 9/20/2024 at 10:04 AM from Daryl Heller (+17176291559).

**DH** Early to mid afternoon. I can do team or in person, whatever you prefer.

SMS - Sent on 9/20/2024 at 10:02 AM.

Okay. You tell me what works for you.

SMS - Received on 9/20/2024 at 10:01 AM from Daryl Heller (+17176291559).

**DH** This afternoon works best

SMS - Received on 9/20/2024 at 10:01 AM from Daryl Heller (+17176291559).

**DH** Yes, what time?

## 9/19/2024

SMS - Sent on 9/19/2024 at 12:10 PM.

Can we get together tomorrow?

SMS - Sent on 9/19/2024 at 12:10 PM.

Yes.

SMS - Received on 9/19/2024 at 11:48 AM from Daryl Heller (+17176291559).

**DH** Are you good with the 7th

## 9/18/2024

SMS - Sent on 9/18/2024 at 2:37 PM.

Should I send Erin's agreement to Gierasch. Feel like I need to get someone working on it.

SMS - Sent on 9/18/2024 at 2:32 PM.

Got it.

SMS - Received on 9/18/2024 at 2:32 PM from Daryl Heller (+17176291559).

**DH** I'll explain that when later, but it saved us 30 K

SMS - Sent on 9/18/2024 at 2:32 PM.

No worries.

SMS - Sent on 9/18/2024 at 2:32 PM.

Okay. So those are good. Damn. 7k in flights is a lot.

SMS - Received on 9/18/2024 at 2:32 PM from Daryl Heller (+17176291559).

**DH** My bad

SMS - Received on 9/18/2024 at 2:32 PM from Daryl Heller (+17176291559).

**DH** Blobstein

SMS - Received on 9/18/2024 at 2:31 PM from Daryl Heller (+17176291559).

**DH** Ohh!! That is Sam BobStein. That was a gift we gave him.

SMS - Sent on 9/18/2024 at 2:31 PM.

Do the last names blobstein and genendel ring any bells?

SMS - Sent on 9/18/2024 at 2:29 PM.

Amex says those delta are jfk to Cancun. Does that ring any bells?

MMS - Received on 9/18/2024 at 2:18 PM from Daryl Heller (+17176291559).

**DH** 

SMS - Received on 9/18/2024 at 2:18 PM from Daryl Heller (+17176291559).

**DH** Also, these two apparently get credited back within 3 to 7 days. Or at the seven day mark. Do you see them?

SMS - Received on 9/18/2024 at 2:17 PM from Daryl Heller (+17176291559).

**DH** The alcohol, etc. is not me

SMS - Received on 9/18/2024 at 2:02 PM from Daryl Heller (+17176291559).

**DH** Call me

SMS - Received on 9/18/2024 at 2:02 PM from Daryl Heller (+17176291559).

**DH** Those are fraud!

SMS - Sent on 9/18/2024 at 1:40 PM.

these are all the big transactions by card.

MMS - Sent on 9/18/2024 at 1:40 PM.



MMS - Sent on 9/18/2024 at 1:39 PM.

MMS - Sent on 9/18/2024 at 1:39 PM.

SMS - Received on 9/18/2024 at 1:33 PM from Daryl Heller (+17176291559).

**DH**

She much use my card. The one mistake at club

SMS - Sent on 9/18/2024 at 1:33 PM.

It's all on there.

SMS - Received on 9/18/2024 at 1:32 PM from Daryl Heller (+17176291559).

**DH**

I get gas

SMS - Received on 9/18/2024 at 1:31 PM from Daryl Heller (+17176291559).

**DH** wtf! Me?

SMS - Sent on 9/18/2024 at 1:28 PM.

You and Rose are the big spenders.

SMS - Sent on 9/18/2024 at 1:28 PM.

Sent you a list of transactions. They are only 250k but there is a little residual from previous minimum payment.

SMS - Sent on 9/18/2024 at 1:06 PM.

Yah. It is a little crazy. Hold on, let me look through it.

SMS - Received on 9/18/2024 at 1:06 PM from Daryl Heller (+17176291559).

**DH** Send me transaction

SMS - Received on 9/18/2024 at 1:06 PM from Daryl Heller (+17176291559).

**DH** Heller cap is 300k? That insane!

SMS - Received on 9/18/2024 at 1:05 PM from Daryl Heller (+17176291559).

**DH** Who the fuck is using the card?

SMS - Sent on 9/18/2024 at 1:05 PM.

We did pay it. Amex called yesterday to warn that our balance was high and that they strongly recommend we pay the next minimum balance which isn't due until 10/5. I was a bit irritated about it. Can we put 50k toward it. That should give us some room.

I can send you transactions. The balance is over 300k

SMS - Received on 9/18/2024 at 1:00 PM from Daryl Heller (+17176291559).

**DH** Thought we paid credit card last week? It's not working. Can you pull down to see if Alpha Fund or others are hitting it?

SMS - Received on 9/18/2024 at 12:59 PM from Daryl Heller (+17176291559).

**DH** Need to talk through RIF first

SMS - Received on 9/18/2024 at 12:58 PM from Daryl Heller (+17176291559).

**DH** ❚ to "I've thought about this all night. I strongly bel…"

SMS - Sent on 9/18/2024 at 9:43 AM.

Gierasch didn't pass me onto anyone else - he asked for me to send him the employment agreement. do you want me to look elsewhere?

SMS - Sent on 9/18/2024 at 9:37 AM.

I've thought about this all night. I strongly believe that messaging Erin as part of a larger RIF would be ideal. at least three people. My list is simple:
Neal Leininger
Dakota Enck
Lucas Schoolfield
Ruth Clark
Peter Wisneiwski

That's 700k+ of payroll annually. Add Erin and it's over a million with bonus. Leaves the HR team, which is needed for now, and the finance team which is probably needed longer term. I will send out a time Friday for us to discuss. Wouldn't mind doing in person if you're available.

SMS - Sent on 9/18/2024 at 9:34 AM.

Haven't heard back from Gierasch. Let me know if there is another firm that you would like to use for Erin's employment.

---

## 9/17/2024

SMS - Sent on 9/17/2024 at 12:21 PM.

Are any of the firms you're currently working with able to have an employment law person help me with this? Without Barely, I don't have time to engage someone new.

SMS - Received on 9/17/2024 at 12:19 PM from Daryl Heller (+17176291559).

**DH** Okay

SMS - Sent on 9/17/2024 at 12:17 PM.

I believe it to be around 75k

SMS - **Received** on 9/17/2024 at 11:26 AM from Daryl Heller (+17176291559).

**DH** Yep

SMS - **Sent** on 9/17/2024 at 11:25 AM.

So challenging.

## 9/13/2024

SMS - **Sent** on 9/13/2024 at 12:24 PM.

It's out.

SMS - **Sent** on 9/13/2024 at 12:24 PM.

Yes.

SMS - **Received** on 9/13/2024 at 12:20 PM from Daryl Heller (+17176291559).

**DH** Did that wire leave account

SMS - **Received** on 9/13/2024 at 11:47 AM from Daryl Heller (+17176291559).

**DH** Am I paranoid?

SMS - **Sent** on 9/13/2024 at 11:46 AM.

Okay.

SMS - **Received** on 9/13/2024 at 11:46 AM from Daryl Heller (+17176291559).

**DH** Erin is taking notes nonstop. Ask me
Later

## 9/11/2024

SMS - **Sent** on 9/11/2024 at 3:16 PM.

Just sent.

SMS - Received on 9/11/2024 at 2:26 PM from Daryl Heller (+17176291559).

**DH** Actually, I see it never sent. I tried to send it two hours ago.

SMS - Received on 9/11/2024 at 2:26 PM from Daryl Heller (+17176291559).

**DH** Did you see my email on entity York chart?

---

## 9/9/2024

SMS - Received on 9/9/2024 at 7:22 PM from Daryl Heller (+17176291559).

**DH** Let me know when you have a minute to talk

SMS - Sent on 9/9/2024 at 9:00 AM.

Did you make any decisions on PIG RIF?

---

## 9/6/2024

SMS - Sent on 9/6/2024 at 8:23 AM.

I will push to Monday.

SMS - Sent on 9/6/2024 at 8:23 AM.

Okay. Thanks for update.

SMS - Received on 9/6/2024 at 8:20 AM from Daryl Heller (+17176291559).

**DH** Aaron, we have Prestige Counsel that was just engaged and I need to confirm with them that it doesn't mess anything up on their strategy. DLA Piper wants me to do the same.

I tried engaging our account so yesterday afternoon and evening and they were out. He has an argument this morning is going to call me directly there after. It'll probably be lunchtime. I think we should just push this off until Monday gives me the greenlight at lunchtime I will call you right away.

SMS - Sent on 9/6/2024 at 8:11 AM.

Daryl. What do you want me to do. I need to call it off of I don't hear from you.

## 9/5/2024

SMS - Sent on 9/5/2024 at 8:09 PM.

But need you to make the call.

SMS - Sent on 9/5/2024 at 8:09 PM.

Documents and plan are ready for tomorrow.

SMS - Sent on 9/5/2024 at 8:09 PM.

Daryl. Need to know if we should execute RIF at PIG.

SMS - Sent on 9/5/2024 at 10:28 AM.

Need a decision on PIG RIF.

## 9/3/2024

SMS - Sent on 9/3/2024 at 10:17 AM.

I don't know why my phone does that sometimes.

SMS - Sent on 9/3/2024 at 10:17 AM.

Yes that was me.

SMS - Sent on 9/3/2024 at 10:17 AM.

Fuck. Keep using this one.

SMS - Received on 9/3/2024 at 10:17 AM from Daryl Heller (+17176291559).

**DH**  Do you want me to save this one or keep using the other one?

SMS - Received on 9/3/2024 at 10:16 AM from Daryl Heller (+17176291559).

**DH** Aaron second number?

SMS - Sent on 9/3/2024 at 9:51 AM.

Matt just called me telling me that Jerry Hostetter is ready to lay off will and mitch. Should we continue?

SMS - Received on 9/3/2024 at 9:49 AM from Daryl Heller (+17176291559).

**DH** I can message

## 8/30/2024

SMS - Sent on 8/30/2024 at 9:46 AM.

please see email from Joe this morning.

SMS - Sent on 8/30/2024 at 9:04 AM.

i'll send operating agreement. meetings all morning. this afternoon?

SMS - Sent on 8/30/2024 at 9:03 AM.

https://www.controller.com/listing/for-sale/235262831/2000-cessna-citation-excel-jet-aircraft

SMS - Received on 8/30/2024 at 8:52 AM from Daryl Heller (+17176291559).

**DH** Also, I just googled the listing for our Jat and can't find it. Did they pull it down? If not, can you send me the link quickly?

SMS - Received on 8/30/2024 at 8:47 AM from Daryl Heller (+17176291559).

**DH** Also, can you send me the operating agreement for the entity that owns our aircraft?

SMS - Received on 8/30/2024 at 8:46 AM from Daryl Heller (+17176291559).

**DH** Do you have time to quickly debrief when yesterday?

## 8/29/2024

SMS - Sent on 8/29/2024 at 5:03 PM.

> Table in the very back.

SMS - Sent on 8/29/2024 at 4:32 PM.

> Sprry

SMS - Sent on 8/29/2024 at 4:32 PM.

> 5

SMS - Received on 8/29/2024 at 4:32 PM from Daryl Heller (+17176291559).

**DH** Tell me your ETA so I can time it with you

SMS - Received on 8/29/2024 at 4:16 PM from Daryl Heller (+17176291559).

**DH** 5 is fine

SMS - Sent on 8/29/2024 at 4:11 PM.

> I will unfortunately be a little late but on my way.

SMS - Received on 8/29/2024 at 3:38 PM from Daryl Heller (+17176291559).

**DH** I will meet Neal after you so I will tell him 630.

SMS - Received on 8/29/2024 at 3:38 PM from Daryl Heller (+17176291559).

**DH** Let's do 445 at Mount Gretna Hideawa outside bar

SMS - Sent on 8/29/2024 at 3:18 PM.

> I could come to you if that is easier.

SMS - Sent on 8/29/2024 at 3:18 PM.

> Should be done by 4. I'm in Lancaster at the office. So, you tell me where.

SMS - Received on 8/29/2024 at 3:17 PM from Daryl Heller (+17176291559).

**DH**  Any place quiet to meet you go to where we won't be distracted?

SMS - Received on 8/29/2024 at 3:16 PM from Daryl Heller (+17176291559).

**DH**  So your 330 ends at what time? I'll meet you as soon as your 330 is over.

SMS - Sent on 8/29/2024 at 1:50 PM.

Okay. What time and where?

SMS - Received on 8/29/2024 at 1:44 PM from Daryl Heller (+17176291559).

**DH**  Prefer in person as well.

SMS - Sent on 8/29/2024 at 1:43 PM.

I would prefer in person I just don't want to stretch you.

SMS - Received on 8/29/2024 at 1:33 PM from Daryl Heller (+17176291559).

**DH**  Sent you an email as well

SMS - Received on 8/29/2024 at 1:33 PM from Daryl Heller (+17176291559).

**DH**  If you prefer teams we can. I thought you wanted in person and I'm good with whatever you prefer.

SMS - Sent on 8/29/2024 at 12:30 PM.

Whatever works for you. Is this teams?

SMS - Received on 8/29/2024 at 12:10 PM from Daryl Heller (+17176291559).

**DH**  100% planned on that.

230-330? Or 4-5 and I'll
Do Neal after?

SMS - Sent on 8/29/2024 at 8:48 AM.

I would like to talk to you before you talk to Neal.

SMS - Sent on 8/29/2024 at 8:25 AM.

> I'm fine deferring. I have a 330 I need to be on but otherwise can be available this afternoon.

SMS - Received on 8/29/2024 at 8:12 AM from Daryl Heller (+17176291559).

**DH** What times work this afternoon?

I also prefer to talk 1/1 versus exec team discussions at 8:30. So unless you have something urgent that can't wait until 101 today let's defer everything until then?

---

## 8/28/2024

SMS - Sent on 8/28/2024 at 6:07 PM.

> Tomorrow is fine.

SMS - Received on 8/28/2024 at 6:07 PM from Daryl Heller (+17176291559).

**DH** At least hear me out on what this looks like on a go forward

SMS - Received on 8/28/2024 at 6:06 PM from Daryl Heller (+17176291559).

**DH** If you need to meet me tonight, I'll make it happen

SMS - Received on 8/28/2024 at 5:12 PM from Daryl Heller (+17176291559).

**DH** K

SMS - Sent on 8/28/2024 at 5:11 PM.

> I'll try but I'm not sure I can pull back payroll. It's after 5 pm and matt already approved.

SMS - Received on 8/28/2024 at 5:09 PM from Daryl Heller (+17176291559).

**DH** Jerry is flipping on me

SMS - Received on 8/28/2024 at 5:09 PM from Daryl Heller (+17176291559).

**DH** Need to wire Friday.

SMS - Received on 8/28/2024 at 5:08 PM from Daryl Heller (+17176291559).

**DH** No!!!

SMS - Sent on 8/28/2024 at 5:04 PM.

Jerry deposited a check.

SMS - Received on 8/28/2024 at 4:59 PM from Daryl Heller (+17176291559).

**DH** Need to wire. Can't bring money from paramount. I'm spreading elsewhere

SMS - Sent on 8/28/2024 at 4:57 PM.

Okay.

SMS - Received on 8/28/2024 at 4:57 PM from Daryl Heller (+17176291559).

**DH** Yes.

SMS - Sent on 8/28/2024 at 4:56 PM.

You want me to communicate to Matt?

SMS - Sent on 8/28/2024 at 4:56 PM.

You're talking about wires for pig payroll?

SMS - Received on 8/28/2024 at 4:27 PM from Daryl Heller (+17176291559).

**DH** We were just gonna do a wire for them Friday. Can you explain how to do that. I have the money come roundabout way from Paramount or from Heller capital

SMS - Received on 8/28/2024 at 4:26 PM from Daryl Heller (+17176291559).

**DH** Paramount legally cannot send the money anymore.

SMS - Received on 8/28/2024 at 4:26 PM from Daryl Heller (+17176291559).

**DH** This is urgent, can you deal with us?

SMS - Received on 8/28/2024 at 4:25 PM from Daryl Heller (+17176291559).

**DH** Not even a preparation issue anymore I'm dealing with Enright and all the Jordan merch shit he's kicking up as well as with HUM Capital

Are you OK if it's tomorrow?

SMS - Received on 8/28/2024 at 2:23 PM from Daryl Heller (+17176291559).

**DH** Ill make today work

SMS - Sent on 8/28/2024 at 1:12 PM.

Late today is of course ideal, but if you need to tomorrow okay. Really would like to know time.

SMS - Received on 8/28/2024 at 12:17 PM from Daryl Heller (+17176291559).

**DH** But want to do what you prefer

SMS - Received on 8/28/2024 at 12:17 PM from Daryl Heller (+17176291559).

**DH** I probably prefer tomorrow so I can paper some things

SMS - Received on 8/28/2024 at 12:16 PM from Daryl Heller (+17176291559).

**DH** Late today or tomorrow?

---

## 8/27/2024

SMS - Sent on 8/27/2024 at 6:53 PM.

I'm available.

SMS - Received on 8/27/2024 at 6:18 PM from Daryl Heller (+17176291559).

**DH** Are you OK? Still available tomorrow afternoon?

SMS - Sent on 8/27/2024 at 2:41 PM.

Tomorrow by EOD is okay.

SMS - Received on 8/27/2024 at 2:37 PM from Daryl Heller (+17176291559).

**DH** I meant the wire for payroll. Matt is stating he needs it today but I presume if he wires tomorrow it will be okay

SMS - Sent on 8/27/2024 at 2:37 PM.

We make it like a paycheck with no check and a wire instead.

SMS - Sent on 8/27/2024 at 2:36 PM.

It needs to come from prestige and go directly into the bank accounts of the employees directly.

SMS - Sent on 8/27/2024 at 2:35 PM.

To the employees for payroll. Do you want me to talk to him about it?

SMS - Received on 8/27/2024 at 2:35 PM from Daryl Heller (+17176291559).

**DH** So does Matt wire money directly to zenefits or to us?

SMS - Sent on 8/27/2024 at 2:29 PM.

We could do that. We would need at least enough money for taxes to be pulled but that could be Friday as well.

SMS - Received on 8/27/2024 at 2:25 PM from Daryl Heller (+17176291559).

**DH** Unless we wire them?

SMS - Sent on 8/27/2024 at 2:23 PM.

It's not lumped with Heller. But zenefits doesn't have any wiggle room on timing.

SMS - Sent on 8/27/2024 at 2:23 PM.

Yes. End of day tomorrow it needs to be funded.

SMS - Received on 8/27/2024 at 2:19 PM from Daryl Heller (+17176291559).

**DH** Matt told Jerry today and me today. Jerry does not neat to help.

SMS - Received on 8/27/2024 at 2:18 PM from Daryl Heller (+17176291559).

**DH** Ours

SMS - Received on 8/27/2024 at 2:18 PM from Daryl Heller (+17176291559).

**DH** Urgent question, does Prestige payroll go in with hours and really needs to be in by close of business tomorrow?

SMS - Sent on 8/27/2024 at 7:30 AM.

Ok.

SMS - Received on 8/27/2024 at 7:30 AM from Daryl Heller (+17176291559).

**DH** Possibly even late after dinner today, but I would not know for a couple hours

SMS - Received on 8/27/2024 at 7:30 AM from Daryl Heller (+17176291559).

**DH** Afternoon. I will make it priority. Mid to late.

SMS - Sent on 8/27/2024 at 7:29 AM.

Yes. What time and where?

SMS - Received on 8/27/2024 at 7:29 AM from Daryl Heller (+17176291559).

**DH** Dan said he chatted with you last night. Could you meet tomorrow in person to talk about the future future as I have many thoughts

SMS - Sent on 8/27/2024 at 7:29 AM.

Good Morning.

SMS - Received on 8/27/2024 at 7:28 AM from Daryl Heller (+17176291559).

**DH** Aaron

SMS - Received on 8/27/2024 at 7:28 AM from Daryl Heller (+17176291559).

**DH** Good morning Erin

## 8/26/2024

MMS - Sent on 8/26/2024 at 10:59 AM.



2x $17,000 credit card charges in two days. Do you recognize these. Seem sketchy.

## 7/17/2024

SMS - Received on 7/17/2024 at 12:09 PM from Daryl Heller (+17176291559).

**DH**  225 and 125

SMS - Received on 7/17/2024 at 12:09 PM from Daryl Heller (+17176291559).

**DH**  I need to get the wires released from yesterday and everything that was in my email. I also need to get Paramount to 75K paid back that I promised them a couple weeks ago when we took money from them or they actually paid some of the short term debt on our behalf. So I'd like to push 75K to them today as well. With all the monies and we should be more than covered as I believe we have 350,000 coming into Heller.

SMS - Received on 7/17/2024 at 12:08 PM from Daryl Heller (+17176291559).

**DH**  Did any of these wires hit. I really need to get those two release from yesterdsy

## 7/16/2024

SMS - Received on 7/16/2024 at 10:59 AM from Daryl Heller (+17176291559).

**DH** I presume it's too late to talk?

SMS - Received on 7/16/2024 at 9:14 AM from Daryl Heller (+17176291559).

**DH** Quick question, has Glorious paid all their monthly bills to us?

---

### 7/15/2024

SMS - Received on 7/15/2024 at 4:43 PM from Daryl Heller (+17176291559).

**DH** They were ready to go first thing tomorrow as we should have some funds clear tonight

SMS - Received on 7/15/2024 at 4:43 PM from Daryl Heller (+17176291559).

**DH** Can we at least set this up and show the wire that were at least processing on our side. They want to see a wire set up. I realize the funds are there not there to cover it so let's just get it set up.

MMS - Received on 7/15/2024 at 4:43 PM from Daryl Heller (+17176291559).

**DH**



SMS - Sent on 7/15/2024 at 4:37 PM.

You need me?

SMS - Sent on 7/15/2024 at 4:37 PM.

On the phone.

SMS - Received on 7/15/2024 at 4:37 PM from Daryl Heller (+17176291559).

**DH** U there?

---

### 7/14/2024

SMS - Sent on 7/14/2024 at 7:01 PM.

Hey. I got your voicemail on Friday and am appreciative of it. I'm sure I can't imagine how much stress and work you've been putting in to right the ship the last few months and that our frustrations were just furthering that stress. So, I want you to know that I'm grateful for it and you. It was very hard to be in the dark - but, I'm here to support in what ways I can.

I look forward to coming out of the fog. And, I really appreciate you responding to Prill and defending both Erin and Myself. But, also defending you as I feel like there has been a lot of attacks on you lately. Definitely feels like you had more energy today and I see that as a positive sign for the whole.

---

### 7/12/2024

SMS - Received on 7/12/2024 at 7:38 PM from Daryl Heller (+17176291559).

**DH** Sorry to bother late. Please listen to message.

SMS - Sent on 7/12/2024 at 4:39 PM.

You're the only person with access to recording at this time.

SMS - Received on 7/12/2024 at 4:39 PM from Daryl Heller (+17176291559).

**DH** I need to edit and don't want to send out

SMS - Received on 7/12/2024 at 4:37 PM from Daryl Heller (+17176291559).

**DH**  Yeah, total cluster fuck as I anticipated. Way too many questions to be able to address and we should've had a day to assimilate all the ones that came in. Ill prepared and did not want to do call

SMS - Sent on 7/12/2024 at 4:13 PM.

You're sharing. Quentin is saying youre sharing email.

SMS - Sent on 7/12/2024 at 4:13 PM.

Shut down the screen!!!

SMS - Sent on 7/12/2024 at 4:04 PM.

Your emails are on screen.

SMS - Sent on 7/12/2024 at 3:34 PM.

You're good now.

SMS - Sent on 7/12/2024 at 3:34 PM.

Yes I can.

SMS - Sent on 7/12/2024 at 3:34 PM.

Yes.

SMS - Sent on 7/12/2024 at 3:34 PM.

I can't hear you.

SMS - Sent on 7/12/2024 at 3:34 PM.

See the presentation.

SMS - Sent on 7/12/2024 at 3:34 PM.

Can't hear you.

SMS - Sent on 7/12/2024 at 3:16 PM.

Don't forget the moderate chat option first.

SMS - Sent on 7/12/2024 at 1:10 PM.

Wire sent. See email from Josh. Waiting on FNBs email for the Fed number.

SMS - Received on 7/12/2024 at 12:24 PM from Daryl Heller (+17176291559).

**DH** Send me wire confirmation when you have it

SMS - Sent on 7/12/2024 at 11:05 AM.

I just need to create the link.

SMS - Received on 7/12/2024 at 11:05 AM from Daryl Heller (+17176291559).

**DH** Also send to Horizon. Sending you that list right now.

SMS - Sent on 7/12/2024 at 11:04 AM.

Yes. Will is going to send the link through juniper square.

SMS - Received on 7/12/2024 at 11:04 AM from Daryl Heller (+17176291559).

**DH** There is thousands of people as many LLCS have four of five members and we have everyone in our database

SMS - Sent on 7/12/2024 at 11:04 AM.

Okay. I need to schedule this through your teams. Do you have a few minutes where I can get in your computer?

SMS - Received on 7/12/2024 at 11:03 AM from Daryl Heller (+17176291559).

**DH** Do you want to funnel thequestions or should I just take myself?

SMS - Received on 7/12/2024 at 11:03 AM from Daryl Heller (+17176291559).

**DH** No. I just need to see questions as it will be the most nasty call I have ever held.

SMS - Sent on 7/12/2024 at 10:54 AM.

Do you need anyone else to be invited as organizer to talk and present?

SMS - Received on 7/12/2024 at 9:39 AM from Daryl Heller (+17176291559).

**DH**  Have on sec?

MMS - Received on 7/12/2024 at 8:39 AM from Daryl Heller (+17176291559).

DH





ck and
ement as
know your
as we
d love for
inue to use
ably

exclusive flying source.

Delivered

Today 6:20 AM

Obviously sounds easy and could be
however I doubt you'll make it that
simple based on the transition
agreement that was sent to us.

We want this done as well.

Need to be sure payroll is done for next
week (biggest concern)
Need bank account signed over
immediately
Need to know the Excel is not our
responsibility

The offer stands at our agreed upon
$1.1 only issue seems to be the bank
wants 20% held in escrow till all debts/
bills outstanding are paid up.  They will
release upon the expiration of the days
required by them. Can't blame them
since this company operates as a loss.

Only other issue is the scrambling
creating documents and entities.

7/11/2024

SMS - Sent on 7/11/2024 at 6:09 PM.

> They still haven't sent us anything on transition agreement. Need to get this sale over finish line.

SMS - Sent on 7/11/2024 at 6:09 PM.

> Did you reply back to Matt?

SMS - Received on 7/11/2024 at 5:06 PM from Daryl Heller (+17176291559).

**DH**  Liked "I didn't tell him you were calling me. Just let hi…"

SMS - Sent on 7/11/2024 at 5:04 PM.

> I didn't tell him you were calling me. Just let him know you had put 3pm as some sort of deadline.

SMS - Received on 7/11/2024 at 5:03 PM from Daryl Heller (+17176291559).

**DH**  Dan said I was calling you at 3. Sorry for the confusing message above. Meant to say by 3 or late tomorrow part of storm will have passed

SMS - Received on 7/11/2024 at 4:36 PM from Daryl Heller (+17176291559).

**DH**  Oh

SMS - Sent on 7/11/2024 at 4:32 PM.

> Turns out taite closed her ally account and opened a new one. We got the new numbers from Rose and have send the full amount.

SMS - Received on 7/11/2024 at 4:31 PM from Daryl Heller (+17176291559).

**DH**  Discard my 20k comment as I don't need that wire

SMS - Received on 7/11/2024 at 4:30 PM from Daryl Heller (+17176291559).

**DH**  Also, I need a 20k wire here today so please push from account

SMS - Received on 7/11/2024 at 4:30 PM from Daryl Heller (+17176291559).

**DH** Looks like Taite was rejected so maybe try a smaller amount and ACH 30k overnight

SMS - Received on 7/11/2024 at 2:04 PM from Daryl Heller (+17176291559).

**DH** ACH would've been fine as well

SMS - Sent on 7/11/2024 at 2:03 PM.

All the wires have been sent. Quentins 25k and 10k. And we resent taites 50k. Haven't seen any issues with it as of yet.

SMS - Sent on 7/11/2024 at 12:44 PM.

Yes we sent from Accordo. But it has only ever sent an ACH and you wanted a wire so we built a new template.

SMS - Sent on 7/11/2024 at 12:44 PM.

I think we might have pushed the time limit a little tight that evening. I'll recheck the account and routing numbers.

SMS - Received on 7/11/2024 at 12:44 PM from Daryl Heller (+17176291559).

**DH** Move it to Accord and send from Accord. Is that what you're doing?

SMS - Received on 7/11/2024 at 12:43 PM from Daryl Heller (+17176291559).

**DH** Why did it come back?

SMS - Received on 7/11/2024 at 12:43 PM from Daryl Heller (+17176291559).

**DH** Yes

SMS - Sent on 7/11/2024 at 12:43 PM.

I think the wire just came back. We can send it back today. Is that okay?

SMS - Received on 7/11/2024 at 12:41 PM from Daryl Heller (+17176291559).

**DH** I need until 3pm and will have definitive answers and

conclusion to end this saga.

SMS - Received on 7/11/2024 at 12:38 PM from Daryl Heller (+17176291559).

**DH** Taite wore never hit for the tryst funding. Do you see it?

SMS - Sent on 7/11/2024 at 11:42 AM.

Got it. On its way.

SMS - Received on 7/11/2024 at 11:41 AM from Daryl Heller (+17176291559).

**DH** 25k to qdm properties now

10k to DHQM now

SMS - Received on 7/11/2024 at 11:40 AM from Daryl Heller (+17176291559).

**DH** Be just 10k into DHQM which you have that information

SMS - Received on 7/11/2024 at 11:40 AM from Daryl Heller (+17176291559).

**DH** QDM Properties, LLC

███████████████
███████████████

Northwest Bank
301 Centerville Rd
Lancaster, PA 17601

SMS - Received on 7/11/2024 at 11:32 AM from Daryl Heller (+17176291559).

**DH** Here is stuff needed

SMS - Received on 7/11/2024 at 11:32 AM from Daryl Heller (+17176291559).

**DH** Hold on that. Quit putting a ton of pressure on me. Please wire 25k to QTM partnership and 15k to DHQM

SMS - Sent on 7/11/2024 at 10:30 AM.

Do you want us to pay the remainder?

SMS - Sent on 7/11/2024 at 10:30 AM.

Just approved wire to your account. The balance on the statement for amex was 43k

SMS - Received on 7/11/2024 at 10:24 AM from Daryl Heller (+17176291559).

**DH** Lmk when triggered.

SMS - Received on 7/11/2024 at 10:24 AM from Daryl Heller (+17176291559).

**DH** Yes

SMS - Sent on 7/11/2024 at 10:23 AM.

Okay. Truist account.

SMS - Received on 7/11/2024 at 10:16 AM from Daryl Heller (+17176291559).

**DH** Can you wire 60k to cover my Amex? And then use some for Heller card or just keep in heller account. Another 100k hitting orrstown this morning.

SMS - Received on 7/11/2024 at 10:08 AM from Daryl Heller (+17176291559).

**DH** How much remains

SMS - Sent on 7/11/2024 at 10:08 AM.

We paid minimum but it was a pretty big majority.

SMS - Received on 7/11/2024 at 10:08 AM from Daryl Heller (+17176291559).

**DH** I only paid minimum on personal

SMS - Received on 7/11/2024 at 10:07 AM from Daryl Heller (+17176291559).

**DH** Is Heller amex paid off?

SMS - Sent on 7/11/2024 at 9:55 AM.

HC has 130k available.

SMS - Sent on 7/11/2024 at 9:55 AM.

125k just arrived from H2

SMS - Received on 7/11/2024 at 9:01 AM from Daryl Heller (+17176291559).

**DH** Please confirm you got this and then I will have you wire from there once in heller cap but needs this wired asap.

SMS - Received on 7/11/2024 at 9:01 AM from Daryl Heller (+17176291559).

**DH** The monies that came over can show us loans to H 2 as I think they are well over a half million

SMS - Received on 7/11/2024 at 9:00 AM from Daryl Heller (+17176291559).

**DH** Can you please wire 140 K as loan from H3 as 155 came in last night

---

### 7/9/2024

SMS - Sent on 7/9/2024 at 4:54 PM.

100k made it to Accordo and Josh will send to taite and Ethan before 5.

SMS - Received on 7/9/2024 at 4:53 PM from Daryl Heller (+17176291559).

**DH** Lmk this makes sense and we can get before 5 cutoff

SMS - Received on 7/9/2024 at 4:52 PM from Daryl Heller (+17176291559).

**DH** Hundred k arriving

SMS - Received on 7/9/2024 at 4:44 PM from Daryl Heller (+17176291559).

**DH** You should also see another couple coming into our accounts tonight

SMS - Received on 7/9/2024 at 4:44 PM from Daryl Heller (+17176291559).

**DH** Funding

SMS - Received on 7/9/2024 at 4:43 PM from Daryl Heller (+17176291559).

**DH** I'm finding the escrow account for Prestige

SMS - Received on 7/9/2024 at 4:43 PM from Daryl Heller (+17176291559).

**DH** Wire today if possible

SMS - Received on 7/9/2024 at 4:43 PM from Daryl Heller (+17176291559).

**DH** Accordo needs to put out 50 K to Taite and 50 K to Ethan . They stopped wiring them a month or two ago. This is for the family trust that was not funded from Wayback and the last two months stipends. Accord should just show as a distribution to them. Just like the monthly used to be. All the wiring information is there as you used to wire monthly.

SMS - Received on 7/9/2024 at 4:41 PM from Daryl Heller (+17176291559).

**DH** You can just do 5K to my personal

SMS - Sent on 7/9/2024 at 3:58 PM.

Okay on Accordo. Any specific uses that I should tell them we're using it for?

SMS - Sent on 7/9/2024 at 3:58 PM.

We sent you 10k for your payroll. 10k more to the same account?

SMS - Received on 7/9/2024 at 3:54 PM from Daryl Heller (+17176291559).

**DH** Send 10k to personal today and 100k to Accordo

SMS - Received on 7/9/2024 at 9:11 AM from Daryl Heller (+17176291559).

**DH** Yes

SMS - Sent on 7/9/2024 at 9:07 AM.

Sent in teams. Do you want email?

SMS - Sent on 7/9/2024 at 9:05 AM.

Okay.

SMS - Received on 7/9/2024 at 9:05 AM from Daryl Heller (+17176291559).

**DH** Really? Send to me quickly.

SMS - Sent on 7/9/2024 at 9:05 AM.

Austin did an export of all wires and is coming to 1.245M to Paramount.

SMS - Sent on 7/9/2024 at 8:38 AM.

Yup .working on it.

SMS - Received on 7/9/2024 at 8:33 AM from Daryl Heller (+17176291559).

**DH** Can you quickly tell me how much we sent any Paramount accounts in June and July. I believe it's a couple hundred K but please let me know exact amount.

SMS - Sent on 7/9/2024 at 7:58 AM.

Okay.

SMS - Received on 7/9/2024 at 7:58 AM from Daryl Heller (+17176291559).

**DH** Send my payroll this morning please.

SMS - Sent on 7/9/2024 at 7:57 AM.

I didn't do bonuses. Dan and I decided we can deal with that stuff when this is over.

SMS - Sent on 7/9/2024 at 7:56 AM.

I sent you the 60k for cc but not your payroll yet. Sorry, my miss. Heller has 82k but we processed a 70k cc payment yesterday which will pull today leaving a net of 12k.

SMS - Received on 7/9/2024 at 7:56 AM from Daryl Heller (+17176291559).

**DH** Did you send yourself a 1k bonus?

SMS - Received on 7/9/2024 at 7:56 AM from Daryl Heller (+17176291559).

**DH** Did you cover my payroll in addition to yours and Dan?

SMS - Received on 7/9/2024 at 7:55 AM from Daryl Heller (+17176291559).

**DH** I meant to say if I sent 100 is there another 100 K. Total of 200 and 300.

SMS - Received on 7/9/2024 at 7:55 AM from Daryl Heller (+17176291559).

**DH** Don't want to use RD capital.

SMS - Sent on 7/9/2024 at 7:55 AM.

But rd capital got money last night.

SMS - Received on 7/9/2024 at 7:53 AM from Daryl Heller (+17176291559).

**DH** I know there was a bunch of OPEX based on your text

SMS - Sent on 7/9/2024 at 7:53 AM.

There's not 100k in Heller because we paid both cc bills.

SMS - Received on 7/9/2024 at 7:53 AM from Daryl Heller (+17176291559).

**DH** And is there 100 K in Heller capital

SMS - Received on 7/9/2024 at 7:53 AM from Daryl Heller (+17176291559).

**DH** Meaning, I would forward 200 K

SMS - Received on 7/9/2024 at 7:53 AM from Daryl Heller (+17176291559).

**DH** By sending 200 K personally now would we have 300k to pay david fogel office?

## 7/8/2024

SMS - Sent on 7/8/2024 at 2:59 PM.

Do you want me to execute that for Davis?

SMS - Received on 7/8/2024 at 2:59 PM from Daryl Heller (+17176291559).

**DH** I know this did not

SMS - Received on 7/8/2024 at 2:59 PM from Daryl Heller (+17176291559).

**DH** Sorry wrong person

SMS - Received on 7/8/2024 at 2:58 PM from Daryl Heller (+17176291559).

**DH** Saying it did not

SMS - Received on 7/8/2024 at 2:58 PM from Daryl Heller (+17176291559).

**DH** Did this go through?

MMS - Received on 7/8/2024 at 2:58 PM from Daryl Heller (+17176291559).

**DH** 

SMS - Received on 7/8/2024 at 2:22 PM from Daryl Heller (+17176291559).

**DH** Don't forget execute mid peen or others

SMS - Sent on 7/8/2024 at 2:22 PM.

All transactions have been executed.

SMS - Sent on 7/8/2024 at 2:22 PM.

Yes.

SMS - Received on 7/8/2024 at 2:21 PM from Daryl Heller (+17176291559).

**DH** Did you get wire?

7/5/2024

SMS - Received on 7/5/2024 at 5:11 PM from Daryl Heller (+17176291559).

**DH** My AMEX doesn't have to be paid until Monday

SMS - Received on 7/5/2024 at 5:11 PM from Daryl Heller (+17176291559).

**DH** We will do a $1000 bonus to you and Dan on Monday. I'm very sorry, Aaron.

SMS - Sent on 7/5/2024 at 5:07 PM.

Also we weren't able to fund your truist account and your Amex Minimum payment didn't get made.

SMS - Sent on 7/5/2024 at 5:06 PM.

Just FYI - neither Dan nor I got paid today. And, that's something we're going to talk about at some point.

MMS - Sent on 7/5/2024 at 5:05 PM.

theres no other screen, but it does say "processed in this view:

SMS - Received on 7/5/2024 at 5:04 PM from Daryl Heller (+17176291559).

**DH** If there's a different approval, it shows you

SMS - Received on 7/5/2024 at 5:02 PM from Daryl Heller (+17176291559).

**DH** Lmk

SMS - Sent on 7/5/2024 at 4:59 PM.

I'm looking to see if there is anything else available to snap.

SMS - Received on 7/5/2024 at 4:59 PM from Daryl Heller (+17176291559).

**DH** Gotcha, I thought when you approve it there's another screen

SMS - Sent on 7/5/2024 at 4:58 PM.

> I did above. Is that not good enough?

SMS - Received on 7/5/2024 at 4:58 PM from Daryl Heller (+17176291559).

**DH**
> Or the wire

SMS - Received on 7/5/2024 at 4:58 PM from Daryl Heller (+17176291559).

**DH**
> Send me a screenshot of the approval

SMS - Sent on 7/5/2024 at 4:57 PM.

> Okay. I approved it. No funds in.

SMS - Received on 7/5/2024 at 4:50 PM from Daryl Heller (+17176291559).

**DH**
> Wait until 455 then approve it. I just talked to someone on Eric's team and he said the wire went out from optimum Bank, but it can sometimes take hours.

SMS - Sent on 7/5/2024 at 4:49 PM.

> Should I try approving it?

MMS - Sent on 7/5/2024 at 4:49 PM.



SMS - Sent on 7/5/2024 at 4:43 PM.

> Okay. We will hit send at 445 if it isn't there.

SMS - Received on 7/5/2024 at 4:43 PM from Daryl Heller (+17176291559).

**DH**  This hundred K -Square guy is being a complete asshole and I just need to show that we at least initiated payment even if it doesn't hit until Monday.

SMS - Received on 7/5/2024 at 4:42 PM from Daryl Heller (+17176291559).

**DH**  Can we try hitting send to the 100k as it will not clear until Monday anyway? This wire was sent so it will clearly show up on our account.

SMS - Sent on 7/5/2024 at 4:41 PM.

And should go out directly from RD Capital?

SMS - Sent on 7/5/2024 at 4:41 PM.

It's definitely coming into RD Capital.

SMS - Sent on 7/5/2024 at 4:41 PM.

Best we can do is try.

SMS - Sent on 7/5/2024 at 4:41 PM.

We've sent to David Fogel before.

SMS - Sent on 7/5/2024 at 4:41 PM.

Even if it arrives 1 min before 5 it will go out.

SMS - Sent on 7/5/2024 at 4:40 PM.

Yes.

SMS - Received on 7/5/2024 at 4:40 PM from Daryl Heller (+17176291559).

**DH**  Do you have the template set up.

SMS - Received on 7/5/2024 at 4:40 PM from Daryl Heller (+17176291559).

**DH**  Eric saying it was sent on his side. He sending me Fedwire number. My fear is it doesn't happen until after five.

**DH** | SMS - Received on 7/5/2024 at 4:22 PM from Daryl Heller (+17176291559).

> It will clear over night. It will not send after 5

SMS - Sent on 7/5/2024 at 4:21 PM.

> I mean. We can try. I don't know what it'll do if I try to send money that's not there.

SMS - Received on 7/5/2024 at 4:20 PM from Daryl Heller (+17176291559).

**DH**
> Can you please set up the template at try to hit send for the 100 K wire at 4:45 if we don't get the wire in. Eric is money and he will definitely has wired but I fear it could show up after five as it sometimes does with him.

SMS - Sent on 7/5/2024 at 4:19 PM.

> Yes. If the money for it comes in which it hasn't yet.

SMS - Received on 7/5/2024 at 4:19 PM from Daryl Heller (+17176291559).

**DH**
> Urgent wire get sent pushed on outside

SMS - Received on 7/5/2024 at 4:19 PM from Daryl Heller (+17176291559).

**DH**
> Please confirm

SMS - Received on 7/5/2024 at 4:19 PM from Daryl Heller (+17176291559).

**DH**
> This madness will end next week

SMS - Received on 7/5/2024 at 4:19 PM from Daryl Heller (+17176291559).

**DH**
> Do you have wiring capability?

SMS - Received on 7/5/2024 at 4:19 PM from Daryl Heller (+17176291559).

**DH**
> Can you please setup the templates I just sent?

---

## 7/1/2024

SMS - Sent on 7/1/2024 at 3:25 PM.

Should I get them the 90k from orrstown?

SMS - Sent on 7/1/2024 at 3:23 PM.

I don't see any other money in. So just that 90k in orrstown.

SMS - Received on 7/1/2024 at 3:05 PM from Daryl Heller (+17176291559).

**DH** how much is on accounts? Austin desperately needs money until Chicago learning funding hits tomorrow. Is it just 100 K in orrstown?

---

## 6/28/2024

SMS - Sent on 6/28/2024 at 4:18 PM.

The bank tried, but it seems to be a system issue. Every time they try to force it through it cuts back to Monday. Sorry man.

SMS - Sent on 6/28/2024 at 3:45 PM.

Hey. Josh initiated the wire but I can't get ahold of Dana to approve.

Josh said you can approve. Do you have ability to log on?

SMS - Received on 6/28/2024 at 3:40 PM from Daryl Heller (+17176291559).

**DH** Can you quickly push over 40 K from Morristown to Heller capital

SMS - Sent on 6/28/2024 at 3:28 PM.

Both Needham transfers are approved.

SMS - Sent on 6/28/2024 at 3:22 PM.

Okay.

SMS - Received on 6/28/2024 at 3:20 PM from Daryl Heller (+17176291559).

**DH** It's coming today.

SMS - Sent on 6/28/2024 at 3:19 PM.

No money came in to orrstown so there really is just 60k but that's mostly restaurant funds. We had about 19k auto draw this morning from the 30.we left in the account.

SMS - Received on 6/28/2024 at 3:07 PM from Daryl Heller (+17176291559).

**DH** Call me

SMS - Sent on 6/28/2024 at 2:59 PM.

Yes.

SMS - Received on 6/28/2024 at 2:57 PM from Daryl Heller (+17176291559).

**DH** I urgently need to put some wires out. Are you available?

## 6/27/2024

SMS - Sent on 6/27/2024 at 7:09 PM.

If you have two minutes to chat with me I can give you a quick update.

SMS - Sent on 6/27/2024 at 7:07 PM.

Did you chat with them?

SMS - Sent on 6/27/2024 at 7:07 PM.

Hey. Just FYI had a good call with Matt this evening. They wanted to reconcile some June numbers and wanted us to pay for training with the excess. I walked them through the numbers I was pulling and tried to explain that they are still in a deficit but I don't think he understands it. I copied you on an updated jet management report

SMS - Sent on 6/27/2024 at 5:35 PM.

No. But understood. Thanks.

SMS - Received on 6/27/2024 at 5:34 PM from Daryl Heller (+17176291559).

**DH** Char and Tate went to Cleveland clinic yesterday. I thought they told you?

SMS - Sent on 6/27/2024 at 5:34 PM.

Did you fly this week?

SMS - Sent on 6/27/2024 at 2:04 PM.

Okay. Thanks.

SMS - Received on 6/27/2024 at 2:03 PM from Daryl Heller (+17176291559).

**DH**    I can call him

SMS - Sent on 6/27/2024 at 2:02 PM.

Do you know timeline of payoff that we can share with him.

SMS - Received on 6/27/2024 at 1:59 PM from Daryl Heller (+17176291559).

**DH**    Yes call him.

SMS - Sent on 6/27/2024 at 1:59 PM.

Do you want to give him a call? Or have Pete give him a call and see if we can't tell him we're gonna pay off the loan.

SMS - Sent on 6/27/2024 at 1:58 PM.

John from the bank asked Tyler or Pete to give him a call.

SMS - Received on 6/27/2024 at 1:58 PM from Daryl Heller (+17176291559).

**DH**    Should not have put into account.

SMS - Received on 6/27/2024 at 1:58 PM from Daryl Heller (+17176291559).

**DH**    Devastating.

SMS - Sent on 6/27/2024 at 1:57 PM.

For some reason they let Welkowitz go.

SMS - Sent on 6/27/2024 at 1:57 PM.

They just auto drew and canceled the Silverview payment.

SMS - Sent on 6/27/2024 at 1:57 PM.

We definitely processed Silverview before they took these.

MMS - Sent on 6/27/2024 at 1:57 PM.



SMS - Received on 6/27/2024 at 1:52 PM from Daryl Heller (+17176291559).

**DH**    Holy fuck!

SMS - Received on 6/27/2024 at 1:52 PM from Daryl Heller (+17176291559).

**DH**    So they took 320k?

SMS - Received on 6/27/2024 at 1:51 PM from Daryl Heller (+17176291559).

**DH**    That's horrible.

SMS - Received on 6/27/2024 at 1:51 PM from Daryl Heller (+17176291559).

**DH**    They. Horrible!

SMS - Received on 6/27/2024 at 1:51 PM from Daryl Heller (+17176291559).

**DH**    Wyf!!!!!!

SMS - Sent on 6/27/2024 at 1:43 PM.

The Welkowitz wire went out.

SMS - Sent on 6/27/2024 at 1:43 PM.

We got word from customers that since we sent money into Blackford and were past due, they took that cash. So there were insufficient funds to send to Silverview.

MMS - Sent on 6/27/2024 at 1:42 PM.





Other cash balances:

SMS - Sent on 6/27/2024 at 1:41 PM.

90k came into Needham. Sending Blakinger Thomas now.

SMS - Received on 6/27/2024 at 1:34 PM from Daryl Heller (+17176291559).

**DH** Urgent, go into the Needham Bank Heller capital account and do a 35K wire to Blakinger Thomas right now please.

SMS - Received on 6/27/2024 at 1:28 PM from Daryl Heller (+17176291559).

**DH** You should also see 90 K in our Needham Heller account that came in.

SMS - Received on 6/27/2024 at 1:27 PM from Daryl Heller (+17176291559).

**DH** How much is in the account Unlimited Capital funded yesterday? Did you move money to cover the other debit in Baller and rd capital?

## 6/25/2024

SMS - Sent on 6/25/2024 at 4:43 PM.

Yes.

SMS - Received on 6/25/2024 at 4:33 PM from Daryl Heller (+17176291559).

**DH** Quick question - is unlimit d capital pulling from rd capital?

SMS - Sent on 6/25/2024 at 3:30 PM.

Tyler is being a cunt.

SMS - Sent on 6/25/2024 at 3:30 PM.

I think your flight tomorrow needs to be on excel.

SMS - Received on 6/25/2024 at 8:40 AM from Daryl Heller (+17176291559).

**DH** Lmk by talking with Dan.

SMS - Received on 6/25/2024 at 8:40 AM from Daryl Heller (+17176291559).

**DH** Or I can join right now, but I will not have access to screen

SMS - Received on 6/25/2024 at 8:40 AM from Daryl Heller (+17176291559).

**DH** My 1 PM Brooklyn meeting will provide some updates on funding which we should have a couple million later today or tomorrow morning. Do you want to push the finance call until this afternoon?

SMS - Received on 6/25/2024 at 8:39 AM from Daryl Heller (+17176291559).

**DH** I can join right now, but do not have laptop

SMS - Received on 6/25/2024 at 8:39 AM from Daryl Heller (+17176291559).

**DH** I'm not in front of my computer right now as I'm remote. Do you want to do the finance call at 9:30 or 10 as I'll be in a car traveling with the driver so I can have my laptop up?

SMS - Received on 6/25/2024 at 8:38 AM from Daryl Heller (+17176291559).

**DH** K, schedule change late last night after speaking to Zook

SMS - Sent on 6/25/2024 at 8:38 AM.

Dan and I are on finance meeting invite.

SMS - Sent on 6/25/2024 at 8:38 AM.

We moved finance meeting to 830. Huddle to 9

## 6/24/2024

SMS - Sent on 6/24/2024 at 9:21 AM.

We are working on it.

SMS - Sent on 6/24/2024 at 9:21 AM.

Understood. Just responded and inquired about those.

SMS - Received on 6/24/2024 at 9:20 AM from Daryl Heller (+17176291559).

**DH** See email I sent. Make sure we have our capital and Baller payments covered today.

## 6/23/2024

SMS - Received on 6/23/2024 at 9:24 PM from Daryl Heller (+17176291559).

**DH** Hmmm

SMS - Sent on 6/23/2024 at 9:24 PM.

Also WHW has a flight on the calendar for Friday in the excel.

SMS - Sent on 6/23/2024 at 9:23 PM.

I believe I did, but I can send it again.

SMS - Sent on 6/23/2024 at 9:23 PM.

Brian
[Mobile] +1 717-873-4317
[Organization] Eagle Air Aviation Scheduling

SMS - Received on 6/23/2024 at 9:22 PM from Daryl Heller (+17176291559).

**DH** Did you send me the revised statements that reflect the true implementation of the contract?

SMS - Received on 6/23/2024 at 9:22 PM from Daryl Heller (+17176291559).

**DH** This cam from Matt

SMS - Received on 6/23/2024 at 9:22 PM from Daryl Heller (+17176291559).

**DH** Hundred percent, give me his number. I was just gonna suggest that.

SMS - Sent on 6/23/2024 at 9:22 PM.

Can you just hit Brian directly so I don't have to relay details. There should be a plane available.

Did you hear from Matt?

SMS - Received on 6/23/2024 at 9:19 PM from Daryl Heller (+17176291559).

**DH** If not, I'll try to get a flight out of Philly

SMS - Received on 6/23/2024 at 9:19 PM from Daryl Heller (+17176291559).

**DH** Good evening, I need to meet Chicago Atlantic again in Columbus tomorrow for one to 1.5 hours. Are any of the CJ available?

---

### 6/21/2024

SMS - Received on 6/21/2024 at 3:21 PM from Daryl Heller (+17176291559).

**DH** I'll who care of it

SMS - Received on 6/21/2024 at 3:21 PM from Daryl Heller (+17176291559).

**DH** She is.

SMS - Sent on 6/21/2024 at 3:21 PM.

I'll call her and see if she got in.

SMS - Sent on 6/21/2024 at 3:20 PM.

She also said she gave you access to the 0707 account.

SMS - Sent on 6/21/2024 at 3:20 PM.

Dana gave me some but they don't work and the bank won't fucking talk to me.

SMS - Received on 6/21/2024 at 3:20 PM from Daryl Heller (+17176291559).

**DH** Do you have Credentials

SMS - Received on 6/21/2024 at 3:20 PM from Daryl Heller (+17176291559).

**DH** Do you see wire into account?

SMS - Sent on 6/21/2024 at 12:40 PM.

She is also getting voicemails from customers about the past due loan balance.

SMS - Sent on 6/21/2024 at 12:39 PM.

Btw. Dana said she gave you access to the 0707 account

SMS - Sent on 6/21/2024 at 12:33 PM.

Does.

SMS - Sent on 6/21/2024 at 12:33 PM.

I think Dana doe a

SMS - Sent on 6/21/2024 at 12:33 PM.

What do you need.

SMS - Sent on 6/21/2024 at 12:33 PM.

I can work on getting it.

SMS - Received on 6/21/2024 at 12:32 PM from Daryl Heller (+17176291559).

**DH** Do we have wire capability from orrstown ███ ?

SMS - Received on 6/21/2024 at 9:24 AM from Daryl Heller (+17176291559).

**DH** Yes. We will get some funding into Blackworth today.

SMS - Sent on 6/21/2024 at 8:22 AM.

Am I using the remaining cash from uni bank to fund RD capital and baller today?

SMS - Sent on 6/21/2024 at 6:38 AM.

Well. I found it. It was saved in a really stupid place. It's in your inbox.

SMS - Sent on 6/21/2024 at 6:31 AM.

I looked at everything in there. The only thing I found was the second amendment. But, I will get it for you this morning.

---

## 6/20/2024

SMS - Received on 6/20/2024 at 11:50 PM from Daryl Heller (+17176291559).

**DH** Has to be in sharepoint

SMS - Received on 6/20/2024 at 10:24 PM from Daryl Heller (+17176291559).

**DH** Thx

SMS - Sent on 6/20/2024 at 10:17 PM.

I couldn't locate it. We hit Josh while he's on vacation. I'll hit Eric tomorrow morning.

SMS - Received on 6/20/2024 at 10:16 PM from Daryl Heller (+17176291559).

**DH** Do you have lease for Blackworth?

SMS - Received on 6/20/2024 at 6:08 PM from Daryl Heller (+17176291559).

**DH** Sorry to hit you!

SMS - Received on 6/20/2024 at 6:08 PM from Daryl Heller (+17176291559).

**DH** And our business license

SMS - Received on 6/20/2024 at 5:47 PM from Daryl Heller (+17176291559).

**DH** Send me the last three month rent checks or wires we sent

SMS - Sent on 6/20/2024 at 5:33 PM.

Yes

SMS - Received on 6/20/2024 at 5:22 PM from Daryl Heller (+17176291559).

**DH** Did you send general ledger for HIH?

SMS - Received on 6/20/2024 at 4:41 PM from Daryl Heller (+17176291559).

**DH** Given limited underwriting these companies do log ins.

SMS - Sent on 6/20/2024 at 4:41 PM.

There's 2fa on it. What do you need? Just account and routing numbers?

SMS - Received on 6/20/2024 at 4:38 PM from Daryl Heller (+17176291559).

**DH** Or is it 2FA?

SMS - Received on 6/20/2024 at 4:38 PM from Daryl Heller (+17176291559).

**DH** Can I use Austin financials to get into Blackworth H2 only?

SMS - Received on 6/20/2024 at 4:38 PM from Daryl Heller (+17176291559).

**DH** They can't add the main account for a couple days. Complete bulkshit.

SMS - Sent on 6/20/2024 at 4:36 PM.

Austin is sending. Sorry. Just seeing this.

SMS - Received on 6/20/2024 at 4:19 PM from Daryl Heller (+17176291559).

**DH** Account ending in ███

SMS - Received on 6/20/2024 at 4:19 PM from Daryl Heller (+17176291559).

**DH** Need voided check or bank letter for ███

SMS - Received on 6/20/2024 at 4:17 PM from Daryl Heller (+17176291559).

**DH** Get me contract to sign asap please

SMS - Received on 6/20/2024 at 4:17 PM from Daryl Heller (+17176291559).

**DH** Why

SMS - Received on 6/20/2024 at 4:16 PM from Daryl Heller (+17176291559).

**DH** Okay I'll get it added. Not sure they.

SMS - Received on 6/20/2024 at 4:09 PM from Daryl Heller (+17176291559).

**DH** Or routing and account numbers

SMS - Received on 6/20/2024 at 4:09 PM from Daryl Heller (+17176291559).

**DH** Check

SMS - Received on 6/20/2024 at 4:08 PM from Daryl Heller (+17176291559).

**DH** Urgent, he avoided Czech for the routing and account number and bank for h2 ventures

SMS - Sent on 6/20/2024 at 2:59 PM.

Austin is sending now. Tyler Lutz sent you a teams message. Uni bank needs you to approve. They're being ridiculous.

SMS - Received on 6/20/2024 at 2:21 PM from Daryl Heller (+17176291559).

**DH** Can you send the HIH ledger to Rose as I need to get that uploaded?

SMS - Received on 6/20/2024 at 2:18 PM from Daryl Heller (+17176291559).

**DH** If he was charged as we were charged, what would've it been?

SMS - Received on 6/20/2024 at 2:18 PM from Daryl Heller (+17176291559).

**DH** Yeah

SMS - Sent on 6/20/2024 at 2:17 PM.

He sent 19k. It's better then nothing. I'll take it.

SMS - Received on 6/20/2024 at 2:06 PM from Daryl Heller (+17176291559).

**DH** Who knows, I'll ask him

SMS - Sent on 6/20/2024 at 2:05 PM.

Okay. We'll look out for it. So he just adjusted his invoice and paid whatever he wanted, huh?

SMS - Received on 6/20/2024 at 2:04 PM from Daryl Heller (+17176291559).

**DH** He told me he wired and it should be there by 2 PM

SMS - Sent on 6/20/2024 at 1:56 PM.

Hey. We reached out to Tyler to reconcile invoice. No response. I'm going to remove both him and his wife from payroll.

SMS - Sent on 6/20/2024 at 11:40 AM.

You can call later is needed.

SMS - Sent on 6/20/2024 at 11:40 AM.

You still calling me?

SMS - Received on 6/20/2024 at 11:16 AM from Daryl Heller (+17176291559).

**DH** Call you when I do

SMS - Received on 6/20/2024 at 11:16 AM from Daryl Heller (+17176291559).

**DH** No

SMS - Received on 6/20/2024 at 11:15 AM from Daryl Heller (+17176291559).

**DH** O.

SMS - Sent on 6/20/2024 at 11:07 AM.

Yah. Did you land yet?

SMS - Received on 6/20/2024 at 11:01 AM from Daryl Heller (+17176291559).

**DH** Coding*

SMS - Received on 6/20/2024 at 11:01 AM from Daryl Heller (+17176291559).

**DH** Do you wanna call me on voting transactions quickly? I need to get this Gls out

SMS - Sent on 6/20/2024 at 11:00 AM.

It's part of the lease.

SMS - Sent on 6/20/2024 at 11:00 AM.

No. It's being chartered through hfs. We negotiated a deal that pays all debt and insurance. But we can use it at owner rates which is a few hundred dollars.

SMS - Received on 6/20/2024 at 10:59 AM from Daryl Heller (+17176291559).

**DH** Just sits there?

SMS - Received on 6/20/2024 at 10:59 AM from Daryl Heller (+17176291559).

**DH** Hmmm

SMS - Sent on 6/20/2024 at 10:58 AM.

FYI. Our helicopter is at Teterboro if you need a ride.

SMS - Received on 6/20/2024 at 10:35 AM from Daryl Heller (+17176291559).

**DH** Yes

SMS - Sent on 6/20/2024 at 10:33 AM.

I don't even know what DCT is.

SMS - Sent on 6/20/2024 at 10:33 AM.

Looks like uni is west coast. Don't think it'll come through until noon. Don't have the funds for RD except we have 25k in DCT. Can we temporarily borrow that?

SMS - Received on 6/20/2024 at 10:29 AM from Daryl Heller (+17176291559).

**DH** If UniBank does not deliver on that manual wire, do you have enough to cover RD? I definitely have 700 K coming into

Blackworth later today or worst case in the morning.

---

### 6/19/2024

---

SMS - Received on 6/19/2024 at 6:26 PM from Daryl Heller (+17176291559).

**DH** 3737 village club ave powell oh 43065

SMS - Received on 6/19/2024 at 5:46 PM from Daryl Heller (+17176291559).

**DH** I'll sit wherever you prefer. I'll find you when I get there.

SMS - Received on 6/19/2024 at 5:46 PM from Daryl Heller (+17176291559).

**DH** Left my house a few minutes ago. Will be a bit late.

SMS - Sent on 6/19/2024 at 5:44 PM.

I grabbed a tavle

SMS - Sent on 6/19/2024 at 5:27 PM.

Okay.

SMS - Received on 6/19/2024 at 5:27 PM from Daryl Heller (+17176291559).

**DH** 550 at BW

SMS - Received on 6/19/2024 at 8:21 AM from Daryl Heller (+17176291559).

**DH** And lets wire out of the one. If there is 500, maybe we just try to wire 400 to us.

SMS - Sent on 6/19/2024 at 8:21 AM.

Okay.

SMS - Received on 6/19/2024 at 8:21 AM from Daryl Heller (+17176291559).

**DH** I don't need them as this account will go away. Just screen shot the balances of all three to me

SMS - Sent on 6/19/2024 at 8:20 AM.

We can get that prepared for you.

SMS - Received on 6/19/2024 at 8:20 AM from Daryl Heller (+17176291559).

**DH** K, I don't believe I have credentials

SMS - Sent on 6/19/2024 at 8:18 AM.

I'm on my way to office. I'll get into it.

SMS - Received on 6/19/2024 at 8:16 AM from Daryl Heller (+17176291559).

**DH** Call me on my wireless when you want to talk about Eagle. Also, define how much cash in in the account at Unibank as we are going to cashing them off in a couple weeks so we don't need to have conveant compliance. I believe there is 5-600k in the none 18 month reserve account however convenient compliance forced that much in. IF we are cashing off we don't need to concern ourselves with such. There is three accounts, one is reserve for 18 month of payments (can't touch that) the other is income we received from ATMs and unless that stop a wire we should be able to pull from such. This would allow rick to put some money into Eagle as he gets 18% of it. We could given him more. I think there is $5-600k in that account and given we are now going to payoff loan we don't need it

---

### 6/18/2024

SMS - Received on 6/18/2024 at 5:08 PM from Daryl Heller (+17176291559).

**DH** Yea

SMS - Sent on 6/18/2024 at 4:55 PM.

I know you're busy this evening but we need to chat about Eagle Air early tomorrow. Can we make that work?

SMS - Sent on 6/18/2024 at 4:08 PM.

Blakinger Thomas is approved and out as well.

SMS - Sent on 6/18/2024 at 4:01 PM.

I'll let you know immediately.

SMS - Sent on 6/18/2024 at 4:01 PM.

We sent it. Just waiting to approve.

SMS - Received on 6/18/2024 at 4:00 PM from Daryl Heller (+17176291559).

**DH**  Please send a one out to Blakinger Thomas as well

SMS - Sent on 6/18/2024 at 3:59 PM.

Wire to pmg just got approved.

SMS - Sent on 6/18/2024 at 3:56 PM.

I'm getting you screenshot and will get you confirmation the second it's approved and through.

SMS - Received on 6/18/2024 at 3:56 PM from Daryl Heller (+17176291559).

**DH**  Wtf!

SMS - Received on 6/18/2024 at 3:56 PM from Daryl Heller (+17176291559).

**DH**  Wyf!

SMS - Sent on 6/18/2024 at 3:55 PM.

Okay. Austin just got off the phone. They told him there were no approval phone numbers on baller and despite our calls they just let it hang in limbo. He thinks it's updated. We expect to approve shortly.

SMS - Received on 6/18/2024 at 3:54 PM from Daryl Heller (+17176291559).

**DH**  Send me a screenshot of us trying to send a wire so I can at least show that they were sent out

SMS - Sent on 6/18/2024 at 3:52 PM.

Justin didn't answer my last call. Austin is on with their Treasury group.

SMS - Received on 6/18/2024 at 3.51 PM from Daryl Heller (+17176291559).

**DH** I don't think that account accepts wires. Can't you call into their treasury group?

SMS - Received on 6/18/2024 at 3:51 PM from Daryl Heller (+17176291559).

**DH** Justin does not respond?

SMS - Sent on 6/18/2024 at 3:51 PM.

I even called Dana to give them a call. Austin is still on the phone with them.

SMS - Received on 6/18/2024 at 3:49 PM from Daryl Heller (+17176291559).

**DH** Don't mean to pest you, but I've got two of them calling me and we have more funding contingent on it so I got to get them answers

SMS - Received on 6/18/2024 at 3:44 PM from Daryl Heller (+17176291559).

**DH** Did you send the Deerfield one out to Blakinger and Thomas?

SMS - Received on 6/18/2024 at 3:43 PM from Daryl Heller (+17176291559).

**DH** Let me know if banks are shut down tomorrow and it has to go out and get through Paramount into another entity today. What are they telling you?

SMS - Received on 6/18/2024 at 3:26 PM from Daryl Heller (+17176291559).

**DH** Of call

SMS - Received on 6/18/2024 at 3:22 PM from Daryl Heller (+17176291559).

**DH** Let me know the outcome

SMS - Sent on 6/18/2024 at 3:08 PM.

Yes. I'll call again.

SMS - Received on 6/18/2024 at 3:08 PM from Daryl Heller (+17176291559).

**DH** I'm funding the bridge lenders today with them and don't want to use their cash

SMS - Received on 6/18/2024 at 3:08 PM from Daryl Heller (+17176291559).

**DH** Very odd on the wire. It's urgent it gets to Paramount. Can you call treasury?

SMS - Received on 6/18/2024 at 3:04 PM from Daryl Heller (+17176291559).

**DH** Yes, the Thomas account you submitted to last week. 25K again.

SMS - Sent on 6/18/2024 at 2:50 PM.

Barley is Blakely Thomas???

SMS - Sent on 6/18/2024 at 2:49 PM.

I don't know why they haven't called. The wire is in there and says processed. We'll get it out.

SMS - Sent on 6/18/2024 at 2:49 PM.

Tomorrow is fine.

SMS - Received on 6/18/2024 at 2:45 PM from Daryl Heller (+17176291559).

**DH** I'm on funding calls nonstop. I forgot it's Shirley's birthday tonight. What time could you get together late afternoon. Are you in the office? Would it upset you to push it into tomorrow?

SMS - Received on 6/18/2024 at 2:44 PM from Daryl Heller (+17176291559).

**DH** Yes, on Baller, but we need to keep some in there. I also need to send 25 to the barley account again today.

SMS - Received on 6/18/2024 at 2:44 PM from Daryl Heller (+17176291559).

**DH** They always call within 30 minutes of sending it to them.

SMS - Sent on 6/18/2024 at 2:43 PM.

Are we taking payroll from baller? I really need an answer to that.

SMS - Sent on 6/18/2024 at 2:43 PM.

We've called the bank several times. The wire hasn't pushed through yet. They won't allow us to pre approve.

SMS - Received on 6/18/2024 at 2:33 PM from Daryl Heller (+17176291559).

**DH**  So the bank called him back to approve?

SMS - Sent on 6/18/2024 at 2:11 PM.

It's been initiated and approved. I just hit Austin about whether it hit the account.

SMS - Received on 6/18/2024 at 1:57 PM from Daryl Heller (+17176291559).

**DH**  Meaning, did it get sent to Paramount?

SMS - Received on 6/18/2024 at 1:57 PM from Daryl Heller (+17176291559).

**DH**  Did bank confirm for you?

SMS - Received on 6/18/2024 at 12:48 PM from Daryl Heller (+17176291559).

**DH**  If you don't wire hold for one second. Let me know.

SMS - Received on 6/18/2024 at 12:48 PM from Daryl Heller (+17176291559).

**DH**  Did you see my Teams?

SMS - Sent on 6/18/2024 at 12:13 PM.

The transfer into RD went through. You should see it now. I can see on my side.

SMS - Sent on 6/18/2024 at 11:34 AM.

I just text Justin. Waiting on response. He knows it's urgent, I spoke to him this morning.

SMS - Received on 6/18/2024 at 11:26 AM from Daryl Heller (+17176291559).

**DH** From RD capital. I just use my login and don't see any money moved.

SMS - Received on 6/18/2024 at 11:25 AM from Daryl Heller (+17176291559).

**DH** Did you move it? I need to send screenshot that it cleared.

SMS - Sent on 6/18/2024 at 7:00 AM.

Okay. Thanks for update. I drafted email and talked to Rick last night. Technically Zook is fully funded. I wanted to chat with you about it today.

SMS - Received on 6/18/2024 at 6:59 AM from Daryl Heller (+17176291559).

**DH** Look

SMS - Received on 6/18/2024 at 6:59 AM from Daryl Heller (+17176291559).

**DH** I did tell Matt that we're gonna list the jet today as he was unsure if they can get the financing for, but do you want it, however fully appreciates that we need to list it as long as he gets last luck.

SMS - Received on 6/18/2024 at 6:59 AM from Daryl Heller (+17176291559).

**DH** Or put it in the dissolution and so assets

SMS - Received on 6/18/2024 at 6:59 AM from Daryl Heller (+17176291559).

**DH** I talked to Mudd and putting Normas pressure on him to get a term sheet. I think they sent one yesterday. Did you get the email to Rick and Dave as they need to step up with funding as well?

SMS - Received on 6/18/2024 at 6:58 AM from Daryl Heller (+17176291559).

**DH** I can meet late in the day. We have a birthday dinner for Charlene tonight so probably in the city or in the office.

*6/17/2024*

SMS - Sent on 6/17/2024 at 2:08 PM.

Chairs ordered and sent directly to son's house. Are we doing in person and if so where? I'm happy to meet you anywhere but for privacy probably best to do office or the restaurant PDR.

Dan mentioned you talked to Matt? Any update?

SMS - Sent on 6/17/2024 at 1:34 PM.

That's fine.

SMS - Received on 6/17/2024 at 1:34 PM from Daryl Heller (+17176291559).

**DH** We can do cash review at that point as well

SMS - Received on 6/17/2024 at 1:34 PM from Daryl Heller (+17176291559).

**DH** Will tomorrow late afternoon work?

SMS - Sent on 6/17/2024 at 11:29 AM.

Actually. Received funds and transferred to RD capital.

SMS - Sent on 6/17/2024 at 11:29 AM.

We're on it. Give you a heads up as soon as it's funded.

SMS - Received on 6/17/2024 at 10:50 AM from Daryl Heller (+17176291559).

**DH** They're wiring 30 4K into Heller

SMS - Received on 6/17/2024 at 10:49 AM from Daryl Heller (+17176291559).

**DH** Let me know when you see it and you funded the account

SMS - Sent on 6/17/2024 at 9:12 AM.

No. I can flesh all of that out and do a reconciliation today. I haven't added May in yet.

SMS - Received on 6/17/2024 at 9:11 AM from Daryl Heller (+17176291559).

**DH** Based on our interpretation of the contract, not theirs, do we really owe them money?

SMS - Sent on 6/17/2024 at 9:11 AM.

This was their trip on excel.

MMS - Sent on 6/17/2024 at 9:11 AM.



SMS - Sent on 6/17/2024 at 9:09 AM.

They took two flights. I can send you snapshots of they quotes.

SMS - Received on 6/17/2024 at 9:09 AM from Daryl Heller (+17176291559).

**DH**  Put email together and copy everyone on what the needs are and what you see the options being

SMS - Received on 6/17/2024 at 9:09 AM from Daryl Heller (+17176291559).

**DH**  Understood

SMS - Sent on 6/17/2024 at 9:07 AM.

I realized I wasn't going to get anywhere with them on that.

SMS - Sent on 6/17/2024 at 9:08 AM.

No. When I said something to them they snapped back that we owe them money.

SMS - Received on 6/17/2024 at 9:08 AM from Daryl Heller (+17176291559).

**DH**    I thought they also took the jet somewhere else to entertain an investor? Was that paid for?

MMS - Received on 6/17/2024 at 9:08 AM from Daryl Heller (+17176291559).

**DH**



SMS **-** Received on 6/17/2024 at 9:06 AM from Daryl Heller (+17176291559).

**DH** Send email to Dave Bill reckon me on Eagle. Included an update from Matt based on your conversation with him. Here's my text exchange with him over the weekend which she did not respond to.

SMS - Sent on 6/17/2024 at 9:06 AM.

Forcing send now.

SMS - Sent on 6/17/2024 at 9:06 AM.

O shit. I'm seeing it stuck in my outbox.

SMS - Received on 6/17/2024 at 9:06 AM from Daryl Heller (+17176291559).

**DH** Thanks on silverview

SMS - Sent on 6/17/2024 at 9:06 AM.

I sent it to you

SMS - Received on 6/17/2024 at 9:06 AM from Daryl Heller (+17176291559).

**DH** Send me what you sent Justin please

SMS - Sent on 6/17/2024 at 9:04 AM.

Eagle is going to urgently need money this week. Probably 200k. Can you push Tyler to pay for his flight.

SMS - Sent on 6/17/2024 at 8:52 AM.

Also sent breakdown of silverview payment to your email.

SMS - Sent on 6/17/2024 at 8:52 AM.

Sent email to Justin with requested information.

SMS - Sent on 6/17/2024 at 8:42 AM.

I'll send to him now.

MMS - Received on 6/17/2024 at 8:40 AM from Daryl Heller (+17176291559).

**DH**



SMS **-** Received on 6/17/2024 at 8:40 AM from Daryl Heller (+17176291559).

**DH**
I proactively reached out to Justin and here is his response.
Can you please send this to him as I think it needs to be done
before 10 AM not 2 PM but I could be wrong.

SMS - Sent on 6/17/2024 at 8:34 AM.

I would prefer today or tomorrow if possible for you. Understand you
have a lot going on.

SMS - Sent on 6/17/2024 at 8:34 AM.

We need funded for RD Capital. We didn't have anything left over to
put in that account last week. As of now, the pull went through and the
account sits negative. If we fund by 2pm it won't be rejected.

I will send the silverview breakdown in 20 minutes.

SMS - Received on 6/17/2024 at 8:31 AM from Daryl Heller (+17176291559).

**DH**
Please respond ASAP as I can have FNB reject RD Capital

SMS - Received on 6/17/2024 at 8:31 AM from Daryl Heller (+17176291559).

**DH**
Also, please send me the breakdown for Silverline of principal
versus interest. I want to understand out of the 817 how much
of that is interest

SMS - Received on 6/17/2024 at 8:30 AM from Daryl Heller (+17176291559).

**DH**
Also, also, I need to make sure that we cover the Unlimited
Capital pool of 30 4K and RD capital. I believe you stated we
need funds?

SMS - Received on 6/17/2024 at 8:30 AM from Daryl Heller (+17176291559).

**DH**
Of course! What day?

## 6/16/2024

SMS - Sent on 6/16/2024 at 8:33 PM.

Can we get time, preferably in person, early this week to follow up on
our conversations?

6/14/2024

SMS - Sent on 6/14/2024 at 4:18 PM.

> Yes. Both the 75 and 20 went out. I just forwarded the confirmation emails with the Fed id.

SMS - Received on 6/14/2024 at 4:18 PM from Daryl Heller (+17176291559).

**DH**  Can you confirm confirm the 75K wire went out?

SMS - Received on 6/14/2024 at 2:44 PM from Daryl Heller (+17176291559).

**DH**  Does not matter

SMS - Sent on 6/14/2024 at 2:42 PM.

> Or does it matter?

SMS - Sent on 6/14/2024 at 2:42 PM.

> Should that come from Apollo or Heller?

SMS - Sent on 6/14/2024 at 2:42 PM.

> Okay. Well send 20k now.

SMS - Received on 6/14/2024 at 2:41 PM from Daryl Heller (+17176291559).

**DH**  I tried to send you a few times, but it keeps getting rejected

SMS - Received on 6/14/2024 at 2:41 PM from Daryl Heller (+17176291559).

**DH**  Yes

MMS - Sent on 6/14/2024 at 2:38 PM.



SMS - Sent on 6/14/2024 at 2:36 PM.

> Apollo sent a wire to Blakinger Thomas for 100k 5/29. Is that what you're talking about?

SMS - Sent on 6/14/2024 at 2:32 PM.

> I'll look.

SMS - Received on 6/14/2024 at 2:32 PM from Daryl Heller (+17176291559).

**DH**  I'll get for you if you don't have it

SMS - Received on 6/14/2024 at 2:32 PM from Daryl Heller (+17176291559).

**DH**  Is the Binger Thomas account at Barley Snyder? I think we wired to it before? The entity is for Deerfield.

SMS - Sent on 6/14/2024 at 2:30 PM.

I didn't see any details for the 20k escrow. Did you send?

SMS - Received on 6/14/2024 at 2:24 PM from Daryl Heller (+17176291559).

**DH**  Also send 20k this escrow

SMS - Sent on 6/14/2024 at 2:23 PM.

Yes. We are executing now.

SMS - Received on 6/14/2024 at 2:23 PM from Daryl Heller (+17176291559).

**DH**  Did you get this?

MMS - Received on 6/14/2024 at 2:05 PM from Daryl Heller (+17176291559).

**DH**



SMS - Received on 6/14/2024 at 2:05 PM from Daryl Heller (+17176291559).

**DH**

Here is a wire for 75K I need to go out today. Please make it
occurs. Coded as a loan to Paramount.

SMS - Sent on 6/14/2024 at 12:30 PM.

Sent.

SMS - Received on 6/14/2024 at 11:40 AM from Daryl Heller (+17176291559).

**DH** Yes. 100k

SMS - Sent on 6/14/2024 at 11:40 AM.

Are we good to send?

SMS - Sent on 6/14/2024 at 11:39 AM.

He sent to Heller. It just hit.

SMS - Received on 6/14/2024 at 11:20 AM from Daryl Heller (+17176291559).

**DH** What account is Brett wiring into?

SMS - Received on 6/14/2024 at 11:20 AM from Daryl Heller (+17176291559).

**DH** Let me know when the wire comes in. I want to approve the hundred K before you send it but do need it sent ASAP.

SMS - Sent on 6/14/2024 at 10:50 AM.

Okay.

SMS - Received on 6/14/2024 at 10:50 AM from Daryl Heller (+17176291559).

**DH** 100k only.

SMS - Sent on 6/14/2024 at 10:47 AM.

Am I sending out the whole 200k to the details you sent?

### 6/12/2024

SMS - Received on 6/12/2024 at 3:35 PM from Daryl Heller (+17176291559).

**DH** Yes. Sent to Brandon and copy me and request whatever the minimum amount is for cash venture Iv.

SMS - Sent on 6/12/2024 at 3:34 PM.

Which cash Ventures account? The univest one? BAV M IV

SMS - Received on 6/12/2024 at 3:39 PM from Daryl Heller (+17176291559).

**DH**

Can you send me the wire instructions for the cash ventures account please?

SMS - Sent on 6/12/2024 at 3:08 PM.

Thanks for doing that on Vaca. I wish I could take this shit off your plate.

SMS - Sent on 6/12/2024 at 3:07 PM.

She said she wants a signed sales agreement but I could get her to take a signed term sheet I hope.

SMS - Received on 6/12/2024 at 3:07 PM from Daryl Heller (+17176291559).

**DH**

We will for signature with them. I talked to him an hour ago. He's responding back later tonight. Are you sure she needs a signature or the proposed term sheet?

SMS - Sent on 6/12/2024 at 3:00 PM.

If I don't get something signed for sale of eagle by tomorrow we're going to be on the hook for another 180k we don't have.

SMS - Sent on 6/12/2024 at 2:57 PM.

I feel like I'm not communicating well. We had 35k. We just moved 34 into RD for tomorrow's pull. We will need another 34 for Fridays pull

SMS - Received on 6/12/2024 at 2:55 PM from Daryl Heller (+17176291559).

**DH**

So you will need it for tomorrow?

SMS - Sent on 6/12/2024 at 2:54 PM.

I do not need 34k. But I end with 0.

SMS - Received on 6/12/2024 at 2:54 PM from Daryl Heller (+17176291559).

**DH**

So you don't need 30 4K from Paramount for it

SMS - Sent on 6/12/2024 at 2:51 PM.

Are we getting funding for univest debt payment today? 75k?

SMS - Sent on 6/12/2024 at 2:50 PM.

We have enough. Just moved 34k into rd Capital.

SMS - Received on 6/12/2024 at 2:47 PM from Daryl Heller (+17176291559).

**DH** Do we need 30 4K in already to cover the pool tomorrow morning? He said you moved enough for today, correct?

---

### 4/11/2024

SMS - Sent on 4/11/2024 at 9:09 AM.

Yes. It'll take me a few minutes to source.

SMS - Received on 4/11/2024 at 9:08 AM from Daryl Heller (+17176291559).

**DH** You had sent me the cap table for GCC holdings two months ago and I can't find it anywhere in my inbox or delete it. I need that to review with Paul and David Hart are the potential new investors into Glorious. Can you please forward that to me right now.

SMS - Received on 4/11/2024 at 9:08 AM from Daryl Heller (+17176291559).

**DH** U there?

---

### 4/6/2024

SMS - Received on 4/6/2024 at 10:35 AM from Daryl Heller (+17176291559).

**DH** Great!

SMS - Sent on 4/6/2024 at 10:35 AM.

Mike said in his email they expected more money. There is no misinterpretation of what they want.

SMS - Sent on 4/6/2024 at 10:33 AM.

Just sent an email.

SMS - Received on 4/6/2024 at 10:32 AM from Daryl Heller (+17176291559).

**DH** Let me know when you respond to them

SMS - Received on 4/6/2024 at 9:40 AM from Daryl Heller (+17176291559).

**DH** I missed your call again last night, do you want to talk?

---

### 3/17/2024

SMS - Received on 3/17/2024 at 5:28 PM from Daryl Heller (+17176291559).

**DH** I see I missed your call. Did you need me?

---

### 3/15/2024

SMS - Received on 3/15/2024 at 5:52 PM from Daryl Heller (+17176291559).

**DH** OK, I'll look at it

SMS - Received on 3/15/2024 at 5:52 PM from Daryl Heller (+17176291559).

**DH** Butt dial.

SMS - Sent on 3/15/2024 at 4:58 PM.

Assuming that was a butt dial.

WHW team just replied to your email. Matt is the nice one, for sure.

SMS - Sent on 3/15/2024 at 1:55 PM.

I just want to absolutely confirm you approved us to send 38k. Tyler called you while we were at lunch.

SMS - Sent on 3/15/2024 at 11:07 AM.

Agreed.