| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>HAYNES AND BOONE, LLP<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>Telephone: 212.659.7300<br>Richard Kanowitz (richard.kanowitz@haynesboone.com)<br>Lauren Sisson (lauren.sisson@haynesboone.com)<br>*Counsel to Chicago Atlantic Admin, LLC* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>                 Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

**CHICAGO ATLANTIC ADMIN, LLC'S JOINDER TO
PRESTIGE MOTION FOR THE APPOINTMENT OF
CHAPTER 11 TRUSTEE AND TO MODIFY EXAMINER'S ORDER**

Chicago Atlantic Admin, LLC ("Chicago Atlantic") hereby joins in the *Memorandum of Law in Support of Motion for the Appointment of Chapter 11 Trustee and to Modify Examiner's Order* (the "Trustee Motion") [D.I. 265] filed by Prestige Fund A, LLC, *et al.* ("Prestige") and respectfully states as follows:

1. By this joinder, Chicago Atlantic joins with and adopts the arguments contained in the Trustee Motion, which are fully incorporated herein by reference.

2. Chicago Atlantic reserves all rights, including, without limitation, the right to amend, modify, or supplement this joinder to raise additional grounds for the appointment of a Chapter 11 Trustee and to modify the Examiner Order (as defined in the Trustee Motion), or to submit additional evidence in support of this joinder.

1

WHEREFORE, Chicago Atlantic requests that the Court enter an order (i) approving the Trustee Motion, (ii) directing the appointing of a Chapter 11 Trustee, (iii) modifying the Examiner Order, and (iv) granting such other and further relief as the Court deems appropriate.

Dated: June 3, 2025

Respectfully submitted,

By: */s/ Richard S. Kanowitz*
Richard S. Kanowitz
Lauren M. Sisson
HAYNES AND BOONE, LLP
30 Rockefeller Plaza
26th Floor
New York, NY 10112
Telephone: 212.659.7300
Email: richard.kanowitz@haynesboone.com
Email: lauren.sisson@haynesboone.com

Counsel to Chicago Atlantic Admin, LLC

Document      Page 3 of 3

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on June 3, 2025.

                                                     */s/ Richard S. Kanowitz*
                                                     Richard S. Kanowitz