## Identity History

Active Account Token

| Identity Verification Name | Verification Result | Verification Result Timestamp |
|---|---|---|
| Daryl Heller | VERIFIED | 2022-11-25 19:27:41 UTC |

## Address History

| Address Source | Street1 | Street2 | City | State | Zip | Created At |
|---|---|---|---|---|---|---|
| IDOLOGY_IDV | | | | | | 2022-11-25 19:27:41 UTC |

## Display Name History

| Display Name | Created At |
|---|---|
| FDH Hell | 2022-11-25 19:26:36 UTC |
| FDH Hell | 2022-11-25 19:26:36 UTC |

## Alias History

| Date | Alias | Source | Status |
|---|---|---|---|
| 2023-02-05 16:13:09 UTC | | CUSTOMER_TOKEN | Removed |
| 2023-02-05 16:12:07 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-26 15:07:21 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-26 15:05:45 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-25 19:26:47 UTC | | CASHTAG | Added |
| 2022-11-25 19:25:02 UTC | | EMAIL | Added |
| 2022-11-25 19:21:54 UTC | | CUSTOMER_TOKEN | Added |

## Attempted P2P Payments

| Date | Status | Total | Subject | Sender | Action | Recipient | Client |
|---|---|---|---|---|---|---|---|
| 2023-02-11 11:18:23 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 10,000.00 | | FDH Hell | Request | Lls | APP |
| 2023-02-10 17:11:51 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 7,500.00 | | FDH Hell | Request | Lls | APP |
| 2023-02-10 17:08:52 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 10,000.00 | | FDH Hell | Request | Lls | APP |
| 2023-02-10 17:08:30 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 10,000.00 | | FDH Hell | Request | Lls | APP |
| 2023-02-05 16:18:47 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | FDH Hell | Paying | Lls | APP |
| 2023-02-05 16:14:06 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 569.00 | | FDH Hell | Paying | Lls | APP |
| 2023-02-05 16:13:37 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,669.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-27 15:11:14 UTC | PAID_OUT | USD 499.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-27 12:45:50 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 200.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-27 12:45:00 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 500.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 15:08:55 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 150.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 15:08:46 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 195.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 15:08:34 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 200.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 15:08:23 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 300.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 15:02:24 UTC | PAID_OUT | USD 300.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 14:53:38 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 525.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 14:52:16 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 700.00 | | FDH Hell | Request | Lls | APP |
| 2022-11-26 14:31:25 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-26 14:31:00 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 399.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-26 14:30:52 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 450.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-26 14:30:39 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 488.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-26 14:30:04 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 498.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-26 01:19:56 UTC | PAID_OUT | USD 510.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-25 19:37:23 UTC | AUTOMATICALLY_BLOCKED | USD 499.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-25 19:35:54 UTC | AUTOMATICALLY_BLOCKED | USD 500.00 | | FDH Hell | Paying | Lls | APP |
| 2022-11-25 19:27:12 UTC | PAID_OUT | USD 500.00 | | FDH Hell | Paying | Lls | APP |

## Attempted Transfers

| Date | Status | Amount | Fee Amount | Action | Client |
|---|---|---|---|---|---|
| 2023-02-05 16:19:02 UTC | FAILED | USD 500.00 | USD 0.00 | CASH_IN | APP |

## Attempted Transactions

| Date | Status | Amount | Balance After | Type | Statement Description | Deposit Reference Number | Deposit Store | Deposit City | Deposit State | Deposit Fee |
|---|---|---|---|---|---|---|---|---|---|---|

## Attempted Cash App Pays

| Date | Account Type | Amount | Status | Merchant | Payment Location | Payment Instrument |
|---|---|---|---|---|---|---|

## Attempted Bitcoin Transactions

| Date | Status | Description | Amount | Balance After | Subject | Sender | Recipient |
|---|---|---|---|---|---|---|---|