## Identity History

| Active Account Token | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| Identity Verification Name | Verification Result | Verification Result Timestamp | | | | | |
| Daryl Heller | VERIFIED | 2022-11-19 16:14:02 UTC | | | | | |

## Address History

| Address Source | Street1 | Street2 | City | State | Zip | Created At |
|---|---|---|---|---|---|---|
| IDOLOGY_IDV | | | | | | 2022-11-19 16:14:03 UTC |

## Display Name History

| Display Name | Created At |
|---|---|
| Display Name | Created At |
| Daryl Heller | 2022-11-19 16:02:06 UTC |
| Daryl Heller | 2022-11-19 16:02:06 UTC |
| Mathias | 2022-11-19 16:03:13 UTC |
| Mathias | 2022-11-19 16:03:13 UTC |
| MathiasH | 2022-11-19 16:03:29 UTC |
| MathiasH | 2022-11-19 16:03:29 UTC |

## Alias History

| Date | Alias | Source | Status |
|---|---|---|---|
| 2023-02-11 17:01:41 UTC | | CUSTOMER_TOKEN | Removed |
| 2023-02-11 16:59:56 UTC | | CUSTOMER_TOKEN | Added |
| 2023-02-11 16:10:42 UTC | | CUSTOMER_TOKEN | Removed |
| 2023-02-11 16:08:26 UTC | | CUSTOMER_TOKEN | Added |
| 2023-02-08 15:46:51 UTC | | CUSTOMER_TOKEN | Removed |
| 2023-02-08 15:44:29 UTC | | CUSTOMER_TOKEN | Added |
| 2023-02-05 15:48:25 UTC | | CUSTOMER_TOKEN | Removed |
| 2023-02-05 15:46:57 UTC | | CUSTOMER_TOKEN | Added |
| 2022-12-01 20:52:23 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-12-01 20:50:14 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-29 01:37:51 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-29 01:36:35 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-26 14:38:33 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-26 14:37:12 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-25 12:42:01 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-25 12:40:51 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-24 13:23:49 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-24 13:22:30 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-23 22:59:02 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-23 22:58:01 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-23 03:14:56 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-23 03:13:25 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-22 20:44:36 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-22 20:41:50 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-20 19:55:13 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-20 19:53:57 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-20 02:21:33 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-20 02:20:31 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-20 00:18:45 UTC | | CUSTOMER_TOKEN | Removed |
| 2022-11-20 00:10:38 UTC | | CUSTOMER_TOKEN | Added |
| 2022-11-19 16:02:33 UTC | | CASHTAG | Added |
| 2022-11-19 16:00:36 UTC | | EMAIL | Added |
| 2022-11-19 15:57:46 UTC | | CUSTOMER_TOKEN | Added |

## Attempted P2P Payments

| Date | Status | Total | Subject | Sender | Action | Recipient | Client |
|---|---|---|---|---|---|---|---|
| 2023-02-11 17:01:59 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,000.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-11 16:12:43 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,500.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-11 16:11:54 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,200.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-11 16:11:18 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,000.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-11 15:50:53 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 10,000.00 | | MathiasH | Request | Lls | APP |
| 2023-02-09 02:24:40 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 399.00 | | MathiasH | Paying | racingmom66 | APP |
| 2023-02-08 15:48:15 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 500.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-08 15:48:03 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,000.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-08 15:47:19 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 998.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-05 15:53:30 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 999.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-05 15:53:00 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-05 15:52:46 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 399.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-05 15:52:22 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 999.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-05 15:51:00 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,569.00 | | MathiasH | Paying | Lls | APP |
| 2023-02-05 15:50:38 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,569.00 | | MathiasH | Paying | Lls | APP |
| 2022-12-01 20:53:21 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 450.00 | | MathiasH | Paying | Lls | APP |
| 2022-12-01 20:52:57 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 399.00 | | MathiasH | Paying | Lls | APP |
| 2022-12-01 20:52:38 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 469.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 13:32:28 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 2.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 11:39:24 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:44:58 UTC | DECLINED | USD 499.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:40:08 UTC | PAID_OUT | USD 199.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:39:54 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:39:39 UTC | DECLINED | USD 269.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:39:25 UTC | AUTOMATICALLY_BLOCKED | USD 500.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:39:12 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 500.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:38:56 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 699.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:38:38 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 769.00 | | MathiasH | Paying | Lls | APP |
| 2022-11-29 01:38:20 UTC | DECLINED | USD 769.00 | | MathiasH | Paying | Lls | APP |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | 2022-11-27 12:46:10 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 200.00 | | MathiasH | Request | Lls | APP | | | |
| 94 | 2022-11-27 12:45:18 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 250.00 | | MathiasH | Request | Lls | APP | | | |
| 95 | 2022-11-26 15:02:52 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 300.00 | | MathiasH | Request | Lls | APP | | | |
| 96 | 2022-11-26 14:53:58 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 49.00 | | MathiasH | Paying | Lls | APP | | | |
| 97 | 2022-11-26 14:53:52 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 525.00 | | MathiasH | Request | Lls | APP | | | |
| 98 | 2022-11-26 14:53:43 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 468.00 | | MathiasH | Paying | Lls | APP | | | |
| 99 | 2022-11-26 14:39:35 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 149.00 | | MathiasH | Paying | Lls | APP | | | |
| 100 | 2022-11-26 14:39:06 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 101 | 2022-11-26 14:38:52 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 469.00 | | MathiasH | Paying | Lls | APP | | | |
| 102 | 2022-11-25 19:18:44 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 103 | 2022-11-25 19:18:23 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 104 | 2022-11-25 12:43:08 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 105 | 2022-11-25 12:42:57 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 106 | 2022-11-25 12:42:38 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 107 | 2022-11-25 12:42:24 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 501.00 | | MathiasH | Paying | Lls | APP | | | |
| 108 | 2022-11-24 23:12:26 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 109 | 2022-11-24 23:12:16 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 110 | 2022-11-24 23:12:04 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 111 | 2022-11-24 13:28:52 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 501.00 | | MathiasH | Paying | Lls | APP | | | |
| 112 | 2022-11-24 13:24:50 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 501.00 | | MathiasH | Paying | Lls | APP | | | |
| 113 | 2022-11-24 13:24:16 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 114 | 2022-11-23 23:00:03 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 98.00 | | MathiasH | Paying | Lls | APP | | | |
| 115 | 2022-11-23 22:59:48 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 97.00 | | MathiasH | Paying | Lls | APP | | | |
| 116 | 2022-11-23 22:59:29 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 117 | 2022-11-23 11:46:40 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 50.00 | | MathiasH | Paying | Lls | APP | | | |
| 118 | 2022-11-23 11:46:26 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 99.00 | | MathiasH | Paying | Lls | APP | | | |
| 119 | 2022-11-23 11:46:10 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 99.00 | | MathiasH | Paying | Lls | APP | | | |
| 120 | 2022-11-23 11:45:58 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 399.00 | | MathiasH | Paying | Lls | APP | | | |
| 121 | 2022-11-23 03:18:47 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 98.00 | | MathiasH | Paying | Lls | APP | | | |
| 122 | 2022-11-23 03:18:25 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 198.00 | | MathiasH | Paying | Lls | APP | | | |
| 123 | 2022-11-23 03:18:02 UTC | PAID_OUT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 124 | 2022-11-23 03:16:32 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 125 | 2022-11-23 03:16:15 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 126 | 2022-11-22 22:21:34 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 494.00 | | MathiasH | Paying | Lls | APP | | | |
| 127 | 2022-11-22 22:21:19 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 500.00 | | MathiasH | Paying | Lls | APP | | | |
| 128 | 2022-11-22 22:21:14 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 494.00 | | MathiasH | Paying | Lls | APP | | | |
| 129 | 2022-11-22 22:20:55 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 130 | 2022-11-22 18:19:23 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 131 | 2022-11-22 18:19:10 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 132 | 2022-11-22 18:18:57 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 133 | 2022-11-22 18:18:46 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 399.00 | | MathiasH | Paying | Lls | APP | | | |
| 134 | 2022-11-22 18:18:33 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 699.00 | | MathiasH | Paying | Lls | APP | | | |
| 135 | 2022-11-22 16:58:32 UTC | PAID_OUT | USD 399.00 | | MathiasH | Paying | Lls | APP | | | |
| 136 | 2022-11-22 16:56:04 UTC | PAID_OUT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 137 | 2022-11-22 11:56:06 UTC | AUTOMATICALLY_BLOCKED | USD 498.00 | | MathiasH | Paying | Lls | APP | | | |
| 138 | 2022-11-22 11:54:10 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,500.00 | | MathiasH | Request | Lls | APP | | | |
| 139 | 2022-11-22 11:53:14 UTC | AUTOMATICALLY_BLOCKED | USD 550.00 | | MathiasH | Paying | Lls | APP | | | |
| 140 | 2022-11-22 11:52:57 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 550.00 | | MathiasH | Paying | Lls | APP | | | |
| 141 | 2022-11-22 11:52:36 UTC | AUTOMATICALLY_BLOCKED | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 142 | 2022-11-22 11:52:13 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 500.00 | | MathiasH | Paying | Lls | APP | | | |
| 143 | 2022-11-20 19:58:34 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 144 | 2022-11-20 19:58:01 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 145 | 2022-11-20 19:57:51 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 599.00 | | MathiasH | Paying | Lls | APP | | | |
| 146 | 2022-11-20 19:57:40 UTC | PAID_OUT | USD 198.00 | | MathiasH | Paying | Lls | APP | | | |
| 147 | 2022-11-20 19:57:25 UTC | PAID_OUT | USD 98.00 | | MathiasH | Paying | Lls | APP | | | |
| 148 | 2022-11-20 19:57:05 UTC | PAID_OUT | USD 99.00 | | MathiasH | Paying | Lls | APP | | | |
| 149 | 2022-11-20 19:56:49 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 150 | 2022-11-20 19:56:23 UTC | DECLINED | USD 599.00 | | MathiasH | Paying | Lls | APP | | | |
| 151 | 2022-11-20 12:28:13 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |
| 152 | 2022-11-20 12:28:00 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 298.00 | | MathiasH | Paying | Lls | APP | | | |
| 153 | 2022-11-20 12:27:46 UTC | DECLINED | USD 298.00 | | MathiasH | Paying | Lls | APP | | | |
| 154 | 2022-11-20 12:26:47 UTC | DECLINED | USD 399.00 | | MathiasH | Paying | Lls | APP | | | |
| 155 | 2022-11-20 12:22:56 UTC | DECLINED | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 156 | 2022-11-20 12:21:52 UTC | PAID_OUT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 157 | 2022-11-20 12:21:33 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 199.00 | | MathiasH | Paying | Lls | APP | | | |

| # | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | 2022-11-20 12:21:25 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 159 | 2022-11-20 12:21:15 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 160 | 2022-11-20 12:20:16 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 161 | 2022-11-20 12:19:55 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 500.00 | | MathiasH | Paying | Lls | APP | | | |
| 162 | 2022-11-20 02:22:30 UTC | DECLINED | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 163 | 2022-11-20 02:22:11 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 499.00 | | MathiasH | Paying | Lls | APP | | | |
| 164 | 2022-11-20 02:22:00 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 599.00 | | MathiasH | Paying | Lls | APP | | | |
| 165 | 2022-11-20 00:24:37 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,669.00 | | MathiasH | Request | Lls | APP | | | |
| 166 | 2022-11-20 00:20:49 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 299.00 | | MathiasH | Paying | Lls | APP | | | |
| 167 | 2022-11-20 00:20:29 UTC | DECLINED | USD 669.00 | | MathiasH | Paying | Lls | APP | | | |
| 168 | 2022-11-20 00:20:04 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 669.00 | | MathiasH | Paying | Lls | APP | | | |
| 169 | 2022-11-20 00:19:53 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 999.00 | | MathiasH | Paying | Lls | APP | | | |
| 170 | 2022-11-20 00:19:06 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,669.00 | | MathiasH | Paying | Lls | APP | | | |
| 171 | 2022-11-19 17:02:32 UTC | PAID_OUT | USD 200.00 | | MathiasH | Paying | Lls | APP | | | |
| 172 | 2022-11-19 17:02:07 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 400.00 | | MathiasH | Paying | Lls | APP | | | |
| 173 | 2022-11-19 16:28:38 UTC | PAID_OUT | USD 201.00 | | MathiasH | Paying | Lls | APP | | | |
| 174 | 2022-11-19 16:28:17 UTC | PAID_OUT | USD 269.00 | | MathiasH | Paying | Lls | APP | | | |
| 175 | 2022-11-19 16:27:44 UTC | DECLINED | USD 400.00 | | MathiasH | Paying | Lls | APP | | | |
| 176 | 2022-11-19 16:26:16 UTC | DECLINED | USD 400.00 | | MathiasH | Paying | Lls | APP | | | |
| 177 | 2022-11-19 16:25:48 UTC | DECLINED | USD 469.00 | | MathiasH | Paying | Lls | APP | | | |
| 178 | 2022-11-19 16:22:37 UTC | PAID_OUT | USD 200.00 | | MathiasH | Paying | Lls | APP | | | |
| 179 | 2022-11-19 16:20:06 UTC | BILL_GETTER_REFUSED | USD 650.00 | | MathiasH | Request | Lls | APP | | | |
| 180 | 2022-11-19 16:13:07 UTC | AUTOMATICALLY_BLOCKED | USD 600.00 | | MathiasH | Paying | Lls | APP | | | |
| 181 | | | | | | | | | | | |
| 182 | | | | | | | | | | | |
| 183 | **Attempted Transfers** | | | | | | | | | | |
| 184 | Date | Status | Amount | Fee Amount | Action | Client | | | | | |
| 185 | 2023-02-08 15:47:37 UTC | FAILED | USD 500.00 | USD 0.00 | CASH_IN | APP | | | | | |
| 186 | 2023-02-05 15:52:04 UTC | FAILED | USD 999.00 | USD 0.00 | CASH_IN | APP | | | | | |
| 187 | 2023-02-05 15:48:56 UTC | FAILED | USD 1,600.00 | USD 0.00 | CASH_IN | APP | | | | | |
| 188 | 2022-11-25 19:18:04 UTC | FAILED | USD 500.00 | USD 0.00 | CASH_IN | APP | | | | | |
| 189 | 2022-11-20 12:20:35 UTC | FAILED | USD 300.00 | USD 0.00 | CASH_IN | APP | | | | | |
| 190 | 2022-11-19 16:19:40 UTC | FAILED | USD 600.00 | USD 0.00 | CASH_IN | APP | | | | | |
| 191 | | | | | | | | | | | |
| 192 | | | | | | | | | | | |
| 193 | **Attempted Transactions** | | | | | | | | | | |
| 194 | Date | Status | Amount | Balance After | Type | Statement Description | Deposit Reference Number | Deposit Store | Deposit City | Deposit State | Deposit Fee |
| 195 | | | | | | | | | | | |
| 196 | | | | | | | | | | | |
| 197 | **Attempted Cash App Pays** | | | | | | | | | | |
| 198 | Date | Account Type | Amount | Status | Merchant | Payment Location | Payment Instrument | | | | |
| 199 | | | | | | | | | | | |
| 200 | | | | | | | | | | | |
| 201 | **Attempted Bitcoin Transactions** | | | | | | | | | | |
| 202 | Date | Status | Description | Amount | Balance After | Subject | Sender | Recipient | | | |