## Identity History

| Active Account Token | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Identity Verification Name | Verification Result | Verification Result Timestamp |
|---|---|---|
| Daryl Heller | VERIFIED | 2023-02-11 16:04:52 UTC |

## Address History

| Address Source | Street1 | Street2 | City | State | Zip | Created At |
|---|---|---|---|---|---|---|
| IDOLOGY_IDV | | | | | | 2023-02-11 16:04:53 UTC |

## Display Name History

| Display Name | Created At |
|---|---|
| Display Name | Created At |
| DFH HLR | 2023-02-11 16:01:49 UTC |
| DFH HLR | 2023-02-11 16:01:50 UTC |

## Alias History

| Date | Alias | Source | Status |
|---|---|---|---|
| 2023-02-11 16:15:25 UTC | | CUSTOMER_TOKEN | Removed |
| 2023-02-11 16:14:23 UTC | | CUSTOMER_TOKEN | Added |
| 2023-02-11 16:01:57 UTC | | CASHTAG | Added |
| 2023-02-11 16:00:48 UTC | | EMAIL | Added |
| 2023-02-11 15:57:47 UTC | | CUSTOMER_TOKEN | Added |

## Attempted P2P Payments

| Date | Status | Total | Subject | Sender | Action | Recipient | Client |
|---|---|---|---|---|---|---|---|
| 2023-02-11 16:15:51 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,500.00 | | DFH HLR | Paying | Lls | APP |
| 2023-02-11 16:08:00 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 1,000.00 | | DFH HLR | Paying | Lls | APP |
| 2023-02-11 16:05:57 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 999.00 | | DFH HLR | Paying | Lls | APP |
| 2023-02-11 16:05:21 UTC | AMOUNT_EXCEEDED_WEEKLY_TRANSACTION_LIMIT | USD 500.00 | | DFH HLR | Paying | Lls | APP |

## Attempted Transfers

| Date | Status | Amount | Fee Amount | Action | Client |
|---|---|---|---|---|---|
| 2023-02-11 16:07:36 UTC | FAILED | USD 100.00 | USD 0.00 | CASH_IN | APP |
| 2023-02-11 16:04:54 UTC | FAILED | USD 250.00 | USD 0.00 | CASH_IN | APP |

## Attempted Transactions

| Date | Status | Amount | Balance After | Type | Statement Description | Deposit Reference Number | Deposit Store | Deposit City | Deposit State | Deposit Fee |
|---|---|---|---|---|---|---|---|---|---|---|

## Attempted Cash App Pays

| Date | Account Type | Amount | Status | Merchant | Payment Location | Payment Instrument |
|---|---|---|---|---|---|---|

## Attempted Bitcoin Transactions

| Date | Status | Description | Amount | Balance After | Subject | Sender | Recipient |
|---|---|---|---|---|---|---|---|