Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25–11354–JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx–xx–1231

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           July 17, 2025
Time:          02:00 PM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*305* – Limited Objection to to Professional Fees (related document:264 Monthly Fee Statement OF EDWARD A PHILLIPS, EXAMINER For the Months of April 1, 2025 THROUGH APRIL 30, 2025. Objection Date is June 4, 2025. Filed by Kurt F. Gwynne on behalf of Edward A. Phillips. (Attachments: # 1 Exhibit A (Coversheet) # 2 Exhibit B (Invoice)) (Gwynne, Kurt)Modified on 5/22/2025 TO INCLUDE ADDITIONAL INFORMATION (def). filed by Examiner Edward A. Phillips, 267 FIRST Monthly Fee Statement OF REED SMITH LLP, COUNSEL FOR THE EXAMINER For the Month of March 18, 2025 through April 30, 2025. Objection Date is June 4, 2025. Filed by Kurt F. Gwynne on behalf of Edward A. Phillips. (Attachments: # 1 Exhibit A (Coversheet) # 2 Exhibit B (Invoice)) (Gwynne, Kurt)Modified on 5/22/2025 TO INCLUDE ADDITIONAL INFORMATION (def). filed by Examiner Edward A. Phillips, 268 FIRST Monthly Fee Statement FOR GETZLER HENRICH & ASSOCIATES LLC, FINANCIAL ADVISOR TO THE EXAMINER For the Month of April 1, 2025 THROUGH APRIL 30, 2025. Objection Date is June 4, 2025. Filed by Kurt F. Gwynne on behalf of Edward A. Phillips. (Attachments: # 1 Exhibit A (Coversheet) # 2 Exhibit B (Invoice)) (Gwynne, Kurt)Modified on 5/22/2025 TO INCLUDE ADDITIONAL INFORMATION (def). filed by Examiner Edward A. Phillips) filed by Sari Blair Placona on behalf of Daryl Fred Heller. (Placona, Sari)

and transact such other business as may properly come before the meeting.

Dated: June 5, 2025
JAN: kvr

                                                                                 Jeanne Naughton
                                                                                 Clerk