| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STEVEN MITNICK, ESQ.<br>MARC D. MICELI, ESQ.<br>S. MITNICK LAW PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>E-Mail: smitnick@sm-lawpc.com<br>          mmiceli@sm-lawpc.com<br>*Attorneys for Steven Mitnick,*<br>*Receiver for Golden Gate Investment Company,*<br>*LLC and Paramount Management Group, LLC* |
| In re:<br><br>DARYL FRED HELLER<br><br>                              Debtor. |

Case No.: 25-11354 (JNP)

Chapter 11

Judge:  Hon. Jerrold N. Poslusny, Jr.

Hearing Date:  June 10, 2025 at 11 a.m.

**OBJECTION AND JOINDER OF STEVEN MITNICK, RECEIVER, TO (A) DEBTOR'S MOTION TO APPROVE COMPROMISE AMONG DEBTOR, CHARLENE R. HELLER, AND ORRSTOWN BANK, (B) DEBTOR'S MOTION TO APPROVE COMPROMISE AMONG DEBTOR, HELLER CAPTIAL GROUP, LLC, HELLER INVESTMENT HOLDINGS, LLC, AND DEERFIELD CAPITAL, LLC PURSUANT TO FED. R. BANKR. P. 9019, AND (C) MOTION OF DEERFIELD CAPITAL, LLC FOR AN ORDER STAYING AND/OR SUSPENDING THE EXAMINER**

Steven Mitnick, the Receiver (the "**Receiver**") appointed over certain assets of Golden Gate Investment Company, LLC ("**Golden Gate**") and Paramount Management Group, LLC ("**Paramount**"), hereby files this joinder (the "**Joinder**") to Steward Capital Holdings LP ("**Steward**") and Avenaero Holdings, LLC's ("**Avenaero**") Objection and Joinder (the "**Steward and Avanaero Objection**") (**ECF No. 307**) to *(a) Debtor's Motion to Approve Compromise Among Debtor, Charlene R. Heller, and Orrstown Bank* (**ECF No. 213**) (the "**Orrstown 9019 Motion**")*,* and (b) *the Motion to Approve Compromise Among Debtor, Heller Capital Group, LLC, Heller*

1

*Investment Holdings, LLC, and Deerfield Capital* (**ECF No. 258**) (the "**Deerfield 9019 Motion**") (collectively with the Orrstown 9019 Motion, the "**Settlement Motions**") filed by debtor Daryl Fred Heller (the "**Debtor**"); (ii) objection to the *Motion for an Order Staying and/or Suspending the Examiner* (**ECF No. 271**) (the "**Examiner Motion**") filed by Deerfield Capital, LLC; and in support thereof, respectfully states as follows:

1. By this Joinder, the Receiver joins with and adopts the arguments contained in Steward and Avenaero's Objection as well as the various other objections filed to the settlement motions and examiner's report motion, which are fully incorporated herein by reference.[1]

---

[1] Specifically, and without limitation, the Receiver also joins in the following objections:

(i) *Objection to Motion for an Order Approving the Agreement Between the Debtor, Charlene R. Heller, and Orrstown Bank Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure filed by Chicago Atlantic Admin, LLC* [**ECF No. 282**]; (ii) *Objection to Debtor's Motion For An Order Approving The Agreement Amongst The Debtor, Heller Capital Group, LLC, Heller Investment Holdings, LLC and Deerfield Capital, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure filed by Prestige Fund A II, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund A, LLC, Prestige Fund B BTM I, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B, LLC, Prestige Fund D BTM I, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC, WF Velocity Fund VII, LLC, WF Velocity I, LLC* [**ECF No. 290**]; (iii) *Objection to Motion to Approve Compromise or Settlement under Rule 9019 filed by Silverview Credit Partners LP* [**ECF No. 296**]; and (iv) *Objection to (I) Deerfield Capital, LLC Settlement Motion and (II) Joinder to Prestige Objection to Motion to Approve Compromise or Settlement under Rule 9019 filed by Chicago Atlantic Admin, LLC* [**ECF No. 301**] (collectively, the "**Settlement Objections**"); as well as *Objection to Motion for an Order Staying and/or Suspending the Examiner* [**ECF No. 298**] filed by *Prestige Fund A II, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund A, LLC, Prestige Fund B BTM I, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B, LLC, Prestige Fund D BTM I, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC, WF Velocity Fund VII, LLC, WF Velocity I, LLC* (the "**Examiner Motion Objection**").

2. The Receiver reserves all rights to amend, modify, and/or supplement this objection and Joinder and make such other and further arguments in support thereof, in accordance with the timelines as set forth in the Court's *Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice* (**ECF No. 291**).

**WHEREFORE**, the Receiver requests that the Court enter an order (i) denying the Deerfield 9019 Motion; (ii) denying the Orrstown 9019 Motion; (iii) denying the Examiner Motion; and (iv) granting such other and further relief as the Court deems appropriate.

S. MITNICK LAW PC
*Attorneys for Steven Mitnick, Receiver for Golden Gate Investment Company, LLC and Paramount Management Group, LLC*

By: */s/ Marc D. Miceli*
    Marc D. Miceli, Esq.

Dated: June 6, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on June 6, 2025.

> S. MITNICK LAW PC
> *Attorneys for Steven Mitnick, Receiver for*
> *Golden Gate Investment Company, LLC and*
> *Paramount Management Group, LLC*
>
>
> By: */s/ Marc D. Miceli*_____
>     Marc D. Miceli, Esq.

Dated: June 6, 2025