MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:	(215) 575-7000
FACSIMILE:	(215) 575-7200
EMAIL:	mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>　　　　　　　　　Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

**CERTIFICATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR AN ORDER APPROVING THE AGREEMENT BETWEEN THE DEBTOR, CHARLENE R. HELLER AND ORRSTOWN BANK PURSUANT TO 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Martin J. Weis, of full age, certifies as follows:

　　　1.　　I am a partner in the firm Dilworth Paxson LLP ("Dilworth"). Dilworth serves as counsel for Orrstown Bank, a creditor in this matter ("Orrstown").

　　　2.　　I submit this Certification in Support of the Reply in Support of Motion for an Order Approving the Agreement between the Debtor, Charlene R. Heller and Orrstown Bank pursuant to 9019 of the Federal Rules of Bankruptcy Procedure (the "Reply").[1] [D.I. 309] I am fully familiar with the facts and circumstances set forth herein.

---

[1] Capitalized terms contained herein have the meaning set forth in the Reply.

3. As of June 3, 2025, the claims register in the bankruptcy case of Daryl Fred Heller is showing 89 filed proofs of claims with a total amount asserted due of $825,750,375.35. (One of those claims was withdrawn.)

4. Orrstown has filed multiple proof of claims against the Debtor's estate:

5. Attached to proof of claim 48 is a true and correct copy of the 2023 Cash Ventures III Judgment. This judgment was subsequently transferred to and recorded in Tioga County, Pennsylvania.

6. Attached to proof of claim 49 is a true and correct copy of the Heller Capital Judgment.

7. Attached to proof of claim 50 is a true and correct copy of the 2020 Cash Ventures Judgment. This Judgment was subsequently transferred to and recorded in the State of New Jersey.

8. Attached to proof of claim 51 is a true and correct copy of the First Regents Judgment.

9. In connection with the 2023 Cash Ventures Judgment, Orrstown caused writs of execution to be issues and served on multiple financial institutions which had been identified in a personal financial statement provided to the bank by the Debtor.

10. Attached as Exhibit A is the response received from Prudential Insurance Company of America.

11. Attached as Exhibit B is the response received from Merrill Lynch, Pierce, Fenner & Smith Incorporated.

12. On February 18, 2025, the Debtor filed an adversary proceeding (Adv. No. 25-01092-JNP) against Orrstown Bank and Deerfield Capital LLC. A copy of the complaint in the Adversary Proceeding is attached hereto at Exhibit C.

I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 6, 2025                                                By: /s/ Martin J. Weis
                                                                           Martin J. Weis

#125049755v2