| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **SAXTON & STUMP LLC** <br> Joshua J. Voss, Esq. <br> 280 Granite Run Drive, Suite 300 <br> Lancaster, PA 17601 <br> (717) 556-1072 <br><br> **STARK & STARK, PC** <br> Marshall T. Kizner, Esq. <br> Joseph H. Lemkin, Esq. <br> 100 American Metro Blvd. <br> Hamilton, NJ 08619 <br> Telephone (609) 791-7022 <br> *Attorneys for Prestige* | |
| In re: <br><br> DARYL FRED HELLER, <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-11354 (JNP) |

**NOTICE OF HEARING ON CROSSMOTION TO CONSOLIDATE CLAIM OBJECTION WITH FIRST FILED ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 42 AND FED. R. BANKR. P. 7042**

**PLEASE TAKE NOTICE** that on June 10, 2025, or soon thereafter as counsel may be heard, Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") by and through its counsel, Stark & Stark, P.C., will move before

1

the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, New Jersey 08101, for an Order to Consolidate Debtor's Claim objection [ECF No. 288], pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, made applicable through Bankruptcy Rule 7042, with the first filed matter captioned, *Prestige Fund A, LLC, et al., v. Daryl Heller, et al.*, Adv. Pro. No., 25-01128-JNP.

**PLEASE TAKE FURTHER NOTICE** the Debtor shall rely upon the Memorandum of Law submitted concurrently herewith and pleadings incorporated by reference, therein.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed with the Clerk of the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101 and served upon Stark & Stark, Attn: Joseph H. Lemkin, Esq., 100 American Metro Blvd. Hamilton, NJ 08619, in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order also accompanies this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion may be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that Prestige requests oral argument regarding the Motion.

        Respectfully submitted,

        STARK & STARK
        A Professional Corporation

        By:/s/ *Marshall T. Kizner*
          MARSHALL T. KIZNER, ESQ.

4920-0491-9881, v. 2

By: /s/ *Joseph H. Lemkin*
JOSEPH H. LEMKIN, ESQ.
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 791-7922 (direct)
(609) 896-9060 (main)
(609) 895-7395 (facsimile)

*Attorneys for Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC*

Dated: June 6, 2025

3