**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone:  (973) 467-2700
*Counsel for GCC Investment Holdings LLC,*
*Grizzly RE, LLC and NEO Mfg. MA, LLC*
**DONALD W. CLARKE, ESQ.**
*dclarke@genovaburns.com*

**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 800
Nashville, TN 37219
Phone: (615) 620-1712
*Counsel for GCC Investment Holdings LLC,*
*Grizzly RE, LLC and NEO Mfg. MA, LLC*
**STEPHEN M. MONTGOMERY, ESQ.**
*smontgomery@dickinson-wright.com*
*Admitted pro hac vice*

In re:

**DARYL FRED HELLER**,

                              Debtor.

Chapter 11

Hon. Jerrold N. Poslusny Jr.

Case No.:  25-11354(JNP)

Hearing Date: June 10, 2025


**OBJECTION OF GCC INVESTMENT HOLDINGS, LLC TO MOTIONS TO APPROVE**
**COMPROMISES WITH ORRSTOWN BANK AND DEERFIELD CAPITAL, LLC,**
**AND JOINDER IN OTHER CREDITORS' OBJECTIONS**


GCC Investment Holdings, LLC ("GCCI"), a creditor and party-in-interest, hereby objects

to: (a) the *Motion to Approve Compromise Among Debtor, Charlene R. Heller, and Orrstown Bank*

[D.E. 213] (the "Orrstown 9019 Motion") and (b) the *Motion to Approve Compromise Among*

*Debtor, Heller Capital Group, LLC, Heller Investment Holdings, LLC, and Deerfield Capital*

[D.E. 258] (the "Deerfield 9019 Motion," and collectively with the Orrstown 9019 Motion, the

1

"Settlement Motions") filed by the Debtor, Daryl Fred Heller.  GCCI further joins in the Objections

filed by: (i) Chicago Atlantic Admin, LLC ("CAA") to the Orrstown 9019 Motion [D.E. 282], and

the Deerfield Motion [D.E. 301]; (ii) Prestige Fund A, LLC and related creditors to the Deerfield

9019 Motion [D.E. 290]; (iii) Silverview Credit Partners LP to the Deerfield 9019 Motion [D.E.

296]; and (iv) Steward Capital Holdings LP and Avanaero Holdings, LLC to both Settlement

Motions [D.E. 307] (collectively, the "Objections").  In support thereof, GCCI would show as

follows:

1.      GCCI is a creditor in this case, holding an unsecured, unliquidated claim against

the Debtor in the amount of $60,043,172.00.  [Claim No. 57]  GCCI's claim arises from certain

misconduct of the Debtor undertaken in connection with loans to the Glorious Cannabis Company

enterprise ("Glorious"), of which GCCI is the indirect majority owner.  [*Id*.]  Specifically, the

Debtor: misappropriated funds belonging to Glorious; without authorization, pledged certain notes

as collateral for a personal loan to CAA; without authorization required under GCCI's LLC

Agreement, attempted to pledge his equity interest in GCCI to Deerfield; and allowed creditors to

obtain final judgments against him in amounts sufficient to trigger a default under Glorious loan

documents with its primary lender.  [*Id*.]  The Debtor's actions have caused Glorious to be placed

in receivership by its lender and destroyed 100% of Glorious' enterprise value.

2.      Pre-petition, Heller Investment Holdings, LLC ("HIH"), which is owned by the

Debtor, was a minority owner of GCCI, owning a 25.6% equity interest in GCCI. HIH also served

as GCCI's manager.

3.      GCCI's LLC Agreement, as amended: (a) prohibits any member from transferring

or pledging its equity interests without GCCI's consent, and provides that any unauthorized

2

transfer is void *ab initio*; and (b) grants GCCI the right to repurchase the equity interests of any member who violates the agreement's restrictions on transfer.

4.      As of January 7, 2025, in accordance with GCCI's LLC Agreement and controlling Delaware law, GCCI's members removed HIH as GCCI's manager.

5.      As of January 28, 2025, in accordance with GCCI's LLC Agreement and controlling Delaware law, GCCI's members voted to repurchase HIH's equity interests in GCCI.

6.      As of the Petition Date, as a result of the repurchase, HIH owned no equity interests in GCCI.

7.      The brief filed by the Debtor in support of the Deerfield Motion makes a number of inaccurate statements regarding HIH's alleged ownership interest in GCCI.  Among them:

a.      "Heller confirms that Deerfield owns fifteen percent (15%) of the LLC interests in HIH and has a valid but unexercised pledge of the remaining eighty-five percent (85%) LLC interest and a valid but unexercised pledge of the membership interest in [GCCI]."

b.      "Heller agrees that there are no defenses to the exercise of the pledge on (i) Heller's membership interest in HIH or (ii) pledge on [GCCI] other than the pending bankruptcy stay if it constitutes a "defense."

c.      "Heller agrees that he will not contest nor have HIH contest the exercise by Deerfield of its pledge of the membership interests of [GCCI] which exercise shall not affect or diminish the rights and claims of Deerfield against Heller, HIH, HCG or any other person or entity. Deerfield agrees that upon payment in full of the Deerfield Claim, its [GCCI] membership interests will be returned by Deerfield to Heller and/or HIH."

d.      HIH will pledge as the collateral to Deerfield, free and clear of all other claims, the three notes (the "Notes") which HIH holds from Glorious4 up to $8,000,000 allocation of those Notes (unless Deerfield Claim is already paid in full). This will be evidenced by a pledge agreement and allonge to be executed upon approval of this settlement agreement, may file an additional UCC, and take such other steps to perfect and confirm its lien and security interest in all three (3) Notes, however notes can only be used up to $8,000,000 of their face value. Deerfield agrees that upon payment in full of the Deerfield Claim, the three (3) Notes will be returned by Deerfield to HIH unless paid in part to Deerfield, however if paid in part to Deerfield, any excess amount to HIH and any unpaid notes to HIH."

e.      "Glorious[1] is a holding company owned by HIH."

f.      "HIH is valued at approximately $20,000,000 to $30,000.000, (i) when taking into consideration Glorious's value was significantly impacted by appointment of the Glorious receiver, one of HIH's largest assets, and (ii) the stock that has been unlawfully taken by [GCCI]."

g.      "Deerfield has the right to exercise its pledge on all the membership interests on HIH as well as its interests in [GCCI], which is not in receivership or subject to the stay that owns the Glorious entities.

[D.E. 258-1, ¶¶ 26, 29, 30]

8.      GCCI objects to the Deerfield Motion, on a standalone basis, to any statement intended to suggest that HIH owns an equity interest in GCCI which could be pledged, or that

---

[1] There is no entity named, simply, "Glorious."  To the extent the Debtor refers either to GCCI or to GCC MSO Holdings, LLC, the statement that HIH owns such entities is completely inaccurate.

GCCI has consented to any purported pledge, or that any purported pledge to Deerfield would not

be void *ab initio*.

9.      In all other respects, GCCI joins in the Objections to both Settlement Motions for

the reasons set forth therein, and adopts and incorporates by reference the points and authorities

set forth in the Objections.


Dated: June 6, 2025                                    Respectfully submitted,

                                                        */s/  Donald W. Clarke*
                                                       Donald W. Clarke
                                                       **GENOVA BURNS LLC**
                                                       110 Allen Road, Suite 304
                                                       Basking Ridge, NJ  07920
                                                       Phone:  (973) 467-2700
                                                       *dclarke@genovaburns.com*

                                                       *Counsel for GCC Investment Holdings LLC,
                                                       Grizzly RE, LLC and NEO Mfg. MA, LLC*


                                                       /s/ Stephen M. Montgomery
                                                       Stephen M. Montgomery
                                                       Admitted *pro hac vice*
                                                       **DICKINSON WRIGHT PLLC**
                                                       424 Church Street, Suite 800
                                                       Nashville, TN 37219
                                                       Phone: 615-620-1712
                                                       *SMontgomery@dickinson-wright.com*

                                                       *Co-Counsel for GCC Investment Holdings
                                                       LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC*