**Fill in this information to identify the case:**

Debtor Name ___Daryl Fred Heller___

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number: ___25-11354 (JNP)___

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of ⟨June 6, 2025⟩ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Heller Capital Group, LLC | 99.5% | |
| Heller Investments Holdings, LLC | 85% | |
| DHTC, LLC | 50% | |
| i Employee Services, LLC | 100% | |
| Raw Ventures, LLC | 100% | |
| Cash Ventures IV, LLC | 83.62% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

Exhibit A contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

Exhibit B describes the Controlled Non-Debtor Entity's business operations.

Exhibit C describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

Exhibit D describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

Exhibit E describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

| Debtor Name | Daryl Fred Heller | Case number | 25-11354 (JNP) |
|---|---|---|---|

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✖ _____

Signature of Authorized Individual

_____

Printed name of Authorized Individual

Date _____
    MM /   DD   / YYYY

**For individual Debtors:**

✖ /s/ Daryl Fred Heller _____

Signature of Debtor 1

Daryl Fred Heller _____

Printed name of Debtor 1

Date 06/06/2025 _____
    MM /   DD   / YYYY

✖ _____

Signature of Debtor 2

_____

Printed name of Debtor 2

Date _____
    MM /   DD   / YYYY

| Debtor Name | Daryl Fred Heller | Case number | 25-11354 (JNP) |
|---|---|---|---|

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

Attached as Exhibit A are the Financial Statements for the following:

1.      Heller Capital Group LLC
2.      Heller Investment Holdings, LLC
3.      Cash Venture IV, LLC
4.      DHTC, LLC.

Glorious Cannabis is under the management of a receiver who has control of the books are records of RAW Ventures, LLC and iEmployee Services, LLC.  The Debtor has requested the documents multiple times from the receiver and has not received same.

Debtor Name ___Daryl Fred Heller_____    Case number__25-11354 (JNP)_____

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date] Dec 31 2024 and March 31, 2025

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Attached as Exhibit A-1 are the Balance Sheets for the following:

1.      Heller Capital Group LLC
2.      Heller Investment Holdings, LLC
3.      Cash Venture IV, LLC
4.      DHTC, LLC.

Glorious Cannabis is under the management of a receiver who has control of the books are records of RAW Ventures, LLC and iEmployee Services, LLC.  The Debtor has requested the documents multiple times from the receiver and has not received same.

Debtor Name   Daryl Fred Heller                                              Case number   25-11354 (JNP)

---

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

The source of this information is being provided by an outsourced financial services company who is providing information to the Debtor and managing the accounting of Heller Investment Holdings, LLC, Heller Captial Group, LLC, DHTC, LLC and Cash Ventures IV, LLC.

Debtor Name   Daryl Fred Heller

Case number_____ 25-11354 (JNP)

---

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

The source of this information is being provided by an outsourced financial services company who is providing information to the Debtor and managing the accounting of Heller Investment Holdings, LLC, Heller Captial Group, LLC, DHTC, LLC and Cash Ventures IV, LLC.

| Debtor Name | Daryl Fred Heller | Case number | 25-11354 (JNP) |
|---|---|---|---|

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

The source of this information is being provided by an outsourced financial services company who is providing information to me and managing the accounting of Heller Investment Holdings, LLC, Heller Captial Group, LLC, DHTC, LLC and Cash Ventures IV, LLC

Debtor Name _____Daryl Fred Heller_____   Case number _25-11354 (JNP)_____

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Heller Capital Group
Interest: Debtor is 99.5% interest holder.
Business conducted: Heller Capital Group is a holding company which owns assets within diverse sectors and does not currently have a primary market segment
Source: The source of this information is being provided by the Debtor

Heller Investment Holdings
Interest: Debtor is 85% interest holder
Business conducted: Heller Investment Holdings is a holding company which owns assets and has a primary business segment of Cannabis
Source: The source of this information is being provided by the Debtor

DHTC
Interest: Debtor 50% interest holder
Business conducted: DHTC is a passive entity that owns tract of raw land
Source: The source of this information is being provided by the Debtor

Raw Ventures, LLC
Interest: Debtor is 100 % interest holder
Business conducted: Raw Ventures is an entity that provided financing to entities
Source: The source of this information is being provided by the Debtor

Cash Ventures, LLC
Interest: Debtor is 83.6% interest holder
Business conducted: Owns a members interest investment in Prestige which has an investment in ATMs and received payments on those assets under a model analog akin to a Sales Leaseback where investment paid for 7 years and then terminated, however investment has become insolvent
Source: The source of this information is being provided by the Debtor

Iemployee Services, LLC
Interest: Debtor is 100 % interest holder
Business conducted: Iemployee Services, LLC is an entity that provides management services for executive, HR, finance, marketing etc services to Glorious Cannabis
Source: The source of this information is being provided by the Debtor

Debtor Name    Daryl Fred Heller

Case number  25-11354 (JNP)

## ▮ Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

To our knowledge in 1q 2025 there is no current litigation or active claims of non debtor controlled entities against other non debtor controlled entities
Source: The source of this information is being provided by debtor and debtor financial resources

Debtor Name    Daryl Fred Heller

Case number   25-11354 (JNP)

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

To our knowledge, for 1q 2025 there is no tax liabilities or income being allocated between or among the controlled non debtor entities
Source: The source of this information is being provided by debtor and debtor financial resources

Debtor Name ___Daryl Fred Heller_____

Case number___25-11354 (JNP)_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

To our knowledge, there is no payments of administrate or professional fees by a Controlled non debtor entities in 1q 2025
Source: The source of this information is being provided by debtor and debtor financial resources

# EXHIBIT A

# Management Report

## Heller Capital Group LLC
## For the period ended December 31, 2024

Note: the balance sheet reflects FMV for assets with assumption of a strategic liquidation of assets based on timing and other factors.  The largest changes from 6/30/24 balance sheet are: 1) Forced sale of Green Cabbage for deeply discounted valuation 3) Downturn in a market segment that created asset impairment  2) Impairment created by Prestige and Creditor lawsuits which resulted in approximately $100M+ of reduction in equity

Prepared on
June 6, 2025

For management use only

## Heller Capital Group LLC

### Profit and Loss

October - December, 2024

| | TOTAL |
|---|---|
| Income | |
| Interest Earned on N/R Balances | 489,124.57 |
| Investment Income(Loss) on Portfolio Companies | 1,000,000.00 |
| Management Fee Income | 424,200.00 |
| **Total Income** | **$1,913,324.57** |
| GROSS PROFIT | $1,913,324.57 |
| Expenses | $876,143.37 |
| NET OPERATING INCOME | $1,037,181.20 |
| Other Income | $6,750,000.00 |
| Other Expenses | $156,273.93 |
| NET OTHER INCOME | $6,593,726.07 |
| NET INCOME | $7,630,907.27 |

# Heller Capital Group LLC

## Balance Sheet

As of December 31, 2024

| | TOTAL |
|---|---:|
| ASSETS | |
| Current Assets | |
| Bank Accounts | $41,576.15 |
| Accounts Receivable | $2,137,162.11 |
| Other Current Assets and Notes Receivables | $29,385,734.32 |
| **Total Current Assets and Notes Receivables** | **$31,564,472.58** |
| Fixed Assets | $3,443,037.15 |
| Other Assets and Investments in Portfolio Companies | $74,318,776.73 |
| **TOTAL ASSETS** | **$109,326,286.46** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | $137,584.07 |
| Credit Cards | $224,101.57 |
| Other Current Liabilities | $28,416,388.99 |
| **Total Current Liabilities** | **$28,778,074.63** |
| Long-Term Liabilities | $17,523,083.96 |
| **Total Liabilities** | **$46,301,158.59** |
| Equity | |
| Capital - Daryl Heller | 5,997,865.45 |
| Capital - RD Capital | 83,390.61 |
| Equity - CVV | -1,324,684.81 |
| FMV Adjustment - Equity | 56,374,340.01 |
| Opening Balance Equity | 0.00 |
| PremierComm EQUITY | 0.00 |
| Retained Earnings | -4,296,207.15 |
| Net Income | 6,190,423.76 |
| **Total Equity** | **$63,025,127.87** |
| **TOTAL LIABILITIES AND EQUITY** | **$109,326,286.46** |

# Statement of Cash Flows

## Heller Capital Group LLC

October 1-December 31, 2024

| FULL NAME | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 7,630,907.27 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | **$6,762,424.35** |
| **Net cash provided by operating activities** | **$14,393,331.62** |
| INVESTING ACTIVITIES | **$128,162,134.84** |
| FINANCING ACTIVITIES | **-$143,107,259.22** |
| **NET CASH INCREASE FOR PERIOD** | **-$551,792.76** |
| **Cash at beginning of period** | **$593,368.91** |
| **CASH AT END OF PERIOD** | **$41,576.15** |

# Management Report

## Heller Capital Group LLC
## For the period ended March 31, 2025

Note: Balance sheet reflects FMV for assets with assumption of a strategic liquidation of assets based on timing and other factors.  The largest change from YE 2024 to 1Q 2025 is the forced article 9 sale of PTG and AVAIL assets by Chicago Atlantic for a discounted valuation which impaired balance sheet by approximately $28M.

Prepared on
June 6, 2025

# Heller Capital Group LLC

## Profit and Loss by Month

### January - March, 2025

|  | TOTAL |
|---|---|
| Income | |
|   Interest Earned on N/R Balances | 199,901.66 |
|   Management Fee Income | 279,371.21 |
| **Total Income** | **$479,272.87** |
| GROSS PROFIT | $479,272.87 |
| Expenses | $599,132.91 |
| NET OPERATING INCOME | $ -119,860.04 |
| Other Expenses | $26,487.54 |
| NET OTHER INCOME | $ -26,487.54 |
| NET INCOME | $ -146,347.58 |

# Heller Capital Group LLC

## Balance Sheet

As of March 31, 2025

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 2,166,429.40 |
| **Total Accounts Receivable** | **$2,166,429.40** |
| Other Current Assets | **$32,518,455.74** |
| **Total Current Assets and Notes Receivables** | **$34,684,885.14** |
| Fixed Assets | **$3,443,037.15** |
| Other Assets | **$45,268,776.73** |
| **TOTAL ASSETS** | **$83,396,699.02** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | **$47,349.82** |
| Credit Cards | **$225,579.89** |
| Other Current Liabilities | **$28,424,009.70** |
| **Total Current Liabilities** | **$28,696,939.41** |
| Long-Term Liabilities | **$20,893,854.53** |
| **Total Liabilities** | **$49,590,793.94** |
| Equity | |
| Capital - Daryl Heller | **5,974,990.24** |
| Capital - RD Capital | 83,390.61 |
| Equity - CVV | -1,324,684.81 |
| FMV Adjustment - Equity | 27,324,340.01 |
| Retained Earnings | 1,894,216.61 |
| Net Income | -146,347.58 |
| **Total Equity** | **$33,805,905.08** |
| **TOTAL LIABILITIES AND EQUITY** | **$83,396,699.02** |

# Statement of Cash Flows

## Heller Capital Group LLC
### January 1-March 31, 2025

| FULL NAME | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
| Net Income | -146,347.58 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | **-$3,243,123.93** |
| **Net cash provided by operating activities** | **-$3,389,471.51** |
| INVESTING ACTIVITIES | **$29,050,000.00** |
| FINANCING ACTIVITIES | **-$25,702,104.64** |
| **NET CASH INCREASE FOR PERIOD** | **-$41,576.15** |
| **Cash at beginning of period** | **$41,576.15** |
| **CASH AT END OF PERIOD** | **$0.00** |

# Management Report

Heller Investment Holdings LLC

For the period ended December 31, 2024

Prepared on

June 6, 2025

For management use only

# Profit and Loss

## Heller Investment Holdings LLC

October 1-December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Interest Income | 275,986.46 |
|   Management Fee Income | **$16,500.00** |
| **Total for Income** | **$292,486.46** |
| Cost of Goods Sold | |
| **Gross Profit** | **$292,486.46** |
| Expenses | **$314,748.10** |
| **Net Operating Income** | **-$22,261.64** |
| Other Income | |
| Other Expenses | **$6,000.00** |
| **Net Other Income** | **-$6,000.00** |
| **Net Income** | **-$28,261.64** |

## Balance Sheet

### Heller Investment Holdings LLC

As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
| Current Assets | |
| Bank Accounts | **$35,367.09** |
| Accounts Receivable | **$66,523.84** |
| Other Current Assets | **$126,220.73** |
| **Total for Current Assets** | **$228,111.66** |
| Fixed Assets | |
| Other Assets, Notes Receivables, and Investments in Portfolio Companies | **$89,607,622.10** |
| **Total for Assets** | **$89,835,733.76** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | **$278,426.24** |
| Credit Cards | **0** |
| Other Current Liabilities | **0** |
| **Total for Current Liabilities** | **$278,426.24** |
| Long-term Liabilities | **$42,172,606.81** |
| **Total for Liabilities** | **$42,451,033.05** |
| Equity | |
| Retained Earnings | -5,301,095.42 |
| Net Income | -81,177.87 |
| Contributions - Daryl Heller | 1,186,919.00 |
| Distributions - Daryl | -69,945.00 |
| FMV Adjustments | 51,650,000.00 |
| **Total for Equity** | **$47,384,700.71** |
| **Total for Liabilities and Equity** | **$89,835,733.76** |

# Statement of Cash Flows

## Heller Investment Holdings LLC
### October 1-December 31, 2024

| FULL NAME | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -28,261.64 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | **$95,897.23** |
| **Net cash provided by operating activities** | **$67,635.59** |
| INVESTING ACTIVITIES | **-$8,226,554.85** |
| FINANCING ACTIVITIES | **$8,174,450.30** |
| **NET CASH INCREASE FOR PERIOD** | **$15,531.04** |
| **Cash at beginning of period** | **$19,836.05** |
| **CASH AT END OF PERIOD** | **$35,367.09** |

# Management Report

Heller Investment Holdings LLC

For the period ended March 31, 2025

Prepared on

June 6, 2025

# Profit and Loss

## Heller Investment Holdings LLC

### January-March, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|    Interest Income | 290,564.99 |
|    Management Fee Income | **$113,577.74** |
|    Sales | |
| **Total for Income** | **$404,142.73** |
| Cost of Goods Sold | |
| **Gross Profit** | **$404,142.73** |
| Expenses | **$459,604.42** |
| **Net Operating Income** | **-$55,461.69** |
| Other Income | |
| Other Expenses | **$83,804.55** |
| **Net Other Income** | **-$83,804.55** |
| **Net Income** | **-$139,266.24** |

# Balance Sheet

## Heller Investment Holdings LLC

As of March 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | $326.62 |
| Accounts Receivable | $177,111.12 |
| Other Current Assets | $199,075.38 |
| **Total for Current Assets** | **$376,513.12** |
| Fixed Assets | |
| Other Assets, Notes Receivables, and Investments in Portfolio Companies | $89,936,993.85 |
| **Total for Assets** | **$90,313,506.97** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | $415,648.17 |
| Credit Cards | 0 |
| Other Current Liabilities | 0 |
| **Total for Current Liabilities** | **$415,648.17** |
| Long-term Liabilities | $42,668,437.11 |
| **Total for Liabilities** | **$43,084,085.28** |
| Equity | |
| Retained Earnings | -5,382,273.29 |
| Net Income | -139,266.24 |
| Contributions - Daryl Heller | 1,186,919.00 |
| Distributions - Daryl | -85,957.78 |
| FMV Adjustments | 51,650,000.00 |
| **Total for Equity** | **$47,229,421.69** |
| **Total for Liabilities and Equity** | **$90,313,506.97** |

# Statement of Cash Flows

## Heller Investment Holdings LLC
### January-March, 2025

| FULL NAME | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -139,266.24 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | **-$46,220.00** |
| **Net cash provided by operating activities** | **-$185,486.24** |
| INVESTING ACTIVITIES | **-$329,371.75** |
| FINANCING ACTIVITIES | **$479,817.52** |
| **NET CASH INCREASE FOR PERIOD** | **-$35,040.47** |
| **Cash at beginning of period** | **$35,367.09** |
| **CASH AT END OF PERIOD** | **$326.62** |

# Management Report

Cash Ventures IV, LLC

For the period ended December 31, 2024

Prepared on

June 4, 2025

For management use only

# Table of Contents

Profit and Loss ...................................................................................................................................................3

Balance Sheet....................................................................................................................................................4

Statement of Cash Flows....................................................................................................................................5

Capital Schedule ................................................................................................................................................6

# Profit and Loss

January - December 2024

|  | Total |
|---|---:|
| **INCOME** | |
| Surcharge Income | 2,220,397.92 |
| **Total Income** | **2,220,397.92** |
| **GROSS PROFIT** | **2,220,397.92** |
| **EXPENSES** | |
| Amortization Expense | 10,798.20 |
| Bank Charges & Fees | 4,491.33 |
| Depreciation Expense | 459,264.00 |
| Interest Paid | 292,402.33 |
| Legal & Professional Services | 3,900.00 |
| Management Fee | 33,600.00 |
| Melio services fee | 10.00 |
| **Total Expenses** | **804,465.86** |
| **NET OPERATING INCOME** | **1,415,932.06** |
| **NET INCOME** | **$1,415,932.06** |

# Balance Sheet

As of December 31, 2024

|  | Total |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 1,665,298.44 |
| **Total Accounts Receivable** | **1,665,298.44** |
| **Total Current Assets** | **1,665,298.44** |
| Fixed Assets | |
| Accumulated Depreciation | -6,487,104.00 |
| ATM Assets | 7,176,000.00 |
| **Total Fixed Assets** | **688,896.00** |
| Other Assets | |
| Accumulated Amortization | -17,097.15 |
| UniBank Loan Fees | 64,789.00 |
| **Total Other Assets** | **47,691.85** |
| **TOTAL ASSETS** | **$2,401,886.29** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 12,826.33 |
| **Total Accounts Payable** | **12,826.33** |
| Other Current Liabilities | |
| Accrued Interest | 48,323.38 |
| Current Maturities of LTD - Bank | 3,890,439.47 |
| **Total Other Current Liabilities** | **3,938,762.85** |
| **Total Current Liabilities** | **3,951,589.18** |
| **Total Liabilities** | **3,951,589.18** |
| Equity | |
| Member Equity - Daryl Heller | -1,666,043.84 |
| Member Distributions - Daryl Heller | -813,575.00 |
| **Total Member Equity - Daryl Heller** | **-2,479,618.84** |
| Member Equity - Sunset Holdings LLC | -326,648.03 |
| Member Distributions - Sunset Holdings | -159,368.08 |
| **Total Member Equity - Sunset Holdings LLC** | **-486,016.11** |
| Retained Earnings | 0.00 |
| Net Income | 1,415,932.06 |
| **Total Equity** | **-1,549,702.89** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,401,886.29** |

# Statement of Cash Flows

January - December 2024

| | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 1,415,932.06 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | -1,665,298.44 |
| Accumulated Depreciation | 459,264.00 |
| Accumulated Amortization | 10,798.20 |
| Accounts Payable (A/P) | 12,826.33 |
| Accrued Interest | 48,323.38 |
| Current Maturities of LTD - Bank | 3,143,398.61 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **2,009,312.08** |
| **Net cash provided by operating activities** | **3,425,244.14** |
| **FINANCING ACTIVITIES** | |
| N/P UniBank 1600 | -4,067,129.44 |
| Member Equity - Daryl Heller | -4,730,543.84 |
| Member Equity - Daryl Heller:Member Distributions - Daryl Heller | -813,575.00 |
| Member Equity - Sunset Holdings LLC | -926,648.03 |
| Member Equity - Sunset Holdings LLC:Member Distributions - Sunset Holdings | -159,368.08 |
| Retained Earnings | 5,657,191.87 |
| **Net cash provided by financing activities** | **-5,040,072.52** |
| **NET CASH INCREASE FOR PERIOD** | **-1,614,828.38** |
| Cash at beginning of period | 1,614,828.38 |
| **CASH AT END OF PERIOD** | **$0.00** |

# Capital Schedule

January - December 2024

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Member Equity - Daryl Heller** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 3,064,500.00 |
| 01/01/2024 | Journal Entry | 10 | No | | To apply RE to equity accounts according to ownership (83.62%/16.38%) | Member Equity - Daryl Heller | -Split- | 309,935.97 | 3,374,435.97 |
| 01/01/2024 | Journal Entry | 18 | No | | To close out PY retained earnings | Member Equity - Daryl Heller | -Split- | -5,040,479.81 | -1,666,043.84 |
| **Total for Member Equity - Daryl Heller** | | | | | | | | **$ -4,730,543.84** | |
| **Member Distributions - Daryl Heller** | | | | | | | | | |
| 02/22/2024 | Expense | | No | Daryl Heller | Outgoing Wire | Member Equity - Daryl Heller:Member Distributions - Daryl Heller | Checking - 1016 | -500,000.00 | -500,000.00 |
| 04/30/2024 | Expense | | No | Daryl Heller | Outgoing Wire | Member Equity - Daryl Heller:Member Distributions - Daryl Heller | Checking - 1016 | -188,145.00 | -688,145.00 |
| 06/20/2024 | Expense | | No | | Outgoing Wire | Member Equity - Daryl Heller:Member Distributions - Daryl Heller | Checking - 1016 | -125,430.00 | -813,575.00 |
| **Total for Member Distributions - Daryl Heller** | | | | | | | | **$ -813,575.00** | |
| **Total for Member Equity - Daryl Heller with sub-accounts** | | | | | | | | **$ -5,544,118.84** | |
| **Member Equity - Sunset Holdings LLC** | | | | | | | | | |
| Beginning Balance | | | | | | | | | 600,000.00 |
| 01/01/2024 | Journal Entry | 18 | No | | To close out PY retained earnings | Member Equity - Sunset Holdings LLC | -Split- | -987,360.19 | -387,360.19 |
| 01/01/2024 | Journal Entry | 10 | No | | To apply RE to equity accounts according to ownership (83.62%/16.38%) | Member Equity - Sunset Holdings LLC | -Split- | 60,712.16 | -326,648.03 |
| **Total for Member Equity - Sunset Holdings LLC** | | | | | | | | **$ -926,648.03** | |
| **Member Distributions - Sunset Holdings** | | | | | | | | | |
| 02/22/2024 | Expense | | No | Daryl Heller | Outgoing Wire | Member Equity - Sunset Holdings LLC:Member Distributions - Sunset Holdings | Checking - 1016 | -97,943.08 | -97,943.08 |
| 04/30/2024 | Expense | | No | Daryl Heller | Outgoing Wire | Member Equity - Sunset Holdings LLC:Member Distributions - Sunset Holdings | Checking - 1016 | -36,855.00 | -134,798.08 |
| 06/20/2024 | Expense | | No | | Outgoing Wire | Member Equity - Sunset Holdings LLC:Member Distributions - Sunset Holdings | Checking - 1016 | -24,570.00 | -159,368.08 |
| **Total for Member Distributions - Sunset Holdings** | | | | | | | | **$ -159,368.08** | |
| **Total for Member Equity - Sunset Holdings LLC with sub-accounts** | | | | | | | | **$ -1,086,016.11** | |
| **TOTAL** | | | | | | | | **$ -6,630,134.95** | |

# Management Report

Cash Ventures IV, LLC

For the period ended March 31, 2025

Prepared on

June 5, 2025

For management use only

# Table of Contents

Profit and Loss ................................................................................................................................3

Balance Sheet................................................................................................................................4

Statement of Cash Flows................................................................................................................5

Capital Schedule ............................................................................................................................6

# Profit and Loss

January - March, 2025

|  | Total |
|---|---|
| INCOME | |
| **Total Income** | |
| GROSS PROFIT | **0.00** |
| EXPENSES | |
|     Amortization Expense | 2,699.55 |
|     Depreciation Expense | 114,816.00 |
|     Melio services fee | 10.00 |
| **Total Expenses** | **117,525.55** |
| NET OPERATING INCOME | **-117,525.55** |
| NET INCOME | **$ -117,525.55** |

# Balance Sheet

As of March 31, 2025

| | Total |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 1,665,298.44 |
| **Total Accounts Receivable** | **1,665,298.44** |
| **Total Current Assets** | **1,665,298.44** |
| Fixed Assets | |
| Accumulated Depreciation | -6,601,920.00 |
| ATM Assets | 7,176,000.00 |
| **Total Fixed Assets** | **574,080.00** |
| Other Assets | |
| Accumulated Amortization | -19,796.70 |
| UniBank Loan Fees | 64,789.00 |
| **Total Other Assets** | **44,992.30** |
| **TOTAL ASSETS** | **$2,284,370.74** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 12,836.33 |
| **Total Accounts Payable** | **12,836.33** |
| Other Current Liabilities | |
| Accrued Interest | 48,323.38 |
| Current Maturities of LTD - Bank | 3,890,439.47 |
| **Total Other Current Liabilities** | **3,938,762.85** |
| **Total Current Liabilities** | **3,951,599.18** |
| **Total Liabilities** | **3,951,599.18** |
| Equity | |
| Member Equity - Daryl Heller | -482,041.45 |
| Member Distributions - Daryl Heller | -813,575.00 |
| **Total Member Equity - Daryl Heller** | **-1,295,616.45** |
| Member Equity - Sunset Holdings LLC | -94,718.36 |
| Member Distributions - Sunset Holdings | -159,368.08 |
| **Total Member Equity - Sunset Holdings LLC** | **-254,086.44** |
| Retained Earnings | 0.00 |
| Net Income | -117,525.55 |
| **Total Equity** | **-1,667,228.44** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,284,370.74** |

# Statement of Cash Flows

January - March, 2025

| | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -117,525.55 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accumulated Depreciation | 114,816.00 |
| Accumulated Amortization | 2,699.55 |
| Accounts Payable (A/P) | 10.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **117,525.55** |
| **Net cash provided by operating activities** | **0.00** |
| **FINANCING ACTIVITIES** | |
| Member Equity - Daryl Heller | 1,184,002.39 |
| Member Equity - Sunset Holdings LLC | 231,929.67 |
| Retained Earnings | -1,415,932.06 |
| **Net cash provided by financing activities** | **0.00** |
| **NET CASH INCREASE FOR PERIOD** | **0.00** |
| **CASH AT END OF PERIOD** | **$0.00** |

# Capital Schedule

January - March, 2025

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount | Balance |
|------|------------------|-----|-----|------|------------------|---------|-------|--------|---------|
| **Member Equity - Daryl Heller** | | | | | | | | | |
| Beginning Balance | | | | | | | | | -1,666,043.84 |
| 01/01/2025 | Journal Entry | 55 | No | | To apply RE to equity accounts according to ownership (83.62%/16.38%) | Member Equity - Daryl Heller | -Split- | 1,184,002.39 | -482,041.45 |
| **Total for Member Equity - Daryl Heller** | | | | | | | | **$1,184,002.39** | |
| **Member Distributions - Daryl Heller** | | | | | | | | | |
| Beginning Balance | | | | | | | | | -813,575.00 |
| **Total for Member Distributions - Daryl Heller** | | | | | | | | | |
| **Total for Member Equity - Daryl Heller with sub-accounts** | | | | | | | | **$1,184,002.39** | |
| **Member Equity - Sunset Holdings LLC** | | | | | | | | | |
| Beginning Balance | | | | | | | | | -326,648.03 |
| 01/01/2025 | Journal Entry | 55 | No | | To apply RE to equity accounts according to ownership (83.62%/16.38%) | Member Equity - Sunset Holdings LLC | -Split- | 231,929.67 | -94,718.36 |
| **Total for Member Equity - Sunset Holdings LLC** | | | | | | | | **$231,929.67** | |
| **Member Distributions - Sunset Holdings** | | | | | | | | | |
| Beginning Balance | | | | | | | | | -159,368.08 |
| **Total for Member Distributions - Sunset Holdings** | | | | | | | | | |

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount | Balance |
|------|-----------------|-----|-----|------|------------------|---------|-------|--------|---------|
| **Total for Member Equity - Sunset Holdings LLC with sub-accounts** | | | | | | | | **$231,929.67** | |
| **TOTAL** | | | | | | | | **$1,415,932.06** | |

# Management Report

DHTC, LLC

For the period ended December 31, 2024

Prepared on

June 5, 2025

# Table of Contents

Balance Sheet...................................................................................................................................3

Profit and Loss .................................................................................................................................4

Statement of Cash Flows.................................................................................................................5

Capital Schedule..............................................................................................................................6

# Balance Sheet

As of December 31, 2024

| | Total |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| FNB Checking 0301 | 1,256.26 |
| **Total Bank Accounts** | **1,256.26** |
| **Total Current Assets** | **1,256.26** |
| Fixed Assets | |
| Land | |
| 913 Greenside Drive | 559,358.00 |
| **Total Land** | **559,358.00** |
| **Total Fixed Assets** | **559,358.00** |
| **TOTAL ASSETS** | **$560,614.26** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 817.00 |
| **Total Accounts Payable** | **817.00** |
| **Total Current Liabilities** | **817.00** |
| **Total Liabilities** | **817.00** |
| Equity | |
| 3000 Member Equity - Daryl Heller | 284,147.28 |
| 3001 Member Equity - Terrence Curtin | 284,147.26 |
| Retained Earnings | 0.00 |
| Net Income | -8,497.28 |
| **Total Equity** | **559,797.26** |
| **TOTAL LIABILITIES AND EQUITY** | **$560,614.26** |

# Profit and Loss

January - December 2024

| | Total |
|---|---|
| **INCOME** | |
| **Total Income** | |
| **GROSS PROFIT** | **0.00** |
| **EXPENSES** | |
| General business expenses | |
|     Bank fees & service charges | 180.00 |
|     Memberships & subscriptions | 5.00 |
|     **Total General business expenses** | **185.00** |
| HOA Fees | 1,668.00 |
| Insurance | 987.00 |
| Legal & accounting services | |
|     Accounting fees | 780.00 |
|     **Total Legal & accounting services** | **780.00** |
| Management Services | 1,200.00 |
| Taxes paid | 3,677.28 |
| **Total Expenses** | **8,497.28** |
| **NET OPERATING INCOME** | **-8,497.28** |
| **NET INCOME** | **$ -8,497.28** |

# Statement of Cash Flows

January - December 2024

| | Total |
|---|---:|
| OPERATING ACTIVITIES | |
| Net Income | -8,497.28 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Payable (A/P) | 817.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **817.00** |
| **Net cash provided by operating activities** | **-7,680.28** |
| FINANCING ACTIVITIES | |
| 3000 Member Equity - Daryl Heller | 7,000.00 |
| 3001 Member Equity - Terrence Curtin | 7,000.00 |
| 3200 Member Equity - Daryl Heller:Member Contributions - Daryl Heller | -7,000.00 |
| 3201 Member Equity - Terrence Curtin:Member Contributions - Terrence Curtain | -7,000.00 |
| **Net cash provided by financing activities** | **0.00** |
| NET CASH INCREASE FOR PERIOD | -7,680.28 |
| Cash at beginning of period | 8,936.54 |
| CASH AT END OF PERIOD | **$1,256.26** |

# Capital Schedule
January-December, 2024

| TRANSACTION DATE | TRANSACTION TYPE | NUM | NAME | LINE DESCRIPTION | ACCOUNT FULL NAME | ITEM SPLIT ACCOUNT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 3000 Member Equity - Daryl Heller | | | | | | | | |
| Beginning Balance | | | | | | | | 277,147.28 |
| 01/01/2024 | Journal Entry | 6 | | To reclass contributions to equity | 3000 Member Equity - Daryl Heller | | 7,000.00 | 284,147.28 |
| **Total for 3000 Member Equity - Daryl Heller** | | | | | | | **$7,000.00** | |
| 3200 Member Contributions - Daryl Heller | | | | | | | | |
| Beginning Balance | | | | | | | | 7,000.00 |
| 01/01/2024 | Journal Entry | 6 | | To reclass contributions to equity | 3000 Member Equity - Daryl Heller:3200 Member Contributions - Daryl Heller | | -7,000.00 | |
| **Total for 3200 Member Contributions - Daryl Heller** | | | | | | | **-$7,000.00** | |
| **Total for 3000 Member Equity - Daryl Heller with sub-accounts** | | | | | | | **0** | |
| 3001 Member Equity - Terrence Curtin | | | | | | | | |
| Beginning Balance | | | | | | | | 277,147.26 |
| 01/01/2024 | Journal Entry | 6 | | To reclass contributions to equity | 3001 Member Equity - Terrence Curtin | | 7,000.00 | 284,147.26 |
| **Total for 3001 Member Equity - Terrence Curtin** | | | | | | | **$7,000.00** | |
| 3201 Member Contributions - Terrence Curtain | | | | | | | | |
| Beginning Balance | | | | | | | | 7,000.00 |
| 01/01/2024 | Journal Entry | 6 | | To reclass contributions to equity | 3001 Member Equity - Terrence Curtin:3201 Member Contributions - Terrence Curtain | | -7,000.00 | |
| **Total for 3201 Member Contributions - Terrence Curtain** | | | | | | | **-$7,000.00** | |
| **Total for 3001 Member Equity - Terrence Curtin with sub-accounts** | | | | | | | **0** | |
| **TOTAL** | | | | | | | **0** | |

# Management Report

DHTC, LLC

For the period ended March 31, 2025

Prepared on

June 5, 2025

# Table of Contents

Balance Sheet.................................................................................................................................................3

Profit and Loss ..............................................................................................................................................4

Statement of Cash Flows...............................................................................................................................5

Capital Schedule............................................................................................................................................6

# Balance Sheet

As of March 31, 2025

| | Total |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| FNB Checking 0301 | 246.76 |
| **Total Bank Accounts** | **246.76** |
| **Total Current Assets** | **246.76** |
| Fixed Assets | |
| Land | |
| 913 Greenside Drive | 559,358.00 |
| **Total Land** | **559,358.00** |
| **Total Fixed Assets** | **559,358.00** |
| **TOTAL ASSETS** | **$559,604.76** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 1,348.63 |
| **Total Accounts Payable** | **1,348.63** |
| **Total Current Liabilities** | **1,348.63** |
| **Total Liabilities** | **1,348.63** |
| Equity | |
| 3000 Member Equity - Daryl Heller | 279,898.64 |
| 3001 Member Equity - Terrence Curtin | 279,898.62 |
| Retained Earnings | 0.00 |
| Net Income | -1,541.13 |
| **Total Equity** | **558,256.13** |
| **TOTAL LIABILITIES AND EQUITY** | **$559,604.76** |

# Profit and Loss

January - March, 2025

|  | Total |
|---|---|
| **INCOME** | |
| **Total Income** | |
| GROSS PROFIT | **0.00** |
| EXPENSES | |
| General business expenses | |
| Bank fees & service charges | 135.00 |
| **Total General business expenses** | **135.00** |
| HOA Fees | 451.00 |
| Management Services | 300.00 |
| Melio Service Fees | 6.50 |
| Taxes paid | 648.63 |
| **Total Expenses** | **1,541.13** |
| NET OPERATING INCOME | **-1,541.13** |
| NET INCOME | **$ -1,541.13** |

# Statement of Cash Flows

January - March, 2025

| | Total |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -1,541.13 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Payable (A/P) | 531.63 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **531.63** |
| **Net cash provided by operating activities** | **-1,009.50** |
| FINANCING ACTIVITIES | |
| 3000 Member Equity - Daryl Heller | -4,248.64 |
| 3001 Member Equity - Terrence Curtin | -4,248.64 |
| Retained Earnings | 8,497.28 |
| **Net cash provided by financing activities** | **0.00** |
| NET CASH INCREASE FOR PERIOD | -1,009.50 |
| Cash at beginning of period | 1,256.26 |
| CASH AT END OF PERIOD | **$246.76** |

# Capital Schedule
January-March, 2025

| TRANSACTION DATE | TRANSACTION TYPE | NUM | NAME | LINE DESCRIPTION | ACCOUNT FULL NAME | ITEM SPLIT ACCOUNT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 3000 Member Equity - Daryl Heller | | | | | | | | |
| Beginning Balance | | | | | | | | 284,147.28 |
| 01/01/2025 | Journal Entry | | | To allocate 2024 retained earnings | 3000 Member Equity - Daryl Heller | | -4,248.64 | 279,898.64 |
| **Total for 3000 Member Equity - Daryl Heller** | | | | | | | **-$4,248.64** | |
| 3200 Member Contributions - Daryl Heller | | | | | | | | |
| Beginning Balance | | | | | | | | 0 |
| **Total for 3200 Member Contributions - Daryl Heller** | | | | | | | **0** | |
| **Total for 3000 Member Equity - Daryl Heller with sub-accounts** | | | | | | | **-$4,248.64** | |
| 3001 Member Equity - Terrence Curtin | | | | | | | | |
| Beginning Balance | | | | | | | | 284,147.26 |
| 01/01/2025 | Journal Entry | | | To allocate 2024 retained earnings | 3001 Member Equity - Terrence Curtin | | -4,248.64 | 279,898.62 |
| **Total for 3001 Member Equity - Terrence Curtin** | | | | | | | **-$4,248.64** | |
| 3201 Member Contributions - Terrence Curtain | | | | | | | | |
| Beginning Balance | | | | | | | | 0 |
| **Total for 3201 Member Contributions - Terrence Curtain** | | | | | | | **0** | |
| **Total for 3001 Member Equity - Terrence Curtin with sub-accounts** | | | | | | | **-$4,248.64** | |
| **TOTAL** | | | | | | | **-$8,497.28** | |