

MARSHALL T. KIZNER
DIRECT DIAL NUMBER
609-219-7449
DIRECT FAX NUMBER
609-895-7395
E-MAIL
mkizner@stark-stark.com

June 9, 2025

***VIA ECF AND EMAIL***
Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4C
Camden, NJ 08101

**Re:     In re: Daryl Fred Heller**
           **Case No. 25-11354 (JNP)**

Dear Judge Poslusny:

Stark & Stark, P.C. is counsel to the Prestige Funds. For purposes of streamlining motion hearings on June 10th, counsel for the Prestige Funds, Chicago Atlantic Admin, LLC, Silverview Credit Partners LP, Steward Capital Holdings LP, Avenaero Holdings LLC, GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC, ***jointly*** request that the Court address the motion calendar in the following order:

1. Motion to Appoint Chapter 11 Trustee filed by Prestige [ECF No. 265];
2. Motion for an Order Staying/or Suspending the Examiner [ECF No. 272];
3. Motion to Expunge Claims of Prestige [ECF No. 288] and Crossmotion to Consolidate [ECF No. 315];
4. Motion to Quash Rule 2004 Examination Subpoena Served by Prestige [ECF No. 193];
5. Motion to Approve Compromise or Settlement under Rule 9019 (Orrstown Bank) [ECF No. 213]; and
6. Motion to Approve Compromise or Settlement under Rule 9019 (Deerfield Capital) [ECF No. 209].

The above-referenced creditors believe this list of motions should be argued first and in the above order, but do not take a position regarding the order the court hears the balance of motions and hearings scheduled on June 10th.

Thank you for your courtesies and cooperation

Respectfully,

STARK & STARK
A Professional Corporation

BY: /s/ *Marshall T. Kizner*
    MARSHALL T. KIZNER, ESQ.

MTK/cc
cc:  All Parties (Via ECF)