| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Second Floor <br> Roseland, New Jersey 07068 <br> (973) 622-1800 <br> Anthony Sodono, III (asodono@msbnj.com) <br> Sari B. Placona (splacona@msbnj.com) <br> *Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re: <br><br> DARYL FRED HELLER, <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-11354 (JNP) |

**NOTICE OF DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES FOR CHAPTER 11 PLAN PURSUANT TO 11 U.S.C. § 1121(d)**

**PLEASE TAKE NOTICE** that on the 1st day of July, 2025 at 11:00 a.m., or as soon thereafter as the movant may be heard, Daryl Fred Heller, the Chapter 11 Debtor (the "Debtor"), shall move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge at the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Courtroom 4C, 4th Floor Camden, New Jersey 08101, pursuant to his Motion for an Order (a) extending the period during which the Debtor has the exclusive right to file a chapter 11 from June 10, 2025 through and including August 1, 2025, and extending the period during which the Debtor has the exclusive right to solicit votes thereon without prejudice to the Debtor's right to seek further extensions of the Exclusive Periods; and (b) granting related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion the Debtor shall rely upon the brief submitted concurrently herewith. The Debtor submits that no separate memorandum of law is necessary because the applicable law is adequately set forth in the supporting brief.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3, and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting the relief requested in the Motion is submitted herewith and made a part hereof.

        **McMANIMON, SCOTLAND &**
        **BAUMANN, LLC**
        *Counsel for Fred Daryl Heller, Chapter 11 Debtor*

        By:   */s/ Sari B. Placona*
             Sari B. Placona

Dated: June 9, 2025

4930-0747-3482, v. 2