# **EXHIBIT 1**

1. 2021, Prestige Fund A II, LLC, 6/30/2021
2. 2021, Prestige Fund A II, LLC, 12/31/2021
3. 2021, Prestige Fund A IV, LLC, 12/31/2021
4. 2021, Prestige Fund A V, LLC, 12/31/2021
5. 2021, Prestige Fund A, LLC, 6/30/2021
6. 2021, Prestige Fund D IV, LLC, 6/30/2021
7. 2021, Prestige Fund D IV, LLC, 12/31/2021
8. 2021, Prestige Fund D V, LLC, 12/31/2021
9. 2021, Prestige Fund D, LLC, 6/30/2021
10. 2021, Prestige Fund B IV, LLC, 9/30/2021
11. 2021, Prestige Fund B V, LLC, 12/31/2021
12. 2021, Prestige Fund D III, LLC, 3/31/2021
13. 2021, Prestige Fund B II, LLC, 6/30/2021
14. 2021, WFV Fund V, LLC, 12/31/2021
15. 2022, Prestige Fund A IV, LLC, 3/31/2022
16. 2022, Prestige Fund A IV, LLC, 6/30/2022
17. 2022, Prestige Fund A IV, LLC, 12/31/2022
18. 2022, Prestige Fund A V, LLC,3/31/2022
19. 2022, Prestige Fund A V, LLC, 6/30/2022
20. 2022, Prestige Fund A V, LLC, 9/30/2022
21. 2022, Prestige Fund A VI, LLC, 6/30/2022
22. 2022, Prestige Fund A VI, LLC 9/30/2022
23. 2022, Prestige Fund A VI, LLC 12/31/2022
24. 2022, Prestige Fund B V, LLC 3/31/2022

25. 2022, Prestige Fund B V, LLC, 6/30/2022

26. 2022, Prestige Fund B V, LLC, 9/30/2022

27. 2022, Prestige Fund B V, LLC, 12/31/2022

28. 2022, Prestige Fund D IV, LLC, 3/31/2022

29. 2022, Prestige Fund D V, LLC, 3/31/2022

30. 2022, Prestige Fund D V, LLC, 6/30/2022

31. 2022, Prestige Fund D V, LLC, 9/30/2022

32. 2022, Prestige Fund D V, LLC, 12/31/2022

33. 2022, WFV Fund V, LLC, 6/30/2022

34. 2022, WFV Fund V, LLC 9/30/2022

35. 2022, WFV Fund V, LLC, 12/31/2022

36. 2023, Prestige Fund A IV, LLC, 6/30/2023

37. 2023, Prestige Fund A IV, LLC, 9/30/2023 (I)

38. 2023, Prestige Fund A IV, LLC, 9/30/2023 (II)

39. 2023, Prestige Fund A IV, LLC, 12/31/2023

40. 2023, Prestige Fund A VII, LLC, 6/30/2023

41. 2023, Prestige Fund A VII, LLC, 9/30/2023 (I)

42. 2023, Prestige Fund A VII, LLC, 9/30/2023(II)

43. 2023, Prestige Fund A VII, LLC, 12/31/2023

44. 2023, Prestige Fund B V, LLC, 12/31/2023

45. 2023, Prestige Fund B VI, LLC ,12/31/2023

46. 2023, Prestige Fund D VI, LLC, 12/31/2023

47. 2023, WFV Fund VI, LLC, 12/31/2023

48. 2022, Prestige Fund A VII, LLC 12/31/2022