# **EXHIBIT 3**

| Serial # | Buyer | Sale Price | Date Sold | Times Sold |
|---|---|---|---|---|
| PH8000473 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000473 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000474 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000474 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000475 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000475 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000476 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000476 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000477 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000477 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000478 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000478 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000479 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000479 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000480 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000480 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000487 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH8000487 | PFA II | $20,800 | 6/30/2021 | 2 |
| PH823390 | PFA II | $20,800 | 12/31/2021 | 2 |
| PH823390 | PFA II | $20,800 | 12/31/2021 | 2 |
| PH823391 | PFA II | $20,800 | 12/31/2021 | 2 |
| PH823391 | PFA II | $20,800 | 12/31/2021 | 2 |
| PH823392 | PFA II | $20,800 | 12/31/2021 | 2 |
| PH823392 | PFA II | $20,800 | 12/31/2021 | 2 |
| PH465123393 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123393 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123394 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123394 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123405 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123405 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123406 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123406 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123407 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123407 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123408 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123408 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123409 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123409 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123410 | PFA IV | $20,800 | 12/31/2021 | 2 |
| PH465123410 | PFA IV | $20,800 | 12/31/2021 | 2 |
| LRL1713141987579 | PFA V | $20,800 | 12/31/2021 | 2 |
| LRL1713141987579 | PFA V | $20,800 | 12/31/2021 | 2 |

| Serial # | Buyer | Sale Price | Date Sold | Times Sold |
|---|---|---|---|---|
| PH965155432 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155432 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155433 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155433 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155434 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155434 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155435 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155435 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155436 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155436 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155437 | PFA V | $20,800 | 12/31/2021 | 2 |
| PH965155437 | PFA V | $20,800 | 12/31/2021 | 2 |
| TYKC003539 | PFA V | $20,800 | 12/31/2021 | 2 |
| TYKC003539 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000042 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000042 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000049 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000049 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000055 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000055 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000057 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000057 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000059 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000059 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000061 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000061 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000063 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000063 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000071 | PFA V | $20,800 | 12/31/2021 | 2 |
| Y175000071 | PFA V | $20,800 | 12/31/2021 | 2 |
| YA75000718 | PFA V | $20,800 | 12/31/2021 | 2 |
| YA75000718 | PFA V | $20,800 | 12/31/2021 | 2 |
| Z117000524 | PFA V | $20,800 | 12/31/2021 | 2 |
| Z117000524 | PFA V | $20,800 | 12/31/2021 | 2 |
| 716018007 | PFD | $20,800 | 6/30/2021 | 2 |
| 716018007 | PFD | $20,800 | 6/30/2021 | 2 |
| Y717002738 | PFD | $20,800 | 6/30/2021 | 2 |
| Y717002738 | PFD | $20,800 | 6/30/2021 | 2 |
| Y496000270 | PFD V | $20,800 | 6/30/2022 | 2 |
| Y496000270 | PFD V | $20,800 | 6/30/2022 | 2 |
| P248151 | WFV V | $20,800 | 9/30/2022 | 4 |
| P248151 | WFV V | $20,800 | 9/30/2022 | 4 |

| Serial # | Buyer | Sale Price | Date Sold | Times Sold |
|---|---|---|---|---|
| P248151 | WFV V | $20,800 | 9/30/2022 | 4 |
| P248151 | WFV V | $20,800 | 9/30/2022 | 4 |
| P258383 | WFV V | $20,800 | 9/30/2022 | 3 |
| P258383 | WFV V | $20,800 | 9/30/2022 | 3 |
| P258383 | WFV V | $20,800 | 9/30/2022 | 3 |
| P259478 | WFV V | $20,800 | 9/30/2022 | 3 |
| P259478 | WFV V | $20,800 | 9/30/2022 | 3 |
| P259478 | WFV V | $20,800 | 9/30/2022 | 3 |
| P259951 | WFV V | $20,800 | 9/30/2022 | 3 |
| P259951 | WFV V | $20,800 | 9/30/2022 | 3 |
| P259951 | WFV V | $20,800 | 9/30/2022 | 3 |
| P265968 | WFV V | $20,800 | 9/30/2022 | 3 |
| P265968 | WFV V | $20,800 | 9/30/2022 | 3 |
| P265968 | WFV V | $20,800 | 9/30/2022 | 3 |
| P267682 | WFV V | $20,800 | 9/30/2022 | 2 |
| P267682 | WFV V | $20,800 | 9/30/2022 | 2 |
| P302950 | WFV V | $20,800 | 9/30/2022 | 2 |
| P302950 | WFV V | $20,800 | 9/30/2022 | 2 |

| | | |
|---|---|---|
| Sold twice | 43 | $894,400 |
| Sold three times | 4 | $166,400 |
| Sold four times | 1 | $62,400 |
| **Grand Total** | **48** | **$1,123,200** |