Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25–11354–JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx–xx–1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             July 1, 2025
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*325* – Objection to Debtor's Application for an Order Authorizing Release of Funds from McManimon, Scotland & Baumann, LLC's Attorney Trust Account for Payment of Attorney's Fees and Costs Regarding the Third Monthly Fee Statement Pursuant to the Administrative Fee Order (related document:295 Application re: Authorizing the Release of Funds From McManimon, Scotland & Baumann, LLCs Attorney Trust Account for Payment of Attorneys Fees and Costs Regarding the Third Monthly Fee Statement Pursuant to the Administrative Fee Order Filed by Sari Blair Placona on behalf of Daryl Fred Heller. Objection deadline is 6/9/2025. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Daryl Fred Heller) filed by Kurt F. Gwynne on behalf of Edward A. Phillips. (Attachments: # 1 Certificate of Service) (Gwynne, Kurt)

and transact such other business as may properly come before the meeting.


Dated: June 10, 2025
JAN: kvr

                                        Jeanne Naughton
                                        Clerk