| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>75 Livingston Avenue, Second Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>Counsel for Daryl Fred Heller, the Chapter 11<br>Debtor and Debtor-in-Possession |

In Re:

DARYL FRED HELLER,

　　　　　　　　　　Debtor.

Case No.: 25-11354 (JNP)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: June 26, 2025

Judge: Jerrold N. Poslusny, Jr.

## ADJOURNMENT REQUEST

1. I, __Sari B. Placona, Esq.__,

   ☒ am the attorney for: __Daryl Fred Heller__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Evidentiary hearing for Prestige Motion for Appointment of Trustee. ECF 265.

   Current hearing date and time: June 26, 2025.

   New date requested: Week of July 14, 2025 subject to Court's availability.

   Reason for adjournment request: Parties request adjournment to allow for exchange of list of witnesses and to furnish discovery responses.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: June 17, 2025                                         /s/ Sari B. Placona, Esq.
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is: PER JUDGE POSLUSNY THIS WILL BE FOR SCHEDULING PURPOSES OF THE ADVERSARY CURRENTLY SET FOR 6/24 AND FOR TRUSTEE'S MOTION

☒ Granted          New hearing date: 6/26/2025 at 11:00AM          ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____     ❏ Peremptory

❏ Denied           ZOOM IS ACCEPTABLE FOR THIS HEARING

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*