**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| Martin J. Weis<br>**DILWORTH PAXSON LLP**<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19103<br>Telephone: (215) 575-7000<br>Fax: (215) 575-7200<br>Email: mweis@dilworthlaw.com<br><br>*Attorneys for Orrstown Bank* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, Christine A. Tomlin:
   ☐ Represent _____ in the above-captioned matter.

   ☒ Am the secretary/paralegal for <u>Dilworth Paxson LLP</u>, attorneys for <u>Orrstown Bank</u> in the above captioned matter.

   ☐ Am the _____ in the above case and am representing myself.

2. On <u>June 19, 2025</u>, I sent a copy of the following pleadings and/or documents to the parties listed and in the methods indicated on the attached chart:

   *Objection of Orrstown Bank to Application for an Order Authorizing Release of Funds for Payment of Administrative Fees and Expenses of Edward A. Phillips, as the Examiner Pursuant to the Administrative Fee Order*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 19, 2025        /s/ Christine A. Tomlin
                            Christine A. Tomlin

#125069329v1        1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Sari Blair Placona, Esq.**<br>**Anthony Sodono, III, Esq.**<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068<br>splacona@msbnj.com<br>asodono@msbnj.com | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court\*) |
| **Jeffrey M. Sponder**<br>Office of the U.S. Trustee<br>US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court\*) |
| All parties requesting Notice. | Notice Parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court\*) |