| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | Order Filed on June 18, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **McMANIMON, SCOTLAND**<br> **& BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel to Daryl Fred Heller Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>**DARYL FRED HELLER**,<br><br>　　　　　　　　　　Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Hearing Date and Time:<br>May 13, 2025 at 11:00am |

# ORDER QUASHING 2004
# SUBPOENA SERVED BY PRESTIGE FUND

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: June 18, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No. | 25-11354 (JNP) |
| Caption of Order: | Order Quashing 2004 Subpoena Served by Prestige Fund |

**THIS MATTER,** having been opened to the Court by Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession (the "Debtor"), by and through his counsel, by the filing of a motion (the "Motion") for an order quashing the 2004 subpoena served by Prestige Fund[1] ("Prestige") on the Debtor (the "Subpoena"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O), and (iii) notice of the Motion and proposed form of orders was served on those parties required to receive notice pursuant to Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the District of New Jersey Local Bankruptcy Rules; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having considered the pleadings filed by the Debtor in support of the Motion and opposition thereto, if any; and for other good cause having been shown,

**IT IS HEREBY ORDERED** that**:**

1. The Motion is **GRANTED** without prejudice as set forth herein.

2. The Subpoena is quashed in its entirety.

---

[1] The Subpoena was served on behalf of Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, the "Prestige Fund").

4931-4315-3973, v. 1