| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **SAXTON & STUMP LLC** <br> Joshua J. Voss, Esq. <br> 280 Granite Run Drive, Suite 300 <br> Lancaster, PA 17601 <br> (717) 556-1072 |
| **STARK & STARK, PC** <br> Marshall T. Kizner, Esq. <br> Joseph H. Lemkin, Esq. <br> 100 American Metro Blvd. <br> Hamilton, NJ 08619 <br> Telephone (609) 791-7022 <br> *Attorneys for Prestige* |
| In re: <br><br> DARYL FRED HELLER, <br><br>       Debtor. |

**Order Filed on June 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11

Case No. 25-11354 (JNP)

### ORDER CONSOLIDATING MOTION TO EXPUNGE WITH ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 42 AND FED. R. BANKR. P. 7042

The Relief set forth in the following page two is hereby **ORDERED**.

**DATED: June 18, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Upon consideration of Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") Motion to Consolidate Debtor's Motion to Expunge, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, made applicable through Bankruptcy Rule 7042, with *Prestige Fund A, LLC, et al., v. Daryl Heller, et al.*, Adv. Pro. No., 25-01128-JNP (the "Crossmotion") and consideration of Daryl Heller ("Debtor's") Motion to Expunge Claims; and after due deliberation and sufficient and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Crossmotion, ECF No. 315, is **GRANTED**, in full; and

2. Debtor's Motion to Expunge, ECF No. 288, is hereby **CONSOLIDATED** with *Prestige Fund A, LLC, et al., v. Daryl Heller, et al.*, Adv. Pro. No., 25-01128-JNP ("AP Case"), for purposes of discovery and trial; and

3. All future filings concerning any dispute regarding Prestiges' claims, claim nos. 13 to 37, shall be filed in the AP Case.

4. Debtor shall file an answer to the AP Case no later than June 20, 2025.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 25-11354-JNP
Daryl Fred Heller                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin           Page 1 of 8
Date Rcvd: Jun 20, 2025        Form ID: pdf903        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Albert Anthony Ciardi, III
     on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
     on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
     on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Anthony Sodono, III
     on behalf of Debtor Daryl Fred Heller asodono@msbnj.com

Anthony Sodono, III
     on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com

Christopher John Leavell
     on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Case 25-11354-JNP    Doc 352    Filed 06/22/25    Entered 06/23/25 00:21:37    Desc
Imaged Certificate of Notice    Page 4 of 10

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 8 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Christopher P. Mazza | on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com |
| Daniel S. Siedman | on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Daniel S. Siedman | on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas G. Leney | on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Avenaero Holdings LLC dleney@archerlaw.com, ahuber@archerlaw.com |
| E. Richard Dressel | on behalf of Creditor Gail Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Brett Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com |
| Edmond M. George | on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| Gerard S Catalanello | on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com |
| Gerard S Catalanello | on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com |
| Harry M. Gutfleish | on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Janet Gold | on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com;jwingfield@egalawfirm.com |
| Jeffrey Lichtstein | on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey S. Cianciulli | on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jeffrey S. Cianciulli | on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jerrold S. Kulback | on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com |

District/off: 0312-1 | User: admin | Page 3 of 8
Date Rcvd: Jun 20, 2025 | Form ID: pdf903 | Total Noticed: 2

Jerrold S. Kulback
    on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com

District/off: 0312-1 User: admin Page 4 of 8
Date Rcvd: Jun 20, 2025 Form ID: pdf903 Total Noticed: 2

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D  LLC jlemkin@stark-stark.com

Case 25-11354-JNP    Doc 352    Filed 06/22/25    Entered 06/23/25 00:21:37    Desc
Imaged Certificate of Notice    Page 7 of 10

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 8 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com

Kristi JoLynn Doughty
    on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com dero@chipmanbrown.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com kcockerham@reedsmith.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com kcockerham@reedsmith.com

Lane E. Brody
    on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Summit Asset Management  LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Pinnacle Asset Management  LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com

Lauren Sisson
    on behalf of Creditor Chicago Atlantic Admin  LLC lauren.sisson@haynesboone.com

Marc D. Miceli
    on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Paramount Management Group  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Receiver of Golden Gate Investment Company  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 7 of 8 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Martin J. Weis
    on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis
    on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Nancy Isaacson
    on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
                    on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Accordo  L.P. nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Ethan Heller nyoung@macelree.com

Rachel A. Parisi
                    on behalf of Creditor Gallimore Properties  L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Richard Kanowitz
                    on behalf of Creditor Chicago Atlantic Admin  LLC richard.kanowitz@haynesboone.com

Sari Blair Placona
                    on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
                    on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
                    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Steven J. Mitnick
                    on behalf of Creditor Receiver of Golden Gate Investment Company  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
                    on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick
                    on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                    on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 187