| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>Email: kgwynne@reedsmith.com<br><br>*Counsel for Examiner* | |
| In re*:*<br><br>DARYL FRED HELLER,<br><br>        Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

### THIRD MONTHLY FEE STATEMENT OF EDWARD A. PHILLIPS, EXAMINER, FOR THE PERIOD FROM MAY 1, 2025 THROUGH MAY 30, 2025

Edwards A. Phillips, the chapter 11 examiner in the above-captioned case (the "Examiner"), hereby submits this third monthly fee statement for compensation and reimbursement of expenses for the period from May 1, 2025 May April 30, 2025 (the "Fee Period"), pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, entered on April 3, 2025 [Docket No. 170]. See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Date: June 25, 2025              */s/ Edward A. Phillips*
                                  Edward A. Phillips, Examiner

1