## **EXHIBIT A**

**Coversheet**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Daryl Fred Heller | Applicant: | Getzler Henrich |
| Case No.: | 25-11354 (JNP) | Client: | The Examiner |
| Chapter: | 11 | Case Filed: | February 10, 2025 |

**SECOND MONTHLY FEE STATEMENT FOR R GETZLER HENRICH & ASSOCIATES LLC, FINANCIAL ADVISOR TO THE EXAMINER, FOR THE PERIOD FROM, MAY 1, 2025 THROUGH MAY 31, 2025**

**SECTION 1
FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 16,440.00 | $ 862.00 |
| Total Fees Allowed to Date: | $ 0.00 | $ 0.00 |
| Total Retainer (If Applicable) | $ 0.00 | |
| Total Holdback (If Applicable): | $ 3,288.00 | |
| Total Received by Applicant: | $ 0.00 | |

| | |
|---|---|
| **FEE TOTALS:** | $25,520.00 |
| **DISBURSEMENT TOTALS:** | $597.50 |
| **TOTAL:** | $26,117 |
| **MINUS 20% HOLDBACK OF FEES:** | ($5,104.00) |
| **AMOUNT SOUGHT IN 2nd MONTHLY:** | $21,013.00 |

1

- 2 -

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| Carl Finkbiner<br>Data Engineer | 43.80 | $400 | $16,440.00 |
| **TOTAL:** | **43.80** | | **$16,440.00** |

- 3 -

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Investigation | 63.80 | $25,520.00 |
| **SERVICE TOTALS:** | **63.80** | **$25,520.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---:|
| **Computer Software** | $198.00 |
| **Dues & Subscription** | $399.00 |
| **DISBURSEMENTS TOTAL:** | **$597.00** |

I certify under penalty of perjury that the above is true.

Dated: June 25, 2025 /s/ *Edward A. Phillips*
Edward A. Phillips