# ALSTON & BIRD

90 Park Avenue
New York, New York 10016
212-210-9400 | Fax: 212-210-9444

**Gerard S. Catalanello**         Direct Dial: **+1 212-210-9509**         Email: **Gerard.Catalanello@alston.com**

June 25, 2025

<u>**Via ECF and Email**</u>

Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4C
Camden, NJ 08101

Re:     *In re Daryl Fred Heller*, Case No. 25-11354 (JNP)

Dear Judge Poslusny,

    This firm is counsel for Silverview Credit Partners LP ("<u>Silverview</u>").

    As Your Honor is aware, counsel for the Prestige Funds ("<u>Prestige</u>") filed a letter addressed to the Court on June 25, 2025 [D.I. 356] (the "<u>Letter</u>") that, in relevant part, requests a scheduling order allowing creditors to serve subpoenas for documents and testimony from debtor Daryl Fred Heller (the "<u>Debtor</u>") prior to holding an evidentiary hearing on the Motion to Appoint a Chapter 11 Trustee [D.I. 265] (the "<u>Trustee Motion</u>"). Silverview agrees and joins Prestige in this request.

    As explained in the Letter, if the Debtor decides to assert his Fifth Amendment right in connection with the evidentiary hearing on the Trustee Motion, Silverview (along with Prestige) will request that the Court apply an adverse inference. Therefore, knowing whether the Debtor will exercise his Fifth Amendment right before an evidentiary hearing is held could materially reduce the evidentiary proofs presented and substantially expedite the adjudication of the Trustee Motion.

    For these reasons, Silverview supports Prestige's request for a scheduling order allowing creditors to serve subpoenas requesting documents and testimony from the Debtor.

Sincerely,

*/s/ Gerard S. Catalanello*

Gerard S. Catalanello

Alston & Bird LLP                                                                                                    www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

LEGAL02/46273429v3