

| | |
|---|---|
| DIRECT DIAL NUMBER: | Martin J. Weis |
| (215) 575-7136 | mweis@dilworthlaw.com |

June 26, 2025

<u>**Via ECF and Email**</u>

Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4C
Camden, NJ 08101

      Re:    <u>**In re Daryl Fred Heller, Case No. 25-11354 (JNP)**</u>

Dear Judge Poslusny:

      This office represents Orrstown Bank in connection with the above referenced matter. This letter is being submitted in connection with today's status conference on the Motion of the Prestige Funds ("Prestige") to Appoint a Chapter 11 Trustee (the "Trustee Motion") [D.I. 265] and the related letter submitted by Prestige [D. I. 356].

      Although the Trustee Motion was filed by Prestige on shortened notice [D.I. 266] and the Court scheduled the matter for June 26, 2025, it now appears that neither party is prepared to go forward with the Trustee Motion at this time. Consequently, Orrstown Bank respectfully requests that it be permitted to address the Court regarding the scheduling of the Trustee Motion and the Motion to Approve the Settlement Agreement with Charlene Heller, Daryl Heller and Orrstown Bank [D.I. 213] at today's conference.

                                 Respectfully,

                                   /s/ Martin J. Weis

                                   Martin J. Weis

MJW:lz

1650 Market Street, Suite 1200 • Philadelphia, PA 19103 • 215-575-7000 • Fax: 215-754-4603
Pennsylvania • New Jersey • New York • Delaware
www.dilworthlaw.com

#125079073v1