# DARYL F. HELLER
## Accounts Receivable
**May 1 - May 31, 2025**

| Type | Date | Num | Adj | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|---:|
| **Accounts Receivable** | | | | | | | |
| Deposit | 05/15/2025 | | | WIRE TRANSFER | From Heller Capital Group - reimbursement | Citi Bank #0155 | (500.00) |
| Deposit | 05/21/2025 | | | WIRE TRANSFER | From Heller Capital Group - reimbursement | Citi Bank #0155 | (4,685.42) |
| Deposit | 05/28/2025 | | | WIRE TRANSFER | Expense report reimbursement from heller capital | Truist Wealth #2518 | (2,000.00) |
| General Journal | 05/29/2025 | A/R | √ | | due to Daryl from Heller Capital at 5/29/25 | Heller Capital-To Be Reimbursed | 5,683.10 |
| **Total Accounts Receivable** | | | | | | | **(1,502.32)** |
| **TOTAL** | | | | | | | **(1,502.32)** |

Page 1 of 1

# DARYL F. HELLER
## Escrow Asset
**April 1 - May 31, 2025**

| | Type | Date | Num | Adj | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|---|---|
| **Escrow - McManimon, Scotland & Baumann LLC** | | | | | | | | |
| | General Journal | 04/09/2025 | Prop Sale | √ | | in escrow for sale of Sea Isle City, NJ property (Heller = 76% proceeds) | Contributed Capital | 1,563,231.69 |
| Total Escrow - McManimon, Scotland & Baumann LLC | | | | | | | | 1,563,231.69 |
| **TOTAL** | | | | | | | | **1,563,231.69** |

Page 1 of 1

# DARYL F. HELLER
## Cash Receipts
### May 1 - May 31, 2025

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---:|
| **Citi Bank #0155** | | | | | | |
| Deposit | 05/02/2025 | | | PARTIAL PAYROLL | Wages | 6,000.00 |
| Deposit | 05/15/2025 | | | Returned Insufficient Funds | Telecom/Datacom | 112.48 |
| Deposit | 05/15/2025 | | | From Heller Capital Group - reimbursement | Accounts Receivable | 500.00 |
| Deposit | 05/21/2025 | | | Gusto - Electronic Credit account verify | Income | 0.01 |
| Deposit | 05/21/2025 | | | From Heller Capital Group - reimbursement | Accounts Receivable | 4,685.42 |
| Total Citi Bank #0155 | | | | | | 11,297.91 |
| **Truist Wealth #2518** | | | | | | |
| Deposit | 05/12/2025 | | | Foreign ATM Surcharge Rebate | Bank Service Charges | 1.75 |
| Deposit | 05/15/2025 | | | Deposit | Wages | 17,519.09 |
| Deposit | 05/16/2025 | | | Foreign ATM Surcharge Rebate | Bank Service Charges | 1.99 |
| Deposit | 05/19/2025 | | | Foreign ATM Surcharge Rebate | Bank Service Charges | 3.50 |
| Deposit | 05/20/2025 | | | Foreign ATM Surcharge Rebate | Bank Service Charges | 4.00 |
| Deposit | 05/22/2025 | | | LRM Claims Adj Cr Sig | Refunded Fraudulent Charges | 34.86 |
| Deposit | 05/22/2025 | | | LRM Claims Adj Cr Sig | Refunded Fraudulent Charges | 34.86 |
| Deposit | 05/22/2025 | | | LRM Claims Adj Cr Sig | Refunded Fraudulent Charges | 37.09 |
| Deposit | 05/28/2025 | | | Expense report reimbursement from heller capital | Accounts Receivable | 2,000.00 |
| Deposit | 05/29/2025 | | | int inc | Interest Income - Truist #2518 | 0.09 |
| Total Truist Wealth #2518 | | | | | | 19,637.23 |
| **TOTAL** | | | | | | **30,935.14** |

**DARYL F. HELLER**
**Cash Disbursements**
**May 1 - May 31, 2025**

**Citi Bank #0155**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 05/01/2025 | | Outgoing Domestic Wire Transfer | TRANSFER TO TRUIST DIP ACCT TO COVER MORTGAGE | Transfer | 6,000.00 |
| Check | 05/01/2025 | | FED EX | DESCRIP AS LISTED ON STMT - Shipping - Heller Capital | Heller Capital-To Be Reimbursed | 95.74 |
| Check | 05/01/2025 | | PASQUALE'S PIZZA | | Meals and Entertainment | 146.44 |
| Check | 05/01/2025 | | DUTCHMAID DECK | | Meals and Entertainment | 227.15 |
| Check | 05/02/2025 | | AMAZON MARKETPLACE | | Groceries/Dining/Supplies | 149.43 |
| Check | 05/05/2025 | | Wire Transfer Fee | | Bank Service Charges | 15.00 |
| Check | 05/05/2025 | | CHICK-FIL-A | | Meals and Entertainment | 20.06 |
| Check | 05/06/2025 | | APPLE.COM | | Subscriptions | 2.99 |
| Check | 05/06/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 05/06/2025 | | ▮▮▮▮▮▮ | FRAUDULENT CHARGE | Pending Fraudulent Charges | 32.99 |
| Check | 05/06/2025 | | ▮▮▮▮▮▮ | FRAUDULENT CHARGE | Pending Fraudulent Charges | 32.99 |
| Check | 05/06/2025 | | FED EX | DESCRIP AS LISTED ON STMT - Shipping - Heller Capital | Heller Capital-To Be Reimbursed | 71.88 |
| Check | 05/06/2025 | | SHEETZ | FUEL | Automobile Expense | 83.21 |
| Check | 05/06/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL - Specialty Retail Store | Heller Capital-To Be Reimbursed | 1,566.68 |
| Check | 05/08/2025 | | HP INSTANT INK | Heller Capital | Heller Capital-To Be Reimbursed | 7.41 |
| Check | 05/08/2025 | | HOTEL HERSHEY | | Meals and Entertainment | 77.00 |
| Check | 05/08/2025 | | STORAGESCHOLARS.COM | college tuition movement costs (travel/storage) | Education/Tuition | 550.00 |
| Check | 05/08/2025 | | HOTEL HERSHEY | Business, Heller reimbursement | Heller Capital-To Be Reimbursed | 601.02 |
| Check | 05/08/2025 | | MARRIOTT | Annual Dues | Heller Capital-To Be Reimbursed | 2,300.27 |
| Check | 05/09/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 47.70 |
| Check | 05/12/2025 | | RIPTIDE CAR WASH | | Automobile Expense | 39.21 |
| Check | 05/13/2025 | | DOLLAR GENERAL | | Groceries/Dining/Supplies | 24.32 |
| Check | 05/13/2025 | | APPLE.COM | | Subscriptions | 0.99 |
| Check | 05/13/2025 | | ZOHO CORP. | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 10.60 |
| Check | 05/13/2025 | | APPLE.COM | | Subscriptions | 13.77 |
| Check | 05/13/2025 | | GIANT | | Groceries/Dining/Supplies | 79.48 |
| Check | 05/13/2025 | | COMCAST | INTERNET | Heller Capital-To Be Reimbursed | 281.44 |
| Check | 05/14/2025 | | ZOHO CORP. | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 31.80 |
| Check | 05/14/2025 | | HOME DEPOT | | Groceries/Dining/Supplies | 52.96 |
| Check | 05/14/2025 | | AT&T | | Telecom/Datacom | 112.48 |
| Check | 05/15/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 05/15/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL - Specialty Retail Store | Heller Capital-To Be Reimbursed | 104.94 |
| Check | 05/16/2025 | | Wire Transfer Fee | | Bank Service Charges | 15.00 |
| Check | 05/16/2025 | | AT&T | | Telecom/Datacom | 112.48 |
| Check | 05/16/2025 | | FED EX | DESCRIP AS LISTED ON STMT - Shipping - Heller Capital | Heller Capital-To Be Reimbursed | 71.88 |
| Check | 05/16/2025 | | CITI | wire transfer fee | Bank Service Charges | 15.00 |
| Check | 05/19/2025 | | BP | | Automobile Expense | 13.06 |
| Check | 05/19/2025 | | SHELL | | Automobile Expense | 35.76 |
| Check | 05/20/2025 | | SUBWAY | | Meals and Entertainment | 14.66 |
| Check | 05/20/2025 | | SIGN BASED | | Misc Personal Srvs | 25.00 |
| Check | 05/21/2025 | | APPLE.COM | | Subscriptions | 12.99 |
| Check | 05/23/2025 | | CITI | wire transfer fee | Bank Service Charges | 15.00 |
| Check | 05/25/2025 | | Wire Transfer Fee | | Bank Service Charges | 15.00 |
| Check | 05/27/2025 | | PLAYA BOWLS | | Meals and Entertainment | 80.11 |

# DARYL F. HELLER
## Cash Disbursements
**May 1 - May 31, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 05/27/2025 | | FOOD SHOP | | Groceries/Dining/Supplies | 100.13 |
| Check | 05/27/2025 | | CITIBANK GLOBAL TRANSFER | Charlene Heller | Transfer | 1,000.00 |
| Check | 05/27/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 4.24 |
| Check | 05/27/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 5.34 |
| Check | 05/27/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 21.12 |
| Check | 05/27/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 22.90 |
| Check | 05/27/2025 | | WITHDRAWAL | Dining, Groceries, Supplies | Groceries/Dining/Supplies | 403.00 |
| Check | 05/28/2025 | | LOVE'S - LONDONBERRY | FUEL | Automobile Expense | 24.70 |
| Check | 05/28/2025 | | SHEETZ | FUEL | Automobile Expense | 105.62 |
| Check | 05/28/2025 | | NINO'S NY STYLE PIZZA | | Meals and Entertainment | 7.08 |
| Check | 05/28/2025 | | MEAN CUP | | Meals and Entertainment | 12.49 |
| Check | 05/28/2025 | | CODE TWO | MS 365 | Heller Capital-To Be Reimbursed | 14.42 |
| Check | 05/28/2025 | | SUBWAY | | Meals and Entertainment | 23.59 |
| Check | 05/28/2025 | | DAIRY QUEEN | | Meals and Entertainment | 25.92 |
| Check | 05/28/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL - Specialty Retail Store | Heller Capital-To Be Reimbursed | 37.10 |
| Check | 05/28/2025 | | ADOBE | Heller Capital | Heller Capital-To Be Reimbursed | 50.86 |
| Check | 05/28/2025 | | SIRIUSXM.COM | XM Radio for multiple vehicles | Subscriptions | 59.32 |
| Check | 05/28/2025 | | STAUFFERS OF KISSEL | | Groceries/Dining/Supplies | 61.09 |
| Check | 05/28/2025 | | DUNKIN | | Meals and Entertainment | 62.97 |
| Check | 05/28/2025 | | YOU TUBE TV | Phones, Cable, Utilities | Utilities | 87.97 |
| Check | 05/28/2025 | | LOCH BAR | | Meals and Entertainment | 180.93 |
| Check | 05/28/2025 | | AMPERSEA | | Meals and Entertainment | 279.66 |
| Check | 05/28/2025 | | BEYOND ALPHA | | Groceries/Dining/Supplies | 319.95 |
| Check | 05/28/2025 | | WITHDRAWAL | Dining, Groceries, Supplies | Groceries/Dining/Supplies | 400.00 |
| Check | 05/28/2025 | | VERIZON WIRELESS | | Telecom/Datacom | 587.50 |
| Check | 05/29/2025 | | HAGER LOTS | | Automobile Expense | 8.00 |
| **Total Citi Bank #0155** | | | | | | **17,135.09** |

**Truist Wealth #2518**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 04/29/2025 | | AT HOME STORE | | Groceries/Dining/Supplies | 72.03 |
| Check | 04/29/2025 | | SUBWAY | | Meals and Entertainment | 19.08 |
| Check | 05/02/2025 | | SHEETZ | FUEL | Automobile Expense | 106.02 |
| Check | 05/02/2025 | | SHEETZ | FUEL | Automobile Expense | 7.46 |
| Check | 05/02/2025 | | WEGMANS | | Misc Personal Srvs | 59.79 |
| Check | 05/02/2025 | 7554 | | house maintenance & cleaning services | Repairs & Maintenance | 1,215.00 |
| Check | 05/05/2025 | | INTEGRITY POOLS | POOL MAINTENANCE | Repairs & Maintenance | 39.92 |
| Check | 05/06/2025 | | ISAACS CRAFT KITCHEN & BREWERY | | Meals and Entertainment | 25.81 |
| Check | 05/06/2025 | | UBER EATS | | Groceries/Dining/Supplies | 2.07 |
| Check | 05/06/2025 | 7633 | | house maintenance & cleaning services | Repairs & Maintenance | 352.88 |
| Check | 05/07/2025 | | Ownerly.com | cancelled so last month of subscription | Subscriptions | 37.09 |
| Check | 05/07/2025 | | ONXMAPS.COM | | Subscriptions | 105.99 |
| Check | 05/07/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 68.90 |
| Check | 05/07/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 68.90 |
| Check | 05/07/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 20.91 |

**DARYL F. HELLER**  
**Cash Disbursements**  
**May 1 - May 31, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 05/07/2025 | 985529 | Orrstown Bank | | Mortgage Payments | 12,668.90 |
| Check | 05/08/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 21.95 |
| Check | 05/08/2025 | | WITHDRAWAL | | Travel (Lodging/Taxi/Lyft/Uber) | 10.00 |
| Check | 05/12/2025 | | APPLE.COM | | Subscriptions | 0.79 |
| Check | 05/12/2025 | | SAVOY TRUFFLE | | Meals and Entertainment | 75.60 |
| Check | 05/12/2025 | | MEAN CUP | | Meals and Entertainment | 12.24 |
| Check | 05/12/2025 | | SAVOY TRUFFLE | | Meals and Entertainment | 4.00 |
| Check | 05/12/2025 | | ROKU | TELECOM / DATACOM | Computer and Internet Expenses | 12.71 |
| Check | 05/12/2025 | | WITHDRAWAL | | Travel (Lodging/Taxi/Lyft/Uber) | 401.75 |
| Check | 05/12/2025 | | SON'S ICE CREAM | | Meals and Entertainment | 27.46 |
| Check | 05/13/2025 | | MILLSVILLE UNI | taite tuition | Education/Tuition | 1,531.00 |
| Check | 05/13/2025 | 7614 | U.S. Trustee Payment | | U.S. Trustee Payments | 250.00 |
| Check | 05/14/2025 | | HOME DEPOT | | Repairs & Maintenance | 595.28 |
| Check | 05/14/2025 | | INTEGRITY POOLS | POOL MAINTENANCE | Repairs & Maintenance | 38.01 |
| Check | 05/14/2025 | | TARGET | | Groceries/Dining/Supplies | 5.59 |
| Check | 05/14/2025 | | TARGET | | Groceries/Dining/Supplies | 28.30 |
| Check | 05/16/2025 | | RENTOKIL | PEST CONTROL | Repairs & Maintenance | 68.37 |
| Check | 05/16/2025 | | SHEETZ | FUEL | Automobile Expense | 100.22 |
| Check | 05/16/2025 | | SHEETZ | FUEL | Automobile Expense | 18.04 |
| Check | 05/16/2025 | | EXXON | | Automobile Expense | 32.48 |
| Check | 05/16/2025 | | WITHDRAWAL | | Travel (Lodging/Taxi/Lyft/Uber) | 201.99 |
| Check | 05/16/2025 | | AMERICAN AIRLINES | FLIGHT FROM SEEING TAITE | Travel (Lodging/Taxi/Lyft/Uber) | 37.72 |
| Check | 05/16/2025 | | AMERICAN AIRLINES | FLIGHT FROM SEEING TAITE | Travel (Lodging/Taxi/Lyft/Uber) | 37.72 |
| Check | 05/16/2025 | | AMERICAN AIRLINES | FLIGHT FROM SEEING TAITE | Travel (Lodging/Taxi/Lyft/Uber) | 254.49 |
| Check | 05/16/2025 | | AMERICAN AIRLINES | FLIGHT FROM SEEING TAITE | Travel (Lodging/Taxi/Lyft/Uber) | 254.49 |
| Check | 05/16/2025 | | Yorgey's Fine Clean | | Misc Personal Srvs | 51.55 |
| Check | 05/19/2025 | | ACI COLLECTION FEE | pest control | Repairs & Maintenance | 219.52 |
| Check | 05/19/2025 | | CEA STUDY ABROAD | taite tuition | Education/Tuition | 8,443.15 |
| Check | 05/19/2025 | | ROKU | TELECOM / DATACOM | Computer and Internet Expenses | 12.71 |
| Check | 05/19/2025 | | ADOBE | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 26.48 |
| Check | 05/19/2025 | | CORNER HARDWARE | | Repairs & Maintenance | 66.30 |
| Check | 05/19/2025 | | PILOT | | Travel (Lodging/Taxi/Lyft/Uber) | 100.31 |
| Check | 05/19/2025 | | FLYING J | | Travel (Lodging/Taxi/Lyft/Uber) | 8.00 |
| Check | 05/19/2025 | | RENTOKIL / EHRLI | PEST CONTROL | Misc Personal Srvs | 262.24 |
| Check | 05/19/2025 | | SHEETZ | FUEL | Automobile Expense | 109.98 |
| Check | 05/19/2025 | | EXXON | | Automobile Expense | 40.96 |
| Check | 05/19/2025 | | EXXON | | Automobile Expense | 78.70 |
| Check | 05/19/2025 | | YAMAZARU | | Meals and Entertainment | 255.64 |
| Check | 05/19/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 10.86 |
| Check | 05/19/2025 | | LOWES | | Repairs & Maintenance | 110.04 |
| Check | 05/19/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 5.78 |
| Check | 05/19/2025 | | 7-ELEVEN | | Groceries/Dining/Supplies | 18.02 |
| Check | 05/19/2025 | | WITHDRAWAL | cash for birthday gifts | Gifts | 103.50 |
| Check | 05/19/2025 | | HOLIDAY INN EXPRESS | Ethan move | Travel (Lodging/Taxi/Lyft/Uber) | 341.36 |

# DARYL F. HELLER
## Cash Disbursements
### May 1 - May 31, 2025

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 05/19/2025 | | AA KIOSK | | Misc Personal Srvs | 40.00 |
| Check | 05/19/2025 | | BARCLAY CARD | | Heller Capital-To Be Reimbursed | 171.48 |
| Check | 05/20/2025 | | LA MADELEINE | | Meals and Entertainment | 13.29 |
| Check | 05/20/2025 | | WAWA | | Automobile Expense | 45.40 |
| Check | 05/20/2025 | | MISTER CAR WASH | | Automobile Expense | 48.76 |
| Check | 05/20/2025 | | INTEGRITY POOLS | POOL MAINTENANCE | Repairs & Maintenance | 64.63 |
| Check | 05/20/2025 | | WITHDRAWAL | | Travel (Lodging/Taxi/Lyft/Uber) | 404.00 |
| Check | 05/20/2025 | | WEIS MARKETS | | Groceries/Dining/Supplies | 59.02 |
| Check | 05/20/2025 | | NIL CLUB | | Charitable Donations | 100.00 |
| Check | 05/20/2025 | | UTILITY BILL LASA | | Utilities - Sewer | 38.00 |
| Check | 05/20/2025 | | CURRENT | Groceries/dining/supplies | Groceries/Dining/Supplies | 250.00 |
| Check | 05/21/2025 | | BEENVERIFIED INC. | CANCELLED - Should be last one as fully cancelled | Subscriptions | 34.86 |
| Check | 05/21/2025 | | GLAIC PREMIUM | life insurance | Insurance Expense | 6,150.00 |
| Check | 05/27/2025 | | STAUFFERS OF KISSEL | | Groceries/Dining/Supplies | 61.15 |
| Check | 05/29/2025 | | CEST LA VIE | | Meals and Entertainment | 170.88 |
| Check | 05/29/2025 | | AMERICAN AIRLINES | entertainment - vacation | Meals and Entertainment | 499.37 |
| Check | 05/29/2025 | | AMERICAN AIRLINES | entertainment - vacation | Meals and Entertainment | 499.37 |
| Check | 05/29/2025 | | AMERICAN AIRLINES | entertainment - vacation | Meals and Entertainment | 499.37 |
| Check | 05/29/2025 | | AMERICAN AIRLINES | entertainment - vacation | Meals and Entertainment | 454.97 |
| | | | Total Truist Wealth #2518 | | | 38,760.60 |
| **TOTAL** | | | | | | **55,895.69** |

**Daryl F. Heller**
25-11354
Period: May 1 - May 31, 2025

|  | Citi Bank 0155 DIP | Truist Bank 2518 DIP | Total | Cumulative Total |
|---|---:|---:|---:|---:|
| **CASH - Beginning of Period** | $ 6,848.66 | $ 21,121.90 | $ 27,970.56 | $ 18,796.89 |
| **CASH RECEIPTS** | | | | |
| Salary or Cash from Business | 6,000.00 | 17,519.09 | 23,519.09 | 130,394.88 |
| Other Deposits (See detailed receipts) | 0.01 | | 0.01 | 0.01 |
| Inerest or Dividend Income | | 0.09 | 0.09 | 0.36 |
| Other Reimbursements (Heller Capital expenses) | 5,185.42 | 2,000.00 | 7,185.42 | 7,185.42 |
| Social Security/Pension/Retirement | | | - | - |
| Sale of Household Assets (attach list to this report) | | | - | - |
| Tax Refunds | | | - | - |
| Credits/Refunds | 112.48 | 118.05 | 230.53 | 523.59 |
| Transfers | | | - | 9,500.00 |
| **TOTAL RECEIPTS** | 11,297.91 | 19,637.23 | 30,935.14 | 147,604.26 |
| **CASH DISBURSEMENTS** | | | | |
| Alimony or Child Support Payments | | | - | - |
| Automobile/Vehicle Expenses | 309.56 | 588.02 | 897.58 | 3,643.79 |
| Bank Fees | 75.00 | | 75.00 | 200.00 |
| Charitable Donations | | 100.00 | 100.00 | 1,150.00 |
| Computer & Internet | | 25.42 | 25.42 | 333.12 |
| Education/Tuition | 550.00 | 9,974.15 | 10,524.15 | 11,769.14 |
| Gifts | | 103.50 | 103.50 | 103.50 |
| Groceries/Dining/Supplies | 1,590.36 | 496.18 | 2,086.54 | 7,617.08 |
| Income Taxes | | | - | - |
| Insurance | | 6,150.00 | 6,150.00 | 6,150.00 |
| IRA Contribution | | | - | - |
| Licenses, Permits, Fees | | | - | 596.90 |
| Meals & Entertainment | 1,158.06 | 2,557.08 | 3,715.14 | 10,287.92 |
| Medical/Dental/Health Payments (Include amounts to be reimbursed from HSA) | | | - | 4,023.08 |
| Mortgage Payment(s) | | 12,668.90 | 12,668.90 | 38,439.62 |
| Other Disbursements (Heller Capital - to be reimbursed) | 5,347.34 | 335.76 | 5,683.10 | 21,279.14 |
| Other Disbursements (pending fraudulent charges) | 65.98 | | 65.98 | 151.86 |
| Other Disbursements (prior credit card charges - closed & pre-petition expenses) | | | - | 6,359.60 |
| Other Secured Payments (Student Loan) | | | - | - |
| Parents Elderly Care | | | - | 3,000.00 |
| Personal Services | 25.00 | 413.58 | 438.58 | 1,044.09 |
| Professional Fees (Legal, Accounting, Consulting) | | | - | 44.84 |
| Repairs, Maintenance, & Home Services (incl. security system) | | 2,769.95 | 2,769.95 | 6,583.26 |
| Specialty Retail Stores (clothing, fashion, footwear, etc.) | | | - | 1,246.46 |
| Subscriptions | 113.36 | 178.73 | 292.09 | 2,186.52 |
| Taxes - Personal Property | | | - | - |
| Taxes - Real Estate | | | - | - |
| Telecom/Datacom | 812.46 | | 812.46 | 3,437.38 |
| Transfers | 7,000.00 | | 7,000.00 | 24,000.00 |
| Travel (Lodging/Taxi/Lyft/Uber) | | 2,111.33 | 2,111.33 | 7,940.58 |
| U.S. Trustee Quarterly Fees | | 250.00 | 250.00 | 250.00 |
| Utilities (Electric, Gas, Water, Sewer/Sanitation) | 87.97 | 38.00 | 125.97 | 1,553.26 |
| **TOTAL DISBURSEMENTS** | 17,135.09 | 38,760.60 | 55,895.69 | 163,391.14 |
| **CASH - End of Period** | $ 1,011.48 | $ 1,998.53 | $ 3,010.01 | $ 3,010.01 |

Citibank Client Services    014
PO Box 6201
Sioux Falls, SD 57117-6201

010/R1/04F014

000
CITIBANK, N. A.
**Account**

DARYL HELLER

**Statement Period**
May 1 - May 31, 2025

Page 1 of 8

## YOUR SIMPLIFIED BANKING ACCOUNT STATEMENT AS OF MAY 31, 2025

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $1,011.48 |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

Effective July 12, 2025, Safe Deposit Box fee waiver and reduced fee will be removed for customers in the Citi Priority Relationship Tier, and all standard fees will apply. Please refer to the Safe Deposit Box Fee Chart within Appendix 1 Fee Schedule in the Consumer Deposit Account Agreement for more information.

### SUGGESTIONS AND RECOMMENDATIONS

Effective May 6, 2025, Citi is changing the dollar amounts with respect to the funds availability schedule. Specifically: the first $275 (previously $225) of your total check deposits on a business day will be available next business day; amounts of $6,725 (previously $5,525) or less will be available on the second business day; and amounts above $6,725 (previously $5,525) available on the third business day.

### Your Citibank Statement

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| March 2025 | $0 - $14,999 | None |
| April 2025 | $0 - $14,999 | None |
| May 2025 | $0 - $14,999 | None |

### Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Non-Citi ATM Fee | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Access Account | 11638750155 | $5.00 | $2.50 | N/A | None |
| Total | | $5.00 | $2.50 | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

DARYL HELLER                    Account                    Page 2 of 8            010/R1/04F014
                                Statement Period - May 1 - May 31, 2025

## CHECKING ACTIVITY

**Access Account**

Beginning Balance: $6,848.66
Ending Balance: $1,011.48

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/01 | Monthly Service Fee | 5.00 | | |
| 05/01 | Fee for Domestic Funds Transfer ONLINE 381791716421877 0501[1] | 25.00 | | |
| 05/01 | Outgoing Domestic Wire Transfer ONLINE 381791716421877 0501[1] | 6,000.00 | | |
| 05/01 | Debit Card Purchase 04/28 12:31p #2010 FEDEX488736218    MEMPHIS    TN 25120 Misc Transportation | 95.74 | | |
| 05/01 | Debit Card Purchase 04/29 09:55a #2010 PASQUALE S PIZZA    LANCASTER    PA 25120 Restaurant/Bar | 146.44 | | |
| 05/01 | Debit Card Purchase 04/29 09:03p #2010 TST* DUTCHMAID DECK    EPHRATA    PA 25120 Restaurant/Bar | 227.15 | | |
| 05/01 | ACH Electronic Debit  ATT        Payment | 0.00 | | 349.33 |
| 05/02 | Incoming Wire Transfer WIRE FROM HELLER INVESTMENT HOLDINGS LLC | | 6,000.00 | |
| 05/02 | Mobile Purchase Sign Based 04/29 08:56p #2010 AMAZON MKTPL*N289A6SM1 Amzn.com/bill WA 25121 Specialty Retail stores | 149.43 | | 6,199.90 |
| 05/05 | Incoming Wire Transfer Fee  INCOMING WIRE    FEE | 15.00 | | |
| 05/05 | Debit Card Purchase 04/30 08:18p #2010 CHICK-FIL-A #05308    LEBANON    PA 25122 Restaurant/Bar | 20.06 | | 6,164.84 |
| 05/06 | Debit Card Purchase 05/03 04:08a #2010 APPLE.COM/BILL    866-712-7753  CA 25124 | 2.99 | | |
| 05/06 | Debit Card Purchase 05/04 07:20a #2010 APPLE.COM/BILL    866-712-7753  CA 25125 | 11.65 | | |
| 05/06 | Debit Card Purchase 03/27 #2010 ███████████  ██████████ 86 | 32.99 | | |
| 05/06 | Debit Card Purchase 02/25 #2010 ███████████  ██████████ 6 | 32.99 | | |
| 05/06 | Debit Card Purchase 05/02 09:13a #2010 FEDEX489107538    MEMPHIS    TN 25124 Misc Transportation | 71.88 | | |
| 05/06 | Debit Card Purchase 05/04 05:22p #2010 SHEETZ 2646    LITITZ    PA 25125 Autos (rental, service, gas) | 83.21 | | |
| 05/06 | Debit Card Purchase 05/03 08:48a #2010 INTUIT *QBooks Online  CL.INTUIT.COM CA 25124 Specialty Retail stores | 1,566.68 | | 4,362.45 |
| 05/08 | Debit Card Purchase 05/06 06:25a #2010 HP *INSTANT INK    855-785-2777 CA 25127 Specialty Retail stores | 7.41 | | |
| 05/08 | Debit Card Purchase 05/06 02:27p #2010 HOTEL HERSHEY RESTAURA HERSHEY    PA 25127 Restaurant/Bar | 77.00 | | |
| 05/08 | Mobile Purchase Sign Based 05/07 06:36a #2010 STORAGESCHOLARS.COM    WINSTON-SALEM NC 25127 Misc Transportation | 550.00 | | |
| 05/08 | Debit Card Purchase 05/06 04:11p #2010 HOTEL HERSHEY RESTAURA HERSHEY    PA 25127 Restaurant/Bar | 601.02 | | |
| 05/08 | Debit Card Purchase 05/06 06:49a #2010 MARRIOTT ANNUAL DUES  863-688-7700 FL 25127 Hotels & Motels | 2,300.27 | | 826.75 |
| 05/09 | Debit Card Purchase 05/07 08:29p #2010 MSFT * E0700WEDFO    MSBILL.INFO  WA 25128 Specialty Retail stores | 47.70 | | 779.05 |
| 05/12 | Debit Card Purchase 05/08 04:04a #2010 CK*RIPTIDE CAR WASH LP LITITZ    PA 25129 Autos (rental, service, gas) | 39.21 | | 739.84 |
| 05/13 | Debit PIN Purchase  DOLLAR GENERAL # DG 104LEOLA    PAUS05153 | 24.32 | | |
| 05/13 | Debit Card Purchase 05/10 11:08a #2010 APPLE.COM/BILL    866-712-7753  CA 25131 | 0.99 | | |
| 05/13 | Mobile Purchase Sign Based 05/10 03:43a #2010 ZOHO* ZOHO-VAULT    PLEASANTON  CA 25130 Misc Business Services | 10.60 | | |
| 05/13 | Debit Card Purchase 05/10 12:28a #2010 APPLE.COM/BILL    866-712-7753  CA 25130 | 13.77 | | |
| 05/13 | Debit Card Purchase 05/11 09:44a #2010 GIANT 6117    LEOLA    PA 25132 Food & Beverages | 79.48 | | |

DARYL HELLER                                  Account                      Page 3 of 8                010/R1/04F014
                                         Statement Period - May 1 - May 31, 2025

## CHECKING ACTIVITY                                                                                   Continued

| Date  | Description | Amount Subtracted | Amount Added | Balance |
|-------|-------------|-------------------|--------------|---------|
| 05/13 | Debit Card Purchase 05/09 07:08a #2010<br>COMCAST THREERIVERS,PA 800-COMCAST PA 25130<br>Phones, Cable & Utilities | 281.44 | | 329.24 |
| 05/14 | Mobile Purchase Sign Based 05/13 03:38a #2010<br>ZOHO* ZOHO-EXPENSE  PLEASANTON  CA 25133<br>Misc Business Services | 31.80 | | |
| 05/14 | Debit Card Purchase 05/11 12:38p #2010<br>THE HOME DEPOT #4131  LANCASTER  PA 25133<br>Specialty Retail stores | 52.96 | | |
| 05/14 | ACH Electronic Debit  ATT           Payment | 112.48 | | 132.00 |
| 05/15 | Returned Insufficient Funds - ACH Txn | | 112.48 | |
| 05/15 | Incoming Wire Transfer  WIRE FROM HELLER CAPITAL GROUP | | 500.00 | |
| 05/15 | Debit Card Purchase 05/13 03:05a #2010<br>APPLE.COM/BILL    866-712-7753  CA 25134 | 11.65 | | |
| 05/15 | Debit Card Purchase 05/13 02:10p #2010<br>INTUIT *QBooks Online  CL.INTUIT.COM CA 25134<br>Specialty Retail stores | 104.94 | | 627.89 |
| 05/16 | Incoming Wire Transfer Fee  INCOMING WIRE   FEE | 15.00 | | |
| 05/16 | ACH Electronic Debit  ATT           RETRY PYMT | 112.48 | | |
| 05/16 | Debit Card Purchase 05/13 11:22a #2010<br>FEDEX490057255       MEMPHIS      TN 25135<br>Misc Transportation | 71.88 | | 428.53 |
| 05/19 | Debit PIN Purchase  BP#9823246GO-MA    STAUNTON    VAUS05155 | 13.06 | | |
| 05/19 | Debit PIN Purchase<br>SHELL SERVICE STATION  STAUNTON    VAUS00155 | 35.76 | | 379.71 |
| 05/20 | Debit Card Purchase 05/17 10:11a #2010<br>Subway 17689       Greenville  VA 25138<br>Restaurant/Bar | 14.66 | | |
| 05/20 | Mobile Purchase Sign Based 05/17 12:14p #2010<br>D4339 APPLE CASH SENT MONEY  CUPERTINO   CA 25138 | 25.00 | | 340.05 |
| 05/21 | ACH Electronic Credit  GUSTO         ACCTVERIFY | | 0.01 | |
| 05/21 | Debit Card Purchase 05/19 01:31p #2010<br>APPLE.COM/BILL    866-712-7753  CA 25140 | 12.99 | | 327.07 |
| 05/23 | Incoming Wire Transfer  WIRE FROM HELLER CAPITAL GROUP | | 4,685.42 | 5,012.49 |
| 05/27 | Incoming Wire Transfer Fee  INCOMING WIRE   FEE | 15.00 | | |
| 05/27 | Debit PIN Purchase<br>PLAYA BOWLS - HERSHEY  HUMMELSTOWN PAUS07158 | 80.11 | | |
| 05/27 | Debit PIN Purchase  FOOD SHOP 3         MUNCY       PAUS00155 | 100.13 | | |
| 05/27 | Citibank Global Transfer 05/25 11:32a<br>0005262228401689815 250525CITIBANK MOBILE<br>Heller Charlene | 1,000.00 | | |
| 05/27 | Mobile Purchase Sign Based 05/22 08:09p #2010<br>MSFT * E0700WJPC6    MSBILL.INFO  WA 25143<br>Specialty Retail stores | 4.24 | | |
| 05/27 | Mobile Purchase Sign Based 05/22 08:09p #2010<br>MSFT * E0700WJPC7    MSBILL.INFO  WA 25143<br>Specialty Retail stores | 5.34 | | |
| 05/27 | Mobile Purchase Sign Based 05/22 08:09p #2010<br>MSFT * E0700WJT8Z    MSBILL.INFO  WA 25143<br>Specialty Retail stores | 21.12 | | |
| 05/27 | Mobile Purchase Sign Based 05/22 08:15p #2010<br>MSFT * E0700WJT2Y    MSBILL.INFO  WA 25143<br>Specialty Retail stores | 22.90 | | |
| 05/27 | Cash Withdrawal 05/24 01:52p #2010<br>Non Citi ATM FULTON BANK       HUMMELS WHARFPAUS051 | 403.00 | | 3,360.65 |
| 05/28 | Debit PIN Purchase  Love's #0535 Inside   LONDONDERRY  PAUS07155 | 24.70 | | |
| 05/28 | Debit PIN Purchase  SHEETZ 2580          HARRISBURG  PAUS00155 | 105.62 | | |
| 05/28 | Debit Card Purchase 05/24 07:37p #2010<br>NINOS NY STYLE PIZZA  LITITZ     PA 25146<br>Restaurant/Bar | 7.08 | | |
| 05/28 | Debit Card Purchase 05/25 12:24p #2010<br>SQ *MEAN CUP       LANCASTER    PA 25146<br>Restaurant/Bar | 12.49 | | |
| 05/28 | Debit Card Purchase 05/24 08:03a #2010<br>CODETWO            JELENIA GORA POL25145<br>Specialty Retail stores | 14.42 | | |
| 05/28 | Debit Card Purchase 05/24 01:16p #2010<br>Subway 55493       Williamsport PA 25145<br>Restaurant/Bar | 23.59 | | |
| 05/28 | Debit Card Purchase 05/26 06:23p #2010<br>DAIRY QUEEN #41348  YORK       PA 25147<br>Restaurant/Bar | 25.92 | | |
| 05/28 | Debit Card Purchase 05/26 10:42a #2010<br>INTUIT *QBooks Online  CL.INTUIT.COM CA 25147<br>Specialty Retail stores | 37.10 | | |

DARYL HELLER                                  Account [REDACTED]        Page 4 of 8                    010/R1/04F014
                                              Statement Period -  May 1 - May 31, 2025

**CHECKING ACTIVITY**                                                                                  **Continued**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/28 | Mobile Purchase Sign Based 05/26 01:15p #2010<br>ADOBE *ADOBE      4085366000   CA 25147<br>Specialty Retail stores | 50.86 | | |
| 05/28 | Debit Card Purchase 05/26 03:48a #2010<br>SXM*SIRIUSXM.COM/ACCT  888-635-5144  NY 25146<br>Phones, Cable & Utilities | 59.32 | | |
| 05/28 | Debit Card Purchase 05/25 03:36p #2010<br>STAUFFERS OF KISSEL   LITITZ      PA 25146<br>Food & Beverages | 61.09 | | |
| 05/28 | Debit Card Purchase 05/25 04:49p #2010<br>DD *HARVESTSEASONALGR  SAN FRANCISCO CA 25147<br>Restaurant/Bar | 62.97 | | |
| 05/28 | Debit Card Purchase 05/23 06:36p #2010<br>GOOGLE *YouTube TV    650-253-0000  CA 25144<br>Phones, Cable & Utilities | 87.97 | | |
| 05/28 | Debit Card Purchase 05/26 03:16p #2010<br>TST* LOCH BAR BALTIMOR BALTIMORE    MD 25147<br>Restaurant/Bar | 180.93 | | |
| 05/28 | Debit Card Purchase 05/26 04:58p #2010<br>TST* AMPERSEA         BALTIMORE    MD 25147<br>Restaurant/Bar | 279.66 | | |
| 05/28 | Debit Card Purchase 05/25 08:39p #2010<br>SP BEYOND ALPHA       CHEYENNE     WY 25147<br>Food & Beverages | 319.95 | | |
| 05/28 | Cash Withdrawal 05:52p #2010<br>ATM 4651 LINDLE RD      HARRISBURG   PAUS051 | 400.00 | | |
| 05/28 | Debit Card Purchase 05/25 05:46a #2010<br>VZWRLSS*APOCC VISB    800-922-0204  FL 25145<br>Phones, Cable & Utilities | 587.50 | | 1,019.48 |
| 05/29 | Debit Card Purchase 05/27 07:23p #2010<br>CPL - HAGER LOTS      WILMINGTON   DE 25148<br>Autos (rental, service, gas) | 8.00 | | 1,011.48 |
| | **Total Subtracted/Added** | **17,135.09** | **11,297.91** | |

*All transaction times and dates reflected are based on Eastern Time.*
[1] *This date reflects the actual date your transaction was credited to your account.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

DARYL HELLER                              Account [redacted]           Page 5 of 8           010/R1/04F014
                                          Statement Period -  May 1 - May 31, 2025

| **CUSTOMER SERVICE INFORMATION** |  |  |
|---|---|---|
| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
| Checking | 888-248-4226<br>For TTY:We accept 711 or<br>other Relay Service. | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4226 (TTY: We accept 711 or other Relay Service). | | |

**DARYL HELLER**　　　　　　　　　　Account　　　　　　　　　　Page 6 of 8　　010/R1/04F014
Statement Period -  May 1 - May 31, 2025

## Important Disclosures
Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Citibank is an Equal Housing Lender.**


EQUAL HOUSING LENDER

© 2025 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB .

   Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

   You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

   Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

   *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

   *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. . As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. **CAMB Balance Range Chart**

|  | **Citi Priority** | **Citigold** | **Citigold Private Client** |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| Account Fees and Waiver Eligibility | | | | | |
|---|---|---|---|---|---|
| | **Account Fees** | | **Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply** | | |
| **Description** | **Monthly Service Fee** | **Non--Citi ATM Fee** | **Activity** | **Citigold Private Client, Citigold or Citi Priority Relationship Tiers** | **Month of account opening and for the first 3 full calendar months after account opening.** |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings Account | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.



718-95-01-00 20280  4 C 001 18 S  66 002
DARYL  F  HELLER



# Your account statement
For 05/29/2025

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ **TRUIST WEALTH CHECKING**

### Account summary

| | |
|---|---:|
| Your previous balance as of 04/28/2025 | $21,121.90 |
| Checks | - 14,486.78 |
| Other withdrawals, debits and service charges | - 24,273.82 |
| Deposits, credits and interest | + 19,637.23 |
| Your new balance as of 05/29/2025 | = $1,998.53 |

### Interest summary

| | |
|---|---:|
| Interest paid this statement period | $0.09 |
| 2025 interest paid year-to-date | $0.84 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 05/02 | 7554 | 1,215.00 | 05/06 | *7633 | 352.88 | 05/07 | *985529 | 12,668.90 |
| 05/13 | *7614 | 250.00 | | | | | | |

\* indicates a skip in sequential check numbers above this item

Total checks = $14,486.78

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/29 | DEBIT CARD PURCHASE AT HOME STORE 184 04-28 LANCASTER    PA 5342 | 72.03 |
| 04/29 | DEBIT CARD PURCHASE Subway 26987 04-28 Liverpool    PA 5201 | 19.08 |
| 05/02 | DEBIT CARD PURCHASE SHEETZ 2235 05-01 SELINSGROVE    PA 5201 | 106.02 |
| 05/02 | DEBIT CARD PURCHASE SHEETZ 0235 05-01 SELINSGROVE    PA 5201 | 7.46 |
| 05/02 | DEBIT CARD PURCHASE WEGMANS #078 05-01 WILLIAMSPORT    PA 5201 | 59.79 |
| 05/05 | DEBIT CARD PURCHASE INTEGRITY POOLS & 05-02 717-3931600    PA 5201 | 39.92 |
| 05/06 | DEBIT CARD PURCHASE TST*ISAACS CRAFT K 05-05 Lebanon    PA 5201 | 25.81 |
| 05/06 | DEBIT CARD PURCHASE-PIN 05-05-25 SAN FRANCISCO    5201 UBER *EATS | 2.07 |
| 05/07 | DEBIT CARD RECURRING PYMT OWNERLY.COM 05-06 786-206-6818    NY 5201 | 37.09 |
| 05/07 | DEBIT CARD RECURRING PYMT WWW.ONXMAPS.COM 05-06 ONXMAPS.COM    MT 5201 | 105.99 |
| 05/07 | DEBIT CARD RECURRING PYMT INTUIT *QBooks Onl 05-06 CL.INTUIT.COM   CA 5201 | 68.90 |
| 05/07 | DEBIT CARD RECURRING PYMT INTUIT *QBooks Onl 05-06 CL.INTUIT.COM   CA 5201 | 68.90 |
| 05/07 | DEBIT CARD PURCHASE LYFT   *RIDE TUE 6 05-06 LYFT.COM    CA 5201 | 20.91 |
| 05/08 | DEBIT CARD PURCHASE LYFT   *RIDE TUE 9 05-08 LYFT.COM    CA 5201 | 21.95 |
| 05/08 | DEBIT CARD PURCHASE DP TRUIST CHERRY G 05-07 WINSTON SALEM  NC 5342 | 10.00 |
| 05/12 | DEBIT CARD PURCHASE APPLE.COM/BILL 05-09 866-712-7753    CA 5342 | 0.79 |
| 05/12 | DEBIT CARD PURCHASE SQ *SAVOY TRUFFLE 05-10 Lancaster    PA 5201 | 75.60 |
| 05/12 | DEBIT CARD PURCHASE SQ *MEAN CUP 05-10 LANCASTER    PA 5201 | 12.24 |
| 05/12 | DEBIT CARD PURCHASE SQ *SAVOY TRUFFLE 05-10 Lancaster    PA 5201 | 4.00 |
| 05/12 | DEBIT CARD RECURRING PYMT Roku for ESPN 05-11 816-2728107    DE 5201 | 12.71 |

continued

■ TRUIST WEALTH CHECKING XXXXXXXXXX (Continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/12 | ATM NETWORK CASH WITHDRAWAL 05-11-25 LEOLA      5201 PNC BANK | 401.75 |
| 05/12 | DEBIT CARD PURCHASE SQ *SON?S ICE CREA 05-11 East Petersbu  PA 5201 | 27.46 |
| 05/13 | RECURRING INTERNET PAYMENT MILLERSVIL MILLERSVILLE UNI | 1,531.00 |
| 05/14 | DEBIT CARD PURCHASE HOMEDEPOT.COM 05-12 800-430-3376   GA 5201 | 595.28 |
| 05/14 | DEBIT CARD PURCHASE INTEGRITY POOLS & 05-13 717-3931600   PA 5201 | 38.01 |
| 05/14 | DEBIT CARD PURCHASE-PIN 05-13-25 BROOKLYN PARK   5342 TARGET.COM | 5.59 |
| 05/14 | DEBIT CARD PURCHASE-PIN 05-13-25 BROOKLYN PARK   5342 TARGET.COM | 28.30 |
| 05/16 | DEBIT CARD PURCHASE WWP*RENTOKIL/EHRLI 05-15 866-845-6312  PA 5201 | 68.37 |
| 05/16 | DEBIT CARD PURCHASE-PIN 05-15-25 DUNCANNON    PA 5201 SHEETZ 2461 | 100.22 |
| 05/16 | DEBIT CARD PURCHASE SHEETZ 0461 05-15 DUNCANNON     PA 5201 | 18.04 |
| 05/16 | DEBIT CARD PURCHASE EXXON YOUR CHOICE 05-15 MONTOURSVILLE  PA 5201 | 32.48 |
| 05/16 | ATM NETWORK CASH WITHDRAWAL 05-15-25 MONTOURSVILLE PA 5201 YOUR CHOICE MON | 201.99 |
| 05/16 | DEBIT CARD PURCHASE AMERICAN AIR001062 05-15 FORT WORTH    TX 5201 | 37.72 |
| 05/16 | DEBIT CARD PURCHASE AMERICAN AIR001062 05-15 FORT WORTH    TX 5201 | 37.72 |
| 05/16 | DEBIT CARD PURCHASE AMERICAN AIR001224 05-15 FORT WORTH    TX 5201 | 254.49 |
| 05/16 | DEBIT CARD PURCHASE AMERICAN AIR001224 05-15 FORT WORTH    TX 5201 | 254.49 |
| 05/16 | DEBIT CARD RECURRING PYMT YORGEYS FINE CLEAN 05-15 YORGEYS.COM   PA 5201 | 51.55 |
| 05/19 | DEBIT CARD PURCHASE ACI*COL SERVICE FE 05-16 800-438-3321   NE 5201 | 219.52 |
| 05/19 | DEBIT CARD PURCHASE OPC*CEA STUDY ABRO 05-16 800-266-4441  AZ 5201 | 8,443.15 |
| 05/19 | DEBIT CARD RECURRING PYMT Roku for ESPN 05-16 816-2728107   DE 5201 | 12.71 |
| 05/19 | DEBIT CARD RECURRING PYMT ADOBE  *ADOBE 05-16 408-536-6000   CA 5201 | 26.48 |
| 05/19 | DEBIT CARD PURCHASE CORNER HARDWARE - 05-16 WESTFIELD     PA 5201 | 66.30 |
| 05/19 | DEBIT CARD PURCHASE 05-16-25 NEW MILFORD  PA 5201 PILOT_00710 | 100.31 |
| 05/19 | DEBIT CARD PURCHASE FLYING J 710 05-16 NEW MILFORD    PA 5201 | 8.00 |
| 05/19 | DEBIT CARD PURCHASE WWP*RENTOKIL/EHRLI 05-17 866-845-6312   PA 5201 | 262.24 |
| 05/19 | DEBIT CARD PURCHASE SHEETZ 2332 05-17 HARRISONBURG   VA 5201 | 109.98 |
| 05/19 | DEBIT CARD PURCHASE EXXON SHOP N GO 05-17 CHARLOTTE     NC 5201 | 40.96 |
| 05/19 | DEBIT CARD PURCHASE EXXON SHOP N GO 05-17 CHARLOTTE     NC 5201 | 78.70 |
| 05/19 | DEBIT CARD PURCHASE TST*YAMAZARU 05-17 Charlotte     NC 5201 | 255.64 |
| 05/19 | DEBIT CARD PURCHASE LYFT  *RIDE SAT 8 05-18 LYFT.COM     CA 5201 | 10.86 |
| 05/19 | DEBIT CARD PURCHASE LOWES #02348* 05-17 CHARLOTTE     NC 5201 | 110.04 |
| 05/19 | DEBIT CARD PURCHASE LYFT  *RIDE SAT 8 05-19 LYFT.COM     CA 5201 | 5.78 |
| 05/19 | DEBIT CARD PURCHASE 7-ELEVEN 35556 05-18 CHARLOTTE     NC 5201 | 18.02 |
| 05/19 | ATM NETWORK CASH WITHDRAWAL 05-17-25 CHARLOTTE      5201 7ELEVEN-FCTI | 103.50 |
| 05/19 | DEBIT CARD PURCHASE HOLIDAY INN EXPRES 05-18 CHARLOTTE     NC 5201 | 341.36 |
| 05/19 | DEBIT CARD PURCHASE AA Kiosk0010270714 05-18 Charlotte     NC 5201 | 40.00 |
| 05/19 | INTERNET PAYMENT CREDITCARD BARCLAYCARD US 1257738943 | 171.48 |
| 05/20 | DEBIT CARD PURCHASE La Madeleine 05-18 Charlotte     NC 5201 | 13.29 |
| 05/20 | DEBIT CARD PURCHASE WAWA 158 05-19 E. PETERSBURG   PA 5201 | 45.40 |
| 05/20 | DEBIT CARD PURCHASE MISTER CAR WASH #0 05-19 LANCASTER     PA 5201 | 48.76 |
| 05/20 | DEBIT CARD PURCHASE INTEGRITY POOLS & 05-19 717-3931600   PA 5201 | 64.63 |
| 05/20 | ATM NETWORK CASH WITHDRAWAL 05-19-25 LEBANON      5201 FIRST CITIZENS | 404.00 |
| 05/20 | DEBIT CARD PURCHASE WEIS MARKETS 077 05-19 MANHEIM     PA 5201 | 59.02 |
| 05/20 | DEBIT CARD RECURRING PYMT NIL CLUB WAKE FORE 05-20 NILCLUB.COM   GA 5201 | 100.00 |
| 05/20 | UTIL BILL  LASA 9000 HELLER, DARYL & CHARLE | 38.00 |
| 05/20 | INTERNET PAYMENT Current   Current ca7xptdpnn1lp72 | 250.00 |
| 05/21 | DEBIT CARD RECURRING PYMT BEENVERIFIED INC. 05-20 855-904-6471    NY 5201 | 34.86 |
| 05/21 | TELEPHONE PAYMENT ONLINEPREM GLAIC 000001732327932 | 6,150.00 |
| 05/27 | DEBIT CARD PURCHASE STAUFFERS OF KISSE 05-23 LITITZ     PA 5342 | 61.15 |
| 05/29 | DEBIT CARD PURCHASE TST*CEST LA VIE 05-27 Lancaster     PA 5342 | 170.88 |
| 05/29 | DEBIT CARD PURCHASE AMERICAN AIR001224 05-28 FORT WORTH    TX 5631 | 499.37 |
| 05/29 | DEBIT CARD PURCHASE AMERICAN AIR001224 05-28 FORT WORTH    TX 5631 | 499.37 |
| 05/29 | DEBIT CARD PURCHASE AMERICAN AIR001224 05-28 FORT WORTH    TX 5631 | 499.37 |
| 05/29 | DEBIT CARD PURCHASE AMERICAN AIR001224 05-28 FORT WORTH    TX 5631 | 454.97 |
| Total other withdrawals, debits and service charges | | = $24,273.82 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/12 | FOREIGN ATM SURCHARGE REBATE 05-11-25 LEOLA       5201 PNC BANK | 1.75 |
| 05/15 | Bluevine  Heller Capital G XXXX DARYL HELLER TRUSIT | 17,519.09 |
| 05/16 | FOREIGN ATM SURCHARGE REBATE 05-15-25 MONTOURSVILLE PA 5201 YOUR CHOICE MON | 1.99 |
| 05/19 | FOREIGN ATM SURCHARGE REBATE 05-17-25 CHARLOTTE      5201 7ELEVEN-FCTI | 3.50 |

*continued*



■ TRUIST WEALTH CHECKING ▮▮▮▮▮▮▮▮8 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/20 | FOREIGN ATM SURCHARGE REBATE 05-19-25 LEBANON     5201 FIRST CITIZENS | 4.00 |
| 05/22 | LRM CLAIMS ADJ CR SIG-202505222178 | 34.86 |
| 05/22 | LRM CLAIMS ADJ CR SIG-202505222179 | 34.86 |
| 05/22 | LRM CLAIMS ADJ CR SIG-202505222177 | 37.09 |
| 05/28 | INCOMING WIRE TRANSFER WIRE REF# 20250528-00020783 | 2,000.00 |
| 05/29 | INTEREST PAYMENT | 0.09 |
| Total deposits, credits and interest | | = $19,637.23 |

E-mail is a convenient and quick way for you to receive notifications and alerts about your account.

If you d like to add or update an e-mail address, please do one of the following:
- **If you have Online Banking or the Truist Mobile App:** Access Online Banking via Truist.com to add/update the information or use the Truist Mobile Banking app to add/update the information.
- **Call the Truist Care Center at 844-4TRUIST.**
  NOTE: For your protection, prior to making any updates or changes, a Truist Care Center Specialist will perform additional authentication by verifying your phone number and sending you a one-time passcode.

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week.  Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday.  You may also contact your local Truist branch.  To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.  In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch.  Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478).  MEMBER FDIC