# EXHIBIT B

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

## CERTIFICATION OF ATTORNEY

**SARI B. PLACONA**, of full age, hereby certifies as follows:

1. I am a member at the firm of McManimon, Scotland & Baumann LLC, counsel to Daryl Fred Heller, Chapter 11 debtor and debtor-in-possession ("Debtor"). I submit this certification in connection with the application of my firm for a first interim allowances for services rendered to the Debtor.

2. In accordance with Title 18 U.S.C. § 155 and the Rules of this Court, neither I nor any member or associate of this firm has entered into any agreement, written or oral, express or implied, with the Debtor, creditors, or any other party-in-interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

3. In accordance with § 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any member or associate thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the

Court herein, nor will any division of fees prohibited by § 504 of the Bankruptcy Code be made by me, or any partner or associate of this firm.

    I certify that the foregoing statements made by me are true. I am aware that if any statement is willfully false, I am subject to punishment.

                                        */s/ Sari B. Placona*
                                        Sari B. Placona

Dated: June 30, 2025