| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**ORDER ALLOWING FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR DEBTOR, FOR THE PERIOD FROM FEBRUARY 10, 2025, THROUGH MAY 31, 2025**

The relief set forth on the following page is hereby **ORDERED**.

The Court having found that the person named below filed an application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>*Counsel to Daryl Fred Heller, Debtor and Debtor-in-Possession* | $ 309,961.50 | $ 6,441.01 |

**IT IS FURTHER ORDERED** that the Debtor is hereby authorized and directed to pay the outstanding amount of such sums to McManimon, Scotland & Baumann, LLC.

4905-3708-5264, v. 1