

**Kurt F. Gwynne**
Direct Phone: +1 302 778 7550
Email: kgwynne@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

July 8, 2025

**VIA ECF**

Honorable Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, New Jersey 08101

**Re:    Daryl Fred Heller, Case No. 25-11354 (JNP)**

Dear Judge Poslusny:

As Your Honor is aware, Reed Smith LLP is counsel to Edward A. Phillips as Examiner in this chapter 11 case. For purposes of efficiency, counsel to the Examiner requests that the following matters currently scheduled to be heard before the United States Bankruptcy Court for the District of New Jersey (the "Court") on July 15, 2025 at 11:00 a.m. (ET), **be adjourned to the hearing scheduled to commence before the Court on July 17, 2025 at 2:00 p.m. (ET)** (the "July 17th Hearing"):

  i. *The Application for an Order Authorizing (I) Release of Funds for Payment of Administrative Fees and Expenses of Edward A. Phillips, as the Examiner, Pursuant to the Administrative Fee Order*, filed June 12, 2025 [Docket No. 332] (the "Application")

  ii. *Objection of Orrstown Bank to Application for an Order Authorizing Release of Funds for Payment of Administrative Fees and Expenses of Edward A. Phillips, as the Examiner, Pursuant to the Administrative Fee Order*, filed June 19, 2025 [Docket No. 342]

  iii. McManimon, Scotland & Baumann, LLC's ("MSB") letter to the Court objecting to the Application, filed June 19, 2025 [Docket No. 343]

Counsel to the Examiner has corresponded with MSB and counsel to Orrstown Bank about adjourning the above referenced matters to the July 17th Hearing, and neither party objects. Thus, if acceptable to Your Honor, we respectfully request that the above-referenced matters be adjourned to the July 17th Hearing.

Respectfully submitted,

*/s/ Kurt F. Gwynne*

Kurt F. Gwynne

KFG:er

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON