UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Daryl Fred Heller, the Chapter 11 Debtor
and Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

### FIFTH MONTHLY FEE STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025

McManimon, Scotland & Baumann, LLC, counsel for the above-captioned debtor and debtor-in- possession, hereby submits this Fifth Monthly Fee Statement for the period from June 1, 2025 through June 30, 2025 (the "Fee Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, entered on April 3, 2025 [Docket No. 170]. See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Dated: July 9, 2025

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Counsel for Daryl Fred Heller, the Chapter 11
Debtor and Debtor-in-Possession*

By: */s/ Sari B. Placona*
    Sari B. Placona

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor:  Daryl Fred Heller          Applicant:  McManimon, Scotland & Baumann, LLC

Case No.:  25-11354 (JNP)          Client:  Daryl Fred Heller

Chapter:  11                       Case Filed:  February 10, 2025

**FIFTH MONTHLY FEE STATEMENT FOR MCMANIMON,**
**SCOTLAND & BAUMANN, LLC FOR THE PERIOD**
**FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**

**SECTION 1**
**FEE SUMMARY**

| | |
|---|---|
| **FEE TOTALS:** | **$58,976.00** |
| **DISBURSEMENT TOTALS:** | **$1,538.09** |
| **TOTAL:** | **$60,514.09** |
| **MINUS 20% HOLDBACK OF FEES:** | **($11,795.20)** |
| **AMOUNT SOUGHT IN 5th MONTHLY:** | **$48,718.89** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Anthony Sodono, III, Partner | 1990 | 21.20 | 725.00 | $15,370.00 |
| 2.  Joshua H. Raymond, Partner | 1996 | 4.10 | 560.00 | $2,296.00 |
| 3.  Sari B. Placona, Partner | 2014 | 44.70 | 525.00 | $23,467.50 |
| 4.  Joseph Zapata, Partner | 1999 | 8.70 | 375.00 | $3,262.50 |
| 5.  John Stern, Associate | 2019 | 36.40 | 300.00 | $10,920.00 |
| 6.  Scott D. Platton, Associate | 2021 | 3.00 | 285.00 | $855.00 |
| 7.  Connor Ashnault, Summer Associate | N/A | 10.90 | 250.00 | $2,725.00 |
| 8.  Stacy Lipstein | N/A | .40 | 200.00 | $80.00 |
| **TOTAL:** | | **129.40** | | **$58,976.00** |

2

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **Asset Analysis and Recovery**<br><br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 1.30 | $517.50 |
| **Asset Disposition**<br><br>Sales, leases, abandonment and related transaction work | 0.00 | 0.00 |
| **Avoidance Action Litigation**<br><br>Preference and fraudulent transfer litigation. | 0.00 | 0.00 |
| **Business Operations**<br><br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | .70 | $367.50 |
| **Case Administration**<br><br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 76.40 | $37,531.00 |
| **Claims Administration and Objections**<br><br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 2.30 | $877.50 |
| **Employee Benefits/Pensions**<br><br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.00 | $0.00 |
| **Fee/Employment Applications**<br><br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 1.10 | $577.50 |
| **Fee/Employment Objections**<br><br>Review of an objections to the employment and fee applications of others. | 1.50 | $755.00 |
| **Financing**<br><br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 0.00 | $0.00 |

3

| | | |
|---|---|---|
| **Litigation** <br><br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 37.10 | $13,302.50 |
| **Meetings of Creditors** <br><br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 0.00 | $0.00 |
| **Plan and Disclosure Statement** <br><br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 3.50 | $1,420.00 |
| **Relief from Stay Proceedings** <br><br> Matters relating to termination or continuation of automatic stay under 362 | 0.00 | 0.00 |
| **Accounting/Auditing** <br><br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.00 | 0.00 |
| **Business Analysis** <br><br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.00 | 0.00 |
| **Corporate Finance** <br><br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.00 | $0.00 |
| **Data Analysis** <br><br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 1.70 | $1,232.50 |
| **Litigation Consulting** <br><br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.00 | $0.00 |
| **Reconstruction Accounting** <br><br> Reconstructing books and records from past transactions and brining accounting current. | 0.00 | $0.00 |

4

| | | |
|---|---|---|
| **Tax Issues**<br>    Analysis of tax issues and preparation of state and federal tax returns. | 0.00 | $0.00 |
| **Valuation**<br>    Appraise or review appraisals of assets. | 0.00 | $0.00 |
| **Travel Time** | 3.80 | $2,395.00 |
| **SERVICE TOTALS:** | **129.40** | **$58,976.00** |

5

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Filing Fees**<br>    Payable to the Clerk of the Court | $34.00 |
| **Computer Assisted Legal Research**<br>    Westlaw, Lexis and a description of manner calculated. | $171.37 |
| **Pacer Fees**<br>    Payable to the Pacer Service Center for search and/or print. | $215.40 |
| **In-house Reproduction Services**<br>    Exclusive of overhead charges. | $51.80 |
| **Other Research**<br>    Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| **Travel**<br>    Mileage, tolls, airfare, parking. | $356.09 |
| **Courier & Express Carriers**<br>    Overnight and personal delivery. | $88.09 |
| **Postage** | $355.68 |
| **Other: Meals** | $108.46 |
| **Other: Transcripts** | $157.20 |
| **DISBURSEMENTS TOTAL:** | **$1,538.09** |

I certify under penalty of perjury that the above is true.


Dated: July 9, 2025                                    */s/ Sari B. Placona*
                                                       Sari B. Placona

6

# EXHIBIT B



MS&B  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

July 9, 2025

Daryl Heller

| | |
|---|---:|
| Invoice #: | 244515 |
| Client #: | 35240 |
| Matter #: | 1 |
| Billing Attorney: | SBP |

# INVOICE SUMMARY

For Professional Services Rendered Through June 30, 2025.

**RE:   Deerfield Capital, LLC - Bankruptcy Chapter 11**

| | |
|---|---:|
| Total Professional Services | $ 58,976.00 |
| Total Disbursements | $ 1,538.09 |
| **TOTAL THIS INVOICE** | **$ 60,514.09** |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 4/24/25 | SDP | LIT | Heller research on PA case law regarding personal liability for business etc. | 3.00 | 855.00 |
| 6/01/25 | SBP | LIT | Call with client and H Sorvino re prestige issues | .90 | 472.50 |
| 6/02/25 | CA | LIT | Reviewed edits on motion to quash subpoena | .40 | 100.00 |
| 6/02/25 | CA | LIT | Chart of all pleadings scheudled for June 10, 2025 | .70 | 175.00 |
| 6/02/25 | CA | LIT | Revised chart of complaints 6/10, added related ECF complaints/ objections from Pacer | .30 | 75.00 |
| 6/02/25 | JDS | CAS | Review Client's comments and edits to Objection to Prestige Objection to 9019 Motion Approve Agreement with Deerfield. | .40 | 120.00 |
| 6/02/25 | JDS | LIT | Revise Reply to Prestige Objection to 9019 Motion incorporating Client's comments and adding additional information. | 1.70 | 510.00 |
| 6/02/25 | JDS | CAS | Revise Motion to Quash Prestige Subpoena to Examiner. | .50 | 150.00 |
| 6/02/25 | JDS | CAS | Implement Client's edits and make revision to Reply to Prestige Objection to 9019 Motion. | .70 | 210.00 |
| 6/02/25 | SBP | LIT | Review letter from M Kizner serving adversary 25-1199 | .10 | 52.50 |
| 6/02/25 | SBP | CAS | Call with client and H Sorvino re Prestige opposition to settlement | .50 | 262.50 |
| 6/02/25 | SBP | CLAIM | Call with H Sorvino and M Kizner re Prestige claims | .50 | 262.50 |
| 6/02/25 | SBP | CAS | Call with client and H Sorvino re Prestige status | .20 | 105.00 |
| 6/02/25 | SBP | LIT | Review Silverview Objection to 9019 motion with Deerfield | .20 | 105.00 |
| 6/02/25 | SBP | CAS | Call with client re 401k funds | .20 | 105.00 |
| 6/02/25 | SBP | CAS | Revise motion to quash Prestige subpoena on Examiner | .10 | 52.50 |
| 6/03/25 | AS1 | CAS | Analyze objections and responses | .80 | 580.00 |
| 6/03/25 | AS1 | DATA | Analyze case law | .50 | 362.50 |
| 6/03/25 | AS1 | FEEOB | Analyze and revise objection to Examiner's fees | .20 | 145.00 |
| 6/03/25 | AS1 | FEEOB | Discuss with Sari B. Placona Examiner's fees and objection | .20 | 145.00 |
| 6/03/25 | CA | CAS | Drafted Motion to Extend Exclusivity, NOM, and proposed order for Motion to Extend | 2.00 | 500.00 |
| 6/03/25 | CA | CAS | Updated nondischarabilty complaints chart heller | .20 | 50.00 |
| 6/03/25 | CA | CAS | Revised and edited 6/10 chart of scheduled hearings for Heller case; added new objections and hearings as of 6/3 | .40 | 100.00 |
| 6/03/25 | CA | PDS | Revised Motion to Extend Time of Exclusivity draft | .90 | 225.00 |
| 6/03/25 | CA | CAS | Revised Pleadings scheduled chart 6/10 to include new pleadings/ objections filed today 6/3 | .50 | 125.00 |
| 6/03/25 | JDS | PDS | Review Debtor's assets and creditors claims to compile list for Debtor's Plan. | .50 | 150.00 |
| 6/03/25 | JDS | FEEOB | Revise limited objection to Examiner and his counsel and financial advisor fee applications. | .50 | 150.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/03/25 | JDS | CAS | Correspond with Client and advise as to due dates for reply to objections to Rule 9019 motions. | .30 | 90.00 |
| 6/03/25 | JDS | CAS | Revise letter in support of Deerfield Motion to Suspend Examiner. | .30 | 90.00 |
| 6/03/25 | JDS | CAS | Further revise Reply to Prestige Objection to 9019 Motion and send to Client for review/ comments/ approval. | .30 | 90.00 |
| 6/03/25 | JDS | CAS | Review Reply to Prestige Objection regarding Client's comments, send follow up email to Client for clarification. | .40 | 120.00 |
| 6/03/25 | JDS | CAS | Phone call with Client to discuss final edit to Reply to Prestige Objection to 9019 Motion | .30 | 90.00 |
| 6/03/25 | JDS | PDS | Review and revise brief for Motion to File Extension of Exclusiviity Period. | .70 | 210.00 |
| 6/03/25 | JDS | CAS | Revise Reply to Prestige Objection pursuant to Client's comments. | .50 | 150.00 |
| 6/03/25 | JDS | CAS | Review status of June 10 hearing date as to whether any objections or replies were filed, send email. | .10 | 30.00 |
| 6/03/25 | JDS | CAS | Revise Reply to Prestige Objection pursuant to A. Sodono comments. | 1.40 | 420.00 |
| 6/03/25 | SBP | CAS | Email J Stokes re notice of jury fees | .10 | 52.50 |
| 6/03/25 | SBP | LIT | Email client re Silverview complaint | .10 | 52.50 |
| 6/03/25 | SBP | CAS | Review Prestige objection to motion to quash subpoena | .10 | 52.50 |
| 6/03/25 | SBP | CAS | Revise reply to objection by Prestige to 9019 settlement with Deerfield | .20 | 105.00 |
| 6/03/25 | SBP | CAS | Review and revise opposition to Prestige motion to appoint trustee | .20 | 105.00 |
| 6/03/25 | SBP | BOPS | Call with client re Form 426 | .20 | 105.00 |
| 6/03/25 | SBP | CAS | Review objections to settlements | .70 | 367.50 |
| 6/04/25 | CA | CAS | Revised Heller 6/10 complaints chart: added ECF 304 and updated | .30 | 75.00 |
| 6/04/25 | JDS | CAS | Review June 10  hearing binders and provide to A. Sodono and J. Sherry for review. | .10 | 30.00 |
| 6/04/25 | SBP | CAS | Review email from client to Deerfield re settlement | .10 | 52.50 |
| 6/04/25 | SBP | CAS | Revise letter to court in support of Deerfield motion to suspend examiner | .10 | 52.50 |
| 6/04/25 | SBP | LIT | Email with J Stokes re FC Holdings complaint | .10 | 52.50 |
| 6/04/25 | SBP | CAS | Prepare for hearings on June 10th | .70 | 367.50 |
| 6/05/25 | AS1 | CAS | Analyze several emails re objection, taxes, and strategy | .40 | 290.00 |
| 6/05/25 | AS1 | CAS | Discuss with Sari B. Placona strategy, objection, and taxes | .20 | 145.00 |
| 6/05/25 | AS1 | CAS | Review Silverview objection | .20 | 145.00 |
| 6/05/25 | AS1 | CAS | Discuss Silverview objection with Sari B. Placona | .10 | 72.50 |
| 6/05/25 | AS1 | CAS | Review Orrstown reply | .30 | 217.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/05/25 | AS1 | CAS | Discuss with Sari B. Placona Orrstown reply | .10 | 72.50 |
| 6/05/25 | JDS | CAS | Review Client's prior email to provide update S. Placona status of Client's review of Chicago Atlantic Objection to 9019 Motion. | .10 | 30.00 |
| 6/05/25 | JDS | CAS | Revise Reply to Silverview and Chicago Atlantic Objections. | .30 | 90.00 |
| 6/05/25 | JDS | CAS | Draft Reply to Silverview and Chicago Atlantic Objections. | 1.20 | 360.00 |
| 6/05/25 | SBP | CAS | Email with R Ayling re missing tax returns | .10 | 52.50 |
| 6/05/25 | SBP | CAS | Discuss Chicago Atlantic objection to Deerfield settlement with client | .10 | 52.50 |
| 6/05/25 | SBP | LIT | Review summons for Deerfield nondischargeability complaint | .10 | 52.50 |
| 6/05/25 | SBP | CAS | Call with client re case status | .30 | 157.50 |
| 6/05/25 | SBP | LIT | Call with H Sorvino and A Ciardi re Deerfield settlement | .20 | 105.00 |
| 6/05/25 | SBP | PDS | Call with A Ciardi re plan | .20 | 105.00 |
| 6/05/25 | SBP | CLAIM | Zoom call with H Sorvino, M Kizner, and J Voss re Prestige claim | .40 | 210.00 |
| 6/05/25 | SBP | CLAIM | Call with client and H Sorvino re Prestige claim | .20 | 105.00 |
| 6/05/25 | SBP | LIT | Call with M Weiss and L Gibbons re Orrstown settlement | .70 | 367.50 |
| 6/05/25 | SBP | CAS | Call with client re comment to reporter | .10 | 52.50 |
| 6/05/25 | SBP | CAS | Draft email to Prestige re settlement offer | .10 | 52.50 |
| 6/05/25 | SBP | BOPS | Review revised Form 426 | .20 | 105.00 |
| 6/05/25 | SBP | CAS | Review Orrstown reply in support of settlement | .20 | 105.00 |
| 6/05/25 | SBP | AAR | Call with L Gibbons and client re beach house proceeds | .20 | 105.00 |
| 6/05/25 | SBP | PDS | Revise motion to extend exclusivity to file plan | .30 | 157.50 |
| 6/06/25 | AS1 | CAS | Review Charlene Heller response to Orrstown | .20 | 145.00 |
| 6/06/25 | AS1 | CAS | Discuss with Sari B. Placona Charlene response to Orrstown | .10 | 72.50 |
| 6/06/25 | AS1 | PDS | Draft and amend exclusivity motion | .50 | 362.50 |
| 6/06/25 | JDS | CAS | Revise Reply to Silverview and Chicago Atlantic Objections to Deerfield Agreement 9019 Motion. | 1.30 | 390.00 |
| 6/06/25 | JDS | CAS | Review revised Reply to Silverview and Chicago Atlantic Objections to Deerfield Agreement 9019 Motion. | .80 | 240.00 |
| 6/06/25 | SBP | LIT | Review C Heller memo in support of settlement with Orrstown | .20 | 105.00 |
| 6/06/25 | SBP | LIT | Review objection and joinder of Steward Capital to settlement with Deerfield | .20 | 105.00 |
| 6/06/25 | SBP | BOPS | Call with client and S Lipstein re Form 426 | .30 | 157.50 |
| 6/06/25 | SBP | LIT | Review client comments to Silverview objection to settlement | .20 | 105.00 |
| 6/06/25 | SBP | LIT | Review Orrstown reply in support of settlement | .20 | 105.00 |
| 6/06/25 | SBP | LIT | Review objection and Joinder of S Mitnick to settlement with Deerfield | .20 | 105.00 |
| 6/06/25 | SBP | CAS | Email J Voss re settlement proposal | .20 | 105.00 |
| 6/06/25 | SBP | LIT | Review and revise certification in support of settlement re 401k funds from L Gibbons | .20 | 105.00 |

**MS&B**   McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/06/25 | SBP | FEEOB | Review and revise C Adams reply to UST objection to retention of criminal counsel | .20 | 105.00 |
| 6/06/25 | SBP | LIT | Revise reply to Silverview and Chicago Atlantic objection to Deerfield settlement | .30 | 157.50 |
| 6/06/25 | SBP | LIT | Review and revise reply to Silverview and Chicago Atlantic objections to Deerfield settlement | .30 | 157.50 |
| 6/07/25 | SBP | CAS | Call with client and H Sorvino re status of objections | .30 | 157.50 |
| 6/07/25 | SBP | CAS | Review letter from Fund Managers to investors | .20 | 105.00 |
| 6/08/25 | JDS | CAS | Review docket and objections in order to draft Letter Brief in Support of Omnibus Objection & Reply 9019 Motions Objections. | .70 | 210.00 |
| 6/08/25 | JDS | CAS | Revise June 10 Hearing chart in preperation of June 10 hearing. | .30 | 90.00 |
| 6/08/25 | JDS | CAS | Revise Reply to Chicago Atlantic Objection 9019 Motion Orrstown Agreement pursuant Client's comments. | .20 | 60.00 |
| 6/08/25 | JDS | CAS | Draft Letter Brief in Support of Omnibus Objection & Reply 9019 Motions Objections. | 1.20 | 360.00 |
| 6/08/25 | SBP | LIT | Revise reply in support of Orrstown settlement | .30 | 157.50 |
| 6/08/25 | SBP | LIT | Email J Voss re settlement offer | .10 | 52.50 |
| 6/08/25 | SBP | CAS | Prepare for June 10 hearings | 2.20 | 1,155.00 |
| 6/09/25 | AS1 | CAS | Call with Sari B. Placona to discuss status/strategy for 6/10/2025 hearing | .40 | 290.00 |
| 6/09/25 | AS1 | CAS | Review pleadings and outline issues to prepare for 6/10 court hearings | 2.40 | 1,740.00 |
| 6/09/25 | JDS | CAS | Revise June 10 chart with all hearings. | .20 | 60.00 |
| 6/09/25 | JDS | LIT | Provide Client with Prestige Funds nondischarge complaint. | .10 | 30.00 |
| 6/09/25 | JDS | CAS | Compile all Prestige Fund managers complaints and send to Client for review. | .20 | 60.00 |
| 6/09/25 | JDS | CAS | Continue drafting Letter Brief in Support of Omnibus Objection & Reply 9019 Motions Objections. | 1.20 | 360.00 |
| 6/09/25 | JDS | CAS | Revise Letter Brief in Support of Omnibus Objection & Reply 9019 Motions Objections. | .40 | 120.00 |
| 6/09/25 | JDS | CAS | Redline Consolidated Reply to Objections to Orrstown and Deerfield 9019 Motions. | .20 | 60.00 |
| 6/09/25 | SBP | PDS | Revise motion to extend exclusivity to file plan | .20 | 105.00 |
| 6/09/25 | SBP | CAS | Call with client, A Sodono, J Vandermark, and H Sorvino re June 10 hearings | 1.70 | 892.50 |
| 6/09/25 | SBP | LIT | Certification of L Gibbons supporting Orrstown settlement | .10 | 52.50 |
| 6/09/25 | SBP | LIT | Call with A Ciardi and H Sorvino re 9019 objections | .30 | 157.50 |
| 6/09/25 | SBP | CAS | Call with client and H Sorvino re court hearings | .20 | 105.00 |
| 6/09/25 | SBP | CAS | Review text from court re hearings | .10 | 52.50 |
| 6/09/25 | SBP | CAS | Call with client re settlements and status | .20 | 105.00 |

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton · New York

**MS&B** McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|------:|-------:|
| 6/09/25 | SBP | FEEOB | Review objection of examiner to MSB Fees | .20 | 105.00 |
| 6/09/25 | SBP | CAS | Email reporter re comment | .10 | 52.50 |
| 6/09/25 | SBP | LIT | Review and revise reply to objections to Deerfield settlement | .30 | 157.50 |
| 6/09/25 | SBP | CAS | Prepare for June 10th hearings | 1.70 | 892.50 |
| 6/09/25 | SBP | CAS | Call with client status of hearings | .20 | 105.00 |
| 6/10/25 | AS1 | TRVL | Travel to/from US Bankruptcy Court, Camden, NJ (ACTUAL TIME 4.0) | 2.00 | 1,450.00 |
| 6/10/25 | AS1 | CAS | Meeting before Court with client and Heidi Sorvino | 1.10 | 797.50 |
| 6/10/25 | AS1 | CAS | Attend hearing on (1) motion to retain criminal counsel; (2) Prestige motion to quash 20024; (3) springer motion to extend time to file nondischargeability; (4) Deerfield motion re Examiner; and (5) motion to expunge Prestige claims | 2.50 | 1,812.50 |
| 6/10/25 | AS1 | CAS | Prepare for court hearing on (1) motion to retain criminal counsel; (2) Prestige motion to quash 20024; (3) springer motion to extend time to file nondischargeability; (4) Deerfield motion re Examiner; and (5) motion to expunge Prestige claims and analyze Daryl Heller emails re addressing examiner report | .80 | 580.00 |
| 6/10/25 | AS1 | CAS | Draft memo of issues for hearing on (1) motion to retain criminal counsel; (2) Prestige motion to quash 20024; (3) springer motion to extend time to file nondischargeability; (4) Deerfield motion re Examiner; and (5) motion to expunge Prestige claims | .40 | 290.00 |
| 6/10/25 | AS1 | CAS | Analyze Examiner's report | .30 | 217.50 |
| 6/10/25 | AS1 | CAS | Communicate with client and H. Sorvino re Examiner's report | .30 | 217.50 |
| 6/10/25 | AS1 | CAS | Call with client, Sari B. Placona and Heidi Sorvino re Examiner's report and strategy/status | .90 | 652.50 |
| 6/10/25 | SBP | CAS | Review Examiner first status report | .70 | 367.50 |
| 6/10/25 | SBP | TRVL | Travel to court for hearing (half charge) | 1.80 | 945.00 |
| 6/10/25 | SBP | CAS | Call with A Sodono to discuss court hearings | .30 | 157.50 |
| 6/10/25 | SBP | CAS | Call with H Sorvino and A Sodono re court hearings | .70 | 367.50 |
| 6/10/25 | SBP | CAS | Call with client and A Sodono re examiner report | .70 | 367.50 |
| 6/10/25 | SBP | FEEAP | Discuss criminal retention application with M Weis | .20 | 105.00 |
| 6/10/25 | SBP | CAS | Attend court hearings | 2.60 | 1,365.00 |
| 6/10/25 | SBP | CAS | Debrief call with A Sodono and H Sorvino and client re court hearings | .20 | 105.00 |
| 6/11/25 | CA | CLAIM | Draft letter to adversarial complainants and to the court requesting extension of time | .50 | 125.00 |
| 6/11/25 | CA | CLAIM | Draft new chart of nondischarg. complaints | .70 | 175.00 |
| 6/11/25 | JDS | CAS | Draft response to Examiner's First Interim Report pursuant client's comments. | 1.00 | 300.00 |
| 6/11/25 | JDS | CAS | Revise response to Examiner first interim report. | .60 | 180.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/11/25 | JDS | CAS | Revise response to Examiner's First Interim Report pursuant client's comments. | .50 | 150.00 |
| 6/11/25 | SBP | CAS | Review draft response to examiner interim report | .20 | 105.00 |
| 6/12/25 | AS1 | CAS | Analyze reply/response to Examiner's first interim report | .90 | 652.50 |
| 6/12/25 | JHR | CAS | Reviewed status of Subpoenas and deadlines for documents and depositions. | .10 | 56.00 |
| 6/12/25 | SBP | LIT | Email with M Kizner re extensions on discovery and answers | .20 | 105.00 |
| 6/12/25 | SBP | LIT | Review letter from M Kizner re answer to removed adversary | .10 | 52.50 |
| 6/12/25 | SBP | CAS | Review email from client re audit report | .10 | 52.50 |
| 6/12/25 | SBP | FEEAP | Call with K Gwyne re fee application | .20 | 105.00 |
| 6/12/25 | SBP | CAS | Call with client re Prestige subpoenas | .20 | 105.00 |
| 6/12/25 | SBP | CAS | Review and revise response to examiner | .20 | 105.00 |
| 6/13/25 | CA | LIT | Phone call with John about anwser to Prestige comp. State court | 1.40 | 350.00 |
| 6/13/25 | CA | LIT | Began Answer | .30 | 75.00 |
| 6/13/25 | JDS | CAS | Revise Response to Examiner First Interim Report. | 1.20 | 360.00 |
| 6/13/25 | JHR | CAS | Reviewed correspondence re deadline to respond to Subpoenas by Fund Managers. | .10 | 56.00 |
| 6/13/25 | SBP | CAS | Call with client and A Sodono re response to examiner report | .50 | 262.50 |
| 6/13/25 | SBP | CAS | Revise response to examiner report | .20 | 105.00 |
| 6/13/25 | SBP | FEEAP | Review examiner application to release funds | .10 | 52.50 |
| 6/13/25 | SBP | CAS | Call with examiner, H Sorvino, K Gwyne, and client re examiner report | .60 | 315.00 |
| 6/13/25 | SBP | FEEAP | Call with C Adams re status of retention | .10 | 52.50 |
| 6/13/25 | SBP | CAS | Call with client and H Sorvino re follow up call with examiner | .20 | 105.00 |
| 6/15/25 | SBP | CAS | Review Bill of Sales from Examiner | .30 | 157.50 |
| 6/15/25 | SBP | LIT | Email with J Kulbach re answer to 25-01216-JNP | .10 | 52.50 |
| 6/16/25 | AS1 | CAS | Call with Sari B. Placona, D. Heller, and H. Sorvino re court hearing and summary | .50 | 362.50 |
| 6/16/25 | CA | LIT | Draft answer to Prestige, et. al. complaint. | 1.50 | 375.00 |
| 6/16/25 | CA | LIT | Revised Final edits of Answer to Complaint in PA state Court adv. in Bankruptcy | .80 | 200.00 |
| 6/16/25 | JDS | LIT | Revise Answer to Prestige Complaint removed from Pennslyvania. | 1.00 | 300.00 |
| 6/16/25 | JDS | LIT | Review Answer to Prestige Removal Complaint. | .50 | 150.00 |
| 6/16/25 | JZ | LIT | Preparation for call with Quentin Miller. | .10 | 37.50 |
| 6/16/25 | JZ | LIT | Call with Quentin Miller re: properties and motion to be filed. | .30 | 112.50 |
| 6/16/25 | JZ | LIT | Worked on motion for authorization to distribute properties. | .90 | 337.50 |
| 6/16/25 | SBP | LIT | Communicate with J Cianciulli re extension of time on answer | .10 | 52.50 |
| 6/16/25 | SBP | LIT | Communicate with M Weis re summary judgment motion | .10 | 52.50 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN   75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/16/25 | SBP | CAS | Review M Kizner proposed order re consolidation of claim | .10 | 52.50 |
| 6/16/25 | SBP | CAS | Call with H Sorvino and client re Prestige chapter 11 trustee motion | 1.30 | 682.50 |
| 6/16/25 | SBP | CAS | Review subpoena from Examiner to Castle Hill | .10 | 52.50 |
| 6/16/25 | SBP | CAS | Listen to court ruling on June 10 motions | .80 | 420.00 |
| 6/16/25 | SBP | CAS | Call with H Sorvino re judge rulings | .10 | 52.50 |
| 6/16/25 | SBP | CAS | Call with client and H Sorvino re Judge Rulings on 6.10.25 motions | .20 | 105.00 |
| 6/16/25 | SLL | LIT | Prepare stipulations to extend time to answer in various adv. proceedings | .40 | 80.00 |
| 6/17/25 | JDS | LIT | Review Adv. Pro. 25-01128-JNP, retrieve removed state court complaint and send to client to review in order to provide background and potential counterclaims. | .30 | 90.00 |
| 6/17/25 | JDS | CAS | Draft letter to court requesting adjournment of 6/26 evidentiary hearing with background facts. | .70 | 210.00 |
| 6/17/25 | JDS | LIT | Review email exhange with Prestige's counsel while drafting letter request for adjournment of June 26, 2025 evidentiary hearing. | .60 | 180.00 |
| 6/17/25 | JDS | LIT | Draft adjournment request form for June 26, 2025 Evidentiary hearing for Prestige Motion to Appoint Trustee. | .20 | 60.00 |
| 6/17/25 | JDS | LIT | Draft background facts for counterclaims and counterclaims for Prestige Complaint removed from state court. | 1.60 | 480.00 |
| 6/17/25 | JDS | LIT | Revise answer and counterclaims to Prestige Complaint. | 1.20 | 360.00 |
| 6/17/25 | SBP | LIT | Call with client re counterclaims to Prestige suit | .10 | 52.50 |
| 6/17/25 | SBP | CAS | Communicate with H Freese re appeal stay vacated | .10 | 52.50 |
| 6/17/25 | SBP | CAS | Email with M Kizner re motion to appoint trustee hearing | .20 | 105.00 |
| 6/18/25 | JDS | CAS | Review Client's comments to Prestige Complaint, and documeents provided for Answer and Counterclaims. | .70 | 210.00 |
| 6/18/25 | JDS | LIT | Phone call with Client to discuss background facts and causes of action to Prestige's Complaint Adv. Pro. 25-01128-JNP. | .60 | 180.00 |
| 6/18/25 | JDS | LIT | Phone call with Client to Discuss Answer with Counterclaims to Prestige Complaint. | .30 | 90.00 |
| 6/18/25 | JDS | LIT | Review Client's comments to Answer to Prestige Complaint. | .30 | 90.00 |
| 6/18/25 | JDS | LIT | Revise Answer to Prestige Complaint pursuant to Client's edits. | 1.20 | 360.00 |
| 6/18/25 | JHR | CAS | Call with S Placona to review subpoenas to be amended. Reviewed correspondence form S Placona to M Kizner | .20 | 112.00 |
| 6/18/25 | JHR | CAS | Amend Subpoenas to W. Poole, D . Zook, J Hostetter and B Joffrey. Drafted cover letter to M Kizner. | .60 | 336.00 |
| 6/18/25 | JHR | CAS | Correspondence form and to D Heller with revised and edited Subpoenas. Continued to revise and edit Subpoenas. | .30 | 168.00 |
| 6/18/25 | JHR | CAS | Finalized Subpoenas and cover letter and served same upon M Kizner. | .40 | 224.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/18/25 | JZ | LIT | Worked on motion for authorization to make a distribution of properties. | 2.10 | 787.50 |
| 6/18/25 | SBP | CAS | Call with J Raymond re subpoenas to Prestige Funds | .10 | 52.50 |
| 6/18/25 | SBP | CAS | Revise letter to M Kizner re amended subpoenas | .10 | 52.50 |
| 6/18/25 | SBP | LIT | Call with client re answer to Prestige complaint | .20 | 105.00 |
| 6/19/25 | JDS | CAS | Discuss Answer and Counterclaims to Prestige Complaint with S. Placona. | .10 | 30.00 |
| 6/19/25 | JDS | CAS | Send email to client with questions for Client to provide facts/ statements in order to supplement counterclaims to Prestige Complaint. | .30 | 90.00 |
| 6/19/25 | JDS | CAS | Implement redlines edits by Client to Answer to Prestige Complaint. | .50 | 150.00 |
| 6/19/25 | JDS | CAS | Draft email with questions for Client to provide additional information for Answer to Prestige Complaint based on his edits. | .20 | 60.00 |
| 6/19/25 | JDS | CAS | Add causes of action to counterclaims on Prestige Complaint based on email exchange with Client. | .40 | 120.00 |
| 6/19/25 | JDS | CAS | Review Client's email to determine if he provided all information needed to supplement Answer to Prestige Complaint. | .20 | 60.00 |
| 6/19/25 | JDS | LIT | Revise Answer Prestige Complaint Adv. 25-1128 pursuant to Client's email with facts for Answer. | 1.00 | 300.00 |
| 6/19/25 | JDS | CAS | Finalize Client's edits to Answer Prestige Complaint Adv. 25-1128 pursuant to Client's email with facts for Answer. | .90 | 270.00 |
| 6/19/25 | JZ | LIT | Continued preparation of pleadings and exhibits for a comfort order. | 4.20 | 1,575.00 |
| 6/19/25 | SBP | CAS | Call with client re status of complaint by Prestige | .10 | 52.50 |
| 6/19/25 | SBP | LIT | Review and revise answer and counterclaims to Prestige Fund complaint | 1.30 | 682.50 |
| 6/19/25 | SBP | LIT | Call with client re answer and counterclaims to Prestige complaint | .30 | 157.50 |
| 6/19/25 | SBP | FEEAP | Draft objection to Examiner application to be paid | .20 | 105.00 |
| 6/20/25 | SBP | CAS | Call with A Ciardi and H Sorvino re status | .30 | 157.50 |
| 6/23/25 | SBP | CAS | Call with client re case strategy | .40 | 210.00 |
| 6/23/25 | SBP | CAS | Review and revise motion for authorization of sale of DHQM distribution | .90 | 472.50 |
| 6/24/25 | JDS | LIT | Draft Rule 30(b)(6) Notice of Deposition to Prestige for Prestige Complaint, Adv. 25-1128, including defintions and questions for documents. | 1.20 | 360.00 |
| 6/24/25 | JDS | LIT | Revise Rule 30(b)(6) Notice of Deposition to Prestige for Prestige Complaint, Adv. 25-1128. | .20 | 60.00 |
| 6/24/25 | SBP | CAS | Call with M Weis re status | .20 | 105.00 |
| 6/24/25 | SBP | LIT | Review email from L Gibbons re Orrstown settlement | .10 | 52.50 |

**MS&B**    McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/25/25 | AS1 | CAS | Call with Leo Gibbons and Daryl Heller re settlement with soiyse | .30 | 217.50 |
| 6/25/25 | JDS | CAS | Revise Rule 30(b)(6) Notice of Deposition to be for Prestige's Motion to Appoint a Trustee. | .50 | 150.00 |
| 6/25/25 | JDS | CAS | Finalize Notice of Deposition to Prestige. | .20 | 60.00 |
| 6/25/25 | JDS | CAS | Send email to M. Coad with instruction for service of Notice of Deposition to Prestige. | .10 | 30.00 |
| 6/25/25 | JDS | CAS | Revise letter to Prestgie's counsel serving Notice of Deposition and email Notice of Deposition. | .30 | 90.00 |
| 6/25/25 | SBP | CAS | Call with A Ciardi re motion for trustee | .20 | 105.00 |
| 6/26/25 | AS1 | CAS | Zoom call with client, Sari B. Placona, and Heidi Sorvio re strategy and adversary discovery | .90 | 652.50 |
| 6/26/25 | JHR | CAS | Reviewed subpoenas to be converted to Rule 45 and 9014 Subpoenas | .20 | 112.00 |
| 6/26/25 | SBP | FEEAP | Review examiner third monthly fee statement | .10 | 52.50 |
| 6/26/25 | SBP | LIT | Review letter from M Kizner re agenda for hearing on adversary proceedings | .10 | 52.50 |
| 6/26/25 | SBP | FEEOB | Review examiner reply to opposition to fee app | .20 | 105.00 |
| 6/26/25 | SBP | CAS | Attend court hearing on scheduling trustee motion and adversary proceedings | 1.00 | 525.00 |
| 6/26/25 | SBP | CAS | Review letter from Silverview re testimony | .10 | 52.50 |
| 6/26/25 | SBP | PDS | Review opposition to motion to extend exclusivity by Prestige | .20 | 105.00 |
| 6/26/25 | SBP | CAS | Review Prestige opp to motion to quash 2004 served by Prestige on examiner | .20 | 105.00 |
| 6/26/25 | SBP | CAS | Call with client re status of trustee motion and calendar | .30 | 157.50 |
| 6/26/25 | SBP | CAS | Call with client re strategy | .10 | 52.50 |
| 6/26/25 | SBP | CAS | Call with client re court scheduling and strategy | .80 | 420.00 |
| 6/27/25 | JDS | CAS | Listen to Court's decision to edit the retention order of McCarter & English as criminal counsel to the Debtor. | .40 | 120.00 |
| 6/27/25 | JDS | CAS | Redline McCarter & English Retention Order pursuant to Court's decision. | .30 | 90.00 |
| 6/27/25 | JHR | CAS | Drafted Rule 9014 Subpoenas to Joffrey, Poole, Hostetter and Zook. | 1.20 | 672.00 |
| 6/27/25 | JHR | CAS | Drafted Rule 45 Subpoenas to Joffrey, Poole, Hostetter and Zook. | 1.00 | 560.00 |
| 6/27/25 | JZ | AAR | Reviewed proposed revision to the certification in connection with the motion for a comfort order. | .10 | 37.50 |
| 6/27/25 | JZ | AAR | Reviewed and responded to email from S. Placona re: the proposed language. | .10 | 37.50 |
| 6/27/25 | JZ | AAR | Reviewed further email from S. Placona re: the parties and to proceed. | .10 | 37.50 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/27/25 | JZ | AAR | Drafted and sent email to D. Heller re: need for a response from Ethan Heller and/or the family re: the proposed language from the Miller side. | .10 | 37.50 |
| 6/27/25 | JZ | AAR | Reviewed response from D. Heller. | .10 | 37.50 |
| 6/27/25 | JZ | AAR | Telephone conference with S. Placona re: the email received and strategy. . | .10 | 37.50 |
| 6/27/25 | JZ | AAR | Drafted email to the parties re: revisions to be made and certifications needing to be signed. | .10 | 37.50 |
| 6/27/25 | JZ | AAR | Revised the draft of the pleadings and sent pleadings to D. Heller to forward to Ethan Heller for review and execution. | .20 | 75.00 |
| 6/27/25 | JZ | AAR | Reviewed and responded to email from Q. Miller re: the procedure. | .10 | 37.50 |
| 6/27/25 | JZ | AAR | Reviewed email re: changes made to the certification to be signed by E. Heller. | .10 | 37.50 |
| 6/27/25 | SBP | CAS | Call with client re case status | .20 | 105.00 |
| 6/27/25 | SBP | CAS | Review client email response to reporter on counterclaims | .10 | 52.50 |
| 6/27/25 | SBP | FEEAP | Review and revise redline to McCarter retention order | .10 | 52.50 |
| 6/27/25 | SBP | LIT | Revise notice of depositons via R 9014 to Prestige Fund managers | .40 | 210.00 |
| 6/27/25 | SBP | CAS | Call with A Ciardi and H Sorvino re status | .30 | 157.50 |
| 6/27/25 | SBP | LIT | Call with client re 9014 depositions | .20 | 105.00 |
| 6/28/25 | SBP | CAS | Email client re 5th amendment privilege | .10 | 52.50 |
| 6/29/25 | AS1 | CAS | Call with Sari B. Placona and Daryl Heller re subpoenas and adversaries | .80 | 580.00 |
| 6/29/25 | SBP | FEEAP | Review and revise first fee application | .10 | 52.50 |
| 6/29/25 | SBP | CAS | Revise memo on taking the 5th in a bankruptcy | .30 | 157.50 |
| 6/29/25 | SBP | CAS | Call with client and A Sodono re case strategy | 1.30 | 682.50 |
| 6/30/25 | AS1 | CAS | Call with Daryl Heller and Heidi Sorvino re 7/1 hearing and Prestige withdrawal/subpoenas | .60 | 435.00 |
| 6/30/25 | AS1 | DATA | Analyze deposition notices, fund managers | .30 | 217.50 |
| 6/30/25 | AS1 | DATA | Analyze Charlene settlement agreement | .30 | 217.50 |
| 6/30/25 | AS1 | CAS | Discuss with L. Gibbons Charlene settlement agreement | .20 | 145.00 |
| 6/30/25 | AS1 | CAS | Call with Daryl Heller and L. Gibbons re settlement and funds in the estate, claims, sales | .90 | 652.50 |
| 6/30/25 | AS1 | DATA | Analyze case law on taking Fifth and negative inference, plan confirmation | .60 | 435.00 |
| 6/30/25 | SBP | CAS | Discuss Prestige actions with A Sodono re trustee motion | .20 | 105.00 |
| 6/30/25 | SBP | CAS | Review letter from M Kizner withdrawing motion for trustee | .10 | 52.50 |
| 6/30/25 | SBP | CAS | Revise memo to client re 5th amendment | .10 | 52.50 |
| 6/30/25 | SBP | CAS | Review M Weis email re additonal settlement with Orrstown | .10 | 52.50 |
| 6/30/25 | SBP | CAS | Communicate with H Freese re appeal deadline | .10 | 52.50 |



McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Task | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 6/30/25 | SBP | LIT | Email with M Kizner re answer to counterclaims | .10 | 52.50 |
| 6/30/25 | SBP | CAS | Review client witness list for Prestige motion to appoint trustee | .10 | 52.50 |

### TOTAL PROFESSIONAL SERVICES        $ 58,976.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CONNOR, ASHNAULT | 10.90 | 250.00 | 2,725.00 |
| ANTHONY SODONO, III | 21.20 | 725.00 | 15,370.00 |
| JOSHUA H. RAYMOND | 4.10 | 560.00 | 2,296.00 |
| JOHN STERN | 36.40 | 300.00 | 10,920.00 |
| JOSEPH ZAPATA | 8.70 | 375.00 | 3,262.50 |
| SARI PLACONA | 44.70 | 525.00 | 23,467.50 |
| STACY LIPSTEIN | .40 | 200.00 | 80.00 |
| SCOTT D. PLATTON | 3.00 | 285.00 | 855.00 |
| **Total** | **129.40** | | **$ 58,976.00** |

### DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| Meals | 108.46 |
| PACER | 215.40 |
| Court Reporting Fees | 157.20 |
| Westlaw | 171.37 |
| Overnight Express Mail | 88.09 |
| Travel/Parking Expenses | 356.09 |
| Postage | 355.68 |
| Filing Fee | 34.00 |
| Inside Duplicating | 51.80 |

### TOTAL DISBURSEMENTS        $ 1,538.09

### TOTAL THIS INVOICE        $ 60,514.09