| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

## CERTIFICATION OF SERVICE

1. I, Stacy Lipstein, am a legal assistant employed by McManimon, Scotland & Baumann, counsel for Daryl Fred Heller, the Debtor in the above-captioned matter.

2. On July 9, 2025, I sent a copy of the *Fifth Monthly Fee Statement of McManimon, Scotland & Baumann, LLC, Counsel for Chapter 11 Debtor and Debtor-In-Possession for the Period from June 1, 2025 Through June 30, 2025 (with Exhibit A and B)* to the parties listed on the service list attached.

   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 9, 2025                              */s/ Stacy Lipstein*
                                                       Stacy Lipstein

| Name and Address of Party Served | Name and Address of Party Served | Mode of Service |
|---|---|---|
| Daryl Fred Heller<br>909 Greenside Drive<br>Lititz, PA 17543 | *Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Jeffrey M. Sponder<br>Office of U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | *US Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email |
| Edward Phillips, CPA<br>Getzler Henrich & Associates<br>295 Madison Ave, 20th Floor<br>New York, NY 10017 | *Examiner* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Kurt F. Gwynne, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | *Attorneys for the Examiner* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Albert Anthony Ciardi, III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | *Attorneys for Deerfield Capital, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Steven Mitnick, Esq.<br>S. Mitnick Law PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | *Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Marc D. Miceli, Esq.<br>S. Mitnick Law PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | *Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Martin J. Weis<br>Dilworth Paxson LLP<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19102 | *Attorneys for Orrstown Bank* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Gerard S. Catalanello<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 | *Attorneys for Silverview Credit Partners, LP NOA (20 Largest Creditor)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| AIS Portfolio Services, LLC<br>Attn: BMW Bank of North America Dept.<br>Account: XXXXXX9616<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | *NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |

4935-6061-2692, v. 1

| Name/Address | Representing | Method |
|---|---|---|
| Jerrold S. Kulback, Esq.<br>Archer & Greiner, PC<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 | *Attorneys for Steward Capital Holdings LP and Avenaero Holdings LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Christopher J. Leavell, Esq.<br>Klehr, Harrison, Harvey, Branzburg LLP<br>10000 Lincoln Drive East, Ste 201<br>Marlton, NJ 08053 | *Attorneys for Univest Bank and Trust Co. NOA (20 Largest Creditor)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Marshall T. Kizner, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Prestige Fund A, LLC et al., NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Prestige Fund A, LLC et al., NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Edmond M. George, Esq.<br>Obermayer Rebmann Maxwell & Hippel<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108 | *Attorneys for Customers Bank, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Christopher P. Mazza, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962 | *Attorneys for Gallimore Properties, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Rachel A. Parisi, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962 | *Attorneys for Gallimore Properties, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| William E Craig, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | *Attorneys for Fulton Bank, Secured Creditor, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Janet L. Gold, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | *Attorneys for Fulton Bank, Secured Creditor, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| E. Richard Dressel, Esq.<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053 | *Attorneys for Brett and Gail Levin, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue - Suite 301<br>Roseland, New Jersey 07068 | *Attorneys for Randall Leaman, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |

Case 25-11354-JNP    Doc 378    Filed 07/09/25    Entered 07/09/25 14:32:30    Desc Main
Document    Page 4 of 4

| | | |
|---|---|---|
| Jeffrey M. Lichtstein, Esq.<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, 21st Floor<br>Baltimore, MD 21201 | *Attorneys for Truist Bank, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Natalie Young, Esq.<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, Box 660<br>West Chester, PA 19381-0660 | *Attorneys for Charlene Heller, Ethan Heller, Taite Heller, Accordo, LP, Brookfield, LP and Brigantine Group, LP, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Donald W. Clarke, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | *Attorneys for GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Jaclynn N. McDonnell, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | *Attorneys for GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Richard Kanowitz, Esq.<br>Haynes and Boone, LLP<br>30 Rockefeller Center, 26th Floor<br>New York, New York 10112 | *Attorneys for Chicago Atlantic Admin, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Lauren Sisson, Esq.<br>Haynes and Boone, LLP<br>30 Rockefeller Center, 26th Floor<br>New York, New York 10112 | *Attorneys for Chicago Atlantic Admin, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |