Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  25–11354–JNP
                      Chapter:  11
                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx–xx–1231

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                August 7, 2025
Time:               02:00 PM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*376* – Limited Objection to to Professional Fees (related document:357 Monthly Fee Statement. For the Month of May 2025 (Third Monthly Fee Statement of Edward A. Phillips, Examiner, for the Period from May 1, 2025 Through May 30, 2025). Objection Date is 7/9/2025. Filed by Kurt F. Gwynne on behalf of Edward A. Phillips. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) filed by Examiner Edward A. Phillips, 358 Monthly Fee Statement. For the Month of May 2025 (Second Monthly Fee Statement of Getzler Henrich & Associates LLC, Financial Advisor to the Examiner, for the Period from May 1, 2025 Through May 31, 2025). Objection Date is 7/9/2025. Filed by Kurt F. Gwynne on behalf of Edward A. Phillips. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) filed by Examiner Edward A. Phillips, 359 Monthly Fee Statement. For the Month of May 2025 (Second Monthly Fee Statement of Reed Smith LLP, Counsel for the Examiner, for the Period from May 1, 2025 Through May 31, 2025). Objection Date is 7/9/2025. Filed by Kurt F. Gwynne on behalf of Edward A. Phillips. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) filed by Examiner Edward A. Phillips) filed by Sari Blair Placona on behalf of Daryl Fred Heller. (Placona, Sari)

and transact such other business as may properly come before the meeting.


Dated: July 10, 2025
JAN: kvr

                                                                     Jeanne Naughton
                                                                       Clerk