# Notice Recipients

District/Off: 0312−1         User: admin              Date Created: 7/10/2025
Case: 25−11354−JNP           Form ID: 173             Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Anthony Sodono, III      asodono@msbnj.com
aty     Kurt F. Gwynne           kgwynne@reedsmith.com
aty     Sari Blair Placona       splacona@msbnj.com

TOTAL: 3