| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, P.O. Box 660<br>West Chester, PA 19381-0660<br>(610) 436-0100<br>Natalie R. Young, Esquire (nyoung@macelree.com)<br>Leo M. Gibbons, Esquire (lgibbons@macelree.com)<br>(Admitted Pro Hac Vice)<br>Counsel to Accordo Limited Partnership | |
| In re:<br><br>DARYL FRED HELLER,<br><br>                  Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

### NOTICE OF MOTION OF ACCORDO LIMITED PARTNERSHIP FOR AN ORDER APPROVING THE SALE OF REAL ESTATE LOCATED AT 415 NORTH PRINCE STREET, UNITS 2, 3, 4/6, AND 5/7, LANCASTER, PENNSYLVANIA PURSUANT TO THE MARCH 14, 2025 AMENDED CONSENT ORDER PRESERVING STATUS QUO

**PLEASE TAKE NOTICE** that on the **5th day of August 2025, at 11:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys for Accordo Limited Partnership (at times either the "**Movant**" or "**Accordo**"), will move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, United States Bankruptcy Court, 400 Cooper Street, Courtroom 4C, Camden, New Jersey 08101, for entry of an order authorizing Movant as a member of Premier Real Estate Group, LLC, which is the sole member of Premier Prince Street, LLC to sell the real property located at 415 North Prince Street, Units, 2, 3, 4/6, and 5/7, Lancaster, Pennsylvania to 415 Prince Street, LLC and/or its assignee or designee free and clear of all liens, claims, and encumbrances pursuant to the March 14, 2025 Amended Consent Order Preserving Status Quo docketed at document number 119 in the above-captioned matter and for related relief (the "**Motion**").

6356128v1
081844.79803

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion the Movant will rely upon the enclosed Certifications of Robert Z. Horst and Craig S. Sharnetzka, Esquire, the Memorandum of Law; and the proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-2(a), opposition to the relief requested, and, or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice of hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3, in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

        **MACELREE HARVEY, LTD.**[1]
        *Counsel for Accordo Limited Partnership*

        By:   *s/Natalie R. Young*
             NATALIE R. YOUNG, ESQUIRE
             LEO M. GIBBONS, ESQUIRE (admitted *pro hac vice*)

Dated: July 11, 2025

---

[1] Undersigned counsel for Accordo have also entered their appearance or been specially admitted to represent Brookfield, L.P., Brigantine Group, L.P., Charlene Heller, Ethan Heller and Taite Heller, in the above-captioned bankruptcy case, but only Accordo is a moving party with respect to the present Motion.

6356128v1
081844.79803