| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, P.O. Box 660<br>West Chester, PA 19381-0660<br>(610) 436-0100<br>Natalie R. Young, Esquire (nyoung@macelree.com)<br>Leo M. Gibbons, Esquire (lgibbons@macelree.com)<br>  (Admitted Pro Hac Vice)<br>Counsel to Accordo Limited Partnership | |
| In re:<br><br>DARYL FRED HELLER,<br><br><div align="center">Debtor.</div> | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

<div align="center">

**NOTICE OF MOTION OF ACCORDO LIMITED PARTNERSHIP FOR AN ORDER APPROVING THE SALE OF REAL ESTATE LOCATED IN ELK CITY, KANSAS AND BEARING PARCEL NUMBERS S12, T32, R12E CONSISTING OF 64.4 ACRES, S2, SE4 LY S OF CO RD LESS ROW PURSUANT TO THE MARCH 14, 2025 AMENDED <u>CONSENT ORDER PRESERVING STATUS QUO</u>**

</div>

**PLEASE TAKE NOTICE** that on the **5th day of August 2025, at 11:00 A.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys for Accordo Limited Partnership (at times either the "**Movant**" or "**Accordo**"), will move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, United States Bankruptcy Court, 400 Cooper Street, Courtroom 4C, Camden, New Jersey 08101, for entry of an order authorizing Movant to sell the real property located in Elk City, Kansas and bearing parcel numbers S12, T32, R12E consisting of 64.4 acres, S2, SE4 LY S of CO RD Less Row to Matt A. Stucke and/or its assignee or designee free and clear of all liens, claims, and encumbrances pursuant to the March 14, 2025 Amended Consent Order Preserving Status Quo docketed at document number 119 in the above-captioned matter and for related relief (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion the Movant will rely upon the enclosed Certifications of Ethan Heller, the Memorandum of Law; and the proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-2(a), opposition to the relief requested, and, or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice of hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3, in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

        **MACELREE HARVEY, LTD.**[1]
        *Counsel for Accordo Limited Partnership*

        By: ___*s/ Natalie R. Young*___
            NATALIE R. YOUNG, ESQUIRE
            LEO M. GIBBONS, ESQUIRE (admitted *pro hac vice*)

Dated: July 11, 2025

---

[1] Undersigned counsel for Accordo have also entered their appearance or been specially admitted to represent Brookfield, L.P., Brigantine Group, L.P., Charlene Heller, Ethan Heller and Taite Heller, in the above-captioned bankruptcy case, but only Accordo is a moving party with respect to the present Motion.

6358406v1
081844.79803