**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Daryl Fred Heller | Applicant: | Getzler Henrich & Associates, LLC |
| Case No.: | 25-11354 (JNP) | Client: | n/a |
| Chapter: | 11 | Case Filed: | February 10, 2025 |

**SECTION 1**
**FEE SUMMARY**

☒ Interim Fee Application No. __1__ or ☐ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 41,960.00 | $ 1,459.50 |
| Total Fees Allowed To Date: | $ 0.0 | $ 0.0 |
| Total Retainer (If Applicable) | $ 0.00 | $ 0.0 |
| Total Holdback (If Applicable) | $ 8,392.00 | $ 0.0 |
| Total Received By Applicant | $ 0.00 | $ 0.0 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Carl Finkbeiner, Data Engineer | 7 Years of Professional Service | 102.2 | $400.00 | $40,880.00 |
| Carl Finkbeiner[1] | 7 Years of Professional Service | 5.40 | $200.00 | $1,080.00 |

| | |
|---|---|
| Fee Totals: | $41,960.00 |
| Disbursements Totals: | $1,459.50 |
| Total Fee Application | $43,419.50.00 |

---

[1] Professional fees for travel are billed at 50% of the professional's rate.

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **a) Investigation**<br>During the Fee Period, Getzler Henrich incurred time on, among other things, assisting and advising the Examiner in conducting the broad investigation to which the Debtor agreed in the Examiner Order. Getzler Henrich reviewed and analyzed tens of thousands of pages of documents relating to the Debtor Entities including extensive financial and transactional records, sale documentation, and security agreements to investigate allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity (if any) in the operation of the Debtor Entities. In such investigation, Getzler Henrich performed detailed technical analyses, employing advanced data analytics techniques and scripting tools to parse and cross-reference large datasets which was instrumental to the Examiners preliminary report and subsequent analysis. | 102.20 | $40,880.00 |
| **e) Travel**<br>This category includes all travel time. | 5.40 | $1,080.00 |
| **SERVICE TOTALS:** | 107.60 | $41,960.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---:|
| a) Computer Software | $757.00 |
| b) Dues & Subscriptions | $399.00 |
| c) Travel | $266.97 |
| d) Postage | $36.53 |
| **DISBURSEMENTS TOTAL:** | $1,459.50 |

I certify under penalty of perjury that the above is true.

Date: July 15, 2025                               */s/ Edward A. Phillips*
                                                   Signature
                                                   Edward A. Phillips

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Reed Smith LLP <br> Kurt F. Gwynne, Esq. <br> 506 Carnegie Center, Suite 300 <br> Princeton, NJ 08540 <br> Telephone: (609) 987-0050 <br> Facsimile: (609) 951-0824 <br> Email: kgwynne@reedsmith.com <br><br> *Counsel for Examiner* |

| | |
|---|---|
| In re: | Case No. 25-11354 (JNP) |
| DARYL FRED HELLER, | Judge Jerrold N. Poslusny Jr. |
| Debtor. | Chapter 11 |

**FIRST INTERIM APPLICATION FOR THE ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO GETZLER HENRICH & ASSOCIATES LLC, FINANCIAL ADVISOR TO THE EXAMINER, FOR THE PERIOD FROM APRIL 1, 2025 THROUGH MAY 31, 2025**

By this application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the *Local Rules of the United States Bankruptcy Court District of New Jersey* (the "Local Rules"), and the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, entered on April 3, 2025 [Docket No. 170], Getzler Henrich & Associates LLC ("Getzler Henrich"), financial advisor to Edward A. Phillips in his capacity as the chapter 11 examiner in the above-captioned case (the "Examiner"), hereby seeks entry of an order allowing and directing payment to the Getzler Henrich on a first interim basis for (i) compensation in the amount of $41,960.00 for services rendered during the period from April 1, 2025 through May 31, 2025 (the "Fee Period"), and reimbursement

of expenses incurred during the Fee Period in the amount of $1,459.50, for a total of $43,419.00. In support of this Application, Getzler Henrich respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. On February 10, 2025, Daryl F. Heller (the "Debtor") filed a voluntary petition for relief pursuant to the Bankruptcy Code commencing this chapter 11 case (this "Chapter 11 Case").

4. On March 7, 2025, with the consent of the Debtor and certain of his creditors, the Court entered the *Order Directing the Appointment of an Examiner* [Docket No. 99] (the "Examiner Order") pursuant to section 1104(c) of the Bankruptcy Code.

5. On March 18, 2025, the Court entered the *Order Approving the Appointment of a Chapter 11 Examiner by United States Trustee* [Docket No. 131], which approved the United States Trustee's appointment of Edward A. Phillips as Examiner in this Chapter 11 Case.

6. The Examiner Order was a consent order to which the Debtor and his creditors agreed.

7. Pursuant to the Examiner Order, the Examiner, among other things, is directed to investigate the following matters (collectively the "Investigation"):

- "investigate any allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity, if any, in the management of the affairs of the Debtor or in any entity or entities owned or controlled by the Debtor, either directly or indirectly, or through any intermediate entity including but not

2

       limited to Heller Capital Group, LLC, Heller Investment Holdings, LLC, Accordo Limited Partnership, Brookfield LP, Brigantine Group, L.P., DHRC, LLC, I Employee Services, LLC, and RAW Ventures, LLC, Golden Gate Investment Company, LLC, or Paramount Management Group, LLC (collectively "Debtor Entities"),"

- "investigate any and all transfers by the Debtor and any Debtor Entities including, but not limited to, all transfers or allegations referenced in the Removed Litigation," and

Examiner Order, ¶ 3.

8. On April 3, 2025, the Court entered the Administrative Fee Order establishing procedures for payment of interim compensation.

9. Pursuant to the Examiner Order, the Examiner engaged a financial advisor and counsel. On April 10, 2025, the Court enter the *Order Authorizing Retention of Getzler Henrich & Associates LLC as Financial Advisor to the Examiner, Effective as of March, 28, 2025* [Docket No. 177], authorizing the retention of Getzler as the Examiner's Financial Advisor. Additionally, on May 14, 2025, the court entered the *Order Authorizing Retention of Reed Smith LLP, as Proposed Counsel to the Examiner, Effective as of March 18, 2025* [Docket No. 235] authorizing the retention of Reed Smith LLP ("Reed Smith") as the Examiner's counsel.

10. Pursuant to paragraph 9 of the Examiner Order, the Examiner submitted a Final Budget providing for fees and expenses of (i) the Examiner and Getzler Henrich in the amount of $1,416,195 and (ii) Reed Smith in the amount of $350,005.[1]

---

[1] The Final Budget provides that the "allocation of hours among professionals and the tasks on which those hours are spent may differ from the budget." To the extent the total hours will exceed those set forth in the Final Budget, the Examiner must obtain Court approval or written agreement of the parties. *See* Examiner Order, ¶ 9.

## GETZLER HENRICH'S APPLICATIONS FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

11. Getzler Henrich's monthly fee statements (the "Monthly Fee Statements") for the Fee Period have been filed and served pursuant to the Administrative Fee Order.

12. On May 21, 2025, Getzler Henrich filed its *First Monthly Fee Statement of Getzler Henrich & Associates LLC, Financial Advisor to the Examiner, for the Period from April 1, 2025 Through April 30, 2025* [Docket No. 268] (the "First Monthly Fee Statement"). The First Monthly Fee Statement sought payment of $13,152.00 (80% of $16,440.00) in fees and $862.50 in expenses. *See* First Monthly Fee Statement, Ex. A.

13. On June 25, 2025, Getzler Henrich filed the *Second Monthly Fee Statement of Getzler Henrich & Associates LLC, Financial Advisor to the Examiner, for the Period from May 1, 2025 Through May 31, 2025* [Docket No. 358] (the "Second Monthly Fee Statement"). The Second Monthly Fee Statement sought payment of $20,416.00 (80% of $25,520.00) in fees and $597.50 in expenses. *See* Second Monthly Fee Statement, Ex. A.

14. In accordance with the Administrative Fee Order, Getzler Henrich seeks interim approval of all fees and expenses sought in the Monthly Fee Statements and payment in an amount equal to the difference between the amount of the fees and expenses allowed and the actual payments received by Getzler Henrich on account of the Monthly Fee Statements.

## SUMMARY OF SERVICES RENDERED

15. By this Application, Getzler Henrich seeks an allowance of fees for services performed during the Fee Period and reimbursement for actual out-of-pocket expenses made during such period of time.

16. During the Fee Period, Getzler Henrich performed a variety of services in connection with this matter including, but not limited to, the following:

   a. <u>Investigation</u> – During the Fee Period, Getzler Henrich incurred time on, among other things, assisting and advising the Examiner in conducting the broad investigation to which the Debtor agreed in the Examiner Order. Getzler Henrich reviewed and analyzed tens of thousands of pages of documents relating to the Debtor Entities including extensive financial and transactional records, sale documentation, and security agreements to investigate allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity (if any) in the operation of the Debtor Entities. In such investigation, Getzler Henrich performed detailed technical analysis, employing advanced data analytics techniques and scripting tools to parse and cross-reference large datasets which was instrumental to the Examiners preliminary report and subsequent analysis.

   Total Hours: 102.00; Total Fees: $40,880.00

   b. <u>Travel</u> – This category includes all travel time.

   Total Hours: 5.40; Total Fees: $1,080.00

**CONCLUSION**

WHEREFORE, Getzler Henrich respectfully requests that an order be entered herein (i) granting it a first interim allowance for fees in the amount of $41,960.00 and reimbursement of out-of-pocket expenses in the amount of $1,459.50, for a total award of $43,419.50.00;

(ii) authorizing the Debtor to pay the outstanding amount of such sums due to Getzler Henrich; and (iii) for such other and further relief as may be just and proper.

Date:  July 15, 2025  　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Edward A. Phillips*
　　　　　　　　　　　　　　　　　　　　　　　　Edward A. Phillips

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>Email: kgwynne@reedsmith.com<br><br>*Counsel for Examiner* |

| | |
|---|---|
| In re: | Case No. 25-11354 (JNP) |
| DARYL FRED HELLER, | Judge Jerrold N. Poslusny Jr. |
| Debtor. | Chapter 11 |

## CERTIFICATION OF EDWARD A. PHILLIPS

**EDWARD A. PHILLIPS** hereby certifies as follows:

1. I am Managing Director of Getzler Henrich LLC ("Getzler Henrich"), financial advisor to the court appointed examiner (the "Examiner") in the above captioned chapter 11 case of Daryl F. Heller (the "Debtor").

2. I submit this certification in connection with the Getzler Henrich's first interim fee application for allowance of compensation for services rendered and reimbursement of expenses incurred as financial advisor to the Examiner for the period from March 18, 2025 to May 31, 2025.

3. In accordance with section 155 of title 18 of the United States Code and the *Local Rules of the United States Bankruptcy Court District of New Jersey*, no agreement or understanding exists between me, my firm, or any director or associate of this firm for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

4. In accordance with section 504 of title 11 of the United States Code (the "Bankruptcy Code"), no agreement or understanding exists between me, my firm, or any director or associate thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me or any director or associate of this firm.

5. I certify under penalty of perjury that the foregoing statement made by me are true and correct, to the best of my knowledge, information, and belief.

Dated: July 15, 2025                                By: /s/Edward A. Phillips
                                                                Edward A. Phillips