| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **SAXTON & STUMP LLC**<br>G. William Bartholomew, Esq.<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA 17601<br>T: (717) 556-1050<br>E: wbartholomew@saxtonstump.com<br><br>*Counsel for Diane K. Poole* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>              Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF DIANE K. POOLE

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 3006, Diane K. Poole, by and through her counsel, hereby withdraws Claim No. 77 filed on April 21, 2025.

                                          **SAXTON & STUMP, LLC**

Dated: July 18, 2025                     */s/ G. William Bartholomew*
                                          280 Granite Run Drive, Suite 300
                                          Lancaster, PA 17601
                                          T: (717) 556-1050
                                          E: wbartholomew@saxtonstump.com

## CERTIFICATE OF SERVICE

      By signing the above, I certify this document was filed electronically in the United States Bankruptcy Court for the District of New Jersey. This document was served electronically on all parties registered to receive service via CM/ECF in this case.