# DARYL F. HELLER
## Accounts Receivable
### June 1 - June 30, 2025

| | Type | Date | Num | Adj | Name | Memo/Description | Classification | Amount |
|---|------|------|-----|-----|------|------------------|----------------|--------|
| **Accounts Receivable** | | | | | | | | |
| | General Journal | 06/27/2025 | A/R | √ | | due to Daryl from Heller Capital at 6/27/25 | Heller Capital-To Be Reimbursed | 3,160.60 |
| Total Accounts Receivable | | | | | | | | 3,160.60 |
| **TOTAL** | | | | | | | | **3,160.60** |

## Trust Details

| | Matter | Matter Description | Type | Status | Bank | Check Status | Check No. | Payee | Paid By | Invoice | Reference | Amount | Balance | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | WIRE IN | COMMONWEALTH LAND ABSTRACT LLC | | 0 | WIRE IN | 1,563,231.69 | 1,563,231.69 | 04/09/2024 |
| | | SALE PROCEEDS | | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | 1001059693 | FULTON BANK CASHIER'S CHECK | | 0 | 101059693 | 811.05 | 1,564,042.74 | 04/22/2024 |
| | | PAYOFF OVERAGE RE: LOAN NO. 0068008523 | | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | APR-2025 INT | CITIZENS BANK | | 0 | INTEREST | 109.21 | 1,564,151.95 | 04/30/2025 |
| | | APRIL-2025 INTEREST | | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 3707 | McMANIMON SCOTLAND & BAUMANN | | 0 | 3707 | -91,855.84 | 1,472,296.11 | 05/12/2025 |
| | | PAY INV 240544 & 240545 (PARTIAL) PER COURT ORDER | | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | MAY-2025 INT | CITIZENS BANK | | 0 | INTEREST | 191.62 | 1,472,487.73 | 05/31/2025 |
| | | MAY-2025 INTEREST | | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | JUNE-2025 INT | CITIZENS BANK | | 0 | INTEREST | 181.44 | 1,472,669.17 | 06/30/2025 |
| | | JUNE 2025 INTEREST | | | | | | | | | | | | |
| | | | | | | | | | | | | **1,472,669.17** | | |

**DARYL F. HELLER**
**Cash Receipts**
**June 1 - June 30, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|-----------------|----------------|--------|
| **Citi Bank #0155** | | | | | | |
| Deposit | 06/04/2025 | | | Deposit | Income | 2,000.00 |
| Deposit | 06/13/2025 | | | Deposit | Income | 1,000.00 |
| Deposit | 06/17/2025 | | | Deposit | Income | 1,000.00 |
| Deposit | 06/20/2025 | | | Deposit | Income | 7,500.00 |
| Total Citi Bank #0155 | | | | | | 11,500.00 |
| | | | | | | |
| **Truist Wealth #2518** | | | | | | |
| Deposit | 06/03/2025 | | | Deposit | Income | 1,000.00 |
| Deposit | 06/04/2025 | | | Deposit | Income | 2,000.00 |
| Deposit | 06/09/2025 | | | bank fee rebate | Bank Service Charges | 3.00 |
| Deposit | 06/11/2025 | | | Deposit | Income | 15,000.00 |
| Deposit | 06/13/2025 | | | Deposit | Income | 2,000.00 |
| Deposit | 06/20/2025 | | | Deposit | Income | 15,000.00 |
| Deposit | 06/23/2025 | | | bank fee rebate | Bank Service Charges | 3.50 |
| Deposit | 06/24/2025 | | | refund for enterprise rent a car | Automobile Expense | 16.40 |
| Deposit | 06/27/2025 | | | Deposit - interest income | Interest Income - Truist #2518 | 0.05 |
| Total Truist Wealth #2518 | | | | | | 35,022.95 |
| **TOTAL** | | | | | | **46,522.95** |

**DARYL F. HELLER**
**Cash Disbursements**
**June 1 - June 30, 2025**

**Citi Bank #0155**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|-----------------|----------------|--------|
| Check | 06/02/2025 | | NON-CITIBANK ATM FEE | | Bank Service Charges | 2.50 |
| Check | 06/02/2025 | | Monthly Service Fee | | Bank Service Charges | 5.00 |
| Check | 06/03/2025 | | GRETNA HIDEAWAY | | Meals and Entertainment | 350.41 |
| Check | 06/05/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 06/05/2025 | | APPLE.COM | | Subscriptions | 2.99 |
| Check | 06/06/2025 | | WAWA | | Meals and Entertainment | 220.08 |
| Check | 06/06/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 06/06/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 06/09/2025 | | HP INSTANT INK | Heller Capital | Heller Capital-To Be Reimbursed | 13.24 |
| Check | 06/10/2025 | | APPLE.COM | | Subscriptions | 13.77 |
| Check | 06/10/2025 | | SIGN BASED | | Misc Personal Srvs | 15.00 |
| Check | 06/10/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 06/10/2025 | | GREAT AMERICAN BAGEL | | Meals and Entertainment | 16.35 |
| Check | 06/10/2025 | | RIPTIDE CAR WASH | | Automobile Expense | 39.21 |
| Check | 06/10/2025 | | SIGN BASED | | Misc Personal Srvs | 40.00 |
| Check | 06/10/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL - Specialty Retail Store | Heller Capital-To Be Reimbursed | 1,566.68 |
| Check | 06/11/2025 | | SIGN BASED | | Misc Personal Srvs | 10.60 |
| Check | 06/11/2025 | | COMCAST | INTERNET | Heller Capital-To Be Reimbursed | 281.44 |
| Check | 06/12/2025 | | APPLE.COM | | Subscriptions | 0.99 |
| Check | 06/13/2025 | | FED EX | DESCRIP AS LISTED ON STMT - Shipping -  Heller Capital | Heller Capital-To Be Reimbursed | 21.19 |
| Check | 06/13/2025 | | ENTERPRISE RENT A CAR | | Automobile Expense | 487.80 |
| Check | 06/16/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 06/16/2025 | | AT&T | | Telecom/Datacom | 34.86 |
| Check | 06/16/2025 | | ONVO TRAVEL | | Travel (Lodging/Taxi/Lyft/Uber) | 87.93 |
| Check | 06/17/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 06/17/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 06/17/2025 | | SIGN BASED | | Misc Personal Srvs | 31.80 |
| Check | 06/18/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 06/18/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL - Specialty Retail Store | Heller Capital-To Be Reimbursed | 104.94 |
| Check | 06/20/2025 | | FED EX | DESCRIP AS LISTED ON STMT - Shipping -  Heller Capital | Heller Capital-To Be Reimbursed | 26.33 |
| Check | 06/23/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 06/23/2025 | 2 | ERACTOLL | | Automobile Expense | 6.11 |
| Check | 06/23/2025 | | MANHEIM TWIN KISS | | Meals and Entertainment | 6.89 |
| Check | 06/23/2025 | | APPLE.COM | | Subscriptions | 12.99 |
| Check | 06/23/2025 | | QUENTIN TAVERN | | Meals and Entertainment | 88.83 |
| Check | 06/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 4.24 |
| Check | 06/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 6.68 |
| Check | 06/24/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 06/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 22.90 |
| Check | 06/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 26.40 |
| Check | 06/24/2025 | | CBP PASS & STOW | | Meals and Entertainment | 40.37 |
| Check | 06/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 47.70 |
| Check | 06/24/2025 | | WINKEL | | Meals and Entertainment | 62.65 |
| Check | 06/24/2025 | | SIGN BASED | Recreational Srvs. | Misc Personal Srvs | 269.02 |
| Check | 06/25/2025 | | YOU TUBE TV | Phones, Cable, Utilities | Utilities | 87.97 |
| Check | 06/26/2025 | | CODE TWO | MS 365 | Heller Capital-To Be Reimbursed | 14.42 |
| Check | 06/26/2025 | | FED EX | DESCRIP AS LISTED ON STMT - Shipping -  Heller Capital | Heller Capital-To Be Reimbursed | 24.96 |

**DARYL F. HELLER**
**Cash Disbursements**
**June 1 - June 30, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|-----------------|----------------|--------|
| Check | 06/26/2025 | | AVENUE ALE HOUSE | | Meals and Entertainment | 91.92 |
| Check | 06/26/2025 | | T MOBILE | | Utilities | 140.00 |
| Check | 06/26/2025 | | VERIZON WIRELESS | | Telecom/Datacom | 370.75 |
| Check | 06/27/2025 | | CITIBANK GLOBAL TRANSFER | Charlene Heller | Transfer | 1,000.00 |
| Check | 06/27/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL - Specialty Retail Store | Heller Capital-To Be Reimbursed | 37.10 |
| Check | 06/30/2025 | | LITITZ MARATHON | Fuel | Automobile Expense | 99.75 |
| Check | 06/30/2025 | | SIRIUSXM.COM | XM Radio for multiple vehicles | Subscriptions | 59.32 |
| Check | 06/30/2025 | | WITHDRAWAL | Dining, Groceries, Supplies - Auto Fill | Groceries/Dining/Supplies | 403.00 |
| Total Citi Bank #0155 | | | | | | 6,443.94 |
| | | | | | | |
| **Truist Wealth #2518** | | | | | | |
| Check | 05/30/2025 | 7555 | SHAGGY TO CHIC | | Misc Personal Srvs | 152.00 |
| Check | 05/30/2025 | | SHERATON | | Heller Capital-To Be Reimbursed | 161.90 |
| Check | 05/30/2025 | | NOVARO HEALTH | | Medical- Health | 226.00 |
| Check | 05/30/2025 | | RENTOKIL | PEST CONTROL | Repairs & Maintenance | 68.37 |
| Check | 06/02/2025 | | SHERATON | | Heller Capital-To Be Reimbursed | 198.69 |
| Check | 06/02/2025 | | TURKEY HILL | | Automobile Expense | 47.18 |
| Check | 06/02/2025 | | HONEYGROW | | Groceries/Dining/Supplies | 41.65 |
| Check | 06/02/2025 | | NETFLIX.COM | | Subscriptions | 19.07 |
| Check | 06/03/2025 | 7616 | MAGISTERIAL DISTRICT #MDJ-02-1-01 | NT-181-25 | License Fees Dues | 404.44 |
| Check | 06/03/2025 | | DUTCHMAID DECK | | Meals and Entertainment | 198.83 |
| Check | 06/04/2025 | | HEALTH INS | | Medical- Health | 1,118.02 |
| Check | 06/05/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 21.59 |
| Check | 06/05/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 29.96 |
| Check | 06/09/2025 | | FIREFLIES.AI | | Heller Capital-To Be Reimbursed | 120.00 |
| Check | 06/09/2025 | | INTUIT Qbooks Payroll | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 68.90 |
| Check | 06/09/2025 | | INTEGRITY POOLS | POOL MAINTENANCE | Repairs & Maintenance | 1,017.72 |
| Check | 06/09/2025 | | AA WIFI | HELLER CAPITAL EXPENSE - BUSINESS TRAVEL EXPENSE (WIFI ON PLANE) | Heller Capital-To Be Reimbursed | 12.00 |
| Check | 06/09/2025 | | AMAZON MARKETPLACE | | Groceries/Dining/Supplies | 134.00 |
| Check | 06/09/2025 | | STARBUCKS | DINING | Meals and Entertainment | 27.17 |
| Check | 06/09/2025 | | WITHDRAWAL | | Travel (Lodging/Taxi/Lyft/Uber) | 403.00 |
| Check | 06/09/2025 | | GROVE SURF CAFE | | Meals and Entertainment | 99.19 |
| Check | 06/09/2025 | | TROPICAL ICE CREAM | | Meals and Entertainment | 46.95 |
| Check | 06/10/2025 | | APPLE.COM | | Subscriptions | 0.99 |
| Check | 06/10/2025 | | INTEGRITY POOLS | POOL MAINTENANCE | Repairs & Maintenance | 7.10 |
| Check | 06/11/2025 | | GOOGLE ONE | | Subscriptions | 21.19 |
| Check | 06/12/2025 | | SAIGON BLONDE | | Meals and Entertainment | 59.22 |
| Check | 06/12/2025 | | GULF MART | | Automobile Expense | 20.90 |
| Check | 06/12/2025 | | CIGAR CITY TAPROOM | | Meals and Entertainment | 69.23 |
| Check | 06/12/2025 | | WITHDRAWAL | | Travel (Lodging/Taxi/Lyft/Uber) | 200.00 |
| Check | 06/12/2025 | | HIGHMARK CPA | | Professional Fees | 1,070.16 |
| Check | 06/12/2025 | | AA WIFI | HELLER CAPITAL EXPENSE - BUSINESS TRAVEL EXPENSE (WIFI ON PLANE) | Heller Capital-To Be Reimbursed | 12.00 |
| Check | 06/12/2025 | | SAMBAZON TEMP CON | | Meals and Entertainment | 51.42 |
| Check | 06/12/2025 | | CLT UPTOWN EXCHANGE | | Misc Personal Srvs | 3.97 |
| Check | 06/12/2025 | | DELTA CARE | | Insurance Expense | 169.04 |
| Check | 06/12/2025 | | ACH DEBIT FEES | | License Fees Dues | 66.24 |
| Check | 06/13/2025 | | HARRISBURG INT'L. | | Travel (Lodging/Taxi/Lyft/Uber) | 105.00 |
| Check | 06/13/2025 | | ENTERPRISE RENT A CAR | | Travel (Lodging/Taxi/Lyft/Uber) | 100.00 |

**DARYL F. HELLER**
**Cash Disbursements**
**June 1 - June 30, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 06/13/2025 | | PILOT | | Travel (Lodging/Taxi/Lyft/Uber) | 96.69 |
| Check | 06/13/2025 | | PILOT | | Travel (Lodging/Taxi/Lyft/Uber) | 15.66 |
| Check | 06/13/2025 | | TARGET | | Groceries/Dining/Supplies | 41.32 |
| Check | 06/13/2025 | | WEGMANS | | Misc Personal Srvs | 58.96 |
| Check | 06/13/2025 | | GIANT | | Groceries/Dining/Supplies | 244.03 |
| Check | 06/16/2025 | | BE ADVISER | CH 11 DEBT CLASSES | Misc Personal Srvs | 97.90 |
| Check | 06/16/2025 | | TROUPS CREEK | | Groceries/Dining/Supplies | 88.63 |
| Check | 06/16/2025 | | COMCAST | | Heller Capital-To Be Reimbursed | 29.21 |
| Check | 06/16/2025 | | NEFFSVILLE VETERINARY CLINIC | | Misc Personal Srvs | 371.69 |
| Check | 06/16/2025 | | TROUPS CREEK | | Groceries/Dining/Supplies | 107.03 |
| Check | 06/16/2025 | | AMAZON MARKETPLACE | | Groceries/Dining/Supplies | 63.19 |
| Check | 06/16/2025 | 7617 | Orrstown Bank | | Mortgage Payments | 12,668.90 |
| Check | 06/17/2025 | | ROKU | TELECOM / DATACOM | Computer and Internet Expenses | 12.71 |
| Check | 06/17/2025 | | ADOBE | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 26.48 |
| Check | 06/17/2025 | | INTEGRITY POOLS | POOL MAINTENANCE | Repairs & Maintenance | 89.95 |
| Check | 06/17/2025 | | LANCASTER CUPCAKE | | Meals and Entertainment | 7.69 |
| Check | 06/18/2025 | | SPEEDWAY | | Automobile Expense | 49.00 |
| Check | 06/18/2025 | | LANCASTER CITY SOLI | PARKING | Travel (Lodging/Taxi/Lyft/Uber) | 15.00 |
| Check | 06/18/2025 | | CVS PHARMACY | | Groceries/Dining/Supplies | 23.83 |
| Check | 06/18/2025 | | LITITZ COLLISION | | Automobile Expense | 100.70 |
| Check | 06/18/2025 | | WALMART | | Groceries/Dining/Supplies | 74.78 |
| Check | 06/18/2025 | | TARGET | | Groceries/Dining/Supplies | 6.98 |
| Check | 06/18/2025 | | PROG PREF INSURANCE | | Heller Capital-To Be Reimbursed | 333.20 |
| Check | 06/20/2025 | | TURKEY HILL | | Automobile Expense | 40.27 |
| Check | 06/20/2025 | | WITHDRAWAL | AUTO FILL | Travel (Lodging/Taxi/Lyft/Uber) | 400.00 |
| Check | 06/20/2025 | | KIRIN HOUSE | | Meals and Entertainment | 92.02 |
| Check | 06/20/2025 | | E-Z PARK | | Automobile Expense | 15.00 |
| Check | 06/20/2025 | | UTILITY BILL LASA | | Utilities - Sewer | 38.00 |
| Check | 06/23/2025 | | RENTOKIL / EHRLI | PEST CONTROL | Repairs & Maintenance | 68.37 |
| Check | 06/23/2025 | | WITHDRAWAL | | Travel (Lodging/Taxi/Lyft/Uber) | 403.50 |
| Check | 06/23/2025 | | LITITZ COLLISION | Insurance reimbursed in July - only paid $1000. | Automobile Expense | 5,220.44 |
| Check | 06/23/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 27.59 |
| Check | 06/23/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 90.72 |
| Check | 06/23/2025 | | CBP CONCESSION | | Misc Personal Srvs | 40.39 |
| Check | 06/23/2025 | | TEAM STORE | | Misc Personal Srvs | 72.98 |
| Check | 06/23/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 30.76 |
| Check | 06/23/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 7.69 |
| Check | 06/24/2025 | | TURKEY HILL | | Automobile Expense | 301.50 |
| Check | 06/24/2025 | | INTEGRITY POOLS | POOL MAINTENANCE | Repairs & Maintenance | 28.09 |
| Check | 06/25/2025 | | SON'S ICE CREAM | | Meals and Entertainment | 15.10 |
| Check | 06/26/2025 | | LANCASTER PARKING | | Automobile Expense | 6.00 |
| Check | 06/26/2025 | | NETFLIX.COM | | Subscriptions | 19.07 |
| Check | 06/27/2025 | | BLUE BIRD INN | | Meals and Entertainment | 171.51 |
| Check | 06/27/2025 | | RENTOKIL / EHRLI | PEST CONTROL | Misc Personal Srvs | 262.24 |
| Check | 06/27/2025 | | Bent Creek Community | | License Fees Dues | 13.00 |
| Total Truist Wealth #2518 | | | | | | 28,560.86 |
| **TOTAL** | | | | | | **35,004.80** |

**Daryl F. Heller**

**25-11354**

**Period: June 1 - June 30, 2025**

| | Citi Bank 0155 DIP | Truist Bank 2518 DIP | Total | Cumulative Total |
|---|---|---|---|---|
| **CASH - Beginning of Period** | $ 1,011.48 | $ 1,998.53 | $ 3,010.01 | $ 18,796.89 |
| | | | | |
| **CASH RECEIPTS** | | | | |
| Salary or Cash from Business | 11,500.00 | 35,000.00 | 46,500.00 | 176,894.88 |
| Other Deposits (See detailed receipts) | | | - | 0.01 |
| Inerest or Dividend Income | | 0.05 | 0.05 | 0.41 |
| Other Reimbursements (Heller Capital expenses) | | | - | 7,185.42 |
| Social Security/Pension/Retirement | | | - | - |
| Sale of Household Assets (attach list to this report) | | | - | - |
| Tax Refunds | | | - | - |
| Credits/Refunds | | 22.90 | 22.90 | 546.49 |
| Transfers | | | - | 9,500.00 |
| **TOTAL RECEIPTS** | **11,500.00** | **35,022.95** | **46,522.95** | **194,127.21** |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| Alimony or Child Support Payments | | | - | - |
| Automobile/Vehicle Expenses | 632.87 | 5,800.99 | 6,433.86 | 10,077.65 |
| Bank Fees | 67.50 | | 67.50 | 267.50 |
| Charitable Donations | | | - | 1,150.00 |
| Computer & Internet | | 12.71 | 12.71 | 345.83 |
| Education/Tuition | | | - | 11,769.14 |
| Gifts | | | - | 103.50 |
| Groceries/Dining/Supplies | 403.00 | 825.44 | 1,228.44 | 8,845.52 |
| Income Taxes | | | - | - |
| Insurance | | 169.04 | 169.04 | 6,319.04 |
| IRA Contribution | | | - | - |
| Licenses, Permits, Fees | | 483.68 | 483.68 | 1,080.58 |
| Meals & Entertainment | 877.50 | 838.33 | 1,715.83 | 12,003.75 |
| Medical/Dental/Health Payments (Include amounts to be reimbursed from HSA) | | 1,344.02 | 1,344.02 | 5,367.10 |
| Mortgage Payment(s) | | 12,668.90 | 12,668.90 | 51,108.52 |
| Other Disbursements (Heller Capital - to be reimbursed) | 2,198.22 | 962.38 | 3,160.60 | 24,439.74 |
| Other Disbursements (pending fraudulent charges) | | | - | 151.86 |
| Other Disbursements (prior credit card charges - closed & pre-petition expenses) | | | - | 6,359.60 |
| Other Secured Payments (Student Loan) | | | - | - |
| Parents Elderly Care | | | - | 3,000.00 |
| Personal Services | 366.42 | 1,060.13 | 1,426.55 | 2,470.64 |
| Professional Fees (Legal, Accounting, Consulting) | | 1,070.16 | 1,070.16 | 1,115.00 |
| Repairs, Maintenance, & Home Services (incl. security system) | | 1,279.60 | 1,279.60 | 7,862.86 |
| Specialty Retail Stores (clothing, fashion, footwear, etc.) | | | - | 1,246.46 |
| Subscriptions | 176.92 | 60.32 | 237.24 | 2,423.76 |
| Taxes - Personal Property | | | - | - |
| Taxes - Real Estate | | | - | - |
| Telecom/Datacom | 405.61 | | 405.61 | 3,842.99 |
| Transfers | 1,000.00 | | 1,000.00 | 25,000.00 |
| Travel (Lodging/Taxi/Lyft/Uber) | 87.93 | 1,947.16 | 2,035.09 | 9,975.67 |
| U.S. Trustee Quarterly Fees | | | - | 250.00 |
| Utilities (Electric, Gas, Water, Sewer/Sanitation) | 227.97 | 38.00 | 265.97 | 1,819.23 |
| **TOTAL DISBURSEMENTS** | **6,443.94** | **28,560.86** | **35,004.80** | **198,395.94** |
| | | | | |
| **CASH - End of Period** | $ 6,067.54 | $ 8,460.62 | $ 14,528.16 | $ 14,528.16 |

010/R1/04F014

Citibank Client Services   014
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**

**DARYL HELLER**
**909 Greenside Drive**
**Lititz PA**          **17543-6607**

**Statement Period**
**Jun 1 - Jun 30, 2025**

Page 1 of 8

## YOUR SIMPLIFIED BANKING ACCOUNT STATEMENT AS OF JUNE 30, 2025

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$6,067.54** |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

Effective September 19th, 2025, the Non-Citi ATM fee waiver for Enhanced Direct Deposit will be removed and the $2.50 Non-Citi ATM fee will be charged for all Regular Checking accounts. New Savings and Checking accounts will be charged a Monthly Service Fee and Non-Citi ATM fee after the first full calendar month after account opening unless eligible for fee waivers. Please refer to sections 5.1 Introduction and 5.2 Monthly Service Fees and Non-Citi ATM Fees in the Consumer Deposit Account Agreement for more information.

## Your Citibank Statement

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| April 2025 | $0 - $14,999 | None |
| May 2025 | $0 - $14,999 | None |
| June 2025 | $0 - $14,999 | None |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Non-Citi ATM Fee | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Access Account | 11638750155 | $5.00 | $2.50 | N/A | None |
| Total | | $5.00 | $2.50 | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

DARYL HELLER                    Account ███████████            Page 2 of 8    010/R1/04F014
Statement Period -  Jun 1 - Jun 30, 2025

## CHECKING ACTIVITY

### Access Account

|  |  | Beginning Balance: | $1,011.48 |
|--|--|--------------------|-----------|
|  |  | Ending Balance: | $6,067.54 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 06/02 | Fee for Non-Citibank ATM use | 2.50 | | |
| 06/02 | Monthly Service Fee | 5.00 | | 1,003.98 |
| 06/03 | Debit Card Purchase 05/30 07:21p #2010 | 350.41 | | 653.57 |
| | TST*MT. GRETNA HIDEAWA Mount Gretna  PA 25151 | | | |
| | Restaurant/Bar | | | |
| 06/04 | Incoming Wire Transfer  WIRE FROM POWERCOIN LLC | | 2,000.00 | 2,653.57 |
| 06/05 | Incoming Wire Transfer Fee  INCOMING WIRE    FEE | 15.00 | | |
| 06/05 | Debit Card Purchase 06/03 04:10a #2010 | 2.99 | | 2,635.58 |
| | APPLE.COM/BILL       866-712-7753  CA 25155 | | | |
| 06/06 | Debit PIN Purchase WAWA 5147       LARGO      FLUS05155 | 220.08 | | |
| 06/06 | Mobile Purchase Sign Based 06/04 07:21a #2010 | 11.65 | | |
| | D4339 APPLE.COM/BILL    866-712-7753  CA 25156 | | | |
| 06/06 | Mobile Purchase Sign Based 06/04 09:56p #2010 | 15.89 | | 2,387.96 |
| | D4339 APPLE.COM/BILL    866-712-7753  CA 25156 | | | |
| 06/09 | Debit Card Purchase 06/05 03:33p #2010 | 13.24 | | 2,374.72 |
| | HP *INSTANT INK    855-785-2777  CA 25157 | | | |
| | Specialty Retail stores | | | |
| 06/10 | Debit Card Purchase 06/09 12:28a #2010 | 13.77 | | |
| | APPLE.COM/BILL       866-712-7753  CA 25160 | | | |
| 06/10 | Mobile Purchase Sign Based 06/07 09:14p #2010 | 15.00 | | |
| | D4339 APPLE CASH SENT MONEY  CUPERTINO    CA 25159 | | | |
| 06/10 | Mobile Purchase Sign Based 06/06 01:57p #2010 | 15.89 | | |
| | D4339 APPLE.COM/BILL    866-712-7753  CA 25158 | | | |
| 06/10 | Debit Card Purchase 06/06 12:16p #2010 | 16.35 | | |
| | GREAT AMERICAN BAGEL C MIDDLETOWN    PA 25158 | | | |
| | Restaurant/Bar | | | |
| 06/10 | Debit Card Purchase 06/08 04:05a #2010 | 39.21 | | |
| | CK*RIPTIDE CAR WASH LP LITITZ      PA 25160 | | | |
| | Autos (rental, service, gas) | | | |
| 06/10 | Mobile Purchase Sign Based 06/07 06:59p #2010 | 40.00 | | |
| | D4339 APPLE CASH SENT MONEY  CUPERTINO    CA 25159 | | | |
| 06/10 | Debit Card Purchase 06/07 05:28a #2010 | 1,566.68 | | 667.82 |
| | INTUIT *QBooks Online  CL.INTUIT.COM CA 25158 | | | |
| | Specialty Retail stores | | | |
| 06/11 | Mobile Purchase Sign Based 06/10 03:42a #2010 | 10.60 | | |
| | ZOHO* ZOHO-VAULT    PLEASANTON  CA 25161 | | | |
| | Misc Business Services | | | |
| 06/11 | Debit Card Purchase 06/09 08:22a #2010 | 281.44 | | 375.78 |
| | COMCAST / XFINITY    800-266-2278  PA 25161 | | | |
| | Phones, Cable & Utilities | | | |
| 06/12 | Mobile Purchase Sign Based 06/10 11:07a #2010 | 0.99 | | 374.79 |
| | D4339 APPLE.COM/BILL    866-712-7753  CA 25162 | | | |
| 06/13 | Incoming Wire Transfer  WIRE FROM HELLER CAPITAL GROUP | | 1,000.00 | |
| 06/13 | Debit Card Purchase 06/10 08:33a #2010 | 21.19 | | |
| | FEDEX492368264    MEMPHIS    TN 25163 | | | |
| | Misc Transportation | | | |
| 06/13 | Debit Card Purchase 06/06 08:41p #2010 | 487.80 | | 865.80 |
| | ENTERPRISE RENT-A-CAR  TAMPA      FL 25163 | | | |
| | Autos (rental, service, gas) | | | |
| 06/16 | Incoming Wire Transfer Fee  INCOMING WIRE    FEE | 15.00 | | |
| 06/16 | ACH Electronic Debit ATT          PAYMENT | 34.86 | | |
| 06/16 | Debit PIN Purchase ONVO TRAVEL PLA      DUNCANNON  PAUS00155 | 87.93 | | 728.01 |
| 06/17 | Incoming Wire Transfer  WIRE FROM HELLER CAPITAL GROUP | | 1,000.00 | |
| 06/17 | Debit Card Purchase 06/13 07:51p #2010 | 11.65 | | |
| | APPLE.COM/BILL       866-712-7753  CA 25165 | | | |
| 06/17 | Mobile Purchase Sign Based 06/13 01:58p #2010 | 15.89 | | |
| | D4339 APPLE.COM/BILL    866-712-7753  CA 25165 | | | |
| 06/17 | Mobile Purchase Sign Based 06/16 05:03a #2010 | 31.80 | | 1,668.67 |
| | ZOHO* ZOHO-EXPENSE   PLEASANTON  CA 25167 | | | |
| | Misc Business Services | | | |
| 06/18 | Incoming Wire Transfer Fee  INCOMING WIRE    FEE | 15.00 | | |
| 06/18 | Debit Card Purchase 06/17 05:40a #2010 | 104.94 | | 1,548.73 |
| | INTUIT *QBooks Online  CL.INTUIT.COM CA 25168 | | | |
| | Specialty Retail stores | | | |
| 06/20 | Incoming Wire Transfer  WIRE FROM HELLER CAPITAL GROUP | | 7,500.00 | |
| 06/20 | Debit Card Purchase 06/13 06:34p #2010 | 26.33 | | 9,022.40 |
| | FEDEX492649925      MEMPHIS    TN 25169 | | | |
| | Misc Transportation | | | |
| 06/23 | Incoming Wire Transfer Fee  INCOMING WIRE    FEE | 15.00 | | |

DARYL HELLER

Account [REDACTED]

Page 3 of 8

010/R1/04F014

Statement Period -  Jun 1 - Jun 30, 2025

## CHECKING ACTIVITY                                                                 Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|------------------:|-------------:|--------:|
| 06/23 | Debit Card Purchase 06/18 11:01a #2010<br>ERACTOLL 471886938   877-860-1258 FL 25170<br>Misc Transportation | 6.11 | | |
| 06/23 | Debit Card Purchase 06/18 08:23p #2010<br>MANHEIM TWIN KISS    MANHEIM    PA 25170<br>Restaurant/Bar | 6.89 | | |
| 06/23 | Mobile Purchase Sign Based 06/19 01:31p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25171 | 12.99 | | |
| 06/23 | Debit Card Purchase 06/18 08:04p #2010<br>TST*QUENTIN TAVERN   Lebanon    PA 25170<br>Restaurant/Bar | 88.83 | | 8,892.58 |
| 06/24 | Debit Card Purchase 06/22 08:09p #2010<br>MSFT * E0700WUCPU    MSBILL.INFO  WA 25174<br>Specialty Retail stores | 4.24 | | |
| 06/24 | Mobile Purchase Sign Based 06/22 08:09p #2010<br>MSFT * E0700WUCEU    MSBILL.INFO  WA 25174<br>Specialty Retail stores | 6.68 | | |
| 06/24 | Mobile Purchase Sign Based 06/20 01:57p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25172 | 15.89 | | |
| 06/24 | Debit Card Purchase 06/22 08:15p #2010<br>MSFT * E0700WUK5S    MSBILL.INFO  WA 25174<br>Specialty Retail stores | 22.90 | | |
| 06/24 | Debit Card Purchase 06/22 08:09p #2010<br>MSFT * E0700WUC4V    MSBILL.INFO  WA 25174<br>Specialty Retail stores | 26.40 | | |
| 06/24 | Debit Card Purchase 06/20 10:16p #2010<br>AMK CBP PASS & STOW   PHILADELPHIA PA 25172<br>Restaurant/Bar | 40.37 | | |
| 06/24 | Debit Card Purchase 06/22 08:08p #2010<br>MSFT * E0700WUC4U    MSBILL.INFO  WA 25174<br>Specialty Retail stores | 47.70 | | |
| 06/24 | Debit Card Purchase 06/21 11:33a #2010<br>SQ *WINKEL        PHILA     PA 25173<br>Restaurant/Bar | 62.65 | | |
| 06/24 | Mobile Purchase Sign Based 06/20 07:01p #2010<br>STUBHUB INC      8667882482  CA 25172<br>Recreational Services | 269.02 | | 8,396.73 |
| 06/25 | Debit Card Purchase 06/23 06:31p #2010<br>GOOGLE *YouTube TV   650-253-0000 CA 25175<br>Phones, Cable & Utilities | 87.97 | | 8,308.76 |
| 06/26 | Debit Card Purchase 06/24 08:04a #2010<br>CODETWO        JELENIA GORA  POL25176<br>Specialty Retail stores | 14.42 | | |
| 06/26 | Debit Card Purchase 06/23 08:33a #2010<br>FEDEX493474420      MEMPHIS     TN 25176<br>Misc Transportation | 24.96 | | |
| 06/26 | Debit Card Purchase 06/23 08:08p #2010<br>AVENUE ALE HOUSE    YORK     PA 25176<br>Restaurant/Bar | 91.92 | | |
| 06/26 | Debit Card Purchase 06/24 10:43a #2010<br>TMOBILE POSTPAID WEB  800-937-8997 WA 25176<br>Phones, Cable & Utilities | 140.00 | | |
| 06/26 | Debit Card Purchase 06/25 05:43a #2010<br>VZWRLSS*APOCC VISB   800-922-0204 FL 25176<br>Phones, Cable & Utilities | 370.75 | | 7,666.71 |
| 06/27 | Citibank Global Transfer 06/27 08:36a<br>0005262228402445667 250627CITIBANK ONLINE<br>Heller Charlene | 1,000.00 | | 6,666.71 |
| 06/30 | Debit PIN Purchase Lititz Marathon    Lititz    PAUS00155 | 99.75 | | |
| 06/30 | Debit Card Purchase 06/26 09:19a #2010<br>INTUIT *QBooks Online  CL.INTUIT.COM CA 25178<br>Specialty Retail stores | 37.10 | | |
| 06/30 | Debit Card Purchase 06/26 07:43a #2010<br>SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 25178<br>Phones, Cable & Utilities | 59.32 | | |
| 06/30 | Cash Withdrawal 06/28 02:30p #2010<br>Non Citi ATM JBT       Manheim    PAUS051 | 403.00 | | 6,067.54 |
| | **Total Subtracted/Added** | **6,443.94** | **11,500.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

DARYL HELLER                          Account █████████          Page 4 of 8          010/R1/04F014
                                      Statement Period -  Jun 1 - Jun 30, 2025

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226 | Citibank Client Services |
| | For TTY:We accept 711 or | 100 Citibank Drive |
| | other Relay Service. | San Antonio, TX 78245-9966 |

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4226
(TTY: We accept 711 or other Relay Service).

DARYL HELLER                          Account ██████████        Page 5 of 8       010/R1/04F014
                                     Statement Period -  Jun 1 - Jun 30, 2025

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country**: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

© 2025 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

DARYL HELLER                    Account ▮▮▮▮▮▮▮▮▮                    Page 6 of 8                    010/R1/04F014
                               Statement Period - Jun 1 - Jun 30, 2025

1.  Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB .

Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of a Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2.  Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible accounts, you will join that Relationship Tier on the first day of the next calendar month.

Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

*Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

*Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. . As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3.  **CAMB Balance Range Chart**

|  | **Citi Priority** | **Citigold** | **Citigold Private Client** |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

DARYL HELLER                          Account [REDACTED]                    Page 7 of 8                    010/R1/04F014
Statement Period -  Jun 1 - Jun 30, 2025

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| Account Fees and Waiver Eligibility | | | | | |
|---|---|---|---|---|---|
| | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| Description | Monthly Service Fee | Non--Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings Account | $0 | $0 | N/A | N/A | N/A |
| * An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit. | | | | | |

DARYL HELLER                          Account ███████████                  Page 8 of 8
                                      Statement Period -  Jun 1 - Jun 30, 2025                    010/R1/04F014

**This page has been intentionally left blank.**



718-95-01-00 20280  3 C 001 18 S  66 002
DARYL F HELLER
CHARLENE R HELLER
909 GREENSIDE DR
LITITZ PA  17543-6607

# Your account statement
For 06/27/2025

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ TRUIST WEALTH CHECKING ▇▇▇▇▇▇▇

### Account summary

| | |
|---|---|
| Your previous balance as of 05/29/2025 | $1,998.53 |
| Checks | - 13,225.34 |
| Other withdrawals, debits and service charges | - 15,335.52 |
| Deposits, credits and interest | + 35,022.95 |
| Your new balance as of 06/27/2025 | = $8,460.62 |

### Interest summary

| | |
|---|---|
| Interest paid this statement period | $0.05 |
| 2025 interest paid year-to-date | $0.89 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 05/30 | 7555 | 152.00 | 06/03 | *7616 | 404.44 | 06/16 | 7617 | 12,668.90 |

\* indicates a skip in sequential check numbers above this item

Total checks = $13,225.34

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/30 | DEBIT CARD PURCHASE SHERATON HARRISBUR 05-28 HARRISBURG    PA 5631 | 161.90 |
| 05/30 | DEBIT CARD RECURRING PYMT NOVARA HEALTH 05-29 WWW.NOVARAHEA PA 5631 | 226.00 |
| 05/30 | DEBIT CARD PURCHASE RENTOKIL NA, INC 05-29 610-372-9700  PA 5631 | 68.37 |
| 06/02 | DEBIT CARD PURCHASE SHERATON HARRISBUR 05-29 HARRISBURG    PA 5631 | 198.69 |
| 06/02 | DEBIT CARD PURCHASE TURKEY HILL 0318 05-31 LANCASTER      PA 5631 | 47.18 |
| 06/02 | DEBIT CARD PURCHASE HONEYGROW 05-31 WWW.HONEYGROW  PA 5631 | 41.65 |
| 06/02 | DEBIT CARD RECURRING PYMT NETFLIX.COM 05-31 NETFLIX.COM   CA 5631 | 19.07 |
| 06/03 | DEBIT CARD PURCHASE TST* DUTCHMAID DEC 06-02 EPHRATA     PA 5631 | 198.83 |
| 06/04 | DEBIT CARD PURCHASE HEALTH INS PREMIUM 06-03 877-221-4541   CT 5631 | 1,118.02 |
| 06/05 | DEBIT CARD PURCHASE LYFT  *RIDE WED 6 06-05 LYFT.COM     CA 5631 | 21.59 |
| 06/05 | DEBIT CARD PURCHASE LYFT  *RIDE WED 1 06-05 LYFT.COM     CA 5631 | 29.96 |
| 06/09 | DEBIT CARD RECURRING PYMT FIREFLIES.AI 06-06 FIREFLIES.AI  CA 5631 | 120.00 |
| 06/09 | DEBIT CARD RECURRING PYMT INTUIT *QBooks Onl 06-06 CL.INTUIT.COM  CA 5631 | 68.90 |
| 06/09 | DEBIT CARD PURCHASE INTEGRITY POOLS & 06-06 717-3931600   PA 5631 | 1,017.72 |
| 06/09 | DEBIT CARD PURCHASE AA WIFI 1-877-350- 06-06 Fort Worth    TX 5631 | 12.00 |
| 06/09 | DEBIT CARD PURCHASE MARKETPLACE 1897 C 06-06 CHARLOTTE    NC 5631 | 134.00 |
| 06/09 | DEBIT CARD PURCHASE STARBUCKS B CLT 06-06 CHARLOTTE     NC 5631 | 27.17 |
| 06/09 | ATM NETWORK CASH WITHDRAWAL 06-06-25 CHARLOTTE     5631 BANK OF AMERICA | 403.00 |
| 06/09 | DEBIT CARD PURCHASE SQ *GROVE SURF CAF 06-07 Indian Rocks  FL 5631 | 99.19 |
| 06/09 | DEBIT CARD PURCHASE TROPICAL ICE CREAM 06-09 INDIAN ROCKS  FL 5631 | 46.95 |
| 06/10 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 06-09 866-712-7753  CA 5342 | 0.99 |

*continued*

■ TRUIST WEALTH CHECKING ▓▓▓▓▓▓▓▓ ing Documents    Page 17 of 22

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 06/10 | DEBIT CARD PURCHASE INTEGRITY POOLS & 06-09 717-3931600    PA 5631 | 7.10 |
| 06/11 | DEBIT CARD PURCHASE GOOGLE *GOOGLE ONE 06-10 650-253-0000   CA 5631 | 21.19 |
| 06/12 | DEBIT CARD PURCHASE SAIGON BLONDE 06-10 ST PETE      FL 5631 | 59.22 |
| 06/12 | DEBIT CARD PURCHASE GULF MART 06-11 INDIAN ROCKS   FL 5631 | 20.90 |
| 06/12 | DEBIT CARD PURCHASE CIGAR CITY TAP.F2 06-11 TAMPA       FL 5631 | 69.23 |
| 06/12 | ATM NETWORK CASH WITHDRAWAL 06-11-25 TAMPA      5631 ISPA/PIMDS | 200.00 |
| 06/12 | DEBIT CARD PURCHASE HIGHMARK CPA 06-11 https://WWW.H PA 5631 | 1,070.16 |
| 06/12 | DEBIT CARD PURCHASE AA WIFI 1-888-649- 06-11 Fort Worth    TX 5631 | 12.00 |
| 06/12 | DEBIT CARD PURCHASE SAMBAZON TEMP CON 06-11 CHARLOTTE    NC 5342 | 51.42 |
| 06/12 | DEBIT CARD PURCHASE CLT Uptown Exchang 06-12 Charlotte     NC 5631 | 3.97 |
| 06/12 | INTERNET PAYMENT PREMIUM   DeltaCare 894166989953 | 169.04 |
| 06/12 | ACH CORP DEBIT FEES     VSP 800-785-0699 HELLER,DARYL CUSTOMER ID NCCD16349813152 | 66.24 |
| 06/13 | DEBIT CARD PURCHASE HARRISBURG INTERNA 06-11 MIDDLETOWN     PA 5631 | 105.00 |
| 06/13 | DEBIT CARD PURCHASE ENTERPRISE RENT-A- 06-12 E PETERSBURG    PA 5342 | 100.00 |
| 06/13 | DEBIT CARD PURCHASE 06-12-25 DUNCANNON    PA 5631 PILOT_00517 | 96.69 |
| 06/13 | DEBIT CARD PURCHASE PILOT 517 06-12 DUNCANNON      PA 5631 | 15.66 |
| 06/13 | DEBIT CARD PURCHASE TARGET      0002 06-12 LEBANON       PA 5342 | 41.32 |
| 06/13 | DEBIT CARD PURCHASE WEGMANS #078 06-12 WILLIAMSPORT   PA 5631 | 58.96 |
| 06/13 | DEBIT CARD PURCHASE-PIN 06-12-25 LITITZ       5342 GIANT 6004 1008 LITITZ | 244.03 |
| 06/16 | DEBIT CARD PURCHASE BE ADVISER 06-13 8559761700    MI 5631 | 97.90 |
| 06/16 | DEBIT CARD PURCHASE SQ *TROUPS CREEK G 06-13 TROUPSBURG    NY 5631 | 88.63 |
| 06/16 | DEBIT CARD PURCHASE COMCAST / XFINITY 06-14 800-266-2278   PA 5631 | 29.21 |
| 06/16 | DEBIT CARD PURCHASE NEFFSVILLE VETERIN 06-14 LANCASTER    PA 5342 | 371.69 |
| 06/16 | DEBIT CARD PURCHASE SQ *TROUPS CREEK G 06-14 TROUPSBURG    NY 5631 | 107.03 |
| 06/16 | DEBIT CARD PURCHASE AMAZON MKTPL*NA2VH 06-14 Amzn.com/bill WA 5342 | 63.19 |
| 06/17 | DEBIT CARD RECURRING PYMT Roku for ESPN 06-16 816-2728107   DE 5631 | 12.71 |
| 06/17 | DEBIT CARD RECURRING PYMT ADOBE *ADOBE 06-16 408-536-6000  CA 5631 | 26.48 |
| 06/17 | DEBIT CARD PURCHASE INTEGRITY POOLS & 06-16 717-3931600    PA 5631 | 89.95 |
| 06/17 | DEBIT CARD PURCHASE SQ *LANCASTER CUPC 06-16 Lancaster     PA 5631 | 7.69 |
| 06/18 | DEBIT CARD PURCHASE SPEEDWAY 45802 06-17 LANCASTER      PA 5631 | 49.00 |
| 06/18 | DEBIT CARD PURCHASE LANCASTER CTY SOLI 06-17 LANCASTER    PA 5631 | 15.00 |
| 06/18 | DEBIT CARD PURCHASE CVS/PHARMACY #0205 06-17 LANDISVILLE    PA 5342 | 23.83 |
| 06/18 | DEBIT CARD PURCHASE LITITZ COLLISION & 06-17 717-6260099   PA 5631 | 100.70 |
| 06/18 | DEBIT CARD PURCHASE WM SUPERCENTER #23 06-17 EPHRATA      PA 5631 | 74.78 |
| 06/18 | DEBIT CARD PURCHASE TARGET      0002 06-17 LANCASTER    PA 5342 | 6.98 |
| 06/18 | TELEPHONE PAYMENT INS PREM  PROG PREFERRED POL  998903622 | 333.20 |
| 06/20 | DEBIT CARD PURCHASE TURKEY HILL 0318 06-18 LANCASTER     PA 5342 | 40.27 |
| 06/20 | ATM NETWORK CASH WITHDRAWAL 06-18-25 LEBANON    5631 PNC BANK | 400.00 |
| 06/20 | DEBIT CARD PURCHASE KIRIN HOUSE 06-19 131-27305592   IL 5342 | 92.02 |
| 06/20 | DEBIT CARD PURCHASE E-Z PARK, INC 06-18 PHILADELPHIA   PA 5342 | 15.00 |
| 06/20 | UTIL BILL  LASA 9000 HELLER, DARYL & CHARLE | 38.00 |
| 06/23 | DEBIT CARD PURCHASE WWP*RENTOKIL/EHRLI 06-20 866-845-6312   PA 5631 | 68.37 |
| 06/23 | ATM NETWORK CASH WITHDRAWAL 06-20-25 LITITZ      5631 VV081667 | 403.50 |
| 06/23 | DEBIT CARD PURCHASE LITITZ COLLISION & 06-20 717-6260099   PA 5631 | 5,220.44 |
| 06/23 | DEBIT CARD PURCHASE LYFT  *RIDE FRI 4 06-20 LYFT.COM     CA 5631 | 27.59 |
| 06/23 | DEBIT CARD PURCHASE LYFT  *RIDE FRI 6 06-21 LYFT.COM     CA 5631 | 90.72 |
| 06/23 | DEBIT CARD PURCHASE AMK CBP CONCESSION 06-20 PHILADELPHIA   PA 5631 | 40.39 |
| 06/23 | DEBIT CARD PURCHASE TEAM STORE 06-20 PHILADELPHIA   PA 5631 | 72.98 |
| 06/23 | DEBIT CARD PURCHASE LYFT  *RIDE FRI 1 06-21 LYFT.COM     CA 5631 | 30.76 |
| 06/23 | DEBIT CARD PURCHASE LYFT  *RIDE FRI 1 06-21 LYFT.COM     CA 5631 | 7.69 |
| 06/24 | DEBIT CARD PURCHASE TURKEY HILL 0318 06-23 LANCASTER     PA 5631 | 301.50 |
| 06/24 | DEBIT CARD PURCHASE INTEGRITY POOLS & 06-23 717-3931600    PA 5631 | 28.09 |
| 06/25 | DEBIT CARD PURCHASE SQ *SON?S ICE CREA 06-23 East Petersbu  PA 5631 | 15.10 |
| 06/26 | DEBIT CARD PURCHASE LANCASTER PARKING 06-24 LANCASTER     PA 5342 | 6.00 |
| 06/26 | DEBIT CARD PURCHASE Netflix.com 06-25 netflix.com   CA 5631 | 19.07 |
| 06/27 | DEBIT CARD PURCHASE BLUE BIRD INN 06-25 702-7986400    PA 5631 | 171.51 |
| 06/27 | DEBIT CARD PURCHASE WWP*RENTOKIL/EHRLI 06-26 866-845-6312   PA 5631 | 262.24 |
| 06/27 | INTERNET PAYMENT Assn Dues  BENT CREEK COMMU 56722151 | 13.00 |

Total other withdrawals, debits and service charges                                    = $15,335.52





■ TRUIST WEALTH CHECKING ████████ (continued)

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/03 | INCOMING WIRE TRANSFER WIRE REF# 20250603-00010813 | 1,000.00 |
| 06/04 | INCOMING WIRE TRANSFER WIRE REF# 20250604-00025125 | 2,000.00 |
| 06/09 | FOREIGN ATM SURCHARGE REBATE 06-06-25 CHARLOTTE    5631 BANK OF AMERICA | 3.00 |
| 06/11 | INCOMING WIRE TRANSFER WIRE REF# 20250611-00018878 | 15,000.00 |
| 06/13 | INCOMING WIRE TRANSFER WIRE REF# 20250613-00020174 | 2,000.00 |
| 06/20 | INCOMING WIRE TRANSFER WIRE REF# 20250620-00037914 | 15,000.00 |
| 06/23 | FOREIGN ATM SURCHARGE REBATE 06-20-25 LITITZ    5631 VV081667 | 3.50 |
| 06/24 | DEBIT CARD RETURN ENTERPRISE RENT-A- 06-23 E PETERSBURG   PA 5342 | 16.40 |
| 06/27 | INTEREST PAYMENT | 0.05 |
| Total deposits, credits and interest | | = $35,022.95 |

E-mail is a convenient and quick way for you to receive notifications and alerts about your account.

If you d like to add or update an e-mail address, please do one of the following:

·   **If you have Online Banking or the Truist Mobile App:** Access Online Banking via Truist.com to add/update the information or use the Truist Mobile Banking app to add/update the information.

·   **Call the Truist Care Center at 844-4TRUIST.**

      NOTE: For your protection, prior to making any updates or changes, a Truist Care Center Specialist will perform additional authentication by verifying your phone number and sending you a one-time passcode.



# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am   5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
In case of errors or questions about your Truist Ready Now Credit Line statement
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0006032



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

7616

**Daryl F. Heller**
Charlene R. Heller
909 Greenside Drive
Lititz, PA 17543

TRUIST FINANCIAL
1676 Oregon Pike
Lancaster, PA 17601
60-912/313

Date

PAY TO THE
ORDER OF Magisterial District No. MDJ-02-1-01 $ 404 44/100

Four Hundred Four and 44/100 _____ DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

Memo NT-181-25

FOR DEPOSIT ONLY
MDC '02-1-01

060325    0867    08670000777193 · 031301422



CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**7617**

**Daryl F. Heller**
Charlene R. Heller
909 Greenside Drive
Lititz, PA 17543

TRUIST FINANCIAL
1676 Oregon Pike
Lancaster, PA 17601
60-912/313

Date

PAY TO THE ORDER OF   Orrstown Bank        $ 12,668 00/100

Twelve Thousand Six Hundred Sixty-Eight and 00/100   DOLLARS

Memo # 700007332                           MP

>FED ABA RT<

20250616 1075000499220 Orrstown Bnk 031315036 TLR # 0001264
2025-06-16  Horizon  BR#126   DR#1264
1264  126DPTEL001  UNKNOWN  TRANCK
seq# 1075000499220   core seq#
runid b58007b8-a17c-4fef-813c-3153c9d92439
tranid e43742d0-b0d9-315d-90fd-c538ada05baf

