|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **DMC GROUP CPAS & ADVISORS, LLC**<br>22 Horseneck Road<br>Fairfield, NJ 07004<br>(973) 243-2600<br>James McNulty (jmc@dmcpa.com)<br>*Accountants for Daryl Fred Heller, the Chapter 11*<br>*Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>             Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**FIRST MONTHLY FEE STATEMENT OF DMC GROUP CPAS & ADVISORS, LLC, ACCOUNTANTS FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

DMC Group CPAs & Advisors, LLC, accountants for the above-captioned debtor and debtor-in- possession, hereby submits this first monthly fee Statement for the period from April 1, 2025 through April 30, 2025 (the "Fee Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, entered on April 3, 2025 [Docket No. 170]. See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Dated: July 22, 2025                                                       */s/ James McNulty*
                                                                                                 James McNulty

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor: Daryl Fred Heller          Applicant: DMC Group CPA's & Advisors, LLC

Case No.: 25-11354 (JNP)           Client: Daryl Fred Heller

Chapter: 11                        Case Filed: February 10, 2025

**FIRST MONTHLY FEE STATEMENT FOR DMC GROUP
CPAS & ADVISORS, LLC, ACCOUNTANTS, FOR THE PERIOD
FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

**SECTION 1
FEE SUMMARY**

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 0.00 | $ 0.00 |
| Total Fees Allowed To Date: | $ 0.00 | $ 0.00 |
| Total Retainer (If Applicable): | $ 0.00 | |
| Total Holdback (If Applicable): | $ 0.00 | |
| Total Received By Applicant: | $ 0.00 | |

| | |
|---|---|
| **FEE TOTALS:** | $6,637.50 |
| **DISBURSEMENT TOTALS:** | $0.00 |
| **TOTAL:** | $6,637.50 |
| **MINUS 20% HOLDBACK OF FEES:** | ($1,327.50) |
| **AMOUNT SOUGHT IN 1st MONTHLY:** | $5,310.00 |

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| 1.  James F. McNulty, CPA | 17.25 | 300.00 | $5,175.00 |
| 2.  Gary S. Loma, Sr. Tax Accountant | 9.75 | 150.00 | $1,462.50 |
| **TOTAL:** | **27.00** | | **$6,637.50** |

## SECTION II

## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting Services | 27.00 | $6,637.50 |
| **SERVICE TOTALS:** | **27.00** | **$6,637.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Other** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

I certify under penalty of perjury that the above is true.

Dated: July 21, 2025             */s/ James McNulty*
                                 James McNulty

# EXHIBIT B

# The DMC Group CPA's & Advisors, LLC
## d/b/a James F. McNulty, CPA
22 Horseneck Road  
Fairfield, NJ  07007  
973-243-2600

Daryl F. Heller

Invoice No.: 22332  
Date: July 17, 2025  
Case No.: 25-11354

---

| Date | Name | Time | Amount | Description |
|---|---|---|---|---|
| 4/1/2025 | MCNULTY | 0.75 | 225.00 | February 2025 MOR initial information reviewed |
| 4/2/2025 | MCNULTY | 1.50 | 450.00 | February 2025 MOR information reviewed |
| 4/5/2025 | LOMA | 6.00 | 900.00 | Recording of February 2025 transactions from bank statements and credit card, including 90-day transactions |
| 4/5/2025 | MCNULTY | 1.00 | 300.00 | February 2025 MOR sent to D. Heller after review |
| 4/7/2025 | LOMA | 3.00 | 450.00 | Updated excel spreadsheets for February 2025 MOR |
| 4/8/2025 | MCNULTY | 5.50 | 1,650.00 | February 2025 MOR package with supporting schedules prepared |
| 4/9/2025 | MCNULTY | 0.50 | 150.00 | Changes to February 2025 MOR package |
| 4/10/2025 | MCNULTY | 2.00 | 600.00 | Conference call with D. Heller Re: February 2025 MOR |
| 4/12/2025 | LOMA | 0.75 | 112.50 | March 2025 transactions listing sent to D. Heller |
| 4/16/2025 | MCNULTY | 6.00 | 1,800.00 | March 2025 MOR package with supporting schedules prepared |
|  |  | 27.00 | $6,637.50 |  |

Please make payment payable to James F. McNulty, CPA

Thank you