| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **DMC GROUP CPAS & ADVISORS, LLC**<br>22 Horseneck Road<br>Fairfield, NJ 07004<br>(973) 243-2600<br>James McNulty (jmc@dmcpa.com)<br>*Accountants for Daryl Fred Heller, the Chapter 11*<br>*Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

# THIRD MONTHLY FEE STATEMENT OF DMC GROUP CPAS & ADVISORS, LLC, ACCOUNTANTS FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025

DMC Group CPAs & Advisors, LLC, accountants for the above-captioned debtor and debtor-in- possession, hereby submits this third monthly fee Statement for the period from June 1, 2025 through June 30, 2025 (the "Fee Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, entered on April 3, 2025 [Docket No. 170]. See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Dated: July 22, 2025　　　　　　　　　　　　　　　　　　*/s/ James McNulty*
　　　　　　　　　　　　　　　　　　　　　　　　　　　James McNulty

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor: Daryl Fred Heller          Applicant: DMC Group CPA's & Advisors, LLC

Case No.: 25-11354 (JNP)           Client: Daryl Fred Heller

Chapter: 11                         Case Filed: February 10, 2025

**THIRD MONTHLY FEE STATEMENT FOR DMC GROUP
CPAS & ADVISORS, LLC, ACCOUNTANTS, FOR THE PERIOD
FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**

**SECTION 1**
**FEE SUMMARY**

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 0.00 | $ 0.00 |
| Total Fees Allowed To Date: | $ 0.00 | $ 0.00 |
| Total Retainer (If Applicable): | $ 0.00 |  |
| Total Holdback (If Applicable): | $ 0.00 |  |
| Total Received By Applicant: | $ 0.00 |  |

| **FEE TOTALS:** | **$5,137.50** |
|---|---|
| **DISBURSEMENT TOTALS:** | **$0.00** |
| **TOTAL:** | **$5,137.50** |
| **MINUS 20% HOLDBACK OF FEES:** | **($1,027.50)** |
| **AMOUNT SOUGHT IN 3rd MONTHLY:** | **$4,110.00** |

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---:|---:|---:|
| 1. James F. McNulty, CPA | 15.50 | 300.00 | $4,650.00 |
| 2. Gary S. Loma, Sr. Tax Accountant | 3.25 | 150.00 | $487.50 |
| **TOTAL:** | **18.75** |  | **$5,137.50** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting Services | 18.75 | $5,137.50 |
| **SERVICE TOTALS:** | **18.75** | **$5,137.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Other** | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

I certify under penalty of perjury that the above is true.

Dated: July 22, 2025    */s/ James McNulty*
James McNulty

2

# EXHIBIT B

# The DMC Group CPA's & Advisors, LLC

## d/b/a James F. McNulty, CPA

22 Horseneck Road
Fairfield, NJ  07007
973-243-2600

Daryl F. Heller

Invoice No.: 22334
Date: July 17, 2025
Case No.: 25-11354

---

| Date | Staff | Hours | Amount | Description |
|---|---|---|---|---|
| 6/5/2025 | MCNULTY | 1.00 | 300.00 | Reviewed responses to Form 426 request for information |
| 6/6/2025 | MCNULTY | 1.50 | 450.00 | Reviwed Form 426 and requested clarification |
| 6/17/2025 | LOMA | 0.25 | 37.50 | May 2025 bank statements received and requested details for transactions |
| 6/18/2025 | MCNULTY | 1.50 | 450.00 | Received and reviewed information to prepare request for refund for State escrow funds paid (Form A-3128) |
| 6/19/2025 | MCNULTY | 1.00 | 300.00 | Prepared Form A-3128 and sent to D. Heller |
| 6/20/2025 | MCNULTY | 3.50 | 1,050.00 | May 2025 transactions reviewed |
| 6/24/2025 | LOMA | 3.00 | 450.00 | Requested details on May 2025 transactions from D. Heller |
| 6/25/2025 | MCNULTY | 2.00 | 600.00 | May 2025 MOR package with supporting schedules prepared |
| 6/26/2025 | MCNULTY | 5.00 | 1,500.00 | May 2025 MOR package adjusted and finalized |
| | | 18.75 | $5,137.50 | |

Please make payment payable to James F. McNulty, CPA

Thank you