**MCMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
Joseph R. Zapata, Jr. (jzapata@msbnj.com)
*Counsel to Daryl Fred Heller*
*Chapter 11 Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**DARYL FRED HELLER**,<br><br>                           Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr., U.S.B.J. |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN CONNECTION WITH THE MOTION AUTHORIZING DHQM PROPERTIES, LLC TO ALLOCATE AND DISTRIBUTE INTERESTS IN NON-DEBTOR PROPERTIES TO ACCORDO, L.P. AND QDM PROPERTIES, LLC; AND FOR RELATED RELIEF**

**PLEASE BE ADVISED** that pursuant to D.N.J. LBR 9013-1(a)(3) no brief is necessary to be presented in support of the Motion for an Order Authorizing DHQM Properties, LLC to Make an Allocation and Distribution of Interests in Non-Debtor Properties to Accordo, L.P. and QDM Properties, LLC; and for Related Relief because the relief requested does not involve any unique facts or novel issues of law.

                                                **MCMANIMON, SCOTLAND & BAUMANN, LLC**
                                                *Counsel to Daryl Fred Heller*
                                                *Chapter 11 Debtor and Debtor-in-Possession*

                                                By:      */s/ Sari B. Placona, Esq.*
                                                             SARI B. PLACONA, ESQ.

Dated: July 23, 2025