| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **McManimon, Scotland & Baumann, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>Joseph R. Zapata, Jr. (jzapata@msbnj.com)<br>*Counsel to Daryl Fred Heller*<br>*Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>**DARYL FRED HELLER**,<br><br>                              Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr., U.S.B.J. |

**ORDER AUTHORIZING DHQM PROPERTIES, LLC TO ALLOCATE AND DISTRIBUTE INTERESTS IN NON-DEBTOR PROPERTIES TO ACCORDO, L.P. AND QDM PROPERTIES, LLC; AND GRANTING RELATED RELIEF**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No.: | 25-11354 (JNP) |
| Caption: | Order Authorizing DHQM Properties, LLC to Allocate and Distribute Interests in Non-Debtor Properties to Accordo, L.P. and QDM Properties, LLC; and Granting Related Relief |

**THIS MATTER** having been presented to the Court by McManimon, Scotland & Baumann, LLC, counsel for Daryl Fred Heller, Chapter 11 debtor and debtor-in-possession (the "**Debtor**"), upon motion authorizing DHQM Properties, LLC to allocate and distribute interests in non-debtor properties to Accordo, L.P. and QDM Properties, LLC, and for related relief (the "**Motion**"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. DHQM Properties, LLC be, and is hereby, authorized to make distributions in the form and manner as outlined in the Certifications of Lydia Miller and Ethan Heller submitted in support of the Motion, and such allocation and distribution shall not violate and/or constitute an act of contempt under the Amended Consent Order Preserving Status Quo.

4913-9678-1143, v. 1