| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Suite 201 <br> Roseland, New Jersey 07068 <br> (973) 622-1800 <br> Anthony Sodono, III (asodono@msbnj.com) <br> Sari B. Placona (splacona@msbnj.com) <br> *Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* | |
| In re: <br><br> DARYL FRED HELLER, <br><br> Debtor. | Case No. 25-11354 (JNP) <br><br> Chapter 11 |

# CERTIFICATION OF SERVICE

1. I, Stacy Lipstein, am a legal assistant employed by McManimon, Scotland & Baumann, counsel for Daryl Fred Heller, the Debtor in the above-captioned matter.

2. On July 24, 2025, I sent a copy of the following documents to the parties on the attached service list:

    - Notice of Motion Authorizing DHQM Properties, LLC to Allocate and Distribute Interests in Non-Debtor Properties to Accordo, L.P. and QDM Properties, LLC; and for Related Relief (the "Motion");
    - Certification of Lydia Miller in Support of Motion;
    - Certification of Ethan Heller in Support of Motion (with Exhibits A – F);
    - Statement as to Why No Brief is Necessary in Connection with the Motion; and
    - Proposed Order.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 24, 2025        */s/ Stacy Lipstein*
                                              Stacy Lipstein

| Name and Address of Party Served | Name and Address of Party Served | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder<br>Office of U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | *US Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Edward Phillips, CPA<br>Getzler Henrich & Associates<br>295 Madison Ave, 20th Floor<br>New York, NY 10017 | *Examiner* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Kurt F. Gwynne, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | *Attorneys for the Examiner* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Albert Anthony Ciardi, III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | *Attorneys for Deerfield Capital, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Steven Mitnick, Esq.<br>S. Mitnick Law PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | *Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Marc D. Miceli, Esq.<br>S. Mitnick Law PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | *Attorneys for Receiver of Golden Gate Investment Company, LLC and Paramount Management Group, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Martin J. Weis<br>Dilworth Paxson LLP<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19102 | *Attorneys for Orrstown Bank* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Gerard S. Catalanello<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 | *Attorneys for Silverview Credit Partners, LP NOA (20 Largest Creditor)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| AIS Portfolio Services, LLC<br>Attn: BMW Bank of North America Dept.<br>Account: XXXXXX9616<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | *NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Jerrold S. Kulback, Esq.<br>Archer & Greiner, PC<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 | *Attorneys for Steward Capital Holdings LP and Avenaero Holdings LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |

| | | |
|---|---|---|
| Christopher J. Leavell, Esq.<br>Klehr, Harrison, Harvey, Branzburg LLP<br>10000 Lincoln Drive East, Ste 201<br>Marlton, NJ 08053 | *Attorneys for Univest Bank and Trust Co. NOA (20 Largest Creditor)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Marshall T. Kizner, Esq.<br>Stark & Stark<br>PO Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Prestige Fund A, LLC et al., NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>PO Box 5315<br>Princeton NJ 08543-5315 | *Attorneys for Prestige Fund A, LLC et al., NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Edmond M. George, Esq.<br>Obermayer Rebmann Maxwell & Hippel<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108 | *Attorneys for Customers Bank, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Christopher P. Mazza, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962 | *Attorneys for Gallimore Properties, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Rachel A. Parisi, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>PO Box 1997<br>Morristown, New Jersey 07962 | *Attorneys for Gallimore Properties, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| William E Craig, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | *Attorneys for Fulton Bank, Secured Creditor, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Janet L. Gold, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | *Attorneys for Fulton Bank, Secured Creditor, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| E. Richard Dressel, Esq.<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053 | *Attorneys for Brett and Gail Levin, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue - Suite 301<br>Roseland, New Jersey 07068 | *Attorneys for Randall Leaman, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Jeffrey M. Lichtstein, Esq.<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, 21st Floor<br>Baltimore, MD 21201 | *Attorneys for Truist Bank, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |

| Name/Address | Role | Service Method |
|---|---|---|
| Natalie Young, Esq.<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, Box 660<br>West Chester, PA 19381-0660 | *Attorneys for Charlene Heller, Ethan Heller, Taite Heller, Accordo, LP, Brookfield, LP and Brigantine Group, LP, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Donald W. Clarke, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | *Attorneys for GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Jaclynn N. McDonnell, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | *Attorneys for GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Richard Kanowitz, Esq.<br>Haynes and Boone, LLP<br>30 Rockefeller Center, 26th Floor<br>New York, New York 10112 | *Attorneys for Chicago Atlantic Admin, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Lauren Sisson, Esq.<br>Haynes and Boone, LLP<br>30 Rockefeller Center, 26th Floor<br>New York, New York 10112 | *Attorneys for Chicago Atlantic Admin, LLC, NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| G. William Bartholomew, Esq.<br>Saxton & Stump LLC<br>280 Granite Run Drive, Ste 300<br>Lancaster, PA 17601 | *Attorneys for Prestige Fund A, LLC et al., NOA* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email |
| Auston Business Finance<br>Attn: Chris Mundt, Esq.<br>4853 Williams Drive, Ste 111<br>Georgetown, TX 78633 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chicago Atlantic Advisors, LLC<br>c/o Andrew Lovitt<br>420 North Wabash Ave, Ste 500<br>Chicago, IL 60611 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chicago Atlantic Advisors, LLC<br>c/o Greg Kramer, Esq.<br>Haynes & Boone, LP<br>30 Rockefeller Plaza, 26th Floor<br>New York, Ny 10112 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| First Commonwealth<br>22 East Roseville Road, Unit D<br>Lancaster, PA 17601 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name/Address | Role | Service Method |
|---|---|---|
| First National Bank<br>c/o Steven Markunas<br>1205 Westlakes Drive<br>Suite 260, 2nd Floor<br>Berwyn, PA 19312 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| First National Bank<br>Donna Donaher, Esq.<br>100 Federal Street, 4th Floor<br>Pittsburgh, PA 15212 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Funders App, LLC (Fondonatics)<br>c/o Michele David<br>3323 NE 163rd St, Ste 401<br>North Miami Beach, FL 33160 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Libertas Funding<br>c/o Randy Saluck, CEO<br>411 W. Putnam Ave, Ste 220<br>Greenwich, CT 06830 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Mid Penn Bank<br>c/o Pamela Keefer<br>349 Union Street<br>Millersburg, PA 17061 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Needham Bank<br>c/o Joseph Campanelli, Pres. & CEO<br>1063 Great Plain Avenue<br>Needham, MA 02492 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Needham Bank<br>c/o Gustav Stickley, Esq.<br>Blank Rome<br>125 High Street<br>Boston, MA 02110 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Needham Bank<br>c/o Frank Segall, Esq.<br>Scott Moskol, Esq.<br>Blank Rome<br>125 High Street<br>Boston, MA 02110 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Reliance Platinum<br>633 167th St, Ste 804<br>Miami, FL 33162 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Traditions Bank<br>c/o Sean Summers, Esq.<br>Summers Nagy Law Offices<br>35 South Duke Street<br>York, PA 17401<br>Attorney for Traditions Bank | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name/Address | Role | Delivery |
|---|---|---|
| UniBank<br>c/o Yuko Elliot, SVP<br>19315 Highway 99<br>Lynnwood, WA 98036 | *Top Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | *Taxing Authorities* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Ste. 700<br>Newark, NJ  07102<br>On behalf of Internal Revenue Service | *Taxing Authorities* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United States Attorney General<br>United States Dept. of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC  20044<br>On behalf of Internal Revenue Service | *Taxing Authorities* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| New Jersey Division of Taxation<br>Compliance & Enforce. - Bankruptcy Unit<br>3 John Fitch Way, 5th Fl.<br>PO Box 245<br>Trenton, NJ  08695-0245 | *Taxing Authorities* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| New Jersey Attorney General's Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>PO Box 112<br>Trenton, NJ  08625-0112<br>On behalf of NJ Division of Taxation | *Taxing Authorities* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Lawrence Young, Esq.<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | *Attorneys for Quentin Miller* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |