# **EXHIBIT A**

**Coversheet**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Daryl Fred Heller | Applicant: | Edward A. Phillips, the Examiner |
| Case No.: | 25-11354 (JNP) | Client: | N/A |
| Chapter: | 11 | Case Filed: | February 10, 2025 |

**THIRD MONTHLY FEE STATEMENT OF EDWARD A. PHILLIPS, EXAMINER, FOR THE PERIOD FROM MAY 1, 2025 THROUGH MAY 30, 2025**

**SECTION 1**
**FEE SUMMARY**

| | |
|---|---:|
| **FEE TOTALS:** | **$27,313.00** |
| **DISBURSEMENT TOTALS:** | **$0.00** |
| **TOTAL:** | **$27,313.00** |
| **MINUS 20% HOLDBACK OF FEES:** | **($5,462.60)** |
| **AMOUNT SOUGHT IN 4th MONTHLY:** | **$21,850.40** |

1

- 2 -

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| 1.     Edward A. Phillips | 38.20 | 715.00 | $27,313.00 |
| **TOTAL:** | **38.20** | | **$27,313.00** |

- 3 -

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 1.9 | $1,358.50 |
| Court Hearing Prep and/or Appearance | 4.80 | $3,432.00 |
| Employment and Fee Applications | 0.90 | $643.50 |
| Investigation | 30.60 | $21,879.00 |
| **SERVICE TOTALS:** | **38.2** | **$27,313.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Notary Fee** | $0.00 |
| **Travel** | $0.00 |
| **Postage** | $0.00 |
| **Other** | $0.00 |
| **DISBURSEMENTS TOTAL:** | $0.00 |

I certify under penalty of perjury that the above is true.

Dated: July 25, 2025              */s/ Edward A. Phillips*
                                  Edward A. Phillips