# **EXHIBIT B**

**Invoice**

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 6/4/25 | 1.20 | $715.00 | $858.00 | Continued analysis of UCC duplicate pledging issues. |
| Edward Phillips | Investigation | 6/4/25 | 0.30 | $715.00 | $214.50 | Preliminary review Waterfall Bank document production. |
| Edward Phillips | Investigation | 6/5/25 | 3.80 | $715.00 | $2,717.00 | Analysis of duplicate UCC pledging for use with report. |
| Edward Phillips | Investigation | 6/6/25 | 0.20 | $715.00 | $143.00 | Review Schwab production and communications with counsel re: additional subpoena to be issued to financial advisor. |
| Edward Phillips | Investigation | 6/6/25 | 3.10 | $715.00 | $2,216.50 | Continued analysis and work on UCC report. |
| Edward Phillips | Investigation | 6/6/25 | 0.40 | $715.00 | $286.00 | Call with K. Gwynne re: duplicate ATM sale report. |
| Edward Phillips | Investigation | 6/6/25 | 0.20 | $715.00 | $143.00 | Follow-up calls with K. Gwynne re: duplicate ATM report and status report to Court. |
| Edward Phillips | Investigation | 6/7/25 | 0.60 | $715.00 | $429.00 | Call with K. Gwynne re: assembly and presentation of ATM duplicate sale report. |
| Edward Phillips | Investigation | 6/8/25 | 0.50 | $715.00 | $357.50 | Call with K. Gwynne re: bill of sale report. |
| Edward Phillips | Investigation | 6/8/25 | 0.40 | $715.00 | $286.00 | Review issues raised and forward proposed report exhibits to K. Gwynne for review. |
| Edward Phillips | Investigation | 6/8/25 | 0.50 | $715.00 | $357.50 | Follow-up call with K. Gwynne re: first status report, bill of sale report and proposed objection to Debtor's application for release of funds. |
| Edward Phillips | Case Administration | 6/8/25 | 0.60 | $715.00 | $429.00 | Prepare information for status report. |
| Edward Phillips | Investigation | 6/8/25 | 0.70 | $715.00 | $500.50 | Review exhibit data for first interim report. |
| Edward Phillips | Case Administration | 6/9/25 | 0.20 | $715.00 | $143.00 | Email communications with K. Gwynne and G. Colson; review and approve additional proposed revisions to status report. |
| Edward Phillips | Investigation | 6/9/25 | 0.40 | $715.00 | $286.00 | Additional communications with K. Gwynne and G. Colson re: first interim report and approve final version for filing. |
| Edward Phillips | Investigation | 6/9/25 | 0.40 | $715.00 | $286.00 | Communications with financial advisor and counsel and additional revisions to first interim report. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 6/9/25 | 0.30 | $715.00 | $214.50 | Video meeting with C. FInkbeiner and N. Andrade re: prioritization of analyses and timing. |
| Edward Phillips | Investigation | 6/9/25 | 0.30 | $715.00 | $214.50 | Edit exhibits 2 and 3 for first interim report and forward to G. Colson for inclusion. |
| Edward Phillips | Investigation | 6/9/25 | 0.30 | $715.00 | $214.50 | Additional edits to first interim report. |
| Edward Phillips | Investigation | 6/9/25 | 0.30 | $715.00 | $214.50 | Calls with K. Gwynne re: first interim report and status report. |
| Edward Phillips | Investigation | 6/9/25 | 0.30 | $715.00 | $214.50 | Follow-up call with K. Gwynne and G. Colson re: interim report exhibits. |
| Edward Phillips | Investigation | 6/9/25 | 0.10 | $715.00 | $71.50 | Additional edits to first interim report. |
| Edward Phillips | Investigation | 6/9/25 | 0.10 | $715.00 | $71.50 | Revise exhibit 2 to first interim report. |
| Edward Phillips | Case Administration | 6/9/25 | 0.30 | $715.00 | $214.50 | Additional revisions to status report. |
| Edward Phillips | Investigation | 6/9/25 | 0.20 | $715.00 | $143.00 | Communications with staff concerning interim report details. |
| Edward Phillips | Case Administration | 6/9/25 | 0.10 | $715.00 | $71.50 | Call with K. Gwynne re: status report. |
| Edward Phillips | Case Administration | 6/9/25 | 0.50 | $715.00 | $357.50 | Follow-up call with K. Gwynne re: status report. |
| Edward Phillips | Case Administration | 6/9/25 | 0.10 | $715.00 | $71.50 | Edits to Status Report. |
| Edward Phillips | Case Administration | 6/9/25 | 0.10 | $715.00 | $71.50 | Review proposed Objection to Debtor's application for release of funds. |
| Edward Phillips | Investigation | 6/10/25 | 0.20 | $715.00 | $143.00 | Communications with N. Andrade and C. Finkbeiner re: next stage of investigation and areas of focus. |
| Edward Phillips | Investigation | 6/10/25 | 0.50 | $715.00 | $357.50 | Call with K. Gwynne re: strategic approach to next part of investigation focusing on insider issues. |

2

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Court Hearing Prep and/or Appearance | 6/10/25 | 2.50 | $715.00 | $1,787.50 | Attend hearing re: Motion to Quash Subpoena (remotely). |
| Edward Phillips | Court Hearing Prep and/or Appearance | 6/10/25 | 0.20 | $715.00 | $143.00 | Post-hearing follow-up call with K. Gwynne. |
| Edward Phillips | Investigation | 6/10/25 | 0.10 | $715.00 | $71.50 | Review CONFIDENTIAL documents in connection with exhibits included in first interim report. |
| Edward Phillips | Investigation | 6/10/25 | 0.20 | $715.00 | $143.00 | Initial review of additional document production from First National Bank and Orrstown Bank. |
| Edward Phillips | Investigation | 6/11/25 | 1.20 | $715.00 | $858.00 | Planning and strategy session with K. Gwynne, G. Colson, C. Finkbeiner and N. Andrade. |
| Edward Phillips | Investigation | 6/11/25 | 0.10 | $715.00 | $71.50 | Communications with C. Finkbeiner, N. Andrade, K. Gwynne and G. Colson re: First National Bank of PA document production issues. |
| Edward Phillips | Investigation | 6/11/25 | 0.20 | $715.00 | $143.00 | Emails with K. Gwynne re: Debtor's counsel request for meeting/call re: first interim report; follow-up phone call concerning the same. |
| Edward Phillips | Investigation | 6/12/25 | 0.90 | $715.00 | $643.50 | Call with K. Gwynne, G. Colson, C. Finkbeiner and N. Andrade re: pending investigation items and issues. |
| Edward Phillips | Investigation | 6/13/25 | 0.60 | $715.00 | $429.00 | Call with J. Hostetter re: first interim report and potential input on cash tracing in connection with next steps of investigation. |
| Edward Phillips | Investigation | 6/13/25 | 0.70 | $715.00 | $500.50 | Video meeting with S. Placona, H. Sorvino and K. Gwynne re: first interim report and response. |
| Edward Phillips | Investigation | 6/13/25 | 0.20 | $715.00 | $143.00 | Review Debtor's response to first interim report. |
| Edward Phillips | Investigation | 6/13/25 | 0.20 | $715.00 | $143.00 | Follow-up calls with K. Gwynne re: Debtor's request for documents relied on in producing first interim report. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 6/13/25 | 0.20 | $715.00 | $143.00 | Call with K. Gwynne re: call with J. Hostetter and utilization of assistance offered. |
| Edward Phillips | Investigation | 6/13/25 | 0.10 | $715.00 | $71.50 | Review and respond to G. Colson email re: extension of time for Luma Financial document production. |
| Edward Phillips | Investigation | 6/16/25 | 0.20 | $715.00 | $143.00 | Review communication from C. Finkbeiner re: transaction organization process and propose revisions to account for additional entities. |
| Edward Phillips | Investigation | 6/16/25 | 0.10 | $715.00 | $71.50 | Communications with G. Colson re: Gemini response to subpoena. |
| Edward Phillips | Investigation | 6/16/25 | 0.20 | $715.00 | $143.00 | Review updated transaction categorization from C. Finkbeiner. |
| Edward Phillips | Investigation | 6/16/25 | 0.10 | $715.00 | $71.50 | Communications with J. Hostetter and advisory team re: call set-up to review transactions. |
| Edward Phillips | Investigation | 6/16/25 | 0.30 | $715.00 | $214.50 | Review PNC response to subpoena and follow up with G. Colson on same. |
| Edward Phillips | Employment and Fee Applications | 6/17/25 | 0.50 | $715.00 | $357.50 | Review May time and expense detail and transmit to G. Colson for fee statement preparation and filing. |
| Edward Phillips | Investigation | 6/18/25 | 1.70 | $715.00 | $1,215.50 | Video meeting with J. Hostetter, N. Andrade, C. Finkbeiner, K. Gwynne and J. Voss to review transactions. |
| Edward Phillips | Investigation | 6/18/25 | 0.20 | $715.00 | $143.00 | Hostetter post-call follow-up with K. Gwynne. |
| Edward Phillips | Investigation | 6/18/25 | 0.70 | $715.00 | $500.50 | Call with G. Colson to review open items and plans for addressing same including Luma Financial delay in responding to subpoena. |
| Edward Phillips | Investigation | 6/18/25 | 0.20 | $715.00 | $143.00 | Review text from D. Heller bills of sale, forward to K. Gwynne and respond. |
| Edward Phillips | Investigation | 6/18/25 | 0.30 | $715.00 | $214.50 | Review and respond to email from G. Colson re: Castle Hill (.1); research same and follow-up call with G. Colson re: reissuance of subpoena (.2). |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 6/19/25 | 0.90 | $715.00 | $643.50 | Call with K. Gwynne re: applicable theories to be applied in investigation. |
| Edward Phillips | Investigation | 6/20/25 | 0.50 | $715.00 | $357.50 | Continuation of check-in call with Getzler Henrich team and K. Gwynne. |
| Edward Phillips | Investigation | 6/20/25 | 1.00 | $715.00 | $715.00 | Check-in with Getzler Henrich team on status of and issues with analysis with K. Gwynne. |
| Edward Phillips | Investigation | 6/23/25 | 0.10 | $715.00 | $71.50 | Review documents re: Debtor's communication re: bill of sale analysis. |
| Edward Phillips | Employment and Fee Applications | 6/23/25 | 0.10 | $715.00 | $71.50 | Review proposed filing copies of Examiner and Financial Advisor May fee statements and approve. |
| Edward Phillips | Investigation | 6/25/25 | 0.20 | $715.00 | $143.00 | Review and respond to J. Hostetter emails re: subpoenas and upcoming hearing; discuss same with K. Gwynne and respond. |
| Edward Phillips | Employment and Fee Applications | 6/25/25 | 0.30 | $715.00 | $214.50 | Review Reed Smith May fee statements and approve for filing. |
| Edward Phillips | Court Hearing Prep and/or Appearance | 6/26/25 | 1.90 | $715.00 | $1,358.50 | Attend court hearing virtually. |
| Edward Phillips | Investigation | 6/26/25 | 1.60 | $715.00 | $1,144.00 | Check-in/status update with C. Finkbeiner, N. Andrade and K. Gwynne to review analysis and planning with respect to scope of transaction size to review in connection with certain Prestige/Velocity fund transfers. |
| Edward Phillips | Court Hearing Prep and/or Appearance | 6/26/25 | 0.20 | $715.00 | $143.00 | Call with K. Gwynne to recap hearing and planning for next steps. |
| Edward Phillips | Investigation | 6/26/25 | 0.40 | $715.00 | $286.00 | Correspondence with Castle Hill Advisors re: subpoena (.1); phone call with J. Maula re: Castle Hill subpoena (.2); follow-up call with G. Colson re: Castle Hill account. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 6/26/25 | 0.10 | $715.00 | $71.50 | Emails with G. Colson re: PNC request for more time to respond to subpoena. |
| Edward Phillips | Investigation | 6/27/25 | 0.50 | $715.00 | $357.50 | Call with K. Gwynne re: investigation analysis. |
| Edward Phillips | Investigation | 6/30/25 | 0.20 | $715.00 | $143.00 | Call with K. Gwynne re: Prestige Fund A, et al., withdrawal of motion to appoint trustee. |
| Edward Phillips | Investigation | 6/30/25 | 1.10 | $715.00 | $786.50 | Call with C. Finkbeiner, N. Andrade and K. Gwynne re: progress on analysis of investigation and issues to be addressed. |
| **OVERALL TOTALS** | | | **38.20** | | **$27,313.00** | |