## EXHIBIT A

**Coversheet**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor:      Daryl Fred Heller      Applicant:      Getzler Henrich

Case No.:    25-11354 (JNP)         Client:         The Examiner

Chapter:     11                     Case Filed:     February 10, 2025

**SECOND MONTHLY FEE STATEMENT FOR R GETZLER HENRICH &
ASSOCIATES LLC, FINANCIAL ADVISOR TO THE EXAMINER, FOR THE PERIOD
FROM, MAY 1, 2025 THROUGH MAY 31, 2025**

**SECTION 1
FEE SUMMARY**

| | |
|---|---:|
| **FEE TOTALS:** | **$49,880.00** |
| **DISBURSEMENT TOTALS:** | **$696.00** |
| **TOTAL:** | **$50,576.00** |
| **MINUS 20% HOLDBACK OF FEES:** | **($9,976.00)** |
| **AMOUNT SOUGHT IN 2nd MONTHLY:** | **$40,600.00** |

1

- 2 -

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| Carl Finkbiner<br>  Data Engineer | 89.0 | $400 | $35,600.00 |
| Nelson Andrade<br>  Director | 23.8 | $600 | $14,280.00 |
| TOTAL: | | | **$49,880.00** |

**SECTION II**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 3.2 | $1,680.00 |
| Investigation | 109.6 | $48,200.00 |
| **SERVICE TOTALS:** | **112.8** | **$49,880.00** |

**SECTION III
SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Computer Software - Docuclipper** | $696.00 |
| **DISBURSEMENTS TOTAL:** | **$696.00** |

I certify under penalty of perjury that the above is true.


Dated: July 25, 2025                                       */s/ Edward A. Phillips*
                                                           Edward A. Phillips

4