**EXHIBIT B**

**Invoice**

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 6/3/25 | 0.60 | $400.00 | $240.00 | Extracting transactions from Prestige Fund A 9345 |
| Carl Finkbeiner | Investigation | 6/3/25 | 0.90 | $400.00 | $360.00 | Extracting transactions from Prestige Fund B 9485 |
| Carl Finkbeiner | Investigation | 6/3/25 | 1.10 | $400.00 | $440.00 | Extracting transactions from Prestige Fund D 9600 |
| Carl Finkbeiner | Investigation | 6/3/25 | 0.70 | $400.00 | $280.00 | Extracting transactions from Prestige Fund A 8746 |
| Carl Finkbeiner | Investigation | 6/3/25 | 0.90 | $400.00 | $360.00 | Extracting transactions from Prestige Fund B 8753 |
| Carl Finkbeiner | Investigation | 6/3/25 | 0.80 | $400.00 | $320.00 | Extracting transactions from Heller Capital Group 8837 |
| Carl Finkbeiner | Investigation | 6/3/25 | 0.50 | $400.00 | $200.00 | Extracting transactions from Prestige Investment Group 2047 |
| Carl Finkbeiner | Investigation | 6/3/25 | 0.80 | $400.00 | $320.00 | Beginning extraction of Heller Capital Group 4257 |
| Carl Finkbeiner | Investigation | 6/4/25 | 2.50 | $400.00 | $1,000.00 | Reconciling mis-extracted transactions from Heller Capital Account 4257 statements 1-25 |
| Carl Finkbeiner | Investigation | 6/4/25 | 2.60 | $400.00 | $1,040.00 | Reconciling mis-extracted transactions from Heller Capital Group 4257 statements 26-52 |
| Carl Finkbeiner | Investigation | 6/9/25 | 1.50 | $400.00 | $600.00 | Conducting analysis of volume of pdf pages for inclusion in examiners interim report. |
| Carl Finkbeiner | Investigation | 6/9/25 | 2.20 | $400.00 | $880.00 | Preparing additional analysis of duplicative ATM sales within the same invoices |
| Carl Finkbeiner | Investigation | 6/9/25 | 1.50 | $400.00 | $600.00 | Providing revisions to examiner report outlining explicit detail around cost of duplicative sold ATMs |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 6/9/25 | 0.50 | $400.00 | $200.00 | Prepping ATM exhibit by adding custom alternating highlight logic to sheet |
| Carl Finkbeiner | Investigation | 6/9/25 | 1.80 | $400.00 | $720.00 | Preparing exhibits for interim examiner report by finalizing and organizing analysis of bill of sale files |
| Nelson Andrade | Investigation | 6/10/25 | 1.20 | $600.00 | $720.00 | Call with C. Finkbeiner regarding bank accounts and organizational charts. |
| Nelson Andrade | Investigation | 6/10/25 | 1.30 | $600.00 | $780.00 | Review excel documents received in advance of the internal call. |
| Nelson Andrade | Case Administration | 6/10/25 | 0.30 | $600.00 | $180.00 | Manage correspondence with K. Gwynne, E. Phillips, C. Finkbeiner regarding scheduling meeting and initial diligence. |
| Carl Finkbeiner | Investigation | 6/10/25 | 0.20 | $400.00 | $80.00 | Meeting with K Gwynne to discuss approach to investigating Heller activity. |
| Carl Finkbeiner | Investigation | 6/10/25 | 1.20 | $400.00 | $480.00 | Meeting with N Andrade to discuss next steps for analysis of bank records |
| Carl Finkbeiner | Investigation | 6/10/25 | 0.50 | $400.00 | $200.00 | Reorganizing analysis materials |
| Nelson Andrade | Case Administration | 6/11/25 | 1.70 | $600.00 | $1,020.00 | Call with K. Gwynne, E. Phillips and C. Finkbeiner regarding workstreams to focus on for investigation. |
| Carl Finkbeiner | Investigation | 6/11/25 | 0.50 | $400.00 | $200.00 | Preparing analysis, and email to team outlining transaction extraction update and data |
| Carl Finkbeiner | Investigation | 6/11/25 | 1.80 | $400.00 | $720.00 | Reconciling final set of extracted Heller bank accounts for inclusion in next phase |
| Carl Finkbeiner | Case Administration | 6/11/25 | 1.20 | $400.00 | $480.00 | Meeting with the examiner, N. Andrade, K. Gwynne and G. Colson of Reed Smith to organize information and ascertain appropriate direction for the next phases of analysis. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 6/11/25 | 1.60 | $400.00 | $640.00 | Proofing extracted transaction CSV outputs prior to aggregating data and running analysis. |
| Carl Finkbeiner | Investigation | 6/11/25 | 2.10 | $400.00 | $840.00 | Aggregating CSV files and finalizing formatting for input into analytic tooling. |
| Nelson Andrade | Investigation | 6/12/25 | 0.90 | $600.00 | $540.00 | Call with Reed Smith, E. Phillips and C. Finkbeiner regarding bank account information. |
| Nelson Andrade | Investigation | 6/12/25 | 2.50 | $600.00 | $1,500.00 | Review 2025 Prestige Funds complaint against Debtor and Heller Capital Group in detail, in connection with current phase of analysis. |
| Nelson Andrade | Investigation | 6/12/25 | 1.10 | $600.00 | $660.00 | Review transactions in excel file by bank accounts; review org chart and analyze best way to address the database. |
| Carl Finkbeiner | Investigation | 6/12/25 | 0.50 | $400.00 | $200.00 | Meeting with examiner, K. Gwynne, N. Andrade, and G. Colson to discuss approach for examination of bank data. |
| Carl Finkbeiner | Investigation | 6/13/25 | 1.90 | $400.00 | $760.00 | Examining extracted bank data to prepare approach for categorization of transactions |
| Carl Finkbeiner | Investigation | 6/13/25 | 0.80 | $400.00 | $320.00 | Building initial excel VBA based approach to categorization using formulas |
| Carl Finkbeiner | Investigation | 6/13/25 | 2.40 | $400.00 | $960.00 | Developing python code to automate classification of transactions in extracted bank data. |
| Carl Finkbeiner | Investigation | 6/13/25 | 1.60 | $400.00 | $640.00 | Refining classification algorithm by integrating additional prestige fund description formats. |
| Carl Finkbeiner | Investigation | 6/16/25 | 0.70 | $400.00 | $280.00 | Prepping updated python script to categorize transactions extracted from Heller accounts |
| Carl Finkbeiner | Investigation | 6/16/25 | 0.60 | $400.00 | $240.00 | Running categorization algorithm on data and prepping excel sheet. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Nelson Andrade | Investigation | 6/17/25 | 0.30 | $600.00 | $180.00 | Meet with C. Finkbeiner to discuss the bank transaction database. |
| Nelson Andrade | Investigation | 6/17/25 | 1.00 | $600.00 | $600.00 | Follow up meeting with C. Finkbeiner to discuss the bank transaction database. |
| Carl Finkbeiner | Investigation | 6/17/25 | 0.30 | $400.00 | $120.00 | Meeting with N. Andrade to discuss transaction categorization approach |
| Carl Finkbeiner | Investigation | 6/17/25 | 1.00 | $400.00 | $400.00 | Meeting with N. Andrade to review categorized bank transaction data and prep for call with Hostetter on 6/18 |
| Carl Finkbeiner | Investigation | 6/17/25 | 2.30 | $400.00 | $920.00 | Additional refinement of classification algorithm. |
| Nelson Andrade | Investigation | 6/18/25 | 1.80 | $600.00 | $1,080.00 | Call with J. Hostetter, J. Voss, J. Evans regarding clarification of transactions. |
| Carl Finkbeiner | Investigation | 6/18/25 | 1.00 | $400.00 | $400.00 | Initial review of reconciled transactions from account 8413 |
| Carl Finkbeiner | Investigation | 6/18/25 | 1.50 | $400.00 | $600.00 | Meeting with J. Hostetter of Prestige Funds, N. Andrade, the examiner, and K. Gwynne of Reed Smith to review additional documents provided by J. Hostetter. |
| Carl Finkbeiner | Investigation | 6/18/25 | 2.80 | $400.00 | $1,120.00 | Reconciling transactions from Paramount Restricted account 8413 |
| Carl Finkbeiner | Investigation | 6/18/25 | 0.70 | $400.00 | $280.00 | Integrating Paramount account 8413 into main database of transactions |
| Nelson Andrade | Investigation | 6/19/25 | 0.20 | $600.00 | $120.00 | Manage correspondence with E. Phillips regarding analysis updates with respect to data description categorization. |
| Carl Finkbeiner | Investigation | 6/19/25 | 2.00 | $400.00 | $800.00 | Analyzing account 3440 bank transaction data to identify fraud loops originating from PowerCoin account |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 6/19/25 | 1.50 | $400.00 | $600.00 | Reviewing Paramount account 3440 for fraud loops involving Blackford ATM funds and documenting all instances of such cycles. |
| Carl Finkbeiner | Investigation | 6/19/25 | 0.90 | $400.00 | $360.00 | Reviewing Paramount account 3440 bank transaction data to identify and document fraud loops originating from Heller Capital. |
| Carl Finkbeiner | Investigation | 6/19/25 | 0.60 | $400.00 | $240.00 | Preparing status update to N Andrade on transaction categorization and approach for fraud loop analysis |
| Nelson Andrade | Investigation | 6/20/25 | 1.10 | $600.00 | $660.00 | Review file and cash transaction analysis created and provide comments and feedback. |
| Nelson Andrade | Investigation | 6/20/25 | 0.50 | $600.00 | $300.00 | Call with K. Gwynne, E. Phillips and C. Finkbeiner regarding conversation with J. Hostetter and shared knowledge. |
| Nelson Andrade | Investigation | 6/20/25 | 1.00 | $600.00 | $600.00 | Follow up call with K. Gwynne, E. Phillips and C. Finkbeiner regarding conversation with J. Hostetter and shared knowledge. |
| Nelson Andrade | Investigation | 6/20/25 | 0.40 | $600.00 | $240.00 | Call with C. Finkbeiner regarding updates to database and findings. |
| Carl Finkbeiner | Investigation | 6/20/25 | 1.00 | $400.00 | $400.00 | Call with the Examiner, N. Andrade, K. Gwynne to review current state of transaction investigation. |
| Carl Finkbeiner | Investigation | 6/20/25 | 0.50 | $400.00 | $200.00 | Meeting with N. Andrade, K. Gwynne of Reed Smith and the examiner to discuss additional details around direction of analysis. |
| Carl Finkbeiner | Investigation | 6/20/25 | 0.50 | $400.00 | $200.00 | Meeting with N. Andrade to review progress on fraud documentation |
| Carl Finkbeiner | Investigation | 6/20/25 | 1.70 | $400.00 | $680.00 | Updating transaction classification algorithm to accommodate additional description types uncovered in account 8413 |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 6/20/25 | 2.10 | $400.00 | $840.00 | Building analysis of aggregated fund flows between Heller accounts |
| Carl Finkbeiner | Investigation | 6/20/25 | 1.40 | $400.00 | $560.00 | Building second layer categorization of transactions on top of granular transaction detail |
| Nelson Andrade | Investigation | 6/23/25 | 1.30 | $600.00 | $780.00 | Review file sent by C. Finkbeiner and make suggestions to further fine tune the analysis. |
| Carl Finkbeiner | Investigation | 6/23/25 | 2.50 | $400.00 | $1,000.00 | Preparing analysis of Prestige Fund transaction flows from Operating account 3440 |
| Carl Finkbeiner | Investigation | 6/23/25 | 0.60 | $400.00 | $240.00 | Composing summary of transaction flow findings for the Examiner, N. Andrade and K. Gwynne of Reed Smith |
| Nelson Andrade | Investigation | 6/24/25 | 0.20 | $600.00 | $120.00 | Call with K. Gwynne to discuss information gathering. |
| Nelson Andrade | Investigation | 6/24/25 | 1.20 | $600.00 | $720.00 | Call with M. Eby to discuss Paramount transactions. |
| Nelson Andrade | Investigation | 6/24/25 | 0.30 | $600.00 | $180.00 | Follow up call with C. Finkbeiner to discuss transactions. |
| Carl Finkbeiner | Investigation | 6/24/25 | 2.00 | $400.00 | $800.00 | Refining categorization logic in transaction classification algorithm to appropriately identify outbound transactions from Paramount Account 3440. |
| Carl Finkbeiner | Investigation | 6/24/25 | 1.80 | $400.00 | $720.00 | Verifying accuracy of extracted transaction dates in database and updating when incorrect |
| Carl Finkbeiner | Investigation | 6/24/25 | 0.80 | $400.00 | $320.00 | Performing additional review of extracted transaction data |
| Carl Finkbeiner | Investigation | 6/24/25 | 1.20 | $400.00 | $480.00 | Call with Matt Eby to discuss Prestige Banking Data |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 6/24/25 | 0.30 | $400.00 | $120.00 | Call with N. Andrade to discuss next steps for analysis and to construct mockup of cashflow to be built on Paramount transaction data |
| Nelson Andrade | Investigation | 6/25/25 | 0.30 | $600.00 | $180.00 | Write up summary of the weekly activities and status report regarding the analysis. |
| Carl Finkbeiner | Investigation | 6/25/25 | 2.80 | $400.00 | $1,120.00 | Applying second layer categorization to Paramount account transactions in order to construct cashflow summaries |
| Carl Finkbeiner | Investigation | 6/25/25 | 2.60 | $400.00 | $1,040.00 | Preparing Paramount cashflow model for account 3440 |
| Carl Finkbeiner | Investigation | 6/25/25 | 1.00 | $400.00 | $400.00 | Consolidating and refining categories used in 2nd level cashflow categorization |
| Carl Finkbeiner | Investigation | 6/25/25 | 1.60 | $400.00 | $640.00 | Proofing second level labeled transactions |
| Nelson Andrade | Investigation | 6/26/25 | 1.40 | $600.00 | $840.00 | Review analysis update provided by C. Finkbeiner and provide feedback. |
| Nelson Andrade | Investigation | 6/26/25 | 1.80 | $600.00 | $1,080.00 | Call with K. Gwynne, E. Phillips and C. Finkbeiner regarding progress with the analysis. |
| Carl Finkbeiner | Investigation | 6/26/25 | 1.70 | $400.00 | $680.00 | Meeting with the Examiner, N. Andrade, and K. Gwynne to review cashflow analysis of Paramount accounts |
| Carl Finkbeiner | Investigation | 6/26/25 | 1.10 | $400.00 | $440.00 | Finalizing Paramount cashflow report formatting and categories |
| Carl Finkbeiner | Investigation | 6/26/25 | 1.80 | $400.00 | $720.00 | Additional check of transaction data accuracy |
| Carl Finkbeiner | Investigation | 6/26/25 | 0.40 | $400.00 | $160.00 | Prepping communication to team outlining cashflow report |
| Carl Finkbeiner | Investigation | 6/27/25 | 0.30 | $400.00 | $120.00 | Updating check descriptions with matches provided by the Examiner |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---:|---|---|---|
| Carl Finkbeiner | Investigation | 6/27/25 | 2.10 | $400.00 | $840.00 | Reviewing unidentified transfers and re-categorizing for cashflow |
| Carl Finkbeiner | Investigation | 6/27/25 | 0.60 | $400.00 | $240.00 | Meeting with N. Andrade to discuss next steps for cashflow updates |
| Carl Finkbeiner | Investigation | 6/27/25 | 1.60 | $400.00 | $640.00 | Reviewing check payees and recategorizing appropriately |
| Carl Finkbeiner | Investigation | 6/27/25 | 1.20 | $400.00 | $480.00 | Revising cashflow model per N Andrade's feedback by consolidating and reorganizing categories |
| Nelson Andrade | Investigation | 6/30/25 | 1.30 | $600.00 | $780.00 | Review banking and financial reporting documents and analysis of prepared by C. Finkbeiner in connection with Prestige cash flow data. |
| Nelson Andrade | Investigation | 6/30/25 | 0.70 | $600.00 | $420.00 | Meeting with E. Phillips, C. Finkbeiner and K. Gwynne regarding status of analysis. |
| Carl Finkbeiner | Investigation | 6/30/25 | 1.10 | $400.00 | $440.00 | Meeting with the Examiner, N. Andrade, and K. Gwynne to discuss updates to the cashflow analysis and chart next steps. |
| Carl Finkbeiner | Investigation | 6/30/25 | 1.60 | $400.00 | $640.00 | Recategorizing unidentified transactions in Paramount cashflow report |
| | | | **112.80** | | **$49,880.00** | **TOTAL FEES** |
| | | | | | **$696.00** | **TOTAL EXPENSES** |