**MCMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to Daryl Fred Heller*
*Chapter 11 Debtor and Debtor-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> **DARYL FRED HELLER**, <br><br> Debtor. | Case No. 25-11354 (JNP) <br><br> Chapter 11 |

### NOTICE TO WITHDRAW

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Darly Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession, hereby withdraws the Certification of Service, filed on July 24, 2025 [ECF 415].

Dated: July 25, 2025

                                                   **McMANIMON, SCOTLAND**
                                                 **& BAUMANN, LLC**
                                                 *Counsel to Daryl Fred Heller Chapter 11*
                                                 *Debtor and Debtor-in-Possession*

                                       By: */s/ Sari B. Placona*
                                                       Sari B. Placona