| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br><br>*Counsel for Examiner* |

| | |
|---|---|
| In re: | Case No. 25-11354 (JNP) |
| DARYL FRED HELLER, | Judge Jerrold N. Poslusny Jr. |
| Debtor. | Chapter 11 |

**THIRD MONTHLY FEE STATEMENT OF REED SMITH LLP, COUNSEL FOR THE EXAMINER, FOR THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**

Reed Smith LLP ("Reed Smith"), counsel to Edward A. Phillips in his capacity as the chapter 11 examiner in the above-captioned case (the "Examiner"), hereby submits this third monthly fee statement for compensation and reimbursement of expenses for the period from June 1, 2025 through June 30, 2025 (the "Fee Period"), pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, entered on April 3, 2025 [Docket No. 170]. See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Date: July 25, 2025              */s/ Kurt F. Gwynne*
                                          Kurt F. Gwynne

1