# EXHIBIT B

**Invoice**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Edward Phillips | Invoice Number: **3861144** |
| Getzler Henrich & Associates LLC | Invoice Date: **7/25/2025** |
| 2929 Arch Street | Client Number: **411313** |
| Suite 1650 | Matter Number: **411313.60001** |
| Philadelphia, PA 19104 | |
| US - UNITED STATES | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Daryl Fred Heller**

---

Total Current Fees.................................................................................$    75,376.73

Total Current Expenses and Other Charges ....................................$    398.00

   **Total Due This Invoice:**    **$    75,774.73**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*1201 Market Street*
*Suite 1500*
*Wilmington, DE 19801*

*Wire Instructions*:
*Citizen's Bank*
ABA Number: 031101143
Account Number: 8202043520
Swift Code: CTZIUS33
**(Please Reference Invoice Number)**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Edward Phillips
Getzler Henrich & Associates LLC
2929 Arch Street
Suite 1650
Philadelphia, PA 19104
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3861144** |
| Invoice Date: | **7/25/2025** |
| Client Number: | **411313** |
| Matter Number: | **411313.60001** |

**RE: Daryl Fred Heller**

---

### INVOICE SUMMARY

Total Current Fees..............................................................................$      75,376.73

Total Current Expenses and Other Charges .....................................$          398.00

**Total Due This Invoice:**                         **$      75,774.73**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*1201 Market Street*
*Suite 1500*
*Wilmington, DE 19801*

*Wire Instructions*:
*Citizen's Bank*
*ABA Number: 031101143*
*Account Number: 8202043520*
*Swift Code: CTZIUS33*
***(Please Reference Invoice Number)***



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Edward Phillips
Getzler Henrich & Associates LLC
2929 Arch Street
Suite 1650
Philadelphia, PA 19104
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3861144** |
| Invoice Date: | **7/25/2025** |
| Client Number: | **411313** |
| Matter Number: | **411313.60001** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2025

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| **1** | **Case Administration** | | | | |
| 06/04/25 | G. A. Colson | Review Debtor's motions for release of funds and calculate totals | 1 | 0.20 | 117.30 |
| 06/04/25 | G. A. Colson | Draft memo on objections to fees and available funds | 1 | 0.80 | 469.20 |
| 06/04/25 | G. A. Colson | Correspondence with counsel to Urish Popeck re: motion to compel | 1 | 0.30 | 175.95 |
| 06/04/25 | G. A. Colson | Phone call with K. Gwynne re: Debtor's motion to quash, Urish Popeck production issues, Examiner report, Salesforce production issues, amongst other topics. | 1 | 0.40 | 234.60 |
| 06/04/25 | G. A. Colson | Review Debtor's motion to quash subpoena | 1 | 0.50 | 293.25 |
| 06/06/25 | G. A. Colson | Correspondence with K. Gwynne re: objection and corresponding deadline to Debtor's application to release funds | 1 | 0.20 | 117.30 |
| 06/06/25 | G. A. Colson | Draft objection to Debtor's application to release funds | 1 | 1.40 | 821.10 |
| 06/08/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams, including | 1 | 0.20 | 117.30 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | objection to debtor's application, production issues with Urish Popeck, and the Examiner's first report | | | |
| 06/08/25 | K.F. Gwynne | supplemented objection to debtor's counsel's request to get paid from Trust Account | 1 | 1.10 | 1,383.80 |
| 06/09/25 | G. A. Colson | Review docket activity | 1 | 0.10 | 58.65 |
| 06/09/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams, including first interim report, status report, objection to debtor's release of funds, debtor's objection to Examiner's fee applications, and production documents, amongst other topics | 1 | 0.20 | 117.30 |
| 06/09/25 | G. A. Colson | Coordinate filing of objection to Debtor's application to release funds | 1 | 0.10 | 58.65 |
| 06/09/25 | K.F. Gwynne | reviewed/revised/supplemented status report | 1 | 0.90 | 1,132.20 |
| 06/10/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams, including the 6/10 hearing, service of reports filed, and the investigation analysis | 1 | 0.10 | 58.65 |
| 06/11/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams, including application to release funds, investigation, additional subpoena, and mail service received from Debtor's counsel | 1 | 0.10 | 58.65 |
| 06/16/25 | G. A. Colson | Prepare timeline for critical dates re: objections responses to various items on the docket | 1 | 0.30 | 175.95 |
| 06/16/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams (including | 1 | 0.10 | 58.65 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | the Castle Hill subpoena and the July 1st hearing) | | | |
| 06/18/25 | G. A. Colson | Review Debtor's May fee statement | 1 | 0.20 | 117.30 |
| 06/18/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams, including inquiry from Debtor's counsel and preparations for July 2, 2025 hearing | 1 | 0.30 | 175.95 |
| 06/18/25 | G. A. Colson | Review docket activity | 1 | 0.10 | 58.65 |
| 06/23/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams, including (i) reply to Debtor's objection; (ii) status of fee statements; (iii) investigation PST files; (iv) upcoming hearing dates and matters to be heard before the court | 1 | 0.20 | 117.30 |
| 06/23/25 | G. A. Colson | Review docket for notices of rescheduled hearings | 1 | 0.10 | 58.65 |
| 06/27/25 | G. C. Ballardo | Mailbox PST Filtering | 1 | 1.00 | 514.25 |
| 06/30/25 | G. I. Saenz | Correspond with K. Cockerhan regarding docket review for scheduling hearing, (0.1); review docket for same, (0.2); send update to K. Cockerhan regarding updates, (0.1) | 1 | 0.40 | 146.20 |
| 06/30/25 | G. A. Colson | Phone call with K. Gwynne re: active work streams, including upcoming hearings and matters/objections to be heard at each hearing | 1 | 0.20 | 117.30 |
| 06/30/25 | G. A. Colson | Review docket activity re: applications to release funds from trust account | 1 | 0.10 | 58.65 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | **Subtotal Task 1** | | **9.60** | **6,812.75** |
| **2** | **Fee/Employment Applications of RS** | | | | |
| 06/13/25 | G. A. Colson | Review and revise May fee statement | 2 | 0.70 | 410.55 |
| 06/16/25 | G. A. Colson | Research re: section 330, actual, necessary and reasonable | 2 | 0.90 | 527.85 |
| 06/17/25 | G. A. Colson | Review and revise May fee statement | 2 | 1.50 | 879.75 |
| 06/17/25 | G. A. Colson | Correspondence with E. Russell re: April fee statement issues | 2 | 0.40 | 234.60 |
| 06/20/25 | G. A. Colson | Review and revise Reed Smith's May fee statement | 2 | 0.40 | 234.60 |
| 06/20/25 | G. A. Colson | Phone call with K. Gwynne re: Reed Smith fee applications | 2 | 0.10 | 58.65 |
| 06/23/25 | G. A. Colson | Phone call with K. Gwynne re: Reed Smith May fee application | 2 | 0.10 | 58.65 |
| 06/23/25 | G. A. Colson | Review and revise May fee statement | 2 | 0.90 | 527.85 |
| 06/24/25 | G. A. Colson | Phone call with K. Gwynne re: Reed Smith May invoice | 2 | 0.10 | 58.65 |
| 06/24/25 | G. A. Colson | Revise Reed Smith May fee statement | 2 | 0.80 | 469.20 |
| 06/24/25 | G. A. Colson | Correspondence with E. Russel re: Reed Smith May fee application | 2 | 0.10 | 58.65 |
| 06/25/25 | G. A. Colson | Revise Reed Smith May Fee Statement | 2 | 0.70 | 410.55 |
| 06/25/25 | K. W. Cockerham | Draft Certificate of Service for Second Monthly Fee Statement of Reed Smith LLP | 2 | 0.30 | 114.75 |
| 06/25/25 | K. W. Cockerham | File Second Monthly Fee Statement of Reed Smith LLP | 2 | 0.20 | 76.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | with Exhibits and Certificate of Service | | | |
| 06/26/25 | G. A. Colson | Correspondence with D. Smith re: LEDES file and Excel Spreadsheet re: May time | 2 | 0.20 | 117.30 |
| | | **Subtotal Task 2** | | **7.40** | **4,238.10** |
| **3** | | **Fee Employment Applications of other professional** | | | |
| 06/03/25 | G. A. Colson | Revise motion to release funds re: fee statements | 3 | 0.90 | 527.85 |
| 06/04/25 | G. A. Colson | Phone call with K. Gwynne re: application to release funds | 3 | 0.10 | 58.65 |
| 06/04/25 | G. A. Colson | Draft letter re: salesforce documents and data | 3 | 0.40 | 234.60 |
| 06/06/25 | G. A. Colson | Phone call re: Debtor's objection to the Examiner's fee application and to Getzler Henrich's fee applicaiton | 3 | 0.10 | 58.65 |
| 06/08/25 | G. A. Colson | Revise objection to Debtor's application to release funds | 3 | 1.20 | 703.80 |
| 06/08/25 | G. A. Colson | Correspondence with K. Gwynne re: objection to debtor's application to release funds | 3 | 0.10 | 58.65 |
| 06/09/25 | K. W. Cockerham | Draft Certificate of Service of Examiner's Objection to Authorize Release of Funds, and send to G. Colson for review and approval. | 3 | 0.30 | 114.75 |
| 06/09/25 | K. W. Cockerham | Finalize and file Examiner's Objection to Authorize Release of Funds with Certification of Service on the Bankruptcy Docket, and disseminate court-stamped copy to legal team for confirmation of filing. | 3 | 0.40 | 153.00 |
| 06/09/25 | K. W. | Arrange for service via regular | 3 | 0.20 | 76.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | Cockerham | mail with mail room, to ensure service of Examiner's Objection to Authorize Release of Funds to all required parties. | | | |
| 06/09/25 | G. A. Colson | Review and revise objection to Debtor's application to release funds | 3 | 1.20 | 703.80 |
| 06/12/25 | K.F. Gwynne | reviewed / revised draft application to pay the fees (and expenses) of Examiner from the sale proceeds trust account | 3 | 0.40 | 503.20 |
| 06/12/25 | G. A. Colson | Draft certificate of service for application to release funds | 3 | 0.10 | 58.65 |
| 06/12/25 | G. A. Colson | Review local rules re: service (re: application to release funds for examiner) | 3 | 0.20 | 117.30 |
| 06/12/25 | K. W. Cockerham | Filed Application for an Order Authorizing (I) Release of Funds for Payment of Administrative Fees and Expenses on the docket (0.1); arranged service in accordance with applicable rules (0.1); disseminated court-stamped copy to legal team to confirm successful filing and service (0.1). | 3 | 0.30 | 114.75 |
| 06/12/25 | G. A. Colson | Revise application to release funds (.2); Coordinate filing application to release funds with K. Cockerman (.2) | 3 | 0.40 | 234.60 |
| 06/18/25 | K.F. Gwynne | drafted response to objection to Examiner's and Getzler Henrich fees (time reduced by half as Reed Smith fees objected to also) | 3 | 0.30 | 377.40 |
| 06/18/25 | G. A. Colson | Draft Examiner May fee statement | 3 | 0.80 | 469.20 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/20/25 | G. A. Colson | Draft Examiner's May fee statement | 3 | 0.90 | 527.85 |
| 06/20/25 | G. A. Colson | Draft Getzler Henrich's May fee statement | 3 | 0.90 | 527.85 |
| 06/23/25 | G. A. Colson | Phone call with K. Gwynne re: Getzler Henrich's May fee statement | 3 | 0.10 | 58.65 |
| 06/23/25 | G. A. Colson | Review and revise Getzler Henrich's May fee statement | 3 | 0.40 | 234.60 |
| 06/23/25 | G. A. Colson | Correspondence with E. Phillips re: reply to Debtor's objection re: fee statements | 3 | 0.10 | 58.65 |
| 06/23/25 | G. A. Colson | Correspondence with E. Phillips re: Examiner's third monthly fee statement and Getzler Henrich's second monthly fee statement | 3 | 0.10 | 58.65 |
| 06/24/25 | K. W. Cockerham | Arrange for service of Reply to Debtor's Limited Objection to Fee Application. | 3 | 0.20 | 76.50 |
| 06/24/25 | G. A. Colson | Review and revise reply to Debtor's objection to Examiner and Financial Advisor's fee statements | 3 | 0.40 | 234.60 |
| 06/24/25 | G. A. Colson | Phone call with K. Gwynne re: reply to Debtor's objection to Examiner's fee statement | 3 | 0.10 | 58.65 |
| 06/24/25 | K. W. Cockerham | Revise Certificate of Service regarding Reply to Debtor's Limited Objection to Fee Application | 3 | 0.30 | 114.75 |
| 06/24/25 | K. W. Cockerham | Finalize and Reply to Debtor's Limited Objection to Fee Application, with Certificate of Service. | 3 | 0.30 | 114.75 |
| 06/25/25 | G. A. Colson | Evaluate all fees requested on the docket and all amounts | 3 | 1.10 | 645.15 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | approved and not-approved for release/payment | | | |
| 06/25/25 | G. A. Colson | Correspondence with E. Phillips and K. Gwynne re: Getzler Henrich and Examiner May fee statements | 3 | 0.10 | 58.65 |
| 06/25/25 | G. A. Colson | Correspondence with K. Cockerham re: service tracker for subpoenas and receipts of service | 3 | 0.10 | 58.65 |
| 06/25/25 | G. A. Colson | Review and file final version of Getzler Henrich fee application | 3 | 0.10 | 58.65 |
| 06/25/25 | G. A. Colson | Review and file final version of Examiner fee application | 3 | 0.10 | 58.65 |
| 06/25/25 | K. W. Cockerham | Arrange for service of the three fee statements filed today DI 359, DI 358, and DI 357 pursuant to the Certificate of Service. | 3 | 0.30 | 114.75 |
| 06/25/25 | K. W. Cockerham | Draft Certificate of Service regarding Third Monthly Fee Statement of Edward A. Phillips. | 3 | 0.30 | 114.75 |
| 06/25/25 | K. W. Cockerham | Coordinate with G. Colson to finalize Third Monthly Fee Statement of Edward A. Phillips with eExhibits A and B. | 3 | 0.20 | 76.50 |
| 06/25/25 | K. W. Cockerham | Filed the Third Monthly Fee Statement of Edward A. Phillips with Exhibits A and B. | 3 | 0.20 | 76.50 |
| 06/25/25 | K. W. Cockerham | Draft Certificate of Service regarding Second Monthly Fee Statement of Getzler Henrich & Associates LLC. | 3 | 0.20 | 76.50 |
| 06/25/25 | K. W. Cockerham | Coordinate with G. Colson to revise and finalize Certificate of Service regarding Second | 3 | 0.30 | 114.75 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Monthly Fee Statement of Getzler Henrich & Associates LLC. | | | |
| 06/25/25 | K. W. Cockerham | File Certificate of Service regarding Second Monthly Fee Statement of Getzler Henrich & Associates LLC with Exhibits A, B and Certificate of Service | 3 | 0.20 | 76.50 |
| 06/25/25 | G. A. Colson | Revise Examiner's May fee statement | 3 | 0.20 | 117.30 |
| 06/25/25 | G. A. Colson | Revise Getzler Henrich's May fee statement | 3 | 0.20 | 117.30 |
| 06/26/25 | G. A. Colson | Phone call with K. Gwynne re: Debtor's proposal for payment of the Examiner and evaluation of Trust Account balance | 3 | 0.30 | 175.95 |
| | | **Subtotal Task 3** | | **15.10** | **8,571.40** |
| **4** | **Hearings** | | | | |
| 06/10/25 | K.F. Gwynne | attended hearing re: motion to quash subpoena on examiner, motion to authorize examiner to share subpoenaed information, and motion to suspend examiner's activity | 4 | 1.50 | 1,887.00 |
| 06/24/25 | G. A. Colson | Review docket for all scheduled and rescheduled hearings and motions/objections to be heard at each (.1); Prepare and circulate chart outlining all upcoming hearings and motions/objections to be heard at each upcoming hearing (.2) | 4 | 0.30 | 175.95 |
| 06/30/25 | G. A. Colson | Correspondence with K. Cockerham re: tomorrow's hearing (7/1/2025) | 4 | 0.10 | 58.65 |
| 06/30/25 | G. A. Colson | Phone call with K. Gwynne re: | 4 | 0.10 | 58.65 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | motion to suspend examiner | | | |
| | | **Subtotal Task 4** | | **2.00** | **2,180.25** |
| **5** | **Investigations** | | | | |
| 06/02/25 | G. A. Colson | Correspondence with K. Gwynne re: Urish Popeck production issues | 5 | 0.10 | 58.65 |
| 06/03/25 | G. A. Colson | Correspondence with K. Gwynne re: Salesforce data issues | 5 | 0.20 | 117.30 |
| 06/03/25 | G. A. Colson | Correspondence with general counsel to First National bank re: missing documents in production | 5 | 0.30 | 175.95 |
| 06/03/25 | G. A. Colson | Review Salesforce's updated response to subpoena | 5 | 0.20 | 117.30 |
| 06/03/25 | G. A. Colson | Review Orrstown Bank's response/production re: second subpoena | 5 | 0.10 | 58.65 |
| 06/04/25 | G. A. Colson | Update subpoena tracker | 5 | 0.60 | 351.90 |
| 06/05/25 | G. A. Colson | Correspondence with K. Gwynne, J. Voss, andM. Kizner re: motion to quash | 5 | 0.20 | 117.30 |
| 06/05/25 | G. A. Colson | Correspondence with Luma Financial re: subpoena | 5 | 0.10 | 58.65 |
| 06/06/25 | G. A. Colson | Phone call with K. Gwynne re: Examiner's report | 5 | 0.10 | 58.65 |
| 06/06/25 | G. A. Colson | Review docket and analyze filings related to appointing trustee | 5 | 0.60 | 351.90 |
| 06/06/25 | G. A. Colson | Review docket and analyze filings related to objection to Debtor's discharge | 5 | 0.40 | 234.60 |
| 06/06/25 | G. A. Colson | Draft legal background for examiner statement | 5 | 2.50 | 1,466.25 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/06/25 | K.F. Gwynne | reviewed Lancaster County complaint re: duplicate ATM sale allegations for first interim report | 5 | 0.40 | 503.20 |
| 06/06/25 | K.F. Gwynne | reviewed portion of data for first interim report | 5 | 0.70 | 880.60 |
| 06/06/25 | K.F. Gwynne | supplemented draft first interim report | 5 | 2.60 | 3,270.80 |
| 06/08/25 | K.F. Gwynne | conference with E. Phillips re: data for first interim report and Ponzi/no-Ponzi issue and allegations | 5 | 0.30 | 377.40 |
| 06/09/25 | K.F. Gwynne | call with counsel for Urish Popeck re: compliance with subpoena and prioritizing document production (which is overdue) | 5 | 0.50 | 629.00 |
| 06/09/25 | G. A. Colson | Revise entity list for Urish Popeck rolling production | 5 | 0.20 | 117.30 |
| 06/09/25 | G. A. Colson | Phone call with K. Gwynne re: Urish Popeck comprise re production documents | 5 | 0.40 | 234.60 |
| 06/09/25 | G. A. Colson | Draft letter to Debtor's counsel re: salesforce documents and data | 5 | 0.50 | 293.25 |
| 06/09/25 | G. A. Colson | Phone call with K. Gwynne re: letter to Debtor's counsel re: Salesforce documents and data | 5 | 0.20 | 117.30 |
| 06/09/25 | G. A. Colson | Revise letter to debtor's counsel re: salesforce documents and data | 5 | 0.70 | 410.55 |
| 06/09/25 | G. A. Colson | Review and revise status report of examiner | 5 | 1.30 | 762.45 |
| 06/09/25 | G. A. Colson | Phone call with E. Phillips and K. Gwynne re: exhibits for interim report | 5 | 0.40 | 234.60 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/09/25 | G. A. Colson | Review and revise exhibit A to Examiner's first interim report | 5 | 0.70 | 410.55 |
| 06/09/25 | G. A. Colson | Review and revise first interim report of the Examiner | 5 | 1.40 | 821.10 |
| 06/09/25 | G. A. Colson | Draft notice of service re: status report (.3); Draft notice of service of interim report (.2) | 5 | 0.50 | 293.25 |
| 06/09/25 | K.F. Gwynne | follow up call with J. Voss re: documents received in discovery and produced to trustee | 5 | 0.10 | 125.80 |
| 06/09/25 | G. A. Colson | Coordinate and oversee filing of status report and certificate of service | 5 | 0.30 | 175.95 |
| 06/09/25 | K. W. Cockerham | Revised and finalized Notice of Filing First Interim Report of Examiner to ensure accuracy and filed on the New Jersey bankruptcy docket. | 5 | 0.30 | 114.75 |
| 06/09/25 | K. W. Cockerham | Arrange service for both Interim Report and Status report pursuant to NJ bankruptcy local rules. | 5 | 0.10 | 38.25 |
| 06/09/25 | K.F. Gwynne | revised draft First Interim Report | 5 | 0.80 | 1,006.40 |
| 06/09/25 | K.F. Gwynne | reviewed draft of First Interim Report, including Exhibit 1-3 | 5 | 1.50 | 1,887.00 |
| 06/09/25 | K.F. Gwynne | Teams meeting with Mike Joudeh et al. re: authenticating ATM invoices and E. Leaman email for Examiner's First Interim Report | 5 | 0.80 | 1,006.40 |
| 06/09/25 | K.F. Gwynne | multiple follow up calls with Mike Joudeh et al. re: authenticating ATM invoices and E. Leaman email for Examiner's First Interim Report | 5 | 0.20 | 251.60 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/09/25 | G. A. Colson | Coordinate and oversee filing of First Interim Report of Examiner and certificate of service | 5 | 0.30 | 175.95 |
| 06/09/25 | K.F. Gwynne | calls with J. Voss re: documents received in discovery and sent to the Examiner | 5 | 0.10 | 125.80 |
| 06/09/25 | K.F. Gwynne | email to/from E. Phillips re: duplicate ATM invoices and corrections to Ex. 1 to First Interim Report (0.1); call with E. Phillips and G. Colson re: same (0.1) | 5 | 0.20 | 251.60 |
| 06/09/25 | K.F. Gwynne | reviewed Metadata report for documents used in First Interim Report (0.2) and emails to/from M. Joudeh re: same (0.1) | 5 | 0.30 | 377.40 |
| 06/09/25 | G. A. Colson | Correspondence with S. Mink and L. Walsh re: issues with second First National Bank production | 5 | 0.20 | 117.30 |
| 06/09/25 | G. A. Colson | Correspondence with E. Ficaro re: Urish Popeck production issues | 5 | 0.10 | 58.65 |
| 06/09/25 | G. A. Colson | Call with E. Ficaro re: Urish Popeck production | 5 | 0.30 | 175.95 |
| 06/09/25 | G. A. Colson | Correspondence with E. Phillips re: comments to status report | 5 | 0.20 | 117.30 |
| 06/09/25 | G. A. Colson | Correspondence with Gemeni re: subpoena and identifying information | 5 | 0.10 | 58.65 |
| 06/09/25 | G. A. Colson | Correspondence with E. Phillips, C. Finkbeiner, and K. Gwynne re: interim report | 5 | 0.30 | 175.95 |
| 06/09/25 | G. A. Colson | Correspondence with E. Phillips re: status update of Urish Popeck production | 5 | 0.30 | 175.95 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/09/25 | K.F. Gwynne | calls with G. Colson re: Exhibit 1 to First Interim Report and number of ATM invoices | 5 | 0.10 | 125.80 |
| 06/10/25 | G. A. Colson | Correspondence with K. Gwynne and K. Cockerham re: service of status report and interim report | 5 | 0.20 | 117.30 |
| 06/10/25 | K.F. Gwynne | reviewed federal (and certain state) tax returns for 2021-2023 for Heller affiliate for call with Ed and Getzler team on 6/11 | 5 | 1.40 | 1,761.20 |
| 06/10/25 | K.F. Gwynne | email to Examiner and Getzler team re: certain aspects of federal tax returns for 2021-2023 for Heller affiliate | 5 | 0.30 | 377.40 |
| 06/10/25 | K.F. Gwynne | reviewed Paramount tax returns from 2021 through 2023 for investigation | 5 | 1.20 | 1,509.60 |
| 06/10/25 | K.F. Gwynne | drafted email to Nelson and Carl at Getzler re: Paramount tax returns from 2021 through 2023 | 5 | 0.30 | 377.40 |
| 06/11/25 | G. A. Colson | Microsoft teams call with E. Phillips, N. Rade, C. Finbeiner, and K. Gwynne re: investigation | 5 | 1.30 | 762.45 |
| 06/11/25 | G. A. Colson | Draft Castle Hill subpoena | 5 | 0.40 | 234.60 |
| 06/11/25 | G. A. Colson | Draft application to release funds to pay examiner first fee app | 5 | 0.50 | 293.25 |
| 06/11/25 | G. A. Colson | Review issues with First National Bank production | 5 | 0.50 | 293.25 |
| 06/11/25 | K.F. Gwynne | conference with Examiner and Getzler team re: Ponzi allegations investigation | 5 | 0.50 | 629.00 |
| 06/12/25 | K. W. Cockerham | Participated in call with G. Colson to confirm service requirements under applicable | 5 | 0.20 | 76.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | rules and ensure proper distribution. | | | |
| 06/12/25 | K. W. Cockerham | Reviewed and finalized Application for Release of Funds, corresponding Proposed Order, and Certificate of Service to ensure accuracy and compliance (0.2); transmitted documents to G. Colson for final approval prior to filing (0.1). | 5 | 0.30 | 114.75 |
| 06/12/25 | K.F. Gwynne | reviewed time line re: developments re: payments to investors | 5 | 0.30 | 377.40 |
| 06/12/25 | K.F. Gwynne | conference with Examiner and Getzler team (Nelsona and Karl) re: bank account and tax return analysis issues | 5 | 0.90 | 1,132.20 |
| 06/12/25 | G. A. Colson | Phone call with K. Gwynne re: Debtor's correspondence re: interim report. | 5 | 0.20 | 117.30 |
| 06/12/25 | G. A. Colson | Update subpoena tracker | 5 | 0.80 | 469.20 |
| 06/12/25 | G. A. Colson | Microsoft teams call with E. Phillips, C. Finkbeiner, and K. Gwynne re: investigation | 5 | 1.00 | 586.50 |
| 06/12/25 | G. A. Colson | Research re: Payward, Inc. and Payward Ventures, Inc. (d/b/a "Kraken") | 5 | 0.30 | 175.95 |
| 06/13/25 | K.F. Gwynne | call with D. Heller, debtor's counsel, and E. Phillips re: debtor's document requests | 5 | 0.50 | 629.00 |
| 06/13/25 | K.F. Gwynne | conference with B. Bauman re: Examiner's investigation | 5 | 0.40 | 503.20 |
| 06/13/25 | K.F. Gwynne | follow up calls with E. Phillips re; debtor's document requests | 5 | 0.20 | 251.60 |
| 06/13/25 | G. C. Ballardo | meta data sanitation for files contained in a zip archive | 5 | 1.50 | 771.38 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/13/25 | G. A. Colson | Phone call with E. Phillips re: investigation report | 5 | 0.10 | 58.65 |
| 06/13/25 | G. A. Colson | Phone call with K. Gwynne re: investigation report, bills of sale, and Capital Hill subpoena | 5 | 0.20 | 117.30 |
| 06/13/25 | G. A. Colson | Reviewed and analyzed bills of sale re: prestige funds | 5 | 0.90 | 527.85 |
| 06/16/25 | K. W. Cockerham | Drafted Notice of Subpoena directed to Castle Hill Capital LLC and transmitted draft to G. Colson for review and approval. | 5 | 0.30 | 114.75 |
| 06/16/25 | K. W. Cockerham | Finalized Notice, Subpoena, and Appendix for service on Castle Hill Capital LLC; transmitted complete set of documents to G. Colson for final approval prior to filing on the bankruptcy docket. | 5 | 0.40 | 153.00 |
| 06/16/25 | K. W. Cockerham | Coordinated with Florida process server regarding status and preparation of affidavit of service for Payward Interactive, Inc. | 5 | 0.40 | 153.00 |
| 06/16/25 | G. A. Colson | Prepare Castle Hill subpoena for filing and correspodence with K. Cockerham re: filing notice of Castle Hill subpoena | 5 | 0.20 | 117.30 |
| 06/16/25 | G. A. Colson | Research re: Kraken re: production issues | 5 | 0.30 | 175.95 |
| 06/17/25 | G. A. Colson | Review reply and production from PNC re supplemental production | 5 | 0.30 | 175.95 |
| 06/17/25 | G. A. Colson | Correspondence with E. Phillips re: issues with PNC production | 5 | 0.10 | 58.65 |
| 06/17/25 | K. W. Cockerham | Coordinated with process server to confirm successful delivery of | 5 | 0.20 | 76.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | subpoena to Payward Interactive, Inc. (0.1) and disseminated executed Proof of Service to legal team for recordkeeping and case tracking (0.1). | | | |
| 06/17/25 | K. W. Cockerham | Coordinated service of subpoena on Castle Hill Capital LLC through process server, confirmed accurate delivery, and relayed results to legal team to verify completion of service. | 5 | 0.30 | 114.75 |
| 06/18/25 | G. A. Colson | Phone call with K. Gwynne re: Castle Hill service, LUMA issues, and PNC issues | 5 | 0.30 | 175.95 |
| 06/18/25 | G. A. Colson | Correspondence with E. Phillips re: Castle Hill Subpoena | 5 | 0.30 | 175.95 |
| 06/18/25 | G. A. Colson | Phone call with K. Gwynne re: subpoena issues, including Debtor's question re: castle hill subpoena, issues with LUMA production, correspondence with Urish Popeck, and PNC production issues | 5 | 0.30 | 175.95 |
| 06/18/25 | G. A. Colson | Phone call with S. Falanga and K. Gwynne re: Luma production issues | 5 | 0.10 | 58.65 |
| 06/18/25 | G. A. Colson | Prepare for phone call with E. Phillips re: outstanding subpoena issues (including LUMA, PNC, Payward, and Capital Hill) | 5 | 0.20 | 117.30 |
| 06/18/25 | G. A. Colson | Review PNC production for issued flagged by E. Phillips | 5 | 0.30 | 175.95 |
| 06/18/25 | G. A. Colson | Phone call with E. Phillips re: outstanding subpoena issues | 5 | 0.80 | 469.20 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| | | with Luma, Payward, PNC, and Castle Hill | | | |
| 06/18/25 | G. A. Colson | Correspondence with S. Falanga re: LUMA production issues | 5 | 0.40 | 234.60 |
| 06/18/25 | G. A. Colson | Phone call with E. Phillips and K. Gwynne re: LUMA issues | 5 | 0.10 | 58.65 |
| 06/18/25 | G. A. Colson | Correspondence with D. Connelly re: PNC production issues | 5 | 0.20 | 117.30 |
| 06/18/25 | K. W. Cockerham | Prepare Notice of Subpeona for PNC Bank and send to G. Colson for final reviw and approval to file on the docket. | 5 | 0.30 | 114.75 |
| 06/18/25 | K.F. Gwynne | conference with J. Hostetter, E. Phillips et al. | 5 | 1.40 | 1,761.20 |
| 06/20/25 | G. A. Colson | Correspondence with K. Cockerham re: service for Castle Hill | 5 | 0.10 | 58.65 |
| 06/20/25 | G. A. Colson | Correspondence with K. Cockerham re: filing PNC subpoena | 5 | 0.10 | 58.65 |
| 06/20/25 | G. A. Colson | Revise PNC third subpoena | 5 | 0.10 | 58.65 |
| 06/20/25 | G. A. Colson | Prepare and assist in filing PNC third subpoena | 5 | 0.10 | 58.65 |
| 06/20/25 | G. A. Colson | Research re: service issues for Castle Hill | 5 | 0.50 | 293.25 |
| 06/20/25 | G. A. Colson | Phone call with K. Gwynne re: PSTs from the Opti9 data | 5 | 0.20 | 117.30 |
| 06/20/25 | K. W. Cockerham | Arrange for hand delivery of the Notice of Subpeona of PNC Bank to Pittsburgh PA | 5 | 0.20 | 76.50 |
| 06/20/25 | K. W. Cockerham | Revise and file Notice of Subpeona of PNC Bank on the | 5 | 0.40 | 153.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | NJ Bankruptcy docket, and send court stamped copy to G. Colson for confirmation of filing. | | | |
| 06/20/25 | K. W. Cockerham | Arrange for hand-delivery of subpeona to Castle Hill Capital LLC in Gainesville, VA | 5 | 0.30 | 114.75 |
| 06/23/25 | G. A. Colson | Correspondence with IT team re: obtaining, hosting, and sharing PST files and related metadata issues | 5 | 0.30 | 175.95 |
| 06/23/25 | G. A. Colson | Phone call with E. Russell re: obtaining and circulating PST files | 5 | 0.10 | 58.65 |
| 06/24/25 | G. A. Colson | Correspondence with D. Connolly re: PNC production | 5 | 0.10 | 58.65 |
| 06/24/25 | G. A. Colson | Correspondence with E. Russel re: PNC production | 5 | 0.10 | 58.65 |
| 06/24/25 | G. A. Colson | Update subpoena tracker re: PNC production | 5 | 0.10 | 58.65 |
| 06/24/25 | G. A. Colson | Phone call with K. Gwynne re: PNC production | 5 | 0.20 | 117.30 |
| 06/25/25 | G. A. Colson | Correspondence with K. Cockerham re: Castle Hill subpoena | 5 | 0.10 | 58.65 |
| 06/25/25 | G. A. Colson | Correspondence with E. Ficaro re: Urish Popeck rolling production | 5 | 0.20 | 117.30 |
| 06/25/25 | G. A. Colson | Analyze issues flagged by Getzler Henrich team re: First National Bank (.4) and Ally Bank regarding PNC and Payward accounts (.6) | 5 | 1.00 | 586.50 |
| 06/25/25 | G. A. Colson | Correspondence with K. Gwynne and E. Phillips re: PST documents (.1); Review PST documents (.2) | 5 | 0.30 | 175.95 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/25/25 | G. A. Colson | Review Urish Popeck production (.3) and update subpoena tracker with missing information for Urish Popeck (.1) | 5 | 0.40 | 234.60 |
| 06/25/25 | G. A. Colson | Phone call with K. Gwynne re: PST data and Examiner Report | 5 | 0.20 | 117.30 |
| 06/26/25 | G. A. Colson | Correspondence with E. Phillips re: Apex Investment Holdings LLC account with PNC | 5 | 0.10 | 58.65 |
| 06/26/25 | G. A. Colson | Update subpoena tracker Urish Popeck production updates, PNC supplemental production, Gemeni response to subpoena, Payward issues, Castle Hill subpoena, and Luma issues and extension, amongst other updates | 5 | 0.80 | 469.20 |
| 06/26/25 | G. A. Colson | Discuss Castle Hill subpoena issues with E. Phillips | 5 | 0.10 | 58.65 |
| 06/26/25 | G. A. Colson | Correspondence with K. Cockerham re: Castle Hill subpoena status | 5 | 0.10 | 58.65 |
| 06/26/25 | G. A. Colson | Phone call with K. Gwynne and M. Schuster re: PST file evaluation | 5 | 0.20 | 117.30 |
| 06/26/25 | G. A. Colson | Correspondence with K. Cockerham re: Castle Hill Subpoena issues | 5 | 0.20 | 117.30 |
| 06/26/25 | G. A. Colson | Research re: principal place of business of Castle Hill and its employees, registered agent, et. al | 5 | 0.20 | 117.30 |
| 06/26/25 | G. A. Colson | Phone call with K. Gwynne re: PNC request for extension and Urish Popeck rolling production issues | 5 | 0.20 | 117.30 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/26/25 | G. A. Colson | Multiple phone calls with B. Collins of PNC re: extension to third subpoena production deadline and identifying information | 5 | 0.60 | 351.90 |
| 06/26/25 | G. A. Colson | Review PNC production to second subpoena | 5 | 0.30 | 175.95 |
| 06/26/25 | G. A. Colson | Correspondence with E. Ficaro re: rolling production issues | 5 | 0.30 | 175.95 |
| 06/26/25 | G. A. Colson | Correspondence with E. Phillips re: PNC production | 5 | 0.40 | 234.60 |
| 06/26/25 | G. A. Colson | Research re: Apex Investment Holdings LLC identifying information re: PNC subpoena (.2); Review Ally Bank production for indicators of Apex account with PNC (.1) | 5 | 0.30 | 175.95 |
| 06/26/25 | K.F. Gwynne | conference with E. Phillips and Getzler team re: review of bank account info and analysis thereof | 5 | 1.50 | 1,887.00 |
| 06/27/25 | G. A. Colson | Draft summary of research re: ability to subpoena examiner | 5 | 1.00 | 586.50 |
| 06/27/25 | G. A. Colson | Correspondence with E. Phillips re: AmEx statements and redaction issues | 5 | 0.10 | 58.65 |
| 06/27/25 | G. A. Colson | Phone call with K. Gwynne re: AmEx statement redactions | 5 | 0.20 | 117.30 |
| 06/27/25 | G. A. Colson | Phone call with K. Gwynne re: prestige entities communications re: examiner testifying | 5 | 0.10 | 58.65 |
| 06/27/25 | G. A. Colson | Correspondence with K. Gwynne re: terms of rolling production with Urish Popeck's | 5 | 0.10 | 58.65 |
| 06/27/25 | G. A. Colson | Analyze Amex production re: | 5 | 0.20 | 117.30 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | premier group | | | |
| 06/27/25 | G. A. Colson | Research re: subpoenaing examiner to appear/testify at hearing | 5 | 1.40 | 821.10 |
| 06/27/25 | G. A. Colson | Draft letter to American Express regarding: redactions in its production | 5 | 0.50 | 293.25 |
| 06/27/25 | K.F. Gwynne | reviewed cases re: Ponzi schemes in context of legitimate business operations | 5 | 0.60 | 754.80 |
| 06/27/25 | K.F. Gwynne | draft statement of legal principles regarding alleged Ponzi schemes | 5 | 1.90 | 2,390.20 |
| 06/27/25 | K.F. Gwynne | conference with M. Kizner re: potential subpoena of examiner for trustee hearing and motion to quash if examiner is subpoenaed to testify | 5 | 0.30 | 377.40 |
| 06/27/25 | K.F. Gwynne | reviewed 3d Circuit cases in research file re: Ponzi schemes and factor test | 5 | 0.80 | 1,006.40 |
| 06/28/25 | G. A. Colson | Research re: ability to subpoena examiner | 5 | 1.00 | 586.50 |
| 06/30/25 | G. A. Colson | Revise research memo re: ability to subpoena examiner | 5 | 0.40 | 234.60 |
| 06/30/25 | G. A. Colson | Correspondence with PNC re: production | 5 | 0.10 | 58.65 |
| 06/30/25 | G. A. Colson | Research re: ability to subpoena examiner | 5 | 0.70 | 410.55 |
| 06/30/25 | G. A. Colson | Analyze motion and related filings/objections re: suspension of Examiner | 5 | 0.20 | 117.30 |
| 06/30/25 | G. A. Colson | Analyze motion and related filings/objections re: appointment of trustee | 5 | 0.20 | 117.30 |

# ReedSmith
## Driving progress
### through partnership

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/30/25 | G. A. Colson | Phone call with K. Gwynne re: trustee motion and updates from Prestige counsel | 5 | 0.10 | 58.65 |
| 06/30/25 | K.F. Gwynne | conference with M. Kitzner and J. Voss re: their intention to subpoena examiner to appear a hearing on motion to appoint a trustee and examiner's intention to seek a protective order precluding testimony during investigation | 5 | 0.30 | 377.40 |
| 06/30/25 | K.F. Gwynne | conference with E. Phillips and Getzler team re: status of report on Ponzi allegations | 5 | 0.80 | 1,006.40 |
| 06/30/25 | G. A. Colson | Draft research memo re: ability to subpoena examiner | 5 | 1.50 | 879.75 |
| 06/30/25 | G. A. Colson | Review PNC request for reimbursement re: discovery request and email correspondence with E. Russel and K. Cockerham re: same | 5 | 0.10 | 58.65 |
| | | **Subtotal Task 5** | | **67.40** | **53,574.23** |
| **Totals** | | | | **101.50** | **75,376.73** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Kurt F. Gwynne | 26.40 hrs @ $ | 1,258.00 / hr | 33,211.20 |
| Gabrielle A. Colson | 64.30 hrs @ $ | 586.50 / hr | 37,711.95 |
| German C. Ballardo | 2.50 hrs @ $ | 514.25 / hr | 1,285.63 |
| Kevin W. Cockerham | 7.90 hrs @ $ | 382.50 / hr | 3,021.75 |
| Gabe I. Saenz | 0.40 hrs @ $ | 365.50 / hr | 146.20 |
| **Total Professional Services** | | | **75,376.73** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 06/04/2025 | KURT F. GWYNNE - Court - Other - VENDOR: Kurt Gwynne, Jun 04, 2025, Michigan Civil Process Invoice | 150.00 |
| 06/10/2025 | PARCELS, INC. - COURIER SERVICE - OUTSIDE .25 tech work, 400 bankruptcy copies, 50 envelopes, 5 sheets of labels and 50 USPS postage | 178.00 |
| 06/22/2025 | Kearney & Kearney Specialized Services - COURIER SERVICE - OUTSIDE Served PNC with subpoena. | 70.00 |
| | **Total Expenses and Other Charges** | **398.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 75,376.73 |
| Total Expenses and Other Charges | $ | 398.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **75,774.73** |
| **Total Amount Due** | **$** | **75,774.73** |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 1 | Case Administration | 9.60 | 6,812.75 |
| 2 | Fee/Employment Applications of RS | 7.40 | 4,238.10 |
| 3 | Fee Employment Applications of other professional | 15.10 | 8,571.40 |
| 4 | Hearings | 2.00 | 2,180.25 |
| 5 | Investigations | 67.40 | 53,574.23 |
| | **Matter Total** | **101.50** | **75,376.73** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON