| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>Jason D. Angelo, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>Email: kgwynne@reedsmith.com<br>         jangelo@reedsmith.com<br><br>*Proposed Counsel for Examiner* | |
| In re: <br><br>DARYL FRED HELLER,<br><br>                              Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

Order Filed on July 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER AUTHORIZING RELEASE OF FUNDS FROM MCMANIMON, SCOTLAND & BAUMANN, LLC'S ATTORNEY TRUST ACCOUNT FOR PAYMENT OF FEES AND COSTS OF THE EXAMINER AND HIS PROFESSIONALS PURSUANT TO THE ADMINISTRATIVE FEE ORDER

The relief set forth on the following page is **ORDERED**.

**DATED: July 27, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No.: | 25-11354 (JNP) |
| Caption of Order: | Order Authorizing Release of Funds From McManimon, Scotland & Baumann, LLC's Attorney Trust Account for Payment of Fees and Costs of the Examiner and his Professionals Pursuant to the Administrative Fee Order |

**THIS MATTER,** having been opened to the Court by the following applications, fee statements and objections thereto:

  i. *Application for an Order Authorizing (I) Release of Funds for Payment of Administrative Fees and Expenses of Edward A. Phillips, as the Examiner, Pursuant to the Administrative Fee Order, filed June 12, 2025* [Docket No. 332] ("Examiner's Application")

   a. *Objection of Orrstown Bank to Application for an Order Authorizing Release of Funds for Payment of Administrative Fees and Expenses of Edward A. Phillips, as the Examiner, Pursuant to the Administrative Fee Order*, filed June 19, 2025 [Docket No. 342] (the "Orrstown Bank Objection")

   b. McManimon, Scotland & Baumann, LLC's ("MSB") letter to the Court objecting to the Application, filed June 19, 2025 [Docket No. 343] (the "MSB Letter Objection");

  ii. *Second Monthly Fee Statement of Edward A. Phillips, Examiner, for the Period From April 1, 2025 Through April 30, 2025*, filed May 21, 2025 [Docket No. 264]

   a. *Limited Objection to (I) Monthly Fee Statement of Reed Smith, Counsel for the Examiner, for the Period From March 18, 2025 Through April 30, 2025, (II) Second Monthly Fee Statement of Edward A. Phillips, Examiner, for the Period From April 1, 2025 Through April 30, 2025, (III) First Monthly Fee Statement of Getzler Henrich & Associates, LLC, Financial Advisor to the Examiner, for the Period From April 1, 2025 Through April 30, 2025*, filed June 4, 2025 [Docket No. 305] (the "Limited Objection");

  iii. *First Monthly Fee Statement of Reed Smith LLP, Counsel for the Examiner ("Reed Smith"), for the Period From March 18, 2025 Through April 30, 2025*, filed May 21, 2025 [Docket No. 267];

   a. The Limited Objection;

  iv. *First Monthly Fee Statement of Getzler Henrich & Associates, LLC, Financial Advisor to the Examiner ("Getzler Henrich"), for the Period From April 1, 2025 Through April 30, 2025*, filed May 21, 2025 [Docket No. 268]; and

   a. The Limited Objection.

(Page 3)
Debtor: Daryl Fred Heller
Case No.: 25-11354 (JNP)
Caption of Order: Order Authorizing Release of Funds From McManimon, Scotland & Baumann, LLC's Attorney Trust Account for Payment of Fees and Costs of the Examiner and his Professionals Pursuant to the Administrative Fee Order

And the Orrstown Objection, the MSB Letter Objection, and the Limited Objection having been resolved and withdrawn; with the consent of the parties that filed the foregoing documents, and there being no objection to the following monthly fee statements: (i) *Third Monthly Fee Statement of Edward A. Phillips, Examiner, for the Period From May 1, 2025 Through May 31, 2025* [Docket No. 357]; (ii) *Second Monthly Fee Statement of Getzler Henrich & Associates, LLC, Financial Advisor to the Examiner, for the Period From May 1, 2025 Through May 31, 2025* [Docket No. 358]; and (iii) the *Second Monthly Fee Statement of Reed Smith LLP, Counsel for the Examiner, for the Period from May 1, 2025 Through May 31, 2025* [Docket No. 359]; and for good cause shown as set forth in such fee statements,

**IT IS HEREBY ORDERED** that**:**

1. The Examiner's Application is **GRANTED** subject to paragraphs 3 and 4 below.

2. MSB is authorized and directed, within three (3) days after this Order is entered on the docket, to release the aggregate sum of Two Hundred Fifty Thousand Three Hundred Dollars and Seventy-Five Cents ($250,300.75) from the sale proceeds of the Sea Isle, New Jersey property in the MSB attorney trust account (the "MSB Attorney Trust Account") to pay (a) the fees (which represent 80% of the fees through May 2025) and (b) the expenses of the Examiner, Getzler Henrich and Reed Smith, as follows:

|  | **Examiner** | **Getzler Henrich** | **Reed Smith** | **Total** |
|---|---|---|---|---|
| 80% of fees | $72,186.40 | $33,568.00 | $136,117.98 | $241,872.38 |
| Expenses | $10.00 | $1,459.50 | $6,958.87 | $8,428.37 |

(Page 4)
Debtor: Daryl Fred Heller
Case No.: 25-11354 (JNP)
Caption of Order: Order Authorizing Release of Funds From McManimon, Scotland & Baumann, LLC's Attorney Trust Account for Payment of Fees and Costs of the Examiner and his Professionals Pursuant to the Administrative Fee Order

|  | | | | |
|---|---|---|---|---|
| Total | $72,196.40 | $35,027.50 | $143,076.85 | $250,300.75 |

3. MSB shall hold $835,000 in the MSB Attorney Trust Account until the claim of Orrstown as to the sale proceeds contents of the MSB Attorney Trust Account and an Orrstown objection to the disposition of the proceeds, if any, is resolved.

4. MSB shall hold $125,000 in the MSB Attorney Trust Account until a Leaman objection, if any, is resolved.