**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Luma Financial Group, LLC*

In re:

DARYL FRED HELLER,

               Debtor.

Bankr. Case No. 25-11354 (JNP)

Chapter 11

Hearing Date:  August 19, 2025 @ 11:00 am

Hon. Jerrold N. Poslusny, Jr., U.S.B.J.

## NOTICE OF MOTION FOR ENTRY OF
## CONFIDENTIALITY ORDER

**TO: ALL PARTIES ON THE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE THAT** Luma Financial Group, LLC (the "Movant"), by and through its undersigned counsel, Walsh Pizzi O'Reilly Falanga LLP, have filed the following papers with the Court seeking entry of a Confidentiality Order pursuant to 11 U.S.C. §107 and Federal Rule of Bankruptcy Procedure 9018 in order to protect the confidentiality of certain documents produced by Movant and shared between the Court-Appointed Examiner, Edward A. Phillips (*Dkt. 99 and 118*) and other parties in this bankruptcy case and all related cases and proceedings (collectively the "Bankruptcy Case"):

1. Certification of Stephen V. Falanga in Support of Motion;
2. Statement Why No Brief is Necessary;
3. Proposed Confidentiality Order; and

4.   Certification of Service.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | August 19, 2025 |
| Hearing Time: | 11:00 a.m. |
| Hearing Location: | Mitchell H. Cohen U.S. Courthouse<br>400 Cooper Street, 4th Floor<br>Camden, NJ 08101 |
| Courtroom Number: | Court Room 4C |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

WALSH PIZZI O'REILLY FALANGA LLP
*Counsel for Luma Financial Group, LLC*

Date: July 29, 2025                    By:    */s/ Stephen Falanga*
                                                    Stephen V. Falanga

2