**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Luma Financial Group, LLC*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Bankr. Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Hearing Date: August 26, 2025 @ 11:00 am<br><br>Hon. Jerrold N. Poslusny, Jr., U.S.B.J. |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN CONNECTION WITH THE MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this Motion, as it does not involve complex issues of law.

                                              WALSH PIZZI O'REILLY FALANGA LLP
                                              *Counsel for Luma Financial Group, LLC*

Date: July 29, 2025                      By:    */s/ Stephen Falanga*
                                                                Stephen V. Falanga