# EXHIBIT 6

4839-4739-3596, v. 1

**Marshall T. Kizner**

| | |
|---|---|
| **From:** | Joshua H. Raymond <JRaymond@MSBNJ.COM> |
| **Sent:** | Monday, July 14, 2025 6:20 PM |
| **To:** | Marshall T. Kizner; Joshua Voss; Joseph H. Lemkin |
| **Cc:** | Sari B. Placona; Anthony Sodono |
| **Subject:** | [EXTERNAL] Heller - Inadvertent Disclosure of Privileged Material – Preservation of Attorney-Client Privilege |

Marshall,

I write concerning the disclosure of certain information which was transmitted in connection with, *In re Daryl Fred Heller*, Case No, 25-11354, and to formally assert that the Subpoena previously served on Buck Joffrey inadvertently contained a notation from our client, and such notation constitutes a communication subject to the attorney-client privilege and/or the work product doctrine.

To the extent any privileged material was inadvertently produced or disclosed, we assert that such disclosure does not constitute a waiver of the privilege or protections under New Jersey law, including but not limited to New Jersey Rule of Professional Conduct 4.4(b).

This Rule explicitly provides that a lawyer who receives a document relating to the representation of the lawyer's client and knows or reasonably should know that the document was inadvertently sent must promptly notify the sender.

The privileged communication was set forth in a notation which indicates "Commented [DH1]" evidencing a comment from our client Daryl Heller.  We have explained that the Subpoena served on Mr. Joffrey inadvertently contained a notation from our client to his counsel during the drafting stage of the Subpoena.  It is reasonable for you to know that this comment is outside the language of the Subpoena and a communication from our client.

We request your cooperation in refraining from reviewing, copying, disseminating, or using the inadvertently disclosed information and in returning or destroying it in accordance with applicable rules and ethical obligations.

Moreover, we affirmatively state that the crime-fraud exception does not apply to the communication at issue. The privileged material does not concern any ongoing or intended criminal or fraudulent conduct, and no facts exist that would justify invocation of that narrow exception.

Please confirm in writing that you will take all necessary steps to preserve the privilege by returning or deleting the privileged material and that you will refrain from any further use of its contents.  We appreciate your attention to this matter and your adherence to the applicable professional standards governing our respective conduct.

Should you have any questions or wish to discuss further, please do not hesitate to contact me or Sari.

Best regards,
Josh

Joshua H. Raymond
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial: 973-721-5031**
**Email: JRaymond@MSBNJ.COM**
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Marshall T. Kizner <mkizner@stark-stark.com>
**Sent:** Monday, July 14, 2025 10:00 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Joshua Voss <jvoss@saxtonstump.com>; Joseph H. Lemkin <jlemkin@stark-stark.com>
**Subject:** Heller - Subpoenas

Sari:

We briefly discussed the attached letter and subpoena by phone on June 26, 2025 but I do not believe we confirmed Debtor's position on the issue. Does Debtor take the position that the attached subpoena was inadvertently disclosed under RPC 4.4? If so, my client disagrees that the comment made by the Debtor in the subpoena is an attorney-client communication. If it is, Prestige believes the privilege was waived. If not, Prestige believes the crime fraud exception applies.

Also, if Debtor takes the position that the comment is privileged, send me a copy of the email wherein Debtor forwarded you the comment. That is particularly important because if third parties were copied on the email, privilege was waived.

**Please let me know no later than end of business tomorrow, July 15th**, if Debtor takes the position that the attached subpoena was inadvertently disclosed under RPC 4.4. If so, send the email referenced above for further review. If we can't work this out, we will need to seek judicial intervention. Of course, if you agree that the comment is not protected and are not seeking to claw it back, we will not need to seek judicial intervention.

If I do not hear back from you, I'll take the most conservative approach and assume that Debtor believes the document was inadvertently disclosed and privileged and will proceed accordingly.

Thank you,

_____
**Marshall T. Kizner, Esq.**
*Shareholder*

**t:** 609.219.7449 **| f:** 609.895.7395
**e:** mkizner@stark-stark.com
Assistant: Cara Conlon, 609.895.7396

Stark & Stark PC
100 American Metro Boulevard, Hamilton, NJ 08619 (Office)
P.O. Box 5315, Princeton, NJ 08543 (Mailing)

Website | Blog | Offices | Facebook | LinkedIn | Instagram | YouTube




This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all

2

copies of the original message.

**From:** Joshua H. Raymond <JRaymond@MSBNJ.COM>
**Sent:** Wednesday, June 18, 2025 2:24 PM
**To:** Marshall T. Kizner <mkizner@stark-stark.com>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>; Sari B. Placona <SPlacona@MSBNJ.COM>
**Subject:** [EXTERNAL] Heller - Subpoenas

Attached please find our correspondence and four Subpoenas.
Please confirm receipt hereof and that this email is sufficient.  If you require us to mail you hard copies, kindly advise.
Best regards,
Josh

**Joshua H. Raymond**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial:** 973-721-5031
**Email:** JRaymond@MSBNJ.COM
Website

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Marshall T. Kizner <mkizner@stark-stark.com>
**Sent:** Tuesday, June 17, 2025 4:22 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>; Joshua H. Raymond <JRaymond@MSBNJ.COM>
**Subject:** RE: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

Sari:

If you want to send a subpoena with these requests, we are happy to review.

Thank you,

**Marshall T. Kizner, Esq.**
*Shareholder*

**t:** 609.219.7449 **| f:** 609.895.7395
**e:** mkizner@stark-stark.com
Assistant: Cara Conlon, 609.895.7396

Stark & Stark PC
100 American Metro Boulevard, Hamilton, NJ 08619 (Office)
P.O. Box 5315, Princeton, NJ 08543 (Mailing)

Website | Blog | Offices | Facebook | LinkedIn | Instagram | YouTube

   

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all

copies of the original message.

---

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Tuesday, June 17, 2025 4:20 PM
**To:** Marshall T. Kizner <mkizner@stark-stark.com>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>; Joshua H. Raymond <JRaymond@MSBNJ.COM>
**Subject:** [EXTERNAL] Re: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

Marshall

Please confirm you received these additional requests.

Thanks

From Sari B. Placona, Esq.
Sent from my iPhone

> On Jun 13, 2025, at 12:23 PM, Sari B. Placona <SPlacona@msbnj.com> wrote:
>
> Marshall
>
> In addition to the subpoenas sent to the Fund Managers, here are three additional requests.
>
> 1. For the Prestige escrow account, or any bank or legal escrow account associated with, provide any and all revenues received since Nov 21 takeover
> 2. Accounting for every dollar of revenue generated from ATMs since November (inflows, outflows, all payments to legal, etc)
> 3. List of Acquisition partners and agents of Paramount including All emails, discussions, document, etc related to settlement discussions or any communications with acquisition partner/agent.
>
> Thank you.
>
> **Sari B. Placona | Attorney Bio**
> **Partner**
> **McManimon, Scotland & Baumann, LLC**
> **75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
> **Direct Dial:** 973-721-5030
> **Email: SPlacona@MSBNJ.COM**
> Website
>
> **Connect with MS&B on LinkedIn | Twitter | Instagram**
>
>> **From:** Marshall T. Kizner <mkizner@stark-stark.com>
>> **Sent:** Thursday, June 12, 2025 3:56 PM
>> **To:** Sari B. Placona <SPlacona@MSBNJ.COM>
>> **Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>

4

**Subject:** RE: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

Hi Sari:

Your client has until July 2nd to file a response to our non-dischargeabilty action already based on the date of mailing (see attached). That gives you the 20 days you seek, without the need for a further extension. We are fine extending the deadline to respond to the adversary proceeding to 6/20, which is effectively a 60 plus day extension since the deadline to respond has long passed.

I am away for part of the week of the 23rd and 30th and I have a trial next week before I leave, so I would like to fix the responsive deadline for the subpoenas to 7/3, with your consent.

Please advise.

Thanks,

**Marshall T. Kizner, Esq.**
*Shareholder*

**t:** 609.219.7449 **| f:** 609.895.7395
**e:** mkizner@stark-stark.com
Assistant: Cara Conlon, 609.895.7396

Stark & Stark PC
100 American Metro Boulevard, Hamilton, NJ 08619 (Office)
P.O. Box 5315, Princeton, NJ 08543 (Mailing)

Website | Blog | Offices | Facebook | LinkedIn | Instagram | YouTube




This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Thursday, June 12, 2025 10:26 AM
**To:** Marshall T. Kizner <mkizner@stark-stark.com>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>
**Subject:** [EXTERNAL] RE: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

Marshall

Settlement Discussions

This is where we are at.
As you know we agreed on a 20 day extension to the subpoena for you upon your first request. (professional courtesy). My client does not want a further extension as the discovery is important.

5

I would like the same courtesy – we can file an answer to the removed action by next Friday the 20th and we would like 20 days on the nondischarge action. This is the same courtesy you were given.

If that is not agreeable. I would ask to have until the 20th to file an answer to the removed action and 20 days on the discharge complaint and we will give you an additional 5 days to the subpoenas.

Let me know.

**Sari B. Placona | Attorney Bio**
**Partner**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial: 973-721-5030**
**Email: SPlacona@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Marshall T. Kizner <mkizner@stark-stark.com>
**Sent:** Thursday, June 12, 2025 7:00 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>
**Subject:** RE: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

Sari:

We cannot commit to extensions if the extensions are not reciprocal in this matter. Please find out about the subpoenas extension requests and get back to me.

Thank you,

---

**Marshall T. Kizner, Esq.**
*Shareholder*

**t:** 609.219.7449 **| f:** 609.895.7395
**e:** mkizner@stark-stark.com
Assistant: Cara Conlon, 609.895.7396

Stark & Stark PC
100 American Metro Boulevard, Hamilton, NJ 08619 (Office)
P.O. Box 5315, Princeton, NJ 08543 (Mailing)

Website | Blog | Offices | Facebook | LinkedIn | Instagram | YouTube

 

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Thursday, June 12, 2025 6:55 AM

6

**To:** Marshall T. Kizner <mkizner@stark-stark.com>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>
**Subject:** [EXTERNAL] RE: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

I will speak to my client.

With that being said, I just looked at my calendar and id like 2 weeks to file my answer since I am in court 3 days next week. That is very reasonable as well. Anthony gave you an extra 20 days and now you are asking for more top on that. My 2 weeks is not unreasonable. Please confirm ok and I will see what I can do.

Also, I cannot wait my right for a responsive pleading at this point. I am not familiar enough with the facts.
I hope you can understand that with everyone going on in this case.

Please get back to me.

**Sari B. Placona** | **Attorney Bio**
**Partner**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068**
**Direct Dial: 973-721-5030**
**Email: SPlacona@MSBNJ.COM**
**Website**

**Connect with MS&B on LinkedIn | Twitter | Instagram**

**From:** Marshall T. Kizner <mkizner@stark-stark.com>
**Sent:** Thursday, June 12, 2025 6:51 AM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>
**Subject:** RE: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

Sari:

Pre-answer motion, such as a Rule 12 motion. If Debtor provides an extension to August 15, 2025 for the 4 subpoena responses, we will provide both extensions – removed action and nondischargeabilty action. These extension requests are a two-way street at this point, which is very reasonable under the circumstances.

Thanks,

---

**Marshall T. Kizner, Esq.**
*Shareholder*

**t:** 609.219.7449 **| f:** 609.895.7395
**e:** mkizner@stark-stark.com
Assistant: Cara Conlon, 609.895.7396

Stark & Stark PC

7

100 American Metro Boulevard, Hamilton, NJ 08619 (Office)
P.O. Box 5315, Princeton, NJ 08543 (Mailing)

Website | Blog | Offices | Facebook | LinkedIn | Instagram | YouTube




This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Thursday, June 12, 2025 6:35 AM
**To:** Marshall T. Kizner <mkizner@stark-stark.com>
**Cc:** Joseph H. Lemkin <jlemkin@stark-stark.com>; Anthony Sodono <ASodono@MSBNJ.COM>; Joshua Voss <jvoss@saxtonstump.com>
**Subject:** [EXTERNAL] Re: REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY [IMAN-ACTIVE.FID441003]

Marshall

What is a pre answer?

I have to check with my client but anthony already granted you an extension which my client wasn't thrilled about. I have to speak to him

Please confirm you will give me until the 20th to file an answer on the removed action.


From Sari B. Placona, Esq.
Sent from my iPhone


> On Jun 12, 2025, at 6:22 AM, Marshall T. Kizner <mkizner@stark-stark.com> wrote:
>
> Hi Sari:
>
> Pursuant to your request, below, Prestige is amenable to granting a 30-day extension for the Debtor to file an answer in the nondischargeability case the Funds filed as long as:
>
> 1. Debtor confirm it will be filing an answer – not a pre-answer motion; and
>
> 2. Debtor adjourns the return dates on the 4 Rule 2004 examination subpoenas served on representatives of the funds for 30 days, i.e., by and through July 21, 2025.

Please advise.

Thanks,

---

**From:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Sent:** Wednesday, June 11, 2025 2:54:47 PM
**To:** Sari B. Placona <SPlacona@MSBNJ.COM>
**Cc:** Anthony Sodono <ASodono@MSBNJ.COM>
**Subject:** [EXTERNAL] REQUEST FOR MORE TIME - HELLER COMPLAINTS RE NONDISCHARGEABILITY

 Counsel

As you know, this firm is bankruptcy counsel to Daryl Heller. We have not yet been retained to handle any adversary complaints regarding nondischargeability yet. The Debtor is reviewing his options to move forward. Accordingly, on behalf of the Debtor, we are respectfully requesting a 30 day extension for the Debtor to file an answer to the respect complaints.

We appreciate the consideration.
Kindly confirm as soon as you can.

Thank you

**Sari B. Placona** | **Attorney Bio**
**Partner**
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email:** **SPlacona@MSBNJ.COM**
Website

**Connect with MS&B on** LinkedIn | Twitter | Instagram

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.