**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**SAXTON & STUMP LLC**
Joshua J. Voss, Esq.
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1072

**STARK & STARK, PC**
Marshall T. Kizner, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
*Attorneys for Prestige*

In re:

DARYL FRED HELLER,

      Debtor.

Chapter 11

Case No. 25-11354 (JNP)

**ORDER GRANTING PRESTIGES' MOTION TO DETERMINE PRIVILEGE**

The Relief set forth in the following page two is hereby **ORDERED**.

Upon consideration of Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") Motion to Determine Privilege; any opposition thereto, and after due deliberation and sufficient and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.    Prestige's Motion is **GRANTED**, in full; and

2.    The statement contained in the Subpoena referenced in the motion, containing the statement, "[█████████████████████████████████████████]" is:

    a.  not an attorney client communication;

    b.  was not inadvertently disclosed; and

    c.  is subject to disclosure under the crime-fraud exception.

4925-3224-4309, v. 1