| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN \| STEADY, LLC**<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com<br>Telephone: (215) 839-1222<br><br>Attorneys for Robert Horst | |
| In re:<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Chapter 711<br><br>Case No.  25-11354 (JNP) |

1. I, __Jeffrey Kurtzman, Esquire__ :

    **X** represent __**Robert Horst**, Creditor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 31, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

### APPLICATION FOR *PRO HAC VICE* ADMISSION
### OF DAVID M. BURKHOLDER, ESQUIRE

3. I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Date:   __August 1, 2025__                                                                                          */s/ Jeffrey Kurtzman*

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder, Esquire<br>Office of the United States Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Sari B. Placona, Esquire<br>McManimon Scotland & Baumann<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068 | Debtor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Anthony Sodono, III<br>McManimon Scotland & Baumann<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068 | Debtor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| George William Allison Bartholomew<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, Floor 32<br>New York, NY 10271-3299 | Creditors/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Lane E. Brody<br>Saxon & Stump<br>4250 Crums Mill Road, Suite 201<br>Harrisburg, PA 17112 | Creditors/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Gerard S. Catalanello<br>Alston & Bird<br>90 Park Avenue, 15th Floor<br>New York, NY 10016 | Creditors/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| | | ☐ Other _____<br>(as authorized by the court*) |
| Jeffrey S. Cianciulli<br>Weir & Partners, LLP<br>824 Market Street Mall, Suite 1001<br>Wilmington, DE 19899 | Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Anthony Ciardi, III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Donald W. Clarke<br>Genova Burns, LLC<br>494 Mayor Kenneth A. Gibson Blvd.<br>Newark, NJ 07102 | Creditors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| William E. Craig<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 N. Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Kristi JoLynn Doughty<br>Chipman Brown Cicero & Cole<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| E. Richard Dressel<br>Lex Nova Law<br>1845 Walnut Street, 22nd Floor<br>Philadelphia, PA 19103 | Creditors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Stephen V. Falanga | Interested Party | ☐ Hand-delivered |

| Name/Address | Role | Method |
|---|---|---|
| Walsh Pizzi O'Reilly Falanga<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102 | | ☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Edmond M. George<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Janet Gold<br>Eisenberg, Gold & Agrawal<br>1040 N. Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Harry M. Gutfleish<br>Gutfleish Law, LLC<br>One Universeity Plaza, Suite 208<br>Hacksensack, NJ 07601 | Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Kurt F. Gwynne<br>Reed Smith, LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801-1163 | Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Nancy Isaacson<br>Greenbaum Rowe Smith & Davis, LLP<br>75 Livingston Avenue<br>Roseland, NJ 07088 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Richard Kanowitz<br>Haynes Boone<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail |

| | | |
|---|---|---|
| | | X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marshall T. Kizner<br>Stark & Stark, P.C.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619 | Creditors/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jerrold S. Kulback<br>Archer & Greiner, P.C.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 | Creditor/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Christopher John Leavell<br>Klehr Harrison Harvey Branzburg, LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Joseph H. Lemkin<br>Stark & Stark, P.C.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619 | Creditors/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Douglas G. Leney<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103 | Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jeffrey Lichtstein<br>Rosenberg Martin Greenberg<br>25 South Charles Street, 21st Floor<br>Baltimore, MD 21201 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| Name / Address | Role | Service Method |
|---|---|---|
| Christopher P. Mazza<br>Porzio Bromberg & Newman<br>100 Southgate Parkway<br>PO Box 1997<br>Morristown, NJ 07962 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jaclynn McDonnell<br>Genova Burns, LLC<br>494 mayor Kenneth A. Gibson Blvd.<br>Newark, NJ 07102 | Creditors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marc D. Miceli<br>Mitnick Law P.C.<br>PO Box 530<br>Oldwick, NJ 08858 | Creditors/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Steven Mitnick<br>Mitnick Law P.C.<br>PO Box 530<br>Oldwick, NJ 08858 | Creditors/ Interested Parties | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Rachel A. Parisi<br>Porzio Bromberg & Newman<br>100 Southgate Parkway<br>PO Box 1997<br>Morristown, NJ 07962 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Edward A. Phillips<br>Getzler Henrich & Associates<br>2929 Arch Street, Suite 1650<br>Philadelphia, PA 19104 | Examiner | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Daniel S. Seidman<br>Ciardi Ciardi & Astin<br>1905 Spruce Street | Interested Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR |

| Name/Address | Role | Method |
|---|---|---|
| Philadelphia, PA 19103 | | ☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Lauren Sisson<br>Haynes Boone<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Heidi J. Sorvino<br>White & Williams, LLP<br>810 7th Avenue, Suite 500<br>New York, NY 10019 | Interested Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Martin J. Weiss<br>Dilworth Paxson<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19103 | Creditor/ Interested Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Natalie R. Young<br>MacElree Harvey<br>17 West Miner Street<br>West Chester, PA 19382 | Interested Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Donald W. Clarke<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | Creditors | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Enrique Chaljub Garcia<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | Creditor | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |

| Name/Address | Role | Delivery |
|---|---|---|
| | | (as authorized by the court*) |
| Edmond M. George<br>Obermayber Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108 | Creditor | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Leo M. Gibbons<br>MacElree Harvey<br>17 West Miner Street<br>PO Box 660<br>West Chester, PA 19381-0660 | Interested Party | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Goldcoast Sotheby's International Realty<br>200 34th Street<br>Ocean City, NJ 08226 | | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marshall T. Kizner<br>Stark & Stark, P.C.<br>PO Box 5315<br>Princeton, NJ 08543 | Creditors | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Kimberly Kodis Schiffman<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387 | Creditor | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Stephen Montgomery<br>Dickinson Wright<br>424 Chruch Street, Suite 800<br>Nashville, TN 37219 | Creditor | ☐ Hand-delivered<br>X Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Reed Smith, LLP | Examiner | ☐ Hand-delivered |

| | | |
|---|---|---|
| 506 Carnegie Center, Suite 300<br>Princeton, NJ 08540 | | X  Regular Mail<br>☐  Certified mail/RRR<br>☐  E-mail<br>☐   Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| The DMC Group CPAs & Advisors, LLC<br>22 Horseneck Road<br>Fairfield, NJ 07004 | | ☐  Hand-delivered<br>X  Regular Mail<br>☐  Certified mail/RRR<br>☐  E-mail<br>☐   Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| James C. Vandermark<br>White & Williams, LLC<br>Liberty View<br>457 Haddonfield Road, Suite 400<br>Cherry Hill, NJ 08002 | Interested Party | ☐  Hand-delivered<br>X  Regular Mail<br>☐  Certified mail/RRR<br>☐  E-mail<br>☐   Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| James J. Vincequerra<br>Alston & Bird, LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387 | Creditor | ☐  Hand-delivered<br>X  Regular Mail<br>☐  Certified mail/RRR<br>☐  E-mail<br>☐   Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| Joshua J. Voss<br>Saxton & Stump<br>280 Granite Run Drive, Suite 230<br>Lancaster, PA 17601 | Creditors | ☐  Hand-delivered<br>X  Regular Mail<br>☐  Certified mail/RRR<br>☐  E-mail<br>☐   Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |