UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
MacElree Harvey, Ltd.
17 W. Miner Street, P.O. Box 660
West Chester, PA 19381-0660
(610) 436-0100
Natalie R. Young, Esquire (nyoung@macelree.com)
Leo M. Gibbons, Esquire (lgibbons@macelree.com)
 (Admitted Pro Hac Vice)
Counsel to Accordo Limited Partnership

In Re:

Daryl Fred Heller, Debtor

Case No.: 25-11354 (JNP)

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 8/5/2025

Judge: Poslusny

## ADJOURNMENT REQUEST

1. I, __Natalie R. Young__,

   ☒ am the attorney for: __Accordo Limited Partnership__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Approve Sale of Prince Street Property (Doc. 381)

   Current hearing date and time: Tuesday, 8/5/25 at 11:00 a.m.

   New date requested: Tuesday, 8/19/25

   Reason for adjournment request: Agreement of moving and objecting party and for further time to resolve issues.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):
   moving party, Accordo Limited Partnership and objecting party, Deerfield Capital, LLC (Doc. 409)

I certify under penalty of perjury that the foregoing is true.

Date: Aug. 1, 2025

Signature: *Natalie R Young*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: __8/19/25 at 11:00__    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2