| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **STARK & STARK, PC**<br>Marshall T. Kizner, Esq.<br>Joseph H. Lemkin, Esq.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619<br>Telephone (609) 791-7022<br>*Attorneys for Prestige* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>     Debtor. | Chapter 11<br><br>Case Nos. 25-11354 (JNP) |

**JOINDER TO SILVERVIEW CREDIT PARTNERS LP'S REQUEST TO STRIKE CERTIFICATION SUBMITTED BY DEBTOR**

Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") submit this Joinder to Silverview Credit Partners LP's Request to Strike Certification Submitted by Debtor and deny the Settlement Motions in their entirety (the "Application to Strike").

## JOINDER

1. Prestige adopts and incorporates by reference in its entirety the Application to Strike [DI 445].

## CONCLUSION

For the foregoing reasons Prestige requests that the Court strike the Debtor's Certification and deny the Settlement Motions in their entirety.

.

    Respectfully submitted,

    STARK & STARK
    A Professional Corporation

    By:/s/ *Marshall T. Kizner*
       MARSHALL T. KIZNER, ESQ.

    By:/s/ *Joseph H. Lemkin*
      JOSEPH H. LEMKIN, ESQ.
      100 American Metro Blvd.
      Hamilton, NJ 08619
      (609) 791-7922 (direct)
      (609) 896-9060 (main)
      (609) 895-7395 (facsimile)

    *Attorneys for Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity*

2

*Fund V, LLC, WF Velocity Fund VI, LLC and
WF Velocity Fund VII, LLC*

Dated: August 5, 2025

3