EXHIBIT "B"

| From: | Sari B. Placona |
|---|---|
| To: | Chambers of JNP |
| Cc: | Anthony Sodono; Albert A. Ciardi III; Catalanello, Gerard; Schiffman, Kimberly; Vincequerra, James; Wieder, Jonathan; Cohen, Seth; Chaljub, Enrique; Marshall T. Kizner; Joshua Voss; Joseph H. Lemkin; richard.kanowitz@haynesboone.com; Kulback, Jerrold S.; Marc D. Miceli; "Don Clarke"; Heidi Sorvino; Daniel Siedman; Jeffrey.M.Sponder@usdoj.gov |
| Subject: | In re Heller - 25-11354; 9019 Hearing on August 6, 2025 |
| Date: | Monday, August 4, 2025 4:23:03 PM |
| Attachments: | Deerfield 9019 - exhibit list 4906-5076-4378 v.1.pdf |
| | Debtor Exhibit 3 - deerfield 9019.pdf |
| | Debtor Exhibit 6 - deerfield 9019.pdf |
| | Debtor Exhibit 5 - deerfield 9019.pdf |
| | Debtor Exhibit 2 - deerfield 9019.pdf |
| | Debtor Exhibit 4 - deerfield 9019.pdf |
| | Debtor Exhibit 1 - deerfield 9019.pdf |

Dear Judge Poslusny, Jr.

This firm counsel is counsel to Daryl Heller, the Chapter 11 Debtor (the "Debtor"), in the above referenced matter.

In accordance with ECF 364, attached is a copy of the Debtor's pre marked exhibits and witness list in advance of Wednesday's hearing.
The Debtor reserves right to cross examine any witnesses that are called by any other party. The Debtor also reserves its right to amend and/or supplement its witness list and exhibit list.

Thank you for the Court's consideration.

Respectfully,

Sari B. Placona | **Attorney Bio**
Partner
**McManimon, Scotland & Baumann, LLC**
75 Livingston Avenue | 2nd Floor | Roseland, NJ 07068
**Direct Dial:** 973-721-5030
**Email: SPlacona@MSBNJ.COM**
Website

Connect with MS&B on LinkedIn | Twitter | Instagram

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message . If you have received the message in error, please advise the sender by reply e-mail or contact the sender at McManimon, Scotland & Baumann, LLC by phone at (973) 622-1800 and delete the message. Thank you very much.

**9019 SETTLEMENT WITH DEERFIELD CAPITAL**

**DEBTOR'S EXHIBIT LIST**

1. **Proof of Claim #38  of Deerfield Capital**
2. **Adversary Proceeding Complaint – 25-01092**
3. **Motion for Stay Relief [ECF 9]**
4. **Motion to Appoint Trustee [ECF 30]**
5. **Term Sheet Agreement**
6. **Certification of Daryl Heller – [ECF 258-2]**

**DEBTOR'S WITNESS LIST**

1. **Jerry Hostetter**
2. **David Zook**
3. **William Poole**
4. **Buck Joffrey**