Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11354−JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx−xx−1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

   A Disclosure Statement was filed by Debtor Daryl Fred Heller on August 1, 2025 , pursuant to Fed. R. Bankr. P. 3016.

   The Court shall conduct a hearing as to the adequacy of such statement before Honorable Jerrold N. Poslusny Jr. on :

Date:              September 4, 2025
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

   Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

   To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Sari B. Placona, Esq.
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue
Suite 201
Roseland, NJ 07068
973−622−1800


Dated: August 4, 2025
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 25-11354-JNP

Daryl Fred Heller                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                  User: admin                                                    Page 1 of 14
Date Rcvd: Aug 04, 2025                    Form ID: 195                                                Total Noticed: 178

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | Donald W Clarke, Genova Burns LLC, 494 Broad Street, Newark, NJ 07102-3230 |
| aty | + | Edmond M. George, Obermayer Rebmann Maxwell &Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | | James J Vincequerra, ALSTON & BIRD LLP, 90 Park Avenue 15th Floor, New York, NY 10016-1387 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancasster, PA 17601-6820 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, PA 17601-6820 |
| aty | | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, NJ 07601 |
| aty | | Leo M. Gibbons, MacElree Harvey, 17 West Miner Street, PO Box 660, West Chester, PA 19381-0660 |
| aty | + | Marshall T. Kizner, Stark & Stark, PC, PO Box 5315, Princeton, NJ 08543-5315 |
| aty | + | Reed Smith LLP, 506 Carnegie Center, Suite 300, Princeton, NJ 08540-6243 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| aty | + | Stephen Montgomery, 424 Church Street, Suite 800, Nashville, TN 37219, US 37219-2395 |
| intp | #+ | Accordo, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brigantine Group (L.P.), 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | + | Brookfield GP, LLC, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brookfield Partners, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brookfield, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| cr | + | Claudia Z. Springer, 1310 Meeting House Road, PO Box 448, Gwynedd, PA 19436-0448 |
| cr | + | Diane K. Poole, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| sp | + | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| intp | #+ | Ethan Heller, 330 N. Lime Street, Lancaster, PA 17602-2355 |
| op | + | Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017-6358 |
| r | + | Goldcoast Sotheby's International Realty, 200 34th Street, Ocean City, NJ 08226-2056 |
| sp | | James J Vincequerra, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Joshua J Voss, Three Logan Square, 1717 Arch Street, 5th Floor, Philadelphia, PA 19103-2782 |
| sp | | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Leo M Gibbons, MacElree Harvey Ltd., 17 W. Miner Street, West Chester, PA 19382-3213 |
| cr | + | Prestige Fund A II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A IX, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |

Case 25-11354-JNP    Doc 453    Filed 08/06/25    Entered 08/07/25 00:14:42    Desc
Imaged Certificate of Notice    Page 3 of 15

| District/off: 0312-1 | User: admin | Page 2 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| | | |
|---|---|---|
| cr | + | Prestige Fund B VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D III, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Robert Horst, Jeffrey Kurtzman,Esquire, 101 N Washington Avenue, Suite 4A, Margate, NJ 08402 UNITED STATES 08402-1195 |
| sp | + | Stephen Montgomery, Dickinson Wright, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| intp | + | Taite Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| acc | + | The DMC Group CPAs & Advisors, LLC, 22 Horseneck Road, Fairfield, NJ 07004-2410 |
| cr | + | Truist Bank, c/o Jeffrey Lichstein, 25 S. Charles St., 21st Fl., Baltimore, MD 21201 UNITED STATES 21201-3322 |
| cr | + | WF Velocity Fund IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| 520562687 | + | Albert Ciardi, Esq., Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| 520562680 | + | Austin Business, Attn: Chris Mundt, Esq., 4853 Williams Drive, Ste 111, Georgetown, TX 78633-2327 |
| 520626293 | + | Automated ATM Solutions, Inc. d/b/a Cypress Advant, 18291 N. Pima Road, No. 110-131, Scottsdale, AZ 85255-5697 |
| 520627397 | + | Avenaero Holdings LLC, 2126 N. Rocky Top Road, Battlefield, MO 65619-8101 |
| 520618336 | + | Blackford ATM Ventures Fund D, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Street, Suite 460, Wilmington, DE 19801-3014 |
| 520618339 | + | Blackford ATM Ventures Fund M II, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618342 | + | Blackford ATM Ventures Fund M IV, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618356 | + | Blackford ATM Ventures Fund M V, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618359 | + | Blackford ATM Ventures Fund M, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618360 | + | Blackford ATM Ventures, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520627562 | #+ | Bryan Zeamer and Heather Zeamer, 1000 Old Line Rd., Manheim, PA 17545-8219 |
| 520582911 | + | CAN Capital, Inc., as assignee of WebBank, 1850 Parkway Place Suite 1150, Marietta, GA 30067-4439 |
| 520588215 | + | CFG Merchant Solutions, LLC, Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 520562692 | + | Charlene Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| 520596670 | + | Charlene Heller, c/o Leo M. Gibbons, Esquire, 17 W. Miner Street, West Chester, PA 19382-3213 |
| 520627629 | + | Charred Cuts, LLC, Gilbert Kraybill & Hess LLP, 2933 Lititz Pike,, P.O. Box 5349, Lancaster, PA 17606-5349 |
| 520599445 | + | Chicago Atlantic Admin, LLC, c/o Greg Kramer, Haynes and Boone, LLP, 30 Rockefeller Plaza - 26th Floor, New York, NY 10112-0086 |
| 520547363 | + | Chicago Atlantic Advisors, LLC, c/o Elizabeth Quinlivan, VP, 420 North Wabash Ave, Ste 500, Chicago, IL 60611-5626 |
| 520562682 | + | Credibly Funding, 25200 Telegraph Road, Ste 350, Southfield, MI 48033-7416 |
| 520627194 | + | David L. Parreira 2023 Irrevocable Trust, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627538 | + | David Zook, c/o Rory Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520614413 | + | Deerfield Capital LLC, 16 Deerfield Road, Lancaster, PA 17603-9608 |
| 520547364 | + | Deerfield Capital, LLC, c/o Eric Warfel, 16 Deerfield Road, Lancaster, PA 17603-9608 |
| 520627323 | + | Diane Poole, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520562688 | + | Donna Donaher, Esq., First National Bank, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5711 |
| 520626971 | + | FC Capital Holdings, LLC, Attn: Mike Henshaw, 420 Stevens Ave., Ste. 120, Solana Beach, CA 92075-2074 |
| 520562683 | | First Commonweath, 22 East Roseville Road, Unit D, Lancaster, PA 17601 |
| 520547365 | + | First National Bank, c/o Steven Markunas, 1205 Westlakes Drive, Suite 260, 2nd Floor, Berwyn, PA 19312-2427 |
| 520562676 | +++ | Fulton Bank, 1695 State Street, East Petersburg, PA 17520-1328 |
| 520626516 | + | Funders App LLC dba Fundonatic, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 520547366 | + | Funders App, LLC (Fondonatics), c/o Michele David, 3323 NE 163rd St, Ste 401, North Miami Beach, FL 33160-5596 |
| 520625533 | + | GCC Investment Holdings LLC, Stephen M. Montgomery, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| 520626967 | + | Gallimore Properties, L.L.C., Christopher P. Mazza, Esq., Porzio, Bromberg & Newman, P.C., 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| 520562689 | + | Greg Kramer, Esq., Haynes & Boone, LLP, 30 Rockefeller Plaza, 26th Floor, New York, NY 10112-0086 |
| 520562690 | + | Gustav Stickley, Esq., Blank Rome, 125 High Street, Boston, MA 02110-2704 |
| 520627494 | + | Hostetter Family Trust, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520624981 | + | J. Richard Haller, 1007 Log Cabin Road, Leola, PA 17540-9768 |

Case 25-11354-JNP    Doc 453    Filed 08/06/25    Entered 08/07/25 00:14:42    Desc
Imaged Certificate of Notice    Page 4 of 15

| District/off: 0312-1 | User: admin | Page 3 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| | | |
|---|---|---|
| 520627456 | + | Jerry D. Hostetter, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627219 | + | Karen L. Parreira 2023 Irrevocable Trust, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520562677 | + | Martin Weis, Esq., Dilworth Paxon, LLP, 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 520626298 | + | Mid Penn Bank, c/o Bonnie Berkoski, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| 520627193 | + | Mr. and Mrs. Matthew Hostetter, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627051 | + | Mr. and Mrs. Stephen D. Leaman, c/o Rory O. Connaughton, Esq., Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627159 | + | Mr. and Mrs. Zachary Kennel, c/o Rory O. Connaughton, Esq., Saxton & Stump LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520625252 | + | Needham Bank, Michelle L. Haughton, 1063 Great Plain Avenue, Needham, MA 02492-2302 |
| 520547369 | + | Needham Bank, c/o Joseph Campanelli, Pres. & CEO, 1063 Great Plain Avenue, Needham, MA 02492-2338 |
| 520547370 | + | Orrstown Bank, c/o Tom Cislo, VP, 1589 Commerce Drive, Lancaster, PA 17601-2731 |
| 520623827 | + | Orrstown Bank, c/o Martin J. Weis, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| 520627235 | + | Paul and Deborah Parreira Family 2005 Trust, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627560 | + | Pinnacle Asset Management LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520612211 | + | Prestige Fund A II, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612237 | + | Prestige Fund A IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612248 | + | Prestige Fund A IX, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612299 | + | Prestige Fund A V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612364 | + | Prestige Fund A VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612376 | + | Prestige Fund A VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612391 | + | Prestige Fund A, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613146 | + | Prestige Fund B BTM I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613147 | + | Prestige Fund B II, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613149 | + | Prestige Fund B IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613155 | + | Prestige Fund B V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613193 | + | Prestige Fund B VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613197 | + | Prestige Fund B VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613199 | + | Prestige Fund B, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613234 | + | Prestige Fund D BTM I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613236 | + | Prestige Fund D III, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613240 | + | Prestige Fund D IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613242 | + | Prestige Fund D V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613243 | + | Prestige Fund D VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613245 | + | Prestige Fund D, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520560747 | + | Prosperum Capital Partners LLC, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520562693 | + | Randall Leaman, 44 Pintail Turn, Lititz, PA 17543-8373 |
| 520627564 | + | Randy Weaver, 4873 Division Hwy, East Earl, PA 17519-9247 |
| 520626519 | + | Reliance Financial, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 520547371 | + | Reliance Platinum, 633 167th St, Ste 804, Miami, FL 33162-2446 |
| 520627399 | + | Robert W. Pontz, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627050 | + | Rory O. Connaughton, Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627158 | + | Rory O. Connaughton, Esquire, Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520626294 | + | Samantha S. Guthrie, 18291 N. Pima Road, No. 110-131, Scottsdale, AZ 85255-5697 |
| 520547372 | + | Silverview Credit Partners, c/o Jeffrey Marcus, Managing Director, 100 South Ashley Drive, Ste 600, Tampa, FL 33602-5300 |
| 520557538 | + | Silverview Credit Partners LP, Alston & Bird LLP, c/o James J. Vincequerra, 90 Park Avenue, 15th Floor, New York, NY 10016-1301 |
| 520625532 | + | Stephen M. Montgomery, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| 520626453 | | Steven Mitnick, Receiver, S. Mitnick Law PC, P.O. Box 530, 49 Old Turnpike Road, Oldwick, NJ 08858 |
| 520627299 | + | Steward Capital Holdings LP, 3900 S. Overland Avenue, Springfield, MO 65807-8766 |
| 520627561 | + | Summit Asset Management LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520588528 | + | Superior Group ATMS LLC, 1615 South Telegraph Rd, Ste 300, Bloomfield Hills, MI 48302-0065 |
| 520627487 | + | THC Venture Capital LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520622510 | + | Timothy Jay Houseal, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |
| 520547373 | + | Traditions Bank, c/o Krista Blasser, 226 Pauline Drive, York, PA 17402-4625 |
| 520547374 | + | UniBank, c/o Yuko Elliot, SVP, 19315 Highway 99, Lynnwood, WA 98036-5251 |
| 520547375 | + | Univest, c/o Ryan Boyd, VP, 1869 Charter Lane, Lancaster, PA 17601-5898 |
| 520623200 | + | Univest Bank and Trust Co., c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

| District/off: 0312-1 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| | | |
|---|---|---|
| 520613249 | + | WF Velocity Fund I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613252 | + | WF Velocity Fund IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613255 | + | WF Velocity Fund V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613256 | + | WF Velocity Fund VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613257 | + | WF Velocity Fund VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520626490 | + | WebBank, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830-6295 |
| 520562686 | +++ | Westwood Funding, 4601 Sheridan St, Ste 501, Hollywood, FL 33021-3435 |
| 520622511 | + | Wilmington Savings Fund Society, FSB, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |

TOTAL: 157

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2025 20:42:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: collections@customersbank.com | Aug 04 2025 20:43:00 | Customers Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Aug 04 2025 20:43:00 | Fulton Bank, N.A., 1695 State Street, East Petersburg, PA 17520-1328 |
| 520583561 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2025 20:54:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520562679 | + | Email/PDF: bncnotices@becket-lee.com | Aug 04 2025 20:54:14 | Amex, PO Box 6031, Carol Stream, IL 60197-6031 |
| 520551889 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2025 20:54:31 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520588526 | ^ | MEBN | Aug 04 2025 20:41:06 | CT Corporation System, 330 N. Brand Blvd, Suite 700, Attn: SPRS, Glendale, CA 91203-2308 |
| 520562681 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2025 20:54:40 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 520588527 | + | Email/Text: Bankruptcynotice@cscglobal.com | Aug 04 2025 20:42:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 520619965 | + | Email/Text: kmulligan@credibly.com | Aug 04 2025 20:43:00 | Credibly of Arizona LLC, 1501 W Fountainhead Pkwy., Ste 630, Tempe, AZ 85282-1857 |
| 520599508 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 04 2025 20:42:00 | First National Bank of Pennsylvania, 626 Washington Place, Attention: Donna Donaher, Pittsburgh, PA 15219-3474 |
| 520582744 | + | Email/Text: RASEBN@raslg.com | Aug 04 2025 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520547367 | | Email/Text: customer.service@libertasfunding.com | Aug 04 2025 20:42:00 | Libertas Funding, c/o Randy Saluck, CEO, 411 W. Putnam Ave, Ste 220, Greenwich, CT 06830 |
| 520626454 | | Email/Text: customer.service@libertasfunding.com | Aug 04 2025 20:42:00 | Libertas Funding LLC, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830 |
| 520547368 | + | Email/Text: bonnie.berkoski@midpennbank.com | Aug 04 2025 20:43:00 | Mid Penn Bank, c/o Pamela Keefer, 349 Union Street, Millersburg, PA 17061-1654 |
| 520562691 | ^ | MEBN | Aug 04 2025 20:40:05 | New Jersey Attorney General's, Div. of Law; RJ Hughes Justice Complex, 25 Market Street, PO |

| District/off: 0312-1 | User: admin | Page 5 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| | | | | |
|---|---|---|---|---|
| 520562684 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 04 2025 20:42:00 | Box 112, Trenton, NJ 08625-0112<br>New Jersey Division of Taxation, Compliance/Enforcement -Bankruptcy, 3 John Fitch Way, 5th Fl., Trenton, NJ 08695-0245 |
| 520754547 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 04 2025 20:42:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520562685 | + | Email/Text: bankruptcy@bbandt.com | Aug 04 2025 20:42:00 | Truist Bank, PO Box 85041, Richmond, VA 23285-5041 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| aty | *+ | Joshua J Voss, Saxton & Stump, 280 Granite Run Drive, Suite 230, Lancaster, PA 17601-6820 |
| aty | * | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| intp | *+ | Charlene Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| cr | *+ | J. Richard Haller, 1007 Log Cabin Road, Leola, PA 17540-9768 |
| 520583583 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520562678 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520627192 | *+ | Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520623201 | *+ | Univest Bank and Trust Co., c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Ste 1400, Philadelphia, PA 19103-2945 |
| 520558784 | ##+ | PARKVIEW ADVANCE LLC, 400 Main Street, Stamford, CT 06901-3000 |

TOTAL: 0 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 06, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |
| Anthony Sodono, III | |

| | |
|---|---|
| | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |
| Christopher John Leavell | on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com lclark@klehr.com |
| Christopher P. Mazza | on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com |
| Daniel S. Siedman | on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Daniel S. Siedman | on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas G. Leney | on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Avenaero Holdings LLC dleney@archerlaw.com, ahuber@archerlaw.com |
| E. Richard Dressel | on behalf of Creditor Brett Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Gail Levin rdressel@lexnovalaw.com |
| Edmond M. George | on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | |

Case 25-11354-JNP   Doc 453   Filed 08/06/25   Entered 08/07/25 00:14:42   Desc
Imaged Certificate of Notice   Page 8 of 15

| District/off: 0312-1 | User: admin | Page 7 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

on behalf of Creditor Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

| | |
|---|---|
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com  jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| Gerard S Catalanello | on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com |
| Gerard S Catalanello | on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com |
| Harry M. Gutfleish | on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com |
| Heidi J. Sorvino | on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Janet Gold | on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Jeffrey Kurtzman | on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com |
| Jeffrey Lichtstein | on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jeffrey S. Cianciulli | on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com |
| Jeffrey S. Cianciulli | on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com |
| Jerrold S. Kulback | on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com |
| Jerrold S. Kulback | |

Case 25-11354-JNP    Doc 453    Filed 08/06/25    Entered 08/07/25 00:14:42    Desc
Imaged Certificate of Notice    Page 10 of 15

| District/off: 0312-1 | User: admin | Page 9 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| | |
|---|---|
| Jerrold S. Kulback | on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com |

Case 25-11354-JNP    Doc 453    Filed 08/06/25    Entered 08/07/25 00:14:42    Desc
Imaged Certificate of Notice    Page 11 of 15

| District/off: 0312-1 | User: admin | Page 10 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund IV  LLC jlemkin@stark-stark.com |
|---|---|
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity I  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D III  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D III  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant WF Velocity Fund V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com |

Case 25-11354-JNP    Doc 453    Filed 08/06/25    Entered 08/07/25 00:14:42    Desc
Imaged Certificate of Notice    Page 12 of 15

| District/off: 0312-1 | User: admin | Page 11 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com |
| Kristi JoLynn Doughty | on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com dero@chipmanbrown.com |
| Kurt F. Gwynne | on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com kcockerham@reedsmith.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com kcockerham@reedsmith.com |
| Kurt F. Gwynne | on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com kcockerham@reedsmith.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com kcockerham@reedsmith.com |
| Lane E. Brody | on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Creditor J. Richard Haller lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lauren Sisson | on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com |
| Marc D. Miceli | on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marshall T. Kizner | |

| | |
|---|---|
| | on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com |

Case 25-11354-JNP    Doc 453    Filed 08/06/25    Entered 08/07/25 00:14:42    Desc
Imaged Certificate of Notice    Page 14 of 15

| District/off: 0312-1 | User: admin | Page 13 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D V LLC mkizner@stark-stark.com |
|---|---|
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B II LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IX LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B V LLC mkizner@stark-stark.com |

Case 25-11354-JNP    Doc 453    Filed 08/06/25    Entered 08/07/25 00:14:42    Desc
Imaged Certificate of Notice    Page 15 of 15

| District/off: 0312-1 | User: admin | Page 14 of 14 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: 195 | Total Noticed: 178 |

| | |
|---|---|
| Marshall T. Kizner | on behalf of Creditor WF Velocity I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D IV LLC mkizner@stark-stark.com |
| Martin J. Weis | on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com |
| Martin J. Weis | on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com |
| Nancy Isaacson | on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com |
| Natalie R Young | on behalf of Interested Party Accordo L.P. nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Charlene Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield Partners nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Taite Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield L.P. nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Ethan Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield GP LLC nyoung@macelree.com |
| Rachel A. Parisi | on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com |
| Richard Kanowitz | on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com |
| Sari Blair Placona | on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Debtor Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Daryl Fred Heller splacona@msbnj.com |
| Stephen V. Falanga | on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;ntravostino@walsh.law |
| Steven J. Mitnick | on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Fulton Bank N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 245