<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**SAXTON & STUMP LLC**
Joshua J. Voss, Esq.
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1072

**STARK & STARK, PC**
Marshall T. Kizner, Esq.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
*Attorneys for Prestige*

</td></tr>
</table>

In re:

DARYL FRED HELLER,

      Debtor.

Chapter 11

Case Nos. 25-11354 (JNP)

## LIMITED OBJECTION TO LUMA FINANCIAL GROUP, LLC's MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER

Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") submit this Limited Objection to Luma Financial Group, LLC's ("Luna")Motion for Entry of Confidentiality Order (the "Motion").

1

## LIMITED OBJECTION

1.      Prestige, the Examiner, and others involved with the Debtor's bankruptcy case (the "Case") have sought and received discovery since the commencement of the bankruptcy case, including Rule 2004 Subpoenas issued to third parties.  Prestige does not object to the requested confidentiality order to the extent it relates to confidential documents which have previously not been produced by Luna.  To the extent documents and other information have already been disclosed, the proposed Confidentiality Order should not be applicable.

2.      Prestige objects insofar as the Confidentiality Order should only apply to new documents produced by Luma and not to documents already produced by other third-parties whatsoever.  Confidentiality designations should not be made regarding documents already produced.

## CONCLUSION

For the foregoing reasons Prestige requests that the Court grant the Motion subject to the conditions set forth above and grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By:/s/ *Marshall T. Kizner*
  MARSHALL T. KIZNER, ESQ.

By:/s/ *Joseph H. Lemkin*
  JOSEPH H. LEMKIN, ESQ.
  100 American Metro Blvd.
  Hamilton, NJ 08619
  (609) 791-7922 (direct)
  (609) 896-9060 (main)
  (609) 895-7395 (facsimile)

  -and-

2

SAXTON & STUMP LLC
Joshua J. Voss, Esq.
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1072 (direct)
(717) 441-3810 (facsimile

*Attorneys for Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC*

Dated:  August 11, 2025,

3