UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611
Tel. 973-681-7979
Joseph R. Zapata, Jr., Esq. (jzapata@msbnj.com)
Attorneys for Daryl Fred Heller, the Debtor

In Re:

DARYL FRED HELLER,
                    Debtor.

Case No.:     25-11354 (JNP)
Chapter:      11
Judge:        Jerrold N. Poslusny, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Daryl Fred Heller, the Debtor__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  c/o Joseph R. Zapata, Jr., Esq.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 12, 2025

/s/ Joseph R. Zapata, Jr., Esq.
Signature

*new.8/1/15*