# **EXHIBIT 1**

| | |
|---|---|
| ORRSTOWN BANK | : LANCASTER COUNTY COURT |
| Plaintiff/Judgment Creditor | : OF COMMON PLEAS |
| | : CIVIL DIVISION |
| vs. | : NO. CI-24-06081 |
| DARYL F. HELLER AND CHARLENE R. HELLER | : |
| Defendants/Judgment Debtors | : |

| | |
|---|---|
| ORRSTOWN BANK | : LANCASTER COUNTY COURT |
| Plaintiff/Judgment Creditor | : OF COMMON PLEAS |
| | : CIVIL DIVISION |
| vs. | : NO. CI-24-08600 |
| DARYL F. HELLER AND CHARLENE R. HELLER | : |
| Defendants/Judgment Debtors | : |

ENTERED AND FILED 2025 JUN 25 PM 2: PROTHONOTARY'S OFFICE LANCASTER, PA

## **CHARGING ORDER**

And now, this 25th day of June, 2025, upon consideration of the Petition of Plaintiff Orrstown Bank for Entry of a Charging Order Against Defendant Charlene R. Heller's Interest in Accordo Limited Partnership and Brigantine Group Family LTD, cause being shown, it is hereby ORDERED that the Petition is GRANTED.

#124773720v3

Lancaster County Prothonotary E-Filed - 12 Mar 2025 01:56:43 PM
Case Number: CI-24-08600

It is further ORDERED as follows:

1. Charlene Heller's partnership interest in Accordo Limited Partnership is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

2. Charlene Heller's partnership interest in Accordo Limited Partnership is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

3. Any and all distributions, returns of contributions, and/or outstanding valid obligations to which Charlene Heller is entitled shall be paid by Accordo Limited Partnership directly to Orrstown Bank.

4. Unless the parties otherwise agree, Charlene Heller shall provide Orrstown Bank with detailed information concerning any and all assets corporations, partnerships, limited liability companies, or other business entities in which Accordo Limited Partnership holds an interest within 30 days of this Order.

5. Charlene Heller's partnership interest(s) in Brigantine Group Family LTD and Brigantine Group (collectively 'Brigantine') is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

6. Charlene Heller's partnership interest in Brigantine is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

7. Any and all distributions, returns of contributions, and/or outstanding valid obligations to which Charlene Heller is entitled shall be paid by Brigantine directly to Orrstown Bank.

8. Unless the parties otherwise agree, Charlene Heller shall provide Orrstown Bank with detailed information concerning any and all assets corporations, partnerships, limited liability companies, or other business entities in which Brigantine holds an interest within 30 days of this Order.

CC: Martin J. Weis, Esq. (J)
Daryl F. Heller
Charlene R. Heller
Prudential Financial
Voya Financial
Branden P. Moore, Esq.
Charles Schwab & CO. Inc

BY THE COURT:

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO Pa. R.C.P. NO. 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THIS CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE: 6/30/25

Att:

#124773720v3

9