# **<u>Exhibit A</u>**

| | |
|---|---|
| **From:** | Daryl Heller <dheller@hellercg.com> |
| **Sent:** | Monday, March 24, 2025 8:53 PM |
| **To:** | Melissa Greg <mgreg@lumafg.com> |
| **Cc:** | Josh Baker <jbaker@lumafg.com> |
| **Subject:** | Re: Resignation |

Melissa, whatever is protocol for this type of situation is what we need to follow. I believe his resignation date would be when he first emailed you his resignation.

I'm discouraged by his response, but I know he's gone through a lot right now. We're also waiting to get a payment from him for the furniture he's sold.

I will support whatever decision HR makes as we need to stay consistent and with protocol

Sent from my iPhone



**DARYL** HELLER
CHIEF EXECUTIVE OFFICER
**HELLER** CAPITAL
E: DHELLER@HELLERCG.COM
M: ▇▇▇▇▇▇

THIS MESSAGE MAY CONTAIN CONFIDENTIAL OR LEGALLY PRIVILEGED INFORMATION. IF YOU HAVE RECEIVED IN ERROR, PLEASE DELETE.

On Mar 24, 2025, at 9:15 AM, Melissa Greg <mgreg@lumafg.com> wrote:

**EXTERNAL**

For your awareness, I received the below email (in response to my request for clarity on his resignation date and whether notice was being given from Dakota) yesterday:

*Hey Melissa, yes thanks for reaching out. You may put whatever date you would like. I have growing suspicions that I've been involved in a Ponzi scheme, and do not desire to continue being paid money by it.*

Additionally, Neal reached out this morning relaying that Dakota provided his attorneys email contact and advised us to contact the attorney should we need anything further.

Since he did not confirm a notice period, his termination date would be the date he submitted notice of his resignation, March 17, 2025. Please let me know how you would like us to proceed when you have a moment.

Thank you,
Melissa

**From:** Dakota Enck ▇▇▇▇▇▇
**Sent:** Sunday, March 23, 2025 11:33 AM
**To:** Melissa Greg <mgreg@lumafg.com>
**Subject:** Re: Resignation

Hey Melissa, yes thanks for reaching out. You may put whatever date you would like. I have growing suspicions that I've been involved in a Ponzi scheme, and do not desire to continue being paid money by it.

**From:** Melissa Greg <mgreg@lumafg.com>

**Sent:** Tuesday, March 18, 2025 12:39 PM
**To:** Dakota Enck <denck@hellercg.com>
**Cc:** ▮▮▮▮▮ <▮▮▮▮▮>
**Subject:** RE: Resignation

**EXTERNAL**

Dakota,

I'm reaching out as we received your notification of resignation via email. For clarity, we are hoping to confirm the effective date of your resignation. In other words, do you intend for your resignation to be immediate and effective the date you sent the email, Monday, March 17, 2025, or are you providing a notice period? This confirmation will help us ensure you are offboarded appropriately in all systems and can maintain access until the notice period has ended (if applicable).

I previously attempted to reach by you by phone yesterday and left a voicemail. Additionally, I sent an email to your personal email account earlier today (▮▮▮▮▮).

If we do not receive a response by 5pm EST today (verbal or in writing) we will assume your resignation is effective immediately.

Thank you,
Melissa

**MELISSA** GREG
HR MANAGER
**LUMA** FINANCIAL GROUP
E: MGREG@LUMAFG.COM
M: ▮▮▮▮▮