# Exhibit B

| No. | Referenced Document |
|---|---|
| 1 | Exhibit A - Employee Resignation Email |
| 2 | Exhibit B - Non Exclusive List of Documents Reviewed |
| 3 | Exhibit C - Responses to Question # __ |
| 4 | Exhibit D - Master Assignments (All Active Investors Report) |
| 5 | Exhibit E - PFB IV PPM |
| 6 | Exhibit F - PFB IV MSA |
| 7 | Exhibit G - Summary of Operating Acct. #3440 Receipts & Disbursements |
| 8 | Exhibit H - Summary of Restricted Acct. #8413 Receipts and Distributions |
| 9 | Exhibit I - Monthly Returns |
| 10 | Exhibit J - Operations Receipts |
| 11 | Exhibit K - Leaman Depo. Excerpts |
| 12 | Exhibit L - 2024 ATM Gross Profit Report |
| 13 | Exhibit M - 2023 ATM Gross Profit Report |
| 14 | Exhibit N - 2022 ATM Gross Profit Report |
| 15 | Exhibit O - 2021 ATM Gross Profit Report |
| 16 | Exhibit P - April 2024 Overview Email |
| 17 | Exhibit Q - Dec 2023 Variance Report |
| 18 | Exhibit R - Heller/Leaman Text Messages |
| 19 | 2025.03.07 Heller - Order directing the appointment of examiner _D.I. 99_ |
| 20 | Confidential Written Submission of Daryl F. Heller |
| 21 | Checks from FNB account XXXX8413 |
| 22 | Checks from FNB account XXXXXX3440 |
| 23 | Heller - Docket Entry 30 |
| 24 | Heller - Docket Entry 80 |
| 25 | Heller - Docket Entry 85 |
| 26 | Deerfield v. Heller - Adv. No. 25-01211-JNP Complaint filed 5.16.2025 (Bankr. N.J. May 16, 2025) |
| 27 | Heller Docket Entry 63 |
| 28 | Heller Docket Entry 66 |
| 29 | Heller Docket Entry 96 |
| 30 | Management Services Agreements with PMG |
| 31 | PMG 2021 Tax Return |
| 32 | PMG 2022 Tax Return |

| No. | Referenced Document |
|---|---|
| 33 | PMG 2023 Working Papers |
| 34 | PFA II Portfolio P II Investor Package 10.5.20 |
| 35 | Prestige v. Paramount (PA_CCP_LAN_CI_24_06012_OPINION_AND_ORDER) |
| 36 | Statements - XXXX0823 (Paramount Management Group Account 0823 statements) |
| 37 | Statements - XXXX2484 (Prestige Investment Group 2484 statements) |
| 38 | Statements - XXXX2647 (Prestige Fund B IV statements) |
| 39 | Statements - XXXX2654 (Prestige Fund D IV statements) |
| 40 | Statements - XXXX2985 (Prestige Fund B BTM I statements) |
| 41 | Statements - XXXX3009 Prestige Fund D BTM I statements |
| 42 | Statements - XXXX3140 Heller Capital Group 3140 statements |
| 43 | Statements - XXXX3697 (Prestige Fund A statements) |
| 44 | Statements - XXXX3705 (Prestige Fund A II statements) |
| 45 | Statements - XXXX3713 (Prestige Fund B II statements) |
| 46 | Statements - XXXX3739 (Prestige Fund D III statements) |
| 47 | Statements - XXXX4548 (Prestige Fund C statements) |
| 48 | Statements - XXXX6390 (Paramount Management Group Account 6390 statements) |
| 49 | Statements - XXXX6465 (Prestige Fund D V statements) |
| 50 | Statements - XXXX6523 (Prestige Fund B V statements) |
| 51 | Statements - XXXX6556 (Paramount Management Group Account 6556 statements) |
| 52 | Statements - XXXX6622 Prestige Fund A IV statements |
| 53 | Statements - XXXX6663 (Prestige Fund A V statements) |
| 54 | Statements - XXXX7158 (Prestige Fund D V statements) |
| 55 | Statements - XXXX7182 (Prestige Fund A VI statements) |
| 56 | Statements - XXXX8413 (Paramount Management Group Account 8413 statements) |
| 57 | Statements - XXXX8686 (Prestige Fund D statements) |
| 58 | Statements - XXXX8746 (Prestige Fund A IX statements) |
| 59 | Statements - XXXX8753 (Prestige Fund B VII statements) |
| 60 | Statements - XXXX8837 (Heller Capital Group 8837 statements) |
| 61 | Statements - XXXX9345 (Prestige Fund A VII statements) |
| 62 | Statements - XXXX9485 (Prestige Fund B VI statements) |

| No. | Referenced Document |
|---|---|
| 63 | Statements - XXXX9600 (Prestige Fund D VI statements) |
| 64 | Statements - XXXXX2047 (Prestige Investment Group 2047 statements) |
| 65 | Statements - XXXXXX3440 (Paramount Management Group Operating Account 3440 statements) |
| 66 | Subscription Agreements for Funds |
| 67 | Transcript of 8/26/24 Hearing in Case No. CI-24-06012 in the Court of Common Pleas of Lancaster County Action |
| 68 | Transcript of 4/17/2025 Deposition of Randall Leaman re: Case No. CI-24-06012 in the Court of Common Pleas of Lancaster County |
| 69 | Paramount Management Group Account 0823 incoming wires |
| 70 | Paramount Management Group Account 8413 incoming wires |
| 71 | Paramount Management Group Account 8413 outgoing wires |
| 72 | Paramount Management Group Operating Account 3440 incoming wires |
| 73 | Paramount Management Group Operating Account 3440 outgoing wires |
| 74 | Private Placement/Offering Memoranda for the Funds |