|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br><br>*Counsel for Edward A. Phillips, as Examiner* |

| In re: | Case No. 25-11354 (JNP) |
|---|---|
| DARYL FRED HELLER, | Judge Jerrold N. Poslusny Jr. |
| Debtor. | Chapter 11 |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that Edward A. Phillips, the court-appointed examiner in this chapter 11 case, by and through his undersigned counsel, submits this Notice of Errata.

1.  Footnote 6 on p. 9 of the *Second Interim Report of Examiner, Edward A. Phillips* [Dkt. No. 473-1][1] provides that the "PPMs/POMs" were attached to the Complaint in the Lancaster County Action and admitted acknowledged as true and correct copies in the Answer. The references to "PPMs/POMs" in both places should have been to the "MSAs."  Copies of the PPMs/POMs were received from counsel to the plaintiff-Investors in the Lancaster County Action. Accordingly, footnote 6 is hereby revised as follows:

> [6] To avoid burdening the Court and parties in interest with too much paper, I have attached the PFB IV PPM as a representative example, but not the other relevant PPMs or POMs. Copies of the PPMs/POMs were received from counsel to the plaintiff-Investors in the Lancaster County Action. The ~~PPMs/POMs~~ MSAs were attached as Exhibits to the *Complaint* (filed on August 23, 2024 @ 12:02 p.m. (Eastern)) in the Lancaster County Action. In its *Answer to Complaint with New Matter and Counterclaim* (filed on August

---

[1] Capitalized terms used in this Notice of Errata have the meanings given to them in the *Second Interim Report of Examiner, Edward A. Phillips*.

- 2 -

26, 2024 @ 10:25:27 (Eastern)) in the Lancaster County Action (the "Answer"), PMG admitted that the copies of the ~~PPMs/POMs~~ MSAs attached to the Complaint (including unexecuted copies) were true and correct copies. *See* Answer, ¶¶ 33-63. WF Velocity Fund VII, LLC ("WFV VII") is another example of a Fund that issued limited liability company "Interests." *See* WFV PPM dated February 22, 2024.

| | |
|---|---|
| Date:  August 15, 2025 | Respectfully submitted, |
| | By: */s/ Kurt F. Gwynne* |
| | Kurt F. Gwynne, Esquire |
| | REED SMITH LLP |
| | 506 Carnegie Center, Suite 300 |
| | Princeton, NJ 08540 |
| | Telephone:  (609) 987-0050 |
| | Facsimile:  (609) 951-0824 |
| | Email:  kgwynne@reedsmith.com |
| | *Counsel for Edward A. Phillips, as Examiner* |