| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br><br>*Counsel for Edward A. Phillips, as Examiner* | |
| In re*:*<br><br>DARYL FRED HELLER,<br><br>Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

**NOTICE OF AVAILABILITY OF EXHIBITS
TO EXAMINER'S SECOND INTERIM REPORT**

PLEASE TAKE NOTICE that, on August 13, 2025, the Examiner, by and through his undersigned counsel, filed the *Notice of (I) Filing of Second Interim Report of Examiner, Edward A. Phillips and (II) Statement of General Legal Principles Regarding Alleged Ponzi Schemes* [Docket No. 473].  Exhibits A through Exhibit R to the Examiner's Second Interim Report [Docket No. 473-1] are available via email or file-sharing site upon written request to Gabrielle A. Colson [gcolson@reedsmith.com].

Date: August 15, 2025

 */s/ Kurt F. Gwynne*
 Kurt F. Gwynne
 REED SMITH LLP

 *Counsel for Edward A. Phillips, as Examiner*