|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br>In Re: | Case No.: _____<br><br>Adv. Pro. No.: _____<br><br>Chapter: _____<br><br>Subchapter V: ❏ Yes ❏ No<br><br>Hearing Date: _____<br><br>Judge: _____ |

### ADJOURNMENT REQUEST

1. I, _____,

    ❏ am the attorney for: _____,

    ❏ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _____

    Current hearing date and time: _____

    New date requested: _____

    Reason for adjournment request: _____
    _____

2. Consent to adjournment:

    ❏ I have the consent of all parties.    ❏ I do not have the consent of all parties (explain below):
    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: _____        _____
                                                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

❑  Granted                       New hearing date: _____        ❑ Peremptory

❑  Granted over objection(s)     New hearing date: _____        ❑ Peremptory

❑  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2