| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>           Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr., |

## ADJOURNMENT REQUEST

1. I, Sari B. Placona, Esq.,

   ☒ am the attorney for Daryl Fred Heller, Debtor in the above-referenced proceeding, and request an adjournment of the following hearing for the reason set forth below.

   Matter: Disclosure Satement hearing [Doc. No. 435]

   Current hearing date and time: September 4, 2025 at 10:00 a.m.
   New date requested: October 2, 2025 at 10:00 a.m.

   Reasons for adjournment request: Debtor requests that the hearing on the Disclosure Statement be held after the hearing on the settlements on September 10, 2025.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all
   Counsel has discussed this adjournment with counsel for Prestige and counsel Silverview.

   I hereby certify under penalty of perjury that the foregoing is true.

   Date: August 19, 2025

                                                        */s/ Sari B. Placona*
                                                        Sari B. Placona

**COURT USE ONLY**
_____

The request for adjournment is:

[X] Granted    New hearing date: 10/2/2025 at 10AM    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

4930-7686-9216, v. 1