Order Filed on August 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Daryl Fred Heller

Case No.: 25-11354

Chapter: 11

Hearing Date:

Judge: Poslusny

# ORDER VACATING

Order Granting Application Authorizing the Release of Funds From McManimon, Scotland & Baumann, LLCs Attorney Trust Account for Payment of Attorneys Fees and Costs Regarding the Fifth Monthly Fee Statement

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 25, 2025

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

Order Granting Application Authorizing the Release of Funds From McManimon, Scotland & Baumann, LLCs Attorney Trust Account for Payment of Attorneys Fees and Costs Regarding the Fifth Monthly Fee Statement

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____8/25/2025_____, be and the same is hereby vacated.

*revised 2/25/14*