| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
| MacElree Harvey, Ltd.<br>17 W. Miner Street, P.O. Box 660<br>West Chester, PA 19381-0660<br>(610) 436-0100<br>Natalie R. Young, Esquire (nyoung@macelree.com)<br>Leo M. Gibbons, Esquire (lgibbons@macelree.com)<br>  (Admitted Pro Hac Vice)<br>Counsel to Charlene Heller |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>              Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

### CERTIFICATION OF ETHAN HELLER IN SUPPORT OF MOTION OF ACCORDO LIMITED PARTNERSHIP FOR AN ORDER APPROVING THE SALE OF REAL ESTATE LOCATED AT 415 NORTH PRINCE STREET, UNITS 2, 3, 4/6 AND 5/7, LANCASTER, PENNSYLVANIA PURSUANT TO THE MARCH 14, 2025 AMENDED CONSENT ORDER PRESERVING STATUS QUO

Ethan Heller, of full age, certifies as follows:

1. I am the general partner of Accordo Limited Partnership ("Accordo").

2. I submit this Certification in support of the Motion (the "Motion") of Accordo for an Order Approving the Sale of Real Estate Located at 415 North Prince Street, Units 2, 3, 4/6, and 5/7, Lancaster, Pennsylvania (the "Property") Pursuant to the March 14, 2025 Amended Consent Order Preserving Status Quo ("Status Quo Order") filed with this Court on July 11, 2025 at Document No. 381.

3. Only Deerfield Capital, LLC ("Deerfield") filed a (limited) objection to the Motion.

4. Deerfield did not object to the closing on the sale of the Property; and Accordo is in agreement that the closing on the sale of the Property should occur expeditiously.

6428294v1
081844.79803

5. Deerfield did not object to the payment of secured claims related to the Property and the payment of closing costs to effectuate the sale of the Property; and Accordo agrees that these claims and costs should be paid in conjunction with closing on the sale of the Property.

6. Deerfield's objection requested the Court escrow the balance of the sale proceeds.

7. Accordo is not a bankruptcy debtor.

8. The Status Quo Order states at Section 3.d that Accordo "may continue to pay their respective ordinary business and/or ordinary individual/family expenses."

9. The attached spreadsheet contains Accordo's cash flow projections, including its current financial position and upcoming ordinary business expenses.

10. Accordo is agreeable to the escrow of the net sale proceeds, including expected capital gains tax except for a portion of the proceeds to be used for operating expenses in the projected amount of $194,059.00 for the next 11 months so that it can pay its ordinary business expenses as they come due as permitted by the Status Quo Order.

11. Accordo would be put into a financial-hardship position if it does not receive this allocation as it has monthly and quarterly Opex (Loan Payments, Real Estate Taxes, etc.) and is selling an income-producing asset, when fully leased, in Prince St.

12. Accordo plans to use the remainder of the escrowed funds to pay capital gains tax and the Orrstown/Charlene Heller settlement.

I hereby certify that the above statements are true to the best of my knowledge, information and belief. I understand that if any of the foregoing is willfully false, I am subject to punishment.

Date: 08/25/2025

By: *Ethan Heller*
Ethan Heller, General Partner

6428294v1
081844.79803

## Accordo Cash Flow Forecast

| Dates | 8/24-8/31 | 9/1-9/30 | 10/1-10/31 | 11/1-11/30 | 12/1-12/31 | 1/1-1/31 | 2/1-2/28 | 3/1-3/31 | 4/1-4/30 | 5/1-5/31 | 6/1-6/30 | 7/1-7/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Beginning cash balance | 4,940 | 468 | (14,657) | (54,416) | (63,915) | (69,982) | (112,779) | (117,446) | (122,113) | (137,603) | (171,258) | (178,749) |
| Bank Account Balance | - | - | - | - | - | - | - | - | - | - | - | - |
| Funds available | 4,940 | 468 | (14,657) | (54,416) | (65,915) | (69,982) | (112,779) | (117,446) | (122,113) | (137,603) | (171,258) | (178,749) |
| Cash In Flows: | | | | | | | | | | | | |
| PLUS: Rental Income | | 1,200 | 500 | 500 | 500 | 500 | 500 | 500 | 750 | 1,000 | 1,200 | 1,200 |
| PLUS: DHQM2 Income Allocation | | Pre Funded | Pre Funded | Pre Funded | Pre Funded | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 |
| PLUS: DHQM Income Allocation | | Pre Funded | Pre Funded | Pre Funded | Pre Funded | 410 | 410 | 410 | 410 | 410 | 410 | 410 |
| PLUS: Seller Financing | | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 |
| Total Cash In Flows | - | 4,957 | 4,257 | 4,257 | 4,257 | 8,217 | 8,217 | 8,217 | 8,467 | 8,717 | 8,917 | 8,917 |
| Cash Out Flows: | | | | | | | | | | | | |
| LESS: Loan Payments | | 4,652 | 22,956 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 | 32,871 | 4,652 | 4,652 |
| LESS: Real Estate Taxes | | 7,224 | 2,738 | 5,055 | 2,209 | 24,246 | | | | | 1,416 | |
| LESS: OPEX / AP / Normal-Course | 4,472 | 7,187 | 14,212 | | 2,914 | 16,798 | 2,914 | 2,914 | 13,987 | 3,914 | 2,914 | 13,987 |
| LESS: Income Taxes | | | | | | | | | | | | |
| LESS: Brookfield LP Opex / RE Tax Funding | - | 1,019 | 4,109 | 4,049 | 549 | 549 | 549 | 549 | 549 | 819 | 2,657 | 819 |
| LESS: DHQM / DHQM2 Opex Allocation | | Prefunded | Prefunded | Prefunded | Prefunded | 4,769 | 4,769 | 4,769 | 4,769 | 4,769 | 4,769 | 4,769 |
| Total Cash Out Flows | 4,472 | 20,082 | 44,015 | 13,756 | 10,324 | 51,014 | 12,884 | 12,884 | 23,957 | 42,372 | 16,408 | 24,227 |
| (Shortfall) / Surplus | 468 | (14,657) | (54,416) | (63,915) | (69,982) | (112,779) | (117,446) | (122,113) | (137,603) | (171,258) | (178,749) | (194,059) |

Opex Burn through July 2026 without Capital Gains Tax (194,059)
Projected Capital Gains Tax Escrow (135,000.00)
Net OPEX and Tax (329,059)

**Disclosures**
Cash flow forecast is based on historical expenses, therefore we believe the variance will be nominal
For DHQM and DHQM2, our partner required prefunding in 2025. For 2026, we are hopeful to pay monthly (excluding real estate taxes)