**DARYL F. HELLER**
**Accounts Receivable**
**July 1 - July 31, 2025**

| | Type | Date | Num | Adj | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|---|---|
| **Accounts Receivable** | | | | | | | | |
| | Deposit | 07/18/2025 | | | WIRE TRANSFER | From Heller Capital Group for payment of accrued expense reports | ▬▬▬▬▬ | -3,000.00 |
| | General Journal | 07/29/2025 | A/R | √ | | due to Daryl from Heller Capital at 7/29/25 | Heller Capital-To Be Reimbursed | 3,337.55 |
| **Total Accounts Receivable** | | | | | | | | 337.55 |
| **TOTAL** | | | | | | | | 337.55 |

**Trust Details**

| | Matter | Matter Description | Type | Status | Bank | Check Status | Check No. | Payee-Paid By | Invoice | Reference | Amount | Balance | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | WIRE IN | COMMONGROUND ABSTRACT LLC | 0 | WIRE IN | 1,563,231.69 | 1,563,231.69 | 04/09/2025 |
| | | SALE PROCEEDS | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | 1001059693 | FULTON BANK CASHIER'S CHECK | 0 | 101059693 | 811.05 | 1,564,042.74 | 04/22/2025 |
| | | PAYOFF OVERAGE RE: LOAN NO. 0068008523 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | APR-2025 INT | CITIZENS BANK | 0 | INTEREST | 109.21 | 1,564,151.95 | 04/30/2025 |
| | | APRIL-2025 INTEREST | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 3707 | McMANIMON SCOTLAND & BAUMANN | 0 | 3707 | -91,855.84 | 1,472,296.11 | 05/12/2025 |
| | | PAY INV 240544 & 240545 (PARTIAL) PER COURT ORDER | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | MAY-2025 INT | CITIZENS BANK | 0 | INTEREST | 191.62 | 1,472,487.73 | 05/31/2025 |
| | | MAY-2025 INTEREST | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | JUNE-2025 INT | CITIZENS BANK | 0 | INTEREST | 181.44 | 1,472,669.17 | 06/30/2025 |
| | | JUNE 2025 INTEREST | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 3729 | McMANIMON SCOTLAND & BAUMANN | 0 | 3729 | -100,000.00 | 1,372,669.17 | 07/24/2025 |
| | | PAY MS&B INV PER COURT ORDER DATED 7/17/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 11761588 | GETZLER HENRICH & ASSOCIATES | 0 | WIRE OUT | -72,196.40 | 1,300,472.77 | 07/30/2025 |
| | | PAYMENT OF FEES PER ORDER DATED 7/27/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 11761236 | REED SMITH LLP | 0 | WIRE OUT | -143,076.85 | 1,157,395.92 | 07/30/2025 |
| | | PAYMENT FOR FEES PER ORDER DATED 7/27/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 11761542 | GETZLER HENRICH & ASSOCIATES | 0 | WIRE OUT | -35,027.50 | 1,122,368.42 | 07/30/2025 |
| | | PAYMENT FOR FEES PER ORDER DATED 7/27/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | JULY-2025 INT | CITIZENS BANK | 0 | INTEREST | 182.17 | 1,122,550.59 | 07/30/2025 |
| | | JULY-2025 INTEREST | | | | | | | | | | | |
| | | | | | | | | | | | | **1,122,550.59** | |

**DARYL F. HELLER**
**Cash Receipts**
**July 1 - July 31, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|------------------|----------------|--------|
| **Citi Bank** ▪ | | | | | | |
| Deposit | 07/18/2025 | | | From Heller Capital Group for payment of accrued expense reports | Accounts Receivable | 3,000.00 |
| Deposit | 07/28/2025 | | | Deposit from Heller Capital Group | Income | 2,000.00 |
| Total Citi Bank ▪ | | | | | | 5,000.00 |
| | | | | | | |
| **Truist Wealth** ▪ | | | | | | |
| Deposit | 07/03/2025 | | | Deposit | Income | 0.81 |
| Deposit | 07/03/2025 | | | Deposit | Income | 12,000.00 |
| Deposit | 07/03/2025 | | | insurance reimbursement | Insurance Reimbursement | 4,220.44 |
| Deposit | 07/24/2025 | | | insurance reimb | Insurance Reimbursement | 2,763.00 |
| Deposit | 07/28/2025 | | | Deposit | Income | 160.00 |
| Deposit | 07/28/2025 | | | Deposit | Income | 3,000.00 |
| Deposit | 07/29/2025 | | | Deposit | Interest Income - Truist #2518 | 0.03 |
| Total Truist Wealth ▪ | | | | | | 22,144.28 |
| **TOTAL** | | | | | | **27,144.28** |

**DARYL F. HELLER**
**Cash Disbursements**
**July 1 - July 31, 2025**

**Citi Bank** ▬▬

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|-----------------|----------------|--------|
| Check | 07/01/2025 | | NON-CITIBANK ATM FEE | | Bank Service Charges | 2.50 |
| Check | 07/01/2025 | | Monthly Service Fee | | Bank Service Charges | 5.00 |
| Check | 07/01/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 07/01/2025 | | THE RISING SUN | | Meals and Entertainment | 140.90 |
| Check | 07/01/2025 | | WINE & SPIRITS | | Meals and Entertainment | 355.03 |
| Check | 07/03/2025 | | SHEETZ | | Automobile Expense | 97.20 |
| Check | 07/03/2025 | | OAKLEY.COM | | Specialty Retail Store | 251.22 |
| Check | 07/07/2025 | | AskTech.support | | Heller Capital-To Be Reimbursed | 56.00 |
| Check | 07/07/2025 | | PIZZERIA LUCA | | Meals and Entertainment | 252.90 |
| Check | 07/08/2025 | | APPLE.COM | | Subscriptions | 2.99 |
| Check | 07/08/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 07/08/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 07/08/2025 | | HP INSTANT INK | | Heller Capital-To Be Reimbursed | 18.01 |
| Check | 07/08/2025 | | DOLLAR GENERAL | | Groceries/Dining/Supplies | 97.52 |
| Check | 07/08/2025 | | INTUIT Qbooks Payroll | | Heller Capital-To Be Reimbursed | 1,566.68 |
| Check | 07/10/2025 | | WALMART | | Specialty Retail Store | 266.16 |
| Check | 07/10/2025 | | CVS PHARMACY | Food & Beverage | Groceries/Dining/Supplies | 10.38 |
| Check | 07/10/2025 | | CVS PHARMACY | | Groceries/Dining/Supplies | 21.66 |
| Check | 07/10/2025 | | RIPTIDE CAR WASH | | Automobile Expense | 39.21 |
| Check | 07/11/2025 | | ZOHO CORP. | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 10.60 |
| Check | 07/11/2025 | | APPLE.COM | | Subscriptions | 13.77 |
| Check | 07/11/2025 | | COMCAST | INTERNET | Computer and Internet Expenses | 281.44 |
| Check | 07/14/2025 | | DEBIT | | Groceries/Dining/Supplies | 24.20 |
| Check | 07/14/2025 | | APPLE.COM | | Subscriptions | 0.99 |
| Check | 07/15/2025 | | AT&T | | Telecom/Datacom | 57.66 |
| Check | 07/15/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 07/15/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 07/15/2025 | | HAND AND FOOT | | Meals and Entertainment | 72.07 |
| Check | 07/15/2025 | | PUFF N STUFF | | Specialty Retail Store | 74.18 |
| Check | 07/15/2025 | | INTUIT Qbooks Payroll | | Heller Capital-To Be Reimbursed | 121.90 |
| Check | 07/15/2025 | | WITHDRAWAL | Dining, Groceries, Supplies | Groceries/Dining/Supplies | 403.00 |
| Check | 07/21/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 07/21/2025 | | WEIS MARKETS | | Groceries/Dining/Supplies | 11.59 |
| Check | 07/21/2025 | | SHEETZ | | Automobile Expense | 45.00 |
| Check | 07/21/2025 | | WINE & SPIRITS | | Meals and Entertainment | 120.81 |
| Check | 07/21/2025 | | WEIS MARKETS | | Groceries/Dining/Supplies | 176.63 |
| Check | 07/21/2025 | | JERSEY MIKE | | Meals and Entertainment | 18.58 |
| Check | 07/21/2025 | | WITHDRAWAL | Dining, Groceries, Supplies | Groceries/Dining/Supplies | 403.00 |
| Check | 07/22/2025 | | UBER | | Travel (Lodging/Taxi/Lyft/Uber) | 5.00 |
| Check | 07/22/2025 | | UBER | | Travel (Lodging/Taxi/Lyft/Uber) | 5.59 |
| Check | 07/22/2025 | | APPLE.COM | | Subscriptions | 12.99 |
| Check | 07/22/2025 | | UBER | | Travel (Lodging/Taxi/Lyft/Uber) | 23.94 |

**DARYL F. HELLER**
**Cash Disbursements**
**July 1 - July 31, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|------------------|----------------|--------|
| Check | 07/22/2025 | | UBER | | Travel (Lodging/Taxi/Lyft/Uber) | 27.93 |
| Check | 07/22/2025 | | MERCEDES BENZ | | Automobile Expense | 63.55 |
| Check | 07/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 4.24 |
| Check | 07/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 6.68 |
| Check | 07/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 22.90 |
| Check | 07/24/2025 | | SON'S ICE CREAM | | Meals and Entertainment | 25.53 |
| Check | 07/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 26.40 |
| Check | 07/24/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 47.70 |
| Check | 07/24/2025 | | TEQUILA MEXICAN GRILL | | Heller Capital-To Be Reimbursed | 188.66 |
| Check | 07/25/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 07/25/2025 | | YOU TUBE TV | Phones, Cable, Utilities | Subscriptions | 87.97 |
| Check | 07/28/2025 | | Fee Domestic Funds Transfer | | Bank Service Charges | 25.00 |
| Check | 07/28/2025 | | WIRE TRANSFER | | Transfer | 2,500.00 |
| Check | 07/28/2025 | | CODE TWO | MS 365 | Heller Capital-To Be Reimbursed | 14.42 |
| Check | 07/28/2025 | | VERIZON WIRELESS | | Telecom/Datacom | 366.78 |
| Check | 07/28/2025 | | WITHDRAWAL | Dining, Groceries, Supplies | Groceries/Dining/Supplies | 400.00 |
| Check | 07/29/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 07/29/2025 | | SUN HING FOOD SOLUTION | | Meals and Entertainment | 13.42 |
| Check | 07/29/2025 | | INTUIT Qbooks Payroll | | Heller Capital-To Be Reimbursed | 40.28 |
| Check | 07/29/2025 | | SIRIUSXM.COM | XM Radio for multiple vehicles | Subscriptions | 59.32 |
| Check | 07/29/2025 | | CHEESECAKE SHORT HILLS | | Heller Capital-To Be Reimbursed | 25.79 |
| Check | 07/29/2025 | | CHEESECAKE SHORT HILLS | | Heller Capital-To Be Reimbursed | 85.80 |
| Check | 07/29/2025 | | THE MC HOTEL | | Heller Capital-To Be Reimbursed | 117.77 |
| Check | 07/30/2025 | | TURKEY HILL | | Automobile Expense | 205.73 |
| Check | 07/30/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 07/31/2025 | | VALLEY AND BLOOM | | Automobile Expense | 27.00 |
| Check | 07/31/2025 | | WITHDRAWAL | Dining, Groceries, Supplies | Groceries/Dining/Supplies | 203.00 |

Total Citi Bank ███

9,784.92

**Truist Wealth** ███

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|------------------|----------------|--------|
| Check | 06/30/2025 | | NOVARO HEALTH | | Medical- Health | 226.00 |
| Check | 06/30/2025 | | ERACTOLL | | Automobile Expense | 18.10 |
| Check | 06/30/2025 | | TURKEY HILL | | Automobile Expense | 417.38 |
| Check | 06/30/2025 | | RIPTIDE CAR WASH | | Automobile Expense | 75.00 |
| Check | 06/30/2025 | | POOKIES LITTLE BRITCHES | NEW | Charitable Donations | 159.23 |
| Check | 06/30/2025 | | POOKIES LITTLE BRITCHES | NEW | Charitable Donations | 309.71 |
| Check | 06/30/2025 | | UGI Utilities | | Utilities | 306.74 |
| Check | 07/01/2025 | | THE RISING SUN | NEW | Meals and Entertainment | 62.50 |
| Check | 07/01/2025 | | NORMAN'S HALLMARK | NEW | Groceries/Dining/Supplies | 5.93 |
| Check | 07/01/2025 | | LITITZ MARATHON | | Automobile Expense | 14.82 |
| Check | 07/01/2025 | | EZ PASS | | Automobile Expense | 91.50 |
| Check | 07/01/2025 | | WITHDRAWAL | | Groceries/Dining/Supplies | 400.00 |

**DARYL F. HELLER**
**Cash Disbursements**
**July 1 - July 31, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|------------------|----------------|--------|
| Check | 07/01/2025 | | EZ PASS | | Heller Capital-To Be Reimbursed | 175.00 |
| Check | 07/02/2025 | | JOJO'S PIZZA | | Meals and Entertainment | 23.00 |
| Check | 07/02/2025 | | JOJO'S PIZZA | | Meals and Entertainment | 8.37 |
| Check | 07/02/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 39.92 |
| Check | 07/02/2025 | | Bent Creek Community | | License Fees Dues | 497.00 |
| Check | 07/03/2025 | 7556 | ETHAN HELLER | | Education/Tuition | 2,000.00 |
| Check | 07/03/2025 | 985533 | Orrstown Bank | | Mortgage Payments | 12,668.90 |
| Check | 07/03/2025 | | WFU Student Account | TUITION | Education/Tuition | 130.00 |
| Check | 07/07/2025 | | AMAZON MARKETPLACE | | Repairs & Maintenance | 156.93 |
| Check | 07/07/2025 | | SUBURBAN PROPANE | NEW | Heller Capital-To Be Reimbursed | 661.72 |
| Check | 07/07/2025 | | SHEETZ | | Automobile Expense | 27.95 |
| Check | 07/07/2025 | | DOLLAR GENERAL | | Groceries/Dining/Supplies | 138.14 |
| Check | 07/07/2025 | | DANDY | | Meals and Entertainment | 95.64 |
| Check | 07/07/2025 | | TOPS MARKETS | | Groceries/Dining/Supplies | 22.96 |
| Check | 07/07/2025 | | INTUIT Qbooks Payroll | | Heller Capital-To Be Reimbursed | 79.50 |
| Check | 07/07/2025 | | PELOTON MEMBERSHIP | | Subscriptions | 46.64 |
| Check | 07/09/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 26.62 |
| Check | 07/09/2025 | | TARGET | | Groceries/Dining/Supplies | 13.98 |
| Check | 07/10/2025 | | PUFF N STUFF | | Specialty Retail Store | 54.36 |
| Check | 07/11/2025 | | HESSELSONS | NEW - POOL & HOT TUB MAINT. | Repairs & Maintenance | 462.21 |
| Check | 07/11/2025 | | WALMART | | Specialty Retail Store | 1,001.67 |
| Check | 07/11/2025 | | PAPA JOHNS | | Meals and Entertainment | 91.24 |
| Check | 07/14/2025 | 7558 | PRICILLA KING | HOUSE CLEANING & MAINTENANCE | Repairs & Maintenance | 1,085.00 |
| Check | 07/14/2025 | | KWIK FILL | | Automobile Expense | 91.91 |
| Check | 07/14/2025 | | ERACTOLL | | Automobile Expense | 14.32 |
| Check | 07/14/2025 | | TARGET | | Groceries/Dining/Supplies | 6.56 |
| Check | 07/15/2025 | 7557 | SHAGGY TO CHIC | | Misc Personal Srvs | 152.00 |
| Check | 07/16/2025 | 985534 | WEAVER MOWING SERV. | outside maintenance - mowing | Repairs & Maintenance | 1,060.00 |
| Check | 07/16/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 39.54 |
| Check | 07/16/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 83.50 |
| Check | 07/16/2025 | | VSP Vision Care | vision | Medical- Health | 66.24 |
| Check | 07/17/2025 | | EXXON | | Automobile Expense | 6.80 |
| Check | 07/18/2025 | | ROKU | | Computer and Internet Expenses | 12.71 |
| Check | 07/21/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 26.23 |
| Check | 07/21/2025 | | SEVEN CUZ BEER STORE | | Groceries/Dining/Supplies | 152.37 |
| Check | 07/21/2025 | | UTILITY BILL LASA | | Utilities - Sewer | 38.00 |
| Check | 07/21/2025 | | BARCLAY CARD | | Heller Capital-To Be Reimbursed | 67.50 |
| Check | 07/22/2025 | | RENTOKIL | PEST CONTROL | Repairs & Maintenance | 262.24 |
| Check | 07/24/2025 | 7634 | MARK LOVETTE | NEW | Repairs & Maintenance | 246.82 |
| Check | 07/24/2025 | | AMAZON MARKETPLACE | House Repairs | Repairs & Maintenance | 167.66 |
| Check | 07/24/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 55.23 |
| Check | 07/25/2025 | | DELTA CARE | medical insurance co-pay | Insurance Expense | 169.04 |
| Check | 07/28/2025 | | DEBIT | | Misc Personal Srvs | 159.28 |

# DARYL F. HELLER

## Cash Disbursements

### July 1 - July 31, 2025

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|------|------|-----|------|------------------|----------------|--------|
| Check | 07/28/2025 | | NETFLIX.COM | | Subscriptions | 19.07 |
| Check | 07/28/2025 | | NOVARO HEALTH | | Medical- Health | 226.00 |
| Check | 07/28/2025 | | WITHDRAWAL | | Groceries/Dining/Supplies | 260.00 |
| Check | 07/29/2025 | | PELOTON MEMBERSHIP | | Subscriptions | 46.64 |
| Check | 07/29/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 12.10 |
| Check | 07/29/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 13.67 |
| Total Truist Wealth | | | | | | 25,049.09 |
| **TOTAL** | | | | | | **34,834.01** |

**Daryl F. Heller**
**25-11354**
**Period: July 1 - July 31, 2025**

| | Citi Bank 0155 DIP | Truist Bank 2518 DIP | Total | Cumulative Total |
|---|---:|---:|---:|---:|
| **CASH - Beginning of Period** | $ 6,067.54 | $ 8,460.62 | $ 14,528.16 | $ 18,796.89 |
| | | | | |
| **CASH RECEIPTS** | | | | |
| Salary or Cash from Business | 2,000.00 | 15,160.81 | 17,160.81 | 194,055.69 |
| Other Deposits (See detailed receipts) | | 6,983.44 | 6,983.44 | 6,983.45 |
| Inerest or Dividend Income | | 0.03 | 0.03 | 0.44 |
| Other Reimbursements (Heller Capital expenses) | 3,000.00 | | 3,000.00 | 10,185.42 |
| Social Security/Pension/Retirement | | | - | - |
| Sale of Household Assets (attach list to this report) | | | - | - |
| Tax Refunds | | | - | - |
| Credits/Refunds | | | - | 546.49 |
| Transfers | | | - | 9,500.00 |
| **TOTAL RECEIPTS** | **5,000.00** | **22,144.28** | **27,144.28** | **221,271.49** |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| Alimony or Child Support Payments | | | - | - |
| Automobile/Vehicle Expenses | 477.69 | 757.78 | 1,235.47 | 11,313.12 |
| Bank Fees | 62.50 | | 62.50 | 330.00 |
| Charitable Donations | | 468.94 | 468.94 | 1,618.94 |
| Computer & Internet | 281.44 | 12.71 | 294.15 | 639.98 |
| Education/Tuition | | 2,130.00 | 2,130.00 | 13,899.14 |
| Gifts | | | - | 103.50 |
| Groceries/Dining/Supplies | 1,750.98 | 999.94 | 2,750.92 | 11,596.44 |
| Income Taxes | | | - | - |
| Insurance | | 169.04 | 169.04 | 6,488.08 |
| IRA Contribution | | | - | - |
| Licenses, Permits, Fees | | 497.00 | 497.00 | 1,577.58 |
| Meals & Entertainment | 999.24 | 280.75 | 1,279.99 | 13,283.74 |
| Medical/Dental/Health Payments (Include amounts to be reimbursed from HSA) | | 518.24 | 518.24 | 5,885.34 |
| Mortgage Payment(s) | | 12,668.90 | 12,668.90 | 63,777.42 |
| Other Disbursements (Heller Capital - to be reimbursed) | 2,353.83 | 983.72 | 3,337.55 | 27,777.29 |
| Other Disbursements (pending fraudulent charges) | | | - | 151.86 |
| Other Disbursements (prior credit card charges - closed & pre-petition expenses) | | | - | 6,359.60 |
| Other Secured Payments (Student Loan) | | | - | - |
| Parents Elderly Care | | | - | 3,000.00 |
| Personal Services | | 311.28 | 311.28 | 2,781.92 |
| Professional Fees (Legal, Accounting, Consulting) | | | - | 1,115.00 |
| Repairs, Maintenance, & Home Services (incl. security system) | | 3,685.67 | 3,685.67 | 11,548.53 |
| Specialty Retail Stores (clothing, fashion, footwear, etc.) | 591.56 | 1,056.03 | 1,647.59 | 2,894.05 |
| Subscriptions | 280.78 | 112.35 | 393.13 | 2,816.89 |
| Taxes - Personal Property | | | - | - |
| Taxes - Real Estate | | | - | - |
| Telecom/Datacom | 424.44 | | 424.44 | 4,267.43 |
| Transfers | 2,500.00 | | 2,500.00 | 27,500.00 |
| Travel (Lodging/Taxi/Lyft/Uber) | 62.46 | 52.00 | 114.46 | 10,090.13 |
| U.S. Trustee Quarterly Fees | | | - | 250.00 |
| Utilities (Electric, Gas, Water, Sewer/Sanitation) | | 344.74 | 344.74 | 2,163.97 |
| **TOTAL DISBURSEMENTS** | **9,784.92** | **25,049.09** | **34,834.01** | **233,229.95** |
| | | | | |
| **CASH - End of Period** | $ 1,282.62 | $ 5,555.81 | $ 6,838.43 | $ 6,838.43 |

010/R1/04F014

Citibank Client Services   014
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account** ███████

**DARYL HELLER**
**909 Greenside Drive**
**Lititz PA**          **17543-6607**

**Statement Period**
**Jul 1 - Jul 31, 2025**

Page 1 of 8

---

## YOUR SIMPLIFIED BANKING ACCOUNT STATEMENT AS OF JULY 31, 2025

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,282.62** |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | ----- |

New deposit accounts opened between 6/26/25-7/16/25 may have received an incorrect effective date in the Consumer Deposit Account Agreement (CMA) Amendment Section 5: Products. The correct effective date for the amendment is 9/19/25.  Please refer to amended sections 5.1 and 5.2 in the CMA.

---

### Your Citibank Statement

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| May 2025 | $0 - $14,999 | None |
| June 2025 | $0 - $14,999 | None |
| July 2025 | $0 - $14,999 | None |

---

### Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Non-Citi ATM Fee | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Access Account | 11638750155 | $5.00 | $7.50 | N/A | None |
| Total | | $5.00 | $7.50 | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

---

### CHECKING ACTIVITY

**Access Account**

███████

| | |
|---|---|
| **Beginning Balance:** | $6,067.54 |
| **Ending Balance:** | $1,282.62 |

DARYL HELLER  Account ███████  Page 2 of 8  010/R1/04F014
Statement Period - Jul 1 - Jul 31, 2025

## CHECKING ACTIVITY                                                     Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/01 | Fee for Non-Citibank ATM use | 2.50 | | |
| 07/01 | Monthly Service Fee | 5.00 | | |
| 07/01 | Mobile Purchase Sign Based 06/27 01:57p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25179 | 15.89 | | |
| 07/01 | Debit Card Purchase 06/29 11:04a #2010<br>TST*THE RISING SUN    Campbelltown PA 25181<br>Restaurant/Bar | 140.90 | | |
| 07/01 | Debit Card Purchase 06/29 01:14p #2010<br>WINE AND SPIRITS 3622 LITITZ    PA 25181<br>Food & Beverages | 355.03 | | 5,548.22 |
| 07/03 | Debit PIN Purchase SHEETZ 2461    DUNCANNON  PAUS00155 | 97.20 | | |
| 07/03 | Debit Card Purchase 06/29 11:41a #2010<br>OAKLEY.COM    FOOTHILL RANC CA 25183<br>Medical Services | 251.22 | | 5,199.80 |
| 07/07 | Debit Card Purchase 06/30 11:57a #2010<br>AskTech.support    800-240-1371 CA 25184<br>Misc Business Services | 56.00 | | |
| 07/07 | Debit Card Purchase 07/02 06:43p #2010<br>TST*PIZZERIA LUCA    Lancaster  PA 25184<br>Restaurant/Bar | 252.90 | | 4,890.90 |
| 07/08 | Debit Card Purchase 07/03 04:09a #2010<br>APPLE.COM/BILL    866-712-7753 CA 25185 | 2.99 | | |
| 07/08 | Mobile Purchase Sign Based 07/04 07:21a #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25186 | 11.65 | | |
| 07/08 | Mobile Purchase Sign Based 07/04 01:57p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25186 | 15.89 | | |
| 07/08 | Debit Card Purchase 07/05 03:27p #2010<br>HP *INSTANT INK    855-785-2777 CA 25187<br>Specialty Retail stores | 18.01 | | |
| 07/08 | Debit Card Purchase 07/04 02:06p #2010<br>DOLLAR GENERAL #19528 WESTFIELD    PA 25186<br>Retail stores | 97.52 | | |
| 07/08 | Debit Card Purchase 07/03 11:13a #2010<br>INTUIT *QBooks Online CL.INTUIT.COM CA 25185<br>Specialty Retail stores | 1,566.68 | | 3,178.16 |
| 07/10 | Debit PIN Purchase<br>WM SUPERC 1400 COUNTY HORSEHEADS  NYUS05154 | 266.16 | | |
| 07/10 | Debit Card Purchase 07/08 05:56p #2010<br>CVS/PHARMACY #01667  LITITZ    PA 25190<br>Food & Beverages | 10.38 | | |
| 07/10 | Debit Card Purchase 07/08 06:17p #2010<br>CVS/PHARMACY #01667  LITITZ    PA 25190<br>Food & Beverages | 21.66 | | |
| 07/10 | Debit Card Purchase 07/08 04:04a #2010<br>CK*RIPTIDE CAR WASH LP LITITZ    PA 25190<br>Autos (rental, service, gas) | 39.21 | | 2,840.75 |
| 07/11 | Mobile Purchase Sign Based 07/10 03:43a #2010<br>ZOHO* ZOHO-VAULT    PLEASANTON  CA 25191<br>Misc Business Services | 10.60 | | |
| 07/11 | Debit Card Purchase 07/10 12:28a #2010<br>APPLE.COM/BILL    866-712-7753 CA 25191 | 13.77 | | |
| 07/11 | Debit Card Purchase 07/09 06:35a #2010<br>COMCAST / XFINITY    800-266-2278 PA 25191<br>Phones, Cable & Utilities | 281.44 | | 2,534.94 |
| 07/14 | Debit PIN Purchase<br>LAWRENCEVILLE    LAWRENCEVILLEPAUS05155 | 24.20 | | |
| 07/14 | Mobile Purchase Sign Based 07/10 11:08a #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25192 | 0.99 | | 2,509.75 |
| 07/15 | ACH Electronic Debit ATT    PAYMENT | 57.66 | | |
| 07/15 | Debit Card Purchase 07/13 03:05a #2010<br>APPLE.COM/BILL    866-712-7753 CA 25194 | 11.65 | | |
| 07/15 | Mobile Purchase Sign Based 07/11 01:59p #2010<br>D4339 APPLE.COM/BILL    CUPERTINO  CA 25193 | 15.89 | | |
| 07/15 | Debit Card Purchase 07/10 09:27p #2010<br>HAND & FOOT    Corning  NY 25193<br>Restaurant/Bar | 72.07 | | |
| 07/15 | Debit Card Purchase 07/13 02:47p #2010<br>PUFF N STUFF    SHAMOKIN DAM PA 25195<br>Specialty Retail stores | 74.18 | | |
| 07/15 | Debit Card Purchase 07/13 09:20a #2010<br>INTUIT *QBooks Online CL.INTUIT.COM CA 25195<br>Specialty Retail stores | 121.90 | | |
| 07/15 | Cash Withdrawal 04:55p #2010<br>Non Citi ATM FIRSTCOMMONWLT    WYOMISSING  PAUS051 | 403.00 | | 1,753.40 |
| 07/18 | Incoming Wire Transfer WIRE FROM Heller Capital Group | | 3,000.00 | 4,753.40 |
| 07/21 | Incoming Wire Transfer Fee INCOMING WIRE    FEE | 15.00 | | |
| 07/21 | Debit PIN Purchase WEIS MARKETS 04    LITITZ    PAUS05154 | 11.59 | | |

DARYL HELLER                    Account _____    _____    010/R1/04F014

Period - Jul 1 - Jul 31, 2025

## CHECKING ACTIVITY                                                             Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/21 | Debit PIN Purchase SHEETZ 0646    LITITZ    PAUS05155 | 45.00 | | |
| 07/21 | Debit PIN Purchase WINE AND SPIRITS 3622 LITITZ    PAUS05159 | 120.81 | | |
| 07/21 | Debit PIN Purchase WEIS MARKETS 04    LITITZ    PAUS05154 | 176.63 | | |
| 07/21 | Debit Card Purchase 07/17 12:58p #2010<br>JERSEY MIKE 1114    NEWARK    NJ 25199<br>Restaurant/Bar | 18.58 | | |
| 07/21 | Cash Withdrawal 07/20 11:26a #2010<br>Non Citi ATM FULTON BANK    LANCASTER  PAUS051 | 403.00 | | 3,962.79 |
| 07/22 | Mobile Purchase Sign Based 07/18 07:16p #2010<br>D4339 UBER  *TRIP    8005928996  CA 25200<br>Misc Transportation | 5.00 | | |
| 07/22 | Mobile Purchase Sign Based 07/19 02:56p #2010<br>D4339 UBER  *TRIP    8005928996  CA 25201<br>Misc Transportation | 5.59 | | |
| 07/22 | Mobile Purchase Sign Based 07/19 01:31p #2010<br>D4339 APPLE.COM/BILL    866-712-7753  CA 25201 | 12.99 | | |
| 07/22 | Mobile Purchase Sign Based 07/19 02:48p #2010<br>D4339 UBER  *TRIP    8005928996  CA 25201<br>Misc Transportation | 23.94 | | |
| 07/22 | Mobile Purchase Sign Based 07/18 07:16p #2010<br>D4339 UBER  *TRIP    8005928996  CA 25201<br>Misc Transportation | 27.93 | | |
| 07/22 | Debit Card Purchase 07/18 01:46p #2010<br>MERCEDES-BENZ OF LANCA EAST PETERSBU PA 25200<br>Autos (rental, service, gas) | 63.55 | | 3,823.79 |
| 07/24 | Mobile Purchase Sign Based 07/22 08:09p #2010<br>MSFT * E0700X52AK    MSBILL.INFO  WA 25204<br>Specialty Retail stores | 4.24 | | |
| 07/24 | Mobile Purchase Sign Based 07/22 08:10p #2010<br>MSFT * E0700X52QV    MSBILL.INFO  WA 25204<br>Specialty Retail stores | 6.68 | | |
| 07/24 | Mobile Purchase Sign Based 07/22 08:11p #2010<br>MSFT * E0700X52AJ    MSBILL.INFO  WA 25204<br>Specialty Retail stores | 22.90 | | |
| 07/24 | Debit Card Purchase 07/22 07:39p #2010<br>SQ *SON S ICE CREAM    East Petersbu PA 25204<br>Restaurant/Bar | 25.53 | | |
| 07/24 | Debit Card Purchase 07/22 08:10p #2010<br>MSFT * E0700X53MR    MSBILL.INFO  WA 25204<br>Specialty Retail stores | 26.40 | | |
| 07/24 | Mobile Purchase Sign Based 07/22 08:09p #2010<br>MSFT * E0700X5539    MSBILL.INFO  WA 25204<br>Specialty Retail stores | 47.70 | | |
| 07/24 | Debit Card Purchase 07/22 06:56p #2010<br>TST*TEQUILA MEXICAN GR Lancaster    PA 25204<br>Restaurant/Bar | 188.66 | | 3,501.68 |
| 07/25 | Mobile Purchase Sign Based 07/23 01:58p #2010<br>D4339 APPLE.COM/BILL    866-712-7753  CA 25205 | 15.89 | | |
| 07/25 | Debit Card Purchase 07/23 06:31p #2010<br>GOOGLE *YouTube TV  650-253-0000 CA 25205<br>Phones, Cable & Utilities | 87.97 | | 3,397.82 |
| 07/28 | Incoming Wire Transfer WIRE FROM Heller Capital Group | | 2,000.00 | |
| 07/28 | Fee for Domestic Funds Transfer ONLINE 378764747664622<br>0728[1] | 25.00 | | |
| 07/28 | Outgoing Domestic Wire Transfer ONLINE 378764747664622<br>0728[1] | 2,500.00 | | |
| 07/28 | Debit Card Purchase 07/24 08:08a #2010<br>CODETWO    JELENIA GORA  POL25206<br>Specialty Retail stores | 14.42 | | |
| 07/28 | Debit Card Purchase 07/25 05:32a #2010<br>VZWRLSS*APOCC VISB  800-922-0204 FL 25206<br>Phones, Cable & Utilities | 366.78 | | |
| 07/28 | Cash Withdrawal 07/27 03:55p #2010<br>ATM 3101 COLUMBIA AVE    LANCASTER  PAUS051 | 400.00 | | 2,091.62 |
| 07/29 | Incoming Wire Transfer Fee INCOMING WIRE   FEE | 15.00 | | |
| 07/29 | Debit Card Purchase 07/27 04:32p #2010<br>SUN HING FOOD SOLUTION LANCASTER    PA 25209<br>Restaurant/Bar | 13.42 | | |
| 07/29 | Debit Card Purchase 07/26 09:29a #2010<br>INTUIT *QBooks Online  CL.INTUIT.COM CA 25208<br>Specialty Retail stores | 40.28 | | |
| 07/29 | Debit Card Purchase 07/26 03:38a #2010<br>SXM*SIRIUSXM.COM/ACCT  888-635-5144 NY 25207<br>Phones, Cable & Utilities | 59.32 | | 1,963.60 |
| 07/30 | Debit PIN Purchase<br>TURKEY HILL 0318 601 R LANCASTER    PAUS05155 | 205.73 | | |
| 07/30 | Mobile Purchase Sign Based 07/28 10:57p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25210 | 15.89 | | 1,741.84 |

DARYL HELLER

Account

010/R1/04F014

1 - Jul 31, 2025

## CHECKING ACTIVITY                                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/31 | Debit Card Purchase 07/29 07:30p #2010<br>CHEESECAKE SHORT HILLS SHORT HILLS  NJ 25211<br>Restaurant/Bar | 25.79 | | |
| 07/31 | Debit Card Purchase 07/29 09:05a #2010<br>VALLEY AND BLOOM     MONTCLAIR   NJ 25211<br>Autos (rental, service, gas) | 27.00 | | |
| 07/31 | Debit Card Purchase 07/29 07:30p #2010<br>CHEESECAKE SHORT HILLS SHORT HILLS  NJ 25211<br>Restaurant/Bar | 85.80 | | |
| 07/31 | Debit Card Purchase 07/28 07:12p #2010<br>THE MC HOTEL       MONTCLAIR   NJ 25211<br>Restaurant/Bar | 117.77 | | |
| 07/31 | Cash Withdrawal 03:53p #2010<br>Non Citi ATM PAI ATM       HIGHSPIRE   PAUS051 | 203.00 | | 1,282.62 |
| | **Total Subtracted/Added** | **9,784.92** | **5,000.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*[1] This date reflects the actual date your transaction was credited to your account.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

DARYL HELLER                          Account ▓▓▓▓▓▓▓           Page 5 of 8          010/R1/04F014
                                     Statement Period -  Jul 1 - Jul 31, 2025

| CUSTOMER SERVICE INFORMATION |
| --- |

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
| --- | --- | --- |
| Checking | 888-248-4226<br>For TTY:We accept 711 or<br>other Relay Service. | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4226
(TTY: We accept 711 or other Relay Service).

DARYL HELLER                              Account ▮▮▮▮▮▮▮▮▮              Page 6 of 8          010/R1/04F014
                                          Statement Period -  Jul 1 - Jul 31, 2025

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country**: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

© 2025 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

DARYL HELLER   Account  1████████   Page 7 of 8
Statement Period -  Jul 1 - Jul 31, 2025

010/R1/04F014

1.  Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB .

Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts you own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of a Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2.  Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

*Important: When customers open accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

*Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. . As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3.  **CAMB Balance Range Chart**

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

DARYL HELLER

Account [ ]

Page 8 of 8

Statement Period -  Jul 1 - Jul 31, 2025

010/R1/04F014

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| Account Fees and Waiver Eligibility | | | | | |
|---|---|---|---|---|---|
| | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| Description | Monthly Service Fee | Non--Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings Account | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.



C 001 18 S  66 002
DARYL F HELLER
CHARLENE R HELLER
909 GREENSIDE DR
LITITZ PA  17543-6607

# Your account statement
For 07/29/2025

## Contact us

  Truist.com

  (844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ TRUIST WEALTH CHECKING

### Account summary

| | |
|---|---|
| Your previous balance as of 06/27/2025 | $8,460.62 |
| Checks | - 17,372.00 |
| Other withdrawals, debits and service charges | - 7,677.09 |
| Deposits, credits and interest | + 22,144.28 |
| Your new balance as of 07/29/2025 | = $5,555.81 |

### Interest summary

| | |
|---|---|
| Interest paid this statement period | $0.03 |
| 2025 interest paid year-to-date | $0.92 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/28 | | 159.28 | 07/14 | 7558 | 1,085.00 | 07/03 | *985533 | 12,668.90 |
| 07/03 | *7556 | 2,000.00 | 07/24 | *7634 | 246.82 | 07/16 | 985534 | 1,060.00 |
| 07/15 | 7557 | 152.00 | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks = $17,372.00

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/30 | DEBIT CARD RECURRING PYMT NOVARA HEALTH 06-28 WWW.NOVARAHEA  PA 5631 | 226.00 |
| 06/30 | DEBIT CARD PURCHASE ERACTOLL 8KTBVH 06-28 877-860-1258  PA 5342 | 18.10 |
| 06/30 | DEBIT CARD PURCHASE TURKEY HILL 0318 06-29 LANCASTER      PA 5631 | 417.38 |
| 06/30 | DEBIT CARD PURCHASE CK*RIPTIDE CAR WAS 06-29 LITITZ       PA 5631 | 75.00 |
| 06/30 | DEBIT CARD PURCHASE POOKIES LITTLE BRI 06-29 607-8463655   NY 5631 | 159.23 |
| 06/30 | DEBIT CARD PURCHASE POOKIES LITTLE BRI 06-29 607-8463655   NY 5631 | 309.71 |
| 06/30 | UGI      UGI UTILITIES, I 3029 DARYL HELLER | 306.74 |
| 07/01 | DEBIT CARD PURCHASE TST*THE RISING SUN 06-29 Campbelltown   PA 5631 | 62.50 |
| 07/01 | DEBIT CARD PURCHASE NORMANS HALLMARK 1 06-29 LITITZ       PA 5631 | 5.93 |
| 07/01 | DEBIT CARD PURCHASE MARATHON PETRO2402 06-29 LITITZ       PA 5631 | 14.82 |
| 07/01 | DEBIT CARD PURCHASE E ZPASS DE 0020072 07-01 8883972773    DE 5631 | 91.50 |
| 07/01 | ATM NETWORK CASH WITHDRAWAL 06-30-25 MECHANICSBURG    5631 PNC BANK | 400.00 |
| 07/01 | DEBIT CARD PURCHASE PTC EZPASS CSC WEB 06-30 877-736-6727  PA 5631 | 175.00 |
| 07/02 | DEBIT CARD PURCHASE JOJO'S PIZZA & PAS 06-30 717-7668292  PA 5631 | 23.00 |
| 07/02 | DEBIT CARD PURCHASE JOJO'S PIZZA & PAS 06-30 717-7668292  PA 5631 | 8.37 |
| 07/02 | DEBIT CARD PURCHASE INTEGRITY POOLS & 07-01 717-3931600   PA 5631 | 39.92 |
| 07/02 | INTERNET PAYMENT Assn Dues BENT CREEK COMMU 56883392 | 497.00 |
| 07/03 | INTERNET PAYMENT ServiceFee NelnetpayplnWFU 497485252 | 130.00 |
| 07/07 | DEBIT CARD PURCHASE AMAZON MKTPL*N35TL 07-04 Amzn.com/bill  WA 5631 | 156.93 |

*continued*

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/07 | DEBIT CARD PURCHASE SUBURBAN PROPANE 07-03 800-776-7263    NJ  5631 | 661.72 |
| 07/07 | DEBIT CARD PURCHASE SHEETZ 0336 07-03 WILLIAMSPORT    PA  5631 | 27.95 |
| 07/07 | DEBIT CARD PURCHASE DOLLAR GENERAL #21 07-04 KNOXVILLE      PA  5631 | 138.14 |
| 07/07 | DEBIT CARD PURCHASE DANDY 107 07-04 KNOXVILLE      PA  5631 | 95.64 |
| 07/07 | DEBIT CARD PURCHASE TOPS MARKETS #620 07-04 WESTFIELD      PA  5631 | 22.96 |
| 07/07 | DEBIT CARD RECURRING PYMT INTUIT *QBooks Onl 07-06 CL.INTUIT.COM  CA  5631 | 79.50 |
| 07/07 | DEBIT CARD RECURRING PYMT PELOTON* MEMBERSHI 07-07 ONEPELOTON.CO  NY  5631 | 46.64 |
| 07/09 | DEBIT CARD PURCHASE INTEGRITY POOLS & 07-08 717-3931600    PA  5631 | 26.62 |
| 07/10 | DEBIT CARD PURCHASE-PIN 07-09-25 BROOKLYN PARK    5342 TARGET.COM | 13.98 |
| 07/10 | DEBIT CARD PURCHASE PUFF N STUFF 07-09 SHAMOKIN DAM  PA  5631 | 54.36 |
| 07/11 | DEBIT CARD PURCHASE HESSELSONS 07-10 607-7334665    NY  5631 | 462.21 |
| 07/11 | DEBIT CARD PURCHASE-PIN 07-10-25 HORSEHEADS      5631 WM SUPERC 1400 COUNTY | 1,001.67 |
| 07/11 | DEBIT CARD PURCHASE PAPA JOHNS 5007 07-10 ELMIRA      NY  5631 | 91.24 |
| 07/14 | DEBIT CARD PURCHASE KWIK FILL 405 07-10 ADDISON      NY  5631 | 91.91 |
| 07/14 | DEBIT CARD PURCHASE ERACTOLL 8KTBVH 07-12 877-860-1258   PA  5342 | 14.32 |
| 07/14 | DEBIT CARD PURCHASE-PIN 07-13-25 BROOKLYN PARK    5342 TARGET.COM | 6.56 |
| 07/16 | DEBIT CARD PURCHASE INTEGRITY POOLS & 07-15 717-3931600    PA  5631 | 39.54 |
| 07/16 | DEBIT CARD PURCHASE INTEGRITY POOLS & 07-15 717-3931600    PA  5631 | 83.50 |
| 07/16 | ACH CORP DEBIT FEES      VSP 800-785-0699 HELLER,DARYL CUSTOMER ID NCCD19749813152 | 66.24 |
| 07/17 | DEBIT CARD PURCHASE EXXON TOP STAR #30 07-15 WYOMISSING    PA  5631 | 6.80 |
| 07/18 | DEBIT CARD RECURRING PYMT Roku for ESPN 07-17 816-2728107    DE  5631 | 12.71 |
| 07/21 | DEBIT CARD PURCHASE LYFT   *RIDE FRI 3 07-19 LYFT.COM      CA  5631 | 26.23 |
| 07/21 | DEBIT CARD PURCHASE-PIN 07-18-25 LEBANON      5631 7 CUZ BEER STOR | 152.37 |
| 07/21 | UTIL BILL  LASA 9000 HELLER, DARYL & CHARLE | 38.00 |
| 07/21 | RECURRING INTERNET PAYMENT CREDITCARD BARCLAYCARD US 1280810526 | 67.50 |
| 07/22 | DEBIT CARD PURCHASE WWP*RENTOKIL/EHRLI 07-21 866-845-6312  PA  5631 | 262.24 |
| 07/24 | DEBIT CARD PURCHASE AMAZON RETA* N20TD 07-23 WWW.AMAZON.CO  WA  5631 | 167.66 |
| 07/24 | DEBIT CARD PURCHASE INTEGRITY POOLS & 07-23 717-3931600    PA  5631 | 55.23 |
| 07/25 | RECURRING INTERNET PAYMENT PREMIUM    DeltaCare 894972411341 | 169.04 |
| 07/28 | DEBIT CARD RECURRING PYMT NETFLIX.COM 07-25 NETFLIX.COM    CA  5631 | 19.07 |
| 07/28 | DEBIT CARD RECURRING PYMT NOVARA HEALTH 07-28 WWW.NOVARAHEA  PA  5631 | 226.00 |
| 07/28 | TRUIST ATM CASH WITHDRAWAL 07-28-25      5342 MANHEIM PIKE BRANCH | 260.00 |
| 07/29 | DEBIT CARD RECURRING PYMT PELOTON* MEMBERSHI 07-28 ONEPELOTON.CO  NY  5631 | 46.64 |
| 07/29 | DEBIT CARD PURCHASE LYFT   *RIDE MON 7 07-29 LYFT.COM      CA  5631 | 12.10 |
| 07/29 | DEBIT CARD PURCHASE LYFT   *RIDE MON 1 07-29 LYFT.COM      CA  5631 | 13.67 |
| | Total other withdrawals, debits and service charges | = $7,677.09 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/03 | COUNTER DEPOSIT | 0.81 |
| 07/03 | INCOMING WIRE TRANSFER WIRE REF# 20250703-00032880 | 12,000.00 |
| 07/09 | DEBIT CARD RETURN LITITZ COLLISION & 07-07 LITITZ      PA  5631 | 4,220.44 |
| 07/24 | PAYMENT   CHUBB & SON XXXX 637643819039001P | 2,763.00 |
| 07/28 | DEPOSIT | 160.00 |
| 07/28 | INCOMING WIRE TRANSFER WIRE REF# 20250728-00014065 | 3,000.00 |
| 07/29 | INTEREST PAYMENT | 0.03 |
| | Total deposits, credits and interest | = $22,144.28 |

 

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States plans and to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

■ PAGE 3 OF 3

0005559



7556

Daryl F. Heller
Charlene R. Heller
909 Greenade Drive
Lititz, PA 17543

TRUIST FINANCIAL
1876 Oregon Pike
Lancaster, PA 17601
80-812/313

Date 3 JULY 2025

PAY TO THE
ORDER OF  ETHAN HELLER                                    $ 2,000.00

TWO THOUSAND                                              DOLLARS

Memo BUST. VISA / FLORIDA EXPENSE

07/03/25-10:27:08
>124003116<

Capital One Bank

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Daryl F. Heller**
Charlene R. Heller
909 Greenside Drive
Lititz, PA 17543

TRUIST FINANCIAL
1676 Oregon Pike
Lancaster, PA 17601
60-912/313

7557

Date 1 JULY 2025

PAY TO THE
ORDER OF   SHAGLY TO CHIC                                        $ 152. 00

ONE  HUNDRED AND FIFTY - TWO                                        DOLLARS

Memo DIRECT- DOG GROOM

FOR DEPOSIT ONLY

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Daryl F. Heller**
Charlene R. Heller
909 Greenside Drive
Lititz, PA 17543

TRUIST FINANCIAL
1676 Oregon Pike
Lancaster, PA 17601
80-912/313

7558

Date 10 JULY 2025

PAY TO THE
ORDER OF PRISCILLA KING                                    $ 1085.00

ONE THOSAND AND EIGHTY-FIVE                        00/100        DOLLARS

Memo DIP ACCT: CLEARING

MP

FIN: 932661760000245                    0136

<0031319320> 206 136 07/14/25 X63DBRACKB

Deposit Only

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Daryl F. Heller**
Charlene R. Heller
909 Greenside Drive
Lititz, PA 17543

TRUIST FINANCIAL
1676 Oregon Pike
Lancaster, PA 17601
60-912/313

7634

Date July 14 2025

PAY TO THE
ORDER OF     Mark Loyette                                    $ 246.62/4

Two Hundred and Forty-Six                                    62/4 DOLLARS

Memo

20250724 605000226830 Orrstown Bnk

runid 450e8345-121b-49ac-a51f-dd9098e2928e
tranid 818e4cc2-96ba-666b-41ff-9f259664cf95

>FED ABA RT<

Mark Loyette



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. ARTIFICIAL WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account: 70000007332**

$12,668.90

912/313

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

DARYL F HELLER
909 GREENSIDE DR
LITITZ, PA 17543-6607

**0000985533**

**July 03, 2025**

TRUIST BANK

Pay  **TWELVE THOUSAND SIX HUNDRED SIXTY EIGHT AND 90/100** ---------------------------------  **DOLLARS**

TO
THE
ORDER
OF

ORRSTOWN BANK
2695 PHILADELPHIA AVE
CHAMBERSBURG, PA 17201-7508

$ ****12,668.90

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor



961005678

2025-07-03

TLR # 0009003

tranid 6ad74207-2ed4-c43a-d4cc-c1502de42487



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, ARTIFICIAL WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

**Account: HELLER**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$1,060.00

Please Direct Any Questions To
(800) 243-2508
Online Bill Payment Processing Center

912/313

0000985534

July 03, 2025

DARYL F HELLER
909 GREENSIDE DR
LITITZ, PA 17543-6607

MEMO: For DIP Inv. 802511 812483

TRUIST BANK
1164 0652 EPV 07 0630 1/1 55721617.1 00191130

Pay ONE THOUSAND SIXTY AND 00/100 -------------------------------------------------- DOLLARS

TO
THE
ORDER
OF

WEAVER MOWIING SERVICE 3
1009 CREEK RD
LEOLA, PA 17540-9305

$ *****1,060.00

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

>053101121< 07/16/2025 001265524

966001314

28001226 0008 00052

ENDORSE HERE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

# Transaction details

-$159.28
COUNTER CHECK

| | |
|---|---|
| Transaction Date | 07/28/25 |
| Posted Date | 07/28/25 |
| Transaction Type | Debit |
| Reference Number | 2533047697 |
| Receipt Attached | No |