UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

**Order Filed on August 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Daryl Fred Heller

Case No.: 25-11354

Hearing Date: 10/15/2025

Judge: Poslusny

## ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No: 25-11354

Caption of Order:   ORDER TO SHOW CAUSE

---

This matter having been brought before the Court *sua sponte*, and the Court having heard argument on August 26, 2025, it is hereby

ORDERED that Debtor, Daryl Fred Heller, shall Show Cause before the Honorable Jerrold N. Poslusny, Jr. on October 15, 2025 at 10:00 a.m. in Courtroom # 4C, 400 Cooper Street, Camden, NJ 08101 why the Court should not appoint a trustee or convert the case.

Responses to this Order to Show cause shall be filed by 10/3/2025. Replies may be filed by 10/8/2025.