| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller,*<br>*Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**CERTIFICATION OF NO OBJECTION TO SIXTH MONTHLY FEE
STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN, LLC,
COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION,
FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 31, 2025
(DOCUMENT NO. 475)**

　　　　The Court authorized, under D.N.J. LBR-2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Sixth Monthly Fee Statement of McManimon, Scotland & Baumann, LLC (the "Applicant"), counsel for Chapter 11 Debtor and Debtor-in-Possession, for the period from July 1, 2025 through July 31, 2025 (the "Sixth Monthly Fee Statement"), filed on August 14, 2025 were to be filed and served not later than August 28, 2025.

　　　　I, Sari B. Placona, certify that as of August 29, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Sixth Monthly Fee Statement has been filed.

　　　　Pursuant to D.N.J. LBR 2016-3, payment shall be made to the Applicant upon the filing of this Certification.

Dated:  August 29, 2025　　　　　　　　　　　　　　*/s/ Sari B. Placona*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Sari B. Placona