| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>David M. Burkholder, Esquire (254862018)<br>**WISLER PEARLSTINE, LLP**<br>45 Liberty Boulevard, Suite 230<br>Malvern, PA 19355<br>dburkholder@wispearl.com<br>Telephone: (610) 825-8400<br><br>Attorney for Robert Horst, Creditor | Order Filed on September 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DARYL FRED HELLER<br><br>             Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

## AMENDMENT TO CONSENT ORDER AUTHORIZING SALE OF REAL PROPERTY (PRINCE STREET)

The relief set forth on the following page is

**ORDERED**

DATED: September __, 2025

DATED: September 5, 2025

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Motion to Sell Real Property known as 415 Prince Street, Units 2, 3, 4/6, and 5/7, Lancaster, Pennsylvania (the "Real Property") and the request by Creditor, Robert Z. Horst, to Amend Paragraph 7 (a) of the Consent Order Authorizing the Sale of Real Property (Prince Street):

**IT IS** hereby **ORDERED** that Paragraph 7 (a) of the Consent Order Authorizing the Sale of Real Property (Prince Street) shall be amended as follows:

> 7. (a) 50% of the net sale proceeds shall be paid directly to "Robert Z. Horst" (the "Horst Proceeds"). The Horst Proceeds are not subject to any restriction and are not subject to any further jurisdiction of this Court or claims of creditors in the above-captioned matter.

In all other respects, the Consent Order Authorizing the Sale of Real Property (Prince Street) shall remain in full force and effect.