| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, Debtor and Debtor-in-Possession* | **Order Filed on September 3, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>DARYL FRED HELLER,<br><br>      Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

## ORDER AUTHORIZING RETENTION OF McCARTER & ENGLISH LLP AS CRIMINAL COUNSEL FOR DEBTOR

The relief set forth on the following pages, two (2) through three (3) is hereby **ORDERED**.

**DATED: September 3, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request (the "Application"), for authorization to retain McCarter & English, LLP ("McCarter & English"), as criminal counsel for the Debtor, Daryl Fred Heller (the "Debtor") and the United States Trustee (the "U.S. Trustee") having filed an Objection to the Debtor's retention of McCarter & English as criminal counsel (Dkt. 194), and the Court having conducted a hearing on the Application on June 10, 2025, and for the reasons set forth on the record at Dkt. 337, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: Four Gateway Center, 100 Mulberry Street
   Newark, New Jersey 07102

2. The Court approves McCarter & English as criminal counsel to the Debtor and approves the $150,000 post-petition retainer (the "Retainer") to be funded by only non-estate assets, specifically, the Debtor's 401(k) retirement account. McCarter & English must file fee applications for the Court to address the reasonableness of fees to be drawn from the Retainer and any other payments received by McCarter & English pursuant to sections 329 and 330 of the Bankruptcy Code. All parties in interest including Deerfield Capital, LLC ("Deerfield") and Orrstown Bank ("Orrstown") reserve their rights.

3. The requirement in the Engagement Letter that the Debtor must replenish the retainer is void during the pendency of this bankruptcy case. In addition, termination of McCarter & English's retention shall only commence upon entry of an order by this Court terminating McCarter & English's retention.

4. McCarter & English and/or Debtor's counsel shall notify all parties in interest including Orrstown and the U.S. Trustee if the source of any payment to be made to McCarter & English on account of services rendered in this case by McCarter & English is from Charlene Heller. Orrstown and the U.S. Trustee reserve their rights to challenge any payment to McCarter and English from the assets or property of Charlene Heller.

5. Prior to applying any increases in its hourly rates, McCarter & English shall provide ten (10) calendar days' notice of any such increases to the Debtor and the U.S. Trustee, and shall file such notice with the Court. Parties-in-interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

4936-8280-4323, v. 1

6. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

7. The effective date of retention is the date the application was filed with the Court.

3

United States Bankruptcy Court
District of New Jersey

In re: Case No. 25-11354-JNP
Daryl Fred Heller Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 11
Date Rcvd: Sep 04, 2025     Form ID: pdf903     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 11 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Christopher John Leavell
    on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Christopher P. Mazza
    on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Daniel S. Siedman
    on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
    on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
    on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
    on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Avenaero Holdings LLC dleney@archerlaw.com, ahuber@archerlaw.com

E. Richard Dressel
    on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

Edmond M. George
    on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com

Edward A. Phillips
    ephillips@getzlerhenrich.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 11 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
    on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
    on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
    on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com

Heidi J. Sorvino
    on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC
    jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com,
    dmendez@genovaburns.com

Janet Gold
    on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com;jwingfield@egalawfirm.com

Jeffrey Kurtzman
    on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
    on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
    on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
    on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jerrold S. Kulback
    on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com

Jerrold S. Kulback

Case 25-11354-JNP    Doc 534    Filed 09/06/25    Entered 09/07/25 00:16:16    Desc
Imaged Certificate of Notice    Page 8 of 14

| District/off: 0312-1 | User: admin | Page 5 of 11 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jerrold S. Kulback | |
| | on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | |
| | on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com |

District/off: 0312-1 User: admin Page 6 of 11
Date Rcvd: Sep 04, 2025 Form ID: pdf903 Total Noticed: 3

| | | |
|---|---|---|
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B BTM I LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B II LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund V LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IX LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D V LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D IV LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B II LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VI LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D BTM I LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII LLC | jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A II LLC | jlemkin@stark-stark.com |

Case 25-11354-JNP    Doc 534    Filed 09/06/25    Entered 09/07/25 00:16:16    Desc
Imaged Certificate of Notice    Page 10 of 14

| District/off: 0312-1 | User: admin | Page 7 of 11 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
    on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kristi JoLynn Doughty
    on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors doughty@chipmanbrown.com, dero@chipmanbrown.com

Kristi JoLynn Doughty
    on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com dero@chipmanbrown.com

Kurt F. Gwynne
    on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Lane E. Brody
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David Zook lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com,
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com,
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson
    on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 8 of 11 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Marc D. Miceli
    on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V LLC mkizner@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 9 of 11 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VII  LLC mkizner@stark-stark.com

Case 25-11354-JNP    Doc 534    Filed 09/06/25    Entered 09/07/25 00:16:16    Desc
Imaged Certificate of Notice    Page 13 of 14

| District/off: 0312-1 | User: admin | Page 10 of 11 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B BTM I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B BTM I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund A LLC et al. mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D III LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant WF Velocity Fund V LLC mkizner@stark-stark.com |
| Martin J. Weis | on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com |
| Martin J. Weis | on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com |
| Nancy Isaacson | on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com |
| Natalie R Young | on behalf of Interested Party Ethan Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield GP LLC nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Charlene Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield Partners nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Taite Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield L.P. nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Accordo L.P. nyoung@macelree.com |
| Rachel A. Parisi | on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com |
| Richard Kanowitz | on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com |
| Sari Blair Placona | on behalf of Debtor Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com |
| Stephen V. Falanga | on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law |
| Steven J. Mitnick | on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 11 of 11
Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 3

William E. Craig
                on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 249