**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1

David M. Burkholder, Esquire (254862018)
**WISLER PEARLSTINE, LLP**
45 Liberty Boulevard, Suite 230
Malvern, PA 19355
dburkholder@wispearl.com
Telephone: (610) 825-8400

Attorney for Robert Horst, Creditor

Order Filed on September 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

DARYL FRED HELLER

Debtor.

Case No. 25-11354 (JNP)

Chapter 11

### AMENDMENT TO CONSENT ORDER AUTHORIZING SALE OF REAL PROPERTY (PRINCE STREET)

The relief set forth on the following page is

**ORDERED**

DATED: September __, 2025

DATED: September 5, 2025

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Motion to Sell Real Property known as 415 Prince Street, Units 2, 3, 4/6, and 5/7, Lancaster, Pennsylvania (the "Real Property") and the request by Creditor, Robert Z. Horst, to Amend Paragraph 7 (a) of the Consent Order Authorizing the Sale of Real Property (Prince Street):

**IT IS** hereby **ORDERED** that Paragraph 7 (a) of the Consent Order Authorizing the Sale of Real Property (Prince Street) shall be amended as follows:

> 7. (a) 50% of the net sale proceeds shall be paid directly to "Robert Z. Horst" (the "Horst Proceeds"). The Horst Proceeds are not subject to any restriction and are not subject to any further jurisdiction of this Court or claims of creditors in the above-captioned matter.

In all other respects, the Consent Order Authorizing the Sale of Real Property (Prince Street) shall remain in full force and effect.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-11354-JNP
Daryl Fred Heller  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 11
Date Rcvd: Sep 05, 2025 | Form ID: pdf903 | Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |

District/off: 0312-1                           User: admin                                          Page 2 of 11
Date Rcvd: Sep 05, 2025                  Form ID: pdf903                                Total Noticed: 3

| | |
|---|---|
| Christopher John Leavell | on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com |
| Christopher P. Mazza | on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com |
| Daniel S. Siedman | on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Daniel S. Siedman | on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David Michael Burkholder | on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas G. Leney | on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Avenaero Holdings LLC dleney@archerlaw.com, ahuber@archerlaw.com |
| E. Richard Dressel | on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Gail Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Brett Levin rdressel@lexnovalaw.com |
| Edmond M. George | on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| George William Allison Bartholomew | on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |

District/off: 0312-1 User: admin Page 3 of 11
Date Rcvd: Sep 05, 2025 Form ID: pdf903 Total Noticed: 3

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Case 25-11354-JNP    Doc 535    Filed 09/07/25    Entered 09/08/25 00:21:38    Desc
Imaged Certificate of Notice    Page 6 of 13

| District/off: 0312-1 | User: admin | Page 4 of 11 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
  on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Plaintiff Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
  on behalf of Creditor Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
  on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
  Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
  on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
  Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
  on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com

Harry M. Gutfleish
  on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com

Heidi J. Sorvino
  on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
  on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC
  jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell
  on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com,
  dmendez@genovaburns.com

Janet Gold
  on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com;jwingfield@egalawfirm.com

Jeffrey Kurtzman
  on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
  on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
  on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
  on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
  on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jerrold S. Kulback
  on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com

Jerrold S. Kulback

Case 25-11354-JNP    Doc 535    Filed 09/07/25    Entered 09/08/25 00:21:38    Desc
Imaged Certificate of Notice    Page 7 of 13

| District/off: 0312-1 | User: admin | Page 5 of 11 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jerrold S. Kulback | |
| | on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | |
| | on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 11 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund B BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Defendant Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Defendant Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund D VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff WF Velocity Fund VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Defendant Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor WF Velocity Fund VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                on behalf of Plaintiff Prestige Fund A II LLC jlemkin@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 7 of 11 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
    on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kristi JoLynn Doughty
    on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors doughty@chipmanbrown.com, dero@chipmanbrown.com

Kristi JoLynn Doughty
    on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com dero@chipmanbrown.com

Kurt F. Gwynne
    on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Lane E. Brody
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David Zook lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com,
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com,
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson
    on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 8 of 11 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Marc D. Miceli
    on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V LLC mkizner@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 9 of 11 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund A LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant WF Velocity Fund V LLC mkizner@stark-stark.com

Martin J. Weis
    on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Martin J. Weis
    on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Nancy Isaacson
    on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
    on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield GP LLC nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield L.P. nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Accordo L.P. nyoung@macelree.com

Rachel A. Parisi
    on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com,
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Richard Kanowitz
    on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com

Sari Blair Placona
    on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Stephen V. Falanga
    on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com,
    chemrick@thewalshfirm.com;clupi@walsh.law

Steven J. Mitnick
    on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 User: admin Page 11 of 11
Date Rcvd: Sep 05, 2025 Form ID: pdf903 Total Noticed: 3

William E. Craig
                  on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 249