**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Daryl Fred Heller, the Chapter 11 Debtor
and Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

**SEVENTH MONTHLY FEE STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN,
LLC, COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION
FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

McManimon, Scotland & Baumann, LLC, counsel for the above-captioned debtor and debtor-in- possession, hereby submits this Seventh Monthly Fee Statement for the period from August 1, 2025 through August 31, 2025 (the "Fee Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, entered on April 3, 2025 [Docket No. 170].  See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Dated: September 8, 2025

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Counsel for Daryl Fred Heller, the Chapter 11
Debtor and Debtor-in-Possession*

By: */s/ Sari B. Placona*
     Sari B. Placona

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor:    Daryl Fred Heller          Applicant:   McManimon, Scotland & Baumann, LLC

Case No.:  25-11354 (JNP)            Client:      Daryl Fred Heller

Chapter:   11                        Case Filed:  February 10, 2025

**SEVENTH MONTHLY FEE STATEMENT FOR MCMANIMON,**
**SCOTLAND & BAUMANN, LLC FOR THE PERIOD**
**FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

**SECTION 1**
**FEE SUMMARY**

| | |
|---|---|
| **FEE TOTALS:** | **$106,841.00** |
| **DISBURSEMENT TOTALS:** | **$1,448.38** |
| **TOTAL:** | **$108,289.38** |
| **MINUS 20% HOLDBACK OF FEES:** | **($21,368.20)** |
| **AMOUNT SOUGHT IN 5ᵗʰ MONTHLY:** | **$86,921.18** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Anthony Sodono, III, Partner | 1990 | 62.10 | 725.00 | 45,022.50 |
| 2.  Andrea Dobin, Partner | 1990 | 8.30 | 560.00 | 4,648.00 |
| 3.  Joshua H. Raymond, Partner | 1996 | 4.70 | 560.00 | 2,632.00 |
| 4.  Sari B. Placona, Partner | 2014 | 62.50 | 525.00 | 32,812.50 |
| 5.  Joseph Zapata, Partner | 1999 | 1.50 | 375.00 | 562.50 |
| 6.  John Stern, Associate | 2019 | 48.80 | 300.00 | 14,640.00 |
| 7.  Scott D. Platton, Associate | 2021 | 13.10 | 285.00 | 3,733.50 |
| 8.  Connor Ashnault, Summer Associate | N/A | 8.30 | 250.00 | 2,075.00 |
| 9.  Isabelle Fisher, Summer Associate | N/A | 2.10 | 250.00 | 525.00 |
| 10. Daniel Baek, Legal Assistant | N/A | 1.00 | 190.00 | 190.00 |
| **TOTAL:** | | **212.40** | | **$106,841.00** |

2

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **Asset Analysis and Recovery**<br><br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.00 | 0.00 |
| **Asset Disposition**<br><br>Sales, leases, abandonment and related transaction work | 0.00 | 0.00 |
| **Avoidance Action Litigation**<br><br>Preference and fraudulent transfer litigation. | 0.00 | 0.00 |
| **Business Operations**<br><br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.00 | 0.00 |
| **Case Administration**<br><br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 126.10 | 71,089.50 |
| **Claims Administration and Objections**<br><br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | .20 | 105.00 |
| **Employee Benefits/Pensions**<br><br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.00 | 0.00 |
| **Fee/Employment Applications**<br><br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | .60 | 340.00 |
| **Fee/Employment Objections**<br><br>Review of an objections to the employment and fee applications of others. | 0.00 | 0.00 |
| **Financing**<br><br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 0.00 | 0.00 |

3

| | | |
|---|---|---|
| **Litigation**<br>  Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 43.30 | 15,604.00 |
| **Meetings of Creditors**<br>  Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 0.00 | 0.00 |
| **Plan and Disclosure Statement**<br>  Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 16.60 | 8,460.00 |
| **Relief from Stay Proceedings**<br>  Matters relating to termination or continuation of automatic stay under 362 | .20 | 105.00 |
| **Accounting/Auditing**<br>  Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.00 | 0.00 |
| **Business Analysis**<br>  Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.00 | 0.00 |
| **Corporate Finance**<br>  Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.00 | 0.00 |
| **Data Analysis**<br>  Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.00 | 0.00 |
| **Litigation Consulting**<br>  Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.00 | 0.00 |

4

| | | |
|---|---|---|
| **Reconstruction Accounting**<br><br>Reconstructing books and records from past transactions and brining accounting current. **(We used this code for the matters pertaining to the Appeal** | 21.10 | 8,320.00 |
| **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 0.00 | 0.00 |
| **Valuation**<br>Appraise or review appraisals of assets. | 0.00 | 0.00 |
| **Travel Time** | 4.30 | 2,817.50 |
| **SERVICE TOTALS:** | **212.40** | **$106,841.00** |

5

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Filing Fees**<br>    Payable to the Clerk of the Court | 0.00 |
| **Computer Assisted Legal Research**<br>    Westlaw, Lexis and a description of manner calculated. | 175.68 |
| **Pacer Fees**<br>    Payable to the Pacer Service Center for search and/or print. | 254.80 |
| **In-house Reproduction Services**<br>    Exclusive of overhead charges. | 189.20 |
| **Other Research**<br>    Title searches, UCC searches, Asset searches, Accurint. | 0.00 |
| **Travel**<br>    Mileage, tolls, airfare, parking. | 441.09 |
| **Courier & Express Carriers**<br>    Overnight and personal delivery. | 0.00 |
| **Postage** | 145.36 |
| **Other: Trial Transcripts** | 242.25 |
| **DISBURSEMENTS TOTAL:** | **$1,448.38** |

I certify under penalty of perjury that the above is true.

Dated: September 8, 2025                             */s/ Sari B. Placona*
                                                     Sari B. Placona

4902-1941-3094, v. 1

# EXHIBIT B

 McMANIMON · SCOTLAND · BAUMANN        75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

September 5, 2025

Daryl Heller

| | |
|---|---|
| Invoice #: | 247166 |
| Client #: | 35240 |
| Matter #: | 1 |
| Billing Attorney: | SBP |

# INVOICE SUMMARY

For Professional Services Rendered Through August 31, 2025.

**RE:  Deerfield Capital, LLC - Bankruptcy Chapter 11**

| | |
|---|---|
| Total Professional Services | $ 106,841.00 |
| Total Disbursements | $ 1,448.38 |
| **TOTAL THIS INVOICE** | **$ 108,289.38** |

# McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                          September 5, 2025

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/01/25 | AS1 | Communicate with Sari B. Placona and Daryl Heller re examiner queries and responses | .30 | 217.50 |
| 8/01/25 | AS1 | Analyze notes and plan redlines | .70 | 507.50 |
| 8/01/25 | AS1 | Amend, review, and revise plan and disclosure statement | 3.20 | 2,320.00 |
| 8/01/25 | AS1 | Analyze "final" plan | .50 | 362.50 |
| 8/01/25 | AS1 | Call with client to discuss plan and disclosure statement | 1.30 | 942.50 |
| 8/01/25 | CA | Finish draft of cert and opp to MTS from Prestige | 1.60 | 400.00 |
| 8/01/25 | JDS | Meeting with Client to Discuss Plan and Disclosure Statement. | 1.50 | 450.00 |
| 8/01/25 | JDS | Third round of revisions of Plan based on Client's edits/ comments. | 1.60 | 480.00 |
| 8/01/25 | JDS | Third round of revisions Disclosure Statement based on Client's edits/ comments. | .70 | 210.00 |
| 8/01/25 | JDS | Review and revise redlined Plan and Disclosure Statement and send to client for review. | .50 | 150.00 |
| 8/01/25 | JDS | Implement final edits to Plan and Disclosure Statement for filing. | 1.60 | 480.00 |
| 8/01/25 | JHR | Reviewed Prestige Motion to Determine Privilege Under seal. | .20 | 112.00 |
| 8/01/25 | SBP | Review Glorious claim in Needham case | .10 | 52.50 |
| 8/01/25 | SBP | Review client comments to plan | .30 | 157.50 |
| 8/01/25 | SBP | Call with client, J Stern and A Sodono re plan | 1.30 | 682.50 |
| 8/01/25 | SBP | Call with H Sorvino, Daryl, and J Vandermark re HCG liquidation in plan | .20 | 105.00 |
| 8/01/25 | SBP | Call with client re settlement hearing | .10 | 52.50 |
| 8/01/25 | SBP | Review and revise plan and disclosure statement | .70 | 367.50 |
| 8/01/25 | SBP | Email with client re response to examiner | .10 | 52.50 |
| 8/01/25 | SBP | Communicate with client re examiner | .20 | 105.00 |
| 8/01/25 | SBP | Review revised plan | 1.30 | 682.50 |
| 8/01/25 | SBP | Review Orrstown exhibits for evidentiary hearing on settlement | .40 | 210.00 |
| 8/01/25 | SBP | Review and revise brief in opposition to Prestige motion to determine subpoena non-privileged | .20 | 105.00 |
| 8/01/25 | SBP | Filed plan and disclosure statement | .40 | 210.00 |
| 8/02/25 | SBP | Revise cross-motion to file under seal motion to determine privilege information | .20 | 105.00 |
| 8/02/25 | SBP | Email with client re response to examiner | .10 | 52.50 |
| 8/03/25 | SBP | Review client responses to examiner questions | .40 | 210.00 |
| 8/03/25 | SBP | Email with M Weiss re outline and witnesses for evidentiary hearing on settlement | .20 | 105.00 |
| 8/03/25 | SBP | Call with A Sodono re settlement hearings | .40 | 210.00 |

## McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                                 September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/03/25 | SBP | Prepare for 9019 hearings | 1.60 | 840.00 |
| 8/04/25 | AS1 | Prepare for court and analyze Deerfield and Orrstown settlement documents | .90 | 652.50 |
| 8/04/25 | AS1 | Draft memo of issues | .30 | 217.50 |
| 8/04/25 | AS1 | Discuss with Sari B. Placona Orrstown and Deerfield | .20 | 145.00 |
| 8/04/25 | AS1 | Analyze pleadings/objections and prepare for Court | 3.90 | 2,827.50 |
| 8/04/25 | CA | Edits to opposition to motion to strike | 1.60 | 400.00 |
| 8/04/25 | DB | Created binders enclosing Orrstown and Deerfield rule 9019 pleadings, objections, and replies | 1.00 | 190.00 |
| 8/04/25 | JDS | Review docket and file and determine all objections filed to Deerfield 9019 Motion and Orrstown 9019 Motion and create chart listing all. | 1.00 | 300.00 |
| 8/04/25 | JHR | Reviewed and edited Cross-Motion to File Objection under seal. | .40 | 224.00 |
| 8/04/25 | JHR | Revised and edited Brief and Certification in support of Objection to Motion to Determine Privilege and redacted and organized exhibits. | 2.60 | 1,456.00 |
| 8/04/25 | JHR | Reviewed case law in support of Opposition to Motion to Determine Privilege. | .40 | 224.00 |
| 8/04/25 | SBP | Call with client and H Sorvino re 9019 hearings | .80 | 420.00 |
| 8/04/25 | SBP | Review client responses to examiner questions | .40 | 210.00 |
| 8/04/25 | SBP | Revise order dismissing Reliance litigation | .20 | 105.00 |
| 8/04/25 | SBP | Revise order dismissing Austin Business litigation | .20 | 105.00 |
| 8/04/25 | SBP | Prepare for 9019 hearings | 2.10 | 1,102.50 |
| 8/04/25 | SBP | Call with A Ciardi, H Sorvino, and A Sodono re Deerfield settlement | .20 | 105.00 |
| 8/04/25 | SBP | Call with client and A Sodono re 9019 hearings | .20 | 105.00 |
| 8/04/25 | SBP | Call with C Adams and A Sodono re 9019 hearing | .20 | 105.00 |
| 8/04/25 | SBP | Call with M Weis and L Gibbons re 9019 settlement with Orrstown | .30 | 157.50 |
| 8/04/25 | SBP | Review Silverview exhibit list to 9019 motions | .20 | 105.00 |
| 8/04/25 | SBP | Review responses and documents to examiner | .20 | 105.00 |
| 8/04/25 | SBP | Call with client re witness list for 9019 hearings | .20 | 105.00 |
| 8/04/25 | SBP | Call with N Isaacson re funds to Randall as owner of house / beach sale proceeds | .20 | 105.00 |
| 8/05/25 | AS1 | Call with Daryl Heller and Chris Adams re testimony, settlement | .50 | 362.50 |
| 8/05/25 | AS1 | Prepare for court and analyze pleadings, objections, and case law in support and opposition | 6.60 | 4,785.00 |
| 8/05/25 | AS1 | Communicate with Daryl Heller re asset values | .20 | 145.00 |
| 8/05/25 | CA | Initial disclosures Silverview | .70 | 175.00 |
| 8/05/25 | JDS | Review and redline draft Initial Disclosure for Silverview Adversary Complaint No. 25-01202. | .50 | 150.00 |
| 8/05/25 | JDS | Research rules for how to issue a subpoena in a non-adversary hearing. | .40 | 120.00 |

# McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                                                                    September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/05/25 | JDS | Draft four subpoenas for testimony at the 9019 motion hearing for the Orrstown and Deerfield settlements. | .40 | 120.00 |
| 8/05/25 | JDS | Research business judgment rule in Third Circuit and email findings. | .60 | 180.00 |
| 8/05/25 | JHR | Reviewed status of filing of Brief in Opposition to Motion to determine Privilege. | .80 | 448.00 |
| 8/05/25 | SBP | Email with client re hearing date of disclosure statement and plan | .10 | 52.50 |
| 8/05/25 | SBP | Email with K Schiffman re status of witnesses | .10 | 52.50 |
| 8/05/25 | SBP | Email with J Berg re plan | .10 | 52.50 |
| 8/05/25 | SBP | Call with client, A Sodono, H Sorvino, and C Adams re 9019 hearings | .50 | 262.50 |
| 8/05/25 | SBP | Review Silverview letter re debtor certification for 9019 | .20 | 105.00 |
| 8/05/25 | SBP | Email client re status of witness list for 9019 hearings | .10 | 52.50 |
| 8/05/25 | SBP | Call with M Weis re 9019 hearing | .20 | 105.00 |
| 8/05/25 | SBP | Email with C Adams re 9019 certification and hearing | .10 | 52.50 |
| 8/05/25 | SBP | Call with A Sodono re Prestige witnesses for 9019 hearing | .50 | 262.50 |
| 8/05/25 | SBP | Prepare for 9019 hearing with Orrstown | 2.70 | 1,417.50 |
| 8/05/25 | SBP | Attend pre trial hearing on Prestige complaint 25-1128 | .20 | 105.00 |
| 8/05/25 | SBP | Call with client and A Sodono re hearing prep | .30 | 157.50 |
| 8/05/25 | SBP | Review Prestige joinder to Silverview objection to Debtor certification | .20 | 105.00 |
| 8/05/25 | SBP | Prepare for 9019 hearing with Deerfield Capital | 3.40 | 1,785.00 |
| 8/06/25 | AS1 | Travel to/from US Bankruptcy Court, Camden, NJ (half charge) | 1.40 | 1,015.00 |
| 8/06/25 | AS1 | Attend evidentiary hearing re settlement | 1.80 | 1,305.00 |
| 8/06/25 | AS1 | Continued preparation for evidentiary hearing | 1.70 | 1,232.50 |
| 8/06/25 | JDS | Compile legal research on business judgment. | .10 | 30.00 |
| 8/06/25 | JDS | Research issues (i) whether fifth amendment bars plan confirmation, (ii) whether debtor needs to testify as to business judgment to approve settlement, and (iii) whether need to give live testimony for a statement of a party opponent to be admissible for the 9019 settlements hearing. | 1.60 | 480.00 |
| 8/06/25 | JDS | Draft list of relevant questions to address pursuant to 9019 settlements hearing. | .30 | 90.00 |
| 8/06/25 | SBP | Travel to court (half charge) | 1.50 | 787.50 |
| 8/06/25 | SBP | Prepare for 9019 court hearings | 2.90 | 1,522.50 |
| 8/06/25 | SBP | Attend court hearing on 9019 settlements | 4.00 | 2,100.00 |
| 8/06/25 | SBP | Review L Gibbons emails re sale motions | .10 | 52.50 |
| 8/06/25 | SBP | Review email from First National Bank re claim and plan | .10 | 52.50 |
| 8/06/25 | SBP | Email with K Gwyne re examiner report | .10 | 52.50 |
| 8/07/25 | AS1 | Communicate with Daryl Heller re Prestige litigation and discuss with Sari B. Placona | .30 | 217.50 |

# McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                                 September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/07/25 | AS1 | Call with Sari B. Placona, Heidi Sorvino and Daryl Heller re status litigation | .70 | 507.50 |
| 8/07/25 | CA | Drafting and researching memorandum document regarding: Research Requests: Debtor Testimony Business Judgement, Hearsay Party Opponent | 2.60 | 650.00 |
| 8/07/25 | CA | Creating drafts for R 26 for each adv complaint (Deerfield, Hofstetter, Trust, etc) | 1.80 | 450.00 |
| 8/07/25 | JDS | Review Initial Disclosures for Silverview Complaint. | .70 | 210.00 |
| 8/07/25 | JDS | Phone call with Client as to Initial Disclosures for Silverview Complaint. | .30 | 90.00 |
| 8/07/25 | JDS | Review and edit final revisions to Initial Disclosures to Adv. Pro. No. 25-01202(JNP) and email to adversary. | .50 | 150.00 |
| 8/07/25 | SBP | Email with client re 9 fund inventors | .10 | 52.50 |
| 8/07/25 | SBP | Email with J Wieder re R 26 disclosures (25-1202) | .10 | 52.50 |
| 8/07/25 | SBP | Review and revise R 26 disclosures (25-1202) | .10 | 52.50 |
| 8/07/25 | SBP | Review Silverview R 26 disclosures | .20 | 105.00 |
| 8/07/25 | SBP | Call with client, A Sodono and H Sorvino re court follow up | .60 | 315.00 |
| 8/07/25 | SDP | Email exchange between client and SP/AD re appeal retainer. | .20 | 57.00 |
| 8/08/25 | AD | Email exchange re preparing motion to extend time for brief. | .20 | 112.00 |
| 8/08/25 | AD | Review Motion to Extend Brief Due Date; conference with S Platton re same. | .20 | 112.00 |
| 8/08/25 | AS1 | Review application to extend time to file brief and reproduced record | .20 | 145.00 |
| 8/08/25 | JDS | Review Silverview counsel email regarding initial disclosures and respond to question from S. Placona as to disclosures. | .20 | 60.00 |
| 8/08/25 | JDS | Draft email response to Silverview regarding Heller's initial disclosures. | 1.00 | 300.00 |
| 8/08/25 | SBP | Email with examiner re meeting | .10 | 52.50 |
| 8/08/25 | SBP | Email counsel re witnesses for 9/10 hearing | .10 | 52.50 |
| 8/08/25 | SBP | Review order amending examiner report | .10 | 52.50 |
| 8/08/25 | SBP | Call with client re examiner | .20 | 105.00 |
| 8/08/25 | SBP | Review documents to send to Examiner | .30 | 157.50 |
| 8/08/25 | SBP | Call with client re status | .20 | 105.00 |
| 8/08/25 | SBP | Call with J Rand and Client re 9 investors | .30 | 157.50 |
| 8/08/25 | SBP | Call with Silverview r 26 conference | .20 | 105.00 |
| 8/08/25 | SDP | Email exchange w/client, Sari, and AD re appeal. | .40 | 114.00 |
| 8/08/25 | SDP | Draft and file notice of appearance for appellate case. | .60 | 171.00 |
| 8/08/25 | SDP | Application to extend time to file brief and reproduced record. | 3.50 | 997.50 |
| 8/08/25 | SDP | Review of appellate docket to date. | .50 | 142.50 |
| 8/09/25 | AS1 | Review Silverview discovery | .20 | 145.00 |
| 8/09/25 | AS1 | Communicate with John D. Stern re response to Silverview discovery | .10 | 72.50 |

## McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                                    September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/11/25 | AD | Conference with S Platton re extension of time to object to brief granted - next steps. | .20 | 112.00 |
| 8/11/25 | AD | Prepare Entry of Appearance; ecf same (cumbersome process); letter to court re transmitting copies as required. | 1.00 | 560.00 |
| 8/11/25 | JDS | Draft Opposition to Prestige Motion to Dismiss and Strike. | 2.50 | 750.00 |
| 8/11/25 | JDS | Revise Opposition to Prestige Motion to Dismiss and Strike. | .50 | 150.00 |
| 8/11/25 | JDS | Research caselaw in support of opposition to Prestige Motion to Dismiss and Strike. | .60 | 180.00 |
| 8/11/25 | JZ | Reviewed and responded to email from S. Placona re: questions raised by counsel for Orrstown. | .10 | 37.50 |
| 8/11/25 | JZ | Drafted and sent email to Q. Miller re: questions raised by Orrstown's counsel for the allocation motion. | .10 | 37.50 |
| 8/11/25 | JZ | Reviewed email counsel for Quentin Miller re: responses to be provided. | .10 | 37.50 |
| 8/11/25 | SBP | Email with client re appeal brief | .10 | 52.50 |
| 8/11/25 | SBP | Email K Gwynee re DOJ documents and confidentiality order | .10 | 52.50 |
| 8/11/25 | SBP | Communicate with H Gutfleish re pre trial hearings | .10 | 52.50 |
| 8/11/25 | SBP | Email with Haynes Boone re witness for hearing | .10 | 52.50 |
| 8/11/25 | SBP | Review email from K Schiffman re 9/10 hearing on settlement | .10 | 52.50 |
| 8/11/25 | SBP | Call with J Rand and client re 9 investors and potential litigation | .30 | 157.50 |
| 8/11/25 | SBP | Communicate with J Wieder re initial disclosures | .10 | 52.50 |
| 8/11/25 | SBP | Email with J Wieder re discovery schedule | .10 | 52.50 |
| 8/11/25 | SBP | Review SEC claim | .10 | 52.50 |
| 8/11/25 | SBP | Review and revise opposition to Prestige motion to dismiss counterclaims | .30 | 157.50 |
| 8/11/25 | SBP | Review limited objection by Deerfiled to motion to to sell DHQM and distribute proceeds | .10 | 52.50 |
| 8/11/25 | SBP | Call with client re examiner status | .10 | 52.50 |
| 8/11/25 | SBP | Review examiner questions for client | .20 | 105.00 |
| 8/11/25 | SBP | Review and revise mutual confidentiality agreement with Lee, Chu, Funk, Auerback, Richard, Etchinson and Miranda | .20 | 105.00 |
| 8/12/25 | AS1 | Analyze and revise opposition to Prestige motion to dismiss | .90 | 652.50 |
| 8/12/25 | AS1 | Communicate with Sari B. Placona re opposition to Prestige motion to dismiss | .20 | 145.00 |
| 8/12/25 | AS1 | Analyze nondisclosure agreement | .60 | 435.00 |
| 8/12/25 | AS1 | Analyze supplemental retention | .20 | 145.00 |
| 8/12/25 | JDS | Revise opposition to Prestige Motion to Dismiss/ Strike counterclaims after review of various documents and edits by Client, send to Client for review and approval. | 1.60 | 480.00 |
| 8/12/25 | JDS | Review Fed. R. Civ. P. 26 and corresponding Banks. R. 7026 and provide email-memorandum on when disclosures are due. | .40 | 120.00 |

# McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                  September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/12/25 | JDS | Research caselaw as to business judgment and consolidate notes to draft letter brief in support of Deerfield 9019 Motion. | .60 | 180.00 |
| 8/12/25 | JDS | Phone call with client to discuss edits to opposition of Prestige Motion to Dismiss Counterclaims and Strike Answer. | .60 | 180.00 |
| 8/12/25 | JDS | Revise and finalize opposition to opposition to Prestige Motion to Dismiss Counterclaims and Strike Answer based on Client input. | .80 | 240.00 |
| 8/12/25 | JDS | Revise and finalize Opposition to Motion to Dismiss and Strike filed by Deerfield based on S. Placona final edits/ comments. | 1.10 | 330.00 |
| 8/12/25 | JDS | Draft letter brief in further support of Motion to Approve Deerfield 9019 Motion. | 1.30 | 390.00 |
| 8/12/25 | JZ | Reviewed limited objection filed by Deerfield. | .10 | 37.50 |
| 8/12/25 | JZ | Reviewed email request for information regarding the three properties that are not subject to the allocation motion. | .10 | 37.50 |
| 8/12/25 | JZ | Prepared and filed notice of appearance. | .20 | 75.00 |
| 8/12/25 | SBP | Email with J Lemkin re witness for 9/10 hearing | .10 | 52.50 |
| 8/12/25 | SBP | Review Prestige limited objection to Luma motion for confidentiality | .10 | 52.50 |
| 8/12/25 | SBP | Call with C Adams re examiner meeting | .20 | 105.00 |
| 8/12/25 | SBP | Call with client re opposition to Prestige motion to dismiss counterclaims | .10 | 52.50 |
| 8/12/25 | SBP | Call with client re examiner report and meeting | .10 | 52.50 |
| 8/12/25 | SBP | Revise supplemental certification in support of MSB retention | .10 | 52.50 |
| 8/12/25 | SBP | Zoom call with client and examiner and counsel | 2.20 | 1,155.00 |
| 8/12/25 | SBP | Review and revise letter brief re business judgment for 9019 settlement | .20 | 105.00 |
| 8/12/25 | SDP | Email to prior appellate counsel, requesting turnover of file. | .20 | 57.00 |
| 8/13/25 | AD | Review opinion for appealable issues. | .40 | 224.00 |
| 8/13/25 | AS1 | Analyze memo and research case law re business judgment | 2.70 | 1,957.50 |
| 8/13/25 | JDS | Revise Reply to Silverview Letter Brief 9019 Motion and Request Strike Heller Certification. | 1.10 | 330.00 |
| 8/13/25 | JDS | Draft Reply to Silverview Letter Brief 9019 Motion and Request Strike Heller Certification. | 1.50 | 450.00 |
| 8/13/25 | JDS | Revise Reply to Silverview Letter Brief 9019 Motion and Request Strike Heller Certification. | .50 | 150.00 |
| 8/13/25 | JDS | Implement edits to Opposition to Prestige Motion to Dismiss and Strike. | 1.00 | 300.00 |
| 8/13/25 | JDS | Further supplement letter brief for 9019 motions on business judgment, fifth amendment, and other supporting caselaw. | 1.00 | 300.00 |
| 8/13/25 | JZ | Reviewed the limited opposition filed by Orrstown Bank. | .10 | 37.50 |
| 8/13/25 | JZ | Drafted and sent email to S. Placona re: suggested strategy based upon limited objection filed. | .10 | 37.50 |
| 8/13/25 | JZ | Reviewed email from S. Placona to the client re: suggested course based upon limited oppositions filed. | .10 | 37.50 |

## McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                                 September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/13/25 | JZ | Drafted and sent email to S. Placona re: sending limited objections and requests for information to counsel for Quentin Miller. | .10 | 37.50 |
| 8/13/25 | JZ | Drafted and sent email to L. Young re: need for information/documentation to address requests for information in Orrstown's limited opposition. | .10 | 37.50 |
| 8/13/25 | SBP | Email with J Kulback re pre trial hearing | .10 | 52.50 |
| 8/13/25 | SBP | Revise letter brief re business judgment | .30 | 157.50 |
| 8/13/25 | SBP | Review L Gibbons email re Accordo sales | .10 | 52.50 |
| 8/13/25 | SBP | Communicate with J Wieder re discovery schedule for 25-12-2 | .10 | 52.50 |
| 8/13/25 | SBP | Revise reply to Silverview's letter to strike certification of debtor | .20 | 105.00 |
| 8/14/25 | AD | Review and revise opinion re appealable issues. | .60 | 336.00 |
| 8/14/25 | JDS | Phone call with client as to exhibits for the Plan. | .20 | 60.00 |
| 8/14/25 | JDS | Send status update email regarding update on exhibits for Plan. | .10 | 30.00 |
| 8/14/25 | JDS | Draft letter in response to Examiner's report and his counsel's letter. | 1.00 | 300.00 |
| 8/14/25 | JDS | Revise letter in response to Examiner's report and his counsel's letter. | 1.00 | 300.00 |
| 8/14/25 | SBP | Call with H Sorvino, J Vandermark, and A Sodono re examiner report | .60 | 315.00 |
| 8/14/25 | SBP | Call with client, H Sorvino, A Sodono and J Vandermark re examiner report | 1.90 | 997.50 |
| 8/14/25 | SBP | Revise response to examiner report | .30 | 157.50 |
| 8/14/25 | SBP | Review examiner second report | 1.60 | 840.00 |
| 8/14/25 | SBP | Call with K Schiffman re plan | .10 | 52.50 |
| 8/15/25 | AD | Review opinion re appealable issues. | 2.90 | 1,624.00 |
| 8/15/25 | AD | Conference with S Platton re efforts to retrieve records from prior counsel; email to S Placona re same. | .30 | 168.00 |
| 8/15/25 | AS1 | Analyze Silverview reply to strike | .50 | 362.50 |
| 8/15/25 | AS1 | Call with Sari B. Placona, Daryl Heller, and DH James re examiner's report | .80 | 580.00 |
| 8/15/25 | AS1 | Review and analyze Examiner's Report and draft memo of issues | 1.90 | 1,377.50 |
| 8/15/25 | JDS | Review Silverview email regarding non-dischargeability complaint and draft response. | .60 | 180.00 |
| 8/15/25 | JDS | Revise brief in support of 9019 Motions as to admissibility to Debtor's business judgment without testimony and a certification without testimony. | 1.80 | 540.00 |
| 8/15/25 | JZ | Reviewed the response to the examiner's report. | .10 | 37.50 |
| 8/15/25 | SBP | Call with client, A Sodono, and H Sorvino re response to trustee | 1.10 | 577.50 |
| 8/15/25 | SBP | Email with J Wieder re disclosures | .10 | 52.50 |
| 8/15/25 | SBP | Email with J Rand re documents for suit v Zook | .10 | 52.50 |
| 8/15/25 | SBP | Review and revise client response to examiner report | .30 | 157.50 |

## McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                        September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/15/25 | SDP | Follow-up with Lancaster Prothonotary re transcripts. | .20 | 57.00 |
| 8/15/25 | SDP | Discussion with AD re transcripts. | .20 | 57.00 |
| 8/15/25 | SDP | PA case law research re principal liability w/o piercing the veil. | 2.20 | 627.00 |
| 8/15/25 | SDP | Intro email from SP to former counsel re missing docs from file for appeal. | .20 | 57.00 |
| 8/15/25 | SDP | Review of file for stip; missing from prior counsel's docs. | .40 | 114.00 |
| 8/18/25 | AS1 | Analyze and review Examiner's report and exhibits | 2.70 | 1,957.50 |
| 8/18/25 | AS1 | Review chart fund manager issues | .20 | 145.00 |
| 8/18/25 | AS1 | Analyze case law and review/revise brief re business judgment | 2.10 | 1,522.50 |
| 8/18/25 | AS1 | Call with Daryl Heller, Sari B. Placona and Heidi Sorvino re examiner report and responses | 1.20 | 870.00 |
| 8/18/25 | AS1 | Analyze case law and draft and work on business judgment brief | 1.90 | 1,377.50 |
| 8/18/25 | AS1 | Review multiple emails and communicate with Daryl Heller, Sari B. Placona and Heidi Sorvino re examiner's report and reply | .90 | 652.50 |
| 8/18/25 | AS1 | Multiple communications with Daryl Heller and Sari B. Placona re examiner report | .40 | 290.00 |
| 8/18/25 | IDF | Research in re Martin for supervising atty to find "range of reasonableness" cite. | .30 | 75.00 |
| 8/18/25 | JDS | Revise Opposition to Prestige Motion to Strike Adv. Pro. 20-01199. | 2.60 | 780.00 |
| 8/18/25 | JDS | Review Prestige Motion to Strike [Adv. Pro. 20-01199] and research caselaw to support opposition. | .90 | 270.00 |
| 8/18/25 | JDS | Further revise letter brief regarding business judgment in connection with the 9019 Motions with Deerfield and Orrstown. | 1.50 | 450.00 |
| 8/18/25 | JDS | Review letter brief to court for 9019 motions on business judgment. | .30 | 90.00 |
| 8/18/25 | SBP | Review UST redline to McCarter retention order | .10 | 52.50 |
| 8/18/25 | SBP | Zoom meeting with H Sorvino, D Siedman re status | .30 | 157.50 |
| 8/18/25 | SBP | Call with client re status of hearings | .10 | 52.50 |
| 8/18/25 | SBP | Draft email to J Wieder re initial disclosures | .10 | 52.50 |
| 8/18/25 | SBP | Review chart overview for call with J Rand re Zook litigation | .20 | 105.00 |
| 8/18/25 | SBP | Meeting with J Rand and D Heller re Zook litigation | .90 | 472.50 |
| 8/18/25 | SBP | Call with client, H Sorvino, and A Sodono re status of case and hearings | 1.90 | 997.50 |
| 8/18/25 | SBP | Review resolution terms re Accordo and DHQM sales | .20 | 105.00 |
| 8/18/25 | SBP | Review and revise brief in support of business judgment | .20 | 105.00 |
| 8/18/25 | SBP | Review Silverview motion that mediation should not proceed | .20 | 105.00 |
| 8/18/25 | SBP | Review letter from Silverview requesting conference | .10 | 52.50 |
| 8/18/25 | SBP | Review client response for addendum to letter to examiner | .20 | 105.00 |
| 8/18/25 | SBP | Revise and revise opposition to Prestige motion to strike answer | .30 | 157.50 |
| 8/19/25 | JDS | Discuss letter brief strategy regarding 9019 motions and business judgment. | .10 | 30.00 |

# McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                    September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/19/25 | JDS | Implement final revisions for letter brief regarding business judgment and revise for filing. | 1.00 | 300.00 |
| 8/19/25 | JDS | Draft joint scheduling order and mediation order for Parreira Adversary Complaint. | .40 | 120.00 |
| 8/19/25 | JHR | Reviewed docket re adjournment requests and status of various motions, case management conference and disclosure statement hearing. | .10 | 56.00 |
| 8/19/25 | JZ | Reviewed Orrstown Bank's Questions and the Millers responses to the same. | .10 | 37.50 |
| 8/19/25 | SBP | Call with client re status of examiner response | .10 | 52.50 |
| 8/19/25 | SBP | Call with K Gwyne re examiner report | .10 | 52.50 |
| 8/19/25 | SBP | Review email from client re examiner response | .10 | 52.50 |
| 8/19/25 | SBP | Email K Gwyne re examiner report | .20 | 105.00 |
| 8/19/25 | SBP | Email with K Schiffman re DS hearing | .10 | 52.50 |
| 8/19/25 | SBP | Call with J Rand re lawsuit against Zook | .10 | 52.50 |
| 8/19/25 | SDP | Emails from prior counsel re stip. | .20 | 57.00 |
| 8/20/25 | IDF | Create spreadsheet for initial disclosures outlining parties and docs plaintiffs mentioned in complaints. | .50 | 125.00 |
| 8/20/25 | JDS | Discuss filing of letter brief in support of 9019 motions on business judgment. | .10 | 30.00 |
| 8/20/25 | JDS | Proof read letter brief in support of 9019 motions and send for filing. | .30 | 90.00 |
| 8/20/25 | JDS | Strategize providing initial disclosure responses to non-dischargeability complaints. | .40 | 120.00 |
| 8/20/25 | JDS | Research and provide analysis for filing a complex case pursuant to N.J. Local Rules. | .30 | 90.00 |
| 8/20/25 | JDS | Review Silverview letter brief in support of opposition to 9019 Motions and provide analysis of the reasoning. | .30 | 90.00 |
| 8/20/25 | JDS | Review Chicago Atlantic letter brief in support of opposition to 9019 Motions and provide analysis of the reasoning. | .30 | 90.00 |
| 8/20/25 | JHR | Reviewed docket re adjournment requests and status of various motions, case management conference and disclosure statement hearing. | .10 | 56.00 |
| 8/20/25 | SBP | Call with client re response to examiner report | .10 | 52.50 |
| 8/20/25 | SBP | Revise joint scheduling order on Webbank suit | .10 | 52.50 |
| 8/20/25 | SBP | Revise letter brief re business judgment | .20 | 105.00 |
| 8/20/25 | SBP | Review client email re 9 investors and litigation potential against Zook | .20 | 105.00 |
| 8/20/25 | SBP | Review K Gwynne emails re examiner position | .20 | 105.00 |
| 8/20/25 | SBP | Review and revise joint scheduling for Parreira litigation | .10 | 52.50 |
| 8/20/25 | SBP | Email K Gwynne re response to examiner questions | .20 | 105.00 |
| 8/20/25 | SBP | Review joint scheduling order with H Gutfleish adversaries | .10 | 52.50 |
| 8/20/25 | SBP | Review Silverview objection to settlement with Deerfield | .20 | 105.00 |

## McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                                  September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/20/25 | SBP | Review Chicago Atlantic supplemental brief re business judgment for 9019 motion | .20 | 105.00 |
| 8/20/25 | SDP | Email from prior counsel re turnover of file. | .20 | 57.00 |
| 8/21/25 | IDF | Drafted initial disclosures re: Hostetter, Hostetter Family Trust, Summit Asset Management, Pinacle Asset Management, David Zook, Deerfield Capital, Reliance Financial, Karen Parreira et. al., Funders App, Libertas, and WebBank. | 1.30 | 325.00 |
| 8/21/25 | JHR | Reviewed docket re status of Motion to determine Privilege | .10 | 56.00 |
| 8/21/25 | SBP | Email with J Cianciulli re pre trial orders | .20 | 105.00 |
| 8/21/25 | SBP | Call with H Sorvino re case status | .20 | 105.00 |
| 8/21/25 | SBP | Email with M Kizner re pre trial conference | .10 | 52.50 |
| 8/21/25 | SBP | Review Orrstown post trial memo in support of settlement | .20 | 105.00 |
| 8/21/25 | SBP | Review client email re revised settlement with Deerfield | .10 | 52.50 |
| 8/21/25 | SBP | Review and revise client email to J Rand re Zook litigation | .20 | 105.00 |
| 8/21/25 | SBP | Call with client and H Sorvino re status of 8/26 hearings and examiner report | .20 | 105.00 |
| 8/21/25 | SDP | Review of docs provided by prior counsel. | .80 | 228.00 |
| 8/22/25 | SBP | Communicate with client re Zook litigation | .20 | 105.00 |
| 8/22/25 | SBP | Review K Gwynee letter reply to debtor response to examiner report | .20 | 105.00 |
| 8/22/25 | SBP | Review Accordo reply to objections to sale | .20 | 105.00 |
| 8/24/25 | SBP | Review July MOR | .10 | 52.50 |
| 8/24/25 | SBP | Review Silverview response to opposition to strike certification | .20 | 105.00 |
| 8/24/25 | SBP | Review examiner objection to MSB application to be paid | .10 | 52.50 |
| 8/24/25 | SBP | Review Deerfield stay relief motion v HIH | .20 | 105.00 |
| 8/24/25 | SBP | Review investor complaint v Zook | .30 | 157.50 |
| 8/25/25 | AD | Analyze appellate issues and North Strabane Township case law. | 1.20 | 672.00 |
| 8/25/25 | JDS | Revise Response to Examiner report and response by Mr. Gywnne. | 1.50 | 450.00 |
| 8/25/25 | JZ | Reviewed order vacating order granting release of funds to MS&B. | .10 | 37.50 |
| 8/25/25 | SBP | Revise response to examiner letter | .20 | 105.00 |
| 8/26/25 | AD | Conference with S Platton re follow up on transcript request. | .10 | 56.00 |
| 8/26/25 | AD | Review opinion and cases cited; conference with S Platton re analysis of appellate issues. | .80 | 448.00 |
| 8/26/25 | AD | Email to prior counsel re finding "Heller Stip". | .10 | 56.00 |
| 8/26/25 | AS1 | Prepare for Court and analyze pleading and opposition | 2.90 | 2,102.50 |
| 8/26/25 | AS1 | Draft memo of issues for court | .90 | 652.50 |
| 8/26/25 | AS1 | Travel to/from US Bankruptcy Court, Camden, NJ (half charge) | 1.40 | 1,015.00 |
| 8/26/25 | AS1 | Attend Court and post court discuss with Daryl Heller, Heidi Sorvino, and Sari B. Placona | 2.60 | 1,885.00 |

## McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                            September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/26/25 | AS1 | Call with Daryl Heller and L. Gibbons re Accorda sales and order, objections | .50 | 362.50 |
| 8/26/25 | AS1 | Analyze numerous pleadings and examiner report in preparation for court | 3.90 | 2,827.50 |
| 8/26/25 | SBP | Discuss status with A Sodono before court hearing | .30 | 157.50 |
| 8/26/25 | SBP | Attend court on status conference | 1.70 | 892.50 |
| 8/26/25 | SBP | Call with A Sodono and H Sorvino and client re case status | .90 | 472.50 |
| 8/26/25 | SBP | Revise letter to court re examiner response | .30 | 157.50 |
| 8/26/25 | SBP | Review email from client re Accordo settlement | .10 | 52.50 |
| 8/26/25 | SBP | Review A Ciardi email re settlement | .10 | 52.50 |
| 8/26/25 | SBP | Call with client and H Sorvino re status hearing preparation | .20 | 105.00 |
| 8/26/25 | SDP | Case strategy discussion. | .40 | 114.00 |
| 8/26/25 | SDP | Review of PA Supreme Court/Superior Court cases in support of brief. | 1.10 | 313.50 |
| 8/26/25 | SDP | Follow-up request for transcripts in support of appeal. | .20 | 57.00 |
| 8/27/25 | AD | Conference with S Platton re possible issues to address on appeal. | .20 | 112.00 |
| 8/27/25 | AS1 | Analyze Daryl Heller email re strategy and examiner's report | .50 | 362.50 |
| 8/27/25 | AS1 | Multiple emails and calls with Daryl Heller re Examiner's report and strategy | .70 | 507.50 |
| 8/27/25 | AS1 | Call with Daryl Heller, Heidi Sorvino, and Sari B. Placona re Examiner's report and strategy | 1.10 | 797.50 |
| 8/27/25 | AS1 | Call with Daryl Heller, Sari B. Placona, and Heidi Sorvino re strategy and status of examiner's report/litigation | .60 | 435.00 |
| 8/27/25 | JDS | Review Silverview Motion to Strike Answer in order to draft opposition. | 1.10 | 330.00 |
| 8/27/25 | JDS | Draft opposition to Silverview motion to strike answer. | 1.40 | 420.00 |
| 8/27/25 | JDS | Revise opposition to motion to strike. | .40 | 120.00 |
| 8/27/25 | JDS | Further revise opposition to motion to strike. | .30 | 90.00 |
| 8/27/25 | JDS | Review state court docket Silverview Credit Partners LP et al. v. Blackford ATM Ventures, LLC et al., Index No. 654755/2024, in order to address issue in opposition to Silverview motion to strike. | .30 | 90.00 |
| 8/27/25 | SBP | Review cert of Ethan Heller in support of sale | .10 | 52.50 |
| 8/27/25 | SBP | Call with client A Sodono and H Sorvino re status | 1.50 | 787.50 |
| 8/27/25 | SBP | Revise opposition to Silverview motion to strike answer | .10 | 52.50 |
| 8/27/25 | SDP | Case strategy discussion w/AD. | .20 | 57.00 |
| 8/27/25 | SDP | Email to prior counsel's paralegal requesting additional documentation. | .10 | 28.50 |
| 8/27/25 | SDP | Call to Lancaster Prothonotary and follow-up email regarding transcripts. | .30 | 85.50 |
| 8/27/25 | SDP | Call from Lancaster CCP Clerk re expedited transcripts. | .20 | 57.00 |
| 8/27/25 | SDP | Follow-up email from Lancster CCP Clerk re expedited price. | .10 | 28.50 |
| 8/27/25 | SDP | Request check from firm for expedited transcripts from Lancaster CCP for appeal. | .20 | 57.00 |

# McManimon Scotland & Baumann, LLC

Invoice #: 247166                                                                 September 5, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/27/25 | SDP | Email from prior counsel paralegal w/stip. | .10 | 28.50 |
| 8/27/25 | SDP | Review of Heller stip. | .40 | 114.00 |
| 8/28/25 | AD | Email exchange with state court counsel re stipulation signed by client. | .10 | 56.00 |
| 8/28/25 | AS1 | Multiple calls and emails with Daryl Heller, L. Gibbons and Sari B. Placona re Accorda sales, claims, releases | .90 | 652.50 |
| 8/28/25 | JDS | Review Silverview Motion that no mediation is necessary in order to draft opposition. | .40 | 120.00 |
| 8/28/25 | JDS | Draft Opposition to Silverview Motion that Mediation should not proceed. | 1.00 | 300.00 |
| 8/28/25 | JDS | Research caselaw in support of Opposition to Silverview Motion that Mediation should not proceed. | .30 | 90.00 |
| 8/28/25 | JDS | Revise Opposition to Silverview Motion that Mediation should not proceed. | .30 | 90.00 |
| 8/28/25 | SBP | Call with client re Blackford complaint | .20 | 105.00 |
| 8/28/25 | SBP | Review Illinois notice of intent to collect | .10 | 52.50 |
| 8/28/25 | SBP | Call with client and H Sorvino re ERC of iemployee | .30 | 157.50 |
| 8/28/25 | SBP | Review emails re settlement with Deerfield | .10 | 52.50 |
| 8/28/25 | SBP | Review Blackford complaint | .20 | 105.00 |
| 8/28/25 | SBP | Review email from M Fencer re 150k ERC check | .10 | 52.50 |
| 8/29/25 | AS1 | Communicate with A. Ciardi and L. Gibbons re deeds, tax returns, K1s | .50 | 362.50 |
| 8/29/25 | AS1 | Multiple communications with Daryl Heller re sale issues, order | .60 | 435.00 |
| 8/29/25 | AS1 | Analyze and draft order re sale | 1.90 | 1,377.50 |
| 8/29/25 | AS1 | Various communications with A. Ciardi, L. Gibbons, M. Weiss, and D. Heller re sale | .90 | 652.50 |
| 8/29/25 | SBP | Call with client and A Sodono re Prince Street | .20 | 105.00 |
| 8/29/25 | SBP | Call with A Ciardi and A Sodono re sale order | .20 | 105.00 |
| 8/30/25 | SBP | Revise order approving Prince Street sale | .20 | 105.00 |

### TOTAL PROFESSIONAL SERVICES                      $ 106,841.00

## McManimon Scotland & Baumann, LLC

Invoice #: 247166

September 5, 2025

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| DANIEL, BAEK | 1.00 | 190.00 | 190.00 |
| CONNOR ASHNAULT | 8.30 | 250.00 | 2,075.00 |
| ISABELLA FISHER | 2.10 | 250.00 | 525.00 |
| ANDREA DOBIN | 8.30 | 560.00 | 4,648.00 |
| ANTHONY SODONO, III | 62.10 | 725.00 | 45,022.50 |
| JOSHUA H. RAYMOND | 4.70 | 560.00 | 2,632.00 |
| JOHN STERN | 48.80 | 300.00 | 14,640.00 |
| JOSEPH ZAPATA | 1.50 | 375.00 | 562.50 |
| SARI PLACONA | 62.50 | 525.00 | 32,812.50 |
| SCOTT D. PLATTON | 13.10 | 285.00 | 3,733.50 |
| **Total** | **212.40** | | **$ 106,841.00** |

### DISBURSEMENTS

| Description | Amount |
|---|---|
| Travel/Parking Expenses | 271.94 |
| Postage | 145.36 |
| Travel/Parking Expenses | 169.15 |
| Court Reporting Fees | 242.25 |
| Westlaw | 175.68 |
| Inside Duplicating | 189.20 |
| PACER | 254.80 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | **$ 1,448.38** |
| **TOTAL THIS INVOICE** | **$ 108,289.38** |