| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **MCMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel to Daryl Fred Heller*<br>*Chapter 11 Debtor and Debtor-in-Possession* | Order Filed on September 10, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

### ORDER AUTHORIZING RELEASE OF FUNDS FROM MCMANIMON, SCOTLAND & BAUMANN, LLC'S ATTORNEY TRUST ACCOUNT FOR PAYMENT OF FEES AND COSTS PURSUANT TO THE ADMINISTRATIVE FEE ORDER

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 10, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THIS MATTER,** having been opened to the Court by the following applications, fee statements and objections thereto:

- Application for an Order Authorizing Release of Funds from McManimon, Scotland & Baumann LLC's Attorney Trust Account for Payment of Attorney's Fees and Costs Regarding the Fifth Monthly Fee Statement Pursuant to the Administrative Fee Order, filed June 2, 2025 [Docket No. 479] ("MSB's Application"); and

- Objection of Edward A. Phillips, as Examiner, to Debtor's Application for an Order Authorizing Release of Funds from McManimon, Scotland & Baumann LLC's Attorney Trust Account for Payment of Attorney's Fees and Costs Regarding the Fifth Monthly Fee Statement Pursuant to the Administrative Fee Order, filed August 22, 2025 [Docket No. 502] (the "Examiner's Objection")

And the Examiner's Objection having been resolved on the terms set forth herein; with the consent of the parties that filed the foregoing documents, and there being no objection to the following monthly fee statements: (i) Fourth Monthly Fee Statement of Edward A. Phillips, Examiner, for the period from June 1, 2025 through June 30, 2025 [Docket No. 420]; (ii) Third Monthly Fee Statement of Getzler Henrich & Associates LLC, Financial Advisor to the Examiner, for the period from June 1, 2025 through June 30, 2025 [Docket No. 421]; and (iii) the Third Monthly Fee Statement of Reed Smith LLP, Counsel to the Examiner, for the period from June 1, 2025 through June 30, 2025 [Docket No. 424] (collectively, the "Monthly Fee Statements"); and for good cause shown as set forth in such fee statements,

**IT IS HEREBY ORDERED** that**:**

1. MSB's Application is **GRANTED** as provided herein, and subject to paragraphs 5 and 6 below.

2. MSB is authorized and directed, within three (3) days after this Order is entered on the docket, to release the sum of Seventy-Two Thousand, Five Hundred and Fifty Dollars and Fifty Cents ($72,550.50) from the sale proceeds of the Sea Isle, New Jersey property held in the MSB

2

attorney trust account (the "MSB Attorney Trust Account") to be applied to their approved fees and expenses as follows:

| Monthly Fee Statement[1] | Fees Requested | 20% holdback | Fees Allowed 80% | Expenses still owed | Total amount still owed for both 80% fees and 100% expenses |
|---|---|---|---|---|---|
| 4th May 2025 | | | | $0.00 | 24,011.85 |
| 5th June 2025 | 58,976.00 | 11,795.20 | 47,180.80 | 1,538.09 | 48,718.89 |
| 6th July 2025 | 66,474.00 | 13,294.80 | 53,179.20 | 2,066.88 | 55,256.08 |
| TOTALS: | 193,889.00 | $38,777.80 | $155,111.20 | 4,102.49 | 159,223.69 |

3.      MSB is authorized and directed, within three (3) days after this Order is entered on the docket, to release the sum of Ninety Thousand Dollars a ($90,000.00) held in the MSB Attorney Trust Account to be applied to the fees and expenses of Edward A. Phillips ($15,915.93); Getzler Henrich & Associates, LLC ($29,762.26); and Reed Smith LLP ($44,321.81), as follows:

| | Examiner | Getzler Henrich | Reed Smith | Total |
|---|---|---|---|---|
| Fees to be Paid[2] | $15,915.93 | $29,066.26 | $43,923.81 | $88,906 |
| Expenses to be Paid | $0.00 | $696.00 | $398.00 | $1,094 |
| Total | $15,915.93 | $29,762.26 | $44,321.81 | $90,000 |

---

[1] The amount of fees to be paid to MSB is less than the 80% of fee payable under their respective Monthly Fee Payments as the available balance in the MSB Reserve is insufficient to pay the full 80% of fees requested in the MSB Monthly Fee Statements. The amount of expenses to be paid to MSB is 100% of the expenses requested in the Monthly Fee Statements. Payment will be applied to the 4th Monthly Fee Statement and then the balance will be applied to pay the 5th Monthly Fee Statement.

[2] The amount of fees to be paid to the Examiner and his professionals is less than the 80% of fee payable under their respective Monthly Fee Payments as the available balance in the MSB Reserve is insufficient to pay the full 80% of fees requested in the Monthly Fee Statements. The amount of expenses to be paid to the Examiner and his professionals is 100% of the expenses requested in the Monthly Fee Statements.

4902-8808-2790, v. 1

4. The payments in paragraphs 2 and 3 above shall be made simultaneously.

5. MSB shall hold $835,000 in the MSB Attorney Trust Account until the claim of Orrstown as to the sale proceeds in the MSB Attorney Trust Account and an Orrstown objection to the disposition of the proceeds, if any, is resolved.

6. MSB shall hold $125,000 in the MSB Attorney Trust Account until a Leaman objection, if any, is resolved.

4902-8808-2790, v. 1