| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Suite 201 <br> Roseland, New Jersey 07068 <br> (973) 622-1800 <br> Anthony Sodono, III (asodono@msbnj.com) <br> Sari B. Placona (splacona@msbnj.com) <br> *Counsel for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession* |

In re:

DARYL FRED HELLER,

      Debtor.

Case No. 25-11354 (JNP)

Chapter 11

Honorable Jerrold N. Poslusny, Jr.,

## ADJOURNMENT REQUEST

1. I, Sari B. Placona, Esq.,

   ☒ am the attorney for Daryl Fred Heller, Debtor in the above-referenced proceeding, and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Deerfield Capital's Motion for Relief From the Automatic Stay to Execute Its Pledge as to Heller Investment Holdings, LLC and GCC Investment Holdings, LLC [Doc. No. 505]

   Current hearing date and time: September 16, 2025 at 11:00 a.m.
   New date requested: September 23, 2025 at 11:00 a.m.

   Reasons for adjournment request: Ms. Placona and Mr. Sodono will be traveling on a plane on September 16, 2025 for business.

2. Consent to adjournment:

   ☐ I have the consent of all parties.     ☐ I do not have the consent of all
   Albert Ciardi, III, counsel for Deefield Capital, consents to the adjournment

   I hereby certify under penalty of perjury that the foregoing is true.

Date: September 11, 2025

                              */s/ Sari B. Placona*
                              Sari B. Placona

**COURT USE ONLY**
_____

The request for adjournment is:

[X] Granted       New hearing date: 9/23/25 AT 11       ☐ Peremptory

☐ Granted over objection(s)   New hearing date:_____   ☐ Peremptory

☐ Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2