| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>        Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

Recommended Local Form: ☒ Followed    ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Daryl Fred Heller (the "Debtor"), is the:

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

   ☒ Debtor    ☒ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional: <u>Withum Smith + Brown, PC ("Withum") with offices located at 200 Jefferson Park, Suite 400, Whippany, New Jersey 07981, to serve as:</u>

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel

☐ Auctioneer   ☒ Other (specify): <u>Financial Advisors</u>

3. The employment of the professional is necessary because:

    <u>The Debtor is in need of a financial advisor to assist in preparing a response to the Examiner Report and testify, if necessary, at the October 22, 2025 Order to Show Cause hearing.</u>

4. The professional has been selected because:

    <u>Withum has considerable experience and knowledge in the field of financial matters.</u>

5. The professional services to be rendered are as follows:

    a. Assist with the Debtor's response to the Court's Order to Show Cause scheduling briefing due October 3, 2025, and a hearing on October 22, 2025 as to the appointment of a trustee; and

    b. Performing such other services for the Debtor as may be necessary and appropriate herein.

6. The proposed arrangement for compensation is as follows:

    The terms of employment of Withum agreed to by the Debtor, subject to approval by the Court, are that certain principals, partners and personnel within Withum will undertake this representation at their standard hourly rates, plus disbursements. The partners and staff presently designated to represent Debtor and their hourly rates are:

    | | |
    |---|---|
    | Principals and Partners | $440 - $950 |
    | Managers & Sr. Managers | $340 - $610 |
    | Staff Accountants | $185 - $380 |
    | Paraprofessionals | $185 - $320 |

    These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those below the level of senior partner, to reflect their increased experience and expertise. Rates change semi-annually on January 1st and July 1st.

    Withum requires a $20,000 post-petition retainer. The Debtor shall pay the retainer from the "beach house sale proceeds" that are being held in Debtor's counsel's escrow account.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States trustee, is as follows:

2

4930-8084-4649, v. 1

☐ None

☒ Describe connection: <u>Certain creditors are clients of Withum.  Withum shall not provide services associated with this bankruptcy case to any of such creditors.</u>

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other: _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

**WHEREFORE,** the Debtor respectfully request authorization to employ Withum to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: September 15, 2025

**DEBTOR AND DEBTOR-IN-POSSESSION**

By: */s/ Daryl Fred Heller*
    Daryl Fred Heller

- and -

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Attorneys for Debtor and Debtor-in-Possession*

By: */s/ Sari B. Placona*
    Sari B. Placona

3

4930-8084-4649, v. 1