

| | |
|---|---|
| DIRECT DIAL NUMBER:<br>215-575-7136 | Martin J. Weis<br>mweis@dilworthlaw.com |

September 17, 2025

**Via ECF and Email**

Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4C
Camden, NJ 08101

  Re: **Heller/Application to Employ Withum Smith +Brown, PC**
    **Case No. 25-11354 (JNP) –**

Dear Judge Poslusny:

  This office represents Orrstown Bank in connection with the above referenced matter. Kindly accept this letter as a response to the application filed by the Debtor to employ Withum Smith +Brown, PC ("WS+B").

  The application seeks to employ WS+B on behalf of the estate and pay a retainer in the amount of $20,000.00 from funds currently held in escrow by Debtor's counsel (the "MSB Escrow"). While Orrstown Bank does not oppose the employment of WS+B, it does oppose the utilization of the funds in the MSB escrow for payment of retainer absent adequate protection of Orrstown Bank's interest in the escrow funds.

  The MSB Escrow is the subject of multiple Orders of this Court specifically providing that $960,000.00 is to remain in escrow pending further Order of Court. These Orders were entered to protect the claims asserted by Orrstown Bank and Randall Leaman to the proceeds of the sale of the Sea Isle City beach house. And while the compromise of Orrstown Bank's claim to the beach house is the subject of a pending motion to approve a settlement among Orrstown Bank, Charlene Heller and the Debtor, approval of the settlement has not occurred and hence the parties agreement to restrict the disposition of $835,000.00 of the MSB Escrow on account Orrstown's claim remains in effect.

1650 Market Street, Suite 1200 • Philadelphia, PA 19103 • 215-575-7000 • Fax: 215-754-4603
Pennsylvania • New Jersey • New York • Delaware
www.dilworthlaw.com

#125206393v1

Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
September 17, 2025
Page 2

     As the MSB Escrow contains little more than the $960,000.00 in restricted funds, Orrstown Bank would request that the Court deny the application to pay the retainer from those funds or, in the alternative, require that the Debtor pay adequate protection to Orrstown Bank on account of its claim against the escrow. Adequate protection here could consist of a $20,000.00 payment to Orrstown Bank from the MSB Escrow

                 Respectfully,

                 */s/ Martin J. Weis*

                 Martin J. Weis

MJW:rg

cc:    All counsel receiving notice by ECF.

#125206393v1