| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>        Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## AMENDED APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Daryl Fred Heller (the "Debtor"), is the:

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

    ☒ Debtor:    ☒ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional: <u>Withum Smith + Brown, PC ("Withum") with offices located at 200 Jefferson Park, Suite 400, Whippany, New Jersey 07981, to serve as:</u>, to serve as:

    ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of _____

    ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel

☐ Auctioneer  ☒ Other: Financial Advisors

3. The employment of the professional is necessary because: <u>The Debtor is in need of a financial advisor to assist in preparing a response to the Examiner Report and testify, if necessary, at the October 22, 2025 Order to Show Cause hearing. It is reasonable to have an independent professional review the Examiner Report for accuracy and substance. The Examiner's role is to review and/or investigate issues at the behest of the Court. The role is limited in scope and time. Withum on the other hand will focus on the financial needs of the Debtor in assisting the Debtor and counsel in reaching a successful plan of reorganization. The typical overlap occurs when there is a creditors committee in place, and both financial advisors are looking at similar financial matters. There is no creditor committee here.</u>

4. The professional has been selected because: <u>Withum has considerable experience and knowledge in the field of financial matters. Withum is a top twenty-five (25) national accounting firm with over 3000 professionals. Withum provides the classic attest and tax services as well as various advisory services including cyber and digital forensics, data science, systems implementation, transaction advisory as well as Forensic and valuation services (FVS). The FVS group, which will be material to this representation, has eight five (85) employees, who focus their work on litigation and valuation issues.</u>

   <u>Withum and Kenneth J. DeGraw ("Mr. DeGraw") have been providing bankruptcy services since the mid-1990's. Mr. DeGraw has served as financial advisor for Chapter 7 trustees, creditor committees, debtors, as well as to creditors in numerous matters. Mr. DeGraw has also served as an examiner, and liquidating trustee. Mr. DeGraw co-authored and edited the American Institute of Certified Public Accountant's practice guides on bankruptcy, co-authored the Practitioner Publishing House guide to bankruptcy services, and has spoken at national conferences on a range of bankruptcy topics.</u>

5. The professional services to be rendered are as follows:

   a. review of the Examiner Report and provide a response, and testify at the October 22, 2025 Order to Show Cause hearing, if necessary;
   b. assisting the Debtor in connection with preparing and filing of monthly operating reports;
   c. preparing of financial aspects of a chapter 11 plan and disclosure statement;
   d. assist with tax matters, including compliance, review of prior filings, evaluation of tax implications of the plan of reorganization;
   e. assist with investigations of preferential claims, if necessary;
   f. help reconstruct books and records, if necessary;

2

      g.    assist with claims analysis, if necessary;
      h.    assist with provisions in the plan of reorganization, if necessary;
      i.    provide a liquidation analysis, if necessary;
      j.    provide cash flow projections, if necessary;
      k.    provide valuations of the Debtor's assets and businesses, if necessary; and
      l.    performing such other financial services for the Debtor, as may be necessary and appropriate herein.

6. The proposed arrangement for compensation is as follows:

The terms of employment of Withum agreed to by the Debtor, subject to approval by the Court, are that certain principals, partners and personnel within Withum will undertake this representation at their standard hourly rates, plus disbursements. The partners and staff presently designated to represent Debtor and their hourly rates are:

| | |
|---|---|
| Principals and Partners | $440 - $950 |
| Managers & Sr. Managers | $340 - $610 |
| Staff Accountants | $185 - $380 |
| Paraprofessionals | $185 - $320 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those below the level of senior partner, to reflect their increased experience and expertise. Rates change semi-annually on January 1st and July 1st.

Withum requires a $20,000 post-petition retainer. The Debtor seeks permission to pay the retainer from the "beach house sale proceeds" that are being held in Debtor's counsel's escrow account.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: Certain creditors are clients of Withum. Withum shall not provide services associated with this bankruptcy case to any of such creditors. Specifically, Can Capital, Inc. ("CCI"), and Porzio, Bromberg & Newman PC ("PBN") are clients of Withum and also creditors of the Debtor. The total percentage of Withum's income related to CCI and PBN, over the last two (2) years, is less than four hundredths of a percent (.04%) of Withum's total revenue. Withum's representation of CCI and PBN, as well as the services provided to them, are entirely unrelated to the Debtor's bankruptcy case

3

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(a).

☐ Other: _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

**WHEREFORE,** the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: September 17, 2025

**DEBTOR AND DEBTOR-IN-POSSESSION**

By: */s/ Daryl Fred Heller*
    Daryl Fred Heller

- and -

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Attorneys for Debtor and Debtor-in-Possession*

By: */s/ Sari B. Placona*
    Sari B. Placona

4919-4069-2586, v. 1