Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−11354−JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx−xx−1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               September 23, 2025
Time:             11:30 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

547 − Document re: Letter to Hon. Jerrold N. Poslusny, Jr. Orrstown Bank Request for Status Conference Regarding Motion for Approval of Agreement Between Orrstown Bank, Charlene Heller and Debtor (related document:213 Motion to Approve Compromise or Settlement under Rule 9019 filed by Debtor Daryl Fred Heller) filed by Martin J. Weis on behalf of Orrstown Bank. (Weis, Martin)

and transact such other business as may properly come before the meeting.

Dated: September 17, 2025
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11354-JNP |
| Daryl Fred Heller | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 12 |
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | Donald W Clarke, Genova Burns LLC, 494 Broad Street, Newark, NJ 07102-3230 |
| aty | + | Edmond M. George, Obermayer Rebmann Maxwell &Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | | James J Vincequerra, ALSTON & BIRD LLP, 90 Park Avenue 15th Floor, New York, NY 10016-1387 |
| aty | + | Jonathan Wieder, Alston & Bird, 90 Park Avenue, New York, NY 10016, US 10016-1387 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancasster, PA 17601-6820 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, PA 17601-6820 |
| aty | | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, NJ 07601 |
| aty | | Leo M. Gibbons, MacElree Harvey, 17 West Miner Street, PO Box 660, West Chester, PA 19381-0660 |
| aty | + | Marshall T. Kizner, Stark & Stark, PC, PO Box 5315, Princeton, NJ 08543-5315 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Reed Smith LLP, 506 Carnegie Center, Suite 300, Princeton, NJ 08540-6243 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| aty | + | Stephen Montgomery, 424 Church Street, Suite 800, Nashville, TN 37219, US 37219-2395 |
| intp | + | Accordo, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brigantine Group (L.P.), 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | + | Brookfield GP, LLC, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brookfield Partners, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brookfield, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | + | Charlene Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| cr | + | Claudia Z. Springer, 1310 Meeting House Road, PO Box 448, Gwynedd, PA 19436-0448 |
| sp | + | David M Burkholder, Wisler Pearlstine, LLP, 45 Liberty Boulevard, Suite 230, Malvern, PA 19355-1419 |
| cr | + | Diane K. Poole, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| sp | + | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| intp | #+ | Ethan Heller, 330 N. Lime Street, Lancaster, PA 17602-2355 |
| op | + | Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017-6358 |
| r | + | Goldcoast Sotheby's International Realty, 200 34th Street, Ocean City, NJ 08226-2056 |
| cr | + | J. Richard Haller, 1007 Log Cabin Road, Leola, PA 17540-9768 |
| sp | | James J Vincequerra, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Jonathan Wieder, Alston & Bird, 90 park Avenue, New York, NY 10016-1387 |
| sp | + | Joshua J Voss, Three Logan Square, 1717 Arch Street, 5th Floor, Philadelphia, PA 19103-2782 |
| sp | | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Leo M Gibbons, MacElree Harvey Ltd., 17 W. Miner Street, West Chester, PA 19382-3213 |
| cr | + | Prestige Fund A II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A IX, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |

Case 25-11354-JNP    Doc 568    Filed 09/19/25    Entered 09/20/25 00:15:43    Desc
Imaged Certificate of Notice    Page 3 of 13

| District/off: 0312-1 | User: admin | Page 2 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| cr | + | Prestige Fund B VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Prestige Fund B, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Prestige Fund D BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Prestige Fund D III, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Prestige Fund D IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Prestige Fund D V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Prestige Fund D VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Prestige Fund D, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | Robert Horst, Jeffrey Kurtzman,Esquire, 101 N Washington Avenue, Suite 4A, Margate, NJ 08402 UNITED STATES 08402-1195 | |
| sp | + | Seth Cohen, Alston & Bird, 90 Park Avenue, New York, NY 10016-1387 | |
| sp | + | Stephen Montgomery, Dickinson Wright, 424 Church Street, Suite 800, Nashville, TN 37219-2395 | |
| intp | + | Taite Heller, 909 Greenside Drive, Lititz, PA 17543-6607 | |
| acc | + | The DMC Group CPAs & Advisors, LLC, 22 Horseneck Road, Fairfield, NJ 07004-2410 | |
| cr | + | Truist Bank, c/o Jeffrey Lichtstein, 25 S. Charles St., 21st Fl., Baltimore, MD 21201 UNITED STATES 21201-3322 | |
| cr | + | WF Velocity Fund IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | WF Velocity Fund V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | WF Velocity Fund VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | WF Velocity Fund VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |
| cr | + | WF Velocity I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 | |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: rshearer@cgalaw.com | Sep 17 2025 20:48:00 | Lawrence Young, CGA Law Firm, 135 N. George Street, York, PA 17401, US 17401-1132 |
| cr | + | Email/Text: collections@customersbank.com | Sep 17 2025 20:48:00 | Customers Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Sep 17 2025 20:48:00 | Fulton Bank, N.A., 1695 State Street, East Petersburg, PA 17520-1328 |
| sp | + | Email/Text: rshearer@cgalaw.com | Sep 17 2025 20:48:00 | Lawrence Young, CGA Law Firm, 135 N. George Street, York, PA 17401, US 17401-1132 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| aty | *+ | Joshua J Voss, Saxton & Stump, 280 Granite Run Drive, Suite 230, Lancaster, PA 17601-6820 |
| aty | * | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| aty | *+ | Seth Cohen, Alston & Bird, 90 Park Avenue, New York, NY 10016-1387 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 25-11354-JNP   Doc 568   Filed 09/19/25   Entered 09/20/25 00:15:43   Desc
Imaged Certificate of Notice   Page 4 of 13

| District/off: 0312-1 | User: admin | Page 3 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |
| Date: Sep 19, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |
| Christopher John Leavell | on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com |
| Christopher P. Mazza | on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com |
| Daniel S. Siedman | on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Daniel S. Siedman | on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David Michael Burkholder | on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas G. Leney | on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com |
| E. Richard Dressel | on behalf of Creditor Brett Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Gail Levin rdressel@lexnovalaw.com |
| Edmond M. George | on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |

District/off: 0312-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 4 of 12
Date Rcvd: Sep 17, 2025　　　　　　　　　　　　　Form ID: 173　　　　　　　　　　　　　　Total Noticed: 68

George William Allison Bartholomew
　　　　　　　on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
　　　　　　　on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Case 25-11354-JNP    Doc 568    Filed 09/19/25    Entered 09/20/25 00:15:43    Desc
Imaged Certificate of Notice    Page 6 of 13

| District/off: 0312-1 | User: admin | Page 5 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Defendant Prestige Fund A  LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
    on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
    on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
    on behalf of Plaintiff Funders App  LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Plaintiff Reliance Financial  LLC harry@gutfleishlaw.com

Heidi J. Sorvino
    on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com,
    dmendez@genovaburns.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 12 |
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Janet Gold
    on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Jeffrey Kurtzman
    on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
    on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
    on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
    on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jerrold S. Kulback
    on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Plaintiff Avenaero Holdings  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

District/off: 0312-1 | User: admin | Page 7 of 12
Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68

on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A IX LLC jlemkin@stark-stark.com

Case 25-11354-JNP    Doc 568    Filed 09/19/25    Entered 09/20/25 00:15:43    Desc
Imaged Certificate of Notice    Page 9 of 13

| District/off: 0312-1 | User: admin | Page 8 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B BTM I  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com |
| Joseph R Zapata, Jr | on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com |
| Kristi JoLynn Doughty | on behalf of Plaintiff Claudia Z. Springer  solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors doughty@chipmanbrown.com, dero@chipmanbrown.com |
| Kristi JoLynn Doughty | on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com dero@chipmanbrown.com |
| Kurt F. Gwynne | on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com |
| Lane E. Brody | on behalf of Plaintiff Pinnacle Asset Management  LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |

Case 25-11354-JNP    Doc 568    Filed 09/19/25    Entered 09/20/25 00:15:43    Desc
Imaged Certificate of Notice    Page 10 of 13

| District/off: 0312-1 | User: admin | Page 9 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

Lane E. Brody
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com,
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David Zook lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson
    on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com

Marc D. Miceli
    on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
    on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A II LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IX LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund A LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D III LLC mkizner@stark-stark.com

| District/off: 0312-1 | User: admin | Page 10 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

Marshall T. Kizner
    on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

| District/off: 0312-1 | User: admin | Page 11 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

| | | |
|---|---|---|
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D V LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VI LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B IV LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A VI LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IX LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VI LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B V LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Creditor WF Velocity I LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D VI LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D IV LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A IV LLC mkizner@stark-stark.com | |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IV LLC mkizner@stark-stark.com | |
| Martin J. Weis | on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com | |
| Martin J. Weis | on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com | |
| Nancy Isaacson | on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com | |
| Natalie R Young | on behalf of Interested Party Brookfield L.P. nyoung@macelree.com | |
| Natalie R Young | on behalf of Interested Party Ethan Heller nyoung@macelree.com | |
| Natalie R Young | on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com | |
| Natalie R Young | on behalf of Interested Party Brookfield GP LLC nyoung@macelree.com | |
| Natalie R Young | on behalf of Interested Party Accordo L.P. nyoung@macelree.com | |
| Natalie R Young | on behalf of Interested Party Charlene Heller nyoung@macelree.com | |
| Natalie R Young | on behalf of Interested Party Brookfield Partners nyoung@macelree.com | |
| Natalie R Young | on behalf of Interested Party Taite Heller nyoung@macelree.com | |
| Rachel A. Parisi | on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com | |
| Richard Kanowitz | | |

Case 25-11354-JNP    Doc 568    Filed 09/19/25    Entered 09/20/25 00:15:43    Desc
Imaged Certificate of Notice    Page 13 of 13

| District/off: 0312-1 | User: admin | Page 12 of 12 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 173 | Total Noticed: 68 |

| | |
|---|---|
| | on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com |
| Sari Blair Placona | |
| | on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Debtor Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Defendant Daryl Fred Heller splacona@msbnj.com |
| Stephen V. Falanga | |
| | on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law |
| Steven J. Mitnick | |
| | on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | |
| | on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | |
| | on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Fulton Bank N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 249