# **EXHIBIT B**

**Invoice**

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Case Administration | 8/1/25 | 0.40 | $715.00 | $286.00 | Call with C. Schiffman and M. Kinzer at their request, concerning hearing scheduled for August 6. |
| Edward Phillips | Report Preparation | 8/3/25 | 1.70 | $715.00 | $1,215.50 | Review latest draft of report. |
| Edward Phillips | Report Preparation | 8/4/25 | 0.30 | $715.00 | $214.50 | Call with K. Gwynne re: report status. |
| Edward Phillips | Report Preparation | 8/4/25 | 2.20 | $715.00 | $1,573.00 | Review and revise second interim report in preparation for page turn with C. Finkbeiner. |
| Edward Phillips | Report Preparation | 8/5/25 | 0.50 | $715.00 | $357.50 | Report review with C. Finkbeiner. |
| Edward Phillips | Report Preparation | 8/5/25 | 3.70 | $715.00 | $2,645.50 | Additional revisions to second interim report and coordination with staff on same. |
| Edward Phillips | Investigation | 8/5/25 | 2.70 | $715.00 | $1,930.50 | Review and investigate issues raised in D. Heller "Model & Business Overview" prepared in response to questions posed to him during investigation. |
| Edward Phillips | Investigation | 8/5/25 | 0.20 | $715.00 | $143.00 | Prepare and transmit questions to J. Hostetter concerning additional business entities alleged by D. Heller. |
| Edward Phillips | Investigation | 8/5/25 | 0.20 | $715.00 | $143.00 | Call from J. Voss concerning potential additional entities and resolve same. |
| Edward Phillips | Report Preparation | 8/6/25 | 1.10 | $715.00 | $786.50 | Review revised draft of Second Interim Report and make additional edits to same. |

1

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 8/6/25 | 1.80 | $715.00 | $1,287.00 | Virtual meeting with J. Hostetter, J. Voss, K. Gwynne, N. Andrade and C. Finkbeiner to review assertions by Debtor in response to requests for information and clarification. |
| Edward Phillips | Investigation | 8/6/25 | 1.10 | $715.00 | $786.50 | Follow-up call with K. Gwynne, N. Andrade and C. Finkbeiner after Voss/Hostetter call and provide additional direction on report revisions. |
| Edward Phillips | Court Hearing Prep and/or Appearance | 8/6/25 | 3.70 | $715.00 | $2,645.50 | Attend sale approval hearing virtually. |
| Edward Phillips | Report Preparation | 8/7/25 | 0.30 | $715.00 | $214.50 | Call with K. Gwynne and C. Finkbeiner re: report issues still needing to be addressed. |
| Edward Phillips | Investigation | 8/7/25 | 0.20 | $715.00 | $143.00 | Review D. Heller text re: production of information and follow-up call with K. Gwynne re: response to same. |
| Edward Phillips | Investigation | 8/8/25 | 0.20 | $715.00 | $143.00 | Review D. Heller texts concerning meeting; forward to K. Gwynne and call with K. Gwynne concerning response. |
| Edward Phillips | Report Preparation | 8/8/25 | 3.30 | $715.00 | $2,359.50 | Review and revise second interim report. |
| Edward Phillips | Report Preparation | 8/10/25 | 2.20 | $715.00 | $1,573.00 | Review and edit latest version of Second Interim Report and send back to team for resolution of open items. |
| Edward Phillips | Travel | 8/11/25 | 0.70 | $357.50 | $250.25 | Travel Philadelphia-Glen Mills to meet with K. Gwynne before meeting with J. Hostetter and J. Voss in Lancaster. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Travel | 8/11/25 | 1.40 | $357.50 | $500.50 | Travel from Glen Mills to Lancaster with K. Gwynne for meeting with J. Hostetter and J. Voss. |
| Edward Phillips | Investigation | 8/11/25 | 2.40 | $715.00 | $1,716.00 | Interview J. Hostetter with K. Gwynne and J. Voss in attendance with respect to operations and Paramount and Prestige. |
| Edward Phillips | Travel | 8/11/25 | 1.40 | $357.50 | $500.50 | Travel to Glen Mills from Lancaster with K. Gwynne after meeting with J. Hostetter and J. Voss. |
| Edward Phillips | Travel | 8/11/25 | 0.70 | $357.50 | $250.25 | Travel back to Philadelphia after K. Gwynne drop off. |
| Edward Phillips | Employment and Fee Applications | 8/11/25 | 0.10 | $715.00 | $71.50 | Review and approve Certificates of No Objection for Examiner and Financial Advisor June fee statements. |
| Edward Phillips | Investigation | 8/12/25 | 2.10 | $715.00 | $1,501.50 | Call with D. Heller, S. Placona and K. Gwynne to review open items and discuss Debtor's position on my inquiries with respect to prior business activities. |
| Edward Phillips | Report Preparation | 8/12/25 | 3.20 | $715.00 | $2,288.00 | Review, edit and revise second interim report. |
| Edward Phillips | Report Preparation | 8/13/25 | 0.60 | $715.00 | $429.00 | Call with K. Gwynne re: report edits. |
| Edward Phillips | Report Preparation | 8/13/25 | 1.10 | $715.00 | $786.50 | Review and edit second interim report. |
| Edward Phillips | Report Preparation | 8/13/25 | 1.30 | $715.00 | $929.50 | Additional revisions to second interim report. |
| Edward Phillips | Report Preparation | 8/13/25 | 2.10 | $715.00 | $1,501.50 | Review report exhibits for second interim report. |
| Edward Phillips | Report Preparation | 8/13/25 | 0.10 | $715.00 | $71.50 | Review and edit proposed Notice of Filing of Second Interim Report. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Report Preparation | 8/13/25 | 0.20 | $715.00 | $143.00 | Call with K. Gwynne re: report edits and exhibits. |
| Edward Phillips | Report Preparation | 8/13/25 | 0.60 | $715.00 | $429.00 | Call with K. Gwynne: re: draft Notice of Filing of Second Interim Report. |
| Edward Phillips | Report Preparation | 8/13/25 | 0.50 | $715.00 | $357.50 | Follow-up call from K. Gwynne re: second interim report. |
| Edward Phillips | Report Preparation | 8/13/25 | 0.30 | $715.00 | $214.50 | Call with K. Gwynne re: finalization of second interim report. |
| Edward Phillips | Report Preparation | 8/13/25 | 0.30 | $715.00 | $214.50 | Call with K. Gwynne re: final revisions to second interim report and exhibits. |
| Edward Phillips | Report Preparation | 8/14/25 | 0.10 | $715.00 | $71.50 | Call with K. Gwynne re: pending errata sheet for Second Interim Report. |
| Edward Phillips | Report Preparation | 8/14/25 | 0.20 | $715.00 | $143.00 | Review proposed errata sheet for Second Interim Report; follow-up call with K. Gwynne and approve for filing. |
| Edward Phillips | Investigation | 8/17/25 | 0.20 | $715.00 | $143.00 | Call with K. Gwynne re: reply to Debtor's response to second interim report. |
| Edward Phillips | Investigation | 8/18/25 | 0.20 | $715.00 | $143.00 | Follow-up calls with K. Gwynne re: reply to Debtor's response to second interim report. |
| Edward Phillips | Investigation | 8/18/25 | 0.40 | $715.00 | $286.00 | Review and respond to K. Gwynne initial analysis and formulation of proposed responses to issues raised in Debtor's response to second interim report. |
| Edward Phillips | Investigation | 8/18/25 | 0.40 | $715.00 | $286.00 | Follow-up call with K. Gwynne re: formulation of response to Debtor's response to second interim report. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 8/19/25 | 0.20 | $715.00 | $143.00 | Review draft letter in response to Debtor's response to second interim report and provide comments at request of K. Gwynne. |
| Edward Phillips | Investigation | 8/19/25 | 0.20 | $715.00 | $143.00 | Call with K. Gwynne re: S. Placona responses to K. Gwynne inquiry in connection with Debtor's response to second interim report. |
| Edward Phillips | Investigation | 8/20/25 | 0.10 | $715.00 | $71.50 | Call with K. Gwynne re: S. Placona responses to issues raised in connection with Debtor's response to second interim report. |
| Edward Phillips | Investigation | 8/20/25 | 0.20 | $715.00 | $143.00 | Follow-up call with K. Gwynne re: response to S. Placona comments and issues in connection with second interim report. |
| Edward Phillips | Investigation | 8/20/25 | 0.10 | $715.00 | $71.50 | Follow-up with C. Finkbeiner re: issues raised by Debtor in response to second interim report and support for response. |
| Edward Phillips | Employment and Fee Applications | 8/20/25 | 0.10 | $715.00 | $71.50 | Review time entries for July and send to G. Colson for filing. |
| Edward Phillips | Employment and Fee Applications | 8/20/25 | 0.40 | $715.00 | $286.00 | Review and edit time description for Getzler Henrich financial advisor July fee statement. |
| Edward Phillips | Investigation | 8/20/25 | 1.30 | $715.00 | $929.50 | Extensive conversation with K. Gwynne re: S. Placona email concerning issues raised in connection with second interim report and timing of response to same. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Investigation | 8/21/25 | 0.10 | $715.00 | $71.50 | Review proposed hypothetical for inclusion in response to Debtor response to second interim report. |
| Edward Phillips | Employment and Fee Applications | 8/21/25 | 0.10 | $715.00 | $71.50 | Review and approve July fee statement for Getzler Henrich for filing, at request of G. Colson. |
| Edward Phillips | Investigation | 8/21/25 | 0.80 | $715.00 | $572.00 | Consult with D. Polsky to review accounting issues raised by Debtor. |
| Edward Phillips | Investigation | 8/21/25 | 0.70 | $715.00 | $500.50 | Call with K. Gwynne re: final revisions to response to Debtor's response to second interim report. |
| Edward Phillips | Investigation | 8/21/25 | 0.40 | $715.00 | $286.00 | Review proposed revisions to reply to Debtor's response to second interim report. |
| Edward Phillips | Investigation | 8/21/25 | 0.20 | $715.00 | $143.00 | Review additional revisions to reply to Debtor's response to second interim report. |
| Edward Phillips | Court Hearing Prep and/or Appearance | 8/21/25 | 2.20 | $715.00 | $1,573.00 | Begin file review in anticipation of providing testimony in connection with second interim report. |
| Edward Phillips | Case Administration | 8/26/25 | 0.20 | $715.00 | $143.00 | Review Debtor's July Monthly Operating Report. |
| Edward Phillips | Court Hearing Prep and/or Appearance | 8/26/25 | 0.20 | $715.00 | $143.00 | Call with K. Gwynne in advance of hearing to discuss planned approach to same and representations he will make to the Court. |
| Edward Phillips | Investigation | 8/26/25 | 0.20 | $715.00 | $143.00 | Review Debtor counsel's response to August 21, 2025, letter (docket 496) responding to initial Debtor comments on Second Interim Report (docket 481) |

6

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Court Hearing Prep and/or Appearance | 8/26/25 | 1.60 | $715.00 | $1,144.00 | Attend hearing telephonically. |
| Edward Phillips | Investigation | 8/26/25 | 0.90 | $715.00 | $643.50 | Post-heating follow-up with K. Gwynne re: next area of investigation and pending preparation for in-person examination on Second Interim Report. |
| Edward Phillips | Investigation | 8/27/25 | 0.30 | $715.00 | $214.50 | Set up secure transmission and share UCC-related documents with K. Gwynne in connection with double pledging analysis. |
| Edward Phillips | Investigation | 8/27/25 | 1.30 | $715.00 | $929.50 | Call with K. Gwynne and C. Finkbeiner re: next areas of investigation (insider transfers and double pledging of assets) and approach to same. |
| Edward Phillips | Case Administration | 8/27/25 | 0.20 | $715.00 | $143.00 | Review Complaint to determine exceptions to discharge brought by Chapter 7 Trustee in Blackford Debtors. |
| Edward Phillips | Court Hearing Prep and/or Appearance | 8/27/25 | 0.30 | $715.00 | $214.50 | Organize supporting documents of Second Interim Report in connection with preparing for eventual testimony on same. |
| Edward Phillips | Case Administration | 8/28/25 | 0.70 | $715.00 | $500.50 | Call with K. Gwynne re: M. Fencer email re: receipt of funds in Golden Gate receivership matter (iEmployee Services LLC-ERC refund); planning and preparation for testimony on Second Interim Report; documents related to double pledging analysis. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Edward Phillips | Case Administration | 8/28/25 | 0.10 | $715.00 | $71.50 | Review M. Fencer email re: disposition of funds in connection with ERC refund for iEmployee Services LLC and forward same to K. Gwynne for review and comment. |
| Edward Phillips | Case Administration | 8/28/25 | 0.30 | $715.00 | $214.50 | Review Batman Investments LLC Complaint, forwarded by K. Gwynne, against J. Hostetter, M. Joffrey, R. Leaman and D. Zook. |
| | | | **59.80** | | **$41,255.50** | **TOTAL FEES** |