## **EXHIBIT B**

**Invoice**

**EXHIBIT B**

**Invoice**

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Nelson Andrade | Report Preparation | 8/1/25 | 0.50 | $600.00 | $300.00 | Manage correspondence with E. Phillips, C. Finkbeiner and M. Nykodym regarding examiner report. |
| Carl Finkbeiner | Report Preparation | 8/1/25 | 1.00 | $400.00 | $400.00 | Reviewing subpoenaed bank records for additional Paramount accounts |
| Carl Finkbeiner | Report Preparation | 8/1/25 | 1.70 | $400.00 | $680.00 | Review of transaction description accuracy for Paramount accounts |
| Nelson Andrade | Report Preparation | 8/3/25 | 0.30 | $600.00 | $180.00 | Call with C. Finkbeiner and M. Nykodym to discuss report preparation. |
| Carl Finkbeiner | Report Preparation | 8/3/25 | 0.30 | $400.00 | $120.00 | Call with N Andrade and M Nykodym to discuss report preparation |
| Marco Nykodym | Report Preparation | 8/3/25 | 0.30 | $400.00 | $120.00 | Prep for gathering of report documentation |
| Carl Finkbeiner | Report Preparation | 8/4/25 | 0.80 | $400.00 | $320.00 | Preparation of document inventory and setup of box drive |
| Carl Finkbeiner | Investigation | 8/4/25 | 2.40 | $400.00 | $960.00 | Review of Heller's paramount overview document and responses to our questions |
| Carl Finkbeiner | Investigation | 8/4/25 | 0.90 | $400.00 | $360.00 | Adding comments to Heller's rebuttal document |
| Carl Finkbeiner | Report Preparation | 8/4/25 | 0.60 | $400.00 | $240.00 | Organizing list of outstanding document requests for Reed Smith and preparing communications to G Colson outlining the same. |
| Marco Nykodym | Report Preparation | 8/4/25 | 3.60 | $400.00 | $1,440.00 | Documenting source files |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Nelson Andrade | Investigation | 8/5/25 | 0.20 | $600.00 | $120.00 | Call with E. Phillips in preparation for call with J. Hostetter. |
| Carl Finkbeiner | Report Preparation | 8/5/25 | 1.30 | $400.00 | $520.00 | Organizing additional case documentation provided by G Colson of Reed Smith |
| Carl Finkbeiner | Report Preparation | 8/5/25 | 0.80 | $400.00 | $320.00 | Reviewing extracted transaction data and organizing sheets for analysis |
| Carl Finkbeiner | Report Preparation | 8/5/25 | 1.00 | $400.00 | $400.00 | Meeting with the examiner to discuss current state of report |
| Carl Finkbeiner | Report Preparation | 8/5/25 | 0.70 | $400.00 | $280.00 | Revising report per the examiner's feedback in earlier meeting |
| Carl Finkbeiner | Investigation | 8/5/25 | 0.60 | $400.00 | $240.00 | Additional review of Heller rebuttal documentation and adding further comments |
| Carl Finkbeiner | Investigation | 8/5/25 | 1.70 | $400.00 | $680.00 | Preparing transactions for reconciliation analysis between PMG statements and PF statements |
| Carl Finkbeiner | Report Preparation | 8/5/25 | 0.80 | $400.00 | $320.00 | Preparing report for the examiner reconciling transactions between Paramount accounts and PF Fund accounts to ensure accuracy. |
| Carl Finkbeiner | Investigation | 8/5/25 | 0.30 | $400.00 | $120.00 | Organizing meeting between J Hostetter, J Voss, and the examiner |
| Nelson Andrade | Investigation | 8/6/25 | 1.80 | $600.00 | $1,080.00 | Call with J. Hostetter regarding D. Heller matter. |
| Nelson Andrade | Investigation | 8/6/25 | 1.10 | $600.00 | $660.00 | Call with E. Phillips, K. Gwynne, C. Finkbeiner to recap the call with J. Hostetter. |
| Nelson Andrade | Investigation | 8/6/25 | 1.80 | $600.00 | $1,080.00 | Review notes in advance to call with J. Hostetter. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Nelson Andrade | Investigation | 8/6/25 | 1.70 | $600.00 | $1,020.00 | Review answers from D. Heller to Getzler Henrich questions in advance to call with J. Hostetter. |
| Nelson Andrade | Investigation | 8/6/25 | 1.40 | $600.00 | $840.00 | Review answers from D. Heller to K. Gwynne questions in advance to call with J. Hostetter. |
| Nelson Andrade | Investigation | 8/6/25 | 1.80 | $600.00 | $1,080.00 | Review document provided by D. Heller regarding answers to investigation. |
| Nelson Andrade | Report Preparation | 8/6/25 | 0.70 | $600.00 | $420.00 | Review gross profit reports, variance reports and information provided by D. Heller during call and add section on the number of ATMs to the report. |
| Carl Finkbeiner | Investigation | 8/6/25 | 0.40 | $400.00 | $160.00 | Organizing notes from Hostetter Meeting |
| Carl Finkbeiner | Investigation | 8/6/25 | 1.80 | $400.00 | $720.00 | Call with J Hostetter, J Voss, K Gwynne, N Andrade and the examiner to discuss outstanding questions related to Heller's defense |
| Carl Finkbeiner | Investigation | 8/6/25 | 1.10 | $400.00 | $440.00 | Call with K Gwynne, N Andrade, and the examiner to discuss follow ups from Hostetter call. |
| Carl Finkbeiner | Investigation | 8/6/25 | 0.80 | $400.00 | $320.00 | Reviewing Heller materials to prep for Hostetter meeting |
| Carl Finkbeiner | Investigation | 8/7/25 | 1.90 | $400.00 | $760.00 | Separating WFV statements and prepping for extraction |
| Carl Finkbeiner | Investigation | 8/7/25 | 2.10 | $400.00 | $840.00 | Extracting transactions from WFV statements using tooling |
| Carl Finkbeiner | Investigation | 8/7/25 | 1.10 | $400.00 | $440.00 | Integrating WFV transaction data into reconciliation report |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 8/7/25 | 1.30 | $400.00 | $520.00 | Reviewing PMG and PF fund transaction data to understand reason for un-reconciled accounts |
| Nelson Andrade | Report Preparation | 8/8/25 | 0.10 | $600.00 | $60.00 | Call with E. Phillips regarding report preparation and version with references. |
| Carl Finkbeiner | Report Preparation | 8/8/25 | 1.20 | $400.00 | $480.00 | Prepping exhibit documentation |
| Carl Finkbeiner | Report Preparation | 8/8/25 | 1.10 | $400.00 | $440.00 | Call with K Gwynne to discuss report edits |
| Carl Finkbeiner | Report Preparation | 8/8/25 | 1.40 | $400.00 | $560.00 | Preparing sourced version of the report for the Examiner |
| Carl Finkbeiner | Report Preparation | 8/9/25 | 1.80 | $400.00 | $720.00 | Updating and reviewing second examiner report per feedback from K Gwynne |
| Nelson Andrade | Report Preparation | 8/11/25 | 3.20 | $600.00 | $1,920.00 | Review second interim Examiner report with focus on the financial aspects, tables and examples provided. |
| Carl Finkbeiner | Investigation | 8/11/25 | 1.00 | $400.00 | $400.00 | Reconciliation of PMG statements to PF statements |
| Carl Finkbeiner | Report Preparation | 8/11/25 | 1.30 | $400.00 | $520.00 | Updating report to include 2/29/24 transactions |
| Carl Finkbeiner | Investigation | 8/11/25 | 0.60 | $400.00 | $240.00 | Redaction of 'all investors report' |
| Carl Finkbeiner | Report Preparation | 8/11/25 | 2.30 | $400.00 | $920.00 | Proofreading second examiners report |
| Carl Finkbeiner | Report Preparation | 8/11/25 | 1.30 | $400.00 | $520.00 | Review of exhibit materials and additional prep before submission to Reed Smith for formatting |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Report Preparation | 8/11/25 | 0.90 | $400.00 | $360.00 | Verifying accuracy of financial figures reported in the second examiners report. |
| Marco Nykodym | Report Preparation | 8/11/25 | 1.70 | $400.00 | $680.00 | Proofreading report for number accuracy |
| Nelson Andrade | Report Preparation | 8/12/25 | 0.20 | $600.00 | $120.00 | Call with E. Phillips to discuss report references. |
| Nelson Andrade | Report Preparation | 8/12/25 | 0.10 | $600.00 | $60.00 | Call with C. Finkbeiner to discuss report references. |
| Carl Finkbeiner | Report Preparation | 8/12/25 | 0.90 | $400.00 | $360.00 | Conducting additional proofing of numbers on second examiner report |
| Carl Finkbeiner | Report Preparation | 8/12/25 | 0.80 | $400.00 | $320.00 | Updating report with additional set of corrected numbers |
| Carl Finkbeiner | Report Preparation | 8/12/25 | 1.00 | $400.00 | $400.00 | Second round of report proofreading |
| Carl Finkbeiner | Report Preparation | 8/12/25 | 0.60 | $400.00 | $240.00 | Second round number updates and circulation to the team |
| Carl Finkbeiner | Report Preparation | 8/12/25 | 0.90 | $400.00 | $360.00 | Review of exhibits. |
| Carl Finkbeiner | Report Preparation | 8/12/25 | 1.40 | $400.00 | $560.00 | Further review of examiners report figures |
| Nelson Andrade | Report Preparation | 8/13/25 | 0.20 | $600.00 | $120.00 | Call with E. Phillips to discuss report review. |
| Nelson Andrade | Report Preparation | 8/13/25 | 3.10 | $600.00 | $1,860.00 | Review entire report focusing on all numbers to confirm accuracy or suggest changes. |
| Nelson Andrade | Report Preparation | 8/13/25 | 1.30 | $600.00 | $780.00 | Review entire report and search for blank references that needed to be filled with information. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Report Preparation | 8/13/25 | 2.40 | $400.00 | $960.00 | Updating second examiner report based on feedback from team |
| Carl Finkbeiner | Report Preparation | 8/13/25 | 0.80 | $400.00 | $320.00 | Figure updates and proofing of numeric values |
| Carl Finkbeiner | Report Preparation | 8/13/25 | 0.40 | $400.00 | $160.00 | Updating charts per feedback from N Andrade |
| Carl Finkbeiner | Report Preparation | 8/13/25 | 0.70 | $400.00 | $280.00 | Assisting with exhibit compilation |
| Carl Finkbeiner | Report Preparation | 8/13/25 | 1.20 | $400.00 | $480.00 | Additional exhibit review |
| Nelson Andrade | Report Preparation | 8/15/25 | 0.10 | $600.00 | $60.00 | Manage correspondence with K. Gwynne regarding comments from Debtor on the second interim report from Examiner. |
| Carl Finkbeiner | Report Preparation | 8/15/25 | 0.50 | $400.00 | $200.00 | Organizing statement reconciliation process |
| Carl Finkbeiner | Investigation | 8/15/25 | 1.30 | $400.00 | $520.00 | Reviewing Heller response and preparing rebuttal points |
| Nelson Andrade | Investigation | 8/17/25 | 1.60 | $600.00 | $960.00 | Review Debtor's response to second interim examiner report; provide comments to all paints made by the Debtor and distribute comments internally and to Reed Smith. |
| Nelson Andrade | Investigation | 8/18/25 | 0.50 | $600.00 | $300.00 | Call with K. Gwynne, E. Phillips and C. Finkbeiner regarding questions on the Examiner report (left call early due to other commitments). |
| Carl Finkbeiner | Investigation | 8/18/25 | 0.50 | $400.00 | $200.00 | Meeting with the Examiner, K Gwynne and N Andrade to discuss debtors rebuttal |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Investigation | 8/18/25 | 2.80 | $400.00 | $1,120.00 | Reviewing PF account activity to reconcile against PMG account activity used in second examiner report. |
| Carl Finkbeiner | Investigation | 8/19/25 | 2.60 | $400.00 | $1,040.00 | Additional reconciliation of PF bank statements against PMG statements to validate accuracy of second examiner report |
| Carl Finkbeiner | Investigation | 8/19/25 | 1.00 | $400.00 | $400.00 | Reviewing and providing edits to response to debtors rebuttal |
| Nelson Andrade | Investigation | 8/20/25 | 1.80 | $600.00 | $1,080.00 | Review debtor's answers to K. Gwynne's email and provide comments. |
| Carl Finkbeiner | Investigation | 8/20/25 | 0.80 | $400.00 | $320.00 | Preparing analysis on estimated number of ATMs that could be purchased based on PF/WFV fund inflows for the Examiner |
| Carl Finkbeiner | Investigation | 8/20/25 | 0.90 | $400.00 | $360.00 | Reviewing Debtor's counsel's response to inquiries and providing comments |
| Nelson Andrade | Investigation | 8/21/25 | 0.20 | $600.00 | $120.00 | Call with K. Gwynne regarding answer letter to Debtor's counsel. |
| Nelson Andrade | Investigation | 8/21/25 | 0.80 | $600.00 | $480.00 | Call with K. Gwynne to discuss IRR on fund investment (0.2) and teams call to further examine IRR calculations and related issues (0.6). |
| Nelson Andrade | Investigation | 8/21/25 | 0.70 | $600.00 | $420.00 | Review material related to 2020 investment pitch sent by K. Gwynne to compare against current IRR calculations. |
| Nelson Andrade | Investigation | 8/21/25 | 0.60 | $600.00 | $360.00 | Review draft of Examiner's answer to Debtor and provide feedback. |

| Professional | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Nelson Andrade | Investigation | 8/21/25 | 0.20 | $600.00 | $120.00 | Call with K. Gwynne regarding footnote revision in the letter to Debtor's counsel. |
| Carl Finkbeiner | Investigation | 8/21/25 | 0.60 | $400.00 | $240.00 | Reviewing Examiner's Reply to Debtor's Response |
| Carl Finkbeiner | Investigation | 8/27/25 | 1.20 | $400.00 | $480.00 | Call with K Gwynne of Reed Smith and the Examiner to discuss next steps for analysis. |
| Carl Finkbeiner | Investigation | 8/27/25 | 2.30 | $400.00 | $920.00 | Extracting transactions from HCG account ending in 4257 |
| Carl Finkbeiner | Investigation | 8/27/25 | 1.10 | $400.00 | $440.00 | Organizing transaction files for next phase of Heller analysis |
| Carl Finkbeiner | Investigation | 8/28/25 | 2.70 | $400.00 | $1,080.00 | Reconciling extracted transactions from HCG account ending in 4257 for categorization process |
| Carl Finkbeiner | Investigation | 8/28/25 | 1.70 | $400.00 | $680.00 | Extracting transactions from HCG account ending in 8837 |
| Carl Finkbeiner | Investigation | 8/28/25 | 2.00 | $400.00 | $800.00 | Extracting and organizing transactions for HCG account #3140 |
| Carl Finkbeiner | Investigation | 8/29/25 | 2.50 | $400.00 | $1,000.00 | Building HCG cashflow analysis |
| Carl Finkbeiner | Investigation | 8/29/25 | 1.60 | $400.00 | $640.00 | Conducting QC checks on data used for HCG transaction analysis to ensure accuracy |
| Carl Finkbeiner | Investigation | 8/29/25 | 1.50 | $400.00 | $600.00 | Reviewing transaction categories and grouping into broader buckets to be used in the final cashflow analysis |
| **Professional Fees** | | | **108.60** | | **$48,640.00** | **TOTAL FEES** |