# EXHIBIT B

**Invoice**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Edward Phillips
Getzler Henrich & Associates LLC
2929 Arch Street
Suite 1650
Philadelphia, PA 19104
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3879952** |
| Invoice Date: | **9/22/2025** |
| Client Number: | **411313** |
| Matter Number: | **411313.60001** |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Daryl Fred Heller**

---

Total Current Fees .............................................................................. $      144,603.28

Total Current Expenses and Other Charges ................................... $_____1,398.69

**Total Due This Invoice:**                                                   **$____146,001.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*1201 Market Street*
*Suite 1500*
*Wilmington, DE 19801*

*Wire Instructions:*
*Citizen's Bank*
ABA Number: 031101143
Account Number: 8202043520
Swift Code: CTZIUS33
*(Please Reference Invoice Number)*



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Edward Phillips | Invoice Number:  **3879952** |
| Getzler Henrich & Associates LLC | Invoice Date:  **9/22/2025** |
| 2929 Arch Street | Client Number:  **411313** |
| Suite 1650 | Matter Number:  **411313.60001** |
| Philadelphia, PA 19104 | |
| US - UNITED STATES | |

**RE: Daryl Fred Heller**

---

## INVOICE SUMMARY

Total Current Fees .............................................................................. $     144,603.28

Total Current Expenses and Other Charges ...................................... $_____1,398.69

**Total Due This Invoice:**                                    **$   146,001.97**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*1201 Market Street*
*Suite 1500*
*Wilmington, DE 19801*

*Wire Instructions:*
*Citizen's Bank*
ABA Number: 031101143
 Account Number: 8202043520
 Swift Code: CTZIUS33
***(Please Reference Invoice Number)***



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Edward Phillips
Getzler Henrich & Associates LLC
2929 Arch Street
Suite 1650
Philadelphia, PA 19104
US - UNITED STATES

| | |
|---|---|
| Invoice Number: | **3879952** |
| Invoice Date: | **9/22/2025** |
| Client Number: | **411313** |
| Matter Number: | **411313.60001** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2025

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| **1** | **Case Administration** | | | | |
| 08/07/25 | G. A. Colson | Review docket activity and hearings scheduled (.4); Update critical dates calendar (.3) | 1 | 0.70 | 410.55 |
| 08/07/25 | G. A. Colson | Review MSB's interim application in preparation for 8/7 hearing (.1); Review certifications of no objection filed by the Debtor on 8/6 (.1) | 1 | 0.20 | 117.30 |
| 08/08/25 | G. A. Colson | Review order allowing first inteirm application of debtor's counsel (.1); Correspondence with K. Gwynne re: first inteirm application of debtor's counsel (.2) | 1 | 0.20 | 117.30 |
| 08/18/25 | G. A. Colson | Review docket activity and correspond with K. Gwynne re: same | 1 | 0.20 | 117.30 |
| 08/18/25 | G. A. Colson | Correspondence with K. Gwynne re: balance of MSB trust account | 1 | 0.10 | 58.65 |
| 08/20/25 | G. A. Colson | Draft objection to MSB application to release funds to pay its 5th monthly fee statement | 1 | 1.20 | 703.80 |
| 08/21/25 | G. A. Colson | Revise objection to MSB | 1 | 0.90 | 527.85 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | application to release funds | | | |
| 08/21/25 | G. A. Colson | Correspondence with K. Gwynne re: revisions to objection to MSB payment application and correspondence with G. Saenz re: cordinating filing of same | 1 | 0.10 | 58.65 |
| 08/21/25 | G. A. Colson | Phone call with K. Gwynne on active work streams including objection to MSB application to release funds, communications with Debtor's counsel re: second interim report, fee applications and budget, amongst other things | 1 | 0.30 | 175.95 |
| 08/22/25 | G. A. Colson | Revise objection to MSB application to release funds | 1 | 0.30 | 175.95 |
| 08/22/25 | G. A. Colson | Coordinate filing of objection to MSB application to release funds | 1 | 0.20 | 117.30 |
| 08/22/25 | G. A. Colson | Correspondence with G. Saenz re: objection to MSB payment applicaiton | 1 | 0.20 | 117.30 |
| 08/22/25 | G. A. Colson | Phone call with K. Gwynne re: various work streams including objection to MSB's application, status of confidentiality order revisions, and budget, amongst other things | 1 | 0.20 | 117.30 |
| 08/28/25 | G. A. Colson | Review docket activity re: adjournments per court's order at status conference | 1 | 0.20 | 117.30 |
| | | **Subtotal Task 1** | | **5.00** | **2,932.50** |
| **2** | | **Fee/Employment Applications of RS** | | | |
| 08/08/25 | G. A. Colson | Draft CNO for Reed Smith June fee statement | 2 | 0.20 | 117.30 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/11/25 | G. A. Colson | Correspondence with K. Gwynne re: CNOs for June fee statement | 2 | 0.10 | 58.65 |
| 08/14/25 | G. A. Colson | Revise July fee statement | 2 | 0.90 | 527.85 |
| 08/18/25 | G. A. Colson | Draft application to release funds for June (this is 1/3 of the time, other 2/3 is in Other Professionals category) | 2 | 0.40 | 234.60 |
| 08/18/25 | G. A. Colson | Revise July fee statement (.3) and correspondence with E. Russel re: fee statement issues (.1) | 2 | 0.40 | 234.60 |
| 08/21/25 | G. A. Colson | Draft Reed Smith July fee statement | 2 | 0.20 | 117.30 |
| 08/25/25 | G. A. Colson | Phone call with K. Gwynne re: Reed Smith July invoice | 2 | 0.10 | 58.65 |
| 08/25/25 | G. A. Colson | Correspondence with E. Russell re: expenses on July fee statement | 2 | 0.10 | 58.65 |
| 08/25/25 | G. A. Colson | Revise Reed Smith fee statement | 2 | 1.50 | 879.75 |
| 08/26/25 | G. A. Colson | Review budget and agreed letter to court re: same (.2); Phone call with K. Gwynne re: same (.1) | 2 | 0.30 | 175.95 |
| | | **Subtotal Task 2** | | **4.20** | **2,463.30** |
| **3** | | **Fee Employment Applications of other professional** | | | |
| 08/07/25 | G. A. Colson | Review New Jersey local rules re: certification of no objection re: interim applications for compensation | 3 | 0.10 | 58.65 |
| 08/08/25 | G. A. Colson | Correspondence withK. Gwynne re: CNOs for Examiner and Getzler Henrich fee statements | 3 | 0.10 | 58.65 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/08/25 | G. A. Colson | Draft CNO for Getzler Henrich June fee statement | 3 | 0.10 | 58.65 |
| 08/08/25 | G. A. Colson | Draft CNO for examiner June fee statement | 3 | 0.20 | 117.30 |
| 08/11/25 | G. I. Saenz | Correspond with G. Colson regarding filing of multiple certificates of no objection(.2); file same with court (.7); send update to G. Colson regarding completion (.1). | 3 | 1.10 | 402.05 |
| 08/11/25 | G. A. Colson | Review docket for objections to fee applications | 3 | 0.10 | 58.65 |
| 08/11/25 | G. A. Colson | File CNOs for Examiner's June fee statement | 3 | 0.20 | 117.30 |
| 08/11/25 | G. A. Colson | File CNO for Getzler Henrich June fee statement | 3 | 0.20 | 117.30 |
| 08/11/25 | G. A. Colson | Correspondence with E. Phillips and K. Gwynne re: June fee statements for Examiner and Getzler Henrich | 3 | 0.10 | 58.65 |
| 08/18/25 | G. A. Colson | Correspondence with E. Phillips re: Examiner and Getzler Henrich July fee statements | 3 | 0.20 | 117.30 |
| 08/18/25 | G. A. Colson | Update fee tracker with June fee statements and applications to release funds | 3 | 0.30 | 175.95 |
| 08/18/25 | G. A. Colson | Draft application to release funds for June (this is 2/3 of the time, other 1/3 is in RS category) | 3 | 0.80 | 469.20 |
| 08/20/25 | G. A. Colson | Email correspondence with E. Phillips re: July fee statement | 3 | 0.10 | 58.65 |
| 08/20/25 | G. A. Colson | Phone call with K. Ryan re: interim fee hearing 8/21 (.1); Correspondence with K. Gwynne, L. Russel, and E. | 3 | 0.20 | 117.30 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Phillips re: cancellation of 8/21 hearing (.1) | | | |
| 08/21/25 | G. A. Colson | Draft Getzler Henrich July fee statement | 3 | 1.30 | 762.45 |
| 08/21/25 | G. A. Colson | Draft Examiner July fee statement | 3 | 0.90 | 527.85 |
| 08/22/25 | G. I. Saenz | Correspond with G. Colson regarding request to file objection to debtor's application (.3); review and prepare court filing (.4); send update to G. Colson regarding review of docket text (.3); file objection (.2); retrieve file stamped copy of same; send final update to G. Colson regarding completion (.1). | 3 | 1.30 | 475.15 |
| 08/25/25 | G. A. Colson | Revise Getzler Henrich July fee statement | 3 | 0.40 | 234.60 |
| 08/25/25 | G. A. Colson | Draft certificate of service re: monthly fee statements | 3 | 0.30 | 175.95 |
| 08/25/25 | G. I. Saenz | Correspond with G. Colson regarding request to file multiple fee statements for the examiner, Getzler Henrich, and Reed Smith (.3); file copies of same; file related certificate of service (.9); coordinate with office service regarding service of same; (.3) send final update to G. Colson regarding completion (.1). | 3 | 1.60 | 584.80 |
| 08/25/25 | G. A. Colson | Revise Examiner's July fee statement | 3 | 0.80 | 469.20 |
| 08/25/25 | G. A. Colson | Coordinate filling of Examiner and Getzler Henrich fee statements | 3 | 0.20 | 117.30 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/26/25 | G. A. Colson | Correspondence with K. Gwynne re: budget for examiner report per: examiner order (.1); Update fee tracker spreadsheet (.2) | 3 | 0.30 | 175.95 |
| | | **Subtotal Task 3** | | **10.90** | **5,508.85** |
| **4** | **Hearings** | | | | |
| 08/05/25 | G. A. Colson | Review court proceedings for remote participation in hearing (.2); Correspondence with K. Gwynne, E. Phillips, and E. Russell re: same (.2) | 4 | 0.40 | 234.60 |
| 08/06/25 | G. A. Colson | Phone call with K. Gwynne re: matters going forward at 8/6 hearing | 4 | 0.10 | 58.65 |
| 08/06/25 | G. A. Colson | Correspondence with E. Phillips re: continuance of 8/6 hearing and matters going forward | 4 | 0.10 | 58.65 |
| 08/06/25 | K.F. Gwynne | attended hearings on settlement motions (reduced time) | 4 | 1.70 | 2,138.60 |
| 08/06/25 | G. A. Colson | Attend 8/6 hearing via Zoom | 4 | 2.50 | 1,466.25 |
| 08/07/25 | G. A. Colson | Correspondence with K. Gwynne re: minutes of 8/7/2025 Hearing | 4 | 0.10 | 58.65 |
| 08/26/25 | G. A. Colson | Prepare/assemble documents for red wells for hearing (.2); Correspondence with E. Russell re: hearing preparations (.2) | 4 | 0.40 | 234.60 |
| 08/26/25 | G. A. Colson | Correspondence with E. Phillips re: 8/26 hearing logistics and preparation | 4 | 0.20 | 117.30 |
| 08/26/25 | G. A. Colson | Attend 8/26 hearing on confidentiality order/status conference re: zoom | 4 | 1.20 | 703.80 |
| 08/26/25 | K.F. Gwynne | attended status conference re: | 4 | 1.90 | 2,390.20 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | various motions and Examiner's Second Report | | | |
| | | **Subtotal Task 4** | | **8.60** | **7,461.30** |
| **5** | **Investigations** | | | | |
| 08/01/25 | K.F. Gwynne | email to/from S. Placona re: outstanding questions and Mr. Heller's DOJ presentation (0.1); call with Examiner re: same (0.1) | 5 | 0.20 | 251.60 |
| 08/02/25 | K.F. Gwynne | reviewed document production (emails and texts) from Luma re: ATM count and "ponzi" | 5 | 2.30 | 2,893.40 |
| 08/02/25 | K.F. Gwynne | briefly reviewed email from D. Heller with partial email response to certain questions from Examiner | 5 | 0.20 | 251.60 |
| 08/03/25 | K.F. Gwynne | reviewed document production (emails and texts) from Luma re: monthly ATM count and monthly/annual gross profit | 5 | 1.40 | 1,761.20 |
| 08/04/25 | G. A. Colson | Review cited documents in second examiner report | 5 | 0.90 | 527.85 |
| 08/04/25 | G. A. Colson | Correspondence with C. Finkbeiner re: second inteirm report | 5 | 0.20 | 117.30 |
| 08/04/25 | G. A. Colson | Review second interim report | 5 | 0.20 | 117.30 |
| 08/05/25 | G. A. Colson | Correspondence with C. Finkbeiner re: second interim report | 5 | 0.20 | 117.30 |
| 08/05/25 | G. A. Colson | Review cited documents in second examiner report | 5 | 0.90 | 527.85 |
| 08/06/25 | G. A. Colson | Follow up phone call with K. Gwynne re: Luma's motion for confidentiality order | 5 | 0.10 | 58.65 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/06/25 | K.F. Gwynne | conference with J. Hostetter and J. Voss to discuss certain factual issues for Examiner's investigation | 5 | 1.80 | 2,264.40 |
| 08/06/25 | K.F. Gwynne | conference with Examiner and Getzler team re: memo from D. Heller and continuing investigation | 5 | 1.10 | 1,383.80 |
| 08/06/25 | K.F. Gwynne | reviewed Prestige Management Group's MSAs with each fund and revised draft Second Interim Report re: same | 5 | 1.40 | 1,761.20 |
| 08/06/25 | K.F. Gwynne | reviewed Lancaster County Litigation PFA A v. PMG re: MSAs and admissions | 5 | 0.40 | 503.20 |
| 08/06/25 | G. A. Colson | Phone call with K. Gwynne re: proposed changes to Luma's proposed confidentiality order | 5 | 0.10 | 58.65 |
| 08/06/25 | G. A. Colson | Review correspondence re: proposed revised examiner order | 5 | 0.20 | 117.30 |
| 08/06/25 | G. A. Colson | Review proposed confidentiality order for conflicts with examiner order | 5 | 0.50 | 293.25 |
| 08/07/25 | G. A. Colson | Assemble and circulate to C. Finkbeiner supporting documents for exhibits to second interim report | 5 | 0.50 | 293.25 |
| 08/07/25 | K.F. Gwynne | reviewed / revised latest draft of second interim report re: account statement review and charts prepared by Getzler Henrich | 5 | 5.40 | 6,793.20 |
| 08/07/25 | K.F. Gwynne | reviewed portion of Luma documents re: reporting to investors / Funds and internal financial reporting and HCG | 5 | 1.00 | 1,258.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | documents during PMG collapse | | | |
| 08/07/25 | G. A. Colson | Correspondence with K. Gwynne re: Luma's proposed confidentiality order | 5 | 0.10 | 58.65 |
| 08/07/25 | G. A. Colson | Draft changes to proposed confidentiality order re: Luma | 5 | 0.60 | 351.90 |
| 08/08/25 | K.F. Gwynne | reviewed / revised latest draft of second interim report (re: Ponzi allegations) | 5 | 6.50 | 8,177.00 |
| 08/08/25 | K.F. Gwynne | reviewed materials re: necessary ATM count based on gross profit and ATM count set forth in gross profit reports | 5 | 1.40 | 1,761.20 |
| 08/08/25 | G. A. Colson | Revise second interim report | 5 | 4.60 | 2,697.90 |
| 08/08/25 | G. A. Colson | Phone call with K. Gwynne and C. Finkbeiner re: exhibits to second interim report | 5 | 0.20 | 117.30 |
| 08/08/25 | G. A. Colson | Phone call with K. Gwynne re: Luma proposed confidentiality order | 5 | 0.10 | 58.65 |
| 08/08/25 | G. A. Colson | Correspondence with S. Falanga and K. Gwynne re: amending Luma's proposed confidentiality order | 5 | 0.20 | 117.30 |
| 08/08/25 | G. A. Colson | Review Luma production re: Superior Products confidentiality | 5 | 0.20 | 117.30 |
| 08/09/25 | G. A. Colson | Revise references to exhibits, citations, quotes, as need for entire second interim report | 5 | 4.50 | 2,639.25 |
| 08/10/25 | G. A. Colson | Revise cites and quotations in second interim report" | 5 | 2.20 | 1,290.30 |
| 08/11/25 | G. A. Colson | Review exhibits to second interim report for confidential information in need of redacting | 5 | 5.00 | 2,932.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (1.0); Redact confidential information from exhibits to second interim report (.7); Correspondence with C. Finkbeiner re: second interim report exhibits with confidential information (.3); Review entire entire second interim report and revise as needed (3.0) | | | |
| 08/11/25 | G. A. Colson | Correspondence with C. Finkbeiner re: gross profit report exhibits to second interim report | 5 | 0.10 | 58.65 |
| 08/11/25 | G. A. Colson | Review exhibits to second interim report for redaciton of confidential information | 5 | 1.20 | 703.80 |
| 08/11/25 | G. A. Colson | Correspondence with C. Finkbeiner re: all investors report exhibit | 5 | 0.10 | 58.65 |
| 08/11/25 | K.F. Gwynne | reviewed portions of PPMs/POMs for operating reports | 5 | 0.90 | 1,132.20 |
| 08/11/25 | K.F. Gwynne | reviewed portion of bank account statements for second interim report | 5 | 2.70 | 3,396.60 |
| 08/11/25 | K.F. Gwynne | meeting with Examiner, J. Hostetter of Prestige Investment Group, his counsel (Rory M.), and Josh Voss (counsel for the Funds) | 5 | 2.40 | 3,019.20 |
| 08/11/25 | K.F. Gwynne | drafted / supplemented list of questions for Teams meeting with Examiner, D. Heller, and S. Placona re: Examiner's questions/document requests and D. Heller's responses and statements re: business model, available cash receipts and cash flow | 5 | 0.30 | 377.40 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/11/25 | G. A. Colson | Phone call with K. Gwynne re: exhibits to second interim report | 5 | 0.10 | 58.65 |
| 08/11/25 | G. A. Colson | Second phone call with K. Gwynne re: exhibits to second interim report | 5 | 0.10 | 58.65 |
| 08/11/25 | K.F. Gwynne | drafted list of questions for D. Heller 8/12 meeting | 5 | 0.30 | 377.40 |
| 08/11/25 | G. A. Colson | Review exhibits for second interim report for consistency with report (.7); Revise exhibits to second interim report to include all data referenced in report (1.2) | 5 | 1.90 | 1,114.35 |
| 08/12/25 | K.F. Gwynne | conference with C. Finkbeiner re: discrepancies in Gross Profit reports overview and gross profit summary tabs | 5 | 0.50 | 629.00 |
| 08/12/25 | K.F. Gwynne | reviewed/analyzed issues raised by the Debtor during Zoom meeting today, including review of relevant documents | 5 | 2.30 | 2,893.40 |
| 08/12/25 | K.F. Gwynne | drafted detailed responses to issues raised by the Debtor during Zoom meeting today | 5 | 2.50 | 3,145.00 |
| 08/12/25 | K.F. Gwynne | Teams meeting with Examiner, D. Heller, and S. Placona re: Examiner's questions/document requests and D. Heller's responses and statements re: business model, available cash receipts and cash flow | 5 | 2.00 | 2,516.00 |
| 08/12/25 | G. A. Colson | Reformat hearing transcript exhibit | 5 | 0.60 | 351.90 |
| 08/12/25 | G. A. Colson | Phone call with K. Gwynne re: revisions to second interim report | 5 | 0.20 | 117.30 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/12/25 | G. A. Colson | Correspondence with C. FInkbeiner re: gross profit report tabs to be added to exhibit | 5 | 0.20 | 117.30 |
| 08/12/25 | G. A. Colson | Complete redactions to gross profit reports | 5 | 0.20 | 117.30 |
| 08/12/25 | G. A. Colson | Revise and reformat exhibit 5 PPM | 5 | 0.50 | 293.25 |
| 08/12/25 | G. A. Colson | Revise second interim report | 5 | 3.50 | 2,052.75 |
| 08/12/25 | G. A. Colson | Zoom meeting with K. Gwynne and C. Finkbeiner re: second inteirm report | 5 | 0.50 | 293.25 |
| 08/12/25 | G. A. Colson | Revise and reformat Exhibit R (text message excerpts exhibit) | 5 | 0.80 | 469.20 |
| 08/13/25 | G. A. Colson | Coordinate filing of second interim examiner report and related documents with G. Saez | 5 | 0.30 | 175.95 |
| 08/13/25 | G. A. Colson | Format exhibits to second inteirm report | 5 | 2.80 | 1,642.20 |
| 08/13/25 | G. A. Colson | Phone call with K. Gwynne re: notice of filing of second interim report | 5 | 0.40 | 234.60 |
| 08/13/25 | G. A. Colson | Correspondence with C. Finkbeiner re: revisions to second interim report | 5 | 0.50 | 293.25 |
| 08/13/25 | G. A. Colson | Research re: sale/lease back case law | 5 | 0.50 | 293.25 |
| 08/13/25 | G. A. Colson | Revise second interim examiner report | 5 | 2.30 | 1,348.95 |
| 08/13/25 | G. A. Colson | Phone call with G. Saenz re: filing and labeling notice of report/report/exhibits thereto | 5 | 0.20 | 117.30 |
| 08/13/25 | G. A. Colson | Correspondence with E. Phillips re: filed report | 5 | 0.10 | 58.65 |
| 08/13/25 | G. A. Colson | Revise notice re: filing second | 5 | 2.00 | 1,173.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | interim report | | | |
| 08/13/25 | G. A. Colson | Phone call with C. Finkbeiner re: Exhibit B (list of reference documents) to second interim report | 5 | 0.20 | 117.30 |
| 08/13/25 | G. A. Colson | Revise references to exhibits for second interim report | 5 | 0.70 | 410.55 |
| 08/13/25 | G. A. Colson | Phone call with K. Gwynne re: Exhibit B | 5 | 0.20 | 117.30 |
| 08/13/25 | G. A. Colson | File second interim examiner report | 5 | 0.20 | 117.30 |
| 08/13/25 | K.F. Gwynne | reviewed / revised latest version of draft Second Interim Report | 5 | 1.70 | 2,138.60 |
| 08/13/25 | C. A. Capp | Review and revise second interim report of examiner, Edward A. Phillips, regarding the Ponzi allegation. | 5 | 2.80 | 1,761.20 |
| 08/13/25 | K.F. Gwynne | reviewed exhibits to draft Second Interim Report | 5 | 0.70 | 880.60 |
| 08/13/25 | G. I. Saenz | Correspond with G. Colson regarding request to file notice of second interim report (.3); review and prepare final draft with exhibit (.3); coordinate with G. Colson regarding approval of filing details (.4); file notice with court (.2); retrieve file stamped copy; send final update to G. Colson regarding completion (.1). | 5 | 1.30 | 475.15 |
| 08/14/25 | G. A. Colson | Correspondence with S. Falanga re: revised proposed order | 5 | 0.30 | 175.95 |
| 08/14/25 | G. A. Colson | Correspondence with G. Saenz re: service of examiner's second interim report | 5 | 0.10 | 58.65 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 08/14/25 | G. A. Colson | Correspondence with K. Gwynne re: Luma confidentiality order | 5 | 0.30 | 175.95 |
| 08/14/25 | G. A. Colson | Phone call with K. Gwynne re: service of report and related filings | 5 | 0.10 | 58.65 |
| 08/14/25 | G. A. Colson | Revise notice of errata | 5 | 0.20 | 117.30 |
| 08/14/25 | G. A. Colson | Phone call with S. Falanga re: Luma confidentiality order | 5 | 0.10 | 58.65 |
| 08/14/25 | G. A. Colson | Draft certificate of service of notice of filing second interim report | 5 | 0.90 | 527.85 |
| 08/15/25 | K.F. Gwynne | reviewed Debtor's response to Examiner's Second Interim Report | 5 | 0.60 | 754.80 |
| 08/15/25 | G. A. Colson | Phone call with K. Gwynne re: proposed confidentiality order and objection deadline | 5 | 0.10 | 58.65 |
| 08/15/25 | G. A. Colson | Revise notice of errata | 5 | 0.30 | 175.95 |
| 08/15/25 | G. A. Colson | Revise notice of availability | 5 | 0.50 | 293.25 |
| 08/15/25 | G. A. Colson | Draft objection to confidentiality order | 5 | 1.00 | 586.50 |
| 08/15/25 | G. A. Colson | Circulate as filed notices of errata and availability to examiner and team | 5 | 0.20 | 117.30 |
| 08/15/25 | G. A. Colson | Coordinate service of examiner reports and all related filings | 5 | 0.20 | 117.30 |
| 08/15/25 | G. A. Colson | Phone call with K. Gwynne re: service of notice of report and related filings | 5 | 0.10 | 58.65 |
| 08/15/25 | G. I. Saenz | Correspond with G. Colson regarding request to file notice of errata, notice of availability, and certificate of service (.5); file | 5 | 1.40 | 511.70 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | same with court (.5); retrieve file stamped copies (.1); coordinate with office services regarding mailing service (.2); send final update to G. Colson regarding completion (.1). | | | |
| 08/17/25 | K.F. Gwynne | reviewed relevant portions of second interim report, exhibits thereto and case law for reply to debtor's response to Examiner's report and allegations of "fundamental misunderstanding" of business model, exclusion of accounts/affiliates, and relevant case law | 5 | 2.50 | 3,145.00 |
| 08/18/25 | K.F. Gwynne | drafted portion of detailed reply to debtor's response to Examiner's second interim report | 5 | 5.20 | 6,541.60 |
| 08/19/25 | K.F. Gwynne | drafted portion of / revised Examiner's reply to debtor's response to second interim report | 5 | 2.40 | 3,019.20 |
| 08/19/25 | K.F. Gwynne | reviewed cases re: actual use of funds in Ponzi schemes | 5 | 1.00 | 1,258.00 |
| 08/19/25 | G. A. Colson | Correspondence with S. Falanga re: comments to proposed confidentiality order | 5 | 0.20 | 117.30 |
| 08/19/25 | G. A. Colson | Phone call with K. Gwynne re: Luma's proposed confidentiality order | 5 | 0.20 | 117.30 |
| 08/19/25 | G. A. Colson | Revise letter to court re: debtor's response to second interim report, including citations and quotes to cited authority | 5 | 3.10 | 1,818.15 |
| 08/19/25 | K.F. Gwynne | Additional review of cases re: actual use of funds in Ponzi | 5 | 1.10 | 1,383.80 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | scheme analysis and secondary sources re: nature of receipts and investment or operational | | | |
| 08/20/25 | G. A. Colson | Phone call with K. Gwynne re: Debtor's 8/20 email response re: case law | 5 | 0.10 | 58.65 |
| 08/20/25 | G. A. Colson | Analyze debtor's email responses re: investigation and case law | 5 | 0.50 | 293.25 |
| 08/20/25 | G. A. Colson | Research re: caselaw supporting examiner's reply to debtor's response to second interim report | 5 | 2.60 | 1,524.90 |
| 08/20/25 | G. A. Colson | Revise Luma's proposed confidentiality order | 5 | 0.90 | 527.85 |
| 08/20/25 | G. A. Colson | Revise letter to court re: Debtor's response to second interim report | 5 | 0.20 | 117.30 |
| 08/20/25 | K.F. Gwynne | reviewed D. Heller investor presentations for reply to response to Examiner's second interim report | 5 | 0.80 | 1,006.40 |
| 08/20/25 | K.F. Gwynne | revised draft reply to debtor's response to Examiner's Second Interim Report | 5 | 2.10 | 2,641.80 |
| 08/21/25 | Jose A. Castillo Jr. | Review, finalize, and file Examiner's Reply to Debtor's Response to Examiner's Second Interim Report | 5 | 0.70 | 294.53 |
| 08/21/25 | Jose A. Castillo Jr. | Retrieve and circulate as filed Examiner's Reply to Debtor's Response to Examiner's Second Interim Report | 5 | 0.20 | 84.15 |
| 08/21/25 | Jose A. Castillo Jr. | Emails to/from G. Colson regarding Examiner's Reply to Debtor's Response to | 5 | 0.20 | 84.15 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Examiner's Second Interim Report | | | |
| 08/21/25 | K.F. Gwynne | call with Nelson to discuss tax returns / revenue and COGS issues | 5 | 0.20 | 251.60 |
| 08/21/25 | K.F. Gwynne | Drafted hypothetical for reply to debtor's response to Second Interim Report and supplemented draft reply re: same | 5 | 1.20 | 1,509.60 |
| 08/21/25 | K.F. Gwynne | call with Nelson Andrade of Getzler to discuss IRR of Fund investments (0.2) and Teams meeting with Nelson to examine IRR and related issues (0.6) | 5 | 0.80 | 1,006.40 |
| 08/21/25 | K.F. Gwynne | supplemented draft reply to debtor's response to Examiner's Second Interim Report | 5 | 3.40 | 4,277.20 |
| 08/21/25 | K.F. Gwynne | conference with E. Phillips re: revisions to draft reply to debtor's response to Examiner's Second Interim Report | 5 | 0.20 | 251.60 |
| 08/21/25 | G. A. Colson | Correspondence with S. Falanga re: proposed confidentiality order | 5 | 0.10 | 58.65 |
| 08/21/25 | G. A. Colson | Revise citations in letter reply to Debtor's response to second interim report (1.5); Review and revise entire letter reply for grammatical, syntax, accuracy and language generally (1.1) | 5 | 2.60 | 1,524.90 |
| 08/21/25 | G. A. Colson | Phone call with K. Gwynne re: revisions to letter in response to Debtor's reply re second interim report | 5 | 0.20 | 117.30 |
| 08/21/25 | G. A. Colson | Coordinate filing of response to Debtor's letter re: second | 5 | 0.30 | 175.95 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | interim report with J. Castillo | | | |
| 08/21/25 | G. A. Colson | Correspondence with K. Gwynne re: case law cited in notice of filing Examiner's second interim report | 5 | 0.10 | 58.65 |
| 08/21/25 | G. A. Colson | Analyze case law supporting examiner's reply to debtor's response to second interim report | 5 | 1.80 | 1,055.70 |
| 08/21/25 | G. A. Colson | Revsie Luma proposed confidentiality order | 5 | 0.50 | 293.25 |
| 08/26/25 | K.F. Gwynne | prepared response to debtor's surreply re: filed this morning re: Examiner's Second Report | 5 | 0.80 | 1,006.40 |
| 08/26/25 | G. A. Colson | Correspondence with E. Russel re: second interim report binders | 5 | 0.20 | 117.30 |
| 08/26/25 | G. A. Colson | Review Debtor's response to our reply re: second interim report (.3); Phone call with K. Gwynne re: same (.1) | 5 | 0.40 | 234.60 |
| 08/26/25 | K.F. Gwynne | reviewed debtor's surreply re: filed this morning re: Examiner's Second Report | 5 | 0.20 | 251.60 |
| 08/26/25 | G. A. Colson | Research legal authority on Ponzi scheme for case law memo in support of second examiner's report | 5 | 2.20 | 1,290.30 |
| 08/27/25 | K.F. Gwynne | call with E. Phillips and C. Finkbeiner re: third interim report topic and exhibit review for order to show cause hearing | 5 | 1.20 | 1,509.60 |
| 08/27/25 | G. A. Colson | Continue research on legal authority on Ponzi scheme for case law memo in support of second examiner's report | 5 | 1.80 | 1,055.70 |
| 08/28/25 | G. A. Colson | Revise case law memo in | 5 | 0.80 | 469.20 |

# ReedSmith
### Driving progress
### through partnership

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/28/25 | G. A. Colson | support of second examiner's report<br>Draft ponzi case law case law memo in support of second examiner's report | 5 | 4.60 | 2,697.90 |
| | | **Subtotal Task 5** | | **139.40** | **123,469.73** |
| **7** | **Travel** | | | | |
| 08/11/25 | K.F. Gwynne | travel to Lancaster- time one-way | 7 | 1.40 | 880.60 |
| 08/11/25 | K.F. Gwynne | travel from Lancaster - time one-way | 7 | 1.40 | 880.60 |
| 08/26/25 | K.F. Gwynne | non-working travel to and from status conference re: various motions and Examiner's Second Report | 7 | 1.60 | 1,006.40 |
| | | **Subtotal Task 7** | | **4.40** | **2,767.60** |
| **Totals** | | | | **172.50** | **144,603.28** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 71.10 hrs @ $ | 1,258.00 / hr | 86,676.20 |
| Cameron A. Capp | 2.80 hrs @ $ | 629.00 / hr | 1,761.20 |
| Gabrielle A. Colson | 90.80 hrs @ $ | 586.50 / hr | 53,254.20 |
| Jose A. Castillo Jr. | 1.10 hrs @ $ | 420.75 / hr | 462.83 |
| Gabe I. Saenz | 6.70 hrs @ $ | 365.50 / hr | 2,448.85 |
| **Total Professional Services** | | | **144,603.28** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 05/21/2025 | PARCELS, INC. - COURIER SERVICE - OUTSIDE .25 Tech support, 62 pages of print, 2 XL envelopes, 1 sheet of labels, .2 hours of labor, 2 USPS postage, Downtown round trip, scanned page and email delivery. | 106.66 |
| 05/22/2025 | PARCELS, INC. - COURIER SERVICE - OUTSIDE .25 hours of tech time, 3,900 bankrupcy copies, 50 envelopes, 5 sheets of labels and 50 USPS postage . | 597.00 |
| 08/11/2025 | KURT F. GWYNNE - Court Reporter Fees - VENDOR: Kurt Gwynne, Aug 11, 2025, VERITEXT LLC Transaction Receipt | 605.00 |
| 08/15/2025 | On Time Couriers, Inc - RS Dallas to Post Office for Certified Mailing | 39.53 |
| 08/15/2025 | On Time Couriers, Inc - COURIER SERVICE - OUTSIDE Post Office return to RS Dallas for Certified Mailing | 15.12 |
| 08/22/2025 | United Parcel Service - 00843 UPS - Shipped from to Kurt Gwynne "materials for hearing materials for hearing (GLEN MILLS PA 193421) 1Z7332X60167875068 | 19.39 |
| 08/27/2025 | KURT F. GWYNNE - Parking - VENDOR: Kurt Gwynne, Aug 27, 2025, Court parking. | 15.99 |
| | **Total Expenses and Other Charges** | **1,398.69** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 144,603.28 |
| Total Expenses and Other Charges | $ | 1,398.69 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **146,001.97** |
| **Total Amount Due** | **$** | **146,001.97** |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 1 | Case Administration | 5.00 | 2,932.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ ATLANTA ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| 2 | Fee/Employment Applications of RS | 4.20 | 2,463.30 |
|---|---|---|---|
| 3 | Fee Employment Applications of other professional | 10.90 | 5,508.85 |
| 4 | Hearings | 8.60 | 7,461.30 |
| 5 | Investigations | 139.40 | 123,469.73 |
| 7 | Travel | 4.40 | 2,767.60 |
| | **Matter Total** | **172.50** | **144,603.28** |