ALBERT A. CIARDI, III, ESQUIRE
ACIARDI@CIARDILAW.COM

# CIARDI CIARDI & ASTIN

1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-557-3550
Fax: 215-557-3551

September 23, 2025

<u>*Via electronic case filing*</u>
Honorable Jerrold N. Poslusny, Jr.
US Bankruptcy Court
   District of New Jersey
US Post Office & Courthouse
401 Market Street
Camden, New Jersey 08101

                Re:    <u>Daryl Fred Heller;</u>
                        <u>Bankruptcy No. 25-11354JNP</u>

Dear Judge Poslusny:

     I am in receipt of the letter recently filed by Debtor's Counsel at Docket Number 574. The time for evidence concluded when the hearing concluded. Deerfield objects to consideration of the letter as it is not timely and contains pure hearsay. The Debtor refuses to testify in this Court, will not testify in any other Court and has taken no action to preserve these assets. Nothing in the Debtor's letter changes anything that was discussed at the hearing. Deerfield respectfully requests that the Court disregard the letter filed by the Debtor.

                                              Sincerely,

                                              */s/ Albert A. Ciardi, III*
                                              Albert A. Ciardi, III

AACIII/dt

cc:    Sari Blair Placona, Esquire (via electronic case filing)

| PHILADELPHIA | WILMINGTON | NEW JERSEY |
|---|---|---|
| 1905 Spruce Street | 1204 North King Street | 52 Haddonfield-Berlin Road |
| Philadelphia, PA 19103 | Wilmington, DE 19801 | Suite 1000 |
| Phone: (215) 557-3550 | Phone: (302) 658-1100 | Cherry Hill, NJ 08034 |
| Fax: (215) 557-3551 | Fax: (302) 658-1300 | Phone: (856) 368-2001 |
| | | Fax: (856) 368-2002 |