# DARYL F. HELLER
## Accounts Receivable
**August 1 - August 31, 2025**

| | Type | Date | Num | Adj | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|---|---:|
| **Accounts Receivable** | | | | | | | | |
| | General Journal | 08/28/2025 | A/R | √ | | due to Daryl from Heller Capital at 8/28/25 | Heller Capital-To Be Reimbursed | 819.42 |
| **Total Accounts Receivable** | | | | | | | | 819.42 |
| **TOTAL** | | | | | | | | **819.42** |

Page 1 of 1

## Trust Details

View Check | Rep

| | Matter | Matter Description | Type | Status | Bank | Check Status | Check No. | Payee / Paid By | Invoice | Reference | Amount | Balance | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | WIRE IN | COMMONGROUND ABSTRACT LLC | 0 | WIRE IN | 1,563,231.69 | 1,563,231.69 | 04/09/2025 |
| | | SALE PROCEEDS | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | 1001059693 | FULTON BANK CASHIER'S CHECK | 0 | 101059693 | 811.05 | 1,564,042.74 | 04/22/2025 |
| | | PAYOFF OVERAGE RE: LOAN NO. 0068008523 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | APR-2025 INT | CITIZENS BANK | 0 | INTEREST | 109.21 | 1,564,151.95 | 04/30/2025 |
| | | APRIL-2025 INTEREST | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 3707 | McMANIMON SCOTLAND & BAUMANN | 0 | 3707 | -91,855.84 | 1,472,296.11 | 05/12/2025 |
| | | PAY INV 240544 & 240545 (PARTIAL) PER COURT ORDER | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | MAY-2025 INT | CITIZENS BANK | 0 | INTEREST | 191.62 | 1,472,487.73 | 05/31/2025 |
| | | MAY-2025 INTEREST | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | JUNE-2025 INT | CITIZENS BANK | 0 | INTEREST | 181.44 | 1,472,669.17 | 06/30/2025 |
| | | JUNE 2025 INTEREST | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 3729 | McMANIMON SCOTLAND & BAUMANN | 0 | 3729 | -100,000.00 | 1,372,669.17 | 07/24/2025 |
| | | PAY MS&B INV PER COURT ORDER DATED 7/17/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 11761588 | GETZLER HENRICH & ASSOCIATES | 0 | WIRE OUT | -72,196.40 | 1,300,472.77 | 07/30/2025 |
| | | PAYMENT OF FEES PER ORDER DATED 7/27/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 11761236 | REED SMITH LLP | 0 | WIRE OUT | -143,076.85 | 1,157,395.92 | 07/30/2025 |
| | | PAYMENT FOR FEES PER ORDER DATED 7/27/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Check | Posted | 113 | Cleared | 11761542 | GETZLER HENRICH & ASSOCIATES | 0 | WIRE OUT | -35,027.50 | 1,122,368.42 | 07/30/2025 |
| | | PAYMENT FOR FEES PER ORDER DATED 7/27/25 | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | JULY-2025 INT | CITIZENS BANK | 0 | INTEREST | 182.17 | 1,122,550.59 | 07/31/2025 |
| | | JULY-2025 INTEREST | | | | | | | | | | | |
| ☐ | 1 | Deerfield Capital, LLC - Bankruptcy Ch 1 | Receipt | Posted | 113 | | AUG-2025 INT | CITIZENS BANK | 0 | INTEREST | 142.91 | 1,122,693.50 | 08/31/2025 |
| | | AUGUST 2025 INTEREST | | | | | | | | | | | |

# DARYL F. HELLER
## Cash Receipts
### August 1 - August 31, 2025

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| **Citi Bank** | | | | | | |
| Deposit | 08/07/2025 | | | From Heller Capital Group | Income | 1,000.00 |
| Deposit | 08/13/2025 | | | From PA Iolta Board | Income | 15,000.00 |
| Deposit | 08/15/2025 | | | From Heller Capital Group | Income | 750.00 |
| Deposit | 08/21/2025 | | | From Heller Capital Group | Income | 1,000.00 |
| Deposit | 08/28/2025 | | | From Althea Management, LLC | Income | 2,000.00 |
| **Total Citi Bank** | | | | | | **19,750.00** |
| **Truist Wealth** | | | | | | |
| Deposit | 08/01/2025 | | | refund of bank fee | Bank Service Charges | 3.75 |
| Deposit | 08/04/2025 | | | refund of duplicate payment (Protective Life) | Insurance Expense | 3,175.00 |
| Deposit | 08/07/2025 | | | Deposit | Income | 1,000.00 |
| Deposit | 08/12/2025 | | | Deposit | Income | 13,500.00 |
| Deposit | 08/14/2025 | | | Deposit | Income | 500.00 |
| Deposit | 08/14/2025 | | | transfer from citi account | Transfer | 7,778.00 |
| Deposit | 08/20/2025 | | | Deposit | Income | 1,341.32 |
| Deposit | 08/21/2025 | | | Deposit | Income | 1,000.00 |
| Deposit | 08/26/2025 | | | tax refund | Income Tax Refunds | 89,697.79 |
| Deposit | 08/28/2025 | | | Deposit | Income | 2,000.00 |
| Deposit | 08/28/2025 | | | interest income Aug 2025 | Interest Income - Truist #2518 | 0.09 |
| **Total Truist Wealth** | | | | | | **119,995.95** |
| **TOTAL** | | | | | | **139,745.95** |

# DARYL F. HELLER
## Cash Disbursements
### August 1 - August 31, 2025

**Citi Bank**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 08/01/2025 | | CVS PHARMACY | | Groceries/Dining/Supplies | 19.56 |
| Check | 08/01/2025 | | Monthly Service Fee | | Bank Service Charges | 5.00 |
| Check | 08/01/2025 | | NON-CITIBANK ATM FEE | | Bank Service Charges | 7.50 |
| Check | 08/04/2025 | | RANDALI CENTRE | | Medical & Health | 350.00 |
| Check | 08/05/2025 | | APPLE.COM | | Subscriptions | 2.99 |
| Check | 08/05/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 08/05/2025 | | AskTech.support | | Heller Capital-To Be Reimbursed | 55.00 |
| Check | 08/05/2025 | | THE RISING SUN | | Meals and Entertainment | 139.54 |
| Check | 08/05/2025 | | HILTON | Heller Capital | Heller Capital-To Be Reimbursed | 289.80 |
| Check | 08/06/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 08/06/2025 | | APPLE.COM | | Subscriptions | 84.79 |
| Check | 08/08/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 08/11/2025 | | CVS PHARMACY | | Groceries/Dining/Supplies | 99.44 |
| Check | 08/11/2025 | | TURKEY HILL | | Automobile Expense | 500.00 |
| Check | 08/11/2025 | | HARVEST-411 | | Meals and Entertainment | 163.16 |
| Check | 08/12/2025 | | APPLE.COM | | Subscriptions | 0.99 |
| Check | 08/12/2025 | | ZOHO CORP. | HELLER CAPITAL | Heller Capital-To Be Reimbursed | 10.60 |
| Check | 08/12/2025 | | APPLE.COM | | Subscriptions | 13.77 |
| Check | 08/12/2025 | | MEAN CUP | | Meals and Entertainment | 15.30 |
| Check | 08/12/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 08/12/2025 | | SON'S ICE CREAM | | Meals and Entertainment | 17.34 |
| Check | 08/12/2025 | | RIPTIDE CAR WASH | | Automobile Expense | 39.21 |
| Check | 08/12/2025 | | THE RISING SUN | | Meals and Entertainment | 55.51 |
| Check | 08/12/2025 | | COMCAST | INTERNET | Computer and Internet Expenses | 281.44 |
| Check | 08/14/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 08/14/2025 | | Fee Domestic Funds Transfer | | Bank Service Charges | 25.00 |
| Check | 08/14/2025 | | Fee Domestic Funds Transfer | | Bank Service Charges | 25.00 |
| Check | 08/14/2025 | | AT&T | | Telecom/Datacom | 57.65 |
| Check | 08/14/2025 | | Outgoing Domestic Wire Transfer | TRANSFER | Transfer | 7,000.00 |
| Check | 08/14/2025 | | Outgoing Domestic Wire Transfer | TRANSFER TO TRUIST DIP ACCT TO COVER MORTGAGE | Transfer | 7,778.00 |
| Check | 08/14/2025 | | APPLE.COM | | Subscriptions | 11.65 |
| Check | 08/18/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 08/19/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 08/19/2025 | | BLUE BIRD INN | | Meals and Entertainment | 79.02 |
| Check | 08/19/2025 | | INTUIT Qbooks Payroll | | Heller Capital-To Be Reimbursed | 121.90 |
| Check | 08/21/2025 | | APPLE.COM | | Subscriptions | 12.99 |
| Check | 08/22/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 08/22/2025 | | MANNINNO'S PIZZERIA | | Meals and Entertainment | 27.76 |
| Check | 08/26/2025 | | FOREIGN ATM SURCHARGE | | Bank Service Charges | 0.35 |
| Check | 08/26/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 4.24 |
| Check | 08/26/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 6.68 |
| Check | 08/26/2025 | | MOSHTIX PTY LTD. | RECREATIONAL SERVICES | Meals and Entertainment | 11.71 |

**DARYL F. HELLER**
**Cash Disbursements**
**August 1 - August 31, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 08/26/2025 | | CODE TWO | MS 365 | Heller Capital-To Be Reimbursed | 14.42 |
| Check | 08/26/2025 | | APPLE.COM | | Subscriptions | 15.89 |
| Check | 08/26/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 22.90 |
| Check | 08/26/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 26.40 |
| Check | 08/26/2025 | | MSFT | heller capital cost | Heller Capital-To Be Reimbursed | 47.70 |
| Check | 08/26/2025 | | YOU TUBE TV | Phones, Cable, Utilities | Subscriptions | 87.97 |
| Check | 08/26/2025 | | VERIZON WIRELESS | | Telecom/Datacom | 566.85 |
| Check | 08/27/2025 | | SIRIUSXM.COM | XM Radio for multiple vehicles | Subscriptions | 59.32 |
| Check | 08/27/2025 | | NFLSHOP.COM | | Specialty Retail Store | 406.96 |
| Check | 08/28/2025 | | UBER | | Travel (Lodging/Taxi/Lyft/Uber) | 12.44 |
| Check | 08/28/2025 | | INTUIT Qbooks Payroll | | Heller Capital-To Be Reimbursed | 40.28 |
| Check | 08/29/2025 | | INCOMING WIRE TRANSFER FEE | | Bank Service Charges | 15.00 |
| Check | 08/29/2025 | | WITHDRAWAL | Dining, Groceries, Supplies | Groceries/Dining/Supplies | 403.25 |
| **Total Citi Bank** ▮▮▮▮ | | | | | | **19,151.59** |
| **Truist Wealth #2518** | | | | | | |
| Check | 07/30/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 11.40 |
| Check | 08/01/2025 | | WITHDRAWAL | | Groceries/Dining/Supplies | 403.75 |
| Check | 08/01/2025 | | CHUBB & SON | | Insurance Expense | 377.00 |
| Check | 08/01/2025 | | PROTECTIVE LIFE | | Insurance Expense | 3,175.00 |
| Check | 08/01/2025 | | BLUEVINE | HELLER CAPITAL GROUP | Heller Capital-To Be Reimbursed | 100.00 |
| Check | 08/04/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 900.00 |
| Check | 08/04/2025 | | CIROS ITALIAN | | Meals and Entertainment | 98.61 |
| Check | 08/04/2025 | | PROTECTIVE LIFE | duplicate payment (refunded same day) | Insurance Expense | 3,175.00 |
| Check | 08/07/2025 | | INTUIT Qbooks Payroll | | Heller Capital-To Be Reimbursed | 79.50 |
| Check | 08/07/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 53.23 |
| Check | 08/11/2025 | | AMERICAN AI | | Travel (Lodging/Taxi/Lyft/Uber) | 100.00 |
| Check | 08/11/2025 | | MORNING START | | Groceries/Dining/Supplies | 2.00 |
| Check | 08/11/2025 | | CARUSO'S | | Meals and Entertainment | 42.76 |
| Check | 08/12/2025 | | WFU Student Account | TUITION | Education/Tuition | 8,516.25 |
| Check | 08/13/2025 | | UBER | | Travel (Lodging/Taxi/Lyft/Uber) | 48.46 |
| Check | 08/13/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 27.61 |
| Check | 08/13/2025 | | PUFF N STUFF | | Specialty Retail Store | 63.58 |
| Check | 08/14/2025 | | ▮▮▮▮ | | Pending Fraudulent Charges | 24.99 |
| Check | 08/14/2025 | | ▮▮▮▮ | | Pending Fraudulent Charges | 49.99 |
| Check | 08/14/2025 | | HIGHMARK CPA | | Professional Fees | 1,070.16 |
| Check | 08/14/2025 | 7410 | Orrstown Bank | | Mortgage Payments | 12,886.90 |
| Check | 08/15/2025 | | TARGET | | Groceries/Dining/Supplies | 19.57 |
| Check | 08/18/2025 | | UBER | | Travel (Lodging/Taxi/Lyft/Uber) | 12.23 |
| Check | 08/18/2025 | | ▮▮▮▮ | | Pending Fraudulent Charges | 24.99 |
| Check | 08/18/2025 | | ▮▮▮▮ | | Pending Fraudulent Charges | 18.99 |
| Check | 08/18/2025 | | Yorgey's Fine Clean | | Misc Personal Srvs | 21.10 |
| Check | 08/18/2025 | | ROKU | | Computer and Internet Expenses | 12.71 |

**DARYL F. HELLER**
**Cash Disbursements**
**August 1 - August 31, 2025**

| Type | Date | Num | Name | Memo/Description | Classification | Amount |
|---|---|---|---|---|---|---|
| Check | 08/18/2025 | | VSP Vision Care | vision | Medical & Health | 66.24 |
| Check | 08/19/2025 | | | | Pending Fraudulent Charges | 9.99 |
| Check | 08/20/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 39.54 |
| Check | 08/20/2025 | | o | | Pending Fraudulent Charges | 9.99 |
| Check | 08/20/2025 | | | | Pending Fraudulent Charges | 4.99 |
| Check | 08/20/2025 | | RENTOKIL | PEST CONTROL | Repairs & Maintenance | 262.24 |
| Check | 08/21/2025 | | LYFT RIDE | | Travel (Lodging/Taxi/Lyft/Uber) | 14.50 |
| Check | 08/22/2025 | | BLUE BIRD INN | | Meals and Entertainment | 117.62 |
| Check | 08/22/2025 | | BLUE BIRD INN | | Meals and Entertainment | 133.43 |
| Check | 08/22/2025 | | MAINTENANCE FEE | | Bank Service Charges | 50.00 |
| Check | 08/25/2025 | | WITHDRAWAL | | Groceries/Dining/Supplies | 300.00 |
| Check | 08/25/2025 | | VERIZON WIRELESS | | Telecom/Datacom | 60.25 |
| Check | 08/25/2025 | | | | Pending Fraudulent Charges | 89.00 |
| Check | 08/25/2025 | | m | | Pending Fraudulent Charges | 169.00 |
| Check | 08/25/2025 | | DELTA CARE | medical insurance co-pay (Fraud marked on list) | Insurance Expense | 169.04 |
| Check | 08/26/2025 | | NETFLIX.COM | | Subscriptions | 19.07 |
| Check | 08/26/2025 | | m | | Pending Fraudulent Charges | 169.00 |
| Check | 08/26/2025 | | UTILITY BILL LASA | | Utilities - Sewer | 38.00 |
| Check | 08/27/2025 | | | | Pending Fraudulent Charges | 9.99 |
| Check | 08/27/2025 | | INTEGRITY POOLS | | Repairs & Maintenance | 105.36 |
| Check | 08/28/2025 | | S. MANDROS IMPORTED FOODS | | Groceries/Dining/Supplies | 144.56 |
| Check | 08/28/2025 | | NOVARO HEALTH | | Medical & Health | 226.00 |

Total Truist Wealth        33,523.59

**TOTAL**        52,675.18

**Daryl F. Heller**
25-11354
Period: August 1 - August 31, 2025

| | Citi Bank 0155 DIP | Truist Bank 2518 DIP | Total | Cumulative Total |
|---|---:|---:|---:|---:|
| **CASH - Beginning of Period** | $ 1,282.62 | $ 5,555.81 | $ 6,838.43 | $ 18,796.89 |
| **CASH RECEIPTS** | | | | |
| Salary or Cash from Business | 19,750.00 | 19,341.32 | 39,091.32 | 233,147.01 |
| Other Deposits (See detailed receipts) | | | - | 6,983.45 |
| Inerest or Dividend Income | | 0.09 | 0.09 | 0.53 |
| Other Reimbursements (Heller Capital expenses) | | | - | 10,185.42 |
| Social Security/Pension/Retirement | | | - | - |
| Sale of Household Assets (attach list to this report) | | | - | - |
| Tax Refunds | | 89,697.79 | 89,697.79 | 89,697.79 |
| Credits/Refunds | | 3,178.75 | 3,178.75 | 3,725.24 |
| Transfers | | 7,778.00 | 7,778.00 | 17,278.00 |
| **TOTAL RECEIPTS** | **19,750.00** | **119,995.95** | **139,745.95** | **361,017.44** |
| **CASH DISBURSEMENTS** | | | | |
| Alimony or Child Support Payments | | | - | - |
| Automobile/Vehicle Expenses | 539.21 | | 539.21 | 11,852.33 |
| Bank Fees | 137.85 | 50.00 | 187.85 | 517.85 |
| Charitable Donations | | | - | 1,618.94 |
| Computer & Internet | 281.44 | 12.71 | 294.15 | 934.13 |
| Education/Tuition | | 8,516.25 | 8,516.25 | 22,415.39 |
| Gifts | | | - | 103.50 |
| Groceries/Dining/Supplies | 522.25 | 869.88 | 1,392.13 | 12,988.57 |
| Income Taxes | | | - | - |
| Insurance | | 6,896.04 | 6,896.04 | 13,384.12 |
| IRA Contribution | | | - | - |
| Licenses, Permits, Fees | | | - | 1,577.58 |
| Meals & Entertainment | 509.34 | 392.42 | 901.76 | 14,185.50 |
| Medical/Dental/Health Payments (Include amounts to be reimbursed from HSA) | 350.00 | 292.24 | 642.24 | 6,527.58 |
| Mortgage Payment(s) | | 12,886.90 | 12,886.90 | 76,664.32 |
| Other Disbursements (Heller Capital - to be reimbursed) | 639.92 | 179.50 | 819.42 | 28,596.71 |
| Other Disbursements (pending fraudulent charges) | | 580.92 | 580.92 | 732.78 |
| Other Disbursements (prior credit card charges - closed & pre-petition expenses) | | | - | 6,359.60 |
| Other Secured Payments (Student Loan) | | | - | - |
| Parents Elderly Care | | | - | 3,000.00 |
| Personal Services | | 21.10 | 21.10 | 2,803.02 |
| Professional Fees (Legal, Accounting, Consulting) | | 1,070.16 | 1,070.16 | 2,185.16 |
| Repairs, Maintenance, & Home Services (incl. security system) | | 1,399.38 | 1,399.38 | 12,947.91 |
| Specialty Retail Stores (clothing, fashion, footwear, etc.) | 406.96 | 63.58 | 470.54 | 3,364.59 |
| Subscriptions | 349.68 | 19.07 | 368.75 | 3,185.64 |
| Taxes - Personal Property | | | - | - |
| Taxes - Real Estate | | | - | - |
| Telecom/Datacom | 624.50 | 60.25 | 684.75 | 4,952.18 |
| Transfers | 14,778.00 | | 14,778.00 | 42,278.00 |
| Travel (Lodging/Taxi/Lyft/Uber) | 12.44 | 175.19 | 187.63 | 10,277.76 |
| U.S. Trustee Quarterly Fees | | | - | 250.00 |
| Utilities (Electric, Gas, Water, Sewer/Sanitation) | | 38.00 | 38.00 | 2,201.97 |
| **TOTAL DISBURSEMENTS** | **19,151.59** | **33,523.59** | **52,675.18** | **285,905.13** |
| **CASH - End of Period** | $ 1,881.03 | $ 92,028.17 | $ 93,909.20 | $ 93,909.20 |

010/R1/04F014

Citibank Client Services    014
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**

DARYL HELLER
909 Greenside Drive
Lititz PA    17543-6607

**Statement Period**
**Aug 1 - Aug 31, 2025**

Page 1 of 8

## YOUR SIMPLIFIED BANKING ACCOUNT STATEMENT AS OF AUGUST 31, 2025

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,881.03** |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | ----- |

## Your Citibank Statement

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| June 2025 | $0 - $14,999 | None |
| July 2025 | $0 - $14,999 | None |
| August 2025 | $0 - $14,999 | None |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Non-Citi ATM Fee | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Access Account | 11638750155 | $5.00 | $2.50 | N/A | None |
| Total | | $5.00 | $2.50 | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

**Access Account**
**11638750155**

Beginning Balance: $1,282.62
Ending Balance: $1,881.03

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/01 | Monthly Service Fee | 5.00 | | |
| 08/01 | Fee for Non-Citibank ATM use | 7.50 | | |

## CHECKING ACTIVITY                                                                                      Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/01 | Debit Card Purchase 07/30 05:06p #2010<br>CVS/PHARMACY #01667   LITITZ     PA 25212<br>Food & Beverages | 19.56 | | 1,250.56 |
| 08/04 | Debit Card Purchase 07/31 11:29a #2010<br>SQ *RANDALI CENTRE   877-417-4551 PA 25213<br>Medical Services | 350.00 | | 900.56 |
| 08/05 | Debit Card Purchase 08/03 04:09a #2010<br>APPLE.COM/BILL    866-712-7753  CA 25216 | 2.99 | | |
| 08/05 | Mobile Purchase Sign Based 08/01 01:57p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25214 | 15.89 | | |
| 08/05 | Debit Card Purchase 07/30 11:58a #2010<br>AskTech.support    800-240-1371 CA 25214<br>Misc Business Services | 55.00 | | |
| 08/05 | Debit Card Purchase 08/03 01:55p #2010<br>TST*THE RISING SUN    Campbelltown PA 25216<br>Restaurant/Bar | 139.54 | | |
| 08/05 | Debit Card Purchase 07/31 05:20p #2010<br>HILTON HARRISBURG    HARRISBURG  PA 25215<br>Hotels & Motels | 289.80 | | 397.34 |
| 08/06 | Mobile Purchase Sign Based 08/04 07:19a #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25217 | 11.65 | | |
| 08/06 | Mobile Purchase Sign Based 08/04 02:57p #2010<br>D4339 APPLE.COM/BILL     CUPERTINO  CA 25217 | 84.79 | | 300.90 |
| 08/07 | Incoming Wire Transfer  WIRE FROM Heller Capital Group | | 1,000.00 | 1,300.90 |
| 08/08 | Incoming Wire Transfer Fee  INCOMING WIRE   FEE | 15.00 | | 1,285.90 |
| 08/11 | Debit PIN Purchase  CVS/PHARMACY #02 02297-LITITZ     PAUS05159 | 99.44 | | |
| 08/11 | Debit PIN Purchase<br>TURKEY HILL 0318 601 R LANCASTER    PAUS05155 | 500.00 | | |
| 08/11 | Debit Card Purchase 08/07 06:46p #2010<br>TST*HARVEST-411    Lancaster    PA 25220<br>Restaurant/Bar | 163.16 | | 523.30 |
| 08/12 | Mobile Purchase Sign Based 08/10 11:07a #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25223 | 0.99 | | |
| 08/12 | Mobile Purchase Sign Based 08/10 03:45a #2010<br>ZOHO* ZOHO-VAULT    PLEASANTON   CA 25222<br>Misc Business Services | 10.60 | | |
| 08/12 | Debit Card Purchase 08/09 12:28a #2010<br>APPLE.COM/BILL     CUPERTINO   CA 25222 | 13.77 | | |
| 08/12 | Debit Card Purchase 08/09 09:03a #2010<br>SQ *MEAN CUP     LANCASTER   PA 25222<br>Restaurant/Bar | 15.30 | | |
| 08/12 | Mobile Purchase Sign Based 08/08 01:56p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25221 | 15.89 | | |
| 08/12 | Debit Card Purchase 08/10 05:39p #2010<br>SQ *SON S ICE CREAM   East Petersbu PA 25223<br>Restaurant/Bar | 17.34 | | |
| 08/12 | Debit Card Purchase 08/08 04:05a #2010<br>CK*RIPTIDE CAR WASH LP LITITZ     PA 25221<br>Autos (rental, service, gas) | 39.21 | | |
| 08/12 | Debit Card Purchase 08/10 03:27p #2010<br>TST*THE RISING SUN    Campbelltown PA 25223<br>Restaurant/Bar | 55.51 | | |
| 08/12 | Debit Card Purchase 08/09 07:51a #2010<br>COMCAST / XFINITY    800-266-2278 PA 25222<br>Phones, Cable & Utilities | 281.44 | | 73.25 |
| 08/13 | Incoming Wire Transfer  WIRE FROM PA IOLTA BOARD | | 15,000.00 | 15,073.25 |
| 08/14 | Incoming Wire Transfer Fee  INCOMING WIRE   FEE | 15.00 | | |
| 08/14 | Fee for Domestic Funds Transfer ONLINE 019972132182435 0814[1] | 25.00 | | |
| 08/14 | Fee for Domestic Funds Transfer ONLINE 566129749334953 0814[1] | 25.00 | | |
| 08/14 | ACH Electronic Debit  ATT         PAYMENT | 57.65 | | |
| 08/14 | Outgoing Domestic Wire Transfer ONLINE 566129749334953 0814[1] | 7,000.00 | | |
| 08/14 | Outgoing Domestic Wire Transfer ONLINE 019972132182435 0814[1] | 7,778.00 | | |
| 08/14 | Debit Card Purchase 08/13 03:05a #2010<br>APPLE.COM/BILL    866-712-7753 CA 25225 | 11.65 | | 160.95 |
| 08/15 | Incoming Wire Transfer  WIRE FROM Heller Capital Group | | 750.00 | 910.95 |
| 08/18 | Incoming Wire Transfer Fee  INCOMING WIRE   FEE | 15.00 | | 895.95 |
| 08/19 | Mobile Purchase Sign Based 08/15 01:57p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25228 | 15.89 | | |
| 08/19 | Debit Card Purchase 08/17 06:56p #2010<br>BLUE BIRD INN     LEBANON    PA 25230<br>Restaurant/Bar | 79.02 | | |

**DARYL HELLER**  Account ▮▮▮▮▮  Page 3 of 8  010/R1/04F014
Statement Period - Aug 1 - Aug 31, 2025

## CHECKING ACTIVITY    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/19 | Debit Card Purchase 08/17 04:55a #2010<br>INTUIT *QBooks Online CL.INTUIT.COM CA 25229<br>Specialty Retail stores | 121.90 | | 679.14 |
| 08/21 | Incoming Wire Transfer  WIRE FROM Heller Capital Group | | 1,000.00 | |
| 08/21 | Mobile Purchase Sign Based 08/19 01:30p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25232 | 12.99 | | 1,666.15 |
| 08/22 | Incoming Wire Transfer Fee  INCOMING WIRE  FEE | 15.00 | | |
| 08/22 | Debit Card Purchase 08/19 04:23p #2010<br>TST*MANNINOS PIZZERIA Lebanon    PA 25233<br>Restaurant/Bar | 27.76 | | 1,623.39 |
| 08/26 | Foreign Transaction Fee<br>MOSHTIX PTY LTD    SYDNEY    AUS25235 | 0.35 | | |
| 08/26 | Debit Card Purchase 08/22 08:09p #2010<br>MSFT * E0700XFAUC    REDMOND    WA 25235<br>Specialty Retail stores | 4.24 | | |
| 08/26 | Mobile Purchase Sign Based 08/22 08:09p #2010<br>MSFT * E0700XFE9H    MSBILL.INFO  WA 25235<br>Specialty Retail stores | 6.68 | | |
| 08/26 | Debit Card Purchase 08/23 03:25a #2010<br>MOSHTIX PTY LTD    SYDNEY    AUS25235<br>Recreational Services | 11.71 | | |
| 08/26 | Debit Card Purchase 08/24 07:55a #2010<br>CODETWO          JELENIA GORA POL25237<br>Specialty Retail stores | 14.42 | | |
| 08/26 | Mobile Purchase Sign Based 08/22 01:57p #2010<br>D4339 APPLE.COM/BILL    866-712-7753 CA 25235 | 15.89 | | |
| 08/26 | Mobile Purchase Sign Based 08/22 08:11p #2010<br>MSFT * E0700XFAW9    MSBILL.INFO  WA 25235<br>Specialty Retail stores | 22.90 | | |
| 08/26 | Mobile Purchase Sign Based 08/22 08:09p #2010<br>MSFT * E0700XFAUD    MSBILL.INFO  WA 25235<br>Specialty Retail stores | 26.40 | | |
| 08/26 | Mobile Purchase Sign Based 08/22 08:08p #2010<br>MSFT * E0700XFFQ8    MSBILL.INFO  WA 25235<br>Specialty Retail stores | 47.70 | | |
| 08/26 | Debit Card Purchase 08/23 06:31p #2010<br>GOOGLE *YouTube TV    650-253-0000 CA 25236<br>Phones, Cable & Utilities | 87.97 | | |
| 08/26 | Debit Card Purchase 08/25 05:41a #2010<br>VZWRLSS*APOCC VISB    800-922-0204 FL 25237<br>Phones, Cable & Utilities | 566.85 | | 818.28 |
| 08/27 | Debit Card Purchase 08/26 03:57a #2010<br>SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 25238<br>Phones, Cable & Utilities | 59.32 | | |
| 08/27 | Debit Card Purchase 08/25 08:23p #2010<br>FRG*NFLSHOP.COM      JACKSONVILLE FL 25238<br>Specialty Retail stores | 406.96 | | 352.00 |
| 08/28 | Incoming Wire Transfer  WIRE FROM Althea Management, LLC | | 2,000.00 | |
| 08/28 | Mobile Purchase Sign Based 08/25 11:23p #2010<br>D4339 UBER  *TRIP    8005928996  CA 25239<br>Misc Transportation | 12.44 | | |
| 08/28 | Debit Card Purchase 08/26 08:47a #2010<br>INTUIT *QBooks Online CL.INTUIT.COM CA 25239<br>Specialty Retail stores | 40.28 | | 2,299.28 |
| 08/29 | Incoming Wire Transfer Fee  INCOMING WIRE  FEE | 15.00 | | |
| 08/29 | Cash Withdrawal 08/28 10:45p #2010<br>Non Citi ATM Community Bank    Corning    NYUS051 | 403.25 | | 1,881.03 |
| | **Total Subtracted/Added** | **19,151.59** | **19,750.00** | |

All transaction times and dates reflected are based on Eastern Time.
¹ This date reflects the actual date your transaction was credited to your account.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

| DARYL HELLER | Account | Page 4 of 8 | 010/R1/04F014 |
|---|---|---|---|
| | Statement Period - Aug 1 - Aug 31, 2025 | | |

| **CUSTOMER SERVICE INFORMATION** |
|---|

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226<br>For TTY:We accept 711 or<br>other Relay Service. | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4226 (TTY: We accept 711 or other Relay Service).

**DARYL HELLER**  Account ███████  Page 5 of 8  010/R1/04F014
Statement Period - Aug 1 - Aug 31, 2025

## Important Disclosures
Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Citibank is an Equal Housing Lender.**



© 2025 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

| | | DARYL HELLER | Account ▮▮▮▮▮▮▮ | Page 6 of 8 | 010/R1/04F014 |

Statement Period -  Aug 1 - Aug 31, 2025

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB .

    Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

    You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

    Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

    *Important:* When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.

    *Important:* On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. . As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.

3. **CAMB Balance Range Chart**

| | **Citi Priority** | **Citigold** | **Citigold Private Client** |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

DARYL HELLER                                Account [redacted]             Page 7 of 8                    010/R1/04F014
Statement Period - Aug 1 - Aug 31, 2025

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| Account Fees and Waiver Eligibility | | | | | |
|---|---|---|---|---|---|
| | **Account Fees** | | **Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply** | | |
| **Description** | **Monthly Service Fee** | **Non--Citi ATM Fee** | **Activity** | **Citigold Private Client, Citigold or Citi Priority Relationship Tiers** | **Month of account opening and for the first 3 full calendar months after account opening.** |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings Account | $0 | $0 | N/A | N/A | N/A |

\* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

DARYL HELLER                                        Account ███████  ███████        010/R1/04F014
                                                        Period - Aug 1 - Aug 31, 2025

**This page has been intentionally left blank.**



718-95-01-00 20280  1 C 001 18 S  66 002
DARYL F HELLER
CHARLENE R HELLER
909 GREENSIDE DR
LITITZ PA  17543-6607

## Your account statement
For 08/28/2025

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

### ▪ TRUIST WEALTH CHECKING

| | |
|---|---:|
| Your previous balance as of 07/29/2025 | $5,555.81 |
| Checks | - 12,886.90 |
| Other withdrawals, debits and service charges | - 20,636.69 |
| Deposits, credits and interest | + 119,995.95 |
| Your new balance as of 08/28/2025 | = $92,028.17 |

**Interest summary**

| | |
|---|---:|
| Interest paid this statement period | $0.09 |
| 2025 interest paid year-to-date | $1.01 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

### Checks

| DATE | CHECK # | AMOUNT($) |
|---|---|---:|
| 08/14 | 7410 | 12,886.90 |
| Total checks | | = $ 12,886.90 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 07/30 | DEBIT CARD PURCHASE INTEGRITY POOLS & 07-29 717-3931600     PA 5631 | 11.40 |
| 08/01 | ATM NETWORK CASH WITHDRAWAL 07-31-25 HARRISBURG      5631 PNC BANK | 403.75 |
| 08/01 | PAYMENT   CHUBB & SON XXXX 786551901504001P | 377.00 |
| 08/01 | TELEPHONE PAYMENT E-PAYMENTS PROTECTIVE LIFE P00PL0944468 | 3,175.00 |
| 08/01 | Bluevine  Heller Capital G XXXX TRUIST1390000742518 | 100.00 |
| 08/04 | DEBIT CARD PURCHASE INTEGRITY POOLS & 08-01 717-3931600     PA 5631 | 900.00 |
| 08/04 | DEBIT CARD PURCHASE TST*CIROS ITALIAN 08-01 Lancaster     PA 5631 | 98.61 |
| 08/04 | TELEPHONE PAYMENT E-PAYMENTS PROTECTIVE LIFE P00PL0944468 | 3,175.00 |
| 08/07 | DEBIT CARD RECURRING PYMT INTUIT *QBooks Onl 08-06 CL.INTUIT.COM   CA 5631 | 79.50 |
| 08/07 | DEBIT CARD PURCHASE INTEGRITY POOLS & 08-06 717-3931600     PA 5631 | 53.23 |
| 08/11 | DEBIT CARD PURCHASE AMERICAN AI 001027 08-09 PHOENIX       AZ 5631 | 100.00 |
| 08/11 | DEBIT CARD PURCHASE CPI*MORNING START 08-09 267-767-9293   PA 5631 | 2.00 |
| 08/11 | DEBIT CARD PURCHASE TST* CARUSO'S - NE 08-10 LANCASTER     PA 5631 | 42.76 |
| 08/12 | INTERNET PAYMENT WFU CHECK  WFU STUDENT ACCT 497485247 | 8,516.25 |
| 08/13 | DEBIT CARD PURCHASE UBER *TRIP HELP.UB 08-11 Sydney        5631 | 48.46 |
| 08/13 | DEBIT CARD PURCHASE INTEGRITY POOLS & 08-12 717-3931600     PA 5631 | 27.61 |
| 08/13 | DEBIT CARD PURCHASE PUFF N STUFF 08-12 SHAMOKIN DAM    PA 5631 | 63.58 |
| 08/14 | DEBIT CARD PURCHASE CROWN COINS CASINO 08-12 201-5354587    NH 5631 | 24.99 |
| 08/14 | DEBIT CARD PURCHASE CROWN COINS CASINO 08-12 201-5354587    NH 5631 | 49.99 |
| 08/14 | DEBIT CARD PURCHASE HIGHMARK CPA 08-13 https://WWW.H  PA 5631 | 1,070.16 |
| 08/15 | DEBIT CARD PURCHASE-PIN 08-14-25 ELMIRA       5631 TARGET T- 930 COUNTY R | 19.57 |

*continued*

▪ PAGE 1 OF 3

0005504

■ TRUIST WEALTH CHECKING 1390000074P518 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/18 | DEBIT CARD PURCHASE UBER *TRIP HELP.UB 08-15 Sydney         5631 | 12.23 |
| 08/18 | DEBIT CARD PURCHASE CROWN COINS CASINO 08-15 201-5354587    NH 5631 | 24.99 |
| 08/18 | DEBIT CARD PURCHASE CROWN COINS CASINO 08-15 201-5354587    NH 5631 | 18.99 |
| 08/18 | DEBIT CARD RECURRING PYMT YORGEYS FINE CLEAN 08-15 YORGEYS.COM    PA 5631 | 21.10 |
| 08/18 | DEBIT CARD RECURRING PYMT Roku for ESPN 08-16 816-2728107    DE 5631 | 12.71 |
| 08/18 | ACH CORP DEBIT FEES       VSP 800-785-0699 HELLER,DARYL CUSTOMER ID NCCD23049813152 | 66.24 |
| 08/19 | DEBIT CARD PURCHASE ███████████████████████████████ | 9.99 |
| 08/20 | DEBIT CARD PURCHASE INTEGRITY POOLS & 08-19 717-3931600     PA 5631 | 39.54 |
| 08/20 | DEBIT CARD PURCHASE ███████████████████████████████ | 9.99 |
| 08/20 | DEBIT CARD PURCHASE ███████████████████████████████ | 4.99 |
| 08/20 | DEBIT CARD PURCHASE WWP*RENTOKIL/EHRLI 08-19 866-845-6312    PA 5631 | 262.24 |
| 08/21 | DEBIT CARD PURCHASE LYFT   *RIDE TUE 2 08-20 LYFT.COM      CA 5631 | 14.50 |
| 08/22 | DEBIT CARD PURCHASE BLUE BIRD INN 08-21 702-7986400     PA 5631 | 117.62 |
| 08/22 | DEBIT CARD PURCHASE BLUE BIRD INN 08-21 702-7986400     PA 5631 | 133.43 |
| 08/22 | EFFECTIVE DATE  8-23-25 MAINTENANCE FEE | 50.00 |
| 08/25 | ATM NETWORK CASH WITHDRAWAL 08-22-25 NEW HOLLAND     5631 PNC BANK | 300.00 |
| 08/25 | DEBIT CARD PURCHASE VZWRLSS*PREPAID PY 08-23 888-294-6804    FL 5631 | 60.25 |
| 08/25 | DEBIT CARD PURCHASE ███████████████████████████████ | 89.00 |
| 08/25 | DEBIT CARD PURCHASE ███████████████████████████████ | 169.00 |
| 08/25 | RECURRING INTERNET PAYMENT PREMIUM   DeltaCare 894666995044 | 169.04 |
| 08/26 | DEBIT CARD RECURRING PYMT NETFLIX.COM 08-25 NETFLIX.COM    CA 5631 | 19.07 |
| 08/26 | DEBIT CARD PURCHASE ███████████████████████████████ | 169.00 |
| 08/26 | UTIL BILL  LASA 9000 HELLER, DARYL & CHARLE | 38.00 |
| 08/27 | DEBIT CARD PURCHASE ███████████████████████████████ | 9.99 |
| 08/27 | DEBIT CARD PURCHASE INTEGRITY POOLS & 08-26 717-3931600     PA 5631 | 105.36 |
| 08/28 | DEBIT CARD PURCHASE S. MANDROS IMPORTE 08-28 LANCASTER     PA 5631 | 144.56 |
| 08/28 | DEBIT CARD RECURRING PYMT NOVARA HEALTH 08-28 WWW.NOVARAHEA  PA 5631 | 226.00 |
| Total other withdrawals, debits and service charges | | = $20,636.69 |

Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/01 | FOREIGN ATM SURCHARGE REBATE 07-31-25 HARRISBURG     5631 PNC BANK | 3.75 |
| 08/04 | TELEPHONE PAYMENT REVERSAL   PROTECTIVE LIFE P00PL0944468 | 3,175.00 |
| 08/07 | INCOMING WIRE TRANSFER WIRE REF# 20250807-00022283 | 1,000.00 |
| 08/12 | INCOMING WIRE TRANSFER WIRE REF# 20250812-00011338 | 13,500.00 |
| 08/14 | INCOMING WIRE TRANSFER WIRE REF# 20250814-00025444 | 500.00 |
| 08/14 | INCOMING WIRE TRANSFER WIRE REF# 20250814-00021816 | 7,778.00 |
| 08/20 | MOBILE DEPOSIT | 1,341.32 |
| 08/21 | INCOMING WIRE TRANSFER WIRE REF# 20250821-00014474 | 1,000.00 |
| 08/26 | DEPOSIT | 89,697.79 |
| 08/28 | INCOMING WIRE TRANSFER WIRE REF# 20250828-00026013 | 2,000.00 |
| 08/28 | INTEREST PAYMENT | 0.09 |
| Total deposits, credits and interest | | = $119,995.95 |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

**Daryl F. Heller**
Charlene R. Heller
909 Greenside Drive
Lititz, PA 17543

Branch Banking and Trust Company
60-912/313

7410

8/11/25

PAY TO THE ORDER OF: Orrstown bank    $ 12,886 90/100

Twelve Thousand Eight Hundred Eighty Six and 90/100 — DOLLARS

MEMO: Heller mortgage

---

2025-08-14 Horizon BR#126 DR#1262
1262 126DPTEL002 UNKNOWN TRANCK
seq# 1085000559900 core seq#
runid 382a1ab4-2464-4c27-a259-657c96ad3856
tranid 7058450b-871c-e095-eead-2c015b264b9c

>FED ABA RT<
PAY TO THE ORDER OF
THE WRITTEN NAMED PAYEE
FOR DEPOSIT ONLY
ORRSTOWN BANK