| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>Email: kgwynne@reedsmith.com<br><br>*Counsel for Examiner* | |
| In re*:*<br><br>DARYL FRED HELLER,<br><br>            Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

### EXAMINER'S NOTICE OF SERVICE OF SUBPOENAS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure and Federal Rule of Civil Procedure 45, Edward A. Phillips, as Examiner, by and through his undersigned counsel, intends to serve the subpoenas, substantially in the form attached as **Exhibits A and B**, on September 26, 2025, or as soon thereafter as service may be effectuated, upon Withum Smith + Brown, PC and/or Kenneth J. DeGraw, a partner in Withum Smith + Brown, PC.

- 2 -

| | |
|---|---|
| Date: September 26, 2025 | Respectfully submitted,<br><br>By: */s/ Kurt F. Gwynne*<br>REED SMITH LLP<br>Kurt F. Gwynne<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Wilmington, DE  19801<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br><br>*Counsel for Edward A. Phillips, as Examiner* |