| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>Email: kgwynne@reedsmith.com<br><br>*Counsel for Examiner* |

| | |
|---|---|
| In re: | Case No. 25-11354 (JNP) |
| DARYL FRED HELLER, | Judge Jerrold N. Poslusny Jr. |
| Debtor. | Chapter 11 |

## NOTICE OF DEPOSITION

**To: Daryl Fred Heller**

**PLEASE TAKE NOTICE** that, Edward A. Phillips, as Examiner, by and through his undersigned counsel, hereby serves this Notice of Deposition pursuant to Federal Rules of Civil Procedure 30 and 34, made applicable to this proceeding pursuant to Rules 7030 and 7034 of the Federal Rules of Bankruptcy Procedure, on Daryl Fred Heller (the "Debtor") and requests the Debtor appear for deposition on **October 9, 2025, commencing at 10:00 a.m. (Eastern)** (the "Deposition"), at the offices of Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, to testify in connection with the Order to Show Cause entered on August 27, 2025 [D.I. No. 520].

The Deposition will continue for the time allotted in the Federal Rules of Civil Procedure. The Deposition will be recorded by stenographic and/or video means.

- 2 -

This Notice of Deposition includes a Request for Production of Documents which is attached hereto as Appendix A, and such documents should be provided to undersigned counsel no later than **October 7, 2025 @ 10:00 a.m. (Eastern)**.

Date: September 26, 2025

Respectfully submitted,

By: */s/ Kurt F. Gwynne*
REED SMITH LLP
Kurt F. Gwynne
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Wilmington, DE 19801
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Email: kgwynne@reedsmith.com

*Counsel for Edward A. Phillips, as Examiner*