Order Filed on October 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Ciardi Ciardi & Astin<br>Albert A. Ciardi, III, Esquire<br>Daniel S. Siedman, Esquire<br>1905 Spruce Street,<br>Philadelphia, PA 19103<br>Telephone:  215-557-3550<br>Facsimile:  215-557-3551<br>aciardi@ciardilaw.com<br>dsiedman@ciardilaw.com | |
| *In re:*<br><br> Daryl Fred Heller<br><br>                             Debtor. | Chapter 11<br><br>Case No. 25-11354 |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT DEERFIELD CAPITAL, LLC TO EXECUTE ITS PLEDGE AS TO HELLER INVESTMENT HOLDINGS, LLC AND GCC INVESTMENT HOLDINGS LLC

The relief set forth on the following page two (2) is hereby **ORDERED.**

**DATED: October 2, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Daryl Fred Heller
Case No.: 25-11354
Caption: Order Granting Motion for Relief From The Automatic Stay to Permit Deerfield Capital, LLC to Execute its Pledge as to Heller Investment Holdings, LLC and GCC Investment Holdings LLC
Page 2 of 2

___

Upon Consideration of the Motion for Relief from the Automatic Stay to Permit Deerfield Capital LLC to Execute its Pledge as to Heller Investment Holdings LLC and GCC Investment Holdings, LLC. ("Motion"), the Response of the Debtor, and after Notice and Hearing, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, the Deerfield Capital LLC is granted relief from the automatic stay under 11 U.S.C. Section 362 for the reasons placed on the record on September 25, 2025 at D.I. 579 to execute on its pledges of the Debtor's interests in Heller Investment Holdings, LLC and Heller Investment Holdings, LLC's interest in GCC Investment Holdings, LLC and pursue all appropriate state court remedies and rights in relation to the exercise of such pledges.

ORDERED, that the stay in FRBP 4001(a)(3) is waived.