| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, Chapter 11 Debtor and Debtor-in-Possession* | Order Filed on September 30, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DARYL FRED HELLER,<br><br>       Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

Recommended Local Form: ☐ Followed    ☒ Modified

**ORDER AUTHORIZING RETENTION OF WITHUM
SMITH + BROWN, PC AS FINANCIAL ADVISORS FOR DEBTOR**

The relief set forth on the following pages two (2) through five (5) is **ORDERED**.

**DATED: September 30, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Withum Smith + Brown PC ("Withum"), as financial advisors for the Debtor, Daryl Fred Heller, and upon the amended application and DeGraw Certification; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that Withum does not represent any adverse interest in connection with this case; and it appearing that there is due cause; it is hereby ORDERED that:

1. The Application is approved to the extent set forth herein.

2. In accordance with Bankruptcy Code section 327, the Debtor is authorized to employ and retain Withum as financial advisors effective as of September 15, 2025, as modified by this Order.

3. Withum shall apply for compensation and professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 Case in compliance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-1(a), the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Dkt. 170], and such other procedures as may be fixed by order of this Court. Withum shall keep its time in one-tenth (1/10) hour increments.

4. Withum shall provide ten (10) business days' notice of any rate increases to the United States Trustee and the Debtor before any increases in the rates set forth in the Application are implemented, and shall file a Supplemental Certification with the Court setting forth any such increases. The Debtor, the United States Trustee, and all parties-in-interest retain all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any

2

4918-0828-8621, v. 1

rate increase pursuant to section 330 of the Bankruptcy Code.

5. Notwithstanding anything in the Application or the DeGraw Certification to the contrary, Withum shall, to the extent that Withum uses the services of contract attorneys, independent contractors or subcontractors (collectively, the "Contractors") in the Chapter 11 Case, (i) pass through the cost of such Contractors at the same rate that Withum pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors (to the extent they are attorneys, accountants, or other agents) (A) are subject to the same conflict checks and disclosures as required by Withum and (B) file with the Court such disclosures required by Bankruptcy Rule 2014; and (iv) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

6. In the event that, during the pendency of the Chapter 11 Case, Withum seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be billed in one-tenth hour increments and shall be included in Withum's fee applications, both interim and final, and such invoices and time records shall be in compliance with the Local Bankruptcy Rules, and shall be subject to the U.S. Trustee Guidelines and approval of the Court under the standards of section 330 and 331 of the Bankruptcy Code, without regard to whether such attorney has been retained under section 327 of the Bankruptcy Code. Notwithstanding the foregoing, Withum shall only be reimbursed for any legal fees incurred in connection with this Chapter 11 Case to the extent permitted under applicable law. All rights are reserved to permit objection to any request for reimbursement of expenses, including but not limited to, any request for the reimbursement of legal fees of Withum's independent legal counsel.

7. Withum shall (i) comply with the requirements of Local Rule 2016-1; (ii) not seek reimbursement of any fees or costs including attorney fees and costs arising from the defense of

3

any objections to any of Withum's fee applications in this Chapter 11 Case; (iii) use billing and expense categories that are substantially similar to those set forth in the U.S. Trustee Guidelines; (iv) only bill fifty percent (50%) for non-working travel; and (v) provide any and all monthly fee statements, interim fee applications and final fee applications in "LEDES" or Excel format to the U.S. Trustee.

8. None of the fees payable to Withum shall constitute a "bonus" or fee enhancement under applicable law, except where authorized by this Order.

9. To avoid any duplication of effort and provide services to the Debtor in the most efficient and cost-effective manner, Withum shall coordinate with any additional professionals the Debtor retains regarding their respective responsibilities in the Chapter 11 Case. As such, Withum shall use its best efforts to avoid any duplication of services provided by any of the Debtor's professionals in this Chapter 11 Case

10. Any material changes to the scope of services being provided by Withum, as outlined in the Application, shall require further Court approval.

11. In the event Withum seeks to use any of its affiliates to perform services for the Debtor, the Debtor shall seek the separate retention of any such affiliates.

12. To the extent that there may be any inconsistency among the terms of the Application, the Certification and this Order, the terms of this Order shall govern.

13. Notwithstanding anything in the Application or the DeGraw Certification to the contrary, Withum shall seek reimbursement from the Debtor's estate for its engagement related expenses at Withum's actual cost paid.

14. For the avoidance of doubt, nothing in this Order shall be deemed to waive or prejudice the rights of the U.S. Trustee, any creditor or any party in interest to object to any interim

4

4918-0828-8621, v. 1

or final fee application filed by Withum, including any objections to fees and reimbursement of expenses.

15. For clarification, Withum has been paid $6,000 from Heller Capital Group and will be paid $14,000 from IEmployee Services.

16. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation, and enforcement of this Order.

4918-0828-8621, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-11354-JNP

Daryl Fred Heller  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 11

Date Rcvd: Sep 30, 2025      Form ID: pdf903      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |

Case 25-11354-JNP    Doc 585    Filed 10/02/25    Entered 10/03/25 00:15:11    Desc
Imaged Certificate of Notice    Page 7 of 16

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 11 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Christopher John Leavell
    on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com lclark@klehr.com

Christopher P. Mazza
    on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Daniel S. Siedman
    on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
    on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
    on behalf of Creditor Robert Horst dburkholder@wispearl.com tmandarino@wispearl.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
    on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Avenaero Holdings LLC dleney@archerlaw.com, ahuber@archerlaw.com

E. Richard Dressel
    on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

Edmond M. George
    on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com

Edward A. Phillips
    ephillips@getzlerhenrich.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

District/off: 0312-1                     User: admin                                      Page 3 of 11
Date Rcvd: Sep 30, 2025                  Form ID: pdf903                                  Total Noticed: 3

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Case 25-11354-JNP    Doc 585    Filed 10/02/25    Entered 10/03/25 00:15:11    Desc
Imaged Certificate of Notice    Page 9 of 16

| District/off: 0312-1 | User: admin | Page 4 of 11 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
    on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
    on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
    on behalf of Plaintiff Funders App  LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Plaintiff Reliance Financial  LLC harry@gutfleishlaw.com

Heidi J. Sorvino
    on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC
    jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com,
    dmendez@genovaburns.com

Janet Gold
    on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com;jwingfield@egalawfirm.com

Jeffrey Kurtzman
    on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
    on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
    on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
    on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jerrold S. Kulback
    on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 11 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
   on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com

Jerrold S. Kulback
   on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com

Joseph H. Lemkin
   on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 11 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A II LLC jlemkin@stark-stark.com

Case 25-11354-JNP    Doc 585    Filed 10/02/25    Entered 10/03/25 00:15:11    Desc
Imaged Certificate of Notice    Page 12 of 16

| District/off: 0312-1 | User: admin | Page 7 of 11 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
    on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kristi JoLynn Doughty
    on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors doughty@chipmanbrown.com, dero@chipmanbrown.com

Kristi JoLynn Doughty
    on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com dero@chipmanbrown.com

Kurt F. Gwynne
    on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Lane E. Brody
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff David Zook lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com,
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com,
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson
    on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com

Marc D. Miceli
       on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Marc D. Miceli
       on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
       on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner
       on behalf of Creditor Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund A V LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Defendant Prestige Fund D LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund B V LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor Prestige Fund D BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund B IV LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Defendant Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff WF Velocity I LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor Prestige Fund B VI LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund D VI LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
       on behalf of Creditor Prestige Fund A V LLC mkizner@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 9 of 11 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com

Case 25-11354-JNP    Doc 585    Filed 10/02/25    Entered 10/03/25 00:15:11    Desc
Imaged Certificate of Notice    Page 15 of 16

| District/off: 0312-1 | User: admin | Page 10 of 11 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund A LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant WF Velocity Fund V LLC mkizner@stark-stark.com

Martin J. Weis
    on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Martin J. Weis
    on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Nancy Isaacson
    on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
    on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield GP LLC nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield L.P. nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Accordo L.P. nyoung@macelree.com

Rachel A. Parisi
    on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com,
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Richard Kanowitz
    on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com

Sari Blair Placona
    on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Stephen V. Falanga
    on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com,
    chemrick@thewalshfirm.com;clupi@walsh.law

Steven J. Mitnick
    on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 11 of 11 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 3 |

William E. Craig
                    on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 249