

MARSHALL T. KIZNER
DIRECT DIAL NUMBER
609-219-7449
DIRECT FAX NUMBER
609-895-7395
E-MAIL
mkizner@stark-stark.com

October 3, 2025

*VIA ECF*
Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4C
Camden, NJ 08101

**Re:    Darly Fred Heller**
**Case No. 25-11354 (JNP)**

Dear Poslusny:

Prestige Funds will not be submitting a brief or memo and will not be appearing at the October 22 hearing.

Thank you for your attention to this matter.

Respectfully,

STARK & STARK
A Professional Corporation

BY: /s/ *Marshall T. Kizner*
       MARSHALL T. KIZNER, ESQ.

MTK/cc
cc:    All counsel of record (via ECF)