| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>Email: kgwynne@reedsmith.com<br><br>*Counsel for Examiner* |

| | |
|---|---|
| In re: | Case No. 25-11354 (JNP) |
| DARYL FRED HELLER, | Judge Jerrold N. Poslusny Jr. |
| Debtor. | Chapter 11 |

## NOTICE OF RESCHEDULED DEPOSITIONS

**PLEASE TAKE NOTICE** that the deposition of Daryl F. Heller (the "Debtor") originally scheduled for October 9, 2025 at 10:00 a.m. (Eastern) at the offices of Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, as noticed in the *Notice of Deposition* filed September 26, 2025 [Docket No. 581], has been rescheduled for **October 9, 2025 at 8:00 a.m. (Eastern)** (the "Heller Deposition") and will take place at the offices of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that the deposition of Withum Smith + Brown, PC, originally scheduled for October 13, 2025 at 10:00 a.m. (Eastern) at the offices of Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, as noticed in the *Examiner's Notice of Service of Subpoenas* filed September 26, 2025 [Docket No. 580] has been rescheduled

1

- 2 -

for **October 9, 2025, to follow after the Heller Deposition**, and will take place at the offices of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark NJ 07102**.**

| | |
|---|---|
| Date: October 3, 2025 | Respectfully submitted, |
| | By: */s/ Kurt F. Gwynne* |
| | REED SMITH LLP |
| | Kurt F. Gwynne |
| | 506 Carnegie Center, Suite 300 |
| | Princeton, NJ 08540 |
| | Wilmington, DE  19801 |
| | Telephone:  (609) 987-0050 |
| | Facsimile:  (609) 951-0824 |
| | Email:  kgwynne@reedsmith.com |
| | *Counsel for Edward A. Phillips, as Examiner* |