| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Reed Smith LLP<br>Kurt F. Gwynne, Esq.<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>Telephone:  (609) 987-0050<br>Facsimile:  (609) 951-0824<br>Email:  kgwynne@reedsmith.com<br><br>*Counsel for Examiner* | |
| In re*:*<br><br>DARYL FRED HELLER,<br><br>                Debtor. | Case No. 25-11354 (JNP)<br><br>Judge Jerrold N. Poslusny Jr.<br><br>Chapter 11 |

**CERTIFICATION OF NO OBJECTION TO SIXTH MONTHLY FEE STATEMENT OF EDWARD A. PHILLIPS, EXAMINER, FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

      The Court authorized, under D.N.J. LBR-2016-3(a), compensation to professionals on a monthly basis.  Under D.N.J. LBR 2016-3(c), objections to the Sixth Monthly Fee Statement of Edward A. Phillips (the "Applicant"), for the period from August 1, 2025 through August 31, 2025, filed on September 22, 2025  (the "Fee Statement") were to be filed and served not later than October 6, 2025.

      I, Kurt F. Gwynne, certify that as of October 7, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Fee Statement has been filed.

      Pursuant to D.N.J. LBR 2016-3, payment shall be made to the Applicant upon the filing of this Certification. Dated:  October 7, 2025.

<div style="display:flex">

Date: October 7, 2025

Respectfully submitted,

By: */s/ Kurt F. Gwynne*
REED SMITH LLP
Kurt F. Gwynne
506 Carnegie Center
Suite 300
Princeton, NJ, 08540
Telephone:  (302) 778-7500
Facsimile:   (302) 778-7575
Email:  kgwynne@reedsmith.com

*Counsel for Edward A. Phillips, as Examiner*

</div>