**MCMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to Daryl Fred Heller, Chapter 11 Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> DARYL FRED HELLER, <br><br> Debtor. | Case No. 25-11354 (JNP) <br><br> Chapter 11 |

**NOTICE TO WITHDRAW**

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Daryl Fred Heller, the Chapter 11 Debtor and Debtor-in-Possession, hereby withdraws the Motion for an Order Approving the Agreement Between the Debtor, Charlene R. Heller, and Orrstown Bank Pursuant to 9019 of the Federal Rules of Bankruptcy Procedure, filed on April 30, 2025 [ECF 213].

Dated: October 7, 2025

                                                **McMANIMON, SCOTLAND**
                                                **& BAUMANN, LLC**
                                                *Counsel to Daryl Fred Heller, Chapter 11*
                                                *Debtor and Debtor-in-Possession*

                               By:  */s/ Sari B. Placona*
                                            Sari B. Placona