**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to Daryl Fred Heller, Chapter 11 Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 25-11354 (JNP) |
| DARYL FRED HELLER, | Chapter 11 |
| Debtor. | |

**NOTICE TO WITHDRAW**

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Daryl Fred Heller, the

Chapter 11 Debtor and Debtor-in-Possession, hereby withdraws the Motion for an Order

Approving the Agreement Amongst the Debtor, Heller Capital Group, LLC, Heller Investment

Holdings, LLC and Deerfield Capital, LLC Pursuant to 9019 of the Federal Rules of Bankruptcy

Procedure, filed on May 20, 2025 [ECF 258].

Dated: October 7, 2025

                                   **McMANIMON, SCOTLAND**
                                   **& BAUMANN, LLC**
                                   *Counsel to Daryl Fred Heller, Chapter 11*
                                   *Debtor and Debtor-in-Possession*

                         By: * /s/ Sari B. Placona *
                                  Sari B. Placona