Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–11354–JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daryl Fred Heller
  909 Greenside Drive
  Lititz, PA 17543

Social Security No.:
  xxx–xx–1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              October 22, 2025
Time:                 10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*520* – Order to Show Cause why the Court should not appoint a trustee or convert the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/27/2025. Show Cause hearing to be held on 10/15/2025 at 10:00 AM at JNP – Courtroom 4C, Camden. (cmf)

and transact such other business as may properly come before the meeting.


Dated: October 8, 2025
JAN: kvr

                                                                                    Jeanne Naughton
                                                                                    Clerk