| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Kristi J. Doughty, Esq.<br>David W. Carickhoff, Esq.<br>CHIPMAN BROWN CICERO & COLE, LLP<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Phone: (302) 295-0191<br>Email: doughty@chipmanbrown.com<br>       carickhoff@chipmanbrown.com<br><br>*Attorneys for Claudia Z. Springer,*<br>*Chapter 7 Trustee of Blackford ATM Entities* | |
| In Re:<br><br>DARYL FRED HELLER,<br><br>                                  Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>**Re: Docket Nos. 520, 588, and 596** |

**JOINDER OF CLAUDIA Z. SPRINGER, CHAPTER 7 TRUSTEE OF BLACKFORD ATM VENTURES FUND D, LLC AND AFFILIATED DEBTORS, IN: SILVERVIEW CREDIT PARTNERS, LP'S (I) REPLY TO DEBTOR'S BRIEF IN SUPPORT OF WHY THE COURT SHOULD NOT APPOINT A TRUSTEE OR CONVERT THE CASE PURSUANT TO 11 U.S.C. §§ 1104(a)(1), (2), 1112(b)(1) [D.I. 588]; AND (II) MEMORANDUM OF LAW IN SUPPORT OF CONVERTING CHAPTER 11 CASE TO LIQUIDATING PROCEEDING UNDER CHAPTER 7 OR, IN THE ALTERNATIVE, APPOINTING CHAPTER 11 TRUSTEE**

Claudia Z. Springer, solely in her capacity as the chapter 7 trustee (the "Chapter 7 Trustee") of the bankruptcy estates of Blackford ATM Ventures Fund D, LLC, Blackford ATM Ventures Fund M II, LLC, Blackford ATM Ventures Fund M IV, LLC, Blackford ATM Ventures Fund M, LLC, Blackford ATM Ventures Fund M V, LLC, and Blackford ATM Ventures, LLC (collectively, the "Blackford ATM Entities"), by and through her undersigned counsel, hereby joins (the "Joinder") in, incorporates by references, and adopts *Silverview Credit Partners, LP's (I) Reply To Debtor's Brief In Support Of Why The Court Should Not Appoint A Trustee Or Convert The Case Pursuant To 11 U.S.C. §§ 1104(a)(1), (2), 1112(b)(1) [D.I. 588]; And (II)*

*Memorandum Of Law In Support Of Converting Chapter 11 Case To Liquidating Proceeding Under Chapter 7 Or, In The Alternative, Appointing Chapter 11 Trustee* (the "Silverview Reply") [D.I. 596]. For the reasons set forth in the Silverview Reply, the Chapter 7 Trustee respectfully requests that this Court convert this chapter 11 case to a case under chapter 7 or, in the alternative, appoint a chapter 11 trustee:

## JOINDER AND RESERVATION OF RIGHTS

1. The Chapter 7 Trustee joins in, incorporates by reference, and adopts as her own the Silverview Reply filed by Silverview Credit Partners, LP ("Silverview"). For the reasons set forth more fully in the Silverview Reply, the Chapter 7 Trustee respectfully submits that this case should be converted to a case under chapter 7 or, in the alternative, that a chapter 11 trustee should be appointed.

2. Nothing in this Joinder is intended to be, nor should be construed as, a waiver by the Chapter 7 Trustee of any of her rights under the Bankruptcy Code or applicable law. The Chapter 7 Trustee expressly reserves all such rights, including, without limitation, the right to supplement and/or amend this Joinder and assert any further arguments as this Court deems necessary or appropriate.

4898-8449-4449, v. 1

## **CONCLUSION**

**WHEREFORE**, for the reasons set forth above, the Chapter 7 Trustee respectfully requests that this Court enter an order converting this chapter 11 case to a case under chapter 7 or, in the alternative, appointing a chapter 11 trustee, and granting such other and further relief as the Court deems just and proper.

Dated:  October 8, 2025

**CHIPMAN BROWN CICERO & COLE, LLP**
*Attorneys for Claudia Z. Springer,*
*Chapter 7 Trustee of Blackford ATM Entities*


By: */s/ Kristi J. Doughty*
    Kristi J. Doughty