# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Gerard S. Catalanello**                Direct Dial: **+1 212 210 9509**                Email: **Gerard.Catalanello@alston.com**

October 9, 2025

VIA ELECTRONIC FILING

Honorable Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4C
Camden, New Jersey 08101

Re:   *In re Daryl Fred Heller*, Case No. 25-11354
      Silverview Credit Partners, LP's ("Silverview") Response to the "Debtor Letter",
      dated October 9, 2025 [D.I. 598][1]

Dear Judge Poslusny,

    As this Court is aware, by Order to Show Cause, dated August 27, 2025 [D.I. 520], the Court ***directed the Debtor*** to show cause why this case should not be converted to a liquidating proceeding under chapter 7 or, in the alternative, why a chapter 11 trustee should not be appointed. Responses explaining why the case should ***not*** be converted or a trustee appointed were due on October 3, 2025—a position that Silverview does ***not*** share. It is the Debtor, not Silverview, who bears the burden of responding to that directive. The Silverview Reply, timely filed on October 8, 2025, appropriately presented the contrary view: that cause exists under 11 U.S.C. § 1112(b) to convert this case or, at a minimum, to appoint a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a).

    For all of the reasons set forth in our prior submissions, and as evidenced here again, conversion to a chapter 7 or, in the alternative, appointment of a chapter 11 trustee, remains both appropriate and necessary.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Debtor Letter.

*In re Daryl Fred Heller*, Case No. 25-11354
October 9, 2025
Page 2

Respectfully submitted,

Dated: October 9, 2025              **ALSTON & BIRD LLP**

                                   By: */s/ Gerard S. Catalanello*
                                   _____
                                   Gerard S. Catalanello, Esq.
                                   James J. Vincequerra, Esq. *(*admitted *pro hac vice)*
                                   Seth M. Cohen (admitted *pro hac vice*)
                                   Kimberly J. Schiffman, Esq. *(*admitted *pro hac vice)*
                                   Jonathan P. Wieder (admitted *pro hac vice*)
                                   90 Park Avenue
                                   15th Floor
                                   New York, New York 10016-1387
                                   Telephone: (212) 210-9400
                                   Facsimile: (212) 210-9444
                                   Email: Gerard.Catalanello@alston.com
                                          James.Vincequerra@alston.com
                                          Seth.Cohen@alston.com
                                          Kimberly.Schiffman@alston.com
                                          Jonathan.Wieder@alston.com

                                   *– and –*

                                   Enrique Chaljub Garcia, Esq. *(*admitted *pro hac
                                   vice)*
                                   1201 West Peachtree Street
                                   Atlanta, Georgia 30309
                                   Telephone: (404) 881-7000
                                   Facsimile: (404) 881-7777
                                   Email: Enrique.Chaljub@alston.com


                                   *Counsel to Silverview Credit Partners, LP*



cc: Counsel for the Debtor (Via Email)