<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Daryl Fred Heller, the Chapter 11 Debtor*
*and Debtor-in-Possession*

</td></tr>
</table>

| In re: | Chapter 11 |
|---|---|
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

**EIGHTH MONTHLY FEE STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN,**
**LLC, COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION**
<u>**FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**</u>

McManimon, Scotland & Baumann, LLC, counsel for the above-captioned debtor and

debtor-in- possession, hereby submits this Eighth Monthly Fee Statement for the period from

September 1, 2025 through September 30, 2025 (the "Fee Period"), pursuant to the Administrative

Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and

Reimbursement of Expenses of Professionals Retained by Order of this Court, entered on April 3,

2025 [Docket No. 170].  See coversheet attached as **<u>Exhibit A</u>** and invoice for the Fee Period

attached as **<u>Exhibit B</u>**.

Dated: October 9, 2025

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
*Counsel for Daryl Fred Heller, the Chapter 11*
*Debtor and Debtor-in-Possession*

By: */s/ Sari B. Placona*
    Sari B. Placona

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor:    Daryl Fred Heller        Applicant:  McManimon, Scotland & Baumann, LLC

Case No.: 25-11354 (JNP)        Client:     Daryl Fred Heller

Chapter:  11                Case Filed:  February 10, 2025

**EIGHTH MONTHLY FEE STATEMENT FOR MCMANIMON,**
**SCOTLAND & BAUMANN, LLC FOR THE PERIOD**
**FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

**SECTION 1**
**FEE SUMMARY**

| | |
|---|---:|
| **FEE TOTALS:** | **$68,129.00** |
| **DISBURSEMENT TOTALS:** | **$867.60** |
| **TOTAL:** | **$68,996.60** |
| **MINUS 20% HOLDBACK OF FEES:** | **($13,625.80)** |
| **AMOUNT SOUGHT IN 5th MONTHLY:** | **$55,370.80** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Anthony Sodono, III, Partner | 1990 | 25.60 | 725.00 | 18,560.00 |
| 2.  Andrea Dobin, Partner | 1990 | 2.80 | 560.00 | 1,568.00 |
| 3.  Joshua H. Raymond, Partner | 1996 | .10 | 560.00 | 56.00 |
| 4.  Sari B. Placona, Partner | 2014 | 44.60 | 525.00 | 23,415.00 |
| 5.  John Stern, Associate | 2019 | 26.90 | 300.00 | 8,070.00 |
| 6.  Scott D. Platton, Associate | 2021 | 46.00 | 285.00 | 13,110.00 |
| 7.  Isabelle Fisher, Summer Associate | N/A | 13.40 | 250.00 | 3,350.00 |
| **TOTAL:** | | **159.40** | | **$68,129.00** |

4923-1574-8209, v. 1

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **Asset Analysis and Recovery**<br><br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.00 | 0.00 |
| **Asset Disposition**<br><br>Sales, leases, abandonment and related transaction work | 0.00 | 0.00 |
| **Avoidance Action Litigation**<br><br>Preference and fraudulent transfer litigation. | 0.00 | 0.00 |
| **Business Operations**<br><br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.00 | 0.00 |
| **Case Administration**<br><br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 68.40 | 34,997.50 |
| **Claims Administration and Objections**<br><br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | .10 | 52.50 |
| **Employee Benefits/Pensions**<br><br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.00 | 0.00 |
| **Fee/Employment Applications**<br><br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 10.00 | 4,285.00 |
| **Fee/Employment Objections**<br><br>Review of an objections to the employment and fee applications of others. | 1.70 | 1,152.50 |
| **Financing**<br><br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 0.00 | 0.00 |

3

4923-1574-8209, v. 1

| | | |
|---|---|---|
| **Litigation**<br><br>    Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 24.40 | 9,768.50 |
| **Meetings of Creditors**<br><br>    Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 0.00 | 0.00 |
| **Plan and Disclosure Statement**<br><br>    Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.00 | 0.00 |
| **Relief from Stay Proceedings**<br><br>    Matters relating to termination or continuation of automatic stay under 362 | 6.90 | 2,767.50 |
| **Accounting/Auditing**<br><br>    Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.00 | 0.00 |
| **Business Analysis**<br><br>    Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.00 | 0.00 |
| **Corporate Finance**<br><br>    Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.00 | 0.00 |
| **Data Analysis**<br><br>    Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | .90 | 652.50 |
| **Litigation Consulting**<br><br>    Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.00 | 0.00 |
| **Reconstruction Accounting**<br><br>    Reconstructing books and records from past transactions and brining accounting current. **(We used this code for the matters pertaining to the Appeal** | 45.80 | 13,823.00 |

4

| | | |
|---|---|---|
| **Tax Issues**<br>    Analysis of tax issues and preparation of state and federal tax returns. | 0.00 | 0.00 |
| **Valuation**<br>    Appraise or review appraisals of assets. | 0.00 | 0.00 |
| **Travel Time** | 1.20 | 630.00 |
| **SERVICE TOTALS:** | **159.40** | **$68,129.00** |

5

4923-1574-8209, v. 1

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Filing Fees**<br>    Payable to the Clerk of the Court | 34.00 |
| **Computer Assisted Legal Research**<br>    Westlaw, Lexis and a description of manner calculated. | 375.90 |
| **Pacer Fees**<br>    Payable to the Pacer Service Center for search and/or print. | 203.30 |
| **In-house Reproduction Services**<br>    Exclusive of overhead charges. | 48.00 |
| **Other Research**<br>    Title searches, UCC searches, Asset searches, Accurint. | 0.00 |
| **Travel**<br>    Mileage, tolls, airfare, parking. | 122.80 |
| **Courier & Express Carriers**<br>    Overnight and personal delivery. | 0.00 |
| **Postage** | 83.60 |
| **Other:** | 0.00 |
| **DISBURSEMENTS TOTAL:** | **$867.60** |

I certify under penalty of perjury that the above is true.

Dated: October 9, 2025                         */s/ Sari B. Placona*
                                                Sari B. Placona

6

4923-1574-8209, v. 1

# EXHIBIT B

**MS&B**  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

October 8, 2025

Daryl Heller

| | |
|---|---|
| Invoice #: | 249420 |
| Client #: | 35240 |
| Matter #: | 1 |
| Billing Attorney: | SBP |

## INVOICE SUMMARY

For Professional Services Rendered Through September 30, 2025.

**RE:   Deerfield Capital, LLC - Bankruptcy Chapter 11**

| | |
|---|---|
| Total Professional Services | $ 68,129.00 |
| Total Disbursements | $ 867.60 |
| **TOTAL THIS INVOICE** | **$ 68,996.60** |

McManimon, Scotland & Baumann, LLC
Newark - Roseland – Trenton – New York

## McManimon Scotland & Baumann, LLC

Invoice #: 249420                                            October 8, 2025

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/01/25 | SBP | Call with H Sorvino and S Hewitt re examiner report | .60 | 315.00 |
| 9/01/25 | SBP | Communicate with N Isaacson re Illinois notice of intent to collect | .10 | 52.50 |
| 9/01/25 | SBP | Review Prestige mmeo in support of motion to strike answer in 25-1128 | .20 | 105.00 |
| 9/01/25 | SBP | Review Prestige mmeo in support of motion to strike answer in 25-1199 | .20 | 105.00 |
| 9/02/25 | AS1 | Communicate with Weiss re settlement | .30 | 217.50 |
| 9/02/25 | AS1 | Communicate with Sari B. Placona and Daryl Heller re Accord order and revise | .30 | 217.50 |
| 9/02/25 | IDF | Begin research re acts prior to bankruptcy. | .60 | 150.00 |
| 9/02/25 | JDS | Review State Court docket with creditor silverview and confirm certain procedural aspects, send status email to S. Placona. | .40 | 120.00 |
| 9/02/25 | SBP | Revise opposition to Silverview motion to strike answer | .20 | 105.00 |
| 9/02/25 | SBP | Revise opposition to Silverview motion not to proceed to mediation | .20 | 105.00 |
| 9/02/25 | SBP | Call with M Weis re status of Prince Street sale | .20 | 105.00 |
| 9/03/25 | AS1 | Zoom call with client and Sari B. Placona e strategy, plan, examiner issues | .70 | 507.50 |
| 9/03/25 | IDF | Continue research re: prior acts not considered in trustee appt. | 1.30 | 325.00 |
| 9/03/25 | IDF | Continue research, review examiner's report. | .20 | 50.00 |
| 9/03/25 | JDS | Revise Opposition to Deerfield Motion Stay Relief Execute Pledge. | .90 | 270.00 |
| 9/03/25 | JDS | Draft Opposition to Deerfield Motion Stay Relief Execute Pledge. | 1.00 | 300.00 |
| 9/03/25 | JDS | Review Deerfield Motion for Stay Relief in order to draft opposition. | .70 | 210.00 |
| 9/03/25 | JHR | Reviewed status of proceedings and Order to Show Cause hearing. | .10 | 56.00 |
| 9/03/25 | SBP | Call with client and H Sorvino re HIH stay relief | .70 | 367.50 |
| 9/03/25 | SBP | Call with Alston Byrd re status | .20 | 105.00 |
| 9/03/25 | SBP | Call with J Rand re Zook litigation | .20 | 105.00 |
| 9/03/25 | SBP | Call with K Gwyne re funds | .20 | 105.00 |
| 9/03/25 | SBP | Call with C Adams re status of indictment | .20 | 105.00 |
| 9/03/25 | SDP | Receipt and review of EDPA indictment/charging documents and docket. | 1.00 | 285.00 |
| 9/04/25 | AS1 | Call with Sari B. Placona and M. weiss re summary judgment motion | .40 | 290.00 |
| 9/04/25 | SBP | Discuss payment of fees with G Colson | .10 | 52.50 |
| 9/04/25 | SBP | Call with C Adams re status | .30 | 157.50 |
| 9/04/25 | SBP | Review and revise opposition to Deerfield motion for stay relief against HIH | .20 | 105.00 |
| 9/04/25 | SBP | Review and revise letter to court re MFS for Examiner and MSB | .20 | 105.00 |
| 9/04/25 | SBP | Call with M Weis and A Sodono re status of funds and holdback | .20 | 105.00 |

# McManimon Scotland & Baumann, LLC

Invoice #: 249420                                                     October 8, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 9/05/25 | JDS | Draft 9014 deposition to Examiner including relevant document production questions. | 1.10 | 330.00 |
| 9/05/25 | JDS | Revise 9014 deposition to Examiner including relevant document production questions. | .50 | 150.00 |
| 9/05/25 | JDS | Draft trial subpoena to Examiner. | .40 | 120.00 |
| 9/05/25 | JDS | Revise tral subpoena to Examiner. | .20 | 60.00 |
| 9/05/25 | SBP | Travel to EDPA for detention hearing (1.3 real time) | .60 | 315.00 |
| 9/05/25 | SBP | Appear in court at detention hearing | 6.00 | 3,150.00 |
| 9/05/25 | SBP | Travel from court in EDPA to home (1.3 real time) | .60 | 315.00 |
| 9/05/25 | SBP | Meeting with client and C Adams re bankruptcy strategy | 1.50 | 787.50 |
| 9/05/25 | SDP | Follow-up w/Lancaster CCP for transcripts. | .20 | 57.00 |
| 9/05/25 | SDP | Receipt of PDF copies of transcripts for appeal. | .10 | 28.50 |
| 9/05/25 | SDP | Begin review of November hearing transcript. | 1.50 | 427.50 |
| 9/07/25 | IDF | Continue research re appointment of trustee. | .50 | 125.00 |
| 9/07/25 | SBP | Revise trial subpoena to examiner | .10 | 52.50 |
| 9/08/25 | AS1 | Communicate with D. Heller re Chicago Atlantic and sale of property | .30 | 217.50 |
| 9/08/25 | AS1 | Call with Daryl Heller, Heidi Sorvino and Sari B. Placona re strategy, status, litigation, examiner issues, proofs and financials | 1.30 | 942.50 |
| 9/08/25 | SBP | Call with M Weis re Orrstown settlement | .20 | 105.00 |
| 9/08/25 | SBP | Call with A Sodono, client, and H Sorvino re strategy | 1.30 | 682.50 |
| 9/08/25 | SBP | Call with H Sorvino, S Hewitt, and E Lee re FA report | .30 | 157.50 |
| 9/08/25 | SDP | Review of November court transcripts for appeal. | 2.50 | 712.50 |
| 9/08/25 | SDP | Review of lower court filings related to November contempt hearing. | 2.50 | 712.50 |
| 9/08/25 | SDP | Internal email discussion re appeal status. | .30 | 85.50 |
| 9/09/25 | SBP | Call with Withum, client, and H Sorvino re report of examiner | .30 | 157.50 |
| 9/09/25 | SBP | Email with D Leney re JSO for Steward litigation | .10 | 52.50 |
| 9/09/25 | SBP | Call with client, H Sorvino and Glass Ratner re report | .30 | 157.50 |
| 9/09/25 | SDP | Review of lower court contempt pleadings related to December 6 hearing. | 2.00 | 570.00 |
| 9/09/25 | SDP | Review of Dec 6 lower court transcripts. | 3.00 | 855.00 |
| 9/10/25 | JDS | Confirm correct service for deposition and trial subpoenas. | .10 | 30.00 |
| 9/10/25 | JDS | Draft Notices of Depositions and Requests for Documents pursuant to 9014 to Buck Joffrey, David Zook, William Poole, and Jeffrey Hostetter in conneciton Examiner's reports. | .60 | 180.00 |
| 9/10/25 | JDS | Revise draft Notices of Depositions and Requests for Documents pursuant to 9014 to Buck Joffrey, David Zook, William Poole, and Jeffrey Hostetter in conneciton Examiner's reports. | .30 | 90.00 |
| 9/10/25 | JDS | Draft rule 2004 subpoenas to Examiner and David Zook, Jerry Hostetter, William Poole, and Jeffrey Buck. | 1.00 | 300.00 |

## McManimon Scotland & Baumann, LLC

Invoice #: 249420                                                                October 8, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/10/25 | JDS | Revise rule 2004 subpoenas to Examiner and David Zook, Jerry Hostetter, William Poole, and Jeffrey Buck. | .40 | 120.00 |
| 9/10/25 | SBP | Email client re bank accounts | .10 | 52.50 |
| 9/10/25 | SBP | Email with client re gift disclosure amendment | .10 | 52.50 |
| 9/10/25 | SBP | Call with J Voss re trustee hearing | .20 | 105.00 |
| 9/10/25 | SBP | Call with H Sorvino and Glass Rather re examiner report | .40 | 210.00 |
| 9/10/25 | SBP | Review letter from J Voss re deposition to debtor | .10 | 52.50 |
| 9/10/25 | SBP | Review letter from J Voss re gift disclosures | .10 | 52.50 |
| 9/10/25 | SBP | Call with client re trustee hearing | .20 | 105.00 |
| 9/10/25 | SBP | Revise deposition notices to fund managers | .20 | 105.00 |
| 9/10/25 | SBP | Call with J Voss re subpoenas | .20 | 105.00 |
| 9/10/25 | SBP | Email with J Voss re subpoenas | .20 | 105.00 |
| 9/10/25 | SDP | Review of 12/6 transcript. | 1.00 | 285.00 |
| 9/10/25 | SDP | Review of lower court pleadings for 12/30 contempt hearing. | 2.00 | 570.00 |
| 9/10/25 | SDP | Review of 12/30 transcripts. | 2.50 | 712.50 |
| 9/11/25 | AS1 | Analyze case law re examiner issue and trustee | .80 | 580.00 |
| 9/11/25 | AS1 | Research cause re examiner/trustee issue | .60 | 435.00 |
| 9/11/25 | IDF | Update supervising atty on current research. | .10 | 25.00 |
| 9/11/25 | IDF | Confirm factual basis of research. | .10 | 25.00 |
| 9/11/25 | IDF | Continue research re: trustee appt. | .10 | 25.00 |
| 9/11/25 | IDF | Continue research re: trustee appt. | 2.10 | 525.00 |
| 9/11/25 | IDF | Continue research re: trustee appt. | 3.20 | 800.00 |
| 9/11/25 | SBP | Review J Voss proposal on trustee hearing | .10 | 52.50 |
| 9/11/25 | SBP | Call with H Sorvino, client and Glass Ratner re examiner report | .90 | 472.50 |
| 9/11/25 | SBP | Review letter from M Weis to court re Orrstown settlement | .10 | 52.50 |
| 9/11/25 | SBP | Call with J Sponder re case status | .30 | 157.50 |
| 9/11/25 | SBP | Call with client and S Lipstein re amendments to petition | .40 | 210.00 |
| 9/11/25 | SBP | Call with client and H Sorvino re examiner report | .20 | 105.00 |
| 9/11/25 | SBP | Call with client re examiner report response | .40 | 210.00 |
| 9/12/25 | AS1 | Zoom call with Sari B. Placona and Heidi Sorvino re trustee issues and cause | 1.30 | 942.50 |
| 9/12/25 | AS1 | Review Silverview letter reply | .20 | 145.00 |
| 9/12/25 | AS1 | Discuss with Sari B. Placona Silverview letter reply | .20 | 145.00 |
| 9/12/25 | IDF | Conduct research re ponzi scheme. | 1.20 | 300.00 |
| 9/12/25 | IDF | Continue research re Ponzi scheme. | 2.80 | 700.00 |
| 9/12/25 | JDS | Draft letter response to Silverview letter statement. | 1.90 | 570.00 |
| 9/12/25 | JDS | Review Silverview letter statement in order to draft response. | .30 | 90.00 |

## McManimon Scotland & Baumann, LLC

Invoice #: 249420

October 8, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/12/25 | JDS | Revise letter in response to Silverview letter statement. | .30 | 90.00 |
| 9/12/25 | SBP | Call with client and S Lipstein re amendments | .40 | 210.00 |
| 9/12/25 | SBP | Call with client, A Sodono, C Adams, and Withum re examiner report | .70 | 367.50 |
| 9/12/25 | SBP | Call with A Sodono, client, and C Adams re Prestige funds | .80 | 420.00 |
| 9/12/25 | SBP | Call with client re gift disclosures for amendment | .20 | 105.00 |
| 9/12/25 | SBP | Revise letter to court in reply to Silverview letter to court re trustee | .20 | 105.00 |
| 9/12/25 | SDP | Complete transcript review. | 2.50 | 712.50 |
| 9/13/25 | SBP | Call with H Sorvino and client re Prestige Funds | .20 | 105.00 |
| 9/13/25 | SBP | Call with J Voss and H Sorvino re Prestige Funds | .20 | 105.00 |
| 9/13/25 | SBP | Call with client re status | .30 | 157.50 |
| 9/15/25 | AD | Conference with S Placona re moving forward with appeal. | .10 | 56.00 |
| 9/15/25 | AD | Conference with S Platton re finishing review of transcripts; preparing appendix, etc. | .20 | 112.00 |
| 9/15/25 | AS1 | Analyze Withum retention order and application | .50 | 362.50 |
| 9/15/25 | AS1 | Communicate with Sari B. Placona re Frestige standstill | .20 | 145.00 |
| 9/15/25 | AS1 | Call with Daryl Heller, Sari B. Placona and Heidi Sorvino re trustee standard | .40 | 290.00 |
| 9/15/25 | AS1 | Call with Daryl Heller and C. Adams re strategy, status, litigation issues | .40 | 290.00 |
| 9/15/25 | AS1 | Call with Kobs re operations | .20 | 145.00 |
| 9/15/25 | SBP | Call with client and S Lipstein re amendments to schedules | .40 | 210.00 |
| 9/15/25 | SBP | Call with K Gwynee re deposition of examiner | .20 | 105.00 |
| 9/15/25 | SBP | Review K DeGraw Certification re retention | .10 | 52.50 |
| 9/15/25 | SBP | Call with client and H Sorvino re Glorious sale | .20 | 105.00 |
| 9/15/25 | SBP | Discuss examiner report with A Sodono | .20 | 105.00 |
| 9/15/25 | SBP | Revise letter to court responding to Silverview letter | .20 | 105.00 |
| 9/15/25 | SBP | Review bank accounts for debtor and business accounts | .20 | 105.00 |
| 9/15/25 | SBP | Email with A Ciardi re Glorious sale | .10 | 52.50 |
| 9/15/25 | SBP | Call with client and K DeGraw re examiner response | .20 | 105.00 |
| 9/15/25 | SBP | Draft response email to J Voss re settlement | .10 | 52.50 |
| 9/15/25 | SBP | Call with client re Voss emails on trustee hearing | .20 | 105.00 |
| 9/15/25 | SBP | Call with A Ciardi re trustee appointment | .10 | 52.50 |
| 9/15/25 | SBP | Review legal research re appointment of trustee | .30 | 157.50 |
| 9/15/25 | SBP | Revise application to retain Withum as financial advisor | .20 | 105.00 |
| 9/15/25 | SBP | Email with J Voss re trustee hearing | .10 | 52.50 |
| 9/15/25 | SBP | Call with J Voss re settlement on trustee hearing | .10 | 52.50 |
| 9/15/25 | SBP | Call with H Sorvino and J Voss re status of trustee hearing | .20 | 105.00 |
| 9/15/25 | SBP | Review settlement proposal from J Voss | .20 | 105.00 |

5

# McManimon Scotland & Baumann, LLC

Invoice #: 249420                                                    October 8, 2025

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/15/25 | SDP | Discuss appeal status w/AD. | .20 | 57.00 |
| 9/15/25 | SDP | Assemble record (transcripts, docs from lower court docket etc) | 1.20 | 342.00 |
| 9/16/25 | AD | Review analysis of brief structure; conference with S Platton re structure and strategy for briefing. | 1.20 | 672.00 |
| 9/16/25 | SBP | Email with M Weiss re Withum retention | .10 | 52.50 |
| 9/16/25 | SBP | Email with J Sponder re Withum retention | .10 | 52.50 |
| 9/16/25 | SBP | Review email from client re response to Voss | .10 | 52.50 |
| 9/16/25 | SBP | Draft email to J Voss with proposal for trustee hearing | .10 | 52.50 |
| 9/16/25 | SBP | Communicate with J Sponder re Withum retention | .10 | 52.50 |
| 9/16/25 | SBP | Email with J Voss re trustee hearing | .20 | 105.00 |
| 9/16/25 | SBP | Call with client re status of case | .20 | 105.00 |
| 9/16/25 | SDP | Case strategy discussion w/AD re appellate brief structure. | 1.00 | 285.00 |
| 9/16/25 | SDP | Case law research (5th Amendment issues). | 4.00 | 1,140.00 |
| 9/17/25 | AD | Conference with S Platton re comparing issues on appeal to our designed approach - dealing with standard of appellate review. | .30 | 168.00 |
| 9/17/25 | AD | Review calculation of $2,050mm sanction as described in pleadings; conference with S Platton re challenge to retroactive imposition of civil sanctions. | .80 | 448.00 |
| 9/17/25 | AD | Conference with S Platton re progress on research. | .20 | 112.00 |
| 9/17/25 | JDS | Draft supplemental certification in support of Retention of Professional. | 1.00 | 300.00 |
| 9/17/25 | JDS | Review email thread pertaining to United States Trustee's request for supplemental informaiton for Retention of Professional, in order to draft supplemental certification in support. | .30 | 90.00 |
| 9/17/25 | JDS | Revise supplemental certification in support of Retention of Professional. | .30 | 90.00 |
| 9/17/25 | JDS | Review second draft of amended application for retention of professional for financial advisor and edit for filing. | .90 | 270.00 |
| 9/17/25 | JDS | Further revise amended application of professional pursuant to updated information from finanical advisor. | 1.00 | 300.00 |
| 9/17/25 | JDS | Phone call with financial advisor to discuss objection to retention application. | .30 | 90.00 |
| 9/17/25 | SBP | Review summons from Commonwealth of PA for underpay tax | .10 | 52.50 |
| 9/17/25 | SBP | Email with J Wieder re deposition | .10 | 52.50 |
| 9/17/25 | SBP | Call with client and H Sorvino re Glorious | .40 | 210.00 |
| 9/17/25 | SBP | Call with M Fencer and H Sorvino re Glorious sale | .40 | 210.00 |
| 9/17/25 | SBP | Discuss retention of withum with H Sorvino | .20 | 105.00 |
| 9/17/25 | SBP | Call with client and H Sorvino re Fencer call | .30 | 157.50 |
| 9/17/25 | SBP | Review and revise supplemental certification of K DeGraw for Withum retention | .20 | 105.00 |
| 9/17/25 | SDP | Discussion re statement of errors complained on appeal. | .30 | 85.50 |

# McManimon Scotland & Baumann, LLC

Invoice #: 249420                                                          October 8, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/18/25 | AS1 | Communicate with Clark re discover issues | .20 | 145.00 |
| 9/18/25 | AS1 | Call with Daryl Heller to discuss strategy, cause, and trustee | .30 | 217.50 |
| 9/18/25 | AS1 | Review and analyze objection to accountant retention | .30 | 217.50 |
| 9/18/25 | AS1 | Call with Daryl Heller re business operations and ordinary course K1s | .30 | 217.50 |
| 9/18/25 | AS1 | Communicate with Sari B. Placona re Accountatn objection | .40 | 290.00 |
| 9/18/25 | SBP | Email with client re court notice re orrstown settlement | .10 | 52.50 |
| 9/18/25 | SBP | Review court notice re Silverview letter re trustee | .10 | 52.50 |
| 9/18/25 | SBP | Email with M Weis re Orrstown objection to Withum retention | .10 | 52.50 |
| 9/18/25 | SBP | Review Orrstown objection to Withum retention | .10 | 52.50 |
| 9/18/25 | SBP | Review emails from J Voss re settlement on trustee hearing | .20 | 105.00 |
| 9/18/25 | SBP | Review Silverview objection to retention of Withum | .20 | 105.00 |
| 9/18/25 | SBP | Attend hearing on Withum retention | .60 | 315.00 |
| 9/18/25 | SBP | Call with H Sorvino and A Ciardi re glorious sale | .20 | 105.00 |
| 9/19/25 | AS1 | Call with Daryl Heller, Sari B. Placona and Heidi Sorvino re strategy, litigation, nondischarge, cause | 1.50 | 1,087.50 |
| 9/19/25 | AS1 | Communicate with Weiss re fiscal agent retention | .20 | 145.00 |
| 9/19/25 | AS1 | Communicate with Daryl Heller re Accord sale and swap issues | .40 | 290.00 |
| 9/19/25 | AS1 | Communicate with Sari B. Placona re Silverview objection to Degraw | .20 | 145.00 |
| 9/19/25 | AS1 | Review Orrstown objection to Withum retention | .20 | 145.00 |
| 9/19/25 | AS1 | Communicate with Sari B. Placona Orrstown objection to Withum retention | .20 | 145.00 |
| 9/19/25 | AS1 | Review and analyze Getten R. 20024 subpoena | .30 | 217.50 |
| 9/19/25 | JDS | Draft preamble and preliminiary statement to Brief in support of why the Court should not appoint a trustee or conver the case. | 2.00 | 600.00 |
| 9/19/25 | JDS | Review case file including pleadings, letters, emails, etc., to gather relevant information for the brief in support of whjy the Court should not convert case or dismiss the case. | 1.00 | 300.00 |
| 9/19/25 | JDS | Draft brief in response to Court's Order to Show Cause why a trustee should not be appointed or case converted. | 3.10 | 930.00 |
| 9/19/25 | JDS | Review and revise brief in response to Court's order to show cause why a trustee should not be appointed or case converted. | 1.20 | 360.00 |
| 9/19/25 | JDS | Review caselaw research for brief in response to Court's order to show cause why trustee should not be appointed or case converted, and conduct further research to support why there is no cause to convert, ponzi analysis, and cause and best interests of creditors for appointment of a trustee. | .60 | 180.00 |
| 9/20/25 | SBP | Call with client and A Sodono and R Trenk re orrstown | .80 | 420.00 |
| 9/20/25 | SBP | Call with R Trenk and client re status quo order | .40 | 210.00 |
| 9/22/25 | AS1 | Analyze motion default judgment and Venture, praecipe notice | .60 | 435.00 |

## McManimon Scotland & Baumann, LLC

Invoice #: 249420                                                    October 8, 2025

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/25 | SBP | Call with client and A Sodono re Orrstown status | .20 | 105.00 |
| 9/22/25 | SBP | Teams call with Ethan Heller, client, C Heller, and L Gibbons re Orrstown | .40 | 210.00 |
| 9/22/25 | SBP | Call with client re Orrstown status and Silverview | .20 | 105.00 |
| 9/22/25 | SBP | Call with K Schiffman re status of case and OSC hearing | .10 | 52.50 |
| 9/22/25 | SBP | Review A Ciardi letter terminating settlement | .10 | 52.50 |
| 9/22/25 | SBP | Revise order approving Withum's retention | .10 | 52.50 |
| 9/22/25 | SBP | Review and revise brief in support of why there should not be a trustee | .50 | 262.50 |
| 9/22/25 | SBP | Call with A Ciardi re stay relief | .20 | 105.00 |
| 9/22/25 | SBP | Call with client re status | .60 | 315.00 |
| 9/22/25 | SBP | Review email from client re proposals to Orrstown | .10 | 52.50 |
| 9/22/25 | SBP | Call with H Sorvino re HIH stay relief | .20 | 105.00 |
| 9/23/25 | AS1 | Call with Daryl Heller and Sari B. Placona re examiner and discovery | 1.10 | 797.50 |
| 9/23/25 | AS1 | Call with Daryl Heller re strategy, discharge, and litigation | .60 | 435.00 |
| 9/23/25 | AS1 | Analyze proposed settlement terms Deerfield from Heidi Sorvino to A. Ciardi | .30 | 217.50 |
| 9/23/25 | JDS | Retrieve Deerfeild settlement executed and email. | .10 | 30.00 |
| 9/23/25 | JDS | Draft letter to Court regarding Deerfield Stay Relief Motion as to status of underlying assets. | .80 | 240.00 |
| 9/23/25 | JDS | Revise letter to court regarding Deerfield stay releif motion, as to status of assets. Send for filing. | .40 | 120.00 |
| 9/23/25 | SBP | Attend court on HIH stay relief | .90 | 472.50 |
| 9/23/25 | SBP | Call with client and H Sorvino re Deerfield stay relief | .40 | 210.00 |
| 9/23/25 | SBP | Email with K Gwynne re OSC hearing and witnesses | .10 | 52.50 |
| 9/23/25 | SBP | Email A Ciardi re revocation of settlement | .10 | 52.50 |
| 9/23/25 | SBP | Review client email with Deerfield offer for settlement | .10 | 52.50 |
| 9/23/25 | SBP | Call with client and H Sorvino re HIH stay relief | .30 | 157.50 |
| 9/24/25 | AS1 | Research trustee cause issues and indictment allegations | 2.20 | 1,595.00 |
| 9/24/25 | SBP | Review letter from A Ciardi re Glorious motion and HIH stay relief | .10 | 52.50 |
| 9/24/25 | SBP | Review Heller August MOR | .10 | 52.50 |
| 9/24/25 | SBP | Email with client re Orrstown settlement | .10 | 52.50 |
| 9/24/25 | SBP | Revise order retaining Withum as financial advisor | .10 | 52.50 |
| 9/24/25 | SBP | Email with K Schiffman re deposition | .10 | 52.50 |
| 9/25/25 | AS1 | Call with Daryl Heller, L. Gibbons, Ethan, and Sari B. Placona re: litigation issues, settlement of claims | .90 | 652.50 |
| 9/25/25 | SBP | Call with client and A Sodono re status | .30 | 157.50 |
| 9/25/25 | SBP | Email with M Weis re sale of GCC assets | .10 | 52.50 |
| 9/25/25 | SBP | Review Orrstown withdrawal of claim | .10 | 52.50 |

8

# McManimon Scotland & Baumann, LLC

Invoice #: 249420                                                                    October 8, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/25/25 | SBP | Listen to court ruling on Deerfield stay relief | .10 | 52.50 |
| 9/25/25 | SBP | Call with client re Withum retention | .20 | 105.00 |
| 9/25/25 | SBP | Revise objection to OSC for a trustee | .80 | 420.00 |
| 9/25/25 | SBP | Call with A Sodono, client, L Gibbons, C Heller, and E Heller re status of case | 1.10 | 577.50 |
| 9/25/25 | SDP | Legal research in support of brief. | 2.00 | 570.00 |
| 9/25/25 | SDP | Appellate brief. | 4.00 | 1,140.00 |
| 9/26/25 | JDS | Research whether Rule 30 has a mileage limitation. | .20 | 60.00 |
| 9/26/25 | SBP | Email with K Schiffman re deposition | .10 | 52.50 |
| 9/26/25 | SBP | Call with D Leney re Project Catapult | .10 | 52.50 |
| 9/26/25 | SBP | Call with client re Project Catapult | .10 | 52.50 |
| 9/26/25 | SBP | Revise order approving retention of Withum | .10 | 52.50 |
| 9/26/25 | SBP | Review email from R Connaughton re PIG | .10 | 52.50 |
| 9/26/25 | SBP | Email with C Adams re Silverview deposition | .10 | 52.50 |
| 9/26/25 | SBP | Review examiner notice of depositon | .20 | 105.00 |
| 9/26/25 | SBP | Review examiner subpoena to Withum | .10 | 52.50 |
| 9/26/25 | SBP | Call with K Gwynne re depositions | .10 | 52.50 |
| 9/26/25 | SBP | Call with C Adams and A Sodono re OSC hearing for trustee and status | .40 | 210.00 |
| 9/26/25 | SBP | Call with client and A Sodono re trustee | .20 | 105.00 |
| 9/26/25 | SDP | Appellate brief. | 3.00 | 855.00 |
| 9/29/25 | AS1 | Analyze and review brief in response to order to show cause | 1.60 | 1,160.00 |
| 9/29/25 | AS1 | Research case law re brief in response to order to show cause | .60 | 435.00 |
| 9/29/25 | IDF | Research re: post-ch. 11 filing income w/ trustee appt. | 1.20 | 300.00 |
| 9/29/25 | JDS | Review U.S. v. Kovel and relevant caselaw and readings on extension of attorney client privilege to third party professionals, in order to draft supplement certification in support of retention of financial advisors. | .80 | 240.00 |
| 9/29/25 | JDS | Draft supplement certification in support of retention of financial advisors. | .80 | 240.00 |
| 9/29/25 | JDS | Revise supplement certification in support of retention of financial advisors. | .40 | 120.00 |
| 9/29/25 | SBP | Call with client, A Sodono, and C Adams re OSC hearing | .50 | 262.50 |
| 9/29/25 | SBP | Call with A Sodono and C Adams re status of case | .20 | 105.00 |
| 9/29/25 | SBP | Review client notes to Withum re report | .30 | 157.50 |
| 9/29/25 | SBP | Review email from J Wieder re deposition of debtor | .10 | 52.50 |
| 9/29/25 | SBP | Call with H Sorvino re status | .10 | 52.50 |
| 9/29/25 | SBP | Revise Kovel letter from Withum | .20 | 105.00 |
| 9/29/25 | SBP | Call with K DeGraw re status of reply to Examiner report | .20 | 105.00 |
| 9/29/25 | SBP | Email with K Schiffman re deposition | .10 | 52.50 |

# McManimon Scotland & Baumann, LLC

Invoice #: 249420

October 8, 2025

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 9/29/25 | SBP | Review client emails re examiner report rebuttal | .30 | 157.50 |
| 9/29/25 | SDP | Appellate brief. | 3.20 | 912.00 |
| 9/30/25 | AS1 | Communicate with Daryl Heller, Sari B. Placona and C. Adams re strategy and status of litigation | .90 | 652.50 |
| 9/30/25 | AS1 | Continue reviewing and revising response to order to show cause | 2.80 | 2,030.00 |
| 9/30/25 | AS1 | Work on, draft Kovel retention | .50 | 362.50 |
| 9/30/25 | AS1 | Review case law re Kovel retention | .30 | 217.50 |
| 9/30/25 | AS1 | Analyze Withum report | .40 | 290.00 |
| 9/30/25 | AS1 | Discuss with Sari B. Placona Withum report | .20 | 145.00 |
| 9/30/25 | JDS | Redline brief pursuant to Court's Order to Show Cause order, implemenitng finanical advisors findings and analysis. | 1.60 | 480.00 |
| 9/30/25 | SBP | Email with client re depositions | .10 | 52.50 |
| 9/30/25 | SBP | Call with C Adams re depositions | .10 | 52.50 |
| 9/30/25 | SBP | Call with client and A Sodono re case strategy | .50 | 262.50 |
| 9/30/25 | SBP | Email with K Schiffman re deposition | .10 | 52.50 |
| 9/30/25 | SBP | Review client information for rebuttal to examiner report | .30 | 157.50 |
| 9/30/25 | SBP | Revise supplemental certification for Withum retention | .10 | 52.50 |
| 9/30/25 | SBP | Revise brief in response to court OSC for trustee | .30 | 157.50 |
| 9/30/25 | SBP | Review and analyze Withum report | .30 | 157.50 |
| 9/30/25 | SDP | Heller appellate brief. | 6.00 | 1,710.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 68,129.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ISABELLA FISHER | 13.40 | 250.00 | 3,350.00 |
| ANDREA DOBIN | 2.80 | 560.00 | 1,568.00 |
| ANTHONY SODONO, III | 25.60 | 725.00 | 18,560.00 |
| JOSHUA H. RAYMOND | .10 | 560.00 | 56.00 |
| JOHN STERN | 26.90 | 300.00 | 8,070.00 |
| SARI PLACONA | 44.60 | 525.00 | 23,415.00 |
| SCOTT D. PLATTON | 46.00 | 285.00 | 13,110.00 |
| **Total** | **159.40** | | **$ 68,129.00** |

**McManimon Scotland & Baumann, LLC**

Invoice #: 249420                                                                                  October 8, 2025

## DISBURSEMENTS

| Description | Amount |
|---|---:|
| Travel/Parking Expenses | 122.80 |
| Filing Fee | 34.00 |
| Postage | 83.60 |
| Westlaw | 375.90 |
| Inside Duplicating | 48.00 |
| PACER | 203.30 |

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | **$ 867.60** |
| **TOTAL THIS INVOICE** | **$ 68,996.60** |