# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Gerard Catalanello, Esq.
James J. Vincequerra, Esq. (admitted *pro hac vice*)
Seth M. Cohen, Esq. (admitted *pro hac vice*)
Kimberly Schiffman, Esq. (admitted *pro hac vice*)
Jonathan P. Wieder, Esq. (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
15th Floor
New York, New York 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email:  Gerard.Catalanello@alston.com
        James.Vincequerra@alston.com
        Seth.Cohen@alston.com
        Kimberly.Schiffman@alston.com
        Jonathan.Wieder@alston.com

– *and* –

Enrique Chaljub Garcia, Esq. (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Enrique.Chaljub@alston.com

*Counsel to Silverview Credit Partners, LP*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>                       Debtor. | Case No.: 25-11354-JNP<br><br>Hon. Jerrold N. Poslusny, Jr.<br><br>Chapter 11 |

**DECLARATION OF JAMES J. VINCEQUERRA IN SUPPORT OF SILVERVIEW
CREDIT PARTNERS, L.P.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS (I) REPLY
TO DEBTOR'S BRIEF IN SUPPORT OF WHY THE COURT SHOULD NOT APPOINT
A TRUSTEE OR CONVERT THE CASE PURSUANT TO 11 U.S.C. §§ 1104(a)(1), (2),
1112(b)(1) [D.I. 588]; AND (II) MEMORANDUM OF LAW IN SUPPORT OF AN ORDER
CONVERTING CHAPTER 11 CASE TO LIQUIDATING PROCEEDING UNDER
CHAPTER 7 OR, IN THE ALTERNATIVE, APPOINTING A CHAPTER 11 TRUSTEE**

I, JAMES J. VINCEQUERRA, hereby declare as follows:

1.      I am an attorney at law and member of the law firm of Alston & Bird LLP, counsel to Silverview Credit Partners, LP ("Silverview"). I submit this declaration in connection with *Silverview Credit Partners, LP's Supplemental Brief in Support of its (I) Reply to Debtor's Brief in Support of Why The Court Should Not Appoint a Trustee or Convert the Case Pursuant to 11 U.S.C. §§ 1104(a)(1), (2), 1112(b)(1) [D.I. 588]; and (II) Memorandum of Law in Support of an Order Converting Chapter 11 Case to Liquidating Proceeding Under Chapter 7 or, in the Alternative, Appointing a Chapter 11 Trustee*.[1]

2.      Attached hereto as **Exhibit "1"** is a true and correct copy of the transcript of the Debtor's deposition which was held by videoconference on October 9, 2025.

3.      Attached hereto as **Exhibit "2"** is a true and correct copy of an email and its attachments sent by Barry Rynearson to Daryl Heller dated August 1, 2023, which forwarded an earlier email from Omar Brown to Jeffrey Marcus of Silverview dated July 27, 2023, which was marked as Exhibit SCP006 in the Debtor's deposition held by videoconference on October 9, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on October 10, 2025 in New York, New York.

Dated: October 10, 2025                    By: */s/ James J. Vincequerra*
                                           _____

---

[1] Capitalized terms used but not otherwise define herein shall have the meanings ascribed to such terms in the Reply.

# EXHIBIT 1

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 1

1          UNITED STATES BANKRUPTCY COURT
           DISTRICT OF NEW JERSEY
2          Case No. 25-11354-JNP
3    DARYL FRED HELLER                    :
                                          : DEPOSITION OF:
4                                         :
                    Debtor                : DARYL FRED
5                                         : HELLER
                                          :
6                                         :
                                          :
7                                         :
                                          :
8                                         :
9
10        TRANSCRIPT of the stenographic notes of
11   the proceedings taken by and before LISA NORMAN, CCR,
12   a Certified Court Reporter and Notary Public of the
13   State of New Jersey, Thursday, October 9, 2025
14   commencing at 8:00 in the forenoon.
15
16
17
18
19
20
21
22
23
24
25

Page 2

```
 1   APPEARANCES:
 2   McCARTER & ENGLISH
     100 Mulberry Street
 3   Four Gateway Center
     Newark, New Jersey 07102
 4   BY:  CHRISTOPHER ADAMS, ESQ.
     Attorneys for Daryl Fred Heller
 5
 6
 7   McMANIMON SCOTLAND & BAUMANN
     75 Livingston Avenue
 8   Roseland, New Jersey 07068
     BY:  SARI PLACONA, ESQ.
 9   Attorneys for Daryl Fred Heller
10
11
12   ALSTON & BIRD, LLP
     90 Park Avenue
13   New York, NY 10016
     BY:  JONATHAN WIEDER, ESQ.
14       JENNY KRAMER, ESQ.
     Attorneys for Silverview Credit Partners, LP
15
16
17
18
19
20
21
22
23
24
25
```

Daryl Fred Heller                     October 9, 2025
In Re: Heller, Daryl Fred

                                                      Page 3

1    INDEX

2    WITNESS              DIRECT   CROSS   REDIRECT   RECROSS

3    DARYL FRED HELLER

4        By Ms. Kramer      5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Daryl Fred Heller                         October 9, 2025
In Re: Heller, Daryl Fred

Page 4

1                    E X H I B I T S
2

NUMBER              DESCRIPTION                    PAGE
3

Exhibit 001     Schedule of Assest              25
4               and Liabilities
5

6   Exhibit 002     Amended February                32
                schedule
7
8

9   Exhibit 003     Amended September               34
                schedule
10
11

12  Exhibit 004     Redline Comparison of           44
                Form 106
13
14

15  Exhibit 005      PFS                            52
16

17  Exhibit 006      Email                          62
18
19

20  Exhibit 007      Interim report                 69
21
22
23
24
25

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 5

1              VIDEOGRAPHER:  We are on the record.

2       The time is 8:07 a.m. Eastern Standard Time on

3       October 9th 2025 and this is the beginning of

4       the video deposition for Daryl Fred Heller.

5       Would counsel please identify yourself for the

6       record.

7              MS. PLACONA:  Good morning.  Sari

8       Placona.  McManimon Scotland & Baumann

9       Bankruptcy Counsel for Mr. Heller.

10             MR. ADAMS:  Good morning.  Christopher

11      Adams.  McCarter & English Counsel for Mr.

12      Heller.

13             MS. KRAMER:  Good morning.  Jenny

14      Kramer.  Alston & Bird Counsel for Silverview.

15             VIDEOGRAPHER:  Thank you.  The court

16      reporter may now swear in the witness.

17 DARYL FRED HELLER having been sworn by the Notary

18 testified as follows:

19             VIDEOGRAPHER:  I think we are ready.

20      The witness was sworn in.

21             MS. KRAMER:  Sometimes you read in the

22      case.  I wasn't sure if that was going to

23      happen.

24 DIRECT EXAMINATION BY MS. KRAMER:

25      Q.    Good morning, Mr. Heller, how are you?

Daryl Fred Heller                              October 9, 2025
In Re: Heller, Daryl Fred

Page 6

1        A.      Good morning.  Thank you.  I'm well.

2    Hopefully the same for you.

3        Q.      I am.  Thank you.

4                MS. KRAMER:  Just for the record I

5            wanted to state out of the gate that this

6            deposition is being taken solely in connection

7            with a pending hearing on the Order to Show

8            Cause as to why a Trustee should not be

9            appointed or the case converted to a Chapter 7.

10               Silverview expressly reserves its right

11           to seek additional discovery depositions or

12           otherwise in connection with Silverview's

13           pending nondischargeability action against Mr.

14           Heller Case No. 25-01202 which is pending in

15           the United States Bankruptcy Court for the

16           District of New Jersey.

17               This deposition should not be construed

18           or interpreted as a waiver of any such right.

19       Q.      So moving on from that representation,

20   Mr. Heller, your counsel has informed us before we

21   were on the record and we understand that you may be

22   invoking and are probably likely to invoke your fifth

23   amendment rights or your right against self

24   incrimination regarding many of the topics in

25   questions I'm going to be asking you about today.

Daryl Fred Heller                                              October 9, 2025
In Re: Heller, Daryl Fred

Page 7

1              I just want to remind you that there are

2     times and places when invoking the fifth amendment

3     right is appropriate but usually and without being

4     your own counsel it's where the answer or response to

5     the question in connection with your testimony would

6     have a tendency to incriminate you.

7              If the answer to the question would not

8     have a tendency to incriminate you I may ask for an

9     explanation as to why you're invoking and that's

10    something that I understand you might not want to

11    answer so we may have to go to the court in the

12    future for a ruling on whether or not the indication

13    was appropriate.

14             You can obviously disagree with me on

15    this.  Your lawyer can disagree with me on this but

16    if you stop and you don't answer questions that

17    clearly the answers to which have no tendency to

18    incriminate you then I might be required to get

19    judicial involvement and have a court order basically

20    intervene and make determinations on that front.  Do

21    you understand all of that?

22             MR. ADAMS:  I appreciate Counsel's

23         suggestion to my client.  I object.  I'll be

24         the sole and only arbitrator of when and if he

25         answers the question and when and if he invokes

Page 8

1    his fifth amendment.  That's not an accurate

2    statement of the law in the circuit and you can

3    take whatever action you wish with the court

4    given what his answer is.  I object to

5    deposition moving forward.  No Notice of

6    Deposition was given under Federal Rule

7    Procedure 30 or 34 nor was Notice of Deposition

8    pursuant to Federal Rule Bankruptcy Procedure

9    7030 or 7034 given on behalf of Silverview.

10          Silverview planned to participate in a

11   deposition that was noticed by the Examiner.

12   That deposition was canceled yesterday so this

13   deposition going forward is over my objection.

14          MS. KRAMER:  We appreciate and note your

15   objection, Mr. Adams, and we would simply

16   respond that the parties all held and agreed

17   upon meet and confer over a week ago during

18   which time Silverview's intentions to

19   participate in this process was unequivocal.

20   The parties all convened at a time that was

21   convenient for all of the counsel who are

22   involved here today and during that meet and

23   confer agreed upon the time, the date and place

24   for the deposition which was to have occurred

25   in the offices of McCarter and English this

Page 9

1      morning in person at 8 a.m. and all of the

2      arrangements were made.

3              Notice was presently provided.  Again as

4      a result of that meet and confer we were under

5      the apparently misimpression that we were

6      moving forward with an in person deposition

7      today at McCarter and English's offices.

8              As of yesterday afternoon we were told

9      without notice or confirmation that there was

10     going to be a unilateral canceling of the

11     deposition so we're all here now.  We're

12     moving forward with an agreed upon virtual

13     deposition and we will move forward with all of

14     that on the record.

15             MR. ADAMS:  I disagree.  I appreciate

16     your sentiments.  There was a Notice of

17     Deposition dated September 26, 2025 by Reed

18     Smith the Examiner.  That was the deposition

19     that was expected to occur.  If you have a

20     Notice of Deposition that Silverview has filed

21     I'd ask you to mark it and make it apart of the

22     record.

23             MS. KRAMER:  Understood.  I think we

24     agree to disagree and we have various

25     objections that are now on the record.  Again

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 10

1        Silverview has made its intention to

2        participate in this process unequivocal and

3        based on the parties agreed upon date and time

4        for the deposition which was to occur today in

5        person following the meet and confer that took

6        place last week this is how we are proceeding

7        and again for the record the parties have

8        agreed to proceed virtually.

9              MS. PLACONA:  Good morning.  If I may,

10       this is Sari Placona speaking, just for the

11       record I appreciate the back and forth and I

12       won't add to it.  I agree with Mr. Adams'

13       statements.  With that being said the

14       deposition is being taken in connection solely

15       with the Order to Show Cause here and pending

16       for October 22nd.

17             I want to be clear that the Order to

18       Show Cause by the Court required responses due

19       Friday, October 3rd.  There was no response

20       filed by Silverview.  The Order to Show Cause

21       required reply so those responses to be filed

22       yesterday, October 8th.  Silverview

23       unilaterally filed its response yesterday.  Did

24       not consent to the debtor filing a reply and

25       now the debtor is prejudiced by Silverview not

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 11

1          complying with the orders the date set in the

2          Order to Show Cause.

3                  MS. KRAMER:  Thank you for that.  Just

4          to briefly respond as we've discussed over

5          correspondence yesterday and before we get into

6          the deposition the Order to Show Cause directed

7          in our opinion and our view directed the debtor

8          in this case to show cause and respond to the

9          Order to Show Cause as to why a Trustee should

10         not be appointed.

11                 There is therefore because Silverview

12         agrees with the Order to Show Cause no reason

13         or cause for Silverview to respond to the Order

14         to Show Cause because again the Order to Show

15         Cause directs Mr. Heller to respond as to why a

16         Trustee should not be appointed.

17                 The replies to his response were due

18         yesterday.  Silverview properly complied with

19         that deadline and we can go back and forth over

20         the difference between a response or a reply

21         but not only did we properly comply with that

22         deadline we also filed an appropriate Notice of

23         Deposition so I think all of this is very good

24         to have a robust record.  The parties agree to

25         disagree and that's the nature of litigation.

Page 12

1          MS. PLACONA:  I agree and I appreciate

2     that.  Thank you.  Again you just stated the

3     parties formally filed you said an official

4     Notice of Deposition.  Whatever you just said I

5     apologize I don't remember but I don't think

6     that is correct.

7          MS. KRAMER:  Well I will subject to

8     confirmation I do believe we filed a Notice of

9     Deposition yesterday afternoon.  If that is not

10    accurate I will that's again subject to

11    confirmation but putting that aside going back

12    to the Order to Show Cause and the difference

13    between a response and a reply I just want the

14    record to be clear Silverview did not believe

15    it was required to respond to an Order to Show

16    Cause that Silverview believed should move

17    forward.

18          Silverview believes that a Trustee

19    should in fact be appointed so there would be

20    no reason for Silverview to respond to an Order

21    to Show Cause that directs Mr. Heller to

22    respond as to why a Trustee should not be

23    appointed.  The replies were due yesterday and

24    we filed our reply.

25          MS. PLACONA:  And again I don't want to

Page 13

1    go back and forth too but I want to make sure

2    the record is clear.  Silverview never filed a

3    motion to appoint a Trustee so when you say

4    they want a Trustee no one knows that.

5                Specifically, your colleague Ms.

6    Schiffman was in court in August and the Court

7    even said to her why didn't Silverview file a

8    motion to appoint a Trustee?  No motion was

9    ever filed.  I believe maybe Alston & Bird

10    filed joiners to pending motions to appoint a

11    Trustee which were all withdrawn.

12                Again to this date there's been no

13    motion filed by Silverview seeking to appoint a

14    Trustee so it is my opinion that Silverview was

15    required to file its response.  We don't need

16    to argue back and forth.  We'll let the judge

17    make the call.  I just want the record to be

18    clear we agree to disagree on that.

19                MS. KRAMER:  Yes.  And of course your

20    opinions are noted and agreed that the Court

21    can make whatever determinations are necessary.

22    I'll remind all counsel we are here for a

23    deposition that we've agreed we will move

24    forward virtually and with that in mind I'm

25    ready to move forward if you all are.

Daryl Fred Heller                                        October 9, 2025
In Re: Heller, Daryl Fred

Page 14

1           MS. PLACONA:  Yes.  Let's proceed.

2           MS. KRAMER:  Great.

3       Q.      So, Mr. Heller, again my name is Jenny

4   Kramer.  I am a Partner at Alston & Bird in our New

5   York offices and we represent Silverview Credit

6   Partners LP in this case.  Can you please state your

7   full name for the record?

8       A.      Daryl Fred Heller.

9       Q.      I just want to go over some ground rules

10  for this deposition so that we all have the same

11  understanding moving forward.  In this deposition of

12  course I'll be asking you questions.  My questions

13  and your answers are going to be recorded by the

14  court reporter.  Please answer all of the questions

15  verbally.  The court reporter will not be able to

16  record a nod or a shake of your head.

17           The court reporter may also have trouble

18  if you talk over each other so it's important that

19  you wait until I finish my question before you begin

20  answering and I will do my best not to speak over

21  you.  I have a feeling that won't be an issue in this

22  deposition.

23           You've just taken an oath.  That is the

24  same oath you would take in a court of law.  Do you

25  understand that?

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 15

1          A.      I do.

2          Q.      And do you understand that the oath you

3     just took requires you to testify truthfully?

4          A.      I do.

5          Q.      And do you understand the importance of

6     that oath when providing sworn testimony?

7          A.      I do.

8          Q.      Do you have any medical or other

9     conditions that prevent you from testifying today?

10         A.      I do not.

11         Q.      Did you prepare for this deposition?

12         A.      I have.

13         Q.      I just want to briefly without

14    infringing upon anything privileged, I don't want you

15    to answer any questions about conversations you've

16    had with Mr. Adams or any of your attorneys, can you

17    just tell me approximately -- withdrawn.

18                 Did you meet with your lawyers to

19    prepare for today's deposition?

20                 MR. ADAMS:   Objection.

21         Q.      You can answer the question.

22         A.      With the advice of counsel I assert my

23    fifth amendment privilege.

24         Q.      So just to be clear you're asserting

25    your fifth amendment privilege against self

Daryl Fred Heller                                              October 9, 2025
In Re: Heller, Daryl Fred

Page 16

1    incrimination as to the response of the question

2    whether you met with lawyers to prepare for today.

3         A.     Same answer.

4         Q.     Did you review documents to prepare for

5    your deposition today?

6              MR. ADAMS:  Objection.

7              MS. KRAMER:  Just for the record, Mr.

8         Adams, the objection is related to the

9         invocation?  I just want to make sure we're

10        clear so I'm not asking for an answer based on

11        the nature of the objection.

12             MR. ADAMS:  It's related to the

13        invocation and the nature of the question calls

14        for information that's protected by the

15        attorney-client privilege what he did and

16        didn't do with his counsel.

17             MS. KRAMER:  So for the record we can

18        agree to disagree.  I don't believe that

19        question is about the amount of times he met

20        with counsel, how long the meetings were or

21        what facts led to the preparation for

22        deposition is in fact privileged when not

23        infringing upon the conversations and the

24        documents shown.

25             Having said that I understand the

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 17

1      objection and I will move forward.

2          Q.     Have you discussed and/or prepared for

3   your deposition with anyone other than your lawyers

4   in connection with today's appearance?

5          A.     On the advice of counsel I assert my

6   fifth amendment privilege.

7          Q.     I want to now pivot to Silverview.

8   You're familiar, aren't you, with our client

9   Silverview Credit Partners LP.  Is that correct?

10         A.     Yes.

11         Q.     And for purposes of this deposition I'm

12  going to refer to our client as Silverview.  Is that

13  okay with you?

14         A.     That is fine.

15         Q.     And you would agree with me, wouldn't

16  you, that Silverview is in fact listed as a Creditor

17  in your bankruptcy filing.  Is that correct?

18         A.     That is correct.

19         Q.     And the reason Silverview is listed as a

20  Creditor that stems from certain loans that

21  Silverview made to the following funds and I'm going

22  to name the funds so just bear with me.  Blackford

23  ATM Ventures Fund D LLC that's one of them.  Is that

24  correct?

25                  MR. ADAMS:  Objection.

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

                                                        Page 18

1          A.      Same answer.

2          Q.      Blackford ATM Ventures Fund M LLC.  Is

3     that correct?

4                  MR. ADAMS:  Objection.

5          A.      Same answer.

6          Q.      Blackford ATM Ventures Fund M2 LLC.  Is

7     that correct?

8                  MR. ADAMS:  Objection.

9          A.      Same answer.

10         Q.      Blackford ATM Ventures Fund M4 LLC.  Is

11    that correct?

12                 MR. ADAMS:  Objection.

13         A.      Same answer.

14         Q.      Blackford ATM Ventures Fund M5 LLC.  Is

15    that correct?

16                 MR. ADAMS:  Same objection.

17         A.      Same answer.

18         Q.      Blackford ATM Ventures LLC and Blackford

19    Holdings LLC.  Those are all of the loans that

20    Silverview, I'm sorry, the funds that Silverview made

21    loans to.  Is that correct?

22                 MR. ADAMS:  Objection with the same

23         instruction for the witness.

24         A.      Same answer.

25                 MS. KRAMER:  Understood.

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 19

1      Q.      For purposes of this deposition, Mr.

2   Heller, I'm going to refer to those seven entities

3   collectively as Blackford.  Is that okay with you?

4      A.      Okay.

5      Q.      I'm sorry.  I didn't hear you.

6      A.      Yes, it is.

7      Q.      You control Blackford through your

8   Company.  Isn't that right?

9              MR. ADAMS:  Objection.

10     A.      Same answer.

11     Q.      And you were the CEO of each of the

12  Blackford funds I just mentioned on the record,

13  weren't you?

14             MR. ADAMS:  Objection.  Same direction.

15     A.      Same answer.

16     Q.      And your Company is Heller Capital Group

17  LLC.  Is that correct?

18             MR. ADAMS:  Objection.  Same direction

19         and I would just instruct the witness to answer

20         as he's been instructed on the advice of

21         counsel so that the record is complete.

22     Q.      You can go ahead.  Your counsel is

23  asking that you invoke so that the record is clear

24  and that's fine.  I'll give you an opportunity to do

25  so.

Page 20

1          A.      On the advice of counsel I assert my

2     fifth amendment privilege.

3                  MR. ADAMS:  Just for purposes of the

4          record, Ms. Kramer, for efficiency purposes I

5          imagine you're getting into the substance of

6          the examination and for expediency sake if it's

7          okay with you if Mr. Heller would just repeat

8          the phrase, Same answer, can we agree that that

9          would refer to his response on the advice of

10         counsel he invokes his fifth amendment

11         privilege?

12                 MR. ADAMS:  That's absolutely fine.  We

13         discussed this before the start of the

14         deposition and agree fully that this will help

15         move things along so, Mr. Heller, if you just

16         respond, Same answer, the court reporter will

17         make sure that the full indication appears on

18         the transcript.

19                 MR. ADAMS:  Thank you.

20                 MS. KRAMER:  Of course.

21         Q.      Again your name is Daryl Fred Heller.

22     Is that correct?

23                 MR. ADAMS:  Objection.  Asked and

24         answered.

25         Q.      Is that correct is that your full name?

Daryl Fred Heller                                      October 9, 2025
In Re: Heller, Daryl Fred

Page 21

1              MR. ADAMS:  Objection.  Asked and

2       answered.

3       Q.      You can still answer that question

4    unless you're invoking.

5              MR. ADAMS:  You don't have to invoke.

6       You can say yes again, Daryl.

7       A.      Yes.

8       Q.      And of course you're the Chapter 11

9    Debtor in the bankruptcy proceeding.  Is that right?

10             MR. ADAMS:  You can answer that.

11      A.      Yes.

12      Q.      And you're the Founder and Chief

13   Executive of Heller Capital Group LLC.  Is that

14   right?

15             MR. ADAMS:  You can answer that.

16      A.      Yes.

17      Q.      And as such you were authorized to bind

18   the Blackford entities to agreements.  Is that right?

19             MR. ADAMS:  Same instruction as earlier.

20      A.      The same answer over the advice of

21   counsel I assert my fifth amendment privilege.

22      Q.      Understood.  And you can say same answer

23   moving forward based on the agreement on the record.

24      A.      I wanted to get it on the record one

25   time.

Page 22

1          Q.      You own 99.5 percent of Heller Capital.

2    Isn't that right?

3          A.      Same answer.

4          Q.      Silverview loaned Blackford $23 million

5    through two installments.  Is that right?

6          A.      Same answer.

7          Q.      The first installment was made on or

8    around August 23rd of 2023.  Correct?

9          A.      Same answer.

10         Q.      And the amount of that first installment

11   was $18 million.  Blackford received $17,211,440

12   after deducting applicable expenses and fees.  Isn't

13   that right?

14         A.      Same answer.

15         Q.      And, Mr. Heller, the second installment

16   was made on or around December 22nd 2023.  Is that

17   correct?

18         A.      Same answer.

19         Q.      And the amount of that second

20   installment was $5 million, correct?

21         A.      Same answer.

22         Q.      And the purpose of those loans was

23   secured by a pledge of 3,697 ATMs, weren't they?

24         A.      Same answer.

25         Q.      And you also personally guaranteed the

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

Page 23

1    loans that were made to Blackford.  Is that correct?

2         A.    Same answer.

3         Q.    So now I want to shift gears and talk

4    about the Chapter 11 bankruptcy.  You filed for

5    Chapter 11 bankruptcy on February 11th 2025.  Is that

6    right?

7              MR. ADAMS:  You can answer that question

8         if you understand it.

9         A.    That is correct.

10             MS. PLACONA:  Hold on.  The date is

11        incorrect.  I think it was February 10th.

12        Q.    You filed for Chapter 11 bankruptcy in

13   February of 2025.  Is that correct?

14        A.    That is correct.

15        Q.    And you understand that as the party

16   filing for bankruptcy you are considered to be the

17   Debtor.  Do you understand that?

18             MR. ADAMS:  You can answer that.

19        A.    I do.

20        Q.    And you understand that on February 24th

21   of this year 2025 your attorneys filed a Schedule of

22   Assets and Liabilities and a Statement of Financial

23   Affairs.  Is that right?

24             MR. ADAMS:  You can answer that.

25        A.    That is correct.

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 24

1        Q.    And a Schedule of Assets and Liabilities
2    is exactly that, correct, it's self explanatory.  Is
3    that right?
4              MR. ADAMS:  Objection.  If you
5        understand the question you can answer.
6              MS. KRAMER:  I'll rephrase it.
7        Q.    The Schedule of Assets and Liabilities
8    is a document which identifies your assets, correct?
9              MR. ADAMS:  Objection.  Calls for legal
10       conclusion.  If you understand you can answer
11       it.
12       A.    Correct.
13       Q.    And it also is a Schedule of
14   Liabilities.  Is that right?
15             MR. ADAMS:  You can answer it you
16       understand it.
17       A.    Correct.
18       Q.    And you understand, don't you, what
19   assets and liabilities are, correct?
20       A.    Correct.
21             MS. KRAMER:  So we're going to mark
22       Exhibits as SCP for Silverview Credit Partners
23       just for everyone's sake so if it gets lost in
24       translation it's SEP and it's going to be 001.
25       Q.    So we've marked this, Mr. Heller, as SCP

Page 25

1    001.  This is the Schedule of Assets and Liabilities

2    and Statement of Financial Affairs.  I'm going to

3    refer to the combination of these forms as the

4    debtors original schedules moving forward.

5              We're really talking about in these

6    forms a number of different forms.  Is that correct,

7    Mr. Heller?

8              MR. ADAMS:  Objection.  If you

9         understand the question you can answer.

10        A.    Don't understand the question.

11        Q.    Withdrawn.

12             Do the Schedule of Assets and

13   Liabilities and Statement of Financial Affairs

14   include several forms and documents?

15        A.    If I understand the question, yes.

16        Q.    So let's walk through some of them.

17   First drawing your attention to Page 2 of 53.  Are we

18   there?

19             MS. PLACONA:  Ms. Kramer, for the

20        record, does it have an ECF number just to be

21        clear?

22             MS. KRAMER:  Doc 59.

23        Q.    And I just want to make sure can you see

24   this, Mr. Heller, do you have any issues seeing

25   what's on the screen?

Page 26

1          A.      I am good.  Thank you.

2          Q.      I'll try to move through this quickly.

3     Page 2 of 53 this is a Form 106 Sum.  It's a summary

4     of your assets and liabilities and certain

5     statistical information.  Do you see that?

6          A.      I do.

7          Q.      What about Page 453 and turning your

8     attention to Page 4 do you see where it says,

9     Schedule A/B Property?  Do you see that?

10         A.      I do.

11         Q.      And now to Page 11 of 53 please.  Page

12    11 provides Schedule C, The Property You Claim is

13    Exempt.  Do you see where it says that?

14         A.      I do.

15         Q.      And now to Page 13.  Now you're looking

16    at Schedule D Creditors Who Have Claims Secured By

17    Property.  Do you see where it says that?

18         A.      I do.

19         Q.      Page 15 please.  Now we're looking at

20    Schedule EF Creditors Who Have Unsecured Claims.  Do

21    you see where it says that?

22         A.      I do.

23         Q.      Now drawing your attention to Page 28

24    please of 53.  Okay.  This is Schedule G, Executory

25    Contracts and Unexpired Leases.  Do you see that?

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 27

1          A.      I do.

2          Q.      And the next Page 29.  Now we're looking

3    at Schedule H, Your Co-Debtors.  Do you see where it

4    says that?

5          A.      I do.

6          Q.      And Schedule I, Your Income.  Do you see

7    where it says that?

8          A.      I do.

9          Q.      And then J on Page 32.

10          A.      I do.

11          Q.      Do you see where that represents your

12    expenses?

13          A.      Uh-huh.

14          Q.      And then Page 35 please.  Page 35 we're

15    looking at the official Form 107 which is a,

16    Statement of Financial Affairs for Individuals Filing

17    for Bankruptcy.  Is that what it says?

18          A.      That is correct.

19          Q.      And then next turning your attention to

20    Page 45 this is the official Form 122B Chapter 11

21    Statement Of Your Current Monthly Income.  Do you see

22    that?

23          A.      I do.

24          Q.      And finally for this section Page 53 of

25    53 this says it's a Form 2030 Disclosure of

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 28

1    Compensation of Attorney For Debtors.  Do you see

2    where it says that?

3            A.     I do.

4            Q.     And you understand, Mr. Heller, don't

5    you, that your creditors rely on these schedules to

6    understand the debtor's assets and liabilities.

7    Correct?

8                  MR. ADAMS:  Objection.

9            Q.     Mr. Heller, are you asserting the same

10   answer?

11                 MR. ADAMS:  Are you asking Mr. Heller

12        what your client understands?

13                 MS. KRAMER:  Yes.

14                 MR. ADAMS:  Objection.

15           Q.     The question was you understand that

16   your creditors rely on these schedules to understand

17   the debtor's assets and liabilities.  Yes, that was

18   the question.

19                 MR. ADAMS:  Same objection.  I don't

20        know how this witness can be asked to opine on

21        or answer a question of what your client

22        understands.

23           Q.     Mr. Heller, what is your answer?  Are

24   you invoking?  I need the answer from you.

25           A.     Same answer.

Daryl Fred Heller                                        October 9, 2025
In Re: Heller, Daryl Fred

Page 29

1          Q.     Same answer.  And you understand that

2    the court likewise relies on these schedules as

3    they're filed, correct?

4                 MR. ADAMS:  You can answer that.

5          A.     Yes.

6          Q.     And so when you filed this form or these

7    forms you understood that it was required that the

8    information be truthful and accurate.  Isn't that

9    right?

10                MR. ADAMS:  Same instruction as before,

11          Mr. Heller, you can invoke.

12         A.     Same answer.

13         Q.     And you understand that it's your

14   absolute obligation when completing these forms to

15   list everything you own or have a legal or equitable

16   interest in.  Isn't that right?

17         A.     Same answer.

18         Q.     In fact the instructions to complete

19   these forms provide for as much, don't they?

20         A.     Same answer.

21         Q.     What steps did you take to be able to

22   list all of your assets in Schedule A/B?

23         A.     Same answer.

24         Q.     What steps did you take to be able to

25   list all of your monthly expenses in Schedule J?

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 30

1          A.      Same answer.

2          Q.      You reviewed the debtor's original

3    schedules for truth and accuracy prior to filing

4    them, didn't you?

5          A.      Same answer.

6          Q.      You would not have filed something that

7    you did not believe to be fully truthful, would you?

8          A.      Same answer.

9          Q.      You would not have filed something that

10   you do not believe to be fully accurate.  Would you?

11         A.      Same answer.

12         Q.      Can we just quickly turn to Page 34?

13   We're there.  Thank you.  And if you look at your

14   screen you'll see that we're on Page 34 of this

15   Exhibit and it says right there at the top,

16   Declaration About An Individual Debtor's Schedule.

17   If I can draw your attention to the S/line do you see

18   the signature line that appears under, let me read it

19   for the record it says, Under penalty of perjury I

20   declare that I have read this summary and schedules

21   filed with this declaration and that they are true

22   and accurate.  Do you see where it says that?

23         A.      I do.

24         Q.      And do you see that directly underneath

25   that affirmation there is a signature and your name

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 31

1    appears there Daryl Fred Heller.  Do you see that?

2         A.     I do.

3         Q.     And that is in fact your signature,

4    correct, your electronic signature, correct?

5         A.     Correct.

6                MR. ADAMS:  Same instruction, Mr.

7         Heller.

8         A.     Same answer.

9         Q.     You understood, didn't you, that in

10   signing this or authorizing your signature on this

11   the punishment for making a false statement or

12   concealing property could be there could be criminal

13   ramifications, fines up to $250,000 or imprisonment

14   for up to 20 years or both.  You understood that,

15   correct?

16               MR. ADAMS:  Objection and same

17        instruction.

18        A.     Same answer.

19        Q.     So now what I'd like to do is look at

20   some of the changes that were made by you to the

21   debtor's original schedules and then I'll turn to

22   asking questions about various aspects of the most

23   current version of these schedules.

24               Let's first start with couple of

25   amendments that were made.  Mr. Heller, you made two

Daryl Fred Heller                                          October 9, 2025
In Re: Heller, Daryl Fred

                                                         Page 32

1    amendments to the debtor original schedules.  Is that

2    right?

3              MR. ADAMS:  Same instruction.

4         A.    Same answer.

5         Q.    The first amendment was two days after

6    you submitted the debtor original schedules.  You

7    submitted amendments to certain of the forms on

8    February 26 of 2025, correct?

9         A.    Same answer.

10             MS. KRAMER:  As we're pulling this up

11             I'm going to refer to this as the Amended

12             February schedules.

13        Q.    And turning your attention in particular

14   to Page 12 if you look at Page 12 of this document

15   where it says, Declaration About An Individual

16   Debtor's Schedule, I'll ask you again do you see

17   under the affirmation under, Penalty of perjury I

18   declare that I have read the summary and schedules

19   filed with the Declaration and that they are true and

20   correct.  Do you see your signature appear underneath

21   that affirmation?

22             MR. ADAMS:  I'm just going to instruct

23             the witness it's okay for you to, the document

24             speaks for itself.  You can answer the question

25             that Ms. Kramer just read that statement

Daryl Fred Heller                              October 9, 2025
In Re: Heller, Daryl Fred

Page 33

1          correctly.

2          Q.      I believe the question was if that's

3     your name that appears under that affirmation.

4                  MR. ADAMS:  You can answer the question

5          that your name is listed there.

6          A.      That is correct that is my name.

7          Q.      And again your name appears under the

8     affirmation about signing under the penalty of

9     perjury.  Do you see that?

10                 MR. ADAMS:  You can answer that.

11         Q.      I'm sorry, Mr. Heller, I didn't hear

12    your answer.

13         A.      I do.

14         Q.      And you understood that in signing this

15    the punishment again could possibly lead to making

16    false statements or concealing property could be

17    fined up to $250,000 or imprisonment for up to 20

18    years or both.  You understood that.  Correct?

19                 MR. ADAMS:  Objection.  Same

20         instruction.

21         A.      Same answer.

22         Q.      More recently on September 15th of this

23    year 2025 you submitted additional amendments.  Is

24    that correct?

25                 MR. ADAMS:  Objection.  Same

Daryl Fred Heller                                        October 9, 2025
In Re: Heller, Daryl Fred

Page 34

1      instruction.

2      A.      Same answer.

3              MS. KRAMER:  Can we mark as Exhibit 003?

4      And as we pull up the next Exhibit which will

5      be 003 what's the ECF number?

6              MR. WIEDER:  This is Doc 552.

7      Q.      I'm going to refer to this as the

8      Amended September Schedule.  Great.  Drawing your

9      attention to Page 27 of this document we're now

10     looking at Page 27, Mr. Heller, where it says,

11     Declaration About An Individual Debtor's Schedule.

12     Drawing your attention to the bottom of the page

13     where it says.  Withdrawn.

14             Does it say under, Penalty of perjury I

15     declare that I have read the summary and schedule

16     filed with this Declaration and that they are true

17     and correct.  Do you see where it says that?

18     A.      I do.

19             MR. ADAMS:  Ms. Kramer, would you accept

20         the stipulation that these schedules all

21         contain the statement that you just read and

22         they contain an S/typewritten Daryl Fred

23         Heller.  Would you accept a stipulation for

24         expediency?  You can ask whatever questions

25         you want.  I know you want to get these marked

Daryl Fred Heller                                          October 9, 2025
In Re: Heller, Daryl Fred

Page 35

1          and identify the signatures.

2                    MS. KRAMER:  Yes.  I think that is

3              appropriate moving forward.  I would ask Mr.

4              Heller just for the sake of completeness to

5              answer these two questions and then to the

6              extent there are other documents with the same

7              language where his signature appears we will

8              accept that stipulation.

9          Q.      So with that in mind, Mr. Heller,

10    underneath that affirmation do you see your name

11    Daryl Fred Heller appears right underneath that

12    penalty of perjury language?

13         A.      I do.

14         Q.      So now I would like to do a little bit

15    of comparison.  I think this is going to be 002.  I'm

16    going to rely on Mr. Wieder to get us through this

17    hopefully seamlessly.  First drawing your attention

18    to Page 31 of 53 which is 001 and first drawing your

19    attention here.  Are you there at Page 31?  See if we

20    can make that bigger.

21                   MS. KRAMER:  We did just for the record

22             we did have hardcopies courier to the offices

23             of McCarter and English.  We think this is much

24             easier to go through this in person but to the

25             extent, Mr. Heller, you have hardcopies in

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 36

1          front of you we would ask that you keep them in

2          front of you.  It might be easier for you to

3          flip back and forth.  I don't know if you do or

4          don't.  We certainly did send them to your

5          counsel yesterday afternoon.

6          Q.      Having said that first drawing your

7    attention to Page 31 to 53 if we could expand that

8    hopefully you can see you add here that debtor

9    expects a decrease in his K1 earnings and expects

10   much less income in future years with the sale of

11   assets.  Do you see where it says that?

12         A.      I do.

13         Q.      Let me reread the original.  I

14   apologize.  Withdrawn.

15              The original says, The debtor receives

16   substantial amounts of K1 income through Heller

17   Capital Group LLC and Heller Investment Holdings LLC

18   as they are pass through entities to debtor.  The

19   debtor expects a decrease as his K1 earnings and

20   expects much less income in future years.  I

21   apologize for the misstatement.  Do you see where it

22   says that in the original?

23         A.      I do.  What's on your screen.

24         Q.      And now drawing your attention to

25   Exhibit 002 Page 9 of 26 and if we can zoom in

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 37

1    please.  There we go.  And here, Mr. Heller, do you

2    see where it says, The debtor has historically

3    received substantial amounts of K1 income through

4    Heller Capital Group LLC and Heller Investment

5    Holdings LLC as they are pass through entities to

6    debtor.  The debtor expects a decrease in his K1

7    earnings and expects much less income in future years

8    with the sale of assets.  The distribution (cash

9    received) a debtor generally had been taking $1-to-2

10   million annually.  However in many years his K1

11   income is much higher.

12             MR. ADAMS:  You can answer that.

13        A.    I do.

14        Q.    And you ask here, Mr. Heller, debtor

15   expects a decrease in his K1 earnings and expects

16   much less income in future years with the sale of

17   assets.  Do you see where it says that?

18             MR. ADAMS:  Same instruction.

19        A.    I do.

20        Q.    What assets are you referring to there?

21             MR. ADAMS:  Objection.  Same

22        instruction.

23        A.    Same answer.

24        Q.    And are those assets to be sold in

25   bankruptcy or outside of bankruptcy?

Daryl Fred Heller                           October 9, 2025
In Re: Heller, Daryl Fred

Page 38

1          A.      Same answer.

2          Q.      Now since we're in the same document if

3     you can go to Page 9 please and let me ask you about

4     what appears next to the double asterisk where it

5     says, Subject to adjustment as 2023 tax returns have

6     not been filed yet.  Do you see where it says that?

7                  MR. ADAMS:  You can answer that

8          question.

9          A.      I do.

10         Q.      Have you filed your 2023 tax returns

11    since making this representation?

12                 MR. ADAMS:  Same instruction.

13         A.      Same answer.

14         Q.      What about your 2024 tax returns have

15    those been filed?

16         A.      Same answer.

17         Q.      Drawing your attention now to back to

18    Exhibit 001 Page 40 do you see, Mr. Heller, here

19    where you removed gift to a company owned by Ethan

20    Heller dated March 2024 for $240,000?  Do you see

21    where it says that?

22                 MR. ADAMS:  Same instruction.  We'll

23         stipulate that the document speaks for itself

24         and that you read it accurately but I'm

25         instructing him not to answer as the question

Daryl Fred Heller                                              October 9, 2025
In Re: Heller, Daryl Fred

Page 39

1          was what he did or didn't add so I'm

2          instructing the witness to invoke but I'll

3          stipulate that you read it correctly.

4                    MS. KRAMER:  Thank you.

5          Q.    Is Ethan Heller your son?  Is that

6     right, Mr. Heller?

7                    MR. ADAMS:  You can answer that.

8          A.    Yes.

9          Q.    And does the document further provide

10    that a transfer of $240,000 was made to a company

11    owned by your son in March of 2024?  Is that what the

12    document shows?

13                   MR. ADAMS:  I'll stipulate.  I'll

14         instruct the witness to invoke but we'll

15         stipulate that you read it correctly.

16         A.    Same answer.

17         Q.    Mr. Heller, the schedule says, To list

18    transfers within the prior two years.  Do you see

19    where it says that?

20                   MR. ADAMS:  Same stipulation.  Same

21         instruction.

22         A.    Same answer.

23         Q.    So since you filed for bankruptcy in

24    February of 2025 the information in this document

25    should date back to at least February of 2023.  Isn't

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 40

1    that right?

2              MR. ADAMS:  Same stipulation.  Same

3         objection.  Same instruction.

4         A.    Same answer.

5         Q.    And you'll also, understanding the

6    stipulation from counsel is coming, you also see

7    where the document says states that a separate gift

8    was made to your son Ethan Heller for a hundred

9    eighty thousand dollars in January of 2024.  Do you

10   see where says that?

11             MR. ADAMS:  So stipulated and same

12        instruction.

13        A.    Same answer.

14        Q.    And the document also provides that

15   another hundred seventy-five thousand dollar gift was

16   made to your son Ethan Heller in April of 2024 but in

17   bitcoin.  Do you see where it shows that?

18             MR. ADAMS:  So stipulated.  Same

19        instruction.

20        A.    Same answer.

21        Q.    And then another gift of 35,000 was made

22   this time.  Actually withdrawn.

23             Is your daughter Taite Heller?

24             MR. ADAMS:  You can answer that.

25        A.    That is correct.

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 41

1      Q.      And you can see in the document, Mr.

2    Heller, that another gift of $35,000 was made to your

3    daughter Taite Heller in May of 2024.  Do you see

4    where it says that?

5              MR. ADAMS:  Same instruction.

6      A.      Same answer.

7      Q.      But there is not a listing of over $600

8    to either your son or daughter in 2023.  Is there?

9              MR. ADAMS:  Same instruction.

10     A.      Same answer.

11             MS. KRAMER:  Just for the record I think

12         we are moving expediently.  Mr. Heller, we had

13         agreed in the beginning of the deposition that

14         you would say same answer.  We'll stipulate you

15         know to make things easy to the extent Mr.

16         Adams is saying same objection.  Same

17         instruction if the court reporter can make sure

18         that the same answer appears in the transcript

19         even if Mr. Heller isn't saying it we

20         understand him to be asserting and invoking.

21             MR. ADAMS:  Thank you.

22     Q.      So to be clear, Mr. Heller, after having

23   made zero gifts to your children the prior year you

24   made not one but three gifts to your son totaling

25   over a hundred thousand dollars in just the first few

Daryl Fred Heller                              October 9, 2025
In Re: Heller, Daryl Fred

Page 42

1    months of 2024.  Isn't that what the document shows?

2              MR. ADAMS:  I'll stipulate and same

3        instruction.

4        A.    Same answer.

5        Q.    And in May 2024 that was also the time

6    when Heller Capital began defaulting on its loans to

7    multiple creditors.  Isn't that correct?

8              MR. ADAMS:  Same instruction.

9        A.    Same answer.

10       Q.    Blackford defaulted on loans to

11   Silverview in June of 2024, correct?

12             MR. ADAMS:  Same instruction.

13       A.    Same answer.

14       Q.    And these transfers were made to avoid

15   paying your creditors.  Weren't they?

16       A.    Same answer.

17             MS. KRAMER:  Can we just take a

18       five-minute break?  I'm going to try to

19       streamline some of this.

20             MR. ADAMS:  Sure.

21             MS. KRAMER:  Quick five minutes and then

22       we'll be back.

23             MS. PLACONA:  So 8:55.

24             VIDEOGRAPHER:  Off the record at 8:50.

25             (Whereupon there was a break 8:50 a.m.

Page 43

1          to 9:00 a.m.)

2                    VIDEOGRAPHER:  We are back on the

3          record.  The time is 9 a.m.

4                    MS. PLACONA:  I see there is another

5          gentlemen that joined the proceeding.  I would

6          just like that to be noted for the record.

7                    MS. KRAMER:  I'm unclear who that person

8          is.  Who you are referring to?

9                    MR. KARICKHOFF:  Counsel to Claudia

10         Springer.  She is the Chapter 7 Trustee of

11         Blackford.

12                   MS. KRAMER:  Can we proceed?

13                   MS. PLACONA:  Please.

14         Q.     Mr. Heller, just before the break you

15    will recall we were reviewing some schedules

16    together.  Do you remember doing that?

17         A.     I do.

18         Q.     And do you remember that I asked you

19    about the parts of each document where you see the

20    penalty of perjury and your signature appearing

21    underneath?  Do you remember answering questions

22    about that?

23         A.     I do.

24         Q.     And do you remember your counsel

25    stipulating that the penalty of perjury language

Page 44

1    appeared and your signature appeared underneath each

2    time?  Do you remember that stipulation?

3         A.     I do.

4         Q.     Mr. Heller, did you authorize your

5    signature be applied to these documents?

6                MR. ADAMS:  Same instruction.

7         A.     Same answer.

8         Q.     And also when we left off before the

9    break we were talking about certain gifts that we saw

10   in the documents that we were reviewing.  Do you

11   remember that?

12               MR. ADAMS:  Same instruction.

13        A.     Same answer.

14        Q.     Mr. Heller, did you make any gifts to

15   individuals other than family members including any

16   romantic partners?

17               MR. ADAMS:  Same instruction.

18        A.     Same answer.

19        Q.     Let's switch gears a little bit and

20   we're going to mark as Exhibit are we at 4 now?  I

21   think this will be 004.

22               MR. WIEDER:  This is a redline Document

23        59 and 334.

24               MS. KRAMER:  Did everybody hear that?

25               MR. WIEDER:  Document 59 and I guess it

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 45

1        would be 552.

2        Q.      So we're marking as redline as Exhibit

3   004 and as we're bringing that up I will just say for

4   the record it's the redline comparison of Form 106

5   Sum and Schedule A/B.

6               MS. KRAMER:  And the ECF.

7               MR. WIEDER:  So this is a redlined of

8        schedules that we already looked at.

9               MS. KRAMER:  What does that mean?  Who

10       redlined it?

11              MR. WIEDER:  We did.

12              MS. KRAMER:  And this was included in

13       the documents we had courier over.

14              MS. PLACONA:  I saw them.  I got them

15       electronically.  I'm just trying to understand

16       them you redlined them.  I'll let you proceed.

17       Thank you.

18       Q.      If we can turn to Page 12 please.  So,

19   Mr. Heller, you'll recall that in your original

20   debtor schedules you stated that the fair market

21   value was a hundred sixty million dollars.  Do you

22   recall that?

23       A.      Same answer.

24       Q.      You also stated in those original debtor

25   schedules that the book value was 35 million.  Do you

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 46

1    remember that?

2         A.      Same answer.

3         Q.      And you would agree with me, wouldn't

4    you, that book value equals total assets minus total

5    liabilities.  Correct?

6         A.      Same answer.

7         Q.      Whereas fair market value roughly

8    speaking is the estimated price of the asset if it

9    were sold on the open market.  Do you agree with

10   that?

11        A.      Same answer.

12        Q.      As of February 2025 it is your

13   contention that the fair market value and this is

14   based on the documents of Heller Capital was a

15   hundred and sixty million dollars.  Is that correct?

16        A.      Same answer.

17        Q.      And under penalty of perjury you

18   represented that Heller Capital's fair market value

19   was over four times its book value.  Isn't that

20   right?

21        A.      Same answer.

22        Q.      And in fact you said that the fair

23   market value was downgraded from the value on

24   December 21st 2023 because of the impairment that

25   occurred in the first six months of 2024.  Isn't that

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 47

1    correct?

2            A.      Same answer.

3            Q.      And isn't it true that the $160 million

4    valuation cannot be substantiated.  Can it?

5            A.      Same answer.

6            Q.      And you made that determination on your

7    own, didn't you?

8            A.      Same answer.

9            Q.      You didn't hire an independent third

10   party to value Heller Capital or its portfolio

11   companies, did you?

12           A.      Same answer.

13           Q.      You didn't commission a formal analysis

14   of comparable transactions, did you?

15           A.      Same answer.

16           Q.      You didn't discount future cash flows,

17   did you?

18           A.      Same answer.

19           Q.      And now you state that the correct value

20   is somewhere between 15 million and $25 million.

21   Isn't that right?

22           A.      Same answer.

23           Q.      But you haven't conducted any recent

24   valuations.  Have you?

25           A.      Same answer.

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

Page 48

1          Q.      And we don't know whether this new value

2    you are reporting is fair market value or book value.

3    Correct?

4          A.      Same answer.

5          Q.      And despite saying that the correct

6    value is between 15-and-25 million you listed the

7    value of your 99 percent interest as quote unknown

8    end quote.  Isn't that correct?

9          A.      Same answer.

10         Q.      And that's because you knew that if a

11   plan were approved based on your ability to sell your

12   interest in Heller Capital for 15 million or 25

13   million you'd have no way of paying back of making

14   that payment.  Isn't that right?

15         A.      Same answer.

16         Q.      What value if any did you ascribe to

17   Blackford as part of determining Heller Capital's

18   quote unquote correct value?

19         A.      Same answer.

20         Q.      Are we still on Page 12?  Yeah.  So now

21   drawing your attention to Page 12 of this document

22   the redline again in your original debtor's schedule

23   you stated that the fair market value was 60 million.

24   Is that correct?

25         A.      Same answer.

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 49

1          Q.      But you also stated that the book value

2     was 28 million.  Isn't that right?

3          A.      Same answer.

4          Q.      So as of February of this year 2025 it's

5     your contention that the fair market value of Heller

6     Investment Holdings was $60 million.  Is that

7     correct?

8          A.      Same answer.

9          Q.      But would it be fair to say that the

10    fair market value of Heller Investment Holdings was

11    determined by substantially the same methodology as

12    you determined the fair market value of Heller

13    Capital?

14         A.      Same answer.

15         Q.      And again you now state that the quote

16    end quote correct value is somewhere between

17    15-and-25 million.  Isn't that right?

18         A.      Same answer.

19         Q.      And again, Mr. Heller, it's fair to say,

20    isn't it, that you cannot identify any third-party

21    evaluation supporting the valuation that appears in

22    these sworn documents, correct?

23         A.      Same answer.

24         Q.      You also state that there is a quote

25    potential $20 million increase if strategic

Daryl Fred Heller                              October 9, 2025
In Re: Heller, Daryl Fred

Page 50

1   liquidation occurs over a couple year period of time.

2   Do you agree with that statement?

3           A.      Same answer.

4           Q.      Mr. Heller, isn't that pure speculation?

5           A.      Same answer.

6           Q.      You haven't identified a buyer, have

7   you?

8           A.      Same answer.

9           Q.      You haven't received any offer that

10  suggests that Heller Investments is worth

11  35-million-to-$45-million.  Isn't that right?

12          A.      Same answer.

13          Q.      Rather instead of attempting to

14  accurately list your assets you decided to use these

15  schedules as a means to make unverifiable statements

16  about what your Company quote could be worth.  Isn't

17  that correct?

18          A.      Same answer.

19          Q.      And you also list yourself as owning 100

20  percent of Heller Investment Holdings, right?

21          A.      Same answer.

22          Q.      Let's turn to Part 5 of Form 107 which

23  is going to be Page 32 of 003.  Can you see that, Mr.

24  Heller?

25          A.      I can.

Page 51

1      Q.      We previously discussed moments ago that

2   you had listed a gift.  Withdrawn.

3            That it appears based on this document

4   that a gift was listed to your son and that gift was

5   made January of 2024 for $180,000.  Do you remember

6   when we looked at that?

7      A.      I do.

8      Q.      And now there is a gift listed for

9   $200,000.  Do you see where it shows that?

10     A.      I do.

11     Q.      Why did you make that change?

12     A.      Same answer.

13     Q.      And this would be the third time that

14  you amended your schedules to address the amounts you

15  paid to your son.  Isn't that right?

16     A.      Same answer.

17     Q.      Now we're going to just take a moment to

18  look at two Exhibits that have already been marked.

19  003.  So we're comparing 003 and we'll get to marking

20  a new Exhibit momentarily.

21            You're aware, Mr. Heller, aren't you,

22  that in connection with our clients loaning money to

23  the Blackford funds you provided certain financial

24  information to Silverview.  Isn't that right?

25     A.      Same answer.

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 52

1       Q.      And the information you provided of

2   course included financial information about your own

3   personal assets, didn't it?

4       A.      Same answer.

5       Q.      And you were well aware that Silverview

6   would rely on that financial information because your

7   personal guarantee was a requirement for the loan.

8   Correct?

9       A.      Same answer.

10      Q.      And in particular you understood that

11  Silverview would rely on the truth and accuracy of

12  the information contained therein.  Isn't that right?

13      A.      Same answer.

14      Q.      Now let's mark as Exhibit 005.  We'll

15  take a minute to pull that up and while we're pulling

16  that up, Mr. Heller, for cash assets you listed

17  Truest Checking and Peoples Bank.  Isn't that right?

18      A.      Same answer.

19      Q.      But in the Exhibit we were just looking

20  at Line Item 16 you did not list Peoples Bank.  Is

21  that correct?

22      A.      Same answer.

23      Q.      Do you still have an open account with

24  Peoples Bank or was it closed?

25      A.      Same answer.

Page 53

1      Q.      Now looking at Exhibit 005.  Are we in

2    the PFS?  There we go.  We're looking at the

3    attachment to Exhibit 005.  In the PFS which you see

4    here you also list a number of investments and

5    securities assets.  Do you see that?

6              MR. ADAMS:  I appreciate.  I just want

7           to be clear and I don't mean to interrupt you,

8           Ms. Kramer, I appreciate your orientating the

9           witness.  I just don't want him to be confused,

10          you know, we can all agree that the document

11          speaks for itself.  If you don't mind I don't

12          want there to be confusion with him asking an

13          orientating question the substance of which

14          he's going to invoke at my instruction.

15             MS. KRAMER:  Sure.  Understood.

16     Q.      So withdrawn and I'll ask a cleaner

17   question in light of your counsel's consideration.

18             Do you see where it says in this Exhibit

19   that there, do you see the list of a number of

20   investments and securities and assets in this

21   attachment?  Do you see that that's what appears here

22   on the document?

23             MR. ADAMS:  You can answer that you see

24          the document.

25     A.      I see the document.

Daryl Fred Heller                              October 9, 2025
In Re: Heller, Daryl Fred

Page 54

1          Q.      And do you see that there is an E Trade,

2     ING Prudential Financial, Merrill Lynch, Charles

3     Schwab and Coin Base line items that appear on the

4     document, correct?

5                   MR. ADAMS:   Instruction.

6          A.      Same answer.

7          Q.      In the prior Exhibit that we were just

8     looking at which I'll represent is Exhibit 003 none

9     of these accounts were listed.  Isn't that correct?

10         A.      Same answer.

11         Q.      In fact in that Exhibit we were just

12    looking at Coin Base is listed but as a checking

13    account not as an investment account.  Is that right?

14         A.      Same answer.

15         Q.      Are any of those accounts still open?

16         A.      Same answer.

17         Q.      Do any of those accounts have money in

18    them?

19         A.      Same answer.

20         Q.      In your email attaching the PFS which is

21    what we've been looking at the following commentary

22    is provided.  It reads, Attached is my PFS with the

23    following commentary.  My assets are housed in three

24    distinct entities.  Heller Capital Group, Heller

25    Investment Holdings and Accordo.  I keep the

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 55

1    valuation of entities highly conservative as we have

2    had unsolicited offers that are 2 to 4X my PFS

3    defined equity for many of these assets.  I stay

4    heavily invested on the equity side as I see 20

5    percent plus returns.  Therefore don't keep much in

6    cash markets rather than cash in many of my operating

7    entities.  Do you see where it says that?

8            A.    Same answer.

9            Q.    And it's noted here that the bulk of

10   your assets are housed in Heller Capital Group,

11   Heller Investment Holdings and Accordo, correct?

12           A.    Same answer.

13           Q.    By the way, just drawing your attention

14   to the top of the email are you with me?  Are you

15   with me?

16           A.    Yes.

17           Q.    Do you see where it says, From?

18           A.    I do.

19           Q.    And do you see that it says, From Daryl

20   Heller?  Do you see that?

21           A.    I do.

22           Q.    Do you see where it says the email

23   address being, dheller@hellercg.com?  Do you see

24   where it says that?

25           A.    I do.

Daryl Fred Heller                              October 9, 2025
In Re: Heller, Daryl Fred

Page 56

1          Q.      Is that your email address, Mr. Heller?

2          A.      Yes.

3          Q.      And do you see the date of this is

4    Friday, August 4th, 2023 at 10:10 a.m. in the

5    morning.  Do you see that?

6          A.      I do.

7          Q.      Back to the body of your email as we

8    were just reading through.  As of June 30th 2023 you

9    stated or the email states that the fair market value

10   of your interest in those entities was 255,700,000,

11   48,150,000 and 13,683,000 respectively.  We'll just

12   take a minute to get there.  Is that correct?

13              MR. ADAMS:  Same instruction.

14         Q.      Same answer, Mr. Heller?

15         A.      That is understood.

16         Q.      And in fact in the commentary you stated

17   that those valuations were quote highly conservative

18   end quote.  Isn't that right?

19         A.      Same answer.

20         Q.      But those certainly are not the

21   valuations you're reporting on your financial

22   schedules, are they?

23         A.      Same answer.

24         Q.      And in fact even as of June 30th of

25   2023, two years prior those valuations were not based

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

Page 57

1   on audited financial statements, were they?

2          A.      Same answer.

3          Q.      You stated that you had unsolicited

4   offers and that you are 2 to 4x that are 2 to 4x your

5   PFS defined equity for many of the assets listed.  Do

6   you see where it says that?

7          A.      Same answer.

8          Q.      That wasn't true, was it?

9          A.      Same answer.

10         Q.      You were inflating the value of your

11  assets, weren't you?

12         A.      Same answer.

13         Q.      And your interest in Accordo is also not

14  listed as an asset on your schedules.  Is that

15  correct?

16         A.      Same answer.

17         Q.      And that's because you disposed of that

18  interest in March of 2024.  Did you not?

19         A.      Same answer.

20         Q.      Mr. Heller, how much did you sell that

21  for?

22         A.      Same answer.

23         Q.      Where did the money go?

24         A.      Same answer.

25         Q.      You also stated that your income was

Page 58

1   close to $20 million in 2021.  Is that correct?

2        A.    Same answer.

3        Q.    And that included significant bonuses

4   that you paid yourself, didn't it?

5        A.    Same answer.

6        Q.    Well actually going back to Exhibit 003

7   please Page 28.  We have the Form 107.  This is the

8   Form 107.  I'm drawing your attention to Part 2 Line

9   Item 4.  You listed your total income for calendar

10  year 2024 including bonuses as 504,000.  Isn't that

11  correct?

12           MR. ADAMS:  Same answer.

13       A.    Same answer.

14       Q.    And you also listed total income of

15  504,000 in 2023.  Isn't that right?

16       A.    Same answer.

17       Q.    And looking at distributions you made

18  distributions in Line Item 5 which is appears on Page

19  29.  Are we there?  Okay.  That you received 250,000

20  in distributions in 2024 and 1.5 million in 2023

21  respectively.  Isn't that correct?

22       A.    Same answer.

23       Q.    So, Mr. Heller, as listed here all in

24  your incoming 2023 all in it was just over

25  $2 million.  Isn't that right?

Daryl Fred Heller                           October 9, 2025
In Re: Heller, Daryl Fred

Page 59

1        A.      Same answer.

2        Q.      And it was less than that in 2024,

3    correct?

4        A.      Same answer.

5        Q.      That's significantly lower from the

6    income you were reporting to Silverview in August of

7    2023 in order to convince Silverview to loan you the

8    funds.  Isn't that right?

9        A.      Same answer.

10        Q.      Have you paid yourself or caused someone

11    else to pay you bonuses since January of 2023?

12        A.      Same answer.

13        Q.      Mr. Heller, do you suffer from a

14    gambling addition?

15        A.      Same answer.

16        Q.      I'm going to now turn to the examiner

17    first report so we're going to shift gears just a

18    little bit.  Paramount issued invoices to the

19    Prestige fund.  Isn't that so, Mr. Heller?

20        A.      Same answer.

21        Q.      And the examiner report in this matter

22    indicates that he reviewed 48 invoices between 2021

23    and 2023, correct?

24        A.      Same answer.

25               MR. KRAMER:  And for the record if it's

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 60

1          helpful to people hopefully you have the

2          examiner report handy.  I am referring to

3          Paragraph 13 on Page 8 of 9 just for reference.

4          Q.     And those invoices, Mr. Heller, listed

5     the serial numbers of ATMs that were sold to a

6     particular Prestige fund, didn't they?

7          A.     Same answer.

8          Q.     The Examiner determined that those 48

9     invoices included 24,187 individual ATM serial number

10    entries, correct?

11         A.     Same answer.

12         Q.     And you would agree with me, wouldn't

13    you, that if you already sold an ATM to one fund you

14    can't turn around and subsequently sell the same

15    exact ATM machine to another fund.  Isn't that right?

16         A.     Same answer.

17         Q.     But the Examiner in this case found that

18    the invoices that Paramount issued to the Prestige

19    funds did just that.

20         A.     Same answer.

21         Q.     The Examiner found that 794 ATM serial

22    numbers were sold more than once.  Isn't that right?

23         A.     Same answer.

24         Q.     In fact the Examiner found that 752 ATMs

25    were sold twice.

Daryl Fred Heller                         October 9, 2025
In Re: Heller, Daryl Fred

Page 61

1          A.      Same answer.

2          Q.      And 42 ATMs were sold three times,

3     correct?

4          A.      Same answer.

5          Q.      And the Examiner found that the value of

6     those repeat sales was more than $20 million.  Isn't

7     that correct?

8          A.      Same answer.

9          Q.      The Examiner also found that 48 ATMs

10    appeared multiple times on the same invoice.

11    Correct?

12         A.      Same answer.

13         Q.      But those invoices are only for ATMs

14    assigned to the Prestige funds, right?

15         A.      Same answer.

16         Q.      And those invoices shouldn't contain any

17    ATMs that were owned by other parties like Blackford,

18    should they?

19         A.      Same answer.

20         Q.      In fact Blackford owned 3,697 ATMs,

21    correct?

22         A.      Same answer.

23         Q.      Let's quickly look at an email that was

24    shared with Silverview regarding ATMs in the

25    Blackford portfolio.  Can we please mark this?  This

Daryl Fred Heller                                      October 9, 2025
In Re: Heller, Daryl Fred

Page 62

1  will be 006 are we up to?  006.  Just drawing your

2  attention to this document, Mr. Heller, can we go to

3  the top please to give context.  This is an email

4  from Barry Rynearson at Heller sent on Tuesday,

5  August 1st 8:19 a.m.  Can you read the name in the To

6  line in this email please?

7          A.     I can.

8          Q.     Will you?

9          A.     Barry Rynearson.

10         Q.     Right.  But in the To line who is this

11  email to?

12         A.     Daryl Heller.

13         Q.     And you are Daryl Heller.  Correct?

14         A.     Correct.

15         Q.     And the subject is a forwarding and it

16  says, Blackford ATM performance details, and then

17  there appear to be attachment.  Do you see all of

18  that?

19              MR. ADAMS:  I'll stipulate counsel has

20         read that correctly.

21         A.     Same answer.

22         Q.     Drawing your attention to the second

23  email in the chain and now we see another email in

24  the chain.  This time this appears to be from Omar

25  Brown to Jeffrey Marcus at Silverview.

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 63

1            MR. ADAMS:  I'll stipulate that's been

2       read correctly.

3            A.    Same answer.

4            Q.    And, Mr. Heller, you see that you are

5    copied on this email.  Do you see where your name

6    appears on the cc line?

7            MR. ADAMS:  Same stipulation it's been

8       read correctly?

9            A.    Same answer.

10           Q.    And the email goes onto state, Hello

11   Jeffrey.  Attached is a pdf of the detail for the

12   Blackford ATM performance by State.  The Excel

13   spreadsheet attached represents the performance of

14   the individual Paramount funds CEJ and NOO2 which

15   include the Blackford ATMs.  Please note the 7,500

16   plus ATMs are a subset of the 25,000 plus total

17   active ATMs in the Paramount network.  Do you see

18   where it says that?

19           MR. ADAMS:  I'll stipulate that counsel

20      read that correctly.

21           A.    Same answer.

22           Q.    And then it lists the number of active

23   ATMs and there's the grey box that says 3,697.  Do

24   you see where it says that?

25           MR. ADAMS:  Again same stipulation that

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

Page 64

1          counsel read the document correctly.

2          A.     Same answer.

3          Q.     Young America Capital was your broker

4    for this transaction.  Is that right, Mr. Heller?

5                 MR. ADAMS:  Same instruction.

6          A.     Same answer.

7          Q.     You provided them with the information

8    in this email, didn't you?

9          A.     Same answer.

10         Q.     And you instructed Young America Capital

11   to send the email to Silverview, correct?

12         A.     Same answer.

13         Q.     Young America Capital was in fact acting

14   as your authorized agent in providing this

15   information to Silverview, wasn't it?

16         A.     Same answer.

17         Q.     And you didn't correct them and say wait

18   this information you provided is incorrect, right?

19         A.     Same answer.

20         Q.     Again you knew that Silverview in

21   extending the funds and the loans that it was based

22   in part on the information that Young American

23   Capital was providing on your behalf, correct?

24         A.     Same answer.

25         Q.     Now let's just do a little bit of math.

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

Page 65

1  If you add up the 24,187 ATMs that were assigned to

2  the Prestige funds and the 3,697 owned by Blackford

3  that totals 27,884.  Correct?

4          A.      Same answer.

5          Q.      Paramount never had 27,884 ATMs.  Did

6  it?

7          A.      Same answer.

8          Q.      Mr. Heller, if we were to compare the

9  list of ATM serial numbers you provided to Silverview

10  with the serial numbers listed on the Prestige fund

11  invoices that the examiner reviewed would there be

12  any overlap?

13          A.      Same answer.

14          Q.      There would in fact be overlap.

15  Wouldn't there?

16          A.      Same answer.

17              MS. KRAMER:  We're trying to streamline.

18          We would benefit from a five-minute break and I

19          promise everybody it will be worth your while

20          because we're trying to get to the end of this

21          and that break will allow us to do so quicker.

22              MR. ADAMS:  Sounds good.

23              VIDEOGRAPHER:  Off the record at 9:29.

24              VIDEOGRAPHER:  We are back on the

25          record.  The time is 9:41.

Daryl Fred Heller                           October 9, 2025
In Re: Heller, Daryl Fred

Page 66

1            MS. KRAMER:  Thank you, Mr. Heller.

2      Q.     I think before the break we were talking

3    about the examiner first report.  You in fact filed a

4    response or responded to the examiner first report.

5    Is that correct?

6            MR. ADAMS:  Same instruction.

7      A.     Same answer.

8      Q.     And in your response to the examiner

9    first report you stated that the Prestige fund

10   managers were aware that the BOS included TID and PH

11   numbers.  Let me just ask you PH stands for

12   Placeholder.  Is that correct?

13     A.     Same answer.

14     Q.     And Placeholder at a minimum means that

15   these machines are not active.  Isn't that right?

16     A.     Same answer.

17     Q.     And it's true, is it not, that the list

18   of ATMs purportedly owned by Blackford included

19   Placeholder ATMs, correct?

20     A.     Same answer.

21     Q.     And you're not alleging that Silverview

22   was aware of the fact that the Blackford ATMs

23   included Placeholders, are you?

24     A.     Same answer.

25     Q.     And you can't identify a single document

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 67

1    or email in which you disclose to Silverview that the

2    list of ATMs purportedly owned by Blackford included

3    Placeholder ATMs, can you?

4            A.    Same answer.

5            Q.    So on an aggregate basis how many

6    operating ATMs did Blackford actually have in August

7    of 2023?

8            A.    Same answer.

9            Q.    And what about in June of '24?

10           A.    Same answer.

11           Q.    And at any point in 2024 or later were

12    any of the Blackford ATMs sold?

13           A.    Same answer.

14           Q.    And at any point in 2024 or later were

15    the management for the Blackford ATMs sold or

16    transferred?

17           A.    Same answer.

18           Q.    And were any of the Blackford ATMs

19    removed during the past three years?

20           A.    Same answer.

21           Q.    Were any replaced during the same time

22    period?

23           A.    Same answer.

24           Q.    Were any decommissioned?

25           A.    Same answer.

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 68

1          Q.      You also state in your response that

2     debtors counsel will contact the Examiner to analyze

3     the 48 BOS referenced in the first interim report and

4     provide clarity on the discrepancies regarding serial

5     numbers.  TIDs and PH numbers.

6                  Now your response to the Examiner First

7     Interim Report was filed on June 13th 2025.  Is that

8     correct?

9          A.      Same answer.

10          Q.      And today is October 9th 2025.  Is that

11     right?

12          A.      Same answer.

13          Q.      You're invoking your right against self

14     incrimination when I ask you if today's date is

15     October 9th 2025?

16                  MR. ADAMS:  He is.

17                  MS. KRAMER:  Noted.

18          A.      Same answer.

19          Q.      So that's a hundred eighteen days.  Do

20     you dispute that it's a hundred eighteen days between

21     June 3rd of 2025 and October 9th of 2025?

22                  MR. ADAMS:  We'll stipulate to whatever

23          time it is.

24          A.      Same answer.

25          Q.      And that should have been more than

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

Page 69

1    enough time for you to contact quote contact the

2    Examiner and analyze the 48 BOS referenced in the

3    First Interim Report, correct?

4            MR. ADAMS:   Objection and same

5        instruction.

6        A.      Same answer.

7        Q.      And yet in those 118 days you have not

8    filed any additional response explaining this

9    supposed discrepancy.  Have you?

10       A.      Same answer.

11       Q.      Because there's no explanation for the

12   discrepancy, Mr. Heller, is there?

13       A.      Same answer.

14       Q.      And just as the Examiner wrote you sold

15   the same ATMs multiple times, didn't you?

16       A.      Same answer.

17       Q.      I will briefly draw your attention to

18   the second report.  The Examiner second report.  I

19   think we're having some technical difficulties

20   uploading it but again trust that you all have a copy

21   of the second report.  Should we mark it just for the

22   record and this would be 007.

23           MR. WIEDER:  007.

24       Q.      Mr. Heller, in the Second Interim Report

25   the Examiner has a list of conclusions.  Is that

Daryl Fred Heller                              October 9, 2025
In Re: Heller, Daryl Fred

Page 70

1   correct?

2        A.     Same answer.

3               MS. PLACONA:  Can you give me the ECF

4        number please?

5               MS. KRAMER:  Sure.

6               MR. WIEDER:  It's up now ECF.

7               MS. PLACONA:  I see it.  Thank you.

8        Q.     And just for clarity the list of

9   conclusions appears at Paragraph 112 on Page 43 and,

10  Mr. Heller, we of course appreciate that you disagree

11  with the number of the conclusions reached by the

12  Examiner in his report but there are other

13  conclusions that you haven't challenged.  Is that

14  right?

15              MR. ADAMS:  We'll stipulate that there

16       are a number of conclusions but I will instruct

17       the witness to invoke as to what they are.

18              MS. KRAMER:  Ok.

19       A.     Same answer.

20       Q.     For example, you haven't disputed that

21  you had control over Paramount Management Group,

22  correct?

23       A.     Same answer.

24       Q.     And another key conclusion that the

25  Examiner reached in his Second Interim Report is that

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 71

1    the gross earnings from ATM operations alone were

2    insufficient to pay returns to all investors during

3    the review period.  Is that right?

4           A.    Same answer.

5           Q.    Now again just for clarity sake, Mr.

6    Heller, I'm not asking if you agree with the

7    conclusions.  I'm asking if that's what the report

8    says.  Is that what the Examiner says in his report?

9                 MR. ADAMS:  We'll stipulate he said

10               that.  I believe the question was whether or

11               not Mr. Heller contested it and I instruct

12               him to invoke on that but we'll agree that's

13               what the report says that's in front of us.

14          A.    Same answer.

15          Q.    Just for the record the question was and

16   I'll reread it.  Another key conclusion that the

17   Examiner reaches in his Second Interim Report is that

18   the gross earnings from ATM operations alone were

19   insufficient to pay returns to all investors during

20   the review period, correct, that's what the report

21   says the conclusion, correct?

22                MR. ADAMS:  We'll stipulate that you

23               read that correctly.

24                MS. KRAMER:  Thank you.

25          A.    Same answer.

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 72

1      Q.      And the Examiner says that excluding

2   investor funds during the periods of January 2021

3   through March of 2025 which he defines as the review

4   period the account statements he reviewed reflect

5   that Paramount received a total of a sixty-one

6   million, six hundred sixty-three thousand, one

7   hundred ninety-six in payments from ATM operations.

8   Is that what he says in the report?

9            MR. ADAMS:  I don't see that on what's

10        being shared in the screen but I will accept

11        your representation that you read that

12        correctly.

13            MS. KRAMER:  Thank you.

14      A.      Same answer.

15      Q.      And that was for all of Paramount's ATMs

16   however many there were.  Is that right, Mr. Heller?

17            MR. ADAMS:  Same instruction.

18      A.      Same answer.

19      Q.      And the Blackford ATM were a subset of

20   those ATMs, correct?

21      A.      Same answer.

22      Q.      And that was over a period of four

23   years, right?

24      A.      Same answer.

25      Q.      And just for clarity sake we're talking

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 73

1    about revenue.  We're not even talking about profit.

2    The examiner calculated that Paramount received a

3    total of a hundred sixty-one million, six hundred

4    sixty-three thousand, one hundred ninety-six in

5    revenue from ATM operations.  Is that right?

6            A.      Same answer.

7            Q.      And then the Examiner breaks that down

8    by year so he says that Paramount took in, for

9    example, a total of 34,371,286 in 2022 and 48,464,911

10   in 2023.  Is that right?

11           A.      Same answer.

12           Q.      And just quickly flipping back to

13   Exhibit 006 for your own reference just because I'm a

14   little bit confused in Exhibit 006 you had provided

15   Silverview with these revenue sources and reporting

16   for 2022 and 2023 and yet in the documents we were

17   just looking at you list a total operating revenue

18   for just the 3,697 Blackford ATMs.  Is that correct?

19           A.      Same answer.

20           Q.      You also state there were -- withdrawn.

21                   It also says that the actual year to

22   date in 2020 it provides the actual year to date in

23   2023 and actuals in 2022.  Is that correct?

24           A.      Same answer.

25           Q.      And it also says if we can get total

Page 74

1    operating revenue for 2022 was 71,363,970.  Is that

2    right?

3                    MR. ADAMS:  I accept your

4           representation.  I see it.  We'll stipulate

5           that the document says that.

6                    MS. KRAMER:  Thank you.

7           A.      Same answer.

8           Q.      And it says, Total Operating Revenue

9    Year to Date for 2023 was 36,899,856, correct?

10                   MR. ADAMS:  Same stipulation that it was

11          read correctly?

12          A.      Same answer.

13          Q.      And, Mr. Heller, just help me out here

14   how is it possible that the Blackford funds that were

15   a subset of all of the Paramount ATMs took in over

16   $71 million in 2022 but Paramount only took in 34

17   million that year.  How do you reconcile that?

18          A.      Same answer.

19          Q.      And your contention, Mr. Heller, is that

20   the examiner has excluded the revenue from selling

21   the ATM quote unquote hardware sales.  Is that right?

22          A.      Same answer.

23          Q.      But you listed the sources of operating

24   revenue, yeah, and do you see where it says,

25   surcharge revenue, money towered, DCC network, other

Daryl Fred Heller                                        October 9, 2025
In Re: Heller, Daryl Fred

Page 75

1   revenue, armored vault reimbursement, interchange

2   revenue, branding revenue and cash management revenue

3   and video topper advertising.  It doesn't list

4   anywhere hardware sales as a form of revenue, does

5   it?

6          A.      Same answer.

7          Q.      So, Mr. Heller, is it true or not that

8   the list of types of operating revenue for all

9   Paramount ATMs during the review period were

10  insufficient to be able to actually pay the

11  407,324,116 in aggregate distribution which are owed

12  to investors during the review period, right?

13         A.      Same answer.

14         Q.      And isn't it true that your ATM

15  businesses were just not making enough revenue to pay

16  the 407 million plus in distributions without

17  bringing in new investors and using the new money to

18  pay back the old investors, correct?

19         A.      Same answer.

20         Q.      Now I would like to look at drawing your

21  attention back to the Second Examiner Report.  We're

22  just going to put on the screen a couple of text

23  messages between you and Randal Leman.  You would

24  agree with me that Randal Leman is the CEO of

25  Paramount.  Is that right?

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 76

1        A.      Same answer.

2        Q.      So I'm showing you the text messages

3   that I just referred to and the timestamp indicates

4   that these were sent on December 4th of 2024.  Do you

5   see that?

6               MR. ADAMS:  We'll accept the

7           stipulation.  I'm sorry.  I stipulate that you

8           read it correctly.  I hope you accept that

9           stipulation.

10              MS. KRAMER:  I accept that stipulation,

11          Mr. Adams, thank you.

12              MR. ADAMS:  Thank you.

13       A.      Same answer.

14       Q.      And the context here is that in December

15  of 2024 Paramount was under a court order to turn

16  over control of Paramount's ATMs to the Prestige

17  funds that had obtained a judgment against Paramount.

18  Isn't that right?

19       A.      Same answer.

20       Q.      In fact the day prior, the day before

21  these texts were sent Paramount had moved to hold

22  Paramount in contempt of court for failing to turn

23  over the ATMs.  Is that correct?

24       A.      Same answer.

25       Q.      And Randal was worried that if you turn

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 77

1    over the ATMs there is going to be a discrepancy

2    between the number of ATMs under Paramount control

3    relative to the investor expectations.  Isn't that

4    right?

5           A.    Same answer.

6           Q.    And to be clear as you'll see in this

7    text thread Randal is using the word investor.  Is he

8    not?

9           A.    Same answer.

10          MS. PLACONA:  Just for clarification can

11          you clarify who the blue blurb is versus the

12          white blurb?

13          MS. KRAMER:  To represent for the

14          record, yes, not a problem.  What appears in

15          the blue are the text messages from Randal and

16          he's using the word investor.  Do you see where

17          he says that?

18          MR. ADAMS:  Where is that?  I accept

19          your representation that's in there.  I see at

20          the top that yes the investor expectation, yes,

21          you read that correctly.

22          MS. KRAMER:  Great.

23          A.    Same answer.

24          Q.    And then just for clarity of record the

25    grey bubbles as we call them those represent the

Page 78

1  responses from Mr. Heller and do you see where Randal

2  says, Also worried about the number of ATMs and the

3  investor expectation of performance.  If we turn

4  these over to them we don't have 28,000 units which I

5  saw on the serial number list is all hell going to

6  break loose?  Do you see where that says that?

7            MR. ADAMS:  We stipulate that you just

8       read that correctly.

9       A.    Same answer.

10      Q.    And it goes onto state two messages

11 down, My guess is that we are less than 10,000 after

12 that and down much more after the cash connect

13 fiasco.  Do you see where it says that?

14            MR. ADAMS:  Same stipulation.  You read

15      that correctly.

16      A.    Same answer.

17      Q.    And then in the grey bubble which I'll

18 represent appears to be Mr. Heller's response.  He

19 says, I hope not.  This included all BOS and many of

20 this turned out already.  Do you see where it says

21 that?

22            MR. ADAMS:  You read that correctly.

23      A.    Same answer.

24      Q.    And then just scrolling down a little

25 bit more.  There we go.  And then drawing your

Daryl Fred Heller                          October 9, 2025
In Re: Heller, Daryl Fred

Page 79

1   attention to the last kind of blue bubble that you

2   can see on the screen which again I'll represent is

3   Randal's text message.  He says and I quote, This is

4   appearing to be fraudulent to me.  Please tell me why

5   my perception is incorrect.  Do you see where it says

6   that?

7          MR. ADAMS:  You read that correctly.

8          A.    Same question.

9          Q.    And then in the grey bubble that says, I

10   will represent appears to be the response from you,

11   Mr. Heller, it states, I am with them right now.

12   Sorry not ignoring.  Not fraudulent.  We needed to

13   assign ATMs which we did.  Not have all operating.

14   Never a requirement.  Do you see where it says that?

15          MR. ADAMS:  Same stipulation you read

16       that correctly.

17          A.    Same answer.

18          Q.    And, Mr. Heller, in this text thread you

19   don't actually dispute that your investors may be

20   expecting there to be more ATMs than are currently

21   operating, correct?

22          MR. ADAMS:  Same instruction to the

23       witness.

24          A.    Same answer.

25          Q.    Along the lines I've been representing

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 80

1    that the grey bubbles are I'm representing they are

2    in fact your response to messages, Mr. Heller, did

3    you author or did you write those text messages?  Are

4    those in fact your responses?

5           A.    Same answer.

6           Q.    You were telling investors that the

7    quote unquote uptime meaning the time that ATMs were

8    operational was consistently over 98 percent.  Isn't

9    that right?

10          A.    Same answer.

11          Q.    So therefore your investors would have

12   had every reason to believe and conclude from that

13   that all or nearly all of the ATMs were consistently

14   working.  Isn't that right?

15          A.    Same answer.

16          Q.    And you were also telling investors that

17   Paramount had over 25,000 plus active ATMs in its

18   network, correct?

19          A.    Same answer.

20          Q.    So it would have been appropriate for

21   your investors to conclude that Paramount had at

22   least 25,000 working ATMs.  Isn't that right?

23          A.    Same answer.

24          Q.    So, Mr. Adams, I think you will be

25   pleased I was going to pivot to a topic regarding

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

Page 81

1  other types of fraudulent conduct.  Can I make the

2  assumption that if asked, Mr. Heller, if you've ever

3  forged or falsified any documents you are going to be

4  invoking your fifth amendment right in response to

5  those types of questions?

6              MR. ADAMS:  He would be instructed to

7        invoke but I do take issue with the

8        characterization.  I recognize that you and

9        your client may characterize it a way but if

10       you are going to turn to other conduct I'll

11       call it and suggest that any fraudulent

12       actions were done he would be instructed to

13       invoke.

14              MS. KRAMER:  And with that

15       representation I believe we have no further

16       questions at this time.

17              MR. ADAMS:  Thank you very much, Ms.

18       Kramer, it's good to see you.

19              MS. KRAMER:  Great to see you as well.

20              VIDEOGRAPHER:  If nothing further we

21       will conclude the deposition at 9:59 a.m.  We

22       are off the record.

23

24

25

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

Page 82

1                        CERTIFICATE

2

3           I, LISA NORMAN, a Notary Public and

4    Certified Court Reporter of the State of New Jersey,

5    do hereby certify that prior to the commencement of

6    the examination, the witness was duly sworn by me to

7    testify the truth, the whole truth and nothing but

8    the truth.

9

10          I DO FURTHER CERTIFY that the foregoing

11   is a true and accurate transcript of the testimony as

12   stenographically by and before me at the time, place

13   and on the date hereinbefore set forth.

14

15          I DO FURTHER CERTIFY that I am neither a

16   relative nor employee nor attorney nor counsel of any

17   of the parties to this action, and that I am neither

18   a relative nor employee of such attorney or counsel,

19   and that I am not financially interested in the

20   action.

21

22          _Lisa Norman, CCR_

23          Notary Public of the State of New Jersey

            License No. 30XI00177700

24          Dated:  October 10, 2025

25

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

**[& - 30th]**                                         Page 1

| & |
|---|
| **&**  2:2,7,12 5:8 5:11,14 13:9 14:4 |

| **0** |
|---|
| **001**  4:3 24:24 25:1 35:18 38:18 |
| **002**  4:6 35:15 36:25 |
| **003**  4:9 34:3,5 50:23 51:19,19 54:8 58:6 |
| **004**  4:12 44:21 45:3 |
| **005**  4:15 52:14 53:1,3 |
| **006**  4:17 62:1,1 73:13,14 |
| **007**  4:20 69:22 69:23 |
| **07068**  2:8 |
| **07102**  2:3 |

| **1** |
|---|
| **1**  37:9 |
| **1.5**  58:20 |
| **10**  82:24 |
| **10,000**  78:11 |
| **100**  2:2 50:19 |
| **10016**  2:13 |
| **106**  4:12 26:3 45:4 |

**107**  27:15 50:22 58:7,8
**10:10**  56:4
**10th**  23:11
**11**  21:8 23:4,5 23:12 26:11,12 27:20
**112**  70:9
**118**  69:7
**11th**  23:5
**12**  32:14,14 45:18 48:20,21
**122b**  27:20
**13**  26:15 60:3
**13,683,000** 56:11
**13th**  68:7
**15**  26:19 47:20 48:6,12 49:17
**15th**  33:22
**16**  52:20
**160**  47:3
**17,211,440** 22:11
**18**  22:11
**180,000**  51:5
**1st**  62:5

| **2** |
|---|
| **2**  25:17 26:3 37:9 55:2 57:4 57:4 58:8,25 |
| **20**  31:14 33:17 49:25 55:4 |

**58:1 61:6
200,000**  51:9
**2020**  73:22
**2021**  58:1 59:22 72:2
**2022**  73:9,16,23 74:1,16
**2023**  22:8,16 38:5,10 39:25 41:8 46:24 56:4,8,25 58:15,20,24 59:7,11,23 67:7 73:10,16 73:23 74:9
**2024**  38:14,20 39:11 40:9,16 41:3 42:1,5,11 46:25 51:5 57:18 58:10,20 59:2 67:11,14 76:4,15
**2025**  1:13 5:3 9:17 23:5,13 23:21 32:8 33:23 39:24 46:12 49:4 68:7,10,15,21 68:21 72:3 82:24
**2030**  27:25
**21st**  46:24
**22nd**  10:16 22:16

**23**  22:4
**23rd**  22:8
**24**  67:9
**24,187**  60:9 65:1
**240,000**  38:20 39:10
**24th**  23:20
**25**  4:3 47:20 48:6,12 49:17
**25,000**  63:16 80:17,22
**25-01202**  6:14
**25-11354**  1:2
**250,000**  31:13 33:17 58:19
**255,700,000** 56:10
**26**  9:17 32:8 36:25
**27**  34:9,10
**27,884**  65:3,5
**28**  26:23 49:2 58:7
**28,000**  78:4
**29**  27:2 58:19

| **3** |
|---|
| **3,697**  22:23 61:20 63:23 65:2 73:18 |
| **30**  8:7 |
| **30th**  56:8,24 |

Daryl Fred Heller                                              October 9, 2025
In Re: Heller, Daryl Fred

**[30xi00177700 - adams]**                                          Page 2

| | | | |
|---|---|---|---|
| **30xi00177700** | **48,464,911** 73:9 | **8** | **absolutely** |
| 82:23 | **4th** 56:4 76:4 | **8** 9:1 60:3 | 20:12 |
| **31** 35:18,19 | **4x** 55:2 57:4,4 | **8:00** 1:14 | **accept** 34:19,23 |
| 36:7 | **5** | **8:07** 5:2 | 35:8 72:10 |
| **32** 4:6 27:9 | | **8:19** 62:5 | 74:3 76:6,8,10 |
| 50:23 | **5** 3:4 22:20 | **8:50** 42:24,25 | 77:18 |
| **334** 44:23 | 50:22 58:18 | **8:55** 42:23 | **accordo** 54:25 |
| **34** 4:9 8:7 | **504,000** 58:10 | **8th** 10:22 | 55:11 57:13 |
| 30:12,14 74:16 | 58:15 | **9** | **account** 52:23 |
| **34,371,286** 73:9 | **52** 4:15 | | 54:13,13 72:4 |
| **35** 27:14,14 | **53** 25:17 26:3 | **9** 1:13 36:25 | **accounts** 54:9 |
| 45:25 50:11 | 26:11,24 27:24 | 38:3 43:3 60:3 | 54:15,17 |
| **35,000** 40:21 | 27:25 35:18 | **90** 2:12 | **accuracy** 30:3 |
| 41:2 | 36:7 | **9264** 82:22 | 52:11 |
| **36,899,856** 74:9 | **552** 34:6 45:1 | **98** 80:8 | **accurate** 8:1 |
| **3rd** 10:19 | **59** 25:22 44:23 | **99** 48:7 | 12:10 29:8 |
| 68:21 | 44:25 | **99.5** 22:1 | 30:10,22 82:11 |
| **4** | **6** | **9:00** 43:1 | **accurately** |
| | | **9:29** 65:23 | 38:24 50:14 |
| **4** 26:8 44:20 | **60** 48:23 49:6 | **9:41** 65:25 | **acting** 64:13 |
| 58:9 | **600** 41:7 | **9:59** 81:21 | **action** 6:13 8:3 |
| **40** 38:18 | **62** 4:17 | **9th** 5:3 68:10 | 82:17,20 |
| **407** 75:16 | **69** 4:20 | 68:15,21 | **actions** 81:12 |
| **407,324,116** | **7** | **a** | **active** 63:17,22 |
| 75:11 | | | 66:15 80:17 |
| **42** 61:2 | **7** 6:9 43:10 | **a.m.** 5:2 9:1 | **actual** 73:21,22 |
| **43** 70:9 | **7,500** 63:15 | 42:25 43:1,3 | **actually** 40:22 |
| **44** 4:12 | **7030** 8:9 | 56:4 62:5 | 58:6 67:6 |
| **45** 27:20 50:11 | **7034** 8:9 | 81:21 | 75:10 79:19 |
| **453** 26:7 | **71** 74:16 | **ability** 48:11 | **actuals** 73:23 |
| **48** 59:22 60:8 | **71,363,970** 74:1 | **able** 14:15 | **adams** 2:4 5:10 |
| 61:9 68:3 69:2 | **75** 2:7 | 29:21,24 75:10 | 5:11 7:22 8:15 |
| **48,150,000** | **752** 60:24 | **absolute** 29:14 | 9:15 10:12 |
| 56:11 | **794** 60:21 | | 15:16,20 16:6 |

Case 25-11354-JNP   Doc 603-1   Filed 10/10/25   Entered 10/10/25 16:42:59   Desc
Exhibit A - Declaration Of James J. Vincequerra   Page 89 of 122

Daryl Fred Heller                                           October 9, 2025
In Re: Heller, Daryl Fred

**[adams - answer]**                                              Page 3

| | | | |
|---|---|---|---|
| 16:8,12 17:25 | **addition** 59:14 | **agreement** | 14:14 15:15,21 |
| 18:4,8,12,16,22 | **additional** 6:11 | 21:23 | 16:3,10 18:1,5 |
| 19:9,14,18 | 33:23 69:8 | **agreements** | 18:9,13,17,24 |
| 20:3,12,19,23 | **address** 51:14 | 21:18 | 19:10,15,19 |
| 21:1,5,10,15,19 | 55:23 56:1 | **agrees** 11:12 | 20:8,16 21:3 |
| 23:7,18,24 | **adjustment** | **ahead** 19:22 | 21:10,15,20,22 |
| 24:4,9,15 25:8 | 38:5 | **alleging** 66:21 | 22:3,6,9,14,18 |
| 28:8,11,14,19 | **advertising** | **allow** 65:21 | 22:21,24 23:2 |
| 29:4,10 31:6 | 75:3 | **alston** 2:12 | 23:7,18,24 |
| 31:16 32:3,22 | **advice** 15:22 | 5:14 13:9 14:4 | 24:5,10,15 |
| 33:4,10,19,25 | 17:5 19:20 | **amended** 4:6,9 | 25:9 28:10,21 |
| 34:19 37:12,18 | 20:1,9 21:20 | 32:11 34:8 | 28:23,24,25 |
| 37:21 38:7,12 | **affairs** 23:23 | 51:14 | 29:1,4,12,17,20 |
| 38:22 39:7,13 | 25:2,13 27:16 | **amendment** | 29:23 30:1,5,8 |
| 39:20 40:2,11 | **affirmation** | 6:23 7:2 8:1 | 30:11 31:8,18 |
| 40:18,24 41:5 | 30:25 32:17,21 | 15:23,25 17:6 | 32:4,9,24 33:4 |
| 41:9,16,21 | 33:3,8 35:10 | 20:2,10 21:21 | 33:10,12,21 |
| 42:2,8,12,20 | **afternoon** 9:8 | 32:5 81:4 | 34:2 35:5 |
| 44:6,12,17 | 12:9 36:5 | **amendments** | 37:12,23 38:1 |
| 53:6,23 54:5 | **agent** 64:14 | 31:25 32:1,7 | 38:7,13,16,25 |
| 56:13 58:12 | **aggregate** 67:5 | 33:23 | 39:7,16,22 |
| 62:19 63:1,7 | 75:11 | **america** 64:3 | 40:4,13,20,24 |
| 63:19,25 64:5 | **ago** 8:17 51:1 | 64:10,13 | 41:6,10,14,18 |
| 65:22 66:6 | **agree** 9:24 | **american** 64:22 | 42:4,9,13,16 |
| 68:16,22 69:4 | 10:12 11:24 | **amount** 16:19 | 44:7,13,18 |
| 70:15 71:9,22 | 12:1 13:18 | 22:10,19 | 45:23 46:2,6 |
| 72:9,17 74:3 | 16:18 17:15 | **amounts** 36:16 | 46:11,16,21 |
| 74:10 76:6,11 | 20:8,14 46:3,9 | 37:3 51:14 | 47:2,5,8,12,15 |
| 76:12 77:18 | 50:2 53:10 | **analysis** 47:13 | 47:18,22,25 |
| 78:7,14,22 | 60:12 71:6,12 | **analyze** 68:2 | 48:4,9,15,19,25 |
| 79:7,15,22 | 75:24 | 69:2 | 49:3,8,14,18,23 |
| 80:24 81:6,17 | **agreed** 8:16,23 | **annually** 37:10 | 50:3,5,8,12,18 |
| **add** 10:12 36:8 | 9:12 10:3,8 | **answer** 7:4,7 | 50:21 51:12,16 |
| 39:1 65:1 | 13:20,23 41:13 | 7:11,16 8:4 | 51:25 52:4,9 |

Daryl Fred Heller                                        October 9, 2025
In Re: Heller, Daryl Fred

**[answer - atms]**                                              Page 4

| | | | |
|---|---|---|---|
| 52:13,18,22,25 | **answered** | **appointed**  6:9 | **asserting**  15:24 |
| 53:23 54:6,10 | 20:24 21:2 | 11:10,16 12:19 | 28:9 41:20 |
| 54:14,16,19 | **answering** | 12:23 | **assest**  4:3 |
| 55:8,12 56:14 | 14:20 43:21 | **appreciate**  7:22 | **asset**  46:8 |
| 56:19,23 57:2 | **answers**  7:17 | 8:14 9:15 | 57:14 |
| 57:7,9,12,16,19 | 7:25 14:13 | 10:11 12:1 | **assets**  23:22 |
| 57:22,24 58:2 | **apart**  9:21 | 53:6,8 70:10 | 24:1,7,8,19 |
| 58:5,12,13,16 | **apologize**  12:5 | **appropriate** | 25:1,12 26:4 |
| 58:22 59:1,4,9 | 36:14,21 | 7:3,13 11:22 | 28:6,17 29:22 |
| 59:12,15,20,24 | **apparently**  9:5 | 35:3 80:20 | 36:11 37:8,17 |
| 60:7,11,16,20 | **appear**  32:20 | **approved** | 37:20,24 46:4 |
| 60:23 61:1,4,8 | 54:3 62:17 | 48:11 | 50:14 52:3,16 |
| 61:12,15,19,22 | **appearance** | **approximately** | 53:5,20 54:23 |
| 62:21 63:3,9 | 17:4 | 15:17 | 55:3,10 57:5 |
| 63:21 64:2,6,9 | **appearances** | **april**  40:16 | 57:11 |
| 64:12,16,19,24 | 2:1 | **arbitrator**  7:24 | **assign**  79:13 |
| 65:4,7,13,16 | **appeared**  44:1 | **argue**  13:16 | **assigned**  61:14 |
| 66:7,13,16,20 | 44:1 61:10 | **armored**  75:1 | 65:1 |
| 66:24 67:4,8 | **appearing** | **arrangements** | **assumption** |
| 67:10,13,17,20 | 43:20 79:4 | 9:2 | 81:2 |
| 67:23,25 68:9 | **appears**  20:17 | **ascribe**  48:16 | **asterisk**  38:4 |
| 68:12,18,24 | 30:18 31:1 | **aside**  12:11 | **atm**  17:23 18:2 |
| 69:6,10,13,16 | 33:3,7 35:7,11 | **asked**  20:23 | 18:6,10,14,18 |
| 70:2,19,23 | 38:4 41:18 | 21:1 28:20 | 60:9,13,15,21 |
| 71:4,14,25 | 49:21 51:3 | 43:18 81:2 | 62:16 63:12 |
| 72:14,18,21,24 | 53:21 58:18 | **asking**  6:25 | 65:9 71:1,18 |
| 73:6,11,19,24 | 62:24 63:6 | 14:12 16:10 | 72:7,19 73:5 |
| 74:7,12,18,22 | 70:9 77:14 | 19:23 28:11 | 74:21 75:14 |
| 75:6,13,19 | 78:18 79:10 | 31:22 53:12 | **atms**  22:23 |
| 76:1,13,19,24 | **applicable** | 71:6,7 | 60:5,24 61:2,9 |
| 77:5,9,23 78:9 | 22:12 | **aspects**  31:22 | 61:13,17,20,24 |
| 78:16,23 79:17 | **applied**  44:5 | **assert**  15:22 | 63:15,16,17,23 |
| 79:24 80:5,10 | **appoint**  13:3,8 | 17:5 20:1 | 65:1,5 66:18 |
| 80:15,19,23 | 13:10,13 | 21:21 | 66:19,22 67:2 |

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

**[atms - broker]**                                              Page 5

67:3,6,12,15,18
69:15 72:15,20
73:18 74:15
75:9 76:16,23
77:1,2 78:2
79:13,20 80:7
80:13,17,22
**attached**  54:22
63:11,13
**attaching**  54:20
**attachment**
53:3,21 62:17
**attempting**
50:13
**attention**  25:17
26:8,23 27:19
30:17 32:13
34:9,12 35:17
35:19 36:7,24
38:17 48:21
55:13 58:8
62:2,22 69:17
75:21 79:1
**attorney**  16:15
28:1 82:16,18
**attorneys**  2:4,9
2:14 15:16
23:21
**audited**  57:1
**august**  13:6
22:8 56:4 59:6
62:5 67:6
**author**  80:3

**authorize**  44:4
**authorized**
21:17 64:14
**authorizing**
31:10
**avenue**  2:7,12
**avoid**  42:14
**aware**  51:21
52:5 66:10,22

**b**

**b**  4:1 26:9
29:22 45:5
**back**  10:11
11:19 12:11
13:1,16 36:3
38:17 39:25
42:22 43:2
48:13 56:7
58:6 65:24
73:12 75:18,21
**bank**  52:17,20
52:24
**bankruptcy**  1:1
5:9 6:15 8:8
17:17 21:9
23:4,5,12,16
27:17 37:25,25
39:23
**barry**  62:4,9
**base**  54:3,12
**based**  10:3
16:10 21:23
46:14 48:11

51:3 56:25
64:21
**basically**  7:19
**basis**  67:5
**baumann**  2:7
5:8
**bear**  17:22
**began**  42:6
**beginning**  5:3
41:13
**behalf**  8:9
64:23
**believe**  12:8,14
13:9 16:18
30:7,10 33:2
71:10 80:12
81:15
**believed**  12:16
**believes**  12:18
**benefit**  65:18
**best**  14:20
**bigger**  35:20
**bind**  21:17
**bird**  2:12 5:14
13:9 14:4
**bit**  35:14 44:19
59:18 64:25
73:14 78:25
**bitcoin**  40:17
**blackford**
17:22 18:2,6
18:10,14,18,18
19:3,7,12
21:18 22:4,11

23:1 42:10
43:11 48:17
51:23 61:17,20
61:25 62:16
63:12,15 65:2
66:18,22 67:2
67:6,12,15,18
72:19 73:18
74:14
**blue**  77:11,15
79:1
**blurb**  77:11,12
**body**  56:7
**bonuses**  58:3
58:10 59:11
**book**  45:25
46:4,19 48:2
49:1
**bos**  66:10 68:3
69:2 78:19
**bottom**  34:12
**box**  63:23
**branding**  75:2
**break**  42:18,25
43:14 44:9
65:18,21 66:2
78:6
**breaks**  73:7
**briefly**  11:4
15:13 69:17
**bringing**  45:3
75:17
**broker**  64:3

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

**[brown - completing]**                              Page 6

| | | | |
|---|---|---|---|
| **brown** 62:25 | 75:2 78:12 | **charles** 54:2 | **collectively** |
| **bubble** 78:17 | **cause** 6:8 10:15 | **checking** 52:17 | 19:3 |
| 79:1,9 | 10:18,20 11:2 | 54:12 | **combination** |
| **bubbles** 77:25 | 11:6,8,9,12,13 | **chief** 21:12 | 25:3 |
| 80:1 | 11:14,15 12:12 | **children** 41:23 | **coming** 40:6 |
| **bulk** 55:9 | 12:16,21 | **christopher** 2:4 | **commencem...** |
| **businesses** | **caused** 59:10 | 5:10 | 82:5 |
| 75:15 | **cc** 63:6 | **circuit** 8:2 | **commencing** |
| **buyer** 50:6 | **ccr** 1:11 | **claim** 26:12 | 1:14 |
| **c** | **cej** 63:14 | **claims** 26:16,20 | **commentary** |
| **c** 26:12 | **center** 2:3 | **clarification** | 54:21,23 56:16 |
| **calculated** 73:2 | **ceo** 19:11 75:24 | 77:10 | **commission** |
| **calendar** 58:9 | **certain** 17:20 | **clarify** 77:11 | 47:13 |
| **call** 13:17 | 26:4 32:7 44:9 | **clarity** 68:4 | **companies** |
| 77:25 81:11 | 51:23 | 70:8 71:5 | 47:11 |
| **calls** 16:13 24:9 | **certainly** 36:4 | 72:25 77:24 | **company** 19:8 |
| **canceled** 8:12 | 56:20 | **claudia** 43:9 | 19:16 38:19 |
| **canceling** 9:10 | **certificate** 82:1 | **cleaner** 53:16 | 39:10 50:16 |
| **capital** 19:16 | **certified** 1:12 | **clear** 10:17 | **comparable** |
| 21:13 22:1 | 82:4 | 12:14 13:2,18 | 47:14 |
| 36:17 37:4 | **certify** 82:5,10 | 15:24 16:10 | **compare** 65:8 |
| 42:6 46:14 | 82:15 | 19:23 25:21 | **comparing** |
| 47:10 48:12 | **chain** 62:23,24 | 41:22 53:7 | 51:19 |
| 49:13 54:24 | **challenged** | 77:6 | **comparison** |
| 55:10 64:3,10 | 70:13 | **clearly** 7:17 | 4:12 35:15 |
| 64:13,23 | **change** 51:11 | **client** 7:23 | 45:4 |
| **capital's** 46:18 | **changes** 31:20 | 16:15 17:8,12 | **compensation** |
| 48:17 | **chapter** 6:9 | 28:12,21 81:9 | 28:1 |
| **case** 1:2 5:22 | 21:8 23:4,5,12 | **clients** 51:22 | **complete** 19:21 |
| 6:9,14 11:8 | 27:20 43:10 | **close** 58:1 | 29:18 |
| 14:6 60:17 | **characterizati...** | **closed** 52:24 | **completeness** |
| **cash** 37:8 47:16 | 81:8 | **coin** 54:3,12 | 35:4 |
| 52:16 55:6,6 | **characterize** | **colleague** 13:5 | **completing** |
| | 81:9 | | 29:14 |

Daryl Fred Heller                                   October 9, 2025
In Re: Heller, Daryl Fred

[complied - court]                                              Page 7

| | | | |
|---|---|---|---|
| complied 11:18 | consideration | correct 12:6 | 63:2,8,20 64:1 |
| comply 11:21 | 53:17 | 17:9,17,18,24 | 71:23 72:12 |
| complying 11:1 | considered | 18:3,7,11,15,21 | 74:11 76:8 |
| concealing | 23:16 | 19:17 20:22,25 | 77:21 78:8,15 |
| 31:12 33:16 | consistently | 22:8,17,20 | 78:22 79:7,16 |
| conclude 80:12 | 80:8,13 | 23:1,9,13,14,25 | correspponden... |
| 80:21 81:21 | construed 6:17 | 24:2,8,12,17,19 | 11:5 |
| conclusion | contact 68:2 | 24:20 25:6 | counsel 5:5,9 |
| 24:10 70:24 | 69:1,1 | 27:18 28:7 | 5:11,14 6:20 |
| 71:16,21 | contain 34:21 | 29:3 31:4,4,5 | 7:4 8:21 13:22 |
| conclusions | 34:22 61:16 | 31:15 32:8,20 | 15:22 16:16,20 |
| 69:25 70:9,11 | contained | 33:6,18,24 | 17:5 19:21,22 |
| 70:13,16 71:7 | 52:12 | 34:17 40:25 | 20:1,10 21:21 |
| conditions 15:9 | contempt 76:22 | 42:7,11 46:5 | 36:5 40:6 43:9 |
| conduct 81:1 | contention | 46:15 47:1,19 | 43:24 62:19 |
| 81:10 | 46:13 49:5 | 48:3,5,8,18,24 | 63:19 64:1 |
| conducted | 74:19 | 49:7,16,22 | 68:2 82:16,18 |
| 47:23 | contested 71:11 | 50:17 52:8,21 | counsel's 7:22 |
| confer 8:17,23 | context 62:3 | 54:4,9 55:11 | 53:17 |
| 9:4 10:5 | 76:14 | 56:12 57:15 | couple 31:24 |
| confirmation | contracts 26:25 | 58:1,11,21 | 50:1 75:22 |
| 9:9 12:8,11 | control 19:7 | 59:3,23 60:10 | courier 35:22 |
| confused 53:9 | 70:21 76:16 | 61:3,7,11,21 | 45:13 |
| 73:14 | 77:2 | 62:13,14 64:11 | course 13:19 |
| confusion | convened 8:20 | 64:17,23 65:3 | 14:12 20:20 |
| 53:12 | convenient | 66:5,12,19 | 21:8 52:2 |
| connect 78:12 | 8:21 | 68:8 69:3 70:1 | 70:10 |
| connection 6:6 | conversations | 70:22 71:20,21 | court 1:1,12 |
| 6:12 7:5 10:14 | 15:15 16:23 | 72:20 73:18,23 | 5:15 6:15 7:11 |
| 17:4 51:22 | converted 6:9 | 74:9 75:18 | 7:19 8:3 10:18 |
| consent 10:24 | convince 59:7 | 76:23 79:21 | 13:6,6,20 |
| conservative | copied 63:5 | 80:18 | 14:14,15,17,24 |
| 55:1 56:17 | copy 69:20 | correctly 33:1 | 20:16 29:2 |
| | | 39:3,15 62:20 | 41:17 76:15,22 |

Daryl Fred Heller                                                   October 9, 2025
In Re: Heller, Daryl Fred

**[court - distinct]**                                                    Page 8

| | | | |
|---|---|---|---|
| 82:4 | **days** 32:5 68:19 | **defaulted** 42:10 | **difference** |
| **credit** 2:14 14:5 | 68:20 69:7 | **defaulting** 42:6 | 11:20 12:12 |
| 17:9 24:22 | **dcc** 74:25 | **defined** 55:3 | **different** 25:6 |
| **creditor** 17:16 | **deadline** 11:19 | 57:5 | **difficulties** |
| 17:20 | 11:22 | **defines** 72:3 | 69:19 |
| **creditors** 26:16 | **debtor** 1:4 | **deposition** 1:3 | **direct** 3:2 5:24 |
| 26:20 28:5,16 | 10:24,25 11:7 | 5:4 6:6,17 8:5 | **directed** 11:6,7 |
| 42:7,15 | 21:9 23:17 | 8:6,7,11,12,13 | **direction** 19:14 |
| **criminal** 31:12 | 32:1,6 36:8,15 | 8:24 9:6,11,13 | 19:18 |
| **cross** 3:2 | 36:18,19 37:2 | 9:17,18,20 | **directly** 30:24 |
| **current** 27:21 | 37:6,6,9,14 | 10:4,14 11:6 | **directs** 11:15 |
| 31:23 | 45:20,24 | 11:23 12:4,9 | 12:21 |
| **currently** 79:20 | **debtor's** 28:6 | 13:23 14:10,11 | **disagree** 7:14 |
| **d** | 28:17 30:2,16 | 14:22 15:11,19 | 7:15 9:15,24 |
| | 31:21 32:16 | 16:5,22 17:3 | 11:25 13:18 |
| **d** 17:23 26:16 | 34:11 48:22 | 17:11 19:1 | 16:18 70:10 |
| **daryl** 1:3,4 2:4 | **debtors** 25:4 | 20:14 41:13 | **disclose** 67:1 |
| 2:9 3:3 5:4,17 | 27:3 28:1 68:2 | 81:21 | **disclosure** |
| 14:8 20:21 | **december** | **depositions** | 27:25 |
| 21:6 31:1 | 22:16 46:24 | 6:11 | **discount** 47:16 |
| 34:22 35:11 | 76:4,14 | **description** 4:2 | **discovery** 6:11 |
| 55:19 62:12,13 | **decided** 50:14 | **despite** 48:5 | **discrepancies** |
| **date** 8:23 10:3 | **declaration** | **detail** 63:11 | 68:4 |
| 11:1 13:12 | 30:16,21 32:15 | **details** 62:16 | **discrepancy** |
| 23:10 39:25 | 32:19 34:11,16 | **determination** | 69:9,12 77:1 |
| 56:3 68:14 | **declare** 30:20 | 47:6 | **discussed** 11:4 |
| 73:22,22 74:9 | 32:18 34:15 | **determinations** | 17:2 20:13 |
| 82:13 | **decommissio...** | 7:20 13:21 | 51:1 |
| **dated** 9:17 | 67:24 | **determined** | **disposed** 57:17 |
| 38:20 82:24 | **decrease** 36:9 | 49:11,12 60:8 | **dispute** 68:20 |
| **daughter** 40:23 | 36:19 37:6,15 | **determining** | 79:19 |
| 41:3,8 | **deducting** | 48:17 | **disputed** 70:20 |
| **day** 76:20,20 | 22:12 | **dheller** 55:23 | **distinct** 54:24 |

Daryl Fred Heller                                                                    October 9, 2025
In Re: Heller, Daryl Fred

[distribution - expand]                                                              Page 9

| | | | |
|---|---|---|---|
| **distribution** 37:8 75:11 | **draw** 30:17 69:17 | **email** 4:17 54:20 55:14,22 | **examination** 5:24 20:6 82:6 |
| **distributions** 58:17,18,20 75:16 | **drawing** 25:17 26:23 34:8,12 35:17,18 36:6 | 56:1,7,9 61:23 62:3,6,11,23,23 63:5,10 64:8 | **examiner** 8:11 9:18 59:16,21 60:2,8,17,21,24 |
| **district** 1:1 6:16 | 36:24 38:17 48:21 55:13 | 64:11 67:1 | 61:5,9 65:11 66:3,4,8 68:2,6 |
| **doc** 25:22 34:6 | 58:8 62:1,22 75:20 78:25 | **employee** 82:16 82:18 | 69:2,14,18,25 70:12,25 71:8 |
| **document** 24:8 32:14,23 34:9 | **due** 10:18 11:17 12:23 | **english** 2:2 5:11 8:25 35:23 | 71:17 72:1 73:2,7 74:20 |
| 38:2,23 39:9 39:12,24 40:7 | **duly** 82:6 | **english's** 9:7 | 75:21 |
| 40:14 41:1 42:1 43:19 | **e** | **entities** 19:2 21:18 36:18 | **example** 70:20 73:9 |
| 44:22,25 48:21 51:3 53:10,22 | **e** 4:1 54:1 | 37:5 54:24 55:1,7 56:10 | **excel** 63:12 |
| 53:24,25 54:4 | **earlier** 21:19 | **entries** 60:10 | **excluded** 74:20 |
| 62:2 64:1 | **earnings** 36:9 | **equals** 46:4 | **excluding** 72:1 |
| 66:25 74:5 | 36:19 37:7,15 71:1,18 | **equitable** 29:15 | **executive** 21:13 |
| **documents** 16:4,24 25:14 | **easier** 35:24 36:2 | **equity** 55:3,4 57:5 | **executory** 26:24 |
| 35:6 44:5,10 45:13 46:14 | **eastern** 5:2 | **esq** 2:4,8,13,14 | **exempt** 26:13 |
| 49:22 73:16 | **easy** 41:15 | **estimated** 46:8 | **exhibit** 4:3,6,9 |
| 81:3 | **ecf** 25:20 34:5 45:6 70:3,6 | **ethan** 38:19 39:5 40:8,16 | 4:12,15,17,20 30:15 34:3,4 |
| **doing** 43:16 | **ef** 26:20 | **evaluation** 49:21 | 36:25 38:18 |
| **dollar** 40:15 | **efficiency** 20:4 | **everybody** 44:24 65:19 | 44:20 45:2 51:20 52:14,19 |
| **dollars** 40:9 41:25 45:21 | **eighteen** 68:19 68:20 | **everyone's** 24:23 | 53:1,3,18 54:7 54:8,11 58:6 |
| 46:15 | **eighty** 40:9 | **exact** 60:15 | 73:13,14 |
| **double** 38:4 | **either** 41:8 | **exactly** 24:2 | **exhibits** 24:22 51:18 |
| **downgraded** 46:23 | **electronic** 31:4 **electronically** 45:15 | | **expand** 36:7 |

Case 25-11354-JNP Doc 603-1 Filed 10/10/25 Entered 10/10/25 16:42:59 Desc
Exhibit A - Declaration Of James J. Vincequerra Page 96 of 122
Daryl Fred Heller October 9, 2025
In Re: Heller, Daryl Fred

[expectation - fraudulent] Page 10

**expectation**
77:20 78:3
**expectations**
77:3
**expected** 9:19
**expecting**
79:20
**expects** 36:9,9
36:19,20 37:6
37:7,15,15
**expediency**
20:6 34:24
**expediently**
41:12
**expenses** 22:12
27:12 29:25
**explaining** 69:8
**explanation** 7:9
69:11
**explanatory**
24:2
**expressly** 6:10
**extending**
64:21
**extent** 35:6,25
41:15

**f**

**fact** 12:19
16:22 17:16
29:18 31:3
46:22 54:11
56:16,24 60:24
61:20 64:13

65:14 66:3,22
76:20 80:2,4
**facts** 16:21
**failing** 76:22
**fair** 45:20 46:7
46:13,18,22
48:2,23 49:5,9
49:10,12,19
56:9
**false** 31:11
33:16
**falsified** 81:3
**familiar** 17:8
**family** 44:15
**february** 4:6
23:5,11,13,20
32:8,12 39:24
39:25 46:12
49:4
**federal** 8:6,8
**feeling** 14:21
**fees** 22:12
**fiasco** 78:13
**fifth** 6:22 7:2
8:1 15:23,25
17:6 20:2,10
21:21 81:4
**file** 13:7,15
**filed** 9:20 10:20
10:21,23 11:22
12:3,8,24 13:2
13:9,10,13
23:4,12,21
29:3,6 30:6,9

30:21 32:19
34:16 38:6,10
38:15 39:23
66:3 68:7 69:8
**filing** 10:24
17:17 23:16
27:16 30:3
**finally** 27:24
**financial** 23:22
25:2,13 27:16
51:23 52:2,6
54:2 56:21
57:1
**financially**
82:19
**fine** 17:14
19:24 20:12
**fined** 33:17
**fines** 31:13
**finish** 14:19
**first** 22:7,10
25:17 31:24
32:5 35:17,18
36:6 41:25
46:25 59:17
66:3,4,9 68:3,6
69:3
**five** 40:15
42:18,21 65:18
**flip** 36:3
**flipping** 73:12
**flows** 47:16
**following** 10:5
17:21 54:21,23

**follows** 5:18
**foregoing**
82:10
**forenoon** 1:14
**forged** 81:3
**form** 4:12 26:3
27:15,20,25
29:6 45:4
50:22 58:7,8
75:4
**formal** 47:13
**formally** 12:3
**forms** 25:3,6,6
25:14 29:7,14
29:19 32:7
**forth** 10:11
11:19 13:1,16
36:3 82:13
**forward** 8:5,13
9:6,12,13
12:17 13:24,25
14:11 17:1
21:23 25:4
35:3
**forwarding**
62:15
**found** 60:17,21
60:24 61:5,9
**founder** 21:12
**four** 2:3 46:19
72:22
**fraudulent**
79:4,12 81:1
81:11

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

**[fred - heller]**                                    Page 11

| | | | |
|---|---|---|---|
| **fred**  1:3,4 2:4,9 | **gambling**  59:14 | 75:22 77:1 | **hear**  19:5 33:11 |
| 3:3 5:4,17 14:8 | **gate**  6:5 | 78:5 80:25 | 44:24 |
| 20:21 31:1 | **gateway**  2:3 | 81:3,10 | **hearing**  6:7 |
| 34:22 35:11 | **gears**  23:3 | **good**  5:7,10,13 | **heavily**  55:4 |
| **friday**  10:19 | 44:19 59:17 | 5:25 6:1 10:9 | **held**  8:16 |
| 56:4 | **generally**  37:9 | 11:23 26:1 | **hell**  78:5 |
| **front**  7:20 36:1 | **gentlemen**  43:5 | 65:22 81:18 | **heller**  1:3,5 2:4 |
| 36:2 71:13 | **getting**  20:5 | **great**  14:2 34:8 | 2:9 3:3 5:4,9 |
| **full**  14:7 20:17 | **gift**  38:19 40:7 | 77:22 81:19 | 5:12,17,25 |
| 20:25 | 40:15,21 41:2 | **grey**  63:23 | 6:14,20 11:15 |
| **fully**  20:14 30:7 | 51:2,4,4,8 | 77:25 78:17 | 12:21 14:3,8 |
| 30:10 | **gifts**  41:23,24 | 79:9 80:1 | 19:2,16 20:7 |
| **fund**  17:23 | 44:9,14 | **gross**  71:1,18 | 20:15,21 21:13 |
| 18:2,6,10,14 | **give**  19:24 62:3 | **ground**  14:9 | 22:1,15 24:25 |
| 59:19 60:6,13 | 70:3 | **group**  19:16 | 25:7,24 28:4,9 |
| 60:15 65:10 | **given**  8:4,6,9 | 21:13 36:17 | 28:11,23 29:11 |
| 66:9 | **go**  7:11 11:19 | 37:4 54:24 | 31:1,7,25 |
| **funds**  17:21,22 | 13:1 14:9 | 55:10 70:21 | 33:11 34:10,23 |
| 18:20 19:12 | 19:22 35:24 | **guarantee**  52:7 | 35:4,9,11,25 |
| 51:23 59:8 | 37:1 38:3 53:2 | **guaranteed** | 36:16,17 37:1 |
| 60:19 61:14 | 57:23 62:2 | 22:25 | 37:4,4,14 |
| 63:14 64:21 | 78:25 | **guess**  44:25 | 38:18,20 39:5 |
| 65:2 72:2 | **goes**  63:10 | 78:11 | 39:6,17 40:8 |
| 74:14 76:17 | 78:10 | | 40:16,23 41:2 |
| **further**  39:9 | **going**  5:22 6:25 | **h** | 41:3,12,19,22 |
| 81:15,20 82:10 | 8:13 9:10 | **h**  4:1 27:3 | 42:6 43:14 |
| 82:15 | 12:11 14:13 | **handy**  60:2 | 44:4,14 45:19 |
| **future**  7:12 | 17:12,21 19:2 | **happen**  5:23 | 46:14,18 47:10 |
| 36:10,20 37:7 | 24:21,24 25:2 | **hardcopies** | 48:12,17 49:5 |
| 37:16 47:16 | 32:11,22 34:7 | 35:22,25 | 49:10,12,19 |
| **g** | 35:15,16 42:18 | **hardware** | 50:4,10,20,24 |
| **g**  26:24 | 44:20 50:23 | 74:21 75:4 | 51:21 52:16 |
| | 51:17 53:14 | **head**  14:16 | 54:24,24 55:10 |
| | 58:6 59:16,17 | | 55:11,20 56:1 |

Daryl Fred Heller                                              October 9, 2025
In Re: Heller, Daryl Fred

[heller - instructions]                                                Page 12

56:14 57:20
58:23 59:13,19
60:4 62:2,4,12
62:13 63:4
64:4 65:8 66:1
69:12,24 70:10
71:6,11 72:16
74:13,19 75:7
78:1 79:11,18
80:2 81:2
**heller's** 78:18
**hellercg.com**
55:23
**hello** 63:10
**help** 20:14
74:13
**helpful** 60:1
**hereinbefore**
82:13
**higher** 37:11
**highly** 55:1
56:17
**hire** 47:9
**historically**
37:2
**hold** 23:10
76:21
**holdings** 18:19
36:17 37:5
49:6,10 50:20
54:25 55:11
**hope** 76:8
78:19

**hopefully** 6:2
35:17 36:8
60:1
**housed** 54:23
55:10
**huh** 27:13
**hundred** 40:8
40:15 41:25
45:21 46:15
68:19,20 72:6
72:7 73:3,3,4

**i**

**identified** 50:6
**identifies** 24:8
**identify** 5:5
35:1 49:20
66:25
**ignoring** 79:12
**imagine** 20:5
**impairment**
46:24
**importance**
15:5
**important**
14:18
**imprisonment**
31:13 33:17
**include** 25:14
63:15
**included** 45:12
52:2 58:3 60:9
66:10,18,23
67:2 78:19

**including** 44:15
58:10
**income** 27:6,21
36:10,16,20
37:3,7,11,16
57:25 58:9,14
59:6
**incoming** 58:24
**incorrect** 23:11
64:18 79:5
**increase** 49:25
**incriminate** 7:6
7:8,18
**incrimination**
6:24 16:1
68:14
**independent**
47:9
**index** 3:1
**indicates** 59:22
76:3
**indication** 7:12
20:17
**individual**
30:16 32:15
34:11 60:9
63:14
**individuals**
27:16 44:15
**inflating** 57:10
**information**
16:14 26:5
29:8 39:24
51:24 52:1,2,6

52:12 64:7,15
64:18,22
**informed** 6:20
**infringing**
15:14 16:23
**ing** 54:2
**installment**
22:7,10,15,20
**installments**
22:5
**instruct** 19:19
32:22 39:14
70:16 71:11
**instructed**
19:20 64:10
81:6,12
**instructing**
38:25 39:2
**instruction**
18:23 21:19
29:10 31:6,17
32:3 33:20
34:1 37:18,22
38:12,22 39:21
40:3,12,19
41:5,9,17 42:3
42:8,12 44:6
44:12,17 53:14
54:5 56:13
64:5 66:6 69:5
72:17 79:22
**instructions**
29:18

Daryl Fred Heller                                           October 9, 2025
In Re: Heller, Daryl Fred

**[insufficient - led]**                                      Page 13

**insufficient**
71:2,19 75:10
**intention** 10:1
**intentions** 8:18
**interchange**
75:1
**interest** 29:16
48:7,12 56:10
57:13,18
**interested**
82:19
**interim** 4:20
68:3,7 69:3,24
70:25 71:17
**interpreted**
6:18
**interrupt** 53:7
**intervene** 7:20
**invested** 55:4
**investment**
36:17 37:4
49:6,10 50:20
54:13,25 55:11
**investments**
50:10 53:4,20
**investor** 72:2
77:3,7,16,20
78:3
**investors** 71:2
71:19 75:12,17
75:18 79:19
80:6,11,16,21
**invocation** 16:9
16:13

**invoice** 61:10
**invoices** 59:18
59:22 60:4,9
60:18 61:13,16
65:11
**invoke** 6:22
19:23 21:5
29:11 39:2,14
53:14 70:17
71:12 81:7,13
**invokes** 7:25
20:10
**invoking** 6:22
7:2,9 21:4
28:24 41:20
68:13 81:4
**involved** 8:22
**involvement**
7:19
**issue** 14:21
81:7
**issued** 59:18
60:18
**issues** 25:24
**item** 52:20 58:9
58:18
**items** 54:3

**j**

**j** 27:9 29:25
**january** 40:9
51:5 59:11
72:2

**jeffrey** 62:25
63:11
**jenny** 2:14 5:13
14:3
**jersey** 1:1,13
2:3,8 6:16 82:4
82:23
**jnp** 1:2
**joined** 43:5
**joiners** 13:10
**jonathan** 2:13
**judge** 13:16
**judgment**
76:17
**judicial** 7:19
**june** 42:11 56:8
56:24 67:9
68:7,21

**k**

**k1** 36:9,16,19
37:3,6,10,15
**karickhoff** 43:9
**keep** 36:1 54:25
55:5
**key** 70:24 71:16
**kind** 79:1
**knew** 48:10
64:20
**know** 28:20
34:25 36:3
41:15 48:1
53:10

**knows** 13:4
**kramer** 2:14
3:4 5:13,14,21
5:24 6:4 8:14
9:23 11:3 12:7
13:19 14:2,4
16:7,17 18:25
20:4,20 24:6
24:21 25:19,22
28:13 32:10,25
34:3,19 35:2
35:21 39:4
41:11 42:17,21
43:7,12 44:24
45:6,9,12 53:8
53:15 59:25
65:17 66:1
68:17 70:5,18
71:24 72:13
74:6 76:10
77:13,22 81:14
81:18,19

**l**

**language** 35:7
35:12 43:25
**law** 8:2 14:24
**lawyer** 7:15
**lawyers** 15:18
16:2 17:3
**lead** 33:15
**leases** 26:25
**led** 16:21

Daryl Fred Heller                                        October 9, 2025
In Re: Heller, Daryl Fred

**[left - means]**                                        Page 14

**left**  44:8
**legal**  24:9
  29:15
**leman**  75:23,24
**liabilities**  4:4
  23:22 24:1,7
  24:14,19 25:1
  25:13 26:4
  28:6,17 46:5
**license**  82:23
**light**  53:17
**likely**  6:22
**likewise**  29:2
**line**  30:17,18
  52:20 54:3
  58:8,18 62:6
  62:10 63:6
**lines**  79:25
**liquidation**
  50:1
**lisa**  1:11 82:3
**list**  29:15,22,25
  39:17 50:14,19
  52:20 53:4,19
  65:9 66:17
  67:2 69:25
  70:8 73:17
  75:3,8 78:5
**listed**  17:16,19
  33:5 48:6 51:2
  51:4,8 52:16
  54:9,12 57:5
  57:14 58:9,14
  58:23 60:4

65:10 74:23
**listing**  41:7
**lists**  63:22
**litigation**  11:25
**little**  35:14
  44:19 59:18
  64:25 73:14
  78:24
**livingston**  2:7
**llc**  17:23 18:2,6
  18:10,14,18,19
  19:17 21:13
  36:17,17 37:4
  37:5
**llp**  2:12
**loan**  52:7 59:7
**loaned**  22:4
**loaning**  51:22
**loans**  17:20
  18:19,21 22:22
  23:1 42:6,10
  64:21
**long**  16:20
**look**  30:13
  31:19 32:14
  51:18 61:23
  75:20
**looked**  45:8
  51:6
**looking**  26:15
  26:19 27:2,15
  34:10 52:19
  53:1,2 54:8,12
  54:21 58:17

73:17
**loose**  78:6
**lost**  24:23
**lower**  59:5
**lp**  2:14 14:6
  17:9
**lynch**  54:2

**m**

**m**  18:2
**m2**  18:6
**m4**  18:10
**m5**  18:14
**machine**  60:15
**machines**  66:15
**made**  9:2 10:1
  17:21 18:20
  22:7,16 23:1
  31:20,25,25
  39:10 40:8,16
  40:21 41:2,23
  41:24 42:14
  47:6 51:5
  58:17
**make**  7:20 9:21
  13:1,17,21
  16:9 20:17
  25:23 35:20
  41:15,17 44:14
  50:15 51:11
  81:1
**making**  31:11
  33:15 38:11
  48:13 75:15

**management**
  67:15 70:21
  75:2
**managers**
  66:10
**march**  38:20
  39:11 57:18
  72:3
**marcus**  62:25
**mark**  9:21
  24:21 34:3
  44:20 52:14
  61:25 69:21
**marked**  24:25
  34:25 51:18
**market**  45:20
  46:7,9,13,18,23
  48:2,23 49:5
  49:10,12 56:9
**markets**  55:6
**marking**  45:2
  51:19
**math**  64:25
**matter**  59:21
**mccarter**  2:2
  5:11 8:25 9:7
  35:23
**mcmanimon**
  2:7 5:8
**mean**  45:9 53:7
**meaning**  80:7
**means**  50:15
  66:14

Daryl Fred Heller                                   October 9, 2025
In Re: Heller, Daryl Fred

**[medical - objection]**                                              Page 15

| | | | |
|---|---|---|---|
| **medical**  15:8 | **minutes**  42:21 | **multiple**  42:7 | **noo2**  63:14 |
| **meet**  8:17,22 | **misimpression** | 61:10 69:15 | **norman**  1:11 |
| 9:4 10:5 15:18 | 9:5 | **n** | 82:3 |
| **meetings**  16:20 | **misstatement** | **name**  14:3,7 | **notary**  1:12 |
| **members**  44:15 | 36:21 | 17:22 20:21,25 | 5:17 82:3,23 |
| **mentioned** | **moment**  51:17 | 30:25 33:3,5,6 | **note**  8:14 63:15 |
| 19:12 | **momentarily** | 33:7 35:10 | **noted**  13:20 |
| **merrill**  54:2 | 51:20 | 62:5 63:5 | 43:6 55:9 |
| **message**  79:3 | **moments**  51:1 | **nature**  11:25 | 68:17 |
| **messages**  75:23 | **money**  51:22 | 16:11,13 | **notes**  1:10 |
| 76:2 77:15 | 54:17 57:23 | **nearly**  80:13 | **notice**  8:5,7 9:3 |
| 78:10 80:2,3 | 74:25 75:17 | **necessary** | 9:9,16,20 |
| **met**  16:2,19 | **monthly**  27:21 | 13:21 | 11:22 12:4,8 |
| **methodology** | 29:25 | **need**  13:15 | **noticed**  8:11 |
| 49:11 | **months**  42:1 | 28:24 | **number**  4:2 |
| **million**  22:4,11 | 46:25 | **needed**  79:12 | 25:6,20 34:5 |
| 22:20 37:10 | **morning**  5:7,10 | **neither**  82:15 | 53:4,19 60:9 |
| 45:21,25 46:15 | 5:13,25 6:1 9:1 | 82:17 | 63:22 70:4,11 |
| 47:3,20,20 | 10:9 56:5 | **network**  63:17 | 70:16 77:2 |
| 48:6,12,13,23 | **motion**  13:3,8,8 | 74:25 80:18 | 78:2,5 |
| 49:2,6,17,25 | 13:13 | **never**  13:2 65:5 | **numbers**  60:5 |
| 50:11,11 58:1 | **motions**  13:10 | 79:14 | 60:22 65:9,10 |
| 58:20,25 61:6 | **move**  9:13 | **new**  1:1,13 2:3 | 66:11 68:5,5 |
| 72:6 73:3 | 12:16 13:23,25 | 2:8,13 6:16 | **ny**  2:13 |
| 74:16,17 75:16 | 17:1 20:15 | 14:4 48:1 | **o** |
| **mind**  13:24 | 26:2 | 51:20 75:17,17 | |
| 35:9 53:11 | **moved**  76:21 | 82:4,23 | **oath**  14:23,24 |
| **minimum** | **moving**  6:19 | **newark**  2:3 | 15:2,6 |
| 66:14 | 8:5 9:6,12 | **ninety**  72:7 | **object**  7:23 8:4 |
| **minus**  46:4 | 14:11 21:23 | 73:4 | **objection**  8:13 |
| **minute**  42:18 | 25:4 35:3 | **nod**  14:16 | 8:15 15:20 |
| 52:15 56:12 | 41:12 | **nondischarge...** | 16:6,8,11 17:1 |
| 65:18 | **mulberry**  2:2 | 6:13 | 17:25 18:4,8 |
| | | | 18:12,16,22 |

Daryl Fred Heller                                October 9, 2025
In Re: Heller, Daryl Fred

[objection - payment]                                          Page 16

19:9,14,18
20:23 21:1
24:4,9 25:8
28:8,14,19
31:16 33:19,25
37:21 40:3
41:16 69:4
**objections**  9:25
**obligation**
  29:14
**obtained**  76:17
**obviously**  7:14
**occur**  9:19 10:4
**occurred**  8:24
  46:25
**occurs**  50:1
**october**  1:13
  5:3 10:16,19
  10:22 68:10,15
  68:21 82:24
**offer**  50:9
**offers**  55:2 57:4
**offices**  8:25 9:7
  14:5 35:22
**official**  12:3
  27:15,20
**ok**  70:18
**okay**  17:13
  19:3,4 20:7
  26:24 32:23
  58:19
**old**  75:18
**omar**  62:24

**once**  60:22
**open**  46:9
  52:23 54:15
**operating**  55:6
  67:6 73:17
  74:1,8,23 75:8
  79:13,21
**operational**
  80:8
**operations**  71:1
  71:18 72:7
  73:5
**opine**  28:20
**opinion**  11:7
  13:14
**opinions**  13:20
**opportunity**
  19:24
**order**  6:7 7:19
  10:15,17,20
  11:2,6,9,12,13
  11:14 12:12,15
  12:20 59:7
  76:15
**orders**  11:1
**orientating**
  53:8,13
**original**  25:4
  30:2 31:21
  32:1,6 36:13
  36:15,22 45:19
  45:24 48:22
**outside**  37:25

**overlap**  65:12
  65:14
**owed**  75:11
**own**  7:4 22:1
  29:15 47:7
  52:2 73:13
**owned**  38:19
  39:11 61:17,20
  65:2 66:18
  67:2
**owning**  50:19

**p**

**page**  4:2 25:17
  26:3,7,8,11,11
  26:15,19,23
  27:2,9,14,14,20
  27:24 30:12,14
  32:14,14 34:9
  34:10,12 35:18
  35:19 36:7,25
  38:3,18 45:18
  48:20,21 50:23
  58:7,18 60:3
  70:9
**paid**  51:15 58:4
  59:10
**paragraph**
  60:3 70:9
**paramount**
  59:18 60:18
  63:14,17 65:5
  70:21 72:5
  73:2,8 74:15

74:16 75:9,25
  76:15,17,21,22
  77:2 80:17,21
**paramount's**
  72:15 76:16
**park**  2:12
**part**  48:17
  50:22 58:8
  64:22
**participate**
  8:10,19 10:2
**particular**
  32:13 52:10
  60:6
**parties**  8:16,20
  10:3,7 11:24
  12:3 61:17
  82:17
**partner**  14:4
**partners**  2:14
  14:6 17:9
  24:22 44:16
**parts**  43:19
**party**  23:15
  47:10 49:20
**pass**  36:18 37:5
**past**  67:19
**pay**  59:11 71:2
  71:19 75:10,15
  75:18
**paying**  42:15
  48:13
**payment**  48:14

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

**[payments - provides]**                                    Page 17

**payments**  72:7
**pdf**  63:11
**penalty**  30:19
  32:17 33:8
  34:14 35:12
  43:20,25 46:17
**pending**  6:7,13
  6:14 10:15
  13:10
**people**  60:1
**peoples**  52:17
  52:20,24
**percent**  22:1
  48:7 50:20
  55:5 80:8
**perception**
  79:5
**performance**
  62:16 63:12,13
  78:3
**period**  50:1
  67:22 71:3,20
  72:4,22 75:9
  75:12
**periods**  72:2
**perjury**  30:19
  32:17 33:9
  34:14 35:12
  43:20,25 46:17
**person**  9:1,6
  10:5 35:24
  43:7
**personal**  52:3,7

**personally**
  22:25
**pfs**  4:15 53:2,3
  54:20,22 55:2
  57:5
**ph**  66:10,11
  68:5
**phrase**  20:8
**pivot**  17:7
  80:25
**place**  8:23 10:6
  82:12
**placeholder**
  66:12,14,19
  67:3
**placeholders**
  66:23
**places**  7:2
**placona**  2:8 5:7
  5:8 10:9,10
  12:1,25 14:1
  23:10 25:19
  42:23 43:4,13
  45:14 70:3,7
  77:10
**plan**  48:11
**planned**  8:10
**please**  5:5 14:6
  14:14 26:11,19
  26:24 27:14
  37:1 38:3
  43:13 45:18
  58:7 61:25
  62:3,6 63:15

  70:4 79:4
**pleased**  80:25
**pledge**  22:23
**plus**  55:5 63:16
  63:16 75:16
  80:17
**point**  67:11,14
**portfolio**  47:10
  61:25
**possible**  74:14
**possibly**  33:15
**potential**  49:25
**prejudiced**
  10:25
**preparation**
  16:21
**prepare**  15:11
  15:19 16:2,4
**prepared**  17:2
**presently**  9:3
**prestige**  59:19
  60:6,18 61:14
  65:2,10 66:9
  76:16
**prevent**  15:9
**previously**  51:1
**price**  46:8
**prior**  30:3
  39:18 41:23
  54:7 56:25
  76:20 82:5
**privilege**  15:23
  15:25 16:15
  17:6 20:2,11

  21:21
**privileged**
  15:14 16:22
**probably**  6:22
**problem**  77:14
**procedure**  8:7
  8:8
**proceed**  10:8
  14:1 43:12
  45:16
**proceeding**
  10:6 21:9 43:5
**proceedings**
  1:11
**process**  8:19
  10:2
**profit**  73:1
**promise**  65:19
**properly**  11:18
  11:21
**property**  26:9
  26:12,17 31:12
  33:16
**protected**
  16:14
**provide**  29:19
  39:9 68:4
**provided**  9:3
  51:23 52:1
  54:22 64:7,18
  65:9 73:14
**provides**  26:12
  40:14 73:22

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

[providing - rely]                                        Page 18

**providing** 15:6
64:14,23
**prudential** 54:2
**public** 1:12
82:3,23
**pull** 34:4 52:15
**pulling** 32:10
52:15
**punishment**
31:11 33:15
**pure** 50:4
**purportedly**
66:18 67:2
**purpose** 22:22
**purposes** 17:11
19:1 20:3,4
**pursuant** 8:8
**put** 75:22
**putting** 12:11

**q**

**question** 7:5,7
7:25 14:19
15:21 16:1,13
16:19 21:3
23:7 24:5 25:9
25:10,15 28:15
28:18,21 32:24
33:2,4 38:8,25
53:13,17 71:10
71:15 79:8
**questions** 6:25
7:16 14:12,12
14:14 15:15

31:22 34:24
35:5 43:21
81:5,16
**quick** 42:21
**quicker** 65:21
**quickly** 26:2
30:12 61:23
73:12
**quote** 48:7,8,18
49:15,16,24
50:16 56:17,18
69:1 74:21
79:3 80:7

**r**

**ramifications**
31:13
**randal** 75:23
75:24 76:25
77:7,15 78:1
**randal's** 79:3
**rather** 50:13
55:6
**reached** 70:11
70:25
**reaches** 71:17
**read** 5:21 30:18
30:20 32:18,25
34:15,21 38:24
39:3,15 62:5
62:20 63:2,8
63:20 64:1
71:23 72:11
74:11 76:8

77:21 78:8,14
78:22 79:7,15
**reading** 56:8
**reads** 54:22
**ready** 5:19
13:25
**really** 25:5
**reason** 11:12
12:20 17:19
80:12
**recall** 43:15
45:19,22
**received** 22:11
37:3,9 50:9
58:19 72:5
73:2
**receives** 36:15
**recent** 47:23
**recently** 33:22
**recognize** 81:8
**reconcile** 74:17
**record** 5:1,6
6:4,21 9:14,22
9:25 10:7,11
11:24 12:14
13:2,17 14:7
14:16 16:7,17
19:12,21,23
20:4 21:23,24
25:20 30:19
35:21 41:11
42:24 43:3,6
45:4 59:25
65:23,25 69:22

71:15 77:14,24
81:22
**recorded** 14:13
**recross** 3:2
**redirect** 3:2
**redline** 4:12
44:22 45:2,4
48:22
**redlined** 45:7
45:10,16
**reed** 9:17
**refer** 17:12
19:2 20:9 25:3
32:11 34:7
**reference** 60:3
73:13
**referenced** 68:3
69:2
**referred** 76:3
**referring** 37:20
43:8 60:2
**reflect** 72:4
**regarding** 6:24
61:24 68:4
80:25
**reimbursement**
75:1
**related** 16:8,12
**relative** 77:3
82:16,18
**relies** 29:2
**rely** 28:5,16
35:16 52:6,11

Daryl Fred Heller

October 9, 2025

In Re: Heller, Daryl Fred

**remember** 12:5
43:16,18,21,24
44:2,11 46:1
51:5
**remind** 7:1
13:22
**removed** 38:19
67:19
**repeat** 20:7
61:6
**rephrase** 24:6
**replaced** 67:21
**replies** 11:17
12:23
**reply** 10:21,24
11:20 12:13,24
**report** 4:20
59:17,21 60:2
66:3,4,9 68:3,7
69:3,18,18,21
69:24 70:12,25
71:7,8,13,17,20
72:8 75:21
**reporter** 1:12
5:16 14:14,15
14:17 20:16
41:17 82:4
**reporting** 48:2
56:21 59:6
73:15
**represent** 14:5
54:8 77:13,25
78:18 79:2,10

**representation**
6:19 38:11
72:11 74:4
77:19 81:15
**represented**
46:18
**representing**
79:25 80:1
**represents**
27:11 63:13
**required** 7:18
10:18,21 12:15
13:15 29:7
**requirement**
52:7 79:14
**requires** 15:3
**reread** 36:13
71:16
**reserves** 6:10
**respectively**
56:11 58:21
**respond** 8:16
11:4,8,13,15
12:15,20,22
20:16
**responded** 66:4
**response** 7:4
10:19,23 11:17
11:20 12:13
13:15 16:1
20:9 66:4,8
68:1,6 69:8
78:18 79:10
80:2 81:4

**responses**
10:18,21 78:1
80:4
**result** 9:4
**returns** 38:5,10
38:14 55:5
71:2,19
**revenue** 73:1,5
73:15,17 74:1
74:8,20,24,25
75:1,2,2,2,4,8
75:15
**review** 16:4
71:3,20 72:3
75:9,12
**reviewed** 30:2
59:22 65:11
72:4
**reviewing**
43:15 44:10
**right** 6:10,18
6:23 7:3 19:8
21:9,14,18
22:2,5,13 23:6
23:23 24:3,14
29:9,16 30:15
32:2 35:11
39:6 40:1
46:20 47:21
48:14 49:2,17
50:11,20 51:15
51:24 52:12,17
54:13 56:18
58:15,25 59:8

60:15,22 61:14
62:10 64:4,18
66:15 68:11,13
70:14 71:3
72:16,23 73:5
73:10 74:2,21
75:12,25 76:18
77:4 79:11
80:9,14,22
81:4
**rights** 6:23
**robust** 11:24
**romantic** 44:16
**roseland** 2:8
**roughly** 46:7
**rule** 8:6,8
**rules** 14:9
**ruling** 7:12
**rynearson** 62:4
62:9

|  s  |
|---|

**s** 4:1 30:17
34:22
**sake** 20:6 24:23
35:4 71:5
72:25
**sale** 36:10 37:8
37:16
**sales** 61:6
74:21 75:4
**sari** 2:8 5:7
10:10

Daryl Fred Heller

October 9, 2025

In Re: Heller, Daryl Fred

**[saw - signature]**

| | | | |
|---|---|---|---|
| **saw** 44:9 45:14 78:5 | **schedules** 25:4 28:5,16 29:2 | 27:11,21 28:1 30:14,17,22,24 | **sent** 62:4 76:4 76:21 |
| **saying** 41:16,19 48:5 | 30:3,20 31:21 31:23 32:1,6 | 31:1 32:16,20 33:9 34:17 | **sentiments** 9:16 |
| **says** 26:8,13,17 | 32:12,18 34:20 | 35:10,19 36:8 | **sep** 24:24 |
| 26:21 27:4,7 | 43:15 45:8,20 | 36:11,21 37:2 | **separate** 40:7 |
| 27:17,25 28:2 | 45:25 50:15 | 37:17 38:6,18 | **september** 4:9 |
| 30:15,19,22 | 51:14 56:22 | 38:20 39:18 | 9:17 33:22 |
| 32:15 34:10,13 | 57:14 | 40:6,10,17 | 34:8 |
| 34:17 36:11,15 | **schiffman** 13:6 | 41:1,3 43:4,19 | **serial** 60:5,9,21 |
| 36:22 37:2,17 | **schwab** 54:3 | 50:23 51:9 | 65:9,10 68:4 |
| 38:5,6,21 | **scotland** 2:7 | 53:3,5,18,19,21 | 78:5 |
| 39:17,19 40:7 | 5:8 | 53:23,25 54:1 | **set** 11:1 82:13 |
| 40:10 41:4 | **scp** 24:22,25 | 55:4,7,17,19,20 | **seven** 19:2 |
| 53:18 55:7,17 | **screen** 25:25 | 55:22,23 56:3 | **seventy** 40:15 |
| 55:19,22,24 | 30:14 36:23 | 56:5 57:6 | **several** 25:14 |
| 57:6 62:16 | 72:10 75:22 | 62:17,23 63:4 | **shake** 14:16 |
| 63:18,23,24 | 79:2 | 63:5,17,24 | **shared** 61:24 |
| 71:8,8,13,21 | **scrolling** 78:24 | 70:7 72:9 74:4 | 72:10 |
| 72:1,8 73:8,21 | **seamlessly** | 74:24 76:5 | **shift** 23:3 59:17 |
| 73:25 74:5,8 | 35:17 | 77:6,16,19 | **show** 6:7 10:15 |
| 74:24 77:17 | **second** 22:15 | 78:1,6,13,20 | 10:18,20 11:2 |
| 78:2,6,13,19,20 | 22:19 62:22 | 79:2,5,14 | 11:6,8,9,12,14 |
| 79:3,5,9,14 | 69:18,18,21,24 | 81:18,19 | 11:14 12:12,15 |
| **schedule** 4:3,6 | 70:25 71:17 | **seeing** 25:24 | 12:21 |
| 4:9 23:21 24:1 | 75:21 | **seek** 6:11 | **showing** 76:2 |
| 24:7,13 25:1 | **section** 27:24 | **seeking** 13:13 | **shown** 16:24 |
| 25:12 26:9,12 | **secured** 22:23 | **self** 6:23 15:25 | **shows** 39:12 |
| 26:16,20,24 | 26:16 | 24:2 68:13 | 40:17 42:1 |
| 27:3,6 29:22 | **securities** 53:5 | **sell** 48:11 57:20 | 51:9 |
| 29:25 30:16 | 53:20 | 60:14 | **side** 55:4 |
| 32:16 34:8,11 | **see** 25:23 26:5 | **selling** 74:20 | **signature** 30:18 |
| 34:15 39:17 | 26:8,9,13,17,21 | **send** 36:4 64:11 | 30:25 31:3,4 |
| 45:5 48:22 | 26:25 27:3,6 | | 31:10 32:20 |

Daryl Fred Heller                                                October 9, 2025
In Re: Heller, Daryl Fred

[signature - substantiated]                                          Page 21

35:7 43:20
44:1,5 82:22
**signatures** 35:1
**significant** 58:3
**significantly**
59:5
**signing** 31:10
33:8,14
**silverview** 2:14
5:14 6:10 8:9
8:10 9:20 10:1
10:20,22,25
11:11,13,18
12:14,16,18,20
13:2,7,13,14
14:5 17:7,9,12
17:16,19,21
18:20,20 22:4
24:22 42:11
51:24 52:5,11
59:6,7 61:24
62:25 64:11,15
64:20 65:9
66:21 67:1
73:15
**silverview's**
6:12 8:18
**simply** 8:15
**single** 66:25
**six** 46:25 72:6,7
73:3,4
**sixty** 45:21
46:15 72:5,6
73:3,4

**smith** 9:18
**sold** 37:24 46:9
60:5,13,22,25
61:2 67:12,15
69:14
**sole** 7:24
**solely** 6:6 10:14
**son** 39:5,11
40:8,16 41:8
41:24 51:4,15
**sorry** 18:20
19:5 33:11
76:7 79:12
**sounds** 65:22
**sources** 73:15
74:23
**speak** 14:20
**speaking** 10:10
46:8
**speaks** 32:24
38:23 53:11
**specifically**
13:5
**speculation**
50:4
**spreadsheet**
63:13
**springer** 43:10
**standard** 5:2
**stands** 66:11
**start** 20:13
31:24
**state** 1:13 6:5
14:6 47:19

49:15,24 63:10
63:12 68:1
73:20 78:10
82:4,23
**stated** 12:2
45:20,24 48:23
49:1 56:9,16
57:3,25 66:9
**statement** 8:2
23:22 25:2,13
27:16,21 31:11
32:25 34:21
50:2
**statements**
10:13 33:16
50:15 57:1
72:4
**states** 1:1 6:15
40:7 56:9
79:11
**statistical** 26:5
**stay** 55:3
**stems** 17:20
**stenographic**
1:10
**stenographic...**
82:12
**steps** 29:21,24
**stipulate** 38:23
39:3,13,15
41:14 42:2
62:19 63:1,19
68:22 70:15
71:9,22 74:4

76:7 78:7
**stipulated**
40:11,18
**stipulating**
43:25
**stipulation**
34:20,23 35:8
39:20 40:2,6
44:2 63:7,25
74:10 76:7,9
76:10 78:14
79:15
**stop** 7:16
**strategic** 49:25
**streamline**
42:19 65:17
**street** 2:2
**subject** 12:7,10
38:5 62:15
**submitted** 32:6
32:7 33:23
**subsequently**
60:14
**subset** 63:16
72:19 74:15
**substance** 20:5
53:13
**substantial**
36:16 37:3
**substantially**
49:11
**substantiated**
47:4

Daryl Fred Heller
In Re: Heller, Daryl Fred

October 9, 2025

[suffer - translation]

Page 22

**suffer** 59:13
**suggest** 81:11
**suggestion** 7:23
**suggests** 50:10
**sum** 26:3 45:5
**summary** 26:3
30:20 32:18
34:15
**supporting**
49:21
**supposed** 69:9
**surcharge**
74:25
**sure** 5:22 13:1
16:9 20:17
25:23 41:17
42:20 53:15
70:5
**swear** 5:16
**switch** 44:19
**sworn** 5:17,20
15:6 49:22
82:6

**t**

**t** 4:1
**taite** 40:23 41:3
**take** 8:3 14:24
29:21,24 42:17
51:17 52:15
56:12 81:7
**taken** 1:11 6:6
10:14 14:23

**talk** 14:18 23:3
**talking** 25:5
44:9 66:2
72:25 73:1
**tax** 38:5,10,14
**technical** 69:19
**tell** 15:17 79:4
**telling** 80:6,16
**tendency** 7:6,8
7:17
**testified** 5:18
**testify** 15:3
82:7
**testifying** 15:9
**testimony** 7:5
15:6 82:11
**text** 75:22 76:2
77:7,15 79:3
79:18 80:3
**texts** 76:21
**thank** 5:15 6:1
6:3 11:3 12:2
20:19 26:1
30:13 39:4
41:21 45:17
66:1 70:7
71:24 72:13
74:6 76:11,12
81:17
**things** 20:15
41:15
**think** 5:19 9:23
11:23 12:5
23:11 35:2,15

35:23 41:11
44:21 66:2
69:19 80:24
**third** 47:9
49:20 51:13
**thousand** 40:9
40:15 41:25
72:6 73:4
**thread** 77:7
79:18
**three** 41:24
54:23 61:2
67:19 72:6
73:4
**thursday** 1:13
**tid** 66:10
**tids** 68:5
**time** 5:2,2 8:18
8:20,23 10:3
21:25 40:22
42:5 43:3 44:2
50:1 51:13
62:24 65:25
67:21 68:23
69:1 80:7
81:16 82:12
**times** 7:2 16:19
46:19 61:2,10
69:15
**timestamp** 76:3
**today** 6:25 8:22
9:7 10:4 15:9
16:2,5 68:10

**today's** 15:19
17:4 68:14
**together** 43:16
**told** 9:8
**took** 10:5 15:3
73:8 74:15,16
**top** 30:15 55:14
62:3 77:20
**topic** 80:25
**topics** 6:24
**topper** 75:3
**total** 46:4,4
58:9,14 63:16
72:5 73:3,9,17
73:25 74:8
**totaling** 41:24
**totals** 65:3
**towered** 74:25
**trade** 54:1
**transaction**
64:4
**transactions**
47:14
**transcript** 1:10
20:18 41:18
82:11
**transfer** 39:10
**transferred**
67:16
**transfers** 39:18
42:14
**translation**
24:24

Daryl Fred Heller                                    October 9, 2025
In Re: Heller, Daryl Fred

[trouble - waiver]                                                    Page 23

| | | | |
|---|---|---|---|
| **trouble** 14:17 | 56:25 78:10 | 21:22 29:7 | **valuations** |
| **true** 30:21 | **types** 75:8 81:1 | 31:9,14 33:14 | 47:24 56:17,21 |
| 32:19 34:16 | 81:5 | 33:18 52:10 | 56:25 |
| 47:3 57:8 | **typewritten** | 53:15 56:15 | **value** 45:21,25 |
| 66:17 75:7,14 | 34:22 | **unequivocal** | 46:4,7,13,18,19 |
| 82:11 | | 8:19 10:2 | 46:23,23 47:10 |
| **truest** 52:17 | **u** | **unexpired** | 47:19 48:1,2,2 |
| **trust** 69:20 | **uh** 27:13 | 26:25 | 48:6,7,16,18,23 |
| **trustee** 6:8 11:9 | **unclear** 43:7 | **unilateral** 9:10 | 49:1,5,10,12,16 |
| 11:16 12:18,22 | **under** 8:6 9:4 | **unilaterally** | 56:9 57:10 |
| 13:3,4,8,11,14 | 30:18,19 32:17 | 10:23 | 61:5 |
| 43:10 | 32:17 33:3,7,8 | **united** 1:1 6:15 | **various** 9:24 |
| **truth** 30:3 | 34:14 46:17 | **units** 78:4 | 31:22 |
| 52:11 82:7,7,8 | 76:15 77:2 | **unknown** 48:7 | **vault** 75:1 |
| **truthful** 29:8 | **underneath** | **unquote** 48:18 | **ventures** 17:23 |
| 30:7 | 30:24 32:20 | 74:21 80:7 | 18:2,6,10,14,18 |
| **truthfully** 15:3 | 35:10,11 43:21 | **unsecured** | **verbally** 14:15 |
| **try** 26:2 42:18 | 44:1 | 26:20 | **version** 31:23 |
| **trying** 45:15 | **understand** | **unsolicited** | **versus** 77:11 |
| 65:17,20 | 6:21 7:10,21 | 55:2 57:3 | **video** 5:4 75:3 |
| **tuesday** 62:4 | 14:25 15:2,5 | **unverifiable** | **videographer** |
| **turn** 30:12 | 16:25 23:8,15 | 50:15 | 5:1,15,19 |
| 31:21 45:18 | 23:17,20 24:5 | **uploading** | 42:24 43:2 |
| 50:22 59:16 | 24:10,16,18 | 69:20 | 65:23,24 81:20 |
| 60:14 76:15,22 | 25:9,10,15 | **uptime** 80:7 | **view** 11:7 |
| 76:25 78:3 | 28:4,6,15,16 | **use** 50:14 | **virtual** 9:12 |
| 81:10 | 29:1,13 41:20 | **using** 75:17 | **virtually** 10:8 |
| **turned** 78:20 | 45:15 | 77:7,16 | 13:24 |
| **turning** 26:7 | **understanding** | **usually** 7:3 | |
| 27:19 32:13 | 14:11 40:5 | | **w** |
| **twice** 60:25 | **understands** | **v** | **wait** 14:19 |
| **two** 22:5 31:25 | 28:12,22 | **valuation** 47:4 | 64:17 |
| 32:5 35:5 | **understood** | 49:21 55:1 | **waiver** 6:18 |
| 39:18 51:18 | 9:23 18:25 | | |

Daryl Fred Heller                    October 9, 2025
In Re: Heller, Daryl Fred

**[walk - zoom]**                                                    Page 24

| | | z |
|---|---|---|
| **walk**  25:16 | 79:23 82:6 | |
| **want**  7:1,10 | **word**  77:7,16 | **zero**  41:23 |
| 10:17 12:13,25 | **working**  80:14 | **zoom**  36:25 |
| 13:1,4,17 14:9 | 80:22 | |
| 15:13,14 16:9 | **worried**  76:25 | |
| 17:7 23:3 | 78:2 | |
| 25:23 34:25,25 | **worth**  50:10,16 | |
| 53:6,9,12 | 65:19 | |
| **wanted**  6:5 | **write**  80:3 | |
| 21:24 | **wrote**  69:14 | |
| **way**  48:13 | | |

| | x | |
|---|---|---|
| 55:13 81:9 | **x**  4:1 | |

| | y | |
|---|---|---|
| **we've**  11:4 | **yeah**  48:20 | |
| 13:23 24:25 | 74:24 | |
| 54:21 | **year**  23:21 | |
| **week**  8:17 10:6 | 33:23 41:23 | |
| **white**  77:12 | 49:4 50:1 | |
| **wieder**  2:13 | 58:10 73:8,21 | |
| 34:6 35:16 | 73:22 74:9,17 | |
| 44:22,25 45:7 | **years**  31:14 | |
| 45:11 69:23 | 33:18 36:10,20 | |
| 70:6 | 37:7,10,16 | |
| **wish**  8:3 | 39:18 56:25 | |
| **withdrawn** | 67:19 72:23 | |
| 13:11 15:17 | **yesterday**  8:12 | |
| 25:11 34:13 | 9:8 10:22,23 | |
| 36:14 40:22 | 11:5,18 12:9 | |
| 51:2 53:16 | 12:23 36:5 | |
| 73:20 | **york**  2:13 14:5 | |
| **witness**  3:2 | **young**  64:3,10 | |
| 5:16,20 18:23 | 64:13,22 | |
| 19:19 28:20 | | |
| 32:23 39:2,14 | | |
| 53:9 70:17 | | |

Georgia Code

Title 9, Chapter 11

Article 5, Section 9-11-30

(e) Review by witness; changes; signing.

If requested by the deponent or a party before completion of the deposition, the deponent shall have 30 days after being notified by the officer that the transcript or recording is available in which to review the transcript or recording and, if there are changes in form or substance, to sign a statement reciting such changes and the reasons given by the deponent for making them. The officer shall indicate in the certificate prescribed by paragraph (1) of subsection (f) of this Code section whether any review was requested and, if so, shall append any changes made by the deponent during the period allowed. If the deposition is not reviewed and signed by the witness within 30 days of its submission to him or her, the officer shall sign it and state on the record that the deposition was not reviewed and signed by the deponent within 30 days. The deposition may then be used as fully as though signed unless, on a motion to suppress under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons
given for the refusal to sign require rejection of
the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Barry Rynearson <brynearson@hellercg.com> |
| **Sent:** | Tuesday, August 1, 2023 8:19 AM |
| **To:** | Daryl Heller |
| **Subject:** | FW: Blackford ATM performance details |
| **Attachments:** | Blackford Funds 2022 Income by State.pdf; Paramout Blackford KPIs - Portfolio Stats '21-'23.xlsx |



**BARRY** RYNEARSON
CHIEF FINANCIAL OFFICER

**HELLER** CAPITAL
**E:** BRYNEARSON@HELLERCG.COM
**M:** 717.979.0567

---

**From:** Omar Brown <omar@yacapital.com>
**Sent:** Thursday, July 27, 2023 5:01 PM
**To:** Jeffrey Marcus <Jeffrey.Marcus@silverviewcredit.com>
**Cc:** Vab Kumar <vab.kumar@silverviewcredit.com>; Daryl Heller <dheller@hellercg.com>; Barry Rynearson <brynearson@hellercg.com>; David Bunzel <dbunzel@yacapital.com>; Valerie Bowman <valerie@yacapital.com>
**Subject:** Blackford ATM performance details

**EXTERNAL**

Hello Jeffrey,

Attached is a PDF with the detail for the Blackford ATM performance by State. The excel spreadsheet attached represents the performance of the individual Paramount funds (C/E, J, and N/O/O II) which include the Blackford ATMs. Please note the 7,500+ ATMs are a subset of the 25K+ total active ATMs in the Paramount network.

Summary Below:

1) Performance reporting for FY22 and July YTD 23 for Blackford ATMs
   a. Revenue sources and reporting for 2023 YTD

**Exhibit
SCP 006**
10/09/2025

*Blackford Fund Reporting*

| # Active ATMs | | 3,697 |
|---|---|---|

| | | **Actuals YTD 23** |
|---|---|---|
| **Operating Revenue** | | |
| Surcharge Revenue | $ | 28,783,141 |
| MoneyTower/DCC/Network/Other Revenue | $ | 2,296,895 |
| Armored/Vault Reimbursement | $ | 123,768 |
| Interchange Revenue | $ | 4,988,118 |
| Branding Revenue | $ | 636,107 |
| Cash Management Revenue | $ | 54,688 |
| Video Topper Advertising | $ | 17,270 |
| **Total Operating Revenue** | $ | **36,899,856** |

b. Revenue sources and reporting for 2022

*Blackford Fund Reporting*

| # Active ATMs | | 3,697 |
|---|---|---|

| | | **Actuals 2022** |
|---|---|---|
| **Operating Revenue** | | |
| Surcharge Revenue | $ | 55,788,174 |
| MoneyTower/DCC/Network/Other Revenue | $ | 4,390,529 |
| Armored/Vault Reimbursement | $ | 239,889 |
| Interchange Revenue | $ | 9,668,090 |
| Branding Revenue | $ | 1,182,709 |
| Cash Management Revenue | $ | 61,367 |
| Video Topper Advertising | $ | 33,473 |
| **Total Operating Revenue** | $ | **71,363,970** |

2) ATM inventory
   a. Listing of all ATMs by Fund
      i. BAV – 540
      ii. BAV D – 185
      iii. BAV – M 202
      iv. BAV M II – 225
      v. BAV M IV – 375
      vi. BAV M V – 250
      vii. BH – 1920
      viii. Total - 3697
   b. The funds have ATMs located in the following states
      i. See attached PDF

3) KPIs (Paramount)
   a. Revenue and transactions stats

      i.  Attached you will find transactions and revenue reports by portfolio back to 2021.  This revenue reflects **Surcharge** and **interchange** but does not reflect the other revenue streams detailed above.

     ii.  The Blackford ATMs (3,697) are inside these three Paramount portfolios, however there are 7500+ ATMs in total in these portfolios, thus we are less than 50% of the ATMs in this total portfolio group.

    iii.  By way of reminder – portfolios are developed by Paramount to diversify and normalize ATM performance (seasonality, different geo, demographics, etc)

b.  We also get uptime reporting which is over 98% consistently and generally over 98.5%.  Uptime means the % of time the ATMs in a portfolio are 'operational' over a month period

Best,
Omar

**Omar Brown** ~ ***Young America Capital***
141 East Boston Post Road, Mamaroneck, NY 10543
Office: 914.777.0100 ~ Direct: 212.799.7469 ~ Mobile 917.204.3773
omar@yacapital.com ~ http://www.yacapital.com
**SEC** registered Broker Dealer, Member **FINRA, SIPC, MSRB**

**Blackford Funds 2022 Income by State**

| | BAV | BAV D | BAV M | BAV M II | BAV M IV | BAV M V | BH | Blackford Total |
|---|---|---|---|---|---|---|---|---|
| **Connecticut** | - | 300,010 | - | - | - | - | - | $ 300,010 |
| **Indiana** | $ - | $ - | $ - | $ - | $ 107,145 | $ 694,310 | $ 61,429 | $ 862,884 |
| **New Jersey** | 198,096 | 300,010 | - | - | 123,220 | - | 1,565,146 | $ 2,186,472 |
| **New York** | 412,253 | 364,300 | - | - | 975,035 | 807,457 | 3,724,072 | $ 6,283,117 |
| **Ohio** | - | - | - | - | - | - | 707,239 | $ 707,239 |
| **Pennsylvania** | 3,608,552 | 241,080 | 1,080,038 | 1,205,400 | 1,205,400 | 812,600 | 8,842,791 | $ 16,995,861 |
| **Total** | $ 4,218,901 | $ 1,205,400 | $ 1,080,038 | $ 1,205,400 | $ 2,410,800 | $ 2,314,367 | $ 14,900,677 | $ 27,335,583 |

| Paramount Funds | | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | 2021 Total | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C & E** | Kiosk Transactions | 419,454 | 388,509 | 402,908 | 441,972 | 420,203 | 440,523 | 451,046 | 450,492 | 439,416 | 419,181 | 441,631 | 396,646 | 5,111,981 | 425,998 |
| | Kiosk Revenue | $ 942,535 | $ 873,090 | $ 905,448 | $ 993,235.00 | $ 944,315.00 | $ 989,980.00 | 1,013,626 | 1,012,382 | 987,491 | 942,018 | 992,469 | 891,375 | $ 11,487,964 | $ 957,330 |
| | ATM's In Service | | | | | | Not Available | | | | | | | | |
| | Revenue per ATM | | | | | | | | | | | | | | |
| | Transactions per ATM | | | | | | | | | | | | | | |
| **J** | Kiosk Transactions | 970,610 | 896,768 | 933,171 | 1,024,130 | 973,225 | 1,018,408 | 1,044,650 | 1,043,960 | 1,014,758 | 971,054 | 1,012,292 | 917,386 | 11,820,412 | 985,034 |
| | Kiosk Revenue | $ 2,450,320 | $ 2,263,904 | $ 2,355,805 | $ 2,585,433 | $ 2,456,921 | $ 2,570,988 | $ 2,637,236 | $ 2,635,493 | $ 2,561,773 | $ 2,451,442 | $ 2,555,547 | $ 2,315,956 | $ 29,840,818 | $ 2,486,735 |
| | ATM's In Service | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | | 1,910 |
| | Revenue per ATM | $ 1,283 | $ 1,185 | $ 1,233 | $ 1,354 | $ 1,286 | $ 1,346 | $ 1,381 | $ 1,380 | $ 1,341 | $ 1,283 | $ 1,338 | $ 1,213 | | $ 1,302 |
| | Transactions per ATM | 508 | 470 | 489 | 536 | 510 | 533 | 547 | 547 | 531 | 508 | 530 | 480 | | 516 |
| **N , O , & O II** | Kiosk Transactions | 2,388,135 | 2,203,990 | 2,289,633 | 2,511,242 | 2,385,680 | 2,496,968 | 2,565,676 | 2,562,289 | 2,488,016 | 2,386,889 | 2,477,613 | 2,222,134 | 28,978,265 | 2,414,855 |
| | Kiosk Revenue | $ 6,753,216 | $ 6,152,062 | $ 6,391,122 | $ 7,009,704 | $ 6,659,219 | $ 6,969,861 | $ 7,161,649 | $ 7,152,194 | $ 6,944,875 | $ 6,662,596 | $ 6,915,836 | $ 6,202,710 | $ 80,975,044 | $ 6,747,920 |
| | ATM's In Service | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | | 4,750 |
| | Revenue per ATM | $ 1,422 | $ 1,295 | $ 1,345 | $ 1,476 | $ 1,402 | $ 1,467 | $ 1,508 | $ 1,506 | $ 1,462 | $ 1,403 | $ 1,456 | $ 1,306 | | $ 1,421 |
| | Transactions per ATM | 503 | 464 | 482 | 529 | 502 | 526 | 540 | 539 | 524 | 503 | 522 | 468 | | 508 |

**Total Kiosk Revenue**

$ 122,303,826

| Paramount Funds | | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | 2022 Total | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C & E | Kiosk Transactions | 416,838 | 404,655 | 402,525 | 425,145 | 421,737 | 442,568 | 447,212 | 451,599 | 442,227 | 418,116 | 439,033 | 391,704 | 5,103,360 | 425,280 |
| | Kiosk Revenue | $ 936,752 | $ 909,373 | $ 904,586 | $ 955,420 | $ 947,762 | $ 994,576 | $ 1,005,010 | $ 1,014,871 | $ 993,810 | $ 939,624 | $ 986,630 | $ 880,270 | $ 11,468,684 | $ 955,724 |
| | ATM's In Service | Not Available | | | | | | | | | | | | | |
| | Revenue per ATM | | | | | | | | | | | | | | |
| | Transactions per ATM | | | | | | | | | | | | | | |
| J | Kiosk Transactions | 963,458 | 907,521 | 928,830 | 965,826 | 976,184 | 1,024,328 | 1,051,063 | 1,052,148 | 1,026,991 | 967,799 | 1,017,718 | 917,584 | 11,799,449 | 983,287 |
| | Kiosk Revenue | $ 2,432,265 | $ 2,291,051 | $ 2,344,847 | $ 2,438,242 | $ 2,464,393 | $ 2,585,931 | $ 2,653,425 | $ 2,656,164 | $ 2,592,656 | $ 2,443,223 | $ 2,569,245 | $ 2,316,454 | $ 29,787,895 | $ 2,482,325 |
| | ATM's In Service | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | | $ 1,910 |
| | Revenue per ATM | $ 1,273 | $ 1,200 | $ 1,228 | $ 1,277 | $ 1,290 | $ 1,354 | $ 1,389 | $ 1,391 | $ 1,357 | $ 1,279 | $ 1,345 | $ 1,213 | | $ 1,300 |
| | Transactions per ATM | 504 | 475 | 486 | 506 | 511 | 536 | 550 | 551 | 538 | 507 | 533 | 480 | | 515 |
| N, O , & O II | Kiosk Transactions | 2,347,455 | 2,199,151 | 2,264,714 | 2,338,261 | 2,387,857 | 2,478,581 | 2,543,419 | 2,538,096 | 2,497,452 | 2,370,680 | 2,499,387 | 2,333,423 | 28,798,475 | 2,399,873 |
| | Kiosk Revenue | $ 6,552,520 | $ 6,138,556 | $ 6,321,565 | $ 6,526,859 | $ 6,665,297 | $ 6,918,538 | $ 7,099,520 | $ 7,084,664 | $ 6,971,212 | $ 6,617,350 | $ 6,976,614 | $ 6,513,352 | $ 80,386,046 | $ 6,698,837 |
| | ATM's In Service | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | | $ 4,750 |
| | Revenue per ATM | $ 1,379 | $ 1,292 | $ 1,331 | $ 1,374 | $ 1,403 | $ 1,457 | $ 1,495 | $ 1,492 | $ 1,468 | $ 1,393 | $ 1,469 | $ 1,371 | | $ 1,410 |
| | Transactions per ATM | 494 | 463 | 477 | 492 | 503 | 522 | 535 | 534 | 526 | 499 | 526 | 491 | | 505 |

Total Kiosk Revenue

$     121,642,625

| Paramount Funds | | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | 2023 Total | Average |
|---|---|---|---|---|---|---|---|---|---|---|
| C & E | Kiosk Transactions | 408,361 | 400,522 | 398,520 | 424,165 | 422,674 | 439,676 | 452,111 | 2,946,029 | 420,861 |
| | Kiosk Revenue | $ 917,701 | $ 900,087 | $ 895,587 | $ 953,219 | $ 949,868 | $ 988,066 | $ 1,016,020 | $ 6,620,548 | $ 945,793 |
| | ATM's In Service | | | | | | | | | |
| | Revenue per ATM | | | | Not Available | | | | | |
| | Transactions per ATM | | | | | | | | | |
| | | | | | | | | | | |
| J | Kiosk Transactions | 957,045 | 912,059 | 925,772 | 977,565 | 978,157 | 1,018,606 | 1,046,328 | 6,815,533 | 973,648 |
| | Kiosk Revenue | $ 2,416,076 | $ 2,302,507 | $ 2,337,126 | $ 2,467,879 | $ 2,469,374 | $ 2,571,486 | $ 2,641,470 | 17,205,919 | $ 2,457,988 |
| | ATM's In Service | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | 1,910 | | 1,910 |
| | Revenue per ATM | $ 1,265 | $ 1,206 | $ 1,224 | $ 1,292 | $ 1,293 | $ 1,346 | $ 1,383 | | $ 1,287 |
| | Transactions per ATM | 501 | 478 | 485 | 512 | 512 | 533 | 548 | | 510 |
| | | | | | | | | | | |
| N , O , & O II | Kiosk Transactions | 2,343,342 | 2,225,279 | 2,295,197 | 2,414,227 | 2,401,647 | 2,496,000 | 2,567,128 | 16,742,820 | 2,391,831 |
| | Kiosk Revenue | $ 6,541,040 | $ 6,211,489 | $ 6,406,654 | $ 6,738,906 | $ 6,703,789 | $ 6,968,510 | $ 7,165,701 | 46,736,089 | $ 6,676,584 |
| | ATM's In Service | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | 4,750 | | 4,750 |
| | Revenue per ATM | $ 1,377 | $ 1,308 | $ 1,349 | $ 1,419 | $ 1,411 | $ 1,467 | $ 1,509 | | $ 1,406 |
| | Transactions per ATM | 493 | 468 | 483 | 508 | 506 | 525 | 540 | | 504 |

|  | Total Kiosk Revenue | Annualized |
|---|---|---|
| | $ 70,562,556 | $ 120,964,381.39 |