Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−11354−JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx−xx−1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 22, 2025
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*520* − Order to Show Cause why the Court should not appoint a trustee or convert the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/27/2025. Show Cause hearing to be held on 10/15/2025 at 10:00 AM at JNP − Courtroom 4C, Camden. (cmf)

and transact such other business as may properly come before the meeting.


Dated: October 8, 2025
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Daryl Fred Heller  
    Debtor

Case No. 25-11354-JNP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 12  
Date Rcvd: Oct 08, 2025      Form ID: 173      Total Noticed: 69

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | Donald W Clarke, Genova Burns LLC, 494 Broad Street, Newark, NJ 07102-3230 |
| aty | + | Edmond M. George, Obermayer Rebmann Maxwell &Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | | James J Vincequerra, ALSTON & BIRD LLP, 90 Park Avenue 15th Floor, New York, NY 10016-1387 |
| aty | + | Jonathan Wieder, Alston & Bird, 90 Park Avenue, New York, NY 10016, US 10016-1387 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancasster, PA 17601-6820 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, PA 17601-6820 |
| aty | | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, NJ 07601 |
| aty | | Leo M. Gibbons, MacElree Harvey, 17 West Miner Street, PO Box 660, West Chester, PA 19381-0660 |
| aty | + | Marshall T. Kizner, Stark & Stark, PC, PO Box 5315, Princeton, NJ 08543-5315 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Reed Smith LLP, 506 Carnegie Center, Suite 300, Princeton, NJ 08540-6243 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| aty | + | Stephen Montgomery, 424 Church Street, Suite 800, Nashville, TN 37219, US 37219-2395 |
| intp | + | Accordo, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brigantine Group (L.P.), 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | + | Brookfield GP, LLC, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brookfield Partners, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | #+ | Brookfield, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | + | Charlene Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| cr | + | Claudia Z. Springer, 1310 Meeting House Road, PO Box 448, Gwynedd, PA 19436-0448 |
| sp | + | David M Burkholder, Wisler Pearlstine, LLP, 45 Liberty Boulevard, Suite 230, Malvern, PA 19355-1419 |
| cr | + | Diane K. Poole, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| sp | + | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| intp | #+ | Ethan Heller, 330 N. Lime Street, Lancaster, PA 17602-2355 |
| op | + | Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017-6358 |
| r | + | Goldcoast Sotheby's International Realty, 200 34th Street, Ocean City, NJ 08226-2056 |
| cr | + | J. Richard Haller, 1007 Log Cabin Road, Leola, PA 17540-9768 |
| sp | | James J Vincequerra, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Jonathan Wieder, Alston & Bird, 90 park Avenue, New York, NY 10016-1387 |
| sp | + | Joshua J Voss, Three Logan Square, 1717 Arch Street, 5th Floor, Philadelphia, PA 19103-2782 |
| sp | | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Leo M Gibbons, MacElree Harvey Ltd., 17 W. Miner Street, West Chester, PA 19382-3213 |
| cr | + | Prestige Fund A II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A IX, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund A, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |

| District/off: 0312-1 | User: admin | Page 2 of 12 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

| | | |
|---|---|---|
| cr | + | Prestige Fund B VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund B, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D III, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Prestige Fund D, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Robert Horst, Jeffrey Kurtzman,Esquire, 101 N Washington Avenue, Suite 4A, Margate, NJ 08402 UNITED STATES 08402-1195 |
| sp | + | Seth Cohen, Alston & Bird, 90 Park Avenue, New York, NY 10016-1387 |
| sp | + | Stephen Montgomery, Dickinson Wright, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| intp | + | Taite Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| acc | + | The DMC Group CPAs & Advisors, LLC, 22 Horseneck Road, Fairfield, NJ 07004-2410 |
| cr | + | Truist Bank, c/o Jeffrey Lichstein, 25 S. Charles St., 21st Fl., Baltimore, MD 21201 UNITED STATES 21201-3322 |
| cr | + | WF Velocity Fund IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| op | + | Withum Smith & Brown PC, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: rshearer@cgalaw.com | Oct 08 2025 20:50:00 | Lawrence Young, CGA Law Firm, 135 N. George Street, York, PA 17401, US 17401-1132 |
| cr | + | Email/Text: collections@customersbank.com | Oct 08 2025 20:50:00 | Customers Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Oct 08 2025 20:50:00 | Fulton Bank, N.A., 1695 State Street, East Petersburg, PA 17520-1328 |
| sp | + | Email/Text: rshearer@cgalaw.com | Oct 08 2025 20:50:00 | Lawrence Young, CGA Law Firm, 135 N. George Street, York, PA 17401-1132 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| aty | *+ | Joshua J Voss, Saxton & Stump, 280 Granite Run Drive, Suite 230, Lancaster, PA 17601-6820 |
| aty | * | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| aty | *+ | Seth Cohen, Alston & Bird, 90 Park Avenue, New York, NY 10016-1387 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 25-11354-JNP    Doc 604    Filed 10/10/25    Entered 10/11/25 00:14:55    Desc
Imaged Certificate of Notice    Page 4 of 13

| District/off: 0312-1 | User: admin | Page 3 of 12 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

Date: Oct 10, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

**Name**         **Email Address**

Albert Anthony Ciardi, III
on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Anthony Sodono, III
on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com

Anthony Sodono, III
on behalf of Debtor Daryl Fred Heller asodono@msbnj.com

Christopher John Leavell
on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Christopher P. Mazza
on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Daniel S. Siedman
on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com

Donald W Clarke
on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com

E. Richard Dressel
on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

Edmond M. George
on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com

Edward A. Phillips
ephillips@getzlerhenrich.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

District/off: 0312-1                  User: admin                  Page 4 of 12

Date Rcvd: Oct 08, 2025              Form ID: 173              Total Noticed: 69

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Pinnacle Asset Management  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Defendant Prestige Fund A  LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

District/off: 0312-1 User: admin Page 5 of 12
Date Rcvd: Oct 08, 2025 Form ID: 173 Total Noticed: 69

George William Allison Bartholomew
        on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com
        jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 12 |
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello

on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello

on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish

on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com

Heidi J. Sorvino

on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell

on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell

on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Janet Gold

on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Jeffrey Kurtzman

on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein

on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli

on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli

on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jerrold S. Kulback

on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com

Case 25-11354-JNP    Doc 604    Filed 10/10/25    Entered 10/11/25 00:14:55    Desc
Imaged Certificate of Notice    Page 8 of 13

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 7 of 12 |
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com |

Case 25-11354-JNP    Doc 604    Filed 10/10/25    Entered 10/11/25 00:14:55    Desc
Imaged Certificate of Notice    Page 9 of 13

| District/off: 0312-1 | User: admin | Page 8 of 12 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B BTM I  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VII  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D BTM I  LLC jlemkin@stark-stark.com |
| Joseph R Zapata, Jr | on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com |
| Kristi JoLynn Doughty | on behalf of Plaintiff Claudia Z. Springer  solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors doughty@chipmanbrown.com, dero@chipmanbrown.com |
| Kristi JoLynn Doughty | on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com  dero@chipmanbrown.com |
| Kurt F. Gwynne | on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 9 of 12 |
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

| | |
|---|---|
| | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | |
| | on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Lane E. Brody | |
| | on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Creditor J. Richard Haller lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff Summit Asset Management  LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |
| | on behalf of Plaintiff Pinnacle Asset Management  LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lauren Sisson | |
| | on behalf of Creditor Chicago Atlantic Admin  LLC lauren.sisson@haynesboone.com |
| Marc D. Miceli | |
| | on behalf of Creditor Paramount Management Group  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | |
| | on behalf of Creditor Receiver of Golden Gate Investment Company  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | |
| | on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor WF Velocity Fund VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | |
| | on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com |

Case 25-11354-JNP    Doc 604    Filed 10/10/25    Entered 10/11/25 00:14:55    Desc
Imaged Certificate of Notice    Page 11 of 13

| District/off: 0312-1 | User: admin | Page 10 of 12 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

Marshall T. Kizner
on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

| District/off: 0312-1 | User: admin | Page 11 of 12 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

Marshall T. Kizner
    on behalf of Defendant WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D VI LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IV LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A LLC mkizner@stark-stark.com

Martin J. Weis
    on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Martin J. Weis
    on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Nancy Isaacson
    on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
    on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield GP LLC nyoung@macelree.com

Case 25-11354-JNP    Doc 604    Filed 10/10/25    Entered 10/11/25 00:14:55    Desc
Imaged Certificate of Notice    Page 13 of 13

| District/off: 0312-1 | User: admin | Page 12 of 12 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 173 | Total Noticed: 69 |

Natalie R Young
    on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Accordo L.P. nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield L.P. nyoung@macelree.com

Rachel A. Parisi
    on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Richard Kanowitz
    on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com

Sari Blair Placona
    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Stephen V. Falanga
    on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Steven J. Mitnick
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Fulton Bank N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 256