Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:   25–11354–JNP
                    Chapter:   11
                    Judge:   Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Fred Heller
   909 Greenside Drive
   Lititz, PA 17543

Social Security No.:
   xxx–xx–1231

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 October 20, 2025
Time:                01:00 PM
Location:       Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 044 7672, Click on JOIN using passcode 602555, or call 1–646–828–7666

to consider and act upon the following:

*520* – Order to Show Cause why the Court should not appoint a trustee or convert the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/27/2025. Show Cause hearing to be held on 10/15/2025 at 10:00 AM at JNP – Courtroom 4C, Camden. (cmf)

and transact such other business as may properly come before the meeting.


Dated: October 16, 2025
JAN: kvr

                                                                                                 Jeanne Naughton
                                                                                                  Clerk