| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **DMC GROUP CPA'S & ADVISORS, LLC**<br>22 Horseneck Road<br>Fairfield, NJ 07004<br>(973) 243-2600<br>James McNulty (jmc@dmcpa.com)<br>*Accountants for Daryl Fred Heller, the Chapter 11*<br>*Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>              Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

### FOURTH MONTHLY FEE STATEMENT OF DMC GROUP CPA'S & ADVISORS, LLC, ACCOUNTANTS FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM JULY 1, 2025 THROUGH JULY 31, 2025

DMC Group CPA's & Advisors, LLC, accountants for the above-captioned debtor and debtor-in- possession, hereby submits this fourth monthly fee Statement for the period from July 1, 2025 through July 31, 2025 (the "Fee Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, entered on April 3, 2025 [Docket No. 170].  See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Dated: October 16, 2025                                            */s/ James McNulty*
                                                                                                  James McNulty

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Daryl Fred Heller | Applicant: | DMC Group CPA's & Advisors, LLC |
| Case No.: | 25-11354 (JNP) | Client: | Daryl Fred Heller |
| Chapter: | 11 | Case Filed: | February 10, 2025 |

**FOURTH MONTHLY FEE STATEMENT FOR DMC GROUP**
**CPA'S & ADVISORS, LLC, ACCOUNTANTS, FOR THE PERIOD**
**FROM JULY 1, 2025 THROUGH JULY 31, 2025**

**SECTION 1**
**FEE SUMMARY**

| | |
|---|---|
| **FEE TOTALS:** | $3,075.00 |
| **DISBURSEMENT TOTALS:** | $0.00 |
| **TOTAL:** | $3,075.00 |
| **MINUS 20% HOLDBACK OF FEES:** | ($615.00) |
| **AMOUNT SOUGHT IN 4th MONTHLY:** | $2,460.00 |

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---:|---:|---:|
| 1. James F. McNulty, CPA | 4.50 | 300.00 | $1,350.00 |
| 2. Gary S. Loma, Sr. Tax Accountant | 11.50 | 150.00 | $1,725.00 |
| **TOTAL:** | **16.00** | | **$3,075.00** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting Services | 16.00 | $3,075.00 |
| **SERVICE TOTALS:** | **16.00** | **$3,075.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Other | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

I certify under penalty of perjury that the above is true.

Dated: October 17, 2025                              */s/ James McNulty*
                                                     James McNulty

# EXHIBIT B

# The DMC Group CPA's & Advisors, LLC
## d/b/a James F. McNulty, CPA
22 Horseneck Road
Fairfield, NJ  07007
973-243-2600

Daryl F. Heller

Invoice No.: 22432
Date: October 14, 2025
Case No.: 25-11354

| Date | Staff | Hours | Amount | Description |
|---|---|---|---|---|
| 7/14/2025 | LOMA | 2.25 | 337.50 | June 2025 bank statements received and requested details for transactions |
| 7/18/2025 | LOMA | 6.50 | 975.00 | Recording of June 2025 transactions from bank statements and credit card |
| 7/19/2025 | LOMA | 2.75 | 412.50 | Requested details on June 2025 transactions from D. Heller |
| 7/19/2025 | MCNULTY | 2.50 | 750.00 | June 2025 transactions reviewed |
| 7/21/2025 | MCNULTY | 2.00 | 600.00 | June 2025 MOR package with supporting schedules prepared and finalized |
| | | 16.00 | $3,075.00 | |

Please make payment payable to James F. McNulty, CPA

Thank you