**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**DMC GROUP CPA'S & ADVISORS, LLC**
22 Horseneck Road
Fairfield, NJ 07004
(973) 243-2600
James McNulty (jmc@dmcpa.com)
*Accountants for Daryl Fred Heller, the Chapter 11
Debtor and Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

**FIFTH MONTHLY FEE STATEMENT OF DMC GROUP CPA'S & ADVISORS, LLC,
ACCOUNTANTS FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION
FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

DMC Group CPA's & Advisors, LLC, accountants for the above-captioned debtor and debtor-in- possession, hereby submits this fifth monthly fee Statement for the period from August 1, 2025 through August 31, 2025 (the "Fee Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, entered on April 3, 2025 [Docket No. 170]. See coversheet attached as **Exhibit A** and invoice for the Fee Period attached as **Exhibit B**.

Dated: October 17, 2025   */s/ James McNulty*
James McNulty

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor:   Daryl Fred Heller                Applicant:   DMC Group CPA's & Advisors, LLC

Case No.:   25-11354 (JNP)                 Client:      Daryl Fred Heller

Chapter:    11                             Case Filed:  February 10, 2025

**FIFTH MONTHLY FEE STATEMENT FOR DMC GROUP
CPA'S & ADVISORS, LLC, ACCOUNTANTS, FOR THE PERIOD
FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

**SECTION 1
FEE SUMMARY**

| | |
|---|---:|
| **FEE TOTALS:** | $3,112.50 |
| **DISBURSEMENT TOTALS:** | $0.00 |
| **TOTAL:** | $3,112.50 |
| **MINUS 20% HOLDBACK OF FEES:** | ($622.50) |
| **AMOUNT SOUGHT IN 5th MONTHLY:** | $2,490.00 |

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---:|---:|---:|
| 1. James F. McNulty, CPA | 4.00 | 300.00 | $1,200.00 |
| 2. Gary S. Loma, Sr. Tax Accountant | 12.75 | 150.00 | $1,912.50 |
| **TOTAL:** | **16.75** | | **$3,112.50** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting Services | 16.75 | $3,112.50 |
| **SERVICE TOTALS:** | **16.75** | **$3,112.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Other | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

I certify under penalty of perjury that the above is true.

Dated: October 17, 2025  */s/ James McNulty*
James McNulty

# EXHIBIT B

# The DMC Group CPA's & Advisors, LLC
## d/b/a James F. McNulty, CPA
22 Horseneck Road
Fairfield, NJ  07007
973-243-2600

Daryl F. Heller

Invoice No.: 22433
Date: October 14, 2025
Case No.: 25-11354

| Date | Staff | Hours | Amount | Description |
|---|---|---|---|---|
| 8/18/2025 | LOMA | 1.75 | 262.50 | July 2025 bank statements received and requested details for transactions |
| 8/20/2025 | LOMA | 9.00 | 1,350.00 | Recording of July 2025 transactions from bank statements and credit card |
| 8/21/2025 | LOMA | 2.00 | 300.00 | Requested details on July 2025 transactions from D. Heller |
| 8/21/2025 | MCNULTY | 2.00 | 600.00 | July 2025 transactions reviewed |
| 8/21/2025 | MCNULTY | 2.00 | 600.00 | July 2025 MOR package with supporting schedules prepared and finalized |
| | | 16.75 | $3,112.50 | |

Please make payment payable to James F. McNulty, CPA

Thank you