Case 25-11354-JNP    Doc 617-1    Filed 10/22/25    Entered 10/22/25 16:56:00    Desc
Exhibit A - Coversheet    Page 1 of 5

# **EXHIBIT A**

**Coversheet**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

Debtor:     Daryl Fred Heller     Applicant:     Edward A. Phillips, the Examiner

Case No.:   25-11354 (JNP)        Client:         N/A

Chapter:    11                    Case Filed:    February 10, 2025

**SEVENTH MONTHLY FEE STATEMENT OF EDWARD A. PHILLIPS, EXAMINER, FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

**SECTION 1**
**FEE SUMMARY**

| | |
|---|---:|
| **FEE TOTALS:** | $19,519.50 |
| **DISBURSEMENT TOTALS:** | $0.00 |
| **TOTAL:** | $19,519.50 |
| **MINUS 20% HOLDBACK OF FEES:** | ($3,903.90) |
| **AMOUNT SOUGHT IN 7th MONTHLY:** | $15,615.60 |

1

- 2 -

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| Edward A. Phillips | 27.30 | 715.00 | $19,519.50 |
| **TOTAL:** | **27.30** | | **$19,519.50** |

- 3 -

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 2.5 | $1,787.50 |
| Court Hearing Prep and/or Appearance | 21.6 | $15,444.00 |
| Employment and Fee Applications | 0.7 | $500.50 |
| Investigation | 2.5 | $1,787.50 |
| **SERVICE TOTALS:** | **27.3** | **$19,519.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Notary Fee** | $0.00 |
| **Travel** | $0.00 |
| **Postage** | $0.00 |
| **Other** | $0.00 |
| **DISBURSEMENTS TOTAL:** | $0.00 |

I certify under penalty of perjury that the above is true.

Dated: October 22, 2025                                         */s/ Edward A. Phillips*
                                                                Edward A. Phillips

4