| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller,*<br>*Chapter 11 Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>   Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**CERTIFICATION OF NO OBJECTION TO EIGHTH MONTHLY FEE STATEMENT OF MCMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025 (DOCUMENT NO. 600)**

The Court authorized, under D.N.J. LBR-2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Eighth Monthly Fee Statement of McManimon, Scotland & Baumann, LLC (the "Applicant"), counsel for Chapter 11 Debtor and Debtor-in-Possession, for the period from September 1, 2025 through September 30, 2025 (the "Eighth Monthly Fee Statement"), filed on October 9, 2025 were to be filed and served not later than October 23, 2025.

I, Sari B. Placona, certify that as of October 24, 2025, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Eighth Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the Applicant upon the filing of this Certification.

Dated: October 24, 2025                                  */s/ Sari B. Placona*
                                                                                                             Sari B. Placona