**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

Debtors: Daryl Fred Heller        Applicant: McManimon, Scotland & Baumann, LLC

Case No.: 25-11354 (JNP)          Client: Daryl Fred Heller

Chapter: 11                        Case Filed: February 10, 2025

### SECTION 1
### FEE SUMMARY

☒ Interim Fee Application No. 2nd or ☐ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees and Expenses Requested:[1] | $ 550,297.50 | $ 12,361.96 |
| Total Fees and Expenses Allowed to Date:[2] | $ 247,969.20 | $ 12,361.96 |
| Total Retainer Remaining (If Applicable): | $ 0.00 | |
| Total Holdback (If Applicable):[3] | $ 60,084.00 | |
| Total Received By Applicant: | $ | |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Anthony Sodono, III, Partner | 1990 | 119.50 | 725.00 | 86,637.50 |
| 2. Andrea Dobin, Partner | 1990 | 11.40 | 560.00 | 6,384.00 |
| 3. Joshua H. Raymond, Partner | 1996 | 49.60 | 560.00 | 27,776.00 |
| 4. Sari B. Placona, Partner | 2014 | 178.40 | 525.00 | 93,660.00 |
| 5. Joseph Zapata, Partner | 1999 | 16.20 | 375.00 | 6,075.00 |

---

[1] These amounts represent (i) 100% of fees and 100% of disbursements requested in McManimon, Scotland & Baumann's First Interim Fee Application, and (ii) 80% of fees and 100% of expenses requested in the monthly fee statements for June, July, August and September 2025.

[2] These amounts represent (i) 100% of fees and 100% of disbursements requested in McManimon, Scotland & Baumann's First Interim Fee Application, and (ii) 80% of fees and 100% of expenses requested in the monthly fee statements for June, July, August and September 2025.

[3] This amount represents the 20% holdback on fees for the monthly fee statements for June, July, August and September 2025.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 6.  John Stern, Associate | 2019 | 145.50 | 300.00 | 43,650.00 |
| 7.  Scott D. Platton, Associate | 2021 | 65.50 | 285.00 | 18,667.50 |
| 8.  Connor Ashnault, Summer Assoc. | N/A | 52.90 | 250.00 | 13,225.00 |
| 9.  Isabella Fisher, Summer Assoc. | N/A | 15.50 | 250.00 | 3,875.00 |
| 10. Stacy Lipstein, Legal Assistant | N/A | 1.40 | 200.00 | 280.00 |
| 11. Daniel Baek, Legal Assistant | N/A | 1.00 | 190.00 | 190.00 |
| **TOTAL:** | | **656.90** | | **$300,420.00** |

Fee Totals:              $300,420.00
Disbursements Totals:       5,920.95
Total Fee Application    $306,340.95

4897-6361-5091, v. 1

## SECTION II - SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **Asset Analysis and Recovery**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 7.30 | 2,767.50 |
| **Asset Disposition**<br>Sales, leases, abandonment and related transaction work | 1.10 | 577.50 |
| **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | 0.00 | 0.00 |
| **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.70 | 367.50 |
| **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 301.70 | 158,632.50 |
| **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 3.40 | 1,410.00 |
| **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.00 | 0.00 |
| **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 13.40 | 6,090.00 |
| **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | 6.00 | 2,792.50 |
| **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 0.00 | 0.00 |
| **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 201.30 | 79,059.50 |
| **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 0.00 | 0.00 |

3

| | | |
|---|---:|---:|
| **Plan and Disclosure Statement** | | |
| Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 34.40 | 14,747.50 |
| **Relief from Stay Proceedings** | | |
| Matters relating to termination or continuation of automatic stay under 362 | 7.10 | 2,872.50 |
| **Accounting/Auditing** | | |
| Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.00 | 0.00 |
| **Business Analysis** | | |
| Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.00 | 0.00 |
| **Corporate Finance** | | |
| Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.00 | 0.00 |
| **Data Analysis** | | |
| Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 2.60 | 1,885.00 |
| **Litigation Consulting** | | |
| Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.00 | 0.00 |
| **Reconstruction Accounting** | | |
| Reconstructing books and records from past transactions and bringing accounting current. **(This code was used for the matters pertaining to the Appeal)** | 66.90 | 22,143.00 |
| **Tax Issues** | | |
| Analysis of tax issues and preparation of state and federal tax returns. | 0.00 | 0.00 |
| **Valuation** | | |
| Appraise or review appraisals of assets. | 0.00 | 0.00 |
| **Travel Time** | 11.00 | 7,075.00 |
| **SERVICE TOTALS:** | **656.90** | **$300,420** |

4897-6361-5091, v. 1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| **Filing Fees**<br>    Payable to the Clerk of the Court | 68.00 |
| **Computer Assisted Legal Research**<br>    Westlaw, Lexis and a description of manner calculated. | 722.50 |
| **Pacer Fees**<br>    Payable to the Pacer Service Center for search and/or print. | 1,422.50 |
| **In-house Reproduction Services**<br>    Exclusive of overhead charges. | 300.80 |
| **Other Research**<br>    Title searches, UCC searches, Asset searches, Accurint. | 0.00 |
| **Travel**<br>    Mileage, tolls, airfare, parking. | 1,095.37 |
| **Courier & Express Carriers**<br>    Overnight and personal delivery. | 88.09 |
| **Postage** | 1,125.33 |
| **Other**<br>    Trial Transcripts | 399.45 |
| **Other**<br>    Process service | 590.00 |
| **Other**<br>    Meals | 108.46 |
| **DISBURSEMENTS TOTAL:** | **5,920.50** |

I certify under penalty of perjury that the above is true.

Dated: October 24, 2025                                         */s/ Sari B. Placona*
                                                                                Sari B. Placona

5

4897-6361-5091, v. 1