IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (CAMDEN)
Caption in compliance with D.N.J. LBR 9004-1(b)

BARLEY SNYDER
Matthew G. Brushwood, Esquire (N.J. Bar No. 020282010)
2755 Century Blvd.
Wyomissing, PA 19610
610-372-3500
Fax – 610-372-8671
Counsel for Carol Welkowitz, Executrix of the Estate of
Richard Welkowitz, Deceased

In re:

DARYL FRED HELLER,

                         Debtor                Case No. 25-11354 (JNP)
                                                                Chapter 11

## MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased (hereinafter "Welkowitz"), as creditor and party in interest, by and through her attorneys, Matthew G. Brushwood, Esquire, and Barley Snyder, hereby files this Motion for Leave to file Late Proof of Claim, and hereby represents as follows:

1. On February 10, 2025 (the "Petition Date"), Daryl Fred Heller (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").

2. April 21, 2025 was the bar date set for filing Proofs of Claim.

3. Despite Welkowitz being a creditor of the Debtor, Welkowitz was never listed as a creditor on the Debtor's Schedules and never received notice of the bankruptcy filing. Debtor is indebted to Welkowitz in the amount of $3,200,000.00, plus continuing interest and fees, based on a judgment obtained by Welkowitz against Heller and related entities entered in the Lancaster County Court of Common Pleas in September of 2024.

4. As a result, Welkowitz did not file a timely Proof of Claim in this bankruptcy case.

1

13484812.1

5. The Executrix became aware of the bankruptcy filing in the late summer of 2025, subsequent to the expiration of the bar date.

6. Welkowitz will be harmed if not given an opportunity to file a late Proof of Claim.

7. The Debtor will not be harmed or injured by the filing of the Proof of Claim at this time any more than he would have been injured or damaged had the Proof of Claim been filed timely.

8. A Proof of Claim would have been timely filed by Welkowitz if the Debtor had advised or notified Welkowitz of the bankruptcy filing.

**WHEREFORE**, for the foregoing reasons, Welkowitz respectfully requests that the Court enter an Order (i) allowing Welkowitz the opportunity to file a Proof of Claim which shall be deemed timely filed, (ii) compel the Debtor to list Welkowitz as a creditor, and (iii) granting Welkowitz such other and further relief as may be just and fitting under the circumstances.

Dated: 10/24/2025

Respectfully submitted,

BARLEY SNYDER

By: /s/ Matthew G. Brushwood
Matthew G. Brushwood, Esquire
2755 Century Blvd.
Wyomissing, PA 19610
610-898-7165
mbrushwood@barley.com
*Counsel for Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased*

13484812.1