IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (CAMDEN)
Caption in compliance with D.N.J. LBR 9004-1(b)

BARLEY SNYDER
Matthew G. Brushwood, Esquire (N.J. Bar No. 020282010)
2755 Century Blvd.
Wyomissing, PA 19610
610-372-3500
Fax – 610-372-8671
Counsel for Carol Welkowitz, Executrix of the Estate of
Richard Welkowitz, Deceased

In re:

DARYL FRED HELLER,

                            Debtor                Case No. 25-11354 (JNP)
                                                                Chapter 11

      **PLEASE TAKE NOTICE**, that Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased ("Welkowitz") submits the attached *Motion for Leave to File Late Proof of Claim* (the "Motion") for entry of an Order.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall (i) be in writing, (ii) state with particularity the basis of the objection, and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-1.

      You must attend the hearing scheduled to be held on **November 18, 2025 at 11:00 a.m.** in the **United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, NJ 08101**. If you do not take these steps, the Court

13484812.1

may decide that you do not oppose the relief sought in the Motion, and may enter an Order granting the Motion.

Dated: 10/24/2025

Respectfully submitted,

/s/ *Matthew G. Brushwood*
BARLEY SNYDER
Matthew G. Brushwood, Esquire
(N.J. Bar No. 020282010)
2755 Century Blvd.
Wyomissing, PA 19610
610-372-3500
Fax – 610-372-8671
Counsel for Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased

13484812.1