UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Jeffrey.M.Sponder@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| Daryl Fred Heller, | : |
| | :    Case No. 25-11354 (JNP) |
| Debtor. | : |
| | : |

APPLICATION FOR ORDER APPROVING
APPOINTMENT OF TRUSTEE

     The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving the Appointment of Trustee, and in support thereof, states:

1. The Applicant has appointed Fred Stevens as trustee in the above captioned case.

2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the trustee:

     Anthony Sodono, III, Esq.
     Sari Blair Placona, Esq.
     McManimon Scotland & Baumann, LLC
     75 Livingston Avenue, Suite 201
     Roseland, NJ 07068
     (*Counsel for Debtor*)

James J Vincequerra, Esq.
Kimberly K. Schiffman, Esq.
Alston & Bird LLP
90 Park Avenue 15th Floor
New York, NY 10016-1387
*(Counsel for Silverview Credit Partners LP)*

Jerrold S. Kulback, Esq.
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
*(Counsel for Avenaero Holdings LLC and Steward Capital Holdings LP)*

Joshua J Voss, Esq,
Saxton & Stump
280 Granite Run Dr., Suite 230
Lancaster, PA 17601
*(Counsel for Prestige Funds)*

Marshall T. Kizner, Esq.
Joseph H. Lemkin, Esq.
Stark & Stark
PO Box 5315
Princeton, NJ 08543
*(Counsel for Prestige Funds)*

    3.  To the best of the Applicant's knowledge, the trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

    WHEREFORE, the Applicant requests entry of an Order Approving the Appointment of Fred Stevens as Trustee in the above captioned case.

    DATED this 24th day of October 2025.

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    REGIONS 3 and 9


By:  */s/ Lauren Bielskie*
    Lauren Bielskie
    Acting Assistant United States Trustee