UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Jeffrey.M.Sponder@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x
In re                                                       :
                                                            :    Chapter 11
DARYL FRED HELLER,                                          :
                                                            :    Case No. 25-11354 (JNP)
                           Debtor.                          :
-----------------------------------------------------------x

### VERIFIED STATEMENT OF FRED STEVENS

I hereby verify that I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         October 24, 2025

_____
Fred Stevens