| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Lauren Bielskie, Esq.<br>Jeffrey M. Sponder, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Jeffrey.M.Sponder@usdoj.gov | **Order Filed on October 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Daryl Fred Heller,<br><br>Debtor. | Case No.: 25-11354 (JNP)<br><br>Chapter 11<br><br>Judge: Jerrold N. Poslusny Jr. |

**ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
BY UNITED STATES TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 28, 2025**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Daryl Fred Heller

Chapter 11, Case No. 25-11354 (JNP)

Order Approving the Appointment of a Chapter 11 Trustee

---

The Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of Fred Stevens in the above captioned case, it is hereby

**ORDERED** that the appointment of Fred Stevens as the Chapter 11 trustee is **APPROVED.**