UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey M. Sponder@usdoj.gov

Order Filed on October 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daryl Fred Heller,

Debtor.

Case No.: 25-11354 (JNP)

Chapter 11

Judge: Jerrold N. Poslusny Jr.

## ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
## BY UNITED STATES TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 28, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Daryl Fred Heller

Chapter 11, Case No. 25-11354 (JNP)

Order Approving the Appointment of a Chapter 11 Trustee

_____

 

     The Court having considered the application submitted by the United States Trustee for the entry

of an order approving the appointment of Fred Stevens in the above captioned case, it is hereby

     **ORDERED** that the appointment of Fred Stevens as the Chapter 11 trustee is **APPROVED.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 25-11354-JNP

Daryl Fred Heller                                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 11
Date Rcvd: Oct 28, 2025                       Form ID: pdf903                     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |

Christopher John Leavell
on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Christopher P. Mazza
on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Daniel S. Siedman
on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com

Donald W Clarke
on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com

E. Richard Dressel
on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

Edmond M. George
on behalf of Creditor Customers Bank edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.
com;samantha.catullo@obermayer.com

Edward A. Phillips
ephillips@getzlerhenrich.com

Fred Stevens
fstevens@klestadt.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Defendant Prestige Fund A  LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com
    jvoss@saxtonstump.com

George William Allison Bartholomew

on behalf of Creditor Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Pinnacle Asset Management LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com

Harry M. Gutfleish
on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com

Heidi J. Sorvino
on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC
jmcdonnell@genovaburns.com, dmendez@genovaburns.com

District/off: 0312-1                     User: admin                           Page 5 of 11
Date Rcvd: Oct 28, 2025                  Form ID: pdf903                        Total Noticed: 3

Jaclynn McDonnell
on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com,
dmendez@genovaburns.com

Janet Gold
on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Jeffrey Kurtzman
on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jerrold S. Kulback
on behalf of Plaintiff Avenaero Holdings  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund A  LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Plaintiff Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Plaintiff Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Plaintiff WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Plaintiff Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Plaintiff Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Defendant Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Plaintiff Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Defendant WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Plaintiff Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
                    on behalf of Creditor Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
                    on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kristi JoLynn Doughty
                    on behalf of Plaintiff Claudia Z. Springer  solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford
                    Debtors doughty@chipmanbrown.com, dero@chipmanbrown.com

Kristi JoLynn Doughty
                    on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com  dero@chipmanbrown.com

Kurt F. Gwynne
                    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
                    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
                    on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
                    on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Lane E. Brody
                    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
                    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
                    on behalf of Creditor J. Richard Haller lb@saxtonstump.com
                    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
                    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
                    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
                    on behalf of Plaintiff David Zook lb@saxtonstump.com
                    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Summit Asset Management  LLC lb@saxtonstump.com,
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Pinnacle Asset Management  LLC lb@saxtonstump.com,
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson
on behalf of Creditor Chicago Atlantic Admin  LLC lauren.sisson@haynesboone.com

Marc D. Miceli
on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marc D. Miceli
on behalf of Creditor Paramount Management Group  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
on behalf of Creditor Receiver of Golden Gate Investment Company  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
                    on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Creditor WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
              on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com

Martin J. Weis
              on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis
              on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Matthew G. Brushwood
              on behalf of Creditor Carol Welkowitz mbrushwood@barley.com  jrachor@barley.com

Nancy Isaacson
              on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
              on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
              on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
              on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
              on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

Natalie R Young
              on behalf of Interested Party Accordo  L.P. nyoung@macelree.com

Natalie R Young
              on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
              on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com

Natalie R Young
              on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

Rachel A. Parisi
              on behalf of Creditor Gallimore Properties  L.L.C. raparisi@pbnlaw.com,

District/off: 0312-1                              User: admin                              Page 11 of 11
Date Rcvd: Oct 28, 2025                       Form ID: pdf903                           Total Noticed: 3

mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Richard Kanowitz

on behalf of Creditor Chicago Atlantic Admin  LLC richard.kanowitz@haynesboone.com

Sari Blair Placona

on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona

on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona

on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Stephen V. Falanga

on behalf of Interested Party Luma Financial Group  LLC sfalanga@thewalshfirm.com,
chemrick@thewalshfirm.com;clupi@walsh.law

Steven J. Mitnick

on behalf of Creditor Receiver of Golden Gate Investment Company  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick

on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick

on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 258