**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (CAMDEN)**
Caption in compliance with D.N.J. LBR 9004-1(b)

BARLEY SNYDER
Matthew G. Brushwood, Esquire (N.J. Bar No. 020282010)
2755 Century Blvd.
Wyomissing, PA  19610
610-372-3500
Fax – 610-372-8671
Counsel for Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased

|  |  |
|---|---|
| In re: | Case No. 25-11354 (JNP) |
|  | Chapter 11 |
|  | Hearing date:  11/18/2025 |
| DARYL FRED HELLER, | Judge Poslusny |
|  |  |
| Debtor | **ORDER ALLOWING THE FILING OF A LATE PROOF OF CLAIM** |

**ORDER**

---

The relief set forth on the following page, numbered two (2), is **ORDERED**.

13567081.1

Upon the Motion of Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased ("Welkowitz"), for Leave to File Late Proof of Claim (the "Motion"), and after due and sufficient service and notice, the Court having held a hearing, and after due deliberation, and good and sufficient cause appearing; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED that Welkowitz is hereby permitted to file a Proof of Claim in this case within ten (10) days of today's date; and it is further

ORDERED, that said claim shall be deemed timely filed; and it is further

ORDERED that the Debtor shall list Welkowitz as a creditor on Debtor's Schedules within thirty (30) days of the date of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to interpret, implement, and enforce the terms and provisions of this Order.

13567081.1