**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>December 9, 2025 |

**CERTIFICATION OF ETHAN HELLER IN SUPPORT OF AN ORDER AUTHORIZING (i) PAYMENT OF ACCOUNTING FEES FOR 2023 AND 2024 TAX RETURNS; AND (ii) APPROVAL OF REVISED ACCORDO OPERATING BUDGET AND ENTRY OF ORDER DIRECTING DISBURSEMENTS**

ETHAN HELLER, pursuant to 18 U.S.C. § 1746, hereby certifies and states as follows:

1. I am the general partner of Accordo Limited Partnership ("Accordo").

2. Accordo is not a debtor in these or any proceedings under Title 11.

3. I am fully familiar with the facts and circumstances set forth herein.

4. I respectfully submit this Certification in support of Accordo's motion for authorization to fund the completion of tax returns and normal course operating expenses through March 31 2026 and other relief from the Prince Street escrow ("Motion").

5. The funds sought to be disbursed herein are currently being held in trust with Accordo's prior counsel MacElree Harvey, Ltd. (Natalie R. Young, Esq. and Leo M. Gibbons, Esq.). These amounts are the net proceeds from the sale of the Prince Street property which was approved pursuant to Order entered September 3, 2025. Docket Entry 530.

6. Previously, the Court has entered two (2) Orders preserving the status quo. Docket Entry 96 and Docket Entry 119. On its face, the Orders have expired but in an abundance of caution, Accordo is filing the present motion. Specifically, ¶3 of the Amended Order providing that the Order "shall expire within sixty (60) days upon the Examiner Report being filed . . ." No further order was entered by the Court extending the Status Quo Orders.

**Payment of CPA for Accordo 2023 and 2024 Tax Returns**

7. Accordo seeks an order of the Court directing that the escrow agent disburse $26,250 directly to James F. McNulty, CPA for preparing and filing the 2023 and 2024 tax returns.

8. Specifically, the invoices by Mr. McNulty are annexed hereto as Exhibit "A". The 2023 tax returns have already been filed. Mr. McNulty will not release the 2024 tax returns until and unless both invoices are paid. Thus, the total due is $26,250.

9. Mr. McNulty's fee is greater than typical annual tax returns because he was required to reconstruct the books and records because the previous accountant would not release the underlying information. The original budget submitted allocated $17,000 for the preparation and filing of the 2023 and 2024 Accordo tax returns.

10. Paying Mr. McNulty and filing the 2024 tax returns is necessary and critical to Accordo and all interested parties including mitigating excessive IRS filing penalties.

11.    We have already agreed to provide the Accordo 2024 tax returns to the various interested parties. Unnecessary penalties are accruing due to the current delay in filing the 2024 tax returns.

**Approval of Revised Budget and Disbursements**

12.    On August 26, 2025, I filed a Certification which annexed a proposed budget for Accordo's operating expenses in the projected amount of $194,059 for 11 months so that Accordo could pay its ordinary business expenses. Docket Entry 518. On September 3, 2025, the Court entered an Order authorizing the disbursement of $77,915 for three (3) months of Accordo operating expenses. Docket Entry 530 at 3, ¶7(b)(1). Only one (1) month of operating expenses has been disbursed as of the present date. The amount of operating expenses which should have been disbursed for October and November totaled of $43,942. Orrstown and Deerfield objected to this disbursement based upon the failure to file the 2024 tax returns which they prevented Accordo from filing by not releasing the additional expense required by Accountant. Below is a Chart reflecting certain changes in the November 2025 through March 2026 Accordo budget:

### November Reconciliation

| Item/Expense | Prince Street Order Budget | Revised Budget | Difference | Reason |
|---|---:|---:|---:|---|
| Insurance | $ 916.00 | $ 978.00 | $ 62.00 | Insurance on 466 Plank Road |
| IRS | $ - | $ 14,100.00 | $ 14,100.00 | IRS late penalty for 2023 from filing taxes |
| City Taxes | $ - | $ 4,407.00 | $ 4,407.00 | Outstanding City of Philadelphia 23 taxes from filing taxes |
| Appraisal | $ - | $ 3,000.00 | $ 3,000.00 | Kansas land appraisal |
| Subscriptions | $ 347.00 | $ 554.00 | $ 207.00 | Quickbooks, monitoring, other subscriptions |
| 466 Plank Rd maintenance | $ 382.00 | $ 1,565.00 | $ 1,183.00 | Grounds maintenance at property |
| Brookfield LP Opex | $ 4,049.00 | $ 17,230.00 | $ 13,181.00 | For Brookfield and Brigantine tax returns |
| Ethan Loan repayment | $ - | $ 4,920.00 | $ 4,920.00 | Loans made to provide safety net for Sept/Oct/Nov debt payments |
| Sept/Oct Normal-Course not paid | $ - | $ 6,412.39 | $ 6,412.39 | Oct normal-course not paid given Orrstown and Deerfield objection to paying tax return increase |
| **Subtotals** | **$ 5,694.00** | **$ 53,166.39** | **$ 47,472.39** | Increased (Decreased) expense |

### December Reconciliation

| Item/Expense | Prince Street Order Budget | Revised Budget | Difference | Reason |
|---|---:|---:|---:|---|
| Real Estate Taxes | $ 2,209.00 | $ 2,428.00 | $ 219.00 | Increased real estate taxes |
| Normal-Course | $ 2,914.00 | $ 1,443.49 | $ (1,470.51) | Removed legal, variances in utilites, maintenance, bank fees, and miscellaneous |
| Brookfield LP Funding | $ 549.00 | $ - | $ (549.00) | Decreased Opex funding |
| **Subtotals** | **$ 5,672.00** | **$ 3,871.49** | **$ (1,800.51)** | Increased (Decreased) expense |

### January Reconciliation

| Item/Expense | Prince Street Order Budget | Revised Budget | Difference | Reason |
|---|---:|---:|---:|---|
| Real Estate Taxes | $ 24,246.00 | $ 6,549.08 | $ (17,696.92) | DHQM real estate tax prepay now in DHQM Opex allocation |
| Normal-Course | $ 16,798.00 | $ 12,117.24 | $ (4,680.76) | Removed legal, variances in utilites, maintenance, bank fees, and miscellaneous |
| Brookfield LP Funding | $ 549.00 | $ - | $ (549.00) | Decreased Opex funding |
| DHQM Opex Allocation | $ 4,769.00 | $ 40,000.00 | $ 35,231.00 | Partners requiring prepay in Jan for 2026 expenses given legal situation |
| **Subtotals** | **$ 46,362.00** | **$ 58,666.32** | **$ 12,304.32** | Increased (Decreased) expense |

### February Reconciliation

| Item/Expense | Prince Street Order Budget | Revised Budget | Difference | Reason |
|---|---:|---:|---:|---|
| Normal-Course | $ 2,914.00 | $ 1,043.49 | $ (1,870.51) | Removed legal, variances in utilites, maintenance, bank fees, and miscellaneous |
| Brookfield LP Funding | $ 549.00 | $ - | $ (549.00) | Decreased Opex funding |
| DHQM Opex Allocation | $ 4,769.00 | $ - | $ (4,769.00) | Partners required prepay in January |
| **Subtotals** | **$ 8,232.00** | **$ 1,043.49** | **$ (7,188.51)** | Increased (Decreased) expense |

### March Reconciliation

| Item/Expense | Prince Street Order Budget | Revised Budget | Difference | Reason |
|---|---:|---:|---:|---|
| Normal-Course | $ 2,914.00 | $ 1,043.49 | $ (1,870.51) | Removed legal, variances in utilites, maintenance, bank fees, and miscellaneous |
| Brookfield LP Funding | $ 549.00 | $ - | $ (549.00) | Decreased Opex funding |
| DHQM Opex Allocation | $ 4,769.00 | $ - | $ (4,769.00) | Partners required prepay in January |
| **Subtotals** | **$ 8,232.00** | **$ 1,043.49** | **$ (7,188.51)** | Increased (Decreased) expense |
| | | | $ 43,599.18 | Increase in Expenses |
| | | | $ 21,346.20 | Increase in Income Sept-Mar (ROW Gas lease, FFC Dividend, Eagles Tix Sales |
| | | | $ 22,252.98 | Net Increase (Decrease) from Original Budget |

13.   Accordo will not be able to make critical debt payments, real estate tax payments, and other normal course expenses without the immediate release of these funds

14.   Accordo seeks an order of the Court directing that the escrow agent disburse $125,409 to cover normal course Accordo operating expenses through March 31, 2026 which

4

includes the $26,250 to James F. McNulty, CPA. The balance of $99,159 shall be disbursed to Accordo to be expended in accordance with this Certification.

15. Annexed hereto as Exhibit "B" is an analysis that reflects the Accordo actual income, expenses and projected expenses for the period from August 24, 2025 until March 31, 2026.

16. Accordo reserves the right to seek further disbursements as may be necessary to preserve Accordo's assets and meet its normal course obligations as they become due.

I certify pursuant to 18 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

_Ethan Heller_
ETHAN HELLER

Dated: November 12, 2025

**Signature:** _Ethan Heller_
Ethan Heller (Nov 12, 2025 14:49:40 EST)
**Email:** eheller10@gmail.com