# EXHIBIT A

# James F. McNulty, CPA

**22 Horseneck Road**
**Fairfield, NJ 07004**
**973-243-2600**

ACCORDO LIMITED PARTNERSHIP
1296 LITITZ PIKE, #1113
LANCASTER, PA  17601

Invoice No.   22403
Date           09/26/2025
Client No.    ACCORDO

---

Please return a copy of this invoice with payment to ensure proper credit

We have prepared your U.S. Partnership return of income along with the partner's share of income, credits, deductions, etc., Form K-1 and your PA State Partnership return for the year ended 12/31/2023.

Please make payment payable to: James F. McNulty, CPA

Thank you

                                                    Current Amount Due     $    13,500.00

# James F. McNulty, CPA

**22 Horseneck Road**
**Fairfield, NJ 07004**
**973-243-2600**

ACCORDO LIMITED PARTNERSHIP
1296 LITITZ PIKE, #1113
LANCASTER, PA 17601

Invoice No.   22424
Date          10/10/2025
Client No.    ACCORDO

---

Please return a copy of this invoice with payment to ensure proper credit

We have prepared your U.S. Partnership return of income along with the partner's share of income, credits, deductions, etc., Form K-1 and your State Partnership return for the year ended 12/31/2024 (Retainer).

Please make payment payable to: James F. McNulty, CPA

Thank you

                                            Current Amount Due     $   12,750.00