

| Dates | 8/24-8/31 | 8/24-8/31 | September | September | October | October | November | November | December | December | January | January | February | February | March | March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O-Forecast | Actual | O-Forecast | Actual | O-Forecast | Actual | O-Forecast | N-Forecast | O-Forecast | N-Forecast | O-Forecast | N-Forecast | O-Forecast | N-Forecast | O-Forecast | N-Forecast |
| Beginning Cash Balance | 4,940 | 4,940 | 468 | 5,018 | (14,658) | 29,880 | (54,416) | 8,548 | (63,915) | (73,818) | (69,982) | (77,685) | (112,779) | (136,346) | (117,446) | (123,970) |
| | | | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | | | |
| PLUS: Rental Income | - | - | 1,200 | 1,197 | 500 | 1,278 | 500 | 1,100 | 500 | 400 | 500 | 400 | 500 | 500 | 500 | 500 |
| PLUS: DHQM2 Income Allocation | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | 3,550 | | 3,550 | | 3,550 | |
| PLUS: DHQM Income Allocation | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | 410 | | 410 | | 410 | |
| PLUS: Seller Financing | - | - | 3,757 | 7,514 | 3,757 | 3,757 | 3,757 | - | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 | 3,757 |
| PLUS: Gas Lease Income | - | - | - | - | - | 5,000 | - | - | - | - | - | - | - | - | - | - |
| PLUS: FFC Dividend Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PLUS: Eagles Ticket Sales | - | - | - | 1,173 | - | 358 | - | 500 | - | 500 | - | 500 | - | - | - | - |
| PLUS: Ethan Funding | - | 200 | - | 300 | - | 4,600 | - | - | - | - | - | - | - | 13,815 | - | - |
| PLUS: Real Estate Tax Refund | | | | | | 700 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Total Income** | - | 200 | 4,957 | 10,184 | 4,257 | 15,693 | 4,257 | 1,600 | 4,257 | 4,657 | 8,217 | 4,657 | 8,217 | 18,072 | 8,217 | 4,257 |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| LESS: Loan Payments | - | - | 4,652 | 4,652 | 22,956 | 22,956 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 | 4,652 |
| LESS: Real Estate Taxes | - | - | 7,224 | 7,084 | 2,738 | 2,257 | - | - | 2,209 | 2,428 | 24,246 | 6,549 | - | - | - | - |
| LESS: OPEX / AP / Normal-Course | 4,472 | 122 | 7,187 | 7,004 | 14,212 | 7,800 | 5,055 | 62,084 | 2,914 | 1,443 | 16,798 | 12,117 | 2,914 | 1,043 | 2,914 | 1,043 |
| LESS: Income Taxes | | | | | | | | | | | | | | | | |
| LESS: Brookfield LP Opex / RE Tax Funding | - | - | 1,019 | 300 | 4,109 | 3,762 | 4,049 | 17,230 | 549 | - | 549 | - | 549 | - | 549 | - |
| LESS: DHQM / DHQM2 Opex Allocation | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | Pre Funded | 4,769 | 40,000 | 4,769 | - | 4,769 | - |
| LESS: Ethan Payback | | | | 252 | | 250 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Total Operating Expenses** | 4,472 | 122 | 20,082 | 19,292 | 44,015 | 37,025 | 13,756 | 83,966 | 10,324 | 8,524 | 51,014 | 63,318 | 12,884 | 5,695 | 12,884 | 5,695 |
| | | | | | | | | | | | | | | | | |
| **(ShortFall) / Surplus** | 468 | 5,018 | (14,658) | (4,091) | (54,416) | 8,548 | (63,915) | (73,818) | (69,982) | (77,685) | (112,779) | (136,346) | (117,446) | (123,970) | (122,114) | (125,409) |
| **Escrow Funding** | 0 | - | - | 33,971 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net (ShortFall) / Surplus** | 468 | 5,018 | (14,658) | 29,880 | (54,416) | 8,548 | (63,915) | (73,818) | (69,982) | (77,685) | (112,779) | (136,346) | (117,446) | (123,970) | (122,114) | (125,409) |

Blue shaded is the revised budget, white is the old budget
Revised budget includes ACTUAL expense through October