**TRENK ISABEL SIDDIQI
& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>December 9, 2025 |

**ORDER AUTHORIZING (i) PAYMENT OF ACCOUNTING FEES FOR 2023 AND 2024 TAX RETURNS; AND (ii) APPROVAL OF REVISED ACCORDO OPERATING BUDGET AND ENTRY OF ORDER DIRECTING DISBURSEMENT**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | Order Authorizing (i) Payment Of Accounting Fees For 2023 And 2024 Tax Returns; And (ii) Approval Of Revised Accordo Operating Budget And Entry Of Order Directing Disbursement |

**THIS MATTER** having been opened to the Court by Accordo Limited Partnership ("Accordo"), by and through its counsel Trenk Isabel Siddiqi & Shahdanian P.C. (Richard D. Trenk, Esq. and Robert S. Roglieri, Esq. appearing), and the Court having considered moving papers, and opposition, and for good cause shown:

**IT IS ORDERED** as follows:

1. Order authorizing the disbursement of $26,250 to James F. McNulty, CPA for payment of the 2023 and 2024 Accordo tax returns; and

2. Approval of revised Accordo Operating Budget and directing disbursement of $99,159 to Accordo.