**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>December 9, 2025 at 11:00 a.m. |

**NOTICE OF MOTION CONCERNING COMFORT ORDER FOR (i) APPROVAL OF LAND SWAP OF DHQM PROPERTIES LLC TO ALLOCATE AND DISTRIBUTE INTERESTS IN NON-DEBTOR PROPERTIES TO ACCCORDO, LP AND QDM PROPERTIES, LLC; (ii) APPROVAL OF SALE OF MYRTLE BEACH PROPERTY WHERE ACCORDO, LP HAS A MINORITY INTEREST; AND FOR THE RELATED RELIEF OF AND ENTRY OF COMFORT ORDER APPROVING THESE TRANSACTIONS**

**PLEASE TAKE NOTICE** that on **December 9, 2025 at 11:00 a.m.** or as soon thereafter as counsel may be heard, Accordo Limited Partnership ("Accordo"), shall move (the "Motion") before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, United States Bankruptcy Court, 400 Cooper Street, Courtroom 4C, Camden, New Jersey 08101, for entry of:

1. Order authorizing Accordo to sell the real property located at 6015 Catalina Drive, Unit 121, North Myrtle Beach, South Carolina 29582 to Larry Stewart and Alison Stewart and/or their assignee or designee free and clear of all liens, claims and

encumbrances for consideration of $231,000 subject to reasonable and customary closing adjustments and reimbursements set forth in the moving papers;

2. DHQM Properties, LLC and its principals are authorized to complete the transactions set forth in the Motion.

3. Granting such other and further relief as this Court deems just and equitable.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the Certification of Ethan Heller and the proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-2(a), opposition to the relief requested, and, or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief as requested may be granted without further notice of hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3, in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

Dated: November 13, 2025

**TRENK ISABEL SIDDIQI
& SHAHDANIAN P.C.**

By: /s/ *Richard D. Trenk*
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law
*Counsel for Accordo Limited Partnership*