# EXHIBIT A



# AGREEMENT/CONTRACT: TO BUY AND SELL REAL ESTATE
## (RESIDENTIAL/CONDO)

**PARTIES ARE SOLELY RESPONSIBLE FOR OBTAINING LEGAL ADVICE PRIOR TO SIGNING THIS CONTRACT AND DURING THE TRANSACTION. REAL ESTATE LICENSEES RECOMMEND OBTAINING LEGAL COUNSEL.**

1. **PARTIES:** This legally binding Agreement ("Contract") To Buy and Sell Real Estate is entered into by: Buyer(s), **Larry Stewart and Alison Stewart** ("Buyer"), and Seller(s), **Apex Investment Holdings LLC** ("Seller").
   - (A) "Party" - defined as either Buyer or Seller, "Parties" defined as both Buyer and Seller.
   - (B) "Brokers" are licensed South Carolina brokers-in-charge, their associated real estate licensees, and their subagents.
   - (C) "Closing Attorney" - is the licensed South Carolina attorney selected by Buyer to coordinate the transaction and Closing. **Jackson Miller Law, LLC**
   - (D) "Effective Date" - the final date upon which a Party to the negotiation places the final and required signatures and/or initials and date on this Contract and Delivers Notice to initially cause this primary Contract to be binding on all Parties.
   - (E) "Good Funds" - is the transfer of the required amount of United States Dollars (USD) within any required timeframe.
   - (F) "Time" - all time stated shall be South Carolina local time. **Time is of the essence with respect to all provisions of this Contract stipulating time, deadline, or performance periods.**

☐ BUYER ☐ SELLER IS A SOUTH CAROLINA REAL ESTATE LICENSEE

_____ (Initials) BUYER(s) acknowledges receipt of the SC Disclosure of Brokerage Relationships form and is receiving ☑Client ☐Customer service in this transaction.

_____ (Initials) SELLER(s) acknowledges receipt of the SC Disclosure of Brokerage Relationships form and is receiving ☑Client ☐Customer service in this transaction.

2. **PURCHASE PRICE:** $ 231,000    two hundred thirty-one thousand
Payable by transfer of Good Funds via ☐Finance or ☑a combination of Finance and Cash USD or ☐Cash USD.
Verification of Cash available for Closing is ☐attached ☑not attached ☐to be Delivered before _____
This Contract ☐is ☑is not contingent upon the sale and closing of Buyer's real property and SCR504 ☐is ☑is not attached.

3. **PROPERTY:** Hereby acknowledging sufficient good Contract consideration (e.g. mutual promises herein), Seller will sell and convey and Buyer will buy for the Purchase Price any and all lot or parcel of land, appurtenant interests, improvements, landscape, systems, and fixtures if any thereon and further described below ("Property"). Seller agrees to maintain in operable condition the Property and any personal property conveying in same operable condition, including any landscaping, grounds and any agreed upon repairs or replacements, from the Effective Date through Closing subject to normal operable wear and tear. Buyer acknowledges opportunity to inquire about owners association issues, common area issues, condominium master deed issues, assigned parking/storage areas, memberships, lease issues and financed equipment prior to signing Contract. Leasing issues and items and financed equipment see Adjustments (e.g. tenants, leases, future vacation renters, SC vacation rental act reservations, rents, deposits, documents, solar panels, fuel tanks with fuel, alarm systems, satellite equipment, roll carts).

Address **6015** ____ **Catalina Dr** ____ Unit # **121**
City **North Myrtle Beach** ____ State of **South Carolina**
Zip **29582** ____ County of **Horry**
Lot ____ Block ____ Section/Phase ____ Subdivision **Arbor Trace**
Other ____ Tax Map **39002030121**

Parties agree that no personal property will transfer as part of this sale, except described below and/or ☐ in attachment(s): _____

4. **CONVEYANCE/CLOSING/POSSESSION:**
"Closing" occurs when Seller conveys Property to Buyer and occurs no later than 5PM on or before **11/21/2025** ("Closing Date"). Conveyance shall be fee simple made subject to all easements, reservations, rights of way, restrictive covenants of record (provided they do not make the title unmarketable or adversely affect the use/value of the Property in a material way) and to all government statutes, ordinances, rules, permits, and regulations. Seller agrees to convey marketable title with a properly recorded general warranty deed free of encumbrances and liens except as herein stated; and in name(s): **TBD with attorney** and ownership type determined by Buyer. The deed shall be delivered to the Closing Attorney's designated place on or before the Closing Date no later than 10 AM. Seller agrees to pay all statutory deed recording fees. Parties agree the Brokers shall have access to the closing and relevant documents; and the Brokers shall be given copies of the settlement statement prior to Closing for review. Parties agree to hire/use licensed Attorney(s). Seller shall convey possession of a vacant and reasonably clean Property, free of debris, along with all keys, codes, any remote controls, available documents (e.g. manuals, equipment warranties, service information) and similar

_____ BUYER _____ BUYER _____ SELLER _____ SELLER
_____ BUYER _____ BUYER _____ SELLER _____ SELLER
HAVE READ THIS PAGE    © 2025 South Carolina Association of REALTORS®. 06/25

FORM 300 PAGE 1