# EXHIBIT B

| Expense ID | Date | Vendor | Amount | New Payment Method | Comments |
|---|---|---|---|---|---|
| Ethan_EXP_0001 | 5/31/2024 | UPS | $30.45 | Ethan Debit Card | 5/31 shipping check for North Tower Pool Passes |
| Ethan_EXP_0002 | 6/4/2024 | UPS | $8.69 | Ethan Debit Card | 6/4 shipping parking passes for Arbor Trace |
| Ethan_EXP_0003 | 5/31/2024 | Poli Santos | $120.00 | Ethan Spending Account | Poll cleaning 5/30 |
| Ethan_EXP_0004 | 5/30/2024 | Mark O'Malley | $100.00 | Ethan Spending Account | Arbor Trace listing photos |
| Ethan_EXP_0005 | 6/4/2024 | Poli Santos | $120.00 | Ethan Spending Account | Poll cleaning 6/3 |
| Ethan_EXP_0006 | 5/18/2024 | Target | $482.97 | Ethan Visa | Arbor Trace supplies / furnishings |
| Ethan_EXP_0007 | 5/18/2024 | Walmart | $194.02 | Ethan Visa | Arbor Trace supplies / furnishings |
| Ethan_EXP_0010 | 5/17/2024 | Baymont by Wyndham North Myrtle Beach | $175.84 | Ethan Debit Card | Setup Lodging |
| Ethan_EXP_0011 | 5/16/2024 | Baymont by Wyndham North Myrtle Beach | $65.40 | Ethan Debit Card | Setup Lodging |
| Ethan_EXP_0012 | 6/19/2024 | North Myrtle Beach Business License & Hospitality Tax | $170.20 | Ethan Visa | Business License and Hosp Tax |
| Ethan_EXP_0013 | 6/26/2024 | Poli Santos | $360.00 | Ethan Spending Account | 3 Cleaning Payments |
| Ethan_EXP_0014 | 5/31/2024 | Barefoot Resort Joint Committee | $25.00 | Ethan Spending Account | Renters Access Cards |
| Ethan_EXP_0015 | 7/1/2024 | Poli Santos | $240.00 | Ethan Spending Account | 2 Cleaning Payments |
| Ethan_EXP_0016 | 6/28/2024 | Ally Bank | $20.00 | Ethan Spending Account | Wire Fee |
| Ethan_EXP_0017 | 7/8/2024 | Poli Santos | $275.00 | Ethan Spending Account | 2 Cleaning Payments |
| Ethan_EXP_0018 | 7/10/2024 | Jake Aufmuth | $350.00 | Ethan Spending Account | Jake 9/9 Maintenance |
| Ethan_EXP_0019 | 7/10/2024 | Amazon | $28.22 | Ethan Debit Card | Blanket Replacement |
| Ethan_EXP_0020 | 7/22/2024 | SCDOR | $50.00 | Ethan Spending Account | Penalty |
| Ethan_EXP_0021 | 7/31/2024 | Zazzle | $15.48 | Ethan Spending Account | TouchStay QR Code for Arbor Trace |
| Ethan_EXP_0022 | 5/24/2024 | Dozier Trucking | $700.00 | Ethan Spending Account | Arbor Trace 121 Furniture Delivery |
| Ethan_EXP_0023 | 8/6/2024 | Etsy | $30.25 | Ethan AMEX | Arbor Trace 121 Front Door Decoration |
| Ethan_EXP_0024 | 8/7/2024 | Target | $49.19 | Ethan AMEX | Arbor Trace 121 Balcony Plant |
| Ethan_EXP_0025 | 8/14/2024 | Horry County | $82.72 | Ethan Visa | July County Taxes |
| Ethan_EXP_0026 | 8/14/2024 | SCDOR | $240.08 | Ethan AMEX | July State Taxes |
| Ethan_EXP_0027 | 8/15/2024 | City of NMB | $79.00 | Ethan Visa | July City Taxes |
| Ethan_EXP_0028 | 8/20/2024 | Jake Aufmuth | $950.00 | Ethan Spending Account | Arbor Trace Maintenance + Window AC Units |
| Ethan_EXP_0029 | 8/20/2024 | Arbor Trace | $15.00 | Ethan Spending Account | Arbor Trace Pool Access Card Replacement |
| Ethan_EXP_0030 | 9/17/2024 | Horry County | $63.74 | Ethan Visa | August County Taxes |
| Ethan_EXP_0031 | 9/17/2024 | City of NMB | $60.88 | Ethan Debit Card | August City Taxes |
| Ethan_EXP_0032 | 9/17/2024 | SCDOR | $102.73 | Ethan Visa | August State Taxes |
| Ethan_EXP_0033 | 10/11/2024 | City of NMB | $39.27 | Ethan Visa | September City Taxes |
| Ethan_EXP_0034 | 9/3/2025 | Service Finance | $8,707.00 | Ethan Spending Account | HVAC Financing |
| Ethan_EXP_0035 | 9/3/2025 | Service Finance | $221.05 | Ethan Spending Account | HVAC Financing Interest charge |

Total Ethan Reimbursement Payable    $14,172.18