**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re: DARYL FRED HELLER, Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>December 9, 2025 |
|---|---|

**CERTIFICATION OF ETHAN HELLER IN SUPPORT OF AN COMFORT ORDER FOR (i) APPROVAL OF LAND SWAP OF DHQM PROPERTIES LLC TO ALLOCATE AND DISTRIBUTE INTERESTS IN NON-DEBTOR PROPERTIES TO ACCCORDO, LP AND QDM PROPERTIES, LLC;  (ii) APPROVAL OF SALE OF MYRTLE BEACH PROPERTY WHERE ACCORDO, LP HAS A MINORITY INTEREST; AND FOR THE RELATED RELIEF OF AND ENTRY OF COMFORT ORDER APPROVING THESE TRANSACTIONS**

**ETHAN HELLER**, pursuant to 18 U.S.C. § 1746, hereby certifies and states as follows:

1. I am the general partner of Accordo Limited Partnership ("Accordo").

2. Accordo is not a debtor in these or any proceedings under Title 11.

3. I am fully familiar with the facts and circumstances set forth herein

4. I respectfully submit this Certification in support of Accordo's motion for an Comfort Order authorizing both: a) DHQM to allocate and distribute interests in non-debtor

properties to Accordo and QDM Properties, LLC; b) Accordo approving the sale of Myrtle Beach Property where Accordo has minority interest; and other relief of both ("Motion").

**The Land Swap Properties Owned by DHQM Properties, LLC**

5. DHQM Properties, LLC ("**DHQM**") is owned by QDM Properties, LLC ("**QDM**") and Accordo, with QDM and Accordo each having a 50% membership interest in DHQM. The substance of this portion of the Motion was previously filed on or about July 24, 2025 and has not yet been adjudiciated.

6. The Debtor does not have any interest in Accordo.

7. Lydia Miller is the majority member of QDM.

8. The chart below sets forth certain real properties owned by DHQM (the "Subject Properties") and their respective value:

| Name for Reference | Address | Description | Size in Acres | Value |
|---|---|---|---|---|
| 3090 County | 3090 County Route 84 Troupsburg, NY 14885 | Vacant Farmland | 69.42 | $149,000[1] |
| 3122 County | 3122 County Route 84 Troupsburg, NY 14885 | Rural Vacant Land | 88.73 | $212,000[2] |
| 250 Card | 250 Card Road Troupsburg, NY 14885 | Rural Vacant Land | 136.29 | $255,000[3] |
| 2994 County | 2994 County Route 84 Troupsburg, NY 14885 | Vacant Farmland | 132.77 | $205,000[4] |
| 00 County | 00 County Route 84 Troupsburg, NY 14885 | Rural Vacant Land Landlocked – No Address | 40 | $98,000[5] |

---

[1] Value as of April 10, 2025. A true and correct copy of an appraisal for the 3090 County property is attached to the Certification of Lydia Miller (the "**Miller Certification**") as Exhibit A. ECF 414-2.
[2] Value as of April 10, 2025. A true and correct copy of an appraisal for the 3122 County property is attached to the Miller Certification as Exhibit B. ECF 414-2.
[3] Value as of April 10, 2025. A true and correct copy of an appraisal for the 250 Card property is attached to the Miller Certification as Exhibit C. ECF 414-2.
[4] Value as of April 10, 2025. A true and correct copy of an appraisal for the 2994 County property is attached to the Miller Certification as Exhibit D. ECF 414-2.
[5] Value as of April 10, 2025. A true and correct copy of an appraisal for the 00 County property is attached to the Miller Certification as Exhibit E. ECF 414-2.

2

| Name for Reference | Address | Description | Size in Acres | Value |
|---|---|---|---|---|
| 1984 North | 1984 North Road Knoxville, PA 16928 | Agricultural without Buildings | 117.50 | $430,000[6] |

9. DHQM has determined to make a distribution to Accordo and QDM of certain properties owned by DHQM. Pursuant to the proposed distribution, QDM will receive the 3090 County, 3122 County, and 250 Card properties (reflected in the chart in blue (the "**Blue Properties**"))[7] and Accordo will receive the 2994 County, 00 County, and 1984 North properties (reflected in the chart in red (the "**Red Properties**")).[8] Both QDM and Accordo will maintain a reciprocal right of first refusal to purchase the properties should QDM and/or Accordo seek to sell their respective interests in a distributed property to a family member of Lydia Miller or Ethan Heller. This reciprocal right shall not be applicable and shall not prevent QDM from transferring, with or without consideration, any interest in any parcel to any entity as long as a majority of the members, shareholders or owners of that entity are related to Quentin Miller or Lydia Miller by blood, marriage or adoption. But this reciprocal right shall be applicable if at a later date, any transferee from QDM sells or conveys to an entity where a majority of the members, shareholders or owners are not related to Quentin Miller or Lydia Miller by blood, marriage or adoption.

10. The Blue Properties, to go to QDM, consist of 294 acres and have a combined value of $616,000.

---

[6] Value as of April 10, 2025. A true and correct copy of an appraisal for the 1984 North property is attached to the Miller Certification as Exhibit F. ECF 414-2.
[7] The Oil, Gas, and Mineral rights, along with the existing solar option currently located on 3090 County, are to remain with DHQM.
[8] Any future solar or green energy developments on land formerly belonging to DHQM will also remain with DHQM for income purposes.

3

11. The Red Properties, transferring to Accordo, consist of 290.27 acres and have a combined value of $733,000.

12. Based upon the value of the properties being allocated and distributed, the value of the properties to be received by Accordo exceed the value of the properties to be received by QDM by $117,000. Accordingly, Accordo will not be harmed by the distribution and will gain value.

13. Further, Accordo will still maintain its 50% interest in DHQM, as well as the properties and rights remaining in DHQM following the distribution.

**The Sale of Myrtle Beach Property owned by APEX**

14. Accordo owns a thirty (30%) percent minority interest in Apex Investment Holdings LLC ("Apex").

15. Apex owns the condominium located at 6015 Catalina Drive, Unit 121, North Myrtle Beach, South Carolina 29582 (the "Condominium").

16. The Condominium consists of two bedrooms and is part of the Barefoot Resort community.

17. In May 2024, Apex purchased the Condominium for the sum of $243,000.77.

18. There is no mortgage against the Condominium.

19. The Condominium was purchased as a rental investment property.

20. Unfortunately, the real estate market in the Myrtle Beach area has been soft which has greatly limited the rental income. Further, shortly after the closing, the Condominium required a new HVAC unit.

21. Apex is owned thirty (30%) percent by Accordo, forty (40%) percent by me and thirty (30%) percent by Dakota Enck .

4

22. The Condominium has been listed with Century 21 Barefoot Realty, a multiple listing real estate brokerage firm, for approximately sixty (60) days.

23. Annexed hereto as Exhibit **"A"** is the Agreement to Sell Real Estate in the amount of $231,000 ("Contract").

24. The proposed buyers are Larry Stewart and Alison Stewart. Neither the Debtor nor any related party has any relationship with the Stewarts.

25. At the time the Condominium was purchased, certain furnishings were bought by Daryl Heller at a total cost of $18,475.37. The furniture has been used in connection with renting the Condominium.

26. Since acquiring the Condominium, due to the lack of rental income, I have expended $14,172.18 of my own monies to maintain the Condominium. A detailed schedule of these expenditures is annexed hereto as Exhibit **"B"**. As set forth in the schedule, these expenses include payment of the new HVAC unit, real estate taxes, cleaning, business license and hospitality tax, supplies and related expenses.

27. In addition, the property manager, Ms. Jenn Dunbar, is owed a management fee of $2,657.06 for managing the rentals.

28. At the closing, the following disbursements will be made:

| Apex Investment Holdings LLC | |
|---|---|
| **Sale Price** | **$231,000.00** |
| Commission | $ (12,705.00) |
| Prorated Taxes (Estimated) | $ (2,200.00) |
| Prorated HOA Fee (Estimated) | $350.00 |
| Repairs (Estimated) | $ (700.00) |
| Management Fee Payable | $ (2,657.06) |
| Ethan Reimbursement | $ (14,172.18) |

| | |
|---|---|
| Daryl Reimbursement[9] | $ (18,475.37) |
| Settlement Costs (Estimated) | $ (6,000.00) |
| **Net Proceeds** | **$174,440.39** |

29.    Accordingly, it is respectfully requested that the Court enter a Comfort Order authorizing DHQM to proceed with the proposed distributions and Accordo to approve the sale of Myrtle Beach Property which it holds through APEX minority interest.

I certify pursuant to 18 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.



/s/ Ethan Heller
ETHAN HELLER

Dated: November 12, 2025

---

[9] This amount shall be paid to the Chapter 11 Trustee.