UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Proposed General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.*

---

In re:

DARYL FRED HELLER,

Debtor.

Chapter 11

Case No. 25-11354 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Fred Stevens (the "Trustee"), in his capacity as chapter 11 trustee of the estate of Daryl Fred Heller (the "Debtor"), is the (check all that apply):

    ☒ Trustee:       ☐ Chap. 7       ☒ Chap. 11       ☐ Chap. 13.

    ☐ Debtors:       ☐ Chap. 11      ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicants seek to retain the following professional Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") to serve as (check all that apply):

    ☒ Attorney for:       ☒ Trustee       ☐ Debtors-in-Possession

    ☐ Official Committee of _____

  ☐ Accountant for: ☐ Trustee  ☐ Debtor-in-possession

  ☐ Official Committee of _____

  ☐ Other Professional:

    ☐ Realtor  ☐ Appraiser  ☐ Special Counsel

    ☐ Auctioneer ☐ Other (specify)

3. The employment of the professional is necessary because:

By this Application, the Trustee seeks entry of an order pursuant to sections 327 of the Bankruptcy Code, authorizing and approving the retention and employment of KWJS&S as the Trustee's general counsel effective as of October 24, 2025, to perform the legal services that are necessary for the Trustee to discharge his duties and as otherwise set forth herein. The Trustee requests that KWJS&S be retained to perform the services described in this Application and on the terms set forth herein.

4. The professional has been selected because:

The Trustee has selected KWJS&S because it has extensive experience and knowledge in the fields of debtors' and creditor's rights, general corporate law, debt restructuring, investigations, corporate reorganizations, and litigation, among others. Further, KWJS&S has significant experience in representing trustees and other interested parties in cases analogous or otherwise relevant to the Debtor's chapter 11 case in many ways. Accordingly, the Trustee believes that KWJS&S is well qualified to represent him as his counsel in this chapter 11 case.

Additionally, the Trustee himself has extensive experience serving as a court-appointed fiduciary in complex insolvency and receivership matters. He has served on the panel of private trustees established by the United States Trustee for Region 2 pursuant to 28 U.S.C §586 in the

Southern District of New York since 2018. Further, a significant amount of his fiduciary practice is devoted to serving as a Chapter 11 Trustee, Receiver, Examiner, Plan Administrator, and Post-Confirmation Trustee. Together with KWJS&S, their experience spans operating and liquidating businesses, managing large and complex real estate assets, investigating fraud and Ponzi schemes, and overseeing the marketing and sale of substantial commercial properties.

Applicable representative engagements include:

- In re Miracle Mile Properties 2, LLC, et al., Case No. 23-43874 (Bankr. E.D.N.Y.) – Mr. Stevens serves as Chapter 11 Trustee for three single-asset real estate debtors owning income-producing commercial property on Long Island's Miracle Mile and KWJS&S serves as his counsel.

- Axos Financial, Inc. v. 148 Duane LLC, et al., Case No. 25-cv-251 (S.D.N.Y.) – Mr. Stevens serves as receiver overseeing completion of construction and sale of high-end condominiums in Tribeca neighborhood of NYC.

- In re Itzhak Hershko, Case No. 24-74529 (Bankr. E.D.N.Y.) – Mr. Stevens serves as Chapter 11 Trustee for an individual debtor alleged to have used alter-egos and straw purchasers to conceal ownership of numerous properties and avoid a multimillion-dollar judgment and KWJS&S serves as his counsel.

- Massachusetts Mutual Life Ins. Co. v. Broadway 340 Madison Fee LLC, Case No. 24-cv-03865 (S.D.N.Y.) – Mr. Stevens serves as receiver responsible for the marketing and sale of 340 Madison Avenue, New York, New York, subject to secured debt exceeding $300 million.

- In re M. Burton Marshall, Case No. 23-60263 (Bankr. N.D.N.Y.) – Mr. Stevens serves as Chapter 11 Trustee for an individual who perpetrated a $95 million Ponzi scheme involving multiple operating businesses and over 100 parcels of real property and KWJS&S serves as his counsel.

- <u>In re Hardinge Inc.</u>, Case No. 24-11605 (Bankr. D. Del.) – Mr. Stevens serves trustee of the post-confirmation trust overseeing distributions and potential claims against prior management following a global business sale.

- <u>In re PCP Group LLC</u>, Case No. 24-42448 (Bankr. E.D.N.Y.) – Mr. Stevens serves as examiner investigating potential fraudulent transfers and restructuring viability of a manufacturing company and KWJS&S serves as his counsel.

- <u>In re Gateway Kensington LLC</u>, Case No. 21-22274 (Bankr. S.D.N.Y.) – Mr. Stevens served as examiner investigating alleged fraudulent transfers arising from a real estate development dispute and KWJS&S served as his counsel.

- <u>In re Prime Capital Ventures</u>, Case No. 24-11029 (REL) (N.D.N.Y.)- KWJS&S represents the Chapter 11 trustee in investigation and recovery effort in $150 million alleged Ponzi and advance pay lending scheme.

- <u>In re Fyre Festival LLC</u>, Case No. 17-11883 (MG) (Bankr. S.D.N.Y.)- KWJS&S represented Chapter 7 trustee in investigation and recovery of fraudulent transfers in connection with infamous "Fyre Festival."

Through these roles, both the Trustee and KWJS&S have developed significant expertise in the administration of bankruptcy estates, forensic investigation of debtor affairs, operation and sale of distressed businesses and real estate, and management of complex litigation—all of which will be directly relevant to his duties in this case and to the services to be rendered by proposed counsel.

5.  The professional services to be rendered are as follows:

The Trustee requests that KWJS&S provide the following services:

(a)  advise and assist the Trustee in the discharge of his duties and responsibilities pursuant to the orders of this Court and applicable law;

(b)  assist the Trustee with his investigation into the Debtor's assets and financial affairs to determine whether there are assets and/or claims against third parties that can be administered for the benefit of the estate and its creditors;

(c)  assist the Trustee in the preparation of reports to this Court and parties in interest

4

        and represent him in the preparation of motions, applications, claim objections, notices, orders, and other documents necessary to complete the administration of the estate;

    (c)    represent the Trustee at hearings and other proceedings before this Court (and, to the extent necessary, any other court);

    (d)    meet with principal parties in interest in the case and their advisors to determine the most optimal and expedient exit strategy for the Debtor and assist in the design and execution of any chapter 11 plan;

    (e)    perform all other necessary legal services on behalf of the Trustee in connection with this chapter 11 case; and

    (f)    assist the Trustee in undertaking any additional tasks or duties that the Court might direct or that the Trustee might determine are necessary and appropriate in connection with the discharge of his duties.

6.    The proposed arrangement for compensation is as follows:

Subject to court approval in accordance with sections 330(a) and 331 of the Bankruptcy Code, compensation will be payable to KWJS&S on an hourly basis, plus reimbursement of actual, necessary expenses incurred.

7.    To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒    None

    ☐    Describe connection:

8.    To the best of the applicant's knowledge, the professional (check all that apply):

    ☒    does not hold an adverse interest to the estate.

    ☒    does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: N/A

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Dated: New York, New York
November 17, 2025

FRED STEVENS, as Chapter 11 Trustee of the Estate of Daryl Fred Heller

By: */s/ Fred Stevens*
Fred Stevens, as Trustee

Proposed Counsel:

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: */s/ Sean C. Southard*
Sean C. Southard
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
creilly@klestadt.com

*Proposed Counsel to the Trustee*