| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*Proposed General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, <u>Chapter 11 Trustee, Fred Stevens</u> (the "<u>Trustee</u>"), in his capacity as chapter 11 trustee of the estate of Daryl Fred Heller (the "<u>Debtor</u>"), is the (check all that apply):

    ☒ Trustee:   ☐ Chap. 7   ☒ Chap. 11   ☐ Chap. 13.

    ☐ Debtor:    ☐ Chap. 11  ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional <u>RK Consultants, LLC</u> <u>("RKC")</u> to serve as (check all that apply):

    ☐ Attorney for:   ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Accountant for: ☒ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor ☐ Appraiser ☐ Special Counsel

    ☐ Auctioneer ☐ Other (specify):

3. The employment of the professional is necessary because:

The Trustee respectfully submits that he requires the retention of an accountant, in order to assist in preparation of various financial documents, advise him on the various aspects of financial restructuring, and ensure his compliance with the reporting requirements of the Bankruptcy Code.

4. The professional has been selected because:

The Trustee has selected RKC as his accountant because of its extensive experience and the ability of the firm's employees to provide the services the Trustee requires. Further, the Trustee is aware that RKC has significant experience in cases analogous to this case.

5. The professional services to be rendered are as follows:

The Trustee requests that RKC perform he following tasks:

    a) Attending meetings and conferences with the Trustee, Debtor, creditors, and their respective attorneys, as requested;

    b) Assisting the Trustee in the preparation of monthly operating reports, as required by the local rules of the Court, and the United States Trustee's guidelines;

    c) Assisting the Trustee in the preparation of cash flow budgeting; if needed

    d) Assist in the analysis of various claims field against the Debtor's estate;

    e) Perform an investigation of potential assets and investments held by the Debtor and assist in the location and recovery;

    f) Assist in negotiations with various stakeholders;

      g)    Assisting the Trustee with Plan formulation and feasibility; and

      h)    Perform all other services that are required during the administration of the case.

6.    The proposed arrangement for compensation is as follows:

Subject to court approval in accordance with sections 330(a) and 331 of the Bankruptcy Code, compensation will be payable to RKC's office on an hourly basis, plus reimbursement of actual, necessary expenses incurred.

7.    To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒    None

   ☐    Describe connection: N/A

8.    To the best of the applicant's knowledge, the professional (check all that apply):

   ☒    does not hold an adverse interest to the estate.

   ☒    does not represent an adverse interest to the estate.

   ☒    is a disinterested person under 11 U.S.C. § 101(14).

   ☒    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐    Other; explain:

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Dated:   New York, New York
         November 17, 2025

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  /s/ Sean C. Southard
     Sean C. Southard
     Christopher Reilly
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            creilly@klestadt.com

*Proposed General Counsel to the Chapter 11 Trustee*