UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BARLEY SNYDER
Matthew G. Brushwood, Esquire (N.J. Bar No. 020282010)
2755 Century Blvd.
Wyomissing, PA  19610
610-372-3500  Fax – 610-372-8671

Counsel for Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased

In Re:

DARYL FRED HELLER,
Debtor

Case No.: 25-11354 (JNP)

Chapter: 11

Judge: Poslusny, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, deceased. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Barley Snyder
2755 Century Blvd.
Wyomissing, PA  19610

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 11/20/2025

/s/ Matthew G. Brushwood
Signature

*new.8/1/15*