

Order Filed on November 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY (CAMDEN)**
Caption in compliance with D.N.J. LBR 9004-1(b)

BARLEY SNYDER
Matthew G. Brushwood, Esquire (N.J. Bar No. 020282010)
2755 Century Blvd.
Wyomissing, PA  19610
610-372-3500
Fax – 610-372-8671
Counsel for Carol Welkowitz, Executrix of the Estate of
Richard Welkowitz, Deceased

|   |   |
|---|---|
| In re: | Case No. 25-11354 (JNP)<br>Chapter 11<br>Hearing date:  11/18/2025<br>Judge Poslusny |
| DARYL FRED HELLER, |   |
| Debtor | **ORDER ALLOWING THE FILING OF A LATE PROOF OF CLAIM** |

DATED: November 20, 2025

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The relief set forth on the following page,

13567081.1

Upon the Motion of Carol Welkowitz, Executrix of the Estate of Richard Welkowitz, Deceased ("Welkowitz"), for Leave to File Late Proof of Claim (the "Motion"), and after due and sufficient service and notice, the Court having held a hearing, and after due deliberation, and good and sufficient cause appearing; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED that Welkowitz is hereby permitted to file a Proof of Claim in this case within ten (10) days of today's date; and it is further

ORDERED, that said claim shall be deemed timely filed; and it is further

ORDERED that the Debtor shall list Welkowitz as a creditor on Debtor's Schedules within thirty (30) days of the date of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to interpret, implement, and enforce the terms and provisions of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 25-11354-JNP
Daryl Fred Heller                                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                                                     Page 1 of 11
Date Rcvd: Nov 20, 2025                 Form ID: pdf903                                          Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025                                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 11 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Christopher J. Reilly
    on behalf of Trustee Fred Stevens creilly@klestadt.com fstevens@klestadt.com

Christopher John Leavell
    on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com lclark@klehr.com

Christopher P. Mazza
    on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com

Daniel S. Siedman
    on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
    on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
    on behalf of Creditor Robert Horst dburkholder@wispearl.com tmandarino@wispearl.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
    on behalf of Plaintiff Avenaero Holdings LLC dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com ahuber@archerlaw.com

E. Richard Dressel
    on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

Edmond M. George
    on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com

Edward A. Phillips
    ephillips@getzlerhenrich.com

Fred Stevens
    on behalf of Trustee Fred Stevens fstevens@klestadt.com

Fred Stevens
    fstevens@klestadt.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Pinnacle Asset Management LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 11 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Defendant Prestige Fund A  LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
          on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 11 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
    on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
    on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
    on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com

Harry M. Gutfleish
    on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com

Heidi J. Sorvino
    on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Case 25-11354-JNP    Doc 665    Filed 11/22/25    Entered 11/23/25 00:17:55    Desc
Imaged Certificate of Notice    Page 7 of 13

| District/off: 0312-1 | User: admin | Page 5 of 11 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Janet Gold | on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Jeffrey Kurtzman | on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com |
| Jeffrey Lichtstein | on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey S. Cianciulli | on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com |
| Jeffrey S. Cianciulli | on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com |
| Jerrold S. Kulback | on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Avenaero Holdings  LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 11 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com |
| Joseph R Zapata, Jr | on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com |
| Kristi JoLynn Doughty | on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors doughty@chipmanbrown.com, dero@chipmanbrown.com |
| Kristi JoLynn Doughty | on behalf of Creditor Claudia Z. Springer doughty@chipmanbrown.com dero@chipmanbrown.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Lane E. Brody | on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Creditor J. Richard Haller lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | |

Case 25-11354-JNP    Doc 665    Filed 11/22/25    Entered 11/23/25 00:17:55    Desc
Imaged Certificate of Notice    Page 10 of 13

| District/off: 0312-1 | User: admin | Page 8 of 11 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lauren Sisson | on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com |
| Marc D. Miceli | on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B II LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IX LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity I LLC mkizner@stark-stark.com |

| | |
|---|---|
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D III LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D BTM I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A II LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A II LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D III LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant WF Velocity Fund V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B II LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D BTM I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B IV LLC mkizner@stark-stark.com |

Case 25-11354-JNP    Doc 665    Filed 11/22/25    Entered 11/23/25 00:17:55    Desc
Imaged Certificate of Notice    Page 12 of 13

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 10 of 11 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
  on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Martin J. Weis
  on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis
  on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Matthew G. Brushwood
  on behalf of Creditor Carol Welkowitz mbrushwood@barley.com  jrachor@barley.com

Nancy Isaacson
  on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
  on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Accordo  L.P. nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Brigantine Group (L.P.) nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

| | |
|---|---|
| Rachel A. Parisi | on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com;FESanchez@pbnlaw.com;rlhemming@pbnlaw.com |
| Richard Kanowitz | on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com |
| Richard D. Trenk | on behalf of Interested Party Brigantine Group (L.P.) rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Accordo L.P. rtrenk@trenkisabel.law, mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Charlene Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Taite Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Ethan Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Brookfield Partners rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Charlene Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Ethan Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Brookfield Partners rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Brigantine Group (L.P.) rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Accordo L.P. rroglieri@trenkisabel.law, mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Taite Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Sari Blair Placona | on behalf of Debtor Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Accountant The DMC Group CPAs & Advisors LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com |
| Sean C Southard | on behalf of Trustee Fred Stevens ssouthard@klestadt.com |
| Sean C Southard | on behalf of Trustee Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com |
| Stephen V. Falanga | on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law |
| Steven J. Mitnick | on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Fulton Bank N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 275