| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Kelly E. Rowe<br>David W. Carickhoff<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email: rowe@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br><br>*Attorneys for Claudia Z. Springer,*<br>*Chapter 7 Trustee of the bankruptcy estates of*<br>*the Blackford Debtors* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |
| Claudia Z. Springer, solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors,<br><br>    Plaintiff,<br><br>v.<br><br>DARYL FRED HELLER,<br><br>    Defendant. | Adv. Pro. No. 25-01348 (JNP) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that, under D.N.J. LBR 9010-2, the undersigned notifies the Court that Kelly E. Rowe, Esquire of Chipman Brown Cicero & Cole, LLP will be substituted as attorney of record for Claudia Z. Springer, Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors in this matter.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that Kristi J. Doughty hereby withdraws as attorney of record for Claudia Z. Springer, Chapter 7 Trustee of the bankruptcy estate of the Blackford Debtors in this matter.

**PLEASE TAKE FURTHER NOTICE** that David W. Carickhoff, Esquire of Chipman Brown Cicero & Cole, LLP will remain as attorney of record for Claudia Z. Springer, Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors in this matter.

Dated: November 25, 2025

| **STERN & EISENBERG** | **CHIPMAN BROWN CICERO & COLE, LLP** |
|---|---|
| */s/ Kristi J. Doughty* | */s/ Kelly E. Rowe* |
| Kristi J. Doughty (No. 038611987) | Kelly E. Rowe (No. 051842013) |
| 200 Biddle Avenue, Suite 107 | David W. Carickhoff |
| Newark, Delaware 19702 | Hercules Plaza |
| Telephone: (302) 731-7200 x4109 | 1313 North Market Street, Suite 5400 |
| Email: kdoughty@sterneisenberg.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 295-0191 |
| | Email: rowe@chipmanbrown.com |
| | carickhoff@chipmanbrown.com |

*Attorneys for Claudia Z. Springer, Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors*

4920-8841-6123, v. 2