**Order Filed on November 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>  Daryl Fred Heller | Case No.: _____25-11354_____<br><br>Chapter: _____11_____<br><br>Hearing Date: _____<br><br>Judge: _____Poslusny_____ |

## ORDER VACATING

Order Granting Application to Employ KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

Order Granting Application to Employ KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____ 11/25/2025 _____ , be and the same is hereby vacated.

*revised 2/25/14*