**Hearing Date: December 23, 2025**
**Hearing Time: 11:00 a.m. (EST)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Proposed General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br><br><br>          Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

**NOTICE OF TRUSTEE'S APPLICATION TO SUSPEND MONTHLY INTERIM COMPENSATION PROCEDURES FOR ESTATE PROFESSIONALS PURSUANT TO ADMINISTRATIVE FEE ORDER DATED APRIL 3, 2025**

TO: THE UNITED STATES TRUSTEE AND ALL PARTIES WHO FILED A NOTICE OF APPEARANCE:

**PLEASE TAKE NOTICE** that Fred Stevens (the "Trustee"), in his capacity as chapter 11 trustee of the estate (the "Estate") of Daryl Fred Heller (the "Debtor"), by and through his undersigned proposed counsel, will move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge on **December 23, 2025 at 11:00 a.m. (ET)**, or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Courtroom 4C, Camden, New Jersey 08101 (the "Bankruptcy Court") for the entry of a for an Order suspending monthly interim compensation procedures ("Interim Comp

Procedures") for Estate professionals in accordance with that certain *Administrative Order Establishing Procedures For the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, dated April 3, 2025* [Dct. No. 170] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Application must be filed no later than **December 16, 2025** and shall (i) be in writing, (ii) state with particularity the basis of the objection, and (iii) be filed with the Clerk of the Bankruptcy Court in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Application will be deemed uncontested in accordance with D.N.J. LBR 9013-3, and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested herein is submitted herewith and made part of the Application herein

Dated:   New York, New York
         November 26, 2025

                              FRED STEVENS, as Chapter 11 Trustee of the
                              Estate of Daryl Fred Heller

                              By:   */s/ Fred Stevens*
                                    Fred Stevens, as Trustee

Proposed Counsel:

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP


By:   */s/ Sean C. Southard*
      Sean C. Southard
      Christopher J. Reilly
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Tel: (212) 972-3000
      Fax: (212) 972-2245

2

Email: ssouthard@klestadt.com
        creilly@klestadt.com

*Proposed Counsel to the Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Proposed General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

## APPLICATION TO SUSPEND MONTHLY INTERIM COMPENSATION PROCEDURES FOR ESTATE PROFESSIONALS PURSUANT TO ADMINISTRATIVE FEE ORDER DATED APRIL 3, 2025

1.      The applicant, Fred Stevens (the "Trustee"), in his capacity as chapter 11 trustee of the estate (the "Estate") of Daryl Fred Heller (the "Debtor"), hereby moves this Court for an Order suspending monthly interim compensation procedures ("Interim Comp Procedures") for Estate professionals in accordance with that certain *Administrative Order Establishing Procedures For the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated April 3, 2025 [Dct. No. 170] (the "Administrative Fee Order").

2.      Prior to the Trustee's appointment, parties in interest seemingly contemplated that adequate funds would be available to the Estate to fund interim payments of fees and reimbursement of expenses to professionals retained for the Estate.  As set forth further in the Certification of Fred Stevens annexed hereto as **Exhibit A**, since the Trustee's appointment and given his investigation of the facts and circumstances surrounding this Estate to date, including the current and projected liquidity of the Estate as compared to accrued and projected administrative expenses, the Trustee believes that no further payments of fees or expenses should be made to Estate professionals pursuant to the Interim Comp Procedures without further Order of this Court.

3.      As such, the Trustee requests that this Court enter an Order, in form substantially similar to that annexed hereto as **Exhibit B**, suspending the Interim Comp Procedures established pursuant to the Administrative Fee Order, subject to further reinstatement if and when the Trustee identifies and advises the Court of sufficient material assets and/or projected liquidity such that reinstatement of such Interim Comp Procedures would be justified.

*[Continued on next page]*

2

WHEREFORE, for the reasons set forth above, the Trustee respectfully requests that the

Court enter an Order suspending the Interim Comp Procedures and for such other and further relief

as is just, necessary or appropriate.

Dated:   New York, New York
        November 26, 2025

        FRED STEVENS, as Chapter 11 Trustee of the
        Estate of Daryl Fred Heller

        By:   */s/ Fred Stevens*
           Fred Stevens, as Trustee

Proposed Counsel:

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP


By:   */s/ Sean C. Southard*
    Sean C. Southard
    Christopher J. Reilly
    200 West 41st Street, 17th Floor
    New York, New York 10036-7203
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: ssouthard@klestadt.com
          creilly@klestadt.com

*Proposed Counsel to the Trustee*

3