# **<u>Exhibit B</u>**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*Proposed General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br><div align="right">Debtor.</div> | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER APPROVING TRUSTEE'S APPLICATION TO SUSPEND MONTHLY INTERIM COMPENSATION PROCEDURES FOR ESTATE PROFESSIONALS PURSUANT TO ADMINISTRATIVE FEE ORDER DATED APRIL 3, 2025

The relief set forth on the following page is **ORDERED**.

Upon the application of Fred Stevens (the "Trustee"), in his capacity as chapter 11 trustee of the estate of Daryl Fred Heller (the "Debtor"), for the entry of a for an Order suspending monthly interim compensation procedures ("Interim Comp Procedures") for Estate professionals in accordance with that certain Administrative Order Establishing Procedures For the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, dated April 3, 2025 [Dct. No. 170] (the "Application")[1]; and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted; and the Court having determined that the relief sought in the Application is in the best interests of the Debtor and his estate; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED** as set forth herein.

2. The Interim Comp Procedures are hereby suspended for all Estate retained professionals.

3. The Trustee is authorized to take any and all actions necessary to carry out the terms of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

---

[1] Capitalized terms used but not herein defined shall have the meaning ascribed to them in the Application.