| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, P.O. Box 660<br>West Chester, PA 19381-0660<br>(610) 436-0100<br>Natalie R. Young, Esquire<br>(nyoung@macelree.com)<br>Leo M. Gibbons, Esquire<br>(lgibbons@macelree.com)<br>(Admitted Pro Hac Vice)<br>Former Counsel for Accordo Limited Partnership<br>& Escrow Agent for Prince Street Property Funds |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>　　　　　　　　　　Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

### RESPONSE OF ESCROW AGENT TO MOTION OF ACCORDO LIMITED PARTNERSHIP TO APPROVE PAYMENT OF ACCOUNTING FEES FOR 2023 AND 2024 TAX RETURNS AND APPROVAL OF REVISED ACCORDO OPERATING BUDGET AND ENTRY OF ORDER DIRECTING DISBURSEMENTS

1. MacElree Harvey, Ltd. ("MacElree"), Natalie R. Young, Esquire and Leo M. Gibbons, Esquire (admitted Pro Hac Vice) previously represented Accordo Limited Partnership ("Accordo") in the above-captioned bankruptcy matter.

2. By Consent Order dated September 3, 2025, the Court designated MacElree as the escrow agent to hold certain net proceeds payable to Accordo ("Prince Street Funds") following the sale of real estate located at 415 Prince Street, Units 2, 3, 4/6 and 5/7, Lancaster, Pennsylvania ("Prince Street Property").

3. On October 30, 2025, Richard D. Trenk and the law firm of Trenk Isabel Siddiqi & Shahdanian, P.C. entered their appearance on behalf of Accordo in the above-captioned matter and substituted as counsel for MacElree and attorneys Young and Gibbons.

4. Although attorney Trenk and his firm have substituted as counsel for Accordo, no action has been taken to obtain a new escrow agent to hold the Prince Street Funds.

5. MacElree was only acting as escrow agent for the Prince Street Funds in conjunction with its representation of Accordo.

6. MacElree, attorney Young and attorney Gibbons wish to transfer the Prince Street Funds to a new escrow agent and complete their withdrawal of representation of Accordo in the above-captioned matter.

7. MacElree requests that the Court enter an Order:

   a. Designating the Trenk law firm or another party to act as escrow agent for the Prince Street Funds;

   b. MacElree be directed to transfer the Prince Street Funds to the new escrow agent; and

   c. MacElree be discharged of any further obligations or duties with regard to the Prince Street Funds.

WHEREFORE, Respondent requests that the Court enter an appropriate Order designating a new escrow agent for the Prince Street Funds, discharging MacElree of any further obligations or duties with regard to the Prince Street Funds and for such other and further relief as the Court deems appropriate.

Respectfully,

**MACELREE HARVEY, LTD.**
*Former Counsel for Accordo Limited Partnership*

By: *Natalie R. Young*
NATALIE R. YOUNG, ESQUIRE
LEO M. GIBBONS, ESQUIRE (admitted *pro hac vice*)