| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, P.O. Box 660<br>West Chester, PA 19381-0660<br>(610) 436-0100<br>Natalie R. Young, Esquire<br>(nyoung@macelree.com)<br>Leo M. Gibbons, Esquire<br>(lgibbons@macelree.com)<br>  (Admitted Pro Hac Vice)<br>Former Counsel for Accordo Limited Partnership<br>& Escrow Agent for Prince Street Property Funds | |
| In re:<br><br>DARYL FRED HELLER,<br><br>                              Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

## CERTIFICATION OF SERVICE

1. I, Natalie R. Young, Esquire:

    represents Respondent in this matter.

2. On 12-02-2025, I sent a copy of the foregoing pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12-02-2025

_Natalie R. Young_
Natalie R. Young, Esquire

| Name/Address Served | Means of Service |
|---|---|
| Sari Blair Placona, Esquire<br>Anthony Sodono, III, Esquire<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>splacona@msbnj.com<br>asodono@msbnj.com | Notice of Electronic Filing |
| Jeffrey M. Sponder<br>Office of the U.S. Trustee<br>US Dept. of Justice<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102<br>Jeffrey.m.sponder@usdoj.gov | Notice of Electronic Filing |
| Martin J. Weis, Esquire<br>Dilworth Paxson LLP<br>1650 Market Street, Ste. 1200<br>Philadelphia, PA 19102 | Notice of Electronic Filing |
| Albert A. Ciardi, III, Esquire<br>Daniel S. Siedman, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com<br>dsiedman@ciardilaw.com | Notice of Electronic Filing |
| Christopher J. Reilly, Esquire<br>Sean C. Southard, Esquire<br>Klestadt Winters Jureller Southard<br>& Stevens, LLP<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036<br>creilly@klestadt.com<br>ssouthard@klestadt.com | Notice of Electronic Filing |

| Name/Address Served | Means of Service |
|---|---|
| Fred Stevens, Trustee<br>200 West 41st Street<br>17th Floor<br>New York, NY 10036<br>fstevens@klestadt.com | Notice of Electronic Filing |
| All Parties Requesting Notice | Notice of Electronic Filing |

6589642v1
081844.79803