MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:        (215) 575-7000
FACSIMILE:        (215) 575-7200
EMAIL:            mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

### NOTICE OF CROSS-MOTION OF ORRSTOWN BANK TO STRIKE CERTIFICATIONS OF ETHAN HELLER IN SUPPORT OF MOTION CONCERNING PAYMENT OF ACCOUNTING FEES AND APPROVAL OF NEW BUDGET [D.I. 649] AND MOTION FOR APPROVAL OF DHQM'S LAND SWAP AND SALE OF MYRTLE BEACH PROPERTY [D.I. 650]

**PLEASE TAKE NOTICE** that on the 9TH day of December 2025, at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Orrstown Bank will move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, United States Bankruptcy Court, 400 Cooper Street, Courtroom 4C, Camden, New Jersey 08101, for an Order striking the Certifications of Ethan Heller (the "Cross-Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Cross-Motion, Orrstown Bank shall rely upon the certification of Martin J. Weis submitted concurrently herewith the Request of Judicial Notice and the Response of Orrstown Bank to Motion Concerning Payment of Accounting Fees and Approval of New Budget [D.I. 649] and Motion for Approval of DHQM Land Swap and Sale of Myrtle Beach Property [D.I. 650] and Cross-Motion to Strike Certifications of Ethan Heller in Support Thereof (the "Objection"). Orrstown Bank submits that no separate

1

memorandum of law is necessary because the applicable law is adequately set forth in the Objection.

 **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Cross-Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-2.

 **PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Cross-Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3, and the relief may be granted without a hearing.

 **PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested herein is submitted herewith and made part of the Cross-Motion herein.

Date: December 2, 2025

/s/ *Martin J. Weis*
Martin J. Weis
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 575-7000
mweis@dilworthlaw.com
Attorney for Orrstown Bank

2