MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:         (215) 575-7000
FACSIMILE:         (215) 575-7200
EMAIL:             mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

### DECLARATION OF MARTIN J. WEIS IN SUPPORT OF ORRSTOWN BANK'S OBJECTION TO MOTION CONCERNING PAYMENT OF ACCOUNTING FEES AND APPROVAL OF NEW BUDGET [D.I. 649] AND MOTION FOR APPROVAL OF DHQM LAND SWAP AND SALE OF MYRTLE BEACH PROPERTY [D.I. 650] AND CROSS MOTION TO STRIKE CERTIFICATIONS OF ETHAN HELLER IN SUPPORT THEREOF

I, Martin J. Weis, pursuant to section 1726 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am an attorney with the law firm Dilworth Paxson LLP, counsel to Orrstown Bank in the above-captioned action. I am also counsel of record for Orrstown Bank in the State Court actions pending in the Court of Common Pleas of Lancaster County PA. I make this declaration based upon my personal knowledge and review of the relevant documents.

2. I submit this Declaration in Support of Orrstown Bank's Objection to Motion Concerning Payment of Accounting Fees and Approval of New Budget [D.I. 649] and Motion for Approval of DHQM Land Swap and Sale of Myrtle Beach Property [D.I. 650] and Cross Motion to Strike Certifications of Ethan Heller in Support Thereof.

1

#125346976v2

3. Attached hereto as **Exhibit 1** is a copy of the Transcript of the March 31, 2025 Section 341 Meeting in this case.

4. Attached hereto as **Exhibits 2(a) and 2(b)** are copies of the Charging Orders entered on June 25, 2025 in the Court of Common Pleas of Lancaster County.

5. Attached hereto as **Exhibit 3** is a copy of Accordo LP's Responses to Orrstown Bank's Initial Questions regarding Accordo LP Asset Information.

6. Attached hereto as **Exhibit 4** is a copy Accordo LP's List of Assets.

7. Attached hereto as **Exhibit 5** is a copy of Accordo LP's Responses to Orrstown Bank's Second Set of Questions regarding Accordo LP's Assets.

8. Attached hereto as **Exhibit 6** is a copy of the Certification of Ethan Heller and Budget for Accordo filed on August 26, 2025.

9. Attached hereto as **Exhibit 7** is a copy of the Consent Order Authorizing Sale of Real Property (Prince Street).

10. Attached hereto as **Exhibit 8** is a copy of emails dated October 7 and 8, 2025, between Leo Gibbons, Esquire and me. The Schedule of payments is attached.

11. Attached hereto as **Exhibit 9** is a copy of the November 14, 2025 Notice of Deposition directed to Ethan Heller.

12. Attached hereto as **Exhibit 10** is a copy of the November 17, 2025 Notice of Deposition directed to Ethan Heller.

13. Attached hereto as **Exhibit 11** is a copy of the November 17, 2025 letter from Richard D. Trenk, Esq.

14. Attached hereto as **Exhibit 12** is a copy of the November 19, 2025 letter from Martin J. Weis, Esq.

15. Attached hereto as **Exhibit 13** is a copy of the Accordo transactions from August 31, 2025 through October 7, 2025.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 2, 2025                                   By: *Martin J. Weis*_____
Wilmington, DE                                                  Martin J. Weis

#125346976v2