Filed and Attested by the Prothonotary's Office 27 Mar 2025 01:56:43 PM
Case Number: CI-24-08600

| | |
|---|---|
| ORRSTOWN BANK | : LANCASTER COUNTY COURT |
|     Plaintiff/Judgment Creditor | : OF COMMON PLEAS |
| | : CIVIL DIVISION |
| | : |
| | : |
|     vs. | : NO. CI-24-06081 |
| DARYL F. HELLER AND CHARLENE R. HELLER | : |
|     Defendants/Judgment Debtors | : |

| | |
|---|---|
| ORRSTOWN BANK | : LANCASTER COUNTY COURT |
|     Plaintiff/Judgment Creditor | : OF COMMON PLEAS |
| | : CIVIL DIVISION |
| | : |
| | : |
|     vs. | : NO. CI-24-08600 |
| DARYL F. HELLER AND CHARLENE R. HELLER | : |
|     Defendants/Judgment Debtors | : |

## **CHARGING ORDER**

And now, this _25ᵗʰ_ day of _June_____, 2025, upon consideration of

the Petition of Plaintiff Orrstown Bank for Entry of a Charging Order Against Defendant

Charlene R. Heller's Interest in Accordo Limited Partnership and Brigantine Group Family LTD,

cause being shown, it is hereby ORDERED that the Petition is GRANTED.

#124773720v3

It is further ORDERED as follows:

1.      Charlene Heller's partnership interest in Accordo Limited Partnership is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

2.      Charlene Heller's partnership interest in Accordo Limited Partnership is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

3.      Any and all distributions, returns of contributions, and/or outstanding valid obligations to which Charlene Heller is entitled shall be paid by Accordo Limited Partnership directly to Orrstown Bank.

4.      Unless the parties otherwise agree, Charlene Heller shall provide Orrstown Bank with detailed information concerning any and all assets corporations, partnerships, limited liability companies, or other business entities in which Accordo Limited Partnership holds an interest within 30 days of this Order.

5.      Charlene Heller's partnership interest(s) in Brigantine Group Family LTD and Brigantine Group (collectively 'Brigantine') is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

6.      Charlene Heller's partnership interest in Brigantine is hereby charged with payment of the unsatisfied amount of the Judgments, interest, and costs until satisfied in full.

7.      Any and all distributions, returns of contributions, and/or outstanding valid obligations to which Charlene Heller is entitled shall be paid by Brigantine directly to Orrstown Bank.

8.      Unless the parties otherwise agree, Charlene Heller shall provide Orrstown Bank with detailed information concerning any and all assets corporations, partnerships, limited liability companies, or other business entities in which Brigantine holds an interest within 30 days of this Order.

**BY THE COURT:**

CC: Martin J. Weis, Esq. (s)
    Daryl F. Heller
    Charlene R. Heller
    Prudential Financial
    Voya Financial
    Branden P. Moore, Esq.
    Charles Schwab & Co. Inc

#124773720v3

9

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO PA. R.C.P. NO. 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THE CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE: 6/30/25

Att: