LEO M. GIBBONS, ESQUIRE  COUNSEL FOR ACCORDO LP
ATTORNEY I.D. NO. 67267
MacELREE HARVEY, LTD.
17 W. Miner Street
P.O. Box 660
West Chester, PA 19381-0660
Telephone: (610) 436-0100
Facsimile: (610) 430-7885
E-mail: lgibbons@macelree.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:                                                          CHAPTER 11
    DARYL FRED HELLER
        Debtor                                      : NO. 25-11354 (JNP)

## ACCORDO LP'S RESPONSES TO ORRSTOWN BANK'S INTITAL QUESTIONS REGARDING ACCORDO LP ASSET INFORMATION

In response to the initial questions of Orrstown Bank, Accordo LP ("Accordo") responds as follows:

1. Cash.
   a) Identify all bank accounts currently in existence for Accordo and the balances contained therein.
      - Capital One Bank – Balance as of 10/5/25 - $1,440.72
      - Bluevine Bank – Balance as of 10/5/25 - $0
   b) Identify any bank accounts closed by Accordo on or after September 1, 2024.
      - First National Bank
   c) Identify all sources of income from Accordo from and after September 1, 2024.
      - Cropland Lease (Beason Farms) – We have not received payment since January 1, 2023
      - 449 Capital Ave seller financing
      - Eagles Ticket Sales
      - Premier Real Estate Group distributions stopped in July 2024
      - 725 Plank Rd cabin rental
      - Frontier Farm Credit cash back dividends
      - KS Oil royalties related to land in Kansas. Have not received payments since 7/10/24
      - PA Gas Lease – while the lease is still in effect, there is no guaranteed payment beyond January 2025
         i. Separate 52.99 acres that are noncontiguous from other land – only OGM rights that are excluded from Brookfield Energy LLC (Accordo has no stake in Brookfield Energy LLC, it is owned by Heller Capital Group)

    d) Identify all counterparties to leases with Accordo and the terms of such leases currently in effect.
- Cropland Lease (KS)
    i. Beason Farm
    ii. $585 annually – have not received payment since January 1, 2023.
- Oil Lease (KS)
    i. Assumed lease from previous owner – we do not have a copy of the lease.
    ii. Maclaskey Oilfield Services, Inc.
    iii. Royalties are approximately $1,700/year
    iv. Have not received payment since 7/10/24
- Gas Lease (PA)
    i. Seneca Resources Company, LLC
    ii. They have the option to renew after 2025
- ROW Lease (PA)
    i. National Fuel and Gas
    ii. One-time payment for use of a right-of-way

    e) Identify monthly income associates with any current and proposed leases.
- PA Gas Land Lease - $12,997.50/year (no guaranteed income beyond January 2025 – they have the option to renew)
- KS Gas Royalties – approximately $1,700/year (have not received payment since July 10, 2024)
- Annual income from KS Cropland Lease - $585/year ( have not received payment since January 1, 2023)
- One-time payment for use of right-of-way - $5K

2. DHQM2

    a) Identify all members of DHQM2 since January 1, 2024 and their percentage interests.
- QDM Family Partnership – 50%
- Accordo – 50%

    b) Identify the bases for all income allocations between any partners or members of DHQM2.
- 50/50 split of income. All income is utilized to help offset DHQM and DHQM2 opex.

    c) Identify the source of any income to DHQM2 from January 1, 2024 to date.
- Mobile home rentals
- Mobile home lot rentals
- Airbnb

    d) Identify all assets owned by DHQM2 since January 1, 2024 with a value in excess of $5,000.00 and the approximately value of each.

- See attached spreadsheet

3. DHQM

   a) Identify all members of DHQM since January 1, 2024 and their percentage interests.
      - QDM Family Partnership – 50%
      - Accordo – 50%
   b) Identify the basis for all income allocations between the partners or members of DHQM
      - 50/50 split of income. All income is utilized to help offset DHQM opex
   c) Identify the source of any income to DHQM from January 1, 2024 to date.
      - See attached spreadsheet
   d) Identify all assets owned by DHQM since January 1, 2024 with a value in excess of $5,000.00 and the approximate value of each.
      - See attached spreadsheet

4. <u>Seller Financed Transactions</u>. Identify all seller financed transactions in effect on or after January 1, 2024, in which Accordo is or was a party and the terms of such transactions, including a description and the location of any property sold.
   a) Address
      - 449 Capital Avenue Northeast, Battle Creek, MI 49017
   b) Description
      - Commercial real estate
   c) Terms
      - Sale Price: 320K
      - Interest Rate: 7.25%
      - Monthly Payment: $3,756.83
      - Balloon Payment (12/1/28) - $218,811.02

5. <u>Loans</u>. Identify all loan obligations of Accordo currently in effect including obligors and obliges, amounts at issue, terms of repayment, reason for the loan, and any security for loan.
   a) Frontier Farm Credit Loan 1
      - Amount at issue: $787,055.00
      - Terms
        i. 30-year amortization
        ii. Interest rate: 5.77%
        iii. Monthly payment: $4,652.16
      - Security: Daryl Heller names as Personal Guarantor
   b) Frontier Farm Credit Loan 2
      - Amount at issue: $356,567.00
      - Terms
        i. 30-year amortization
        ii. Interest rate: 6.76%
        iii. Annual Payment: $28,367.76
      - Security: Daryl Heller names as Personal Guarantor
   c) Frontier Farm Credit Loan 3

- Amount at issue: $288,400.00
- Terms
  i. 30-year amortization
  ii. Interest rate: 4.75%
  iii. Annual Payment: $18,304.08
- Security: Daryl Heller named as Personal Guarantor

d) Reason for loans – purchase Kansas land

e) Security for loans – Kansas land

6. <u>Real Estate Taxes</u>. Provide a chart of the following information for which Accordo pays, contributes to the payment of, or is otherwise responsible for real estate taxes:
   a) Property (include address and tax parcel ID No.):
      - Accordo – See attached spreadsheet
      - DHQM – No access to this information- handled by partner
      - DCT – No access to this information – handled by partner
      - DQCT – No access to this information – handled by partner
      - Brookfield LP – See attached spreadsheet
   b) Type of taxes (e.g., municipal, school district)
      - See attached spreadsheet
   c) Taxing authority:
      - See attached spreadsheet
   d) Annual amount due:
      - See attached spreadsheet
   e) Amounts outstanding:
      - See attached spreadsheet
   f) Next payment due date:
      - See attached spreadsheet

7. <u>Capital Gains Taxes.</u> Identify all capital gains taxes incurred by Accordo or its members from and after January 1, 2024
   a) 2024 tax return not yet completed

   b) 415 N. Print Street – TBD
      - Projected amount - $173k (Per Acuity-this number is yet to be confirmed)
   c) Kansas Cabin sale
      - Unknown. The 2025 tax return will need to be completed in order to obtain this amount.

8. <u>Distributions.</u> Provide a list of all distributions made by Accordo to its partners or members from and after January 1, 2024.
   a) Charlene Heller - $0
   b) Ethan Heller
      - See attached spreadsheet
   c) Taite Heller
      - See attached spreadsheet

9. Provide a list of all distributions proposed to be made by or due from Accordo to its partners or members on account of transactions involving Accordo from and after January 1, 2024.
   a) This question is unclear and ambiguous. Strictly in terms of money realized from transactions involving Accordo, there are presently no proposed distributions to partners or members.

10. Provide a list of all expenses paid for or for the benefit of Accordo members or partners from and after January 1, 2024
    a) None

11. <u>Brookfield LP</u>
    a) Identify all assets owned by Brookfield LP
       - See attached spreadsheet
    b) Identify all members or partners of Brookfield LP from and after January 2, 2023
       - Brigantine Group Family Ltd – 97%
       - Brookfield GP – 3%
    c) What is the relationship between Brookfield LP and Accordo?
       - Unrelated separate and distinct legal entities. But have common owners.
    d) Why is Accordo paying operating expenses and/or real estate taxes for Brookfield LP?
       - Brookfield LP does not have recurring income, however, occasionally receives income from one-off timber sales that does not sufficiently cover operating expenses. Funding provided is applied to a note receivable that Brookfield holds with Accordo.

12. <u>Equity Interests</u>
    a) As to each of the following entities, identify the current percentage ownership interests of Accordo in each and identify any other individuals or entities having ownership interests and their percentage ownership interest.
       - Elevated Holdings, LLC – 0%
       - Pro Sportsman, LLC – 0%
       - Blackford ATM Ventures Fund M II, LLC – same entity as BAV Fund M II
       - Blackford ATM Ventures FD M III, LLC – same entity as BAV Fund M III
       - Blackford ATM Ventures Fund M, LLC – sam entity as BAV Fund M
       - Blackford ATM Ventures Fund M V, LLC – same entity as BAV Fund M V
       - DHQM2, LLC
         i. Accordo LP – 50%
         ii. QDM Family Partnership – 50%
       - RD Capital Group, LLC
         i. 0%
       - Blackford ATM Ventures, LLC – same entity as BAV
       - Blackford ATM Ventures Fund D, LLC – same entity as BAV Fund D
       - Blackford A Ventures FD M IV, LLC – same entity as BAV Fund M IV
       - Blackford Holdings, LLC – same entity as Blackford Holdings
       - BAV – 0%
       - BAV Fund D – 0%

- BAV Fund M – 0%
- BAV Fund M II – 0%
- BAV Fund M III – 0%
- BAV Fund M IV – 0%
- BAV Fund M V – 0%
- Blackford Holdings – 0%
- DCT Ventures, LLC
    i. Accordo LP – 33.33%
    ii. Todd Witmer – 33.33%
    iii. Chad Stoltzfus – 33.33%
- DHQM Properties, LLC
    i. Accordo LP – 50%
- Equity Estates Fund IV, LLC
    i. Accordo LP – 0.58%
    ii. We have no ability to view other ownership interests
- Heller Capital Group, LLC – 0%
- Innoventures Fund I, LLC
    i. 0.31%
    ii. We have no ability to view other ownership interests
- Innoventures Fund II, LLC
    i. 0.31%
    ii. We have no ability to view other ownership interests
- Innoventures Fund III, LLC – unknown
- Premier Real Estate Group, LLC
    i. Accordo LP – 50%
    ii. Bob Horst – 50%
- Rockford Capital Group, LLC – 0%
- Rockford Flip, LLC – 0%
- Rockford Fund II, LLC – 0%
- 449 Capital Avenue NE LLC
    i. Accordo LP – 100%
- AIH, LLC
    i. Accordo LP – 30%
    ii. Ethan Heller – 40%
- DHQM LLC – same entity as DHQM Properties
- DQCT, LLC
    i. Accordo LP – 25%
    ii. QDM Family Partnership – 25%
    iii. Todd Witmer – 25%
    iv. Chad Stoltzfus – 25%

13. Identify the name, address and principal owner(s) of Bison Capital and the terms of the note receivable in favor of Accordo from Bison.
    a) Name: Bison Capital Group, LLC
    b) Address: 415 N. Prince St., Ste. 200, Lancaster, PA 17603
    c) Principal Owners:
        - Will Stoltzfus: 50%
        - Heller Capital Group: 50%

    d) Terms: I have no access to this information as the note dates back 5+ years. Doubt this note is collectible.

14. Identify the name, address and principal owner(s) of RD Capital and the terms of the note receivable in favor of Accordo from RD Capital.
    a) Name: RD Capital Group, LLC
    b) Business Address: 415 N Prince St. Ste 200 Lancaster, PA 17602
    c) Mailing Address: 1296 Lititz Pike PMB 1099 Lancaster, PA 17601
    d) Principal Owners:
        - Heller Capital Group
    e) Terms:
        - Demand note – 120 days

15. Identify all beneficiaries (from January 1, 2023 to date) of the Daryl F. Heller Revocable Trust.
    a) No access to this information, you will need to request from Daryl Heller

16. Identify all trustees (from January 1, 2023 to date) of the Daryl F. Heller Revocable Trust.
    a) No access to this information, you will need to request from Daryl Heller

**Additional questions as to Brookfield GP, LLC and Brookfield Partners LP contained in e-mail from Orrstown Bank attorney:**

1. When did Ethan Heller and Taite Heller acquire their interests in Accordo LP?
    a) 2019

2. How much of each entity is owned by Accordo? – 0%

3. Who are the other owners and what are their percentage interests?
    a) Brookfield GP, LLC is owned 100% by Brigantine Group Family Ltd.
    b) Brookfield Partners, LP is owned 97% by Brigantine Group Family Ltd. and 3% by Brookfield GP, LLC

4. What assets do each of these entities own?
    a) List of assets is attached for Brookfield Partners, LP
    b) Brookfield GP, LLC owns no assets, just the investment in Brookfield Partners, LP.

5. If the assets are revenue producing, how much has each of these assets produced from 2022 to date? - 0%

                                              MacELREE HARVEY, LTD.

                                              By: _____

                                                  Leo M. Gibbons, Esquire
                                                  Attorney for Accordo LP

LEO M. GIBBONS, ESQUIRE                       COUNSEL FOR ACCORDO LP
ATTORNEY I.D. NO. 67267
MacELREE HARVEY, LTD.
17 W. Miner Street
P.O. Box 660
West Chester, PA 19381-0660
Telephone: (610) 436-0100
Facsimile: (610) 430-7885
E-mail: lgibbons@macelree.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:                                       CHAPTER 11
     DARYL FRED HELLER
         Debtor                          : NO. 25-11354 (JNP)

**CERTIFICATE OF SERVICE**

        I, Leo M. Gibbons, Esquire, hereby certify that I caused a true and correct copy of Accordo LP's Responses to Orrstown Bank's Questions Regarding Asset Information to be served via e-mail on October 20, 2025 on the following parties:

                 Martin J. Weis, Esquire
                 Dilworth Paxson LLP
                 1650 Market Street, Ste. 1200
                 Philadelphia, PA 19103

                 Anthony Sodono, Esquire
                 Sari B. Placona, Esquire
                 McManimon, Scotland & Baumann, LLC
                 75 Livingston Avenue, 2nd Floor
                 Roseland, NJ 07068

                 Albert A. Ciardi, III, Esquire
                 Ciardi Ciardi & Astin
                 1905 Spruce Street
                 Philadelphia, PA 19103

                                           MacELREE HARVEY, LTD.

                                           By: _____
                                               Leo M. Gibbons, Esquire
                                               Attorney for Accordo LP

6506897v1
081844.79803

Exhibit 3 to Dec - Accordo Response to Initial set of questions    Page 9 of 12

Brookfield Partners LP List of Assets (002).png (487×721)

# Brookfield LP List of Assets

|  | Total |
|---|---|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Checking | 126.36 |
|     Total Bank Accounts | $ 126.36 |
|     Accounts Receivable | |
|       Accounts Receivable | 13,450.24 |
|     Total Accounts Receivable | $ 13,450.24 |
|     Other Current Assets | |
|       N/R - Accordo | 95,683.63 |
|     Total Other Current Assets | $ 95,683.63 |
|   Total Current Assets | $ 109,260.23 |
|   Fixed Assets | |
|     Equipment / Machinery / Vehicles | 99,903.46 |
|     Buildings/Land | |
|       Land Plot 1 / Bishop - 65 acres | 129,149.89 |
|       Garage | 112,353.32 |
|       Lodge | 477,688.91 |
|     Total Land Plot 1 - 65 acres (PA) | $ 719,192.12 |
|     Land Plot 2 - 115 acres (PA) | 21,097.73 |
|     Land Plot 3 - 4 acres (PA) | 3,200.00 |
|     Total Buildings/Land | $ 743,489.85 |
|     Furniture | 10,675.13 |
|     Gun Safe | 1,749.99 |
|     Stands and Hunting Gear | 143,885.86 |
|   Total Fixed Assets | $ 999,704.29 |
| **TOTAL ASSETS** | **$1,108,964.52** |

DHQM2 List of Assets (002).png (572×558)

| DHQM2, LLC | | |
|---|---|---|
| Wag Ave (Trailer Park) | $350,000 | |
| | | |
| 105 Longview | $54,000 | |
| 107 Longview | $45,000 | |
| 115 Longview | $45,000 | |
| 116 Longview | $30,000 | |
| 107 Carr | $35,000 | |
| 109 Carr | $65,000 | |
| 110 Carr | $74,000 | |
| 111 Carr | $65,000 | |
| 112 Carr | $85,000 | |
| 114 Carr Ave | $45,000 | |
| 116 Carr | $53,000 | |
| | | |
| Total DHQM2 at 50% ownership | $946,000 | $473,000 |

values are based on purchase price and improvement cost

DHQM Properties LLC Income (002).png (1105×154)

DHQM Rental income

3269-3240 potter road rental        $850 Monthly

$10,200 annually

DHQM has also received a few thousand in income from timber sales over the last several years. This is not recurring income

ALP-002420

1/1

DHQM List of Assets (002).png (721×586)

| DHQM Properties LLC | |
|---|---:|
| 114 Acres (NY) | $293,169 |
| 40 Acres (NY) | $81,515 |
| 483 Acres (NY + PA) | $1,165,663 |
| 12' rock disck | $10,000 |
| small disc | $1,000 |
| 8' mower | $8,500 |
| 6' mower | $2,500 |
| notill drill seeder | $10,000 |
| small sprayer | $750 |
| larger sprayer | $3,500 |
| 65hp new holland tractor | $20,000 |
| 100 hp john deer tractor | $40,000 |
| truck | $15,000 |
| misc tools welder, air compressor etc. | $10,000 |

$121,250 farm equipment
$1,540,347 land
$150,000 shop
$1,811,597 total