# Accordo Assets
## Accordo LP

| Distribution account | Total |
|---|---:|
| **Assets** | |
|   Current Assets | |
|     Bank Accounts | |
|       Capital One Checking | 23,788.95 |
|       FNB Checking | -1,553.00 |
|     **Total for Bank Accounts** | **$22,235.95** |
|     Escrow Receivable | 494,490.35 |
|       Accounts Receivable (A/R) | 3,756.83 |
|     **Total for Escrow Receivable** | **$494,490.35** |
|     Other Current Assets | |
|       Prepaid Interest | 2,664.99 |
|     **Total for Other Current Assets** | **$2,664.99** |
|   **Total for Current Assets** | **$519,391.29** |
|   Fixed Assets | |
|     Buildings/Land | 19,320.89 |
|       10 Acres (PA) | 38,055.03 |
|         Cabin (AirBnb) | 95,076.39 |
|           Cabin (AirBnb) Improvements | 5,700.00 |
|           AirBNB - Accum Deprec | -3,131.83 |
|         **Total for Cabin (AirBnb)** | **$97,644.56** |
|         Land Improvements | 38,603.30 |
|       **Total for 10 Acres (PA)** | **$174,302.89** |
|       223 Acres (KS) | 507,720.00 |
|         KS - Cabin | 198,053.83 |
|           Cabin Improvements | 30,370.21 |
|         **Total for KS - Cabin** | **$228,424.04** |
|         Land Improvements | 26,600.00 |
|       **Total for 223 Acres (KS)** | **$762,744.04** |
|       Land | 0.00 |
|         10 Acres (NY) | 13,930.50 |
|         145 Acres (PA) (own 1/3) | 50,000.00 |
|         231 Acres (KS) | 413,963.50 |
|         4 Acres (KS) | 9,064.00 |
|         274 Acres (NY) | 322,352.16 |
|         42 Acres (PA) | 103,214.82 |
|         486 Acres (KS) | 1,127,580.00 |
|         57 Acres (NY) | 91,200.00 |
|       **Total for Land** | **$2,131,304.98** |

ALP000121

| | |
|---|---:|
| **Total for Buildings/Land** | $3,087,672.80 |
| Eagles Seat License | 8,295.00 |
| Machinery and Equipment | 0.00 |
|    Stands and Hunting Gear | 7,200.00 |
| **Total for Machinery and Equipment** | **$7,200.00** |
| **Total for Fixed Assets** | **$3,103,167.80** |
| Other Assets | |
|   Investments | 0.00 |
|     Investment in 449 Capital LLC | -125,000.00 |
|     Investment in AIH, LLC | 240,733.00 |
|     Investment in DCT Ventures, LLC (422 acres plus equipment) | 372,711.96 |
|     Investment in DHQM 2 LLC | 124,014.00 |
|     Investment in DHQM LLC (760 acres plus equipment) | 145,386.40 |
|       114 Acres (NY) | 146,584.30 |
|       40 Acres (NY) | 40,757.50 |
|       483 Acres (NY) | 582,831.69 |
|     **Total for Investment in DHQM LLC (760 acres plus equipment)** | **$915,559.89** |
|     Investment in DQCT, LLC (90 acres plus equipment) | 55,976.19 |
|     Investment in Equity Estates Fund IV LLC | 305,397.23 |
|     Investment in Innoventures Fund | 3,802.00 |
|     Investment in Innoventures Fund II | 3,951.00 |
|     Investment in Innoventures Fund III | -34.00 |
| **Total for Investments** | **$1,897,111.27** |
| Mortgage Receivable - 449 Capital Ave | 301,261.17 |
| Notes Receivable | 0.00 |
|   N/R - Bison Capital | 50,000.00 |
|   N/R - RD Capital | 165,237.46 |
| **Total for Notes Receivable** | **$215,237.46** |
| **Total for Other Assets** | **$2,413,609.90** |
| **Total for Assets** | **$6,036,168.99** |

ALP000122