FINAL – November 17, 2025

**ACCORDO LIMITED PARTNERSHIP'S RESPONSES TO ORRSTOWN BANK'S SECOND SET OF QUESTIONS DATED OCTOBER 29, 2025 REGARDING ACCORDO LIMITED PARTNERSHIP'S ASSETS.**

1. Bank Accounts.
   a. Who are the signatories on the Capital One Bank and Bluevine Bank accounts of Accordo?
      i. Capital One
         1. Ethan Heller
      ii. Bluevine Bank
         1. Ethan Heller
   b. When did the First National Bank account of Accordo close and why was it closed?
      i. 8/7/25
      ii. It was an old account from when Daryl was general partner.
      iii. Accordo opened a new account that would not charge service fees. FNB was charging $45/month for all accounts. Capital One and Bluevine Bank do not charge fees.
   c. On what date was Daryl Heller removed as signatory on each of the above accounts?
      i. Capital One – never a signatory
      ii. Bluevine Bank – never a signatory
      iii. FNB – Unknown
   d. Identify the last four numbers of the account number for each of the above accounts.
      i. Capital One – 1749
      ii. Bluevine Bank – 1098
      iii. FNB - 8629
2. Seneca Resources Company LLC Lease.
   a. Please advise the terms of the lease between Accordo and Seneca Resources Company LLC, including the term of the renewal option and date by which it must be effectuated.
      i. Oil, gas, mineral rights lease is for 51.99 acres in Tioga County Pennsylvania effective Oct 22, 2024 - seven-year term with an obligation of two years lease payment at $250/acre (with a right to terminate after two years). If they choose to renew in 2026, the lease payment is $300/acre with the right to cancel annually.

1

FINAL – November 17, 2025

      ii. If Seneca Resources Company LLC drills and finds gas, Accordo will be paid a royalty of 16% of gas produced on land pro rata to the 51.99 acres. Gas units are generally 1000-2000 acres. At this point, Seneca has not drilled and we are unaware of any expectations to drill in the near future.

   b. Who (if anyone) is currently negotiating or otherwise in discussions with Seneca on behalf of Accordo?
      i. N/A

   c. Who (if anyone) is currently negotiating or otherwise in discussions with Accordo on behalf of Seneca?
      i. N/A

3. DHQM2 Airbnb.
   a. Identify the address and tax parcel number of any Airbnb properties owned by DHQM2 since January 1, 2024 by DHQM2 and the rental income from those properties.
      i. Information requested from partner
   b. Identify the purchase price and date of acquisition for all such properties.
      i. Information requested from partner

4. DHQM Properties.
   a. As to the following properties identified on the DHQM list of assets provided by Accordo, provide the acquisition date, purchase price, tax parcel number and copy of deeds:
      i. DHQM owns approximately 748 acres of land, some of which was rolled up into the header investment account on Accordo's list of assets. The land owned by DHQM has been split up by tax parcel below.
      ii. 104 Acres (NY)
         1. Acquisition Date: Information requested from partner
         2. Purchase Price: Information requested from partner
         3. Tax Parcel Number: 415.00-01-018.000
         4. Copy of deed requested
      iii. 40 Acres (NY)
         1. Acquisition Date: September 2023
         2. Purchase Price: $80,000
         3. Tax Parcel Number: 396.00-01-018.200
         4. Copy of deed: attached
      iv. 115 Acres (PA)
         1. Acquisition Date: July 2016

FINAL – November 17, 2025

        2. Purchase Price: $520,000
        3. Tax Parcel Number: 03-02.00-016
        4. Copy of deed: attached
    v. 136 Acres (NY)
        1. Acquisition Date: Information requested from partner
        2. Purchase Price: Information requested from partner
        3. Tax Parcel Number: 415.00-01-001.200
        4. Copy of deed requested
    vi. 89 Acres (NY)
        1. Acquisition Date: Information requested from partner
        2. Purchase Price: Information requested from partner
        3. Tax Parcel Number: 397.00-01-021.200
        4. Copy of deed requested
    vii. 70 Acres (NY)
        1. Acquisition Date: March 2013
        2. Purchase Price: $136,000
        3. Tax Parcel Number: 396.00-01-015.000
        4. Copy of deed: attached
    viii. 133 Acres (NY)
        1. Acquisition Date: July 2019
        2. Purchase Price: $212,208
        3. Tax Parcel Number: 396.00-01-018.122
        4. Copy of deed: attached
    ix. 5 Acres (NY)
        1. Acquisition Date: Information requested from partner
        2. Purchase Price: Information requested from partner
        3. Tax Parcel Number: 415.00-01-020.100
        4. Copy of deed requested
    x. 56 Acres (NY)
        1. Acquisition Date: September 2018
        2. Purchase Price: $84,960
        3. Tax Parcel Number: 415.00-01-020.210
        4. Copy of deed requested
5. Distributions.
    a. Who was involved with and/or made the decision to make the distributions identified in the spreadsheet from Accordo to Ethan Heller from and after January 1, 2024?
        i. This inquiry is beyond the scope of the Prince Street Order

FINAL – November 17, 2025

      b. Who was involved with and/or made the decision to make the distributions identified in the spreadsheet from Accordo to Taite Heller from and after January 1, 2024?
          i. See above
      c. Who authorized the decision to make the distributions identified in the spreadsheets from Accordo to Ethan Heller from and after January 1, 2024?
          i. See above
      d. Who authorized the decision to make the distributions identified in the spreadsheets from Accordo to Taite Heller from and after January 1, 2024?
          i. See above
      e. Who was involved with and who made the decision(s) not to make distributions to Charlene R. Heller during that same period?
          i. See above
      f. Why did Charlene Heller not receive distributions during this period?
          i. See above
      g. Who on behalf of Accordo is responsible for ensuring that distributions due to Charlene R. Heller are made to Orrstown Bank?
          i. See above

6. Real Estate Taxes.
      a. Who handles the payment of real estate taxes for properties owned by DHQM, DCT Ventures, and DQCT?
          i. Quentin Miller
      b. Identify the bank accounts utilized to pay those obligations.
          i. Accordo does not manage, control, or have access to any of the bank accounts used to make real estate tax and operational payments for DHQM, DCT Ventures, and DQCT.
      c. Have all real estate taxes been paid currently by/for these entities?
          i. Yes, upon information and belief
      d. Identify any real estate taxes that are not current for any of these entities.
          i. Real estate taxes are current, upon information and belief.

7. Brookfield Entities.
      a. Identify all bank accounts owned or utilized since January 1, 2024 by Brookfield GP LLC and Brookfield Partners LP including the financial institution, the last four numbers of the account, and the identity of all individuals with check signing authority.
          i. This inquiry is beyond the scope of the Prince Street order.
      b. As to any Brookfield GP LLC or Brookfield Partners LP account, was Daryl Heller removed as a signatory on the accounts and, if so, when?

Case 25-11354-JNP    Doc 684-8    Filed 12/02/25    Entered 12/02/25 16:31:19    Desc
Exhibit 5 to Dec - Response to Second Set of Questions    Page 5 of 8

FINAL – November 17, 2025

- i. See above
    c. Who are the current signatories on each of the accounts?
        - i. See above
8. Brookfield LP Note Receivable.
    a. Provide a copy of any note receivable that Brookfield LP holds with Accordo.
        - i. The note is reflected in Accordo's books and records. There is no separate document.
    b. As to the note receivable, advise who is the holder of the note and who is the maker.
        - i. N/A
    c. What is the date of the note?
        - i. N/A
    d. What are the repayment terms of the note?
        - i. N/A
    e. Who is the signatory on the note?
        - i. N/A
    f. Who negotiated the note?
        - i. N/A
    g. Who prepared the note?
        - i. N/A
9. Liabilities.
    a. Provide a list of all liabilities of Brookfield LP.
        - i. This inquiry is beyond the scope of the Prince Street Order
    b. Does Brookfield LP have any loans outstanding due from it and, if so, how much does it owe and to whom?
        - i. See above
    c. Identify all loan obligations of Brookfield LP currently in effect including obligors and obligees, amount outstanding, terms of repayment, reason for the loan, and any security or collateral for the loan.
        - i. See above
    d. Provide a list of all equipment, machinery and vehicles of Brookfield LP with a value in excess of $5,000.00. As to each provide the year of acquisition and acquisition cost.
        - i. See above
    e. Provide the following information regarding the land plots (and any improvements thereon) identified in the Brookfield list of assets (Plot 1 - 65 acres; Plot 2-115 acres (PA); and Land Plot 3 -4 acres (PA)):
        - i. See above

FINAL – November 17, 2025

    f. Provide an itemization of the stands and hunting gear owned by Brookfield LP for any items worth in excess of $2,500.00, including approximate values, purchase price and dates of purchase
        i. See above
10. Identify all distributions made by Brigantine Group Family Ltd. to any of its members from January 1, 2023 to date
    a. This inquiry is beyond the scope of the Prince Street Order
11. Identify all members of Brigantine Group Family Ltd. and their percentage ownership interests.
    a. This inquiry is beyond the scope of the Prince Street Order
12. Identify the assets owned by each of the following:
    a. DCT Ventures LLC
        i. 422 acres of land plus equipment
    b. Innoventures Fund I, LLC
        i. No information. Book value of $3,802.00
    c. Innoventures Fund II, LLC
        i. No information. Book value of $3,951.00
    d. Innoventures Fund III, LLC
        i. No information. Book value of $-34.00
    e. AIH, LLC (Apex Investment Holdings LLC)
        i. Rental Condo in North Myrtle Beach, SC
    f. DQCT, LLC
        i. 90 acres of land plus equipment
    g. Bison Capital Group, LLC
        i. No information
13. As to each of the foregoing, please advise the nature of its business, address, managing member and state of incorporation/formation.
    a. DCT, LLC
        i. Nature of business
            1. Passive investment, owns land plus equipment
        ii. Address
            1. 229 Main Street, Landisville, PA 17538
        iii. Managing member
            1. Accordo LP
        iv. State of incorporation/formation
            1. Pennsylvania
    b. DQCT, LLC
        i. Nature of business

FINAL – November 17, 2025

- 
    - 
        - 
            1. Passive investment, owns land plus equipment
        ii. Address
            1. 229 Main Street, Landisville, PA 17538
        iii. Managing member
            1. Information requested from partners.
        iv. State of incorporation/formation
            1. Pennsylvania
    c. AIH, LLC
        i. Nature of business
            1. Real Estate Investment
        ii. Address
            1. 1296 Lititz Pike, PMB 1113, Lancaster, PA 17601
        iii. Managing member
            1. Ethan Heller
        iv. State of incorporation/formation
            1. Pennsylvania
    d. RD Capital Group LLC – Unknown
    e. Bison Capital Group LLC – Unknown
14. AIH, LLC (Apex Investment Holdings LLC)
    a. Identify the members of AIH, LLC and their membership interests.
        i. Ethan Heller – 40%
        ii. Accordo LP – 30%
        iii. Dakota Enck – 30%
    b. Who is the manager or managing member of AIH, LLC?
        i. Ethan Heller
15. RD Capital Group LLC.
    a. Who are the members of RD Capital Group, LLC and what is their respective percentage interests?
        i. Unknown
    b. Who negotiated the note receivable between Accordo and RD Capital Group LLC? –
        i. Daryl Heller
        ii. Accordo assigned its 1% position in certain assets to RD Capital for $136,545. This is reflected in Accordo's books and records.
    c. What is the date of the note?
        i. 1/1/24
    d. Who executed the note?
        i. N/A

FINAL – November 17, 2025

    e. Identify all payments made by RD Capital Group LLC to Accordo on the note
        i. N/A
    f. What is the current amount due on the note?
        i. N/A
    g. Provide a copy of the note
        i. N/A
16. Bison Capital Group, LLC.
    a. Provide a copy of the note from Bison Capital Group, LLC to Accordo.
        i. N/A
    b. What business is/was Bison Capital Group, LLC engaged in?
        i. N/A
    c. Who is the managing member of Bison Capital Group, LLC?
        i. Unknown
17. As to each of the vehicles on the attached list, identify the owner, its location, its approximate value, and whether it is insured and by what company.
    a. This inquiry is beyond the scope of the Prince Street Order
18. Provide copies of tax returns for Brigantine Family Group Ltd. and Brookfield LP for 2021-2024
    a. This inquiry is beyond the scope of the Prince Street Order