# Weis, Martin J.

| | |
|---|---|
| **From:** | Leo M. Gibbons <LGibbons@macelree.com> |
| **Sent:** | Wednesday, October 8, 2025 1:46 PM |
| **To:** | Weis, Martin J. |
| **Cc:** | Aciardi@ciardilaw.com |
| **Subject:** | RE: Disbursement of Funds to Accordo from Prince Street Escrow |
| **Attachments:** | Accordo September - October Transactions (1) (2).xlsx |

**This message is from an external sender.**



Marty,

See attached per your request. Let me know if you have questions or need additional information.

Leo

**Leo M. Gibbons | MacElree Harvey, Ltd**
17 West Miner Street | West Chester, PA 19382
Direct: (610) 840-0227 | Fax: 610-430-7885

---

**From:** Weis, Martin J. <mweis@dilworthlaw.com>
**Sent:** Tuesday, October 7, 2025 5:12 PM
**To:** Leo M. Gibbons <LGibbons@macelree.com>
**Cc:** Aciardi@ciardilaw.com
**Subject:** [External] RE: Disbursement of Funds to Accordo from Prince Street Escrow

**Caution: This email originated from outside the organization.**

Leo,

I will follow up with my client but in anticipation of its request (and to speed this along), please provide a detailed accounting (including payees) of the expenditure of the $33,971 funds authorized to be released pursuant to the September 3, 2025 Order. Orrstown Bank will be requesting that in connection with its review of your request. The more detail that can be provided in the first instance will avoid delay associated with follow up questions.

Thank you. MW

MARTIN J. WEIS | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7136 | Fax: (215) 754-4603
mweis@dilworthlaw.com | www.dilworthlaw.com

**From:** Leo M. Gibbons <LGibbons@macelree.com>
**Sent:** Tuesday, October 7, 2025 4:54 PM

1

**To:** 'aciardi@ciardilaw.com' <aciardi@ciardilaw.com>; Weis, Martin J. <mweis@dilworthlaw.com>
**Subject:** Disbursement of Funds to Accordo from Prince Street Escrow

**This message is from an external sender.**

---

Al and Marty,

Accordo finds itself in a cash crunch due to the delay in the 2024 taxes being completed and Accordo Opex that needed to be paid by October 1.

Accordo is requesting the approval of Deerfield and Orrstown Bank to pay $10,000 directly to the accountant preparing the 2024 taxes so the taxes can be completed. The accountant will not complete the taxes until it receives this payment.

The $10,000 payment would come from the $43,942 currently held in escorw by MacElree for October and November 2025 Opex. The remainder of the Oct/Nov Opex would escrowed until the 2024 tax returns are delivered to you.

More specifically, this is how Accordo ended up short of cash:

    - Tax return prep costs are more than expected because of need to switch firms. 2023 invoice is attached ($13.5k). It is expected 2023 and 2024 cost combined to be approximately $20k

    - The accountant will not release the 2024 return until the 2023 invoice is paid.

    - Accordo does not have the cash available for the following reasons: 1.) Accordo had various Opex that needed to be paid on October 1. This drained its cash balance as it has not received October and November funds yet and did not want to default on those obligations. 2.) 2023 tax return prep fee was higher than expected.

We can have the funds wired directly from the escrow account to the accountant if necessary. Accordo is not requesting any funds in excess of the agreed three months of expenses, only that a portion of the funds earmarked for October November be released (prior to the completion and delivery of a copy to Deerfield and Orrstown of the 2024 taxes) in order to pay the accountant to finish the tax return.

Please get back to me at your earliest opportunity as we would like to get the tax return completed.

Regards,
Leo



**Leo M. Gibbons, Esquire | MacElree Harvey, Ltd**
17 West Miner Street | West Chester, PA  19382
Direct: (610) 840-0227 | Fax: 610-430-7885
LGibbons@macelree.com
macelree.com

**Legal Assistant: Diane M. Shoemaker**

Direct: 610-840-0235
dshoemaker@macelree.com



**NOTE:** Banking Fraud is on the rise. Accepting requests for wire transfers or checks of a large value via email can be dangerous. Always verify with the requestor by means of known contact methods such as a previously called phone number, prior to sending funds.

This electronic transmission, and any attached document(s) and/or file(s), is confidential and/or legally privileged. It is intended for the sole use of the individuals to whom it is addressed. It is the responsibility of the recipient(s) of this electronic transmission to read and review any attached document(s) and/or file(s). If you received this message in error, please notify the sender and destroy the message and any attached document(s) and/or file(s) immediately. MacElree Harvey is not liable for any use or misuse contrary to these directions. Thank you.

| date | Spent | Received | From/To | Description | | Cash Balance 8/31/25 | Money In | Money Out | Cash Balance 10/7/25 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $5,017.79 | $45,412.82 | $49,139.89 | $1,290.72 |
| 10/6/2025 | $150.00 | | Brookfield Partners LP | Brookfield opex funding | | | | | |
| 10/3/2025 | | $699.96 | Grace Root (treasurer for township) | Refund from duplicate payment of June PA real estate taxes | | | | | |
| 10/2/2025 | | $358.20 | Stubhub | Eagles ticket sales income | | | | | |
| 10/2/2025 | $6,723.75 | | Equity Estates Fund IV | Quarterly Management fee | | | | | |
| 10/1/2025 | $4,652.16 | | Frontier Farm Credit | KS loan payment (monthly) | | | | | |
| 10/1/2025 | | $200.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met | | | | | |
| 10/1/2025 | $17.50 | | Melio | software subscription | | | | | |
| 10/1/2025 | $18,304.08 | | Frontier Farm Credit | KS loan payment (annual) | | | | | |
| 9/30/2025 | $15.00 | | Capital One | Wire transfer fee | | | | | |
| 9/30/2025 | | $3,756.83 | The Machine, Inc. | Seller financing | | | | | |
| 9/30/2025 | | $300.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met | | | | | |
| 9/30/2025 | $145.42 | | Foremost Insurance | KS Insurance | | | | | |
| 9/29/2025 | $100.00 | | Brookfield Partners LP | Brookfield opex funding | | | | | |
| 9/29/2025 | $121.90 | | Quickbooks | software subscription | | | | | |
| 9/24/2025 | | $1,197.00 | MVR | Airbnb income | | | | | |
| 9/22/2025 | $39.99 | | Tri County | Airbnb internet | | | | | |
| 9/22/2025 | $200.00 | | Brookfield Partners LP | Brookfield opex funding | | | | | |
| 9/18/2025 | $823.16 | | Capital One | Credit card payment | | | | | |
| 9/18/2025 | | $1,173.00 | Tickpick | Eagles ticket sales income | | | | | |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee | | | | | |
| 9/15/2025 | $79.50 | | Quickbooks | software subscription | | | | | |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee | | | | | |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee | | | | | |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee | | | | | |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee | | | | | |
| 9/11/2025 | $3,911.48 | | Jasper-Troupsburg School District | NY real estate taxes | | | | | |
| 9/11/2025 | $1,063.94 | | Jasper-Troupsburg School District | NY real estate taxes | | | | | |
| 9/11/2025 | $995.69 | | Jasper-Troupsburg School District | NY real estate taxes | | | | | |
| 9/11/2025 | $850.00 | | Betts Land Company, Inc. | KS cabin appraisal | | | | | |
| 9/11/2025 | $2,250.00 | | Ethan Heller | Normal-course Quarterly distributions | | | | | |
| 9/11/2025 | $971.60 | | Jasper-Troupsburg School District | NY real estate taxes | | | | | |
| 9/11/2025 | $2,100.00 | | Taite Heller | Normal-course Quarterly distributions | | | | | |
| 9/11/2025 | $141.52 | | Jasper-Troupsburg School District | NY real estate taxes | | | | | |
| 9/10/2025 | $107.95 | | Tri County | Airbnb utilites | | | | | |
| 9/10/2025 | $15.00 | | Capital One | Wire transfer fee | | | | | |
| 9/10/2025 | | $33,971.00 | Escrow account | September Funding | | | | | |
| 9/8/2025 | $251.83 | | Ethan Heller | Repayment of bridge funding provided by Ethan Heller in August to cover opex before September funding was received | | | | | |
| 9/5/2025 | $1.50 | | Melio | Bill payment software fee | | | | | |
| 9/4/2025 | $39.84 | | Caney Valley Electric Cooperative Association | KS utilities payment | | | | | |
| 9/3/2025 | $17.50 | | Melio | software subscription | | | | | |
| 9/3/2025 | $200.00 | | Luma Financial Group LLC | Luma Financial Group Professional Services Fee | | | | | |
| 9/3/2025 | $43.00 | | Chautauqua Rural Water District #4 | KS utilities payment | | | | | |
| 9/2/2025 | $4,652.16 | | Frontier Farm Credit | KS Loan Payment (Monthly) | | | | | |
| 9/2/2025 | $145.42 | | Foremost Insurance | KS Insurance | | | | | |
| 9/2/2025 | | $3,756.83 | The Machine, Inc. | Seller financing | | | | | |

|  |  |  |  | Cash Balance 8/31/25 | Money In | Money Out | Cash Balance 10/7/25 |
|---|---|---|---|---|---|---|---|
|  |  |  |  | $5,017.79 | $45,412.82 | $49,139.89 | $1,290.72 |

| date | Spent | Received | From/To | Description |
|---|---|---|---|---|
| 10/6/2025 | $150.00 |  | Brookfield Partners LP | Brookfield opex funding |
| 10/3/2025 |  | $699.96 | Grace Root (treasurer for township) | Refund from duplicate payment of June PA real estate taxes |
| 10/2/2025 |  | $358.20 | Stubhub | Ealges ticket sales income |
| 10/2/2025 | $6,723.75 |  | Equity Estates Fund IV | Quarterly Management fee |
| 10/1/2025 | $4,652.16 |  | Frontier Farm Credit | KS loan payment (monthly) |
| 10/1/2025 |  | $200.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met |
| 10/1/2025 | $17.50 |  | Melio | software subscription |
| 10/1/2025 | $18,304.08 |  | Frontier Farm Credit | KS loan payment (annual) |
| 9/30/2025 | $15.00 |  | Capital One | Wire transfer fee |
| 9/30/2025 |  | $3,756.83 | The Machine, Inc. | Seller financing |
| 9/30/2025 |  | $300.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met |
| 9/30/2025 | $145.42 |  | Foremost Insurance | KS insurance |
| 9/29/2025 | $100.00 |  | Brookfield Partners LP | Brookfield opex funding |
| 9/29/2025 | $121.90 |  | Quickbooks | software subscription |
| 9/24/2025 |  | $1,197.00 | MVR | Airbnb income |
| 9/22/2025 | $39.99 |  | Tri County | Airbnb internet |
| 9/22/2025 | $200.00 |  | Brookfield Partners LP | Brookfield opex funding |
| 9/18/2025 | $823.16 |  | Capital One | Credit card payment |
| 9/18/2025 |  | $1,173.00 | Tickpick | Ealges ticket sales income |
| 9/15/2025 | $1.50 |  | Melio | Bill payment software fee |
| 9/15/2025 | $79.50 |  | Quickbooks | software subscription |
| 9/15/2025 | $1.50 |  | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 |  | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 |  | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 |  | Melio | Bill payment software fee |
| 9/11/2025 | $3,911.48 |  | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $1,063.94 |  | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $995.69 |  | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $850.00 |  | Betts Land Company, Inc. | KS cabin appraisal |
| 9/11/2025 | $2,250.00 |  | Ethan Heller | Normal-course Quarterly distributions |
| 9/11/2025 | $971.60 |  | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $2,100.00 |  | Taite Heller | Normal-course Quarterly distributions |
| 9/11/2025 | $141.52 |  | Jasper-Troupsburg School District | NY real estate taxes |
| 9/10/2025 | $107.95 |  | Tri County | Airbnb utilites |
| 9/10/2025 | $15.00 |  | Capital One | Wire transfer fee |
| 9/10/2025 |  | $33,971.00 | Escrow account | September Funding |
| 9/8/2025 | $251.83 |  | Ethan Heller | Repayment of bridge funding provided by Ethan Heller in August to cover opex before September funding was received |
| 9/5/2025 | $1.50 |  | Melio | Bill payment software fee |
| 9/4/2025 | $39.84 |  | Caney Valley Electric Cooperative Association | KS utilities payment |
| 9/3/2025 | $17.50 |  | Melio | software subscription |
| 9/3/2025 | $200.00 |  | Luma Financial Group LLC | Luma Financial Group Professional Services Fee |
| 9/3/2025 | $43.00 |  | Chautauqua Rural Water District #4 | KS utilities payment |
| 9/2/2025 | $4,652.16 |  | Frontier Farm Credit | KS Loan Payment (Monthly) |
| 9/2/2025 | $145.42 |  | Foremost Insurance | KS Insurance |
| 9/2/2025 |  | $3,756.83 | The Machine, Inc. | Seller financing |