MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:		(215) 575-7000
FACSIMILE:		(215) 575-7200
EMAIL:			mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

**NOTICE OF DEPOSITION**

**TO: Ethan Heller
c/o Richard Trenk, Esquire
Robet Roglieri, Esquire
Trenk Isabel Siddiqi & Shahdanian P.C.
290 W. Mt. Pleasant Avenue, Suite 2370
Livingston, NJ 07039**

Orrstown Bank, by and through its undersigned counsel, Dilworth Paxson LLP, hereby serves this Notice of Deposition pursuant to Federal Rules of Civil Procedure 30 and 34, made applicable to this proceeding pursuant to Rules 7030, 7034 and 9014 of the Federal Rules of Bankruptcy Procedure, on Ethan Heller and requests that Ethan Heller appear for deposition on **November 24, 2025. commencing at 10:00 a.m.** at the offices of Dilworth Paxson LLP, 457 Haddonfield Road, Suite 700, Cherry Hill, NJ 08002, to testify as to the Motion Concerning (i) Payment of Accounting Fees for 2023 and 2024 Tax Returns; and (ii) Approval of Revised Accordo Operating Budget and Entry of Order Directing Disbursements (including attachments thereto).

1

#125323985v1

Said deposition will continue from day to day until complete. Said deposition will be in person and recorded by stenographic means.

This Notice of Deposition includes a Request for Production of Documents which is attached hereto as Exhibit "A", and such documents should be provided to undersigned counsel no later than November 21, 2025.

Date: November 14, 2025

/s/ *Martin J. Weis*_____
Martin J. Weis
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 575-7000
mweis@dilworthlaw.com
Attorney for Orrstown Bank

# EXHIBIT A

1. All agreements between Accordo Limited Partnership ("Accordo"), on the one hand, and Ethan Heller, Charlene Heller, Taite Heller or Daryl Heller regarding the disposition of the proceeds of the sale of the 415 N. Prince Street property (the "Prince Street Property").
2. All documents reflecting communications between Accordo, on the one hand, and Ethan Heller, Charlene Heller, Taite Heller or Daryl Heller regarding the disposition of the proceeds of the sale 415 N. Prince Street.
3. Any documents reflecting payments made/moneys lent by Ethan Heller for or on account of Accordo from and after January 1, 2022.
4. Any documents reflecting amounts due from Accordo to Ethan Heller.
5. Any documents reflecting amounts due from Accordo to Taite Heller.
6. Any documents reflecting amounts due from Accordo to Charlene Heller.
7. Any documents reflecting amounts due from Accordo to Daryl Heller.
8. Any documents reflecting amounts due to Accordo from Charlene Heller.
9. Any documents reflecting amounts due from Accordo to the Daryl F. Heller Irrevocable Trust.
10. All documents, including communications, between Ethan Heller, on the one hand, and Daryl F. Heller, on the other, regarding the sale of or the disposition of any proceeds from the sale of the Prince Street Property.
11. All documents, including communications, between Accordo, on the one hand, and Daryl F. Heller, on the other, regarding the disposition of any proceeds from the sale of the Prince Street Property.
12. All documents, including communications, regarding the payment of distributions by Accordo to Ethan Heller from and after January 1, 2023.
13. All documents, including communications, regarding the payment of distributions by Accordo to Taite Heller from and after January 1, 2023.
14. All documents which reflect Accordo not making distributions to Charlene Heller from and after January 1, 2024.
15. All documents which reflect Accordo's compliance with ¶7(b)(2) and footnote 1 of the Court's Order dated September 3, 2025 (D.I. 530) entered in the bankruptcy case.
16. All documents which reflect Accordo's compliance with the Charging Orders of the Court of Common Pleas of Lancaster County dated June 25, 2025 in Case Nos. CI-24-06081 and No. CI-24-08600.
17. If Accordo contends that it is permitted to make distributions to some but not all of its members, all documents which support that contention.
18. All documents, including communications, regarding the decision to utilize moneys budgeted for September, 2025 to pay individuals or entities other than James F. McNulty CPA.
19. Any communications between individuals and/or entities on behalf of James F. McNulty CPA, on the one hand, and Accordo, on the other, regarding payment for outstanding services.

20. Copies of all documents showing the itemization of amounts being charged by James F. McNulty, CPA for preparing and filing the 2023 and 2024 tax returns of Accordo.