MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:        (215) 575-7000
FACSIMILE:        (215) 575-7200
EMAIL:            mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>        Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**NOTICE OF DEPOSITION**

**TO: Ethan Heller**
**c/o Richard Trenk, Esquire**
**Robet Roglieri, Esquire**
**Trenk Isabel Siddiqi & Shahdanian P.C.**
**290 W. Mt. Pleasant Avenue, Suite 2370**
**Livingston, NJ 07039**

     Orrstown Bank, by and through its undersigned counsel, Dilworth Paxson LLP, hereby

serves this Notice of Deposition pursuant to Federal Rules of Civil Procedure 30 and 34, made

applicable to this proceeding pursuant to Rules 7030, 7034 and 9014 of the Federal Rules of

Bankruptcy Procedure, on Ethan Heller and requests that Ethan Heller appear for deposition on

**November 24, 2025. commencing at 10:00 a.m.** at the offices of Dilworth Paxson LLP, 457

Haddonfield Road, Suite 700, Cherry Hill, NJ 08002, to testify as to the Motion Concerning

Comfort Order for (i) Approval of Land Swap of DHQM Properties LLC to Allocate and Distribute

Interests in Non-Debtor Properties to Accordo, LP and QDM Properties, LLC; (ii) Approval of Sale

1

of Myrtle Beach Property Where Accordo, LP has a Minority Interest; and for the Related Relief of

and Entry of Comfort Order Approving These Transactions (including attachments thereto) (the

"Motion")[1]. Said deposition will continue from day to day until complete. Said deposition will be

in person and recorded by stenographic means.

     This Notice of Deposition includes a Request for Production of Documents which is

attached hereto as Exhibit "A", and such documents should be provided to undersigned counsel

no later than November 21, 2025.

/s/ *Martin J. Weis*_____
Martin J. Weis

Date: November 17, 2025              Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 575-7000
mweis@dilworthlaw.com
Attorney for Orrstown Bank

---

[1] Capitalized terms contained herein shall have the meanings set forth in the Motion.

#125326619v1

**EXHIBIT A**

1. Documents reflecting the source of funds for the purchase by Apex of the Condominium.
2. Documents which reflect the percentage ownership interests and capital contributions of each member of Apex.
3. Documents reflecting payments made by or for Apex to Accordo, Ethan Heller, or Dakota Enck.
4. Documents reflecting obligations owed by Apex to Daryl Heller.
5. Documents reflecting payments made by Apex to or on account of Daryl Heller.
6. Documents which reflect proposed uses of net proceeds from the sale of the Condominium [A schedule will suffice].
7. 2024 federal tax return for Apex including schedules and K-1's.
8. Any surveys (including any ALTA surveys), land development plans, plot plans or tax maps showing properties owned DHQM.
9. 2024 federal tax return for DHQM with schedules and K-1's.

3