# TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.

290 West Mount Pleasant Avenue
Suite 2370
Livingston, NJ 07039

Court Plaza South, West Wing
21 Main Street, Suite 251
Hackensack, NJ 07601

P: 973.533.1000 | F: 973.533.1111 | tisslaw.com

**Richard D. Trenk, Esq.**
rtrenk@tisslaw.com
973.533.1000
Reply to Livingston office

November 17, 2025

**VIA E-MAIL Mweis@dilworthlaw.com**

Martin J. Weis, Esq.
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

Re:  **Accordo Limited Partnership/
Responses to Orrstown Second Set of Questions**

Dear Mr. Weis:

As you are aware, this office represents Accordo LP. While a Chapter 11 Trustee has been now appointed, in the interests of good faith cooperation, I enclose herein responses to the Orrstown Bank Second Set of Questions dated October 29, 2025. As you will note, certain items are beyond the scope of the Prince Street Order insofar as they do not pertain to Accordo LP.

Based upon the Trustee's appointment, we intend to cooperate with the Trustee but do not believe that any basis exists for a deposition of Ethan Heller at this time.

Obviously, we continue to be willing to discuss these matters. We reserve all rights and remedies.

Very truly yours,

Richard D. Trenk

RDT:jms

cc:    Fred Stevens, Esq. (via e-mail)
       Anthony Sodono, III, Esq. (via e-mail)
       Sari B. Placona, Esq. (via e-mail)