**Dilworth Paxson LLP**

DIRECT DIAL NUMBER:  
(215) 575-7136

Martin J. Weis  
mweis@dilworthlaw.com

November 19, 2025

**VIA ELECTRONIC MAIL**

Richard D. Trenk, Esquire  
Trenk Isabel Siddiqi & Shahdanian, P.C.  
290 W. Mt. Pleasant Avenue, Suite 2370  
Livingston, NJ 07039

      Re:    Deposition of Ethan Heller; Case No. 25-11354 (JNP)

Dear Mr. Trenk:

      Receipt of your November 17, 2025 letter is acknowledged and I am responding to your statement that Mr. Heller will not be produced for a deposition. I would suggest that you review and consider the following facts and documents (all of which either originated with or are in possession of your clients or are public records and therefore available to you) and consider whether you wish to maintain your position. The relevant facts include the following:

      On June 25, 2025, charging orders were entered by the Court of Common Pleas of Lancaster County PA against Charlene Heller's interest in Accordo and Brigantine. Those orders provided, among other things:

> 4. Unless the parties otherwise agree, Charlene Heller shall provide Orrstown Bank with detailed information concerning any and all assets corporations, partnerships, limited liability companies, or other business entities in which Accordo Limited Partnership holds an interest within 30 days of this Order.
>
> …
>
> 8. Unless the parties otherwise agree, Charlene Heller shall provide Orrstown Bank with detailed information concerning any and all assets corporations, partnerships, limited liability companies, or other business entities in which Brigantine holds an interest within 30 days of this Order.

1650 Market Street, Suite 1200 • Philadelphia, PA 19103 • 215-575-7000 • Fax: 215-754-4603  
Pennsylvania • New Jersey • New York • Delaware  
www.dilworthlaw.com

#125330877v1

Richard D. Trenk, Esquire
Trenk Isabel Siddiqi & Shahdanian, P.C.
November 19, 2025
Page 2

    On August 26, 2025, your client submitted a certification and budget for Accordo. For September, Accordo budgeted proposed cash out flows of $20,082.00.

    On September 3, 2025, the Bankruptcy Court entered the Order approving the sale of the Prince Street property which included an agreement regarding the use of net proceeds from the sale and an increase in the amount to be distributed to Accordo to allow it to pay its accountants. [D.I. 530] The Prince Street Order provided:

> fn.1. $65,915 is the approximate amount required for operating expenses for September, October and November. Thus, on average each month is approximately $21,971. The first month requires an additional $12,000 to pay the accountant to complete the 2023 and 2024 tax returns. The Debtor was required to retain a new accountant. Accordingly, the first month will require $33,971 and shall be paid immediately upon execution of this Consent Order. Out of the remaining Sales Proceeds being escrowed (referred to as the "Accordo Proceeds") for October and November of $43,942, such funds shall immediately be released upon Accordo providing the deliverables pursuant to Section 8 herein. All expense amounts are subject to a ten (10%) variance.
>
> …
>
> 8. Within thirty (30) days of the date of this Order, Accordo shall deliver to Orrstown Bank and Deerfield Capital, LLC (i) copies of all real estate deeds as to which Accordo is an owner, (ii) copies of its tax returns filed for the years 2021 and 2022 (iii) tax returns for 2023 and 2024, which are being prepared and such other financials as Orrstown Bank and Deerfield Capital, LLC may reasonably request, (iv) a list of Accordo's assets. (collectively the "Asset Information"), and (v) K-1's issued by Accordo for 2021-2024. Once items (i) – (iii) and (v) are delivered, the proceeds in the amount of $43,915, in accordance with paragraph 7(b)(1) above shall be released.

    On September 30, 2025, Orrstown sent counsel a series of questions regarding the assets of Brigantine. In that email, I specifically stated that it was being done pursuant to the Charging Order.

    On October 3, 2025, Accordo provided copies of deeds, the 2021-2023 tax returns, and a list of assets.

    On October 3, 2025, Orrstown served Accordo with its first set of questions regarding the

#125330877v1

Exhibit 12 to Dec - Ltr to Attorney Trenk re Ethan Heller Deposition    Page 3 of 4

Richard D. Trenk, Esquire
Trenk Isabel Siddiqi & Shahdanian, P.C.
November 19, 2025
Page 3

assets of Accordo.

On October 7, 2025, Accordo advised that it needed access to additional funds to pay its accountant before the accountant would release the 2024 tax return. On or about October 8, 2025, Accordo provided a schedule of payments made by it subsequent to the entry of the Prince Street Order. That schedule shows no payment made to the accountant.

On October 20, 2025, Orrstown and Deerfield received Responses of Accordo to Initial Questions of Orrstown Bank along with additional documents bates stamped ALP 2414-21. The responses to questions separately sent by Orrstown on September 30, 2025 regarding Brigantine Group L.P. et al were included with and consolidated into that response.

On October 29, 2025, Orrstown Bank served its Second Set of Questions Dated October 29, 2025 Regarding Accordo Limited Partnership's Assets. Because the October 20 2025 responses from counsel provided consolidated answers to questions addressed to Accordo and Brigantine, this second set of questions included questions regarding Brigantine and its affiliates.

On October 30, 2025, your firm filed its Notice of Appearance and Request for Service of Notice on behalf of Accordo, L.P., Brigantine Group (L.P.), Brookfield Partners, Charlene Heller, Ethan Heller, and Taite Heller. [D.I. 631].

On November 12, 2025, Accordo filed its Motion to Approve Payment of Accounting Fees for 2023 and 2024 Tax Returns and Approval of Revised Accordo Operating Budget and Entry of Order Direct Disbursements. [D.I. 649] (the "Accountant Motion"). The Accountant Motion relies upon the affidavit of Ethan Heller attached thereto.

On November 13, 2025, Accordo filed its Motion Concerning Comfort Order for (i) Approval of Land Swap of DHQM Properties LLC to Allocate and Distribute Interests in Non-Debtor Properties to Accordo, LP and QDM Properties, LLC; (ii) Approval of Sale of Myrtle Beach Property where Accordo, LP has a minority Interest; and for related Relief. [D.I. 650] (the "Apex Motion"). The Apex Motion relies upon the affidavit of Ethan Heller attached thereto.

On November 14, 2025, Orrstown served its notice of deposition of Ethan Heller in connection with the Accountant Motion.

On November 17, 2025, Orrstown served its notice of deposition of Ethan Heller in connection with the Apex Motion.

On November 17, 2025, Accordo advised that it would not be producing Ethan Heller for a deposition.

In short, your clients are subject to at least two State Court Orders and one Bankruptcy Court Order which require them to provide information to Orrstown Bank. In addition, Mr. Heller

Pennsylvania • New Jersey • New York • Delaware
www.dilworthlaw.com

#125330877v1

Richard D. Trenk, Esquire
Trenk Isabel Siddiqi & Shahdanian, P.C.
November 19, 2025
Page 4

has submitted multiple sworn certifications in the Bankruptcy Court, including two in the last week, on account of which Orrstown Bank is entitled to take discovery.

    Orrstown Bank does not want to spend time or resources engaging in an unproductive exchange or debate on whether it is entitled to Mr. Heller's deposition. Based on the foregoing, please let me know when we speak tomorrow if Mr. Heller will be attending the scheduled deposition on Monday so that I can schedule a court reporter. Please note that I am available on December 2 or 4, 2025 if either of these dates are better.

    If I do not hear from you, I will consider your position as unchanged and proceed accordingly.

    Thank you.

Sincerely,

Martin J. Weis

MJW:rg

#125330877v1