| | | | | | Cash Balance 8/31/25 | Money In | Money Out | Cash Balance 10/7/25 |
|---|---|---|---|---|---|---|---|---|
| | | | | | $5,017.79 | $45,412.82 | $49,139.89 | $1,290.72 |

| date | Spent | Received | From/To | Description |
|---|---|---|---|---|
| 10/6/2025 | $150.00 | | Brookfield Partners LP | Brookfield opex funding |
| 10/3/2025 | | $699.96 | Grace Root (treasurer for township) | Refund from duplicate payment of June PA real estate taxes |
| 10/2/2025 | | $358.20 | Stubhub | Eagles ticket sales income |
| 10/2/2025 | $6,723.75 | | Equity Estates Fund IV | Quarterly Management fee |
| 10/1/2025 | $4,652.16 | | Frontier Farm Credit | KS loan payment (monthly) |
| 10/1/2025 | | $200.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met |
| 10/1/2025 | $17.50 | | Melio | software subscription |
| 10/1/2025 | $18,304.08 | | Frontier Farm Credit | KS loan payment (annual) |
| 9/30/2025 | $15.00 | | Capital One | Wire transfer fee |
| 9/30/2025 | | $3,756.83 | The Machine, Inc. | Seller financing |
| 9/30/2025 | | $300.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met |
| 9/30/2025 | $145.42 | | Foremost Insurance | KS Insurance |
| 9/29/2025 | $100.00 | | Brookfield Partners LP | Brookfield opex funding |
| 9/29/2025 | $121.90 | | Quickbooks | software subscription |
| 9/24/2025 | | $1,197.00 | MVR | Airbnb income |
| 9/22/2025 | $39.99 | | Tri County | Airbnb internet |
| 9/22/2025 | $200.00 | | Brookfield Partners LP | Brookfield opex funding |
| 9/18/2025 | $823.16 | | Capital One | Credit card payment |
| 9/18/2025 | | $1,173.00 | Tickpick | Eagles ticket sales income |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $79.50 | | Quickbooks | software subscription |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/11/2025 | $3,911.48 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $1,063.94 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $995.69 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $850.00 | | Betts Land Company, Inc. | KS cabin appraisal |
| 9/11/2025 | $2,250.00 | | Ethan Heller | Normal-course Quarterly distributions |
| 9/11/2025 | $971.60 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $2,100.00 | | Taite Heller | Normal-course Quarterly distributions |
| 9/11/2025 | $141.52 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/10/2025 | $107.95 | | Tri County | Airbnb utilites |
| 9/10/2025 | $15.00 | | Capital One | Wire transfer fee |
| 9/10/2025 | | $33,971.00 | Escrow account | September Funding |
| 9/8/2025 | $251.83 | | Ethan Heller | Repayment of bridge funding provided by Ethan Heller in August to cover opex before September funding was received |
| 9/5/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/4/2025 | $39.84 | | Caney Valley Electric Cooperative Association | KS utilities payment |
| 9/3/2025 | $17.50 | | Melio | software subscription |
| 9/3/2025 | $200.00 | | Luma Financial Group LLC | Luma Financial Group Professional Services Fee |
| 9/3/2025 | $43.00 | | Chautauqua Rural Water District #4 | KS utilities payment |
| 9/2/2025 | $4,652.16 | | Frontier Farm Credit | KS Loan Payment (Monthly) |
| 9/2/2025 | $145.42 | | Foremost Insurance | KS Insurance |
| 9/2/2025 | | $3,756.83 | The Machine, Inc. | Seller financing |

| | | Cash Balance 8/31/25 | Money In | Money Out | Cash Balance 10/7/25 |
|---|---|---|---|---|---|
| | | $5,017.79 | $45,412.82 | $49,139.89 | $1,290.72 |

| date | Spent | Received | From/To | Description |
|---|---|---|---|---|
| 10/6/2025 | $150.00 | | Brookfield Partners LP | Brookfield opex funding |
| 10/3/2025 | | $699.96 | Grace Root (treasurer for township) | Refund from duplicate payment of June PA real estate taxes |
| 10/2/2025 | | $358.20 | Stubhub | Ealges ticket sales income |
| 10/2/2025 | $6,723.75 | | Equity Estates Fund IV | Quarterly Management fee |
| 10/1/2025 | $4,652.16 | | Frontier Farm Credit | KS loan payment (monthly) |
| 10/1/2025 | | $200.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met |
| 10/1/2025 | $17.50 | | Melio | software subscription |
| 10/1/2025 | $18,304.08 | | Frontier Farm Credit | KS loan payment (annual) |
| 9/30/2025 | $15.00 | | Capital One | Wire transfer fee |
| 9/30/2025 | | $3,756.83 | The Machine, Inc. | Seller financing |
| 9/30/2025 | | $300.00 | Ethan Heller | Ethan providing bridge funding to ensure loan obligations are met |
| 9/30/2025 | $145.42 | | Foremost Insurance | KS insurance |
| 9/29/2025 | $100.00 | | Brookfield Partners LP | Brookfield opex funding |
| 9/29/2025 | $121.90 | | Quickbooks | software subscription |
| 9/24/2025 | | $1,197.00 | MVR | Airbnb income |
| 9/22/2025 | $39.99 | | Tri County | Airbnb internet |
| 9/22/2025 | $200.00 | | Brookfield Partners LP | Brookfield opex funding |
| 9/18/2025 | $823.16 | | Capital One | Credit card payment |
| 9/18/2025 | | $1,173.00 | Tickpick | Ealges ticket sales income |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $79.50 | | Quickbooks | software subscription |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/15/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/11/2025 | $3,911.48 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $1,063.94 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $995.69 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $850.00 | | Betts Land Company, Inc. | KS cabin appraisal |
| 9/11/2025 | $2,250.00 | | Ethan Heller | Normal-course Quarterly distributions |
| 9/11/2025 | $971.60 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/11/2025 | $2,100.00 | | Taite Heller | Normal-course Quarterly distributions |
| 9/11/2025 | $141.52 | | Jasper-Troupsburg School District | NY real estate taxes |
| 9/10/2025 | $107.95 | | Tri County | Airbnb utilites |
| 9/10/2025 | $15.00 | | Capital One | Wire transfer fee |
| 9/10/2025 | | $33,971.00 | Escrow account | September Funding |
| 9/8/2025 | $251.83 | | Ethan Heller | Repayment of bridge funding provided by Ethan Heller in August to cover opex before September funding was received |
| 9/5/2025 | $1.50 | | Melio | Bill payment software fee |
| 9/4/2025 | $39.84 | | Caney Valley Electric Cooperative Association | KS utilities payment |
| 9/3/2025 | $17.50 | | Melio | software subscription |
| 9/3/2025 | $200.00 | | Luma Financial Group LLC | Luma Financial Group Professional Services Fee |
| 9/3/2025 | $43.00 | | Chautauqua Rural Water District #4 | KS utilities payment |
| 9/2/2025 | $4,652.16 | | Frontier Farm Credit | KS Loan Payment (Monthly) |
| 9/2/2025 | $145.42 | | Foremost Insurance | KS Insurance |
| 9/2/2025 | | $3,756.83 | The Machine, Inc. | Seller financing |