| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)* |
| Ciardi Ciardi & Astin<br>Albert A. Ciardi, III, Esquire<br>Daniel S. Siedman, Esquire<br>1905 Spruce Street,<br>Philadelphia, PA 19103<br>Telephone:  215-557-3550<br>Facsimile:  215-557-3551<br>aciardi@ciardilaw.com<br>dsiedman@ciardilaw.com |

| | |
|---|---|
| *In re:* | Chapter 11 |
| Daryl Fred Heller | Case No. 25-11354 (JNP) |
| Debtor. | |

## JOINDER OF DEERFIELD CAPITAL, LLC TO OBJECTIONS OF ORRSTOWN BANK TO MOTION CONCERNING PAYMENT OF ACCOUNTING FEES AND APPROVAL OF NEW BUDGET [D.I. 649] AND MOTION FOR APPROVAL OF DHQM LAND SWAP AND SALE OF MYRTLE BEACH PROPERTY [D.I. 650] AND CROSS-MOTION TO STRIKE CERTIFICATIONS OF ETHAN HELLER IN SUPPORT THEREOF

Deerfield Capital, LLC ("Deerfield"), by and through undersigned counsel, hereby joins in Orrstown Bank's objections to the Motion Concerning (i) Payment of Accounting Fees for 2023 and 2024 Tax Returns; and (ii) Approval of Revised Accordo Operating Budget and Entry of Order Directing Disbursements (the "Disbursement Motion") (D.I. 649) and the Motion Concerning Comfort Order for (i) Approval of Land Swap of DHQM Properties LLC to Allocate and Distribute Interests in Non-Debtor Properties to Accordo, LP and QDM Properties, LLC; (ii) Approval of Sale of Myrtle Beach Property Where Accordo, LP has a Minority Interest; and for the Related Relief of an Entry of Comfort Order Approving These Transactions (D.I. 650) (the "DHQM/Apex Motion" and, together with the Disbursement Motion, the "Motions") and Cross-Motion to Strike the Certifications of Ethan Heller submitted in support of the Motions.

As such, the Deerfield joins in the Objections and Cross-Motion and reserves the right to seek any additional relief.

Dated: December 2, 2025

Respectfully submitted,

CIARDI CIARDI & ASTIN

By: _____
Albert A. Ciardi, III, Esquire
1905 Spruce Street,
Philadelphia, PA 19103
(215) 557-3550 Phone
(215) 557-3551 Fax
*Attorneys for Deerfield Capital, LLC*