**TRENK ISABEL SIDDIQI
& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>**Hearing Date: December 9, 2025** |

### REPLY TO ORRSTOWN BANK OBJECTIONS

Accordo Limited Partnership ("Accordo") hereby replies to the objections of Orrstown Bank to the Accordo Motions to approve payment of accounting fees and revised budget and Motion for approval of land transactions and respectfully submits as follows:

1. Orrstown's rambling rehash of its positions is neither necessary nor appropriate and completely misses the mark.

2. Since the appointment of the Chapter 11 Trustee, Accordo and its professionals have fully cooperated and met with the Trustee, his counsel and the Trustee's accountants.

3. Numerous documents have been provided to the Trustee and Accordo has and continues to work cooperatively with the Trustee to provide any and all relevant information regarding the proposed transactions.

4. Accordo is not a debtor before this Court and therefore no automatic stay or other provisions exist.

5. The terms and conditions of the Status Quo [ECF 96] Order and Amended Status Quo Order [ECF 119] have clearly expired.

6. The Examiner's initial Report was filed on June 9, 2025 and the second Report was filed on August 13, 2025. Therefore, pursuant to paragraph 3 of the Amended Status Quo Order, the status quo expired on or about October 13, 2025. Thereafter, the application for a trustee was made and a trustee is now in place.

7. According to Leo M. Gibbons, Esq. of the MacElree Harvey law firm, the balancve of the Prince Street sale proceeds are $494,490.34. Thus, there are ample liquid assets available to meet the Accordo budgeted requirements.

8. It is undisputed that the basic premise of the Status Quo and Amended Status Quo Orders was that answers be provided to specific questions about Accordo. All of those answers have been provided to Deerfield's counsel. No basis exists to depose Ethan Heller as there are no material disputed facts and full compliance with all requirements have been met. Moreover, regardless of Orrstown's complaints, the Trustee is the appropriate fiduciary at this point. Ethan Heller has been fully cooperative with respect to all issues.

9. Regardless of the expiration of the status quo orders, Accordo timely filed the Motions [ECF 649, 650] before this Court seeking the various necessary and critical relief sought.

10. First and foremost, Accordo is exercising its business judgment in an effort to maximize the value of Accordo's assets.

11. At its heart, to the extent that the Trustee and Orrstown have any direct claims against Accordo, maximizing the value of Accordo's assets by preserving the status quo and

making timely payments such as for mortgage loans, real estate taxes, insurance and IRS/City of Philadelphia taxes and penalties is necessary and critical to preserve and maximize the value of Accordo.

12. Nothing in the Motions will prejudice any rights of the Trustee or Orrstown to the extent they have any rights.

13. The reason that 2024 tax returns have not been provided to Orrstown is because they have not yet been released by the accountant. As set forth in the Motion, the accountant refused to complete and release the 2024 tax returns until he is paid for both the 2023 and 2024 tax returns. Mr. McNulty has issued an invoice which is uncontested whereby when paid $26,250, he will complete and release the 2024 tax returns and they will be filed and available. The fact that the accountant is charging more than anticipated is not a basis to claim self-dealing or any impropriety by Accordo.

14. Therefore, under that analysis since the Court's earlier Order provided that an additional $43,942 would be released upon the 2024 tax returns being available, it is axiomatic that the $43,942 should be released at this time. ECF 530 at 3.

15. It is clear that Orrstown is merely attempting to hold the budget hostage and damage the value of Accordo without making any examination of the particular budget items which for the most part involve mortgage payments, real estate taxes, insurance and related expenditures.

16. There is no allegation nor could there be that any self-dealing has occurred or that any of this has an impact on orders from a Pennsylvania court. This is a reckless and irresponsible effort to take baseless and unfounded shots at principals of Accordo.

17. The advances by Ethan Heller are detailed below and clearly critical to Accordo's assets:

| | Date | Amount | Uses |
|---|---|---|---|
| Ethan Loan 1 | 9/30/2025 | $ 320.00 | To pay $145 insurance, $15 wire fee, other opex |
| Ethan Loan 2 | 10/1/2025 | $ 200.00 | Advance funding to ensure no ACH payments bounced between 9/30 and 10/2 |
| Ethan Loan 3 | 10/31/2025 | $ 4,400.00 | To pay KS $4652 Loan Payment |
| Ethan Loan 4 | 11/18/2025 | $ 800.00 | To pay credit card payment and Orrstown appraisal KS payment |
| Ethan Loan 5 | 11/25/2025 | $ 750.00 | To pay KS $4652 Loan Payment |
| Ethan Loan 6 | 11/29/2025 | $ 2,500.00 | To pay KS $4652 Loan Payment |
| Totals | | $ 8,970.00 | |

18. The payments of $4,652 per month are for the first mortgage on 486 acres of vacant land in Kansas due to Frontier Farm Credit.

19. No one can or should dispute that these monies have been disbursed and, therefore, maintain and maximize the value of Accordo by avoiding unnecessary penalties and interest.

20. Based upon the foregoing, and Accordo's continued cooperation with the Trustee, the Court should reject a scattered shot attack by Orrstown upon Accordo and its principals and instead allow the Trustee to exercise his fiduciary obligations on behalf of all creditors. In that vein, Accordo should be permitted to exercise its business judgment to maintain and maximize the value of its assets on notice to the Trustee.

Dated: December 3, 2025

**TRENK ISABEL SIDDIQI
& SHAHDANIAN P.C.**

By: /s/ Richard D. Trenk
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law
*Counsel for Accordo Limited Partnership*