**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

Order Filed on December 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>December 9, 2025 |

### INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP AND PRESERVING *STATUS QUO*

The relief set forth on the following pages, numbered two (2) and five (5), is hereby **ORDERED.**

**DATED: December 10, 2025**

/s/ Jerrold N. Poslusny, Jr.

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

**THIS MATTER** having been opened to the Court by Trenk Isabel Siddiqi & Shahdanian P.C. attorneys for Accordo Limited Partnership ("Accordo") by the filing of two (2) Motions to approve certain transactions, and the Court having previously entered a Consent Order preserving *status quo* dated March 6, 2025 and an Amended Consent Order preserving *status quo* dated March 14, 2025, and a separate order regarding the Prince Street proceeds, and those monies having been escrowed with the firm of MacElree Harvey, Ltd., and for good cause shown:

**IT IS ORDERED** as follows:

1. The law offices of MacElree Harvey, Ltd. be and is hereby authorized to wire the proceeds held in its escrow from the Prince Street Sale proceeds to Trenk Isabel Siddiqi & Shahdanian P.C. (the "Trenk Firm"), as attorneys for Accordo ("Accordo Escrow"). MacElree Harvey, Ltd. shall have no further responsibility for the Accordo Escrow after it completes the transfer to the Trenk Firm.

2. Accordo be and is hereby authorized to close the pending transaction whereby the Myrtle Beach condominium will be sold for consideration of not less than $231,000[1] which net proceeds shall be held by Trenk Isabel Siddiqi & Shahdanian P.C. in the Accordo Escrow ("Net Proceeds"). Net Proceeds shall be after payment of normal customary closing expenses including

---

[1] To the extent any additional closing adjustments are needed, or the current buyers fail to close and a new contract is obtained, Accordo shall provide whatever documentation exists to the Trustee or Orrstown who shall be authorized to approve same without further order of the court. If the Trustee will not approve such adjustments or new contract, Accordo may seek court approval on short notice to the Trustee.

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

condominium/HOA fees, real estate tax adjustments, commissions and other expenses which must be paid in order to transfer title. A copy of the closing statement shall be provided to the Trustee after the closing. Notwithstanding the foregoing, the Closing Costs set forth in Para. 28 of the Motion will not exceed $18,612.06 with a ten (10%) variance unless the Trustee approves same on notice to Orrstown Bank.

3. From the Accordo Escrow, the Trenk Firm is authorized to disburse to Accordo the following payments which shall be used in accordance with these line items:

| **PURPOSE** | **AMOUNT**[2] | |
|---|---|---|
| Loan Payment on Kansas Land | $4,652/per month | |
| Real Estate Taxes – Kansas Land | $2,428 | |
| Real Estate Taxes – New York State | $6,549 | |
| Insurance – Kansas | $145/per month | Two months |
| Insurance – 466 Plank Road PA | $978 | |
| Tax Preparation Fees to James McNulty CPA Firm | $26,250[3] | |
| 2023 Tax Penalties/Interest (IRS/City of Philadelphia) | $18,507 | |
| Software/Subscriptions | $572/December $154/January | Total $726 |
| Equity Estates Quarterly Fee | $6,724 | |

---

[2] A variance of ten (10%) percent is permitted on each line item.
[3] Upon receipt, the Accordo 2024 tax returns and all K-1s shall be provided to the Trustee and Orrstown Bank. In addition, Accordo will authorize Mr. McNulty to provide all work papers for the 2024 tax returns to the Trustee's professionals and Orrstown Bank.

(Page 4)

| Debtor: | Daryl Fred Heller |
|---|---|
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

| **PURPOSE** | **AMOUNT**[2] | |
|---|---|---|
| DHQM/DCT/DQCT Real Estate Taxes (pro rata share) | $11,010 | |
| Utilities/Maintenance – Kansas | $124/month | Two months |
| Utilities/Maintenance – 466 Plank Road PA | $904/December $490/January | Total $1,394 |
| Wire/ACH/Bank Fees | $40/month | Two months |
| Brookfield LP Opex | $7,203/December $2,782/January | Total $9,985 |
| **TOTAL** | **$89,821** | |

4.   Accordo shall provide a listing of income and disbursements to the Trustee and Orrstown Bank every two weeks beginning December 24, 2025 and continuing every two weeks thereafter until the Adjourned Hearing Date. All other Accordo assets shall be maintained in their current status without prejudice to all rights, remedies and defenses.

5.   The pending motion to approve the Accordo Budget and enter into certain transactions with DHQM Properties, LLC shall be adjourned until **January 27, 2026 at 11:00 A.M.** ("Adjourned Hearing Date") with any supplemental papers to be filed by January 22, 2026.

6.   On the Adjourned Hearing Date, the court shall consider the pending motions including the full Accordo Budget, disbursements to Ethan Heller for services rendered and any advances made or incurred concerning Accordo assets.

7.   Accordo and its members agree to continue to provide the Trustee and Orrstown Bank with reasonable cooperation and due diligence regarding Accordo's assets, revenues,

(Page 5)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

expenses and liabilities without the need for a formal Rule 2004 subpoena including any details concerning transfers to or for the benefit of the Debtor, his entities and insiders. To the extent the Trustee determines that a Rule 2004 examination of Ethan Heller is necessary, the parties shall confer and cooperate to provide same before the Adjourned Date. To the extent the Trustee determines not to conduct a Rule 2004 or deposition, Orrstown reserves the right to seek a Rule 2004 or deposition without prejudice to Accordo's rights and defenses; if the issue is not resolved between the parties, any party may seek court intervention via letter submission on notice to all other parties.