| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller, the Chapter 11 Debtor* | Order Filed on December 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DARYL FRED HELLER,<br><br>          Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |

**ORDER ALLOWING SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR DEBTOR, FOR THE PERIOD FROM JUNE 1, 2025, THROUGH SEPTEMBER 30, 2025**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having found that the person named below filed an application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed on an interim basis as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McManimon, Scotland & Baumann, LLC *Counsel to Daryl Fred Heller, Debtor and Debtor-in-Possession* | $300,420.00 | $ 5,920.95 |

**IT IS FURTHER ORDERED** that payments from the Debtor's estate, by the Chapter 11 Trustee or other representative of the Debtor's estate, shall only by made by further order of the Court.

4904-3139-2641, v. 1