UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Natalie R. Young, Esquire
Attorney I.D. No. 903672012
MacElree Harvey, Ltd.
17 W. Miner Street, Box 660
West Chester, PA 19381-0660
(610) 436-0100
nyoung@macelree.com

In Re:
Daryl Fred Heller

Case No.: 25-11354
Chapter: 11
Judge: Poslusny

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

Please take notice that the undersigned counsel hereby withdraws their appearance on behalf of Charlene Heller, Ethan Heller, Taite Heller, Accordo, L.P., Brookfield, L.P. and Brigantine Group, L.P. [Doc. 110] (collective "Accordo Parties") in the above-captioned Chapter 11 case.

Please take further notice that the undersigned requests that all further service of notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that they be removed from electronic (ECF) notices or paper mailings in these cases as counsel of record for Accordo Parties.

Date: 12/15/25

Respectfully submitted,

By: _____
Natalie R. Young, Esquire
MacElree Harvey, Ltd.
17 W. Miner Street, Box 660
West Chester, PA 19381-0660
Telephone: 610-436-0100
Email: nyoung@macelree.com
Counsel for Charlene Heller,
Ethan Heller, Taite Heller, Accordo,
L.P., Brookfield, L.P. and Brigantine
Group, L.P.

Admitted Pro Hac Vice:

By: _____
Leo M. Gibbons, Esquire – Penna. Atty. #67267
MacElree Harvey, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on Dec. 15, 2025.

By: _____
Natalie R. Young, Esquire
MacElree Harvey, Ltd.