# **Exhibit A**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.* | |
| In re:<br><br>DARYL FRED HELLER,<br><br><div align="right">Debtor.</div> | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER PURSUANT TO 11 U.S.C. 1112(b) CONVERTING THE
DEBTOR'S CASE TO CHAPTER 7**

The relief set forth on the following page is **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No: | 25-11354 (JNP) |
| Caption of Order: | Order Converting the Debtor's Case to Chapter 7 |

Upon consideration of the Motion (the "Motion")[1], of Fred Stevens Chapter 11 trustee (the "Trustee") of the Estate of Daryl Fred Heller (the "Debtor"), pursuant to section 1112(b) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the conversion of the Debtor's case to Chapter 7; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion is granted as set forth herein.

2. Pursuant to 11 U.S.C. § 1112(b), the Debtor's case is converted from Chapter 11 to Chapter 7, effective as of the date of entry of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term as in the Motion.

2