| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Klestadt Winters Jureller Southard & Stevens, LLP**<br>200 West 41st Street, 17th Floor<br>Sean C. Southard<br>Christopher Reilly<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*General Counsel to Fred Stevens, in*<br>*his capacity as Chapter 11 Trustee.* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>             Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |

## CERTIFICATION OF SERVICE

1.      I, Lily Nevins-Perle, am a paralegal employed by Klestadt Winters Jureller Southard & Stevens, LLP, general counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.

2.      On December 18, 2025, I caused the following documents to be served upon the parties identified in the attached service list through a third-party service provider. A copy of the Declaration of Mailing Certificate of Service provided by the vendor is attached hereto as **Exhibit A**.

- Chapter 11 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) Converting the Debtor's Case to Chapter 7 [Docket No. 707]

        I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 23, 2025

                                            */s/ Lily Nevins-Perle*

                                            Lily Nevins-Perle

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Department of Justice<br>Office of the United States Trustee<br>Jeffrey M. Sponder, Esq.<br>One Newark Center, Ste. 2100<br>Newark, NJ  07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Edward Phillips, CPA<br>Getzler Henrich & Associates<br>295 Madison Avenue, 20th Floor<br>New York, NY 10017 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Kurt F. Gwynne, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Albert Ciardi, III, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Steven Mitnick, Esq.<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Marc D. Miceli, Esq.<br>S. Mitnick Law PC<br>P.O. Box 530<br>49 Old Turnpike Road<br>Oldwick, NJ 08858 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Martin J. Weis, Esq.<br>Dilworth Paxson LLP<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Gerard S. Catalanello<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| AIS Portfolio Services, LLC<br>Attn: BMW Bank of North America Dept.<br>Account: XXXXXX9616<br>4515 N Santa Fe Avenue, Dept. APS<br>Oklahoma City, OK 73118 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Archer & Greiner, PC<br>Attn: Jerrold S. Kulback, Esq.<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| Christopher J. Leavell, Esq.<br>Klehr, Harrison, Harvey, Branzburg LLP<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ 08053 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Marshall T. Kizner, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Edmond M. George, Esq.<br>Obermayer Rebmann Maxwell & Hippel<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Christopher P. Mazza, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Rachel A. Parisi, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| William E. Craig, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Ste 200<br>Cherry Hill, NJ 08034 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Janet L. Gold, Esq.<br>Eisenberg, Gold & Agrawal, PC<br>1040 North Kings Highway, Ste 200<br>Cherry Hill, NJ 08034 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| E. Richard Dressel, Esq.<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis<br>75 Livingston Avenue - Suite 301<br>Roseland, New Jersey 07068 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Jeffrey M. Lichtstein, Esq.<br>Rosenberg Martin Greenberg, LLP<br>25 South Charles Street, 21st Floor<br>Baltimore, MD 21201 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Natalie Young, Esq.<br>MacElree Harvey, Ltd.<br>17 W. Miner Street, Box 660<br>West Chester, PA 19381-0660 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
|---|---|---|
| Donald W. Clarke, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Jaclynn N. McDonnell, Esq.<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| G. William Bartholomew, Esq.<br>Saxton & Stump LLC<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA 17601 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| David M. Burkholder, Esq.<br>Wisler Pearlstine, LLP<br>45 Liberty Boulevard, Suite 230<br>Malvern, PA 19355 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Auston Business Finance<br>Attn: Chris Mundt, Esq.<br>4853 Williams Drive, Suite 111, Office G<br>Georgetown, TX78633 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chicago Atlantic Advisors, LLC<br>c/o Andrew Lovitt<br>420 North Wabash Avenue, Suite 500<br>Chicago, IL 60611 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chicago Atlantic Advisors, LLC<br>c/o Greg Kramer, Esq.<br>Haynes & Boone, LP<br>30 Rockefeller Plaza, 26th Floor<br>New York, Ny 10112 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| First Commonwealth<br>22 East Roseville Road, Unit D<br>Lancaster, PA 17601 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| First National Bank<br>c/o Steven Markunas<br>1205 West lakes Drive<br>Suite 260, 2nd Floor<br>Berwyn, PA 19312 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| First National Bank<br>Donna Donaher, Esq.<br>100 Federal Street, 4th Floor<br>Pittsburgh, PA 15212 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Funders App, LLC (Fondonatics)<br>c/o Michele David<br>3323 NE 163rd Street, Suite 401<br>North Miami Beach, FL 33160 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Libertas Funding<br>c/o Randy Saluck, CEO<br>411 W. Putnam Avenue, Suite 220<br>Greenwich, CT 06830 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Mid Penn Bank<br>c/o Pamela Keefer<br>349 Union Street<br>Millersburg, PA 17061 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Needham Bank<br>c/o Joseph Campanelli, Pres. & CEO<br>1063 Great Plain Avenue<br>Needham, MA 02492 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Needham Bank<br>c/o Gustav Stickley, Esq.<br>Blank Rome<br>125 High Street<br>Boston, MA 02110 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Needham Bank<br>c/o Frank Segall, Esq.<br>Scott Moskol, Esq.<br>Blank Rome<br>125 High Street<br>Boston, MA 02110 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Reliance Platinum 633<br>167th Street, Suite 804<br>Miami, FL 33162 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Traditions Bank<br>c/o Sean Summers, Esq.<br>Summers Nagy Law Offices<br>35 South Duke Street<br>York, PA 17401 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| UniBank<br>c/o Yuko Elliot, SVP<br>19315 Highway 99<br>Lynnwood, WA 98036 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Accordo, L.P.<br>415 N. Prince Street<br>Lancaster, PA 17603-3876 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Alston & Bird<br>Attn: Seth Cohen<br>90 Park Avenue<br>New York, NY 10016 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Attn: Stephen Montgomery<br>424 Church Street, Suite 800<br>Nashville, TN 37219 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Charred Cuts, LLC<br>c/o Gilbert Kraybill & Hess LLP<br>2933 Lititz Pike, P.O. Box 5349<br>Lancaster, PA 17606-5349 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Attn: Kimberly Kodis Schiffman<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Attn: Enrique Chaljub Garcia<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Amex<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| American Express National Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Alston & Bird LLP<br>Attn: Jonathan Wieder<br>90 Park Avenue<br>New York, NY 10016 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Alston & Bird LLP<br>Attn: James J. Vincequerra<br>90 Park Avenue<br>New York, NY 10016 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Automated ATM Solutions, Inc. D/B/A/ Cypress<br>18291 N. Pima Road, No. 110-131<br>Scottsdale, AZ 85255-5697 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Avenaero Holdings LLC<br>2126 N. Rocky Top Road<br>Battlefield, MO 6519-8101 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Barley Snyder<br>Attn: Matthew G. Brushwood<br>2755 Century Boulevard<br>Wyomissing, PA 19610 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| BMW Bank of North America AIS Portfolio Services, LLC<br>4515 N. Santa Fe Avenue, Dept. APS<br>Oklahoma City, OK 73118-7901 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Bryan Zeamer & Heather Zeamer<br>1000 Old Line Road<br>Manheim, PA 1754-8219 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Can Capital, Inc., as assignee of WebBank<br>1850 Parkway Place, Suite 1150<br>Marietta, GA 30067-4439 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Carol Welkowitz, executrix of the Estate of Richard Welkowitz<br>382 Amber Drive<br>Lititz, PA 17543-6501 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| CFG Merchant Solutions, LLC<br>c/o Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601-6211 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| CGA Law Firm<br>Attn: Lawrence Young<br>135 N. George Street<br>York, PA 17401 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Charlene Heller<br>909 Greenside Drive<br>Lititz, PA 17543-6607 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chicago Atlantic Advisors, LLC<br>c/o Elizabeth Quinlivan, VP<br>420 North Wabash Avenue, Suite 500<br>Chicago, IL 60611-5626 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chipman Brown Cicero & Cole LLP<br>Attn: Kelly Rowe<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chun Chau<br>2710 Sunbright Drive<br>Diamond Bar, CA 91765-3551 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Ciardi Ciardi & Astin<br>Attn: Daniel S. Siedman<br>1905 Spruce Street<br>Philadelphia, PA 19103 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Claudia Z. Springer<br>1310 Meeting House Road<br>P.O. Box 448<br>Gwynedd, PA 19436-0448 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Corporation Service Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Credibility Funding<br>25200 Telegraph Road, Suite 350<br>Southfield, MI 48033-7416 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Credibly of Arizona LLC<br>1501 W Fountainhead Parkway, Suite 630<br>Tempe, AZ 85282-1857 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| CT Corporation System<br>Attn: SPRS<br>330 N. Brand Boulevard, Suite 700<br>Glendale, CA 91203-2308 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Customers Bank<br>99 Bridge Street<br>Phoenixville, PA 19460-3411 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Daryl Fred Heller<br>909 Greenside Drive<br>Lititz, PA 17543-6607 | *Debtor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Deerfield Capital, LLC c/o Eric Warfel<br>16 Deerfield Road<br>Lancaster, PA 17603-9608 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Dickinson Wright PLLC<br>Attn: Stephen M. Montgomery<br>424 Church Street, Suite 800<br>Nashville, TN 37219-2395 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Dilworth Paxson LLP<br>Attn: Martin J. Weis, Esq.<br>1650 Market Street, Suite 3500E<br>Philadelphia, PA 19102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Dist Dir of IRS<br>Insolvency Function<br>P.O. Box 724<br>Springfield, NJ 07081-0724 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Ethan Heller<br>330 N. Lime Street<br>Lancaster, PA 17602-2355 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| FC Capital Holdings, LLC<br>Attn: Mike Henshaw<br>420 Stevens Avenue, Suite 120<br>Solana Beach, CA 92075-2074 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| First National Bank<br>c/o Steven Markunas<br>1205 Westlakes Drive, Suite 260, 2nd Floor<br>Berwyn, PA 19312-2427 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| First National Bank of Pennsylvania<br>Attn: Donna Donaher, Esq.<br>626 Washington Place<br>Pittsburgh, PA 15219-3474 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fulton Bank, N.A.<br>1695 State Street<br>East Petersburg, PA 17520-1328 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Funders App LLC d/b/a Fundonatics<br>c/o Michele David<br>3323 NE 163rd Street, Suite 401<br>North Miami Beach, FL 33160-5596 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Genova Burns LLC<br>Attn: Donald W. Clarke, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 7920 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Goldcoast Sotheby's International Realty<br>200 34th Street<br>Ocean City, NJ 08226-2056 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Haynes and Boone, LLP<br>Attn: Richard Kanowitz<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Haynes and Boone, LLP<br>Attn: Lauren Sisson<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| J. Richard Haller<br>1007 Log Cabin Road<br>Leola, PA 17540-9768 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Joshua J. Voss<br>Three Logan Square<br>1717 Arch Street, 5th Floor<br>Philadelphia, PA 19103-2782 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Klehr, Harrison, Harvey, Branzburg LLP<br>Attn: Christopher J. Leavell, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103-2945 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Kurtzman Steady LLC<br>Attn: Jeffrey Kurtzman<br>2 Kings Highway West, Suite 102<br>Haddonfield, NJ 08033 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Genova Burns LLC<br>Attn: Donald W. Clarke, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 7920 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Kurtzman Steady LLC<br>Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue, Suite 4A<br>Margate, NJ 08402-1195 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Law Office of Susan E. Kaufman, LLC<br>Attn: Susan E. Kaufman, Esq.<br>915 N. Market Street, Suite 460<br>Wilmington, DE 19801-3014 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Lex Nova Law LLC<br>Attn: E. Richard Dressel, Esq.<br>20000 Horizon Way, Suite 750<br>Mt. Laurel, NJ 08054 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Libertas Funding LLC<br>411 West Putnam Street, Suite 220<br>Greenwich, CT 06830-6295 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| MaCelree Harvey, Esq.<br>Attn: Leo M. Gibbons<br>17 West Miner Street, P.O. Box 660<br>West Chester, PA 19381-0660 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| McCarter & English, LLP<br>Four Gateway Center, 100 Mulberry Street<br>P.O. Box 652<br>Newark, NJ 07101 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| McManimon, Scotland & Baumann, LLC<br>Attn: Joseph R. Zapata, Jr.<br>427 Riverview Plaza<br>Trenton, NJ 08611 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Mid Penn Bank<br>c/o Bonnie Berkoski<br>2407 Park Drive<br>Harrisburg, PA 17110-9303 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Needham Bank<br>Attn: Michelle L. Haughton<br>1063 Great Plain Avenue<br>Needham, MA 02492-2302 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Obermayer Berman Maxwell & Hippel<br>Attn: Edmond M. George, Esq.<br>Centre Square West, 1500 Market Street<br>Suite 3400<br>Philadelphia, PA 19102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Orrstown Bank<br>c/o Tom Cislo, VP<br>1589 Commerce Drive<br>Lancaster, PA 17601-2731 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Parkview Advance LLC<br>400 Main Street<br>Stamford, CT 06901-3000 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Parkview Advance LLC<br>600 Summer Street<br>Stamford, CT 06901-4404 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Prosperum Capital Partners LLC<br>749 Gateway, Suite G-601<br>Abilene, TX 79602-1196 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Randall Leaman<br>44 Pintall Turn<br>Lititz, PA 17543-8373 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Randy Weaver<br>4873 Division Highway<br>East Earl, PA 17519-9247 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Reed Smith LLP<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RK Consultants<br>Attn: Karl Knechtel<br>1178 Broadway<br>New York, NY 10001-5404 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| RK Consultants, LLC<br>1178 Broadway, 3rd Floor, No. 1505<br>New York, NY 10001 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Samantha S. Guthrie<br>18291 N. Pima Road, No. 110-131<br>Scottsdale, AZ 85255-5697 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Saxton & Stump LLC<br>Attn: Lane E. Brody<br>4250 Crums Mill Road, Suite 201<br>Harrisburg, PA 17112 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Saxton & Stump LLC<br>Attn: Joshua J. Voss<br>280 Granite Run Drive, Suite 230<br>Lancaster, PA 17601 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Saxton & Stump LLC<br>Attn: Rory O. Connaughton, Esq.<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA 17601-6814 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Securities and Exchange Commission, New York Regional Office<br>Attn: Alan Maza<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-6003 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Silverview Credit Partners<br>c/o Jeffrey Marcus, Managing Director<br>100 South Ashley Drive, Suite 500<br>Tampa, FL 33602-5300 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Steward Capital Holdings, LP<br>3900 S. Overland Avenue<br>Springfield, MO 65807-8766 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Superior Group ATMS LLC<br>1615 Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302-0065 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Taite Heller<br>909 Greenside Drive<br>Lititz, PA 17543-6607 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| The DMC Group CPAs & Advisors, LLC<br>2 Horseneck Road<br>Fairfield, NJ 070024-2410 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Traditions Bank<br>c/o Krista Blasser<br>226 Pauline Drive<br>York, PA 17402-4625 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Trenk Isabel Siddiqi & Shahdanian P.C.<br>Attn: Robert S. Roglieri<br>290 W. Mt. Pleasant Avenue, Suite 2370<br>Livingston, NJ 07039 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Trenk Isabel Siddiqi & Shahdanian P.C.<br>Attn: Richard D. Trenk<br>290 W. Mt. Pleasant Avenue, Suite 2370<br>Livingston, NJ 07039 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Truist Bank<br>P.O. Box 85041<br>Richmond, VA 23285-5041 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Unibank<br>19315 Highway 99<br>Lynwood, WA 98036-5251 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United States Attorney<br>970 Broad Street<br>Room 502<br>Newark, NJ 07102-2534 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United States Trustee, Office of the US Trustee, One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102-5235 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Univest<br>c/o Ryan Boyd, VP<br>1869 Charter Lane<br>Lancaster, PA 17601-5898 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Stephen V. Falanga, 100 Mulberry Street<br>Three Gateway Center, 15th Floor<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Webbank<br>411 West Putnam Street, Suite 220<br>Greenwich, CT 06830-6295 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Westood Funding<br>4601 Sheridant Street, Suite 501<br>Hollywood, FL 33021 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Wisler Pearlstine, LLP<br>Attn: David M. Burkholder, Esq.<br>460 Morristown Road, Suite 110<br>Blue Bell, PA 19406 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Withum Smith & Brown P.C.<br>200 Jefferson Park, Suite 400<br>Whippany, NJ 07981-1070 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Young Conway Stargatt & Taylor, LLP<br>Attn: Timothy Jay Houseal<br>1000 North King Street<br>Wilmington, DE 19801-3335 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Ste. 700<br>Newark, NJ  07102<br>On behalf of Internal Revenue Service | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United States Attorney General<br>United States Dept. of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC  20044<br>On behalf of Internal Revenue Service | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| New Jersey Division of Taxation<br>Compliance & Enforce. - Bankruptcy Unit<br>3 John Fitch Way, 5th Fl.<br>PO Box 245<br>Trenton, NJ  08695-0245 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| New Jersey Attorney General's Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>PO Box 112<br>Trenton, NJ  08625-0112<br>On behalf of NJ Division of Taxation | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>Attn: Anthony Sodono III & Sari B.<br>Placona | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

DARYL FRED HELLER

CASE NO: 25-11354

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 707

On 12/18/2025, I did cause a copy of the following documents, described below,

Chapter 11 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) Converting the Debtor's Case to Chapter 7 ECF Docket Reference No. 707

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/18/2025

/s/ Christopher J. Reilly
Christopher J. Reilly

Klestadt Winters Jureller Southard & Stevens, LLP
200 W 41st Street, 17th Floor
New York, NY 10036
212-972-3000
lnevinsperle@klestadt.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

DARYL FRED HELLER

CASE NO: 25-11354

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 707

On 12/18/2025, a copy of the following documents, described below,

Chapter 11 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) Converting the Debtor's Case to Chapter 7 ECF Docket Reference No. 707

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christopher J. Reilly
Klestadt Winters Jureller Southard & Stevens, LLP
200 W 41st Street, 17th Floor
New York, NY  10036

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ACCORDO, L.P.
415 N. PRINCE STREET
LANCASTER PA 17603-3876

AIS PORTFOLIO SERVICES, LLC
ATTN: BMW BANK OF NORTH AMERICA DEPT.
4515 N SANTA FE AVENUE, DEPT. APS
ACCOUNT NO.: XXXXXX9616
OKLAHOMA CITY OK 73118

ALSTON & BIRD LLP
ATTN: GERARD S. CATALANELLO
90 PARK AVENUE
NEW YORK NY 10016

ALSTON & BIRD LLP
ATTN: SETH COHEN
90 PARK AVENUE
NEW YORK NY 10016

ALSTON & BIRD LLP
ATTN: JAMES J. VINCEQUERRA
90 PARK AVENUE
15TH FLOOR
NEW YORK NY 10016

ALSTON & BIRD LLP
ATTN: JONATHAN WIEDER
90 PARK AVENUE
NEW YORK NY 10016

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN PA  19355

AMEX
P.O. BOX 6031
CAROL STREAM IL 60197-6031

ARCHER & GREINER, PC
ATTN: JERROD S. KULBACK, ESQ.
1025 LAUREL OAK ROAD
VOORHEES NJ 8043

ATTN: ENRIQUE CHALJUB GARCIA
1201 WEST PEACHTREE STREET
ATLANTA GA 30309

ATTN: KIMBERLY KODIS SCHIFFMAN
90 PARK AVENUE
15TH FLOOR
NEW YORK NY 10016-1387

ATTN: STEPHEN MONTGOMERY
424 CHURCH STREET
SUITE 800
NASHVILLE TN 37219

AUSTIN BUSINESS FINANCE
ATTN: CHRIS MUNDT, ESQ.
4853 WILLIAMS DRIVE
SUITE 111, OFFICE G
GEORGETOWN TX 78633

AUTOMATED ATM SOLUTIONS, INC. D/B/A CYPRESS
18291 N. PIMA ROAD
NO. 110-131
SCOTTSDALE AZ 85255-5697

AVENAERO HOLDINGS LLC
2126 N. ROCKY TOP ROAD
BATTLEFIED MO 65619-8101

BARLEY SNYDER
ATTN: MATTHEW G. BRUSHWOOD
2755 CENTURY BOULEVARD
WYOMISSING PA  19610

BLANKE ROME
ATTN: GUSTAV STICKLEY, ESQ.
125 HIGH STREET
BOSTON MA 02110-2704

BMW BANK OF NORTH AMERICA
AIS PORTFOLIO SERVICES, LLC
4515 N. SANTA FE AVENUE
DEPT. APS
OKLAHOMA CITY OK 73118-7901

UNDELIVERABLE

BRIGANTINE GROUP L.P.

BRYAN ZEAMER & HEATHER ZEAMER
1000 OLD LINE ROAD
MANHEIM PA 17545-8219

CAN CAPITAL, INC.,
AS ASSIGNEE OF WEBBANK
1850 PARKWAY PLACE
SUITE 1150
MARIETTA GA 30067-4439

CAROL WELKOWTIZ
EXECUTRIX OF THE ESTATE OF RICHARD WELKOWITZ
382 AMBER DRIVE
LITITZ PA 17543-6501

CFG MERCHANT SOLUTIONS, LLC
C/O ZACHTER PLLC
2 UNIVERSITY PLAZA
SUITE 205
HACKENSACK NJ 07601-6211

CGA LAW FIRM
ATTN: LAWRENCE YOUNG
135 N. GEORGE STREET
YORK PA  17401

CHARLENE HELLER
909 GREENSIDE DRIVE
LITITZ PA 17543-6607

CHARRED CUTS, LLC
C/O GILBERT KRAYBILL & HESS LLP
2933 LITITZ PIKE
P.O. BOX 5349
LANCASTER PA 17606-5349

CHASE
P.O. BOX 6294
CAROL STREAM IL 60197-6294

CHICAGO ATLANTIC ADVISORS, LLC
C/O ELIZABETH QUINLIVAN, VP
420 NORTH WABASH AVENUE
SUITE 500
CHICAGO IL 60611-5626

CHICAGO ATLANTIC ADVISORS, LLC
C/O ANDREW LOVITT
420 NORTH WABASH AVENUE
SUITE 500
CHICAGO IL 60611

CHICAGO ATLANTIC ADVISORS, LLC
C/O GREG KRAMER, ESQ.
HAYNES & BOONE, LP
30 ROCKEFELLER PLAZA, 26TH FLOOR
NEW YORK NY 10112

CHIPMAN BROWN CICERO & COLE LLP
ATTN: KELLY ROWE
1313 N. MARKET STREET
SUITE 5400
WILMINGTON DE 19801

CHUN CHAU
2710 SUNBRIGHT DRIVE
DIAMOND BAR CA 91765-3551

CIARDI CIARDI & ASTIN
ATTN: ALBERT CIARDI III, ESQ.
1905 SPRUCE STREET
PHILADELPHIA PA  19103

CIARDI CIARDI & ASTIN
ATTN: DANIEL S. SIEDMAN
1905 SPRUCE STREET
PHILADELPHIA PA  19103

CLAUDIA Z. SPRINGER
1310 MEETING HOUSE ROAD
P.O. BOX 448
GWYNEDD PA 19436-0448

CORPORATION SERVICE COMPANY
P.O. BOX 2576
SPRINGFIELD IL 62708-2576

CREDIBILITY FUNDING
25200 TELEGRAPH ROAD
SUITE 350
SOUTHFIELD MI 48033-7416

CREDIBLY OF ARIZONA LLC
1501 W FOUNTAINHEAD PARKWAY
SUITE 630
TEMPE AZ 85282-1857

CT CORPORATION SYSTEM
ATTN: SPRS
330 N. BRAND BOULEVARD
SUITE 700
GLENDALE CA 91203-2308

CUSTOMERS BANK
99 BRIDGE STREET
PHOENIXVILLE PA 19460-3411

DARYL FRED HELLER
909 GREENSIDE DRIVE
LITITZ PA 17543-6607

DEERFIELD CAPITAL LLC
C/O ERIC WARFEL
16 DEERFIELD ROAD
LANCASTER PA 17603-9608

DICKINSON WRIGHT PLLC
ATTN: STEPHEN M. MONTGOMERY
424 CHURCH STREET
SUITE 800
NASHVILL TN 37219-2395

DILWORTH PAXSON LLP
ATTN: MARTIN J. WEIS, ESQ.
1650 MARKET STREET
SUITE 1200
PHILADELPHIA PA  19102

DILWORTH PAXSON LLP
ATTN: MARTIN J. WEIS, ESQ.
1650 MARKET STREET
SUITE 3500E
PHILADELPHIA PA  19102

DIST DIR OF IRS
INSOLVENCY FUNCTION
P.O. BOX 724
SPRINGFIELD NJ 07081-0724

EISENBERG, GOLD & AGRAWAL, PC
ATTN: WILLIAM E. CRAIG, ESQ.
1040 NORTH KINGS HIGHWAY
SUITE 200
CHERRY HILL NJ 8034

EISENBERG, GOLD & AGRAWAL, PC
ATTN: JANET L. GOLD, ESQ.
1040 NORTH KINGS HIGHWAY
SUITE 200
CHERRY HILL NJ 8034

ETHAN HELLER
330 N. LIME STREET
LANCASTER PA 17602-2355

FC CAPITAL HOLDINGS, LLC
ATTN: MIKE HENSHAW
420 STEVENS AVENUE
SUITE 120
SOLANA BEACH CA 92075-2074

FIRST COMMONWEALTH
22 EAST ROSEVILLE ROAD
UNIT D
LANCASTER PA  17601

FIRST COMMONWEALTH
22 EAST ROSEVILLE ROAD
UNIT D
LANCASTER PA 17601

FIRST NATIONAL BANK
C/O STEVEN MARKUNAS
1205 WEST LAKES DRIVE
2ND FLOOR, SUITE 260
BERWYN PA  19312

FIRST NATIONAL BANK
ATTN: DONNA DONAHER, ESQ.
100 FEDERAL STREET
4TH FLOOR
PITTSBURGH PA  15212

FIRST NATIONAL BANK
ATTN: DONNA DONAHER, ESQ.
100 FEDERAL STREET
4TH FLOOR
PITTSBURGH PA 15212-5711

FIRST NATIONAL BANK
C/O STEVEN MARKUNAS
1205 WESTLAKES DRIVE
SUITE 260, 2ND FLOOR
BERWYN PA 19312-2427

FIRST NATIONAL BANK OF PENNSYLVANIA
ATTN: DONNA DONAHER, ESQ.
626 WASHINGTON PLACE
PITTSBURGH PA 15219-3474


FULTON BANK, N.A.
1695 STATE STREET
EAST PETERSBURG PA 17520-1328

FUNDERS APP LLC D/B/A FUNDONATICS
C/O MICHELE DAVID
3323 NE 163RD STREET
SUITE 401
NORTH MIAMI BEACH FL 33160-5596

FUNDERS APP, LLC (FONDONATICS)
C/O MICHELE DAVID
3323 NE 163RD STREET
SUITE 401
NORTH MIAMI BEACH FL 33160


GENOVA BURNS LLC
ATTN: DONALD W. CLARKE, ESQ.
494 BROAD STREET
NEWARK NJ 7012

GENOVA BURNS LLC
ATTN: DONALD W. CLARKE, ESQ.
110 ALLEN ROAD
SUITE 304
BASKING RIDGE NJ 7920

GENOVA BURNS LLC
ATTN: JACLYNN N. MCDONNELL, ESQ.
494 BROAD STREET
NEWARK NJ 7012


GETZLER HENRICH & ASSOCIATES
ATTN: EDWARD PHILLIPS, CPA
295 MADISON AVENUE
20TH FLOOR
NEW YORK NY 10017

GOLDCOAST SOTHEBY'S INTERNATIONAL REALTY
200 34TH STREET
OCEAN CITY NJ 08226-2056

GREENBAUM, ROWE, SMITH & DAVIS
ATTN: NANCY ISAACSON, ESQ.
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND NJ 7068


HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK NY 10112

HAYNES AND BOONE, LLP
ATTN: LAUREN SISSON
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK NY 10112

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNATIONAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA  19101-72346

J. RICHARD HALLER
1007 LOG CABIN ROAD
LEOLA PA 17540-9768

JOSHUA J. VOSS
THREE LOGAN SQUARE, 1717 ARCH STREET
5TH FLOOR
PHILADELPHIA PA 19103-2782


JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK
USA, N.A.
C/O ROBERTSON, ANSCHUTZ, SCHNEID, CRANE &
PARTNERS, PLLC
6409 CONGRESS AVENUE
SUITE 100
BOCA RATON FL 33487-2853

KAMINSKI LAW PLLC
P.O. BOX 247
GRASS LAKE MI 49240-0247

KLEHR, HARRISON, HARVEY, BRANZBURG LLP
ATTN: CHRISTOPHER J. LEAVELL, ESQ.
10000 LINCOLN DRIVE EAST
SUITE 201
MARLTON NJ 8053


KLEHR, HARRISON, HARVEY, BRANZBURG LLP
ATTN: CHRISTOPHER J. LEAVELL, ESQ.
1835 MARKET STREET
SUITE 1400
PHILADELPHIA PA 19103-2945

KURTZMAN STEADY LLC
ATTN: JEFFREY KURTZMAN
2 KINGS HIGHWAY WEST
SUITE 102
HADDONFIELD NJ 8033

KURTZMAN STEADY LLC
ATTN: JEFFREY KURTZMAN
101 N. WASHINGTON AVENUE
SUITE 4A
MARGATE NJ 08402-1195


LAW OFFICE OF SUSAN E. KAUFMAN, LLC
ATTN: SUSAN E. KAUFMAN, ESQ.
919 N. MARKET STREET
SUITE 460
WILMINGTON DE 19801-3014

LEX NOVA LAW LLC
ATTN: E. RICHARD DRESSEL, ESQ.
10 E. STOW ROAD, SUITE 250
MARLTON NJ 8053

LEX NOVA LAW LLC
ATTN: E. RICHARD DRESSEL, ESQ.
20000 HORIZON WAY
SUITE 750
MT. LAUREL NJ 8054

LIBERTAS FUNDING
C/O RANDY SALUCK, CEO
411 W. PUTNAM AVENUE
SUITE 220
GREENWICH CT 6830

LIBERTAS FUNDING LLC
411 WEST PUTNAM STREET
SUITE 220
GREENWICH CT 06830-6295

MACELREE HARVEY, LTD.
ATTN: NATALIE YOUNG, ESQ.
17 WEST MINER STREET
P.O. BOX 660
WEST CHESTER PA  19381-0660

MACELREE HARVEY, LTD.
ATTN: LEO M. GIBBONS
17 WEST MINER STREET
P.O. BOX 660
WEST CHESTER PA  19381-0660

MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER, 100 MULBERRY STREET
P.O. BOX 652
NEWARK NJ 7101

MCMANIMON, SCOTLAND & BAUMANN, LLC
ATTN: SARI B. PLACONA
75 LIVINGSTON AVENUE
SUITE 201
ROSELAND NJ 7068

MCMANIMON, SCOTLAND & BAUMANN, LLC
ATTN: ANTHONY SODONO, III
75 LIVINGSTON AVENUE
SUITE 201
ROSELAND NJ 7068

MCMANIMON, SCOTLAND & BAUMANN, LLC
ATTN: JOSEPH R. ZAPATA, JR.
427 RIVERVIEW PLAZA
TRENTON NJ 8611

MID PENN BANK
C/O PAMELA KEEFER
349 UNION STREET
MILLERSBURG PA  17061

MID PENN BANK
C/O BONNIE BERKOSKI
2407 PARK DRIVE
HARRISBURG PA  17110-9303

MID PENN BANK
C/O PAMELA KEEFER
349 UNION STREET
MILLERSBURG PA  17061-1654

NEEDHAM BANK
C/O  JOSEPH CAMPANELLI, PRES. & CEO
1063 GREAT PLAIN AVENUE
NEEDHAM MA 2492

NEEDHAM BANK
C/O GUSTAV STICKLEY, ESQ.
BLANK ROME
125 HIGH STREET
BOSTON MA 2110

NEEDHAM BANK
C/O FRANK SEGALL, ESQ. & SCOTT MOSKOL, ESQ.
BLANK ROME
125 HIGH STREET
BOSTON MA 2110

NEEDHAM BANK
ATTN: MICHELLE L. HAUGHTON
1063 GREAT PLAIN AVENUE
NEEDHAM MA 02492-2302

NEEDHAM BANK
C/O JOSEPH CAMPANELLI, PRESIDENT & CEO
1063 GREAT PLAIN AVENUE
NEEDHAM MA 02492-2302

NEW JERSEY ATTORNEY GENERAL'S OFFICE, DIVISION
OF LAW
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
P.O. BOX 112
TRENTON NJ 08625-0112

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE & ENFORCE - BANKRUPTCY UNIT
3 JOHN FITCH WAY, 5TH FLOOR
P.O. BOX 245
TRENTON NJ 08695-0245

OBERMAYER REBMAN MAXWELL & HIPPEL
ATTN: EDMOND M. GEORGE, ESQ.
1120 ROUTE 73
SUITE 420
MOUNT LAUREL NJ 08054-5108

OBERMAYER REBMAN MAXWELL & HIPPEL
ATTN: EDMOND M. GEORGE, ESQ.
CENTRE SQUARE WEST, 1500 MARKET STREET
SUITE 3400
PHILADELPHIA PA  19102

ORRSTOWN BANK
C/O TOM CISLO, VP
1589 COMMERCE DRIVE
LANCASTER PA 17601-2731

PARKVIEW ADVANCE LLC
400 MAIN STREET
STAMFORD CT 06901-3000

PARKVIEW ADVANCE LLC
600 SUMMER STREET
STAMFORD CT 06901-4404

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: CHRISTOPHER P. MAZZA, ESQ.
100 SOUTHGATE PARKWAY
P.O. BOX 1997
MORRISTOWN NJ 7962

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: RACHEL A. PARISI, ESQ.
100 SOUTHGATE PARKWAY
P.O. BOX 1997
MORRISTOWN NJ 7962

PROSPERUM CAPITAL PARTNERS LLC
749 GATEWAY
SUITE G-601
ABILENE TX 79602-1196

RANDALL LEAMAN
44 PINTAIL TURN
LITITZ PA 17543-8373

RANDY WEAVER
4873 DIVISION HIGHWAY
EAST EARL PA 17519-9247

REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 MARKET STREET
SUITE 1500
WILMINGTON DE 19801

REED SMITH LLP
506 CARNEGIE CENTER
SUITE 300
PRINCETON NJ 8540

RELIANCE PLATINUM
633 167TH STREET
SUITE 804
MIAMI FL 33162

RELIANCE PLATINUM
633 167TH STREET
SUITE 804
MIAMI FL 33162-2446

RK CONSULTANTS
ATTN: KARL KNECHTEL
1178 BROADWAY
NEW YORK NY 10001-5404

RK CONSULTANTS, LLC
1178 BROADWAY
3RD FLOOR, NO. 1505
NEW YORK NY 10001

ROSENBERG MARTIN GREENBERG, LLP
ATTN: JEFFREY M. LICHSTEIN, ESQ.
25 SOUTH CHARLES STREET
21ST FLOOR
BALTIMORE MD 21201

S. MITNICK LAW PC
ATTN: STEVEN MITNICK, ESQ.
49 OLD TURNPIKE ROAD
P.O. BOX 530
OLDWICK NJ 8858

S. MITNICK LAW PC
ATTN: MARC D. MICELI, ESQ.
49 OLD TURNPIKE ROAD
P.O. BOX 530
OLDWICK NJ 8858

SAMANTHA S. GUTHRIE
18291 N. PIMA ROAD
NO. 110-131
SCOTTSDALE AZ 85255-5697

SAXTON & STUMP LLC
ATTN: G. WILLIAM BARTHOLOMEW, ESQ.
280 GRANITE RUN DRIVE
SUITE 300
LANCASTER PA  17601

SAXTON & STUMP LLC
ATTN: LANE E. BRODY
4250 CRUMS MILL ROAD
SUITE 201
HARRISBURG PA  17112

SAXTON & STUMP LLC
ATTN: JOSHUA J. VOSS
280 GRANITE RUN DRIVE
SUITE 230
LANCASTER PA  17601

SAXTON STUMP, LLC
ATTN: RORY O. CONNAUGHTON, ESQ.
280 GRANITE RUN DRIVE
SUITE 300
LANCASTER PA 17601-6814

SECURITIES AND EXCHANGE COMMISSION, NEW YORK
REGIONAL OFFICE
ATTN: ALAN MAZA
100 PEARL STREET
SUITE 20-100
NEW YORK NY 10004-6003

SILVERVIEW CREDIT PARTNERS
C/O JEFFREY MARCUS, MANAGING DIRECTOR
100 SOUTH ASHLEY DRIVE
SUITE 600
TAMPA FL 33602-5300

STARK & STARK
ATTN: MARSHALL T. KIZNER, ESQ.
P.O. BOX 5315
PRINCETON NJ 08543-5315

STARK & STARK
ATTN: MARSHALL T. KIZNER, ESQ.
100 AMERICAN METRO BOULEVARD
HAMILTON NJ 8619

STARK & STARK
ATTN: JOSEPH H. LEMKIN, ESQ.
P.O. BOX 5315
PRINCETON NJ 08543-5315

STEWARD CAPITAL HOLDINGS LP
3900 S. OVERLAND AVENUE
SPRINGFIELD MO 65807-8766

SUPERIOR GROUP ATMS LLC
1615 SOUTH TELEGRAPH ROAD
SUITE 300
BLOOMFIELD HILLS MI 48302-0065

TAITE HELLER
909 GREENSIDE DRIVE
LITITZ PA 17543-6607

THE DMC GROUP CPAS & ADVISORS, LLC
2 HORSENECK ROAD
FAIRFIELD NJ 070024-2410

TRADITIONS BANK
C/O SEAN SUMMERS, ESQ.
SUMMERS NAGY LAW OFFICES
35 SOUTH DUKE STREET
YORK PA  17401

TRADITIONS BANK
C/O KRISTA BLASSER
226 PAULINE DRIVE
YORK PA 17402-4625

TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.
ATTN: ROBERT S. ROGLIERI
290 W. MT. PLEASANT AVENUE
SUITE 2370
LIVINGSTON NJ 7039

EXCLUDE

TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.
ATTN: RICHARD D. TRENK
290 W. MT. PLEASANT AVENUE
SUITE 2370
LIVINGSTON NJ 07039

TRUIST BANK
P.O. BOX 85041
RICHMOND VA 23285-5041

U.S. BANKRUPTCY COURT
401 MARKET STREET
CAMDEN NJ 08102-1560

UNIBANK
C/O YUKO ELLIOT, SVP
19315 HIGHWAY 99
LYNNWOOD WA 98036

UNIBANK
19315 HIGHWAY 99
LYNWOOD WA 98036-5251

UNITED STATES ATTORNEY
PETER RODINO FEDERAL BUILDING
970 BROAD STREET
SUITE 700
NEWARK NJ 07102

UNITED STATES ATTORNEY
970 BROAD STREET
ROOM 502
NEWARK NJ 07102-2534

UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPT. OF JUSTICE
BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON DC 20044

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: JEFFREY M. SPONDER, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
NEWARK NJ 07102

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
1085 RAYMOND BOULEVARD, SUITE 2100
ONE NEWARK CENTER
NEWARK NJ 07102-5235

UNIVEST
C/O RYAN BOYD, VP
1869 CHARTER LANE
LANCASTER PA 17601-5898

WALSH PIZZI O'REILLY FALANGA LLP
ATTN: STEPHEN V. FALANGA
THREE GATEWAY CENTER
100 MULBERRY STREET, 15TH FLOOR
NEWARK NJ 07102

WEBBANK
411 WEST PUTNAM STREET
SUITE 220
GREENWICH CT 06830-6295

WESTOOD FUNDING
4601 SHERIDANT STREET
SUITE 501
HOLLYWOOD FL 33021

WISLER PEARLSTINE, LLP
ATTN: DAVID M. BURKHOLDER, ESQ.
45 LIBERTY BOULEVARD
SUITE 230
MALVERN PA  19355

WISLER PEARLSTINE, LLP
ATTN: DAVID M. BURKHOLDER, ESQ.
460 NORRISTOWN ROAD
SUITE 110
BLUE BELL PA  19406

WITHUM SMITH & BROWN PC
200 JEFFERSON PARK
SUITE 400
WHIPPANY NJ 07981-1070

YOUNG CONWAY STARGATT & TAYLOR, LLP
ATTN: TIMOTHY JAY HOUSEAL
1000 NORTH KING STREEET
WILMINGTON DE 19801-3335