**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**THE DMC GROUP CPA'S & ADVISORS, LLC**
22 Horseneck Road
Fairfield, NJ 07004
(973) 243-2600
James F. McNulty, CPA (jmc@dmcpa.com)
*Accountants for Daryl Fred Heller, the Chapter 11*
*Debtor*

Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Chapter 11 |
|---|---|
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| Debtor. | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF**
**THE DMC GROUP CPA'S & ADVISORS, LLC ACCOUNTANTS FOR**
**THE DEBTOR, FOR ALLOWANCE OF COMPENSATION INCURRED**
<u>**FOR THE PERIOD FROM APRIL 1, 2025 THROUGH SEPTEMBER 30, 2025**</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 23, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having found that the firm named below filed a first and final application for allowances [ECF 661]; notice and opportunity for hearing were given to the Debtor, creditors, and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **FEES** | **EXPENSES** |
| --- | --- | --- |
| The DMC Group CPA's & Advisors, LLC<br>*Accountants for the Debtor* | $24,412.50 | $0.00 |

**IT IS FURTHER ORDERED** that payments from the Debtor's estate, by the Chapter 11 Trustee or other representatives of the Debtor's estate, shall only by made by further order of the Court.

4901-6620-5826, v. 1