UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TRENK ISABEL SIDDIQI
 & SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

| | |
|---|---|
| In re: | Chapter 11 |
| FRED DARYL HELLER, | Case No. 25-11354(JNP) |
| Debtor. | |

## CERTIFICATE OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Stipulation and Consent Order Concerning Accordo Limited Partnership Budget (the "Consent Order") submitted to the Court, the following conditions have been met:

(a)    The terms of the Consent Order are identical to those set forth in the original Consent Order;

(b)    The signatures of /s/ Richard D. Trenk and /s/ Sean C. Southard, Esq. on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c)    I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding;

(d)    I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options:</u>

☐ (e) *If submitting the Order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the Order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated:  December 26, 2025

          */s/ Richard D. Trenk*
          RICHARD D. TRENK