**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

Order Filed on December 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>              Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP) |

### STIPULATION AND CONSENT ORDER CONCERNING ACCORDO LIMITED PARTNERSHIP BUDGET

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: December 30, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | Stipulation and Consent Order Concerning Accordo Limited Partnership Budget |

**THIS MATTER** having been opened to the Court by Trenk Isabel Siddiqi & Shahdanian P.C. (Richard D. Trenk, Esq. appearing), counsel for Accordo Limited Partnership ("Accordo"); and the Trustee Fred Stevens having appeared by and through Klestadt Winters Jureller Southard & Stevens, LLP, and the Trustee having requested access to the Accordo QuickBooks for the purpose of reviewing same and furthering settlement discussions pursuant to Rule 408 and Accordo having determined that the most efficient and effective way to provide access is through an additional subscription which will cost $164.30 per month, and the Court having entered an Order on December 10, 2025 [ECF 698] with regard to the Accordo budget for December 2025 and January 2026, and the parties having conferred, and for good cause shown;

**IT IS**

**ORDERED** that the Accordo Limited Partnership budget be and is hereby increased by $328.60 for the purpose of obtaining a subscription concerning the Accordo Limited Partnership QuickBooks which shall allow the Trustee's professionals access to Accordo's books and records. The Trenk Firm is authorized to disburse to Accordo the additional amount of $328.60 for this specific purpose; and it is further

**ORDERED** that all other aspects of the Court's December 10, 2025 Order remain in full force and effect; and it is further

2

(Page 3)

Debtor:                    Daryl Fred Heller

Adv. Pro. No.              25-11354(JNP)

Caption of Order:          Stipulation and Consent Order Concerning Accordo Limited Partnership
                           Budget

---

**ORDERED** that the entry of this order is without prejudice to all other parties' rights, remedies and defenses.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** | **TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.** |
| Attorneys for Chapter 7 Trustee Fred Stevens, Esq. | *Attorneys for Accordo Limited Partnership* |
| By: ___/s/ Sean C. Southard___ | By: ___/s/ Richard D. Trenk___ |
| Sean C. Southard, Esq. | Richard D. Trenk, Esq. |
| 200 West 41st Street, 17th Floor | 290 W. Mt. Pleasant Ave., Suite 2370 |
| New York, NY  10036 | Livingston, New Jersey 07039 |

3