<div style="border:1px solid">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Fred Stevens
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee*

</div>

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

## SUPPLEMENTAL DECLARATION OF FRED STEVENS DISCLOSING REVISED PROFESSIONAL FEE HOURLY RATES

FRED STEVENS, being duly sworn, deposes and says:

1.  I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit. I am a partner of the law firm known as Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S"). KWJS&S maintains an office for the practice of law at 200 West 41st Street, 17th Floor, New York, New York 10036-7203.

2.  Effective on January 1, 2026, the hourly rates of KWJS&S' professionals will be set as follows:

- Partners - $795 to $995 per hour;

- Associates - $525 to 625 per hour; and

- Paralegals - $295 per hour.

3. The hourly rates set forth above will be the firm's standard hourly rates effective as of January 1, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
January 6, 2026                                       */s/Fred Stevens*
                                                     Fred Stevens