**MS&B**  McMANIMON • SCOTLAND • BAUMANN

427 Riverview Plaza, Trenton, NJ 08611  (609) 695-6070

**Sari B. Placona**
**Direct Dial: (973) 721-5030**
splacona@msbnj.com
35240-001

January 13, 2026

<u>**Via ECF**</u>
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, New Jersey 08101

      **Re:**    **Daryl Fred Heller**
               **Ch. 11; Case No. 25-11354 (JNP)**

               **Request to Convert the Debtor's Case to Chapter 7**

Dear Judge Poslusny:

     As Your Honor is aware, this firm represents Daryl Fred Heller, the Chapter 11 debtor (the "Debtor"), in the above-referenced matter. On behalf of the Debtor, we respectfully request that the Court convert the Debtor's case to Chapter 7. The Debtor supports conversion as being in the best interests of the estate and his creditors.

     Over the past approximately three (3) months, the Debtor has devoted substantial time and effort working with Fred Stevens ("Mr. Stevens") as the Chapter 11 trustee in the Debtor's bankruptcy case. Mr. Stevens and his team have become familiar with the Debtor's affiliated entities and business operations. This process included Mr. Stevens and his team's review of voluminous documents. For this reason, the Debtor supports Mr. Stevens should he be appointed as the Chapter 7 Trustee if conversion is granted.

     Requiring a new trustee to repeat the learning curve would impose significant additional time and administrative costs. Such costs would reduce estate funds that should be preserved for creditors. Appointment of Mr. Stevens as Chapter 7 trustee will facilitate an orderly and efficient conclusion of this case, while maximizing recovery for creditors.

     Thank you for the Court's consideration of this matter, and for its courtesies.

                            Respectfully submitted,

                            */s/ Sari B. Placona*

                            Sari B. Placona