| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Hearing Date: 1/20/2026 @ 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: <u>Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) Converting the Debtor's Case to Chapter 7 [ECF Dkt. No. 707].</u>

Date:   1/15/2026                              */s/ Christopher Reilly*
                                                            Signature

*rev.8/1/15*