| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*General Counsel to Fred Stevens, in his capacity as Chapter 11 Trustee.* |
| In re:<br><br>DARYL FRED HELLER,<br><br>                                    Debtor. |

Order Filed on January 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 25-11354 (JNP)

Hearing Date: 1/20/2026 @ 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) and three (3), are hereby **ORDERED**.

**DATED: January 15, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Daryl Fred Heller
Chapter 11 Case No.: 25-11354 (JNP)
**Order Converting Case to Chapter 7**

---

Upon consideration of the Motion (the "Motion")[1], of Fred Stevens Chapter 11 trustee (the "Trustee") of the Estate of Daryl Fred Heller (the "Debtor"), pursuant to section 1112(b) of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the conversion of the Debtor's case to Chapter 7; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Trustee having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor, it is hereby:

**ORDERED,** that the chapter 11 case of Daryl Fred Heller, Case No.: 25-11354 (JNP) is CONVERTED from chapter 11 to chapter 7, and it is further;

**ORDERED** that within 14 days of the date of this Order the Debtor and/or the Chapter 11 Trustee shall file:

- Amendments to previously filed schedules and statements as necessary;

- All schedules and statement required by 11 U.S.C. § 521(a), if such documents have not already been filed;

- A schedule of all property which was acquired after the commencement of the case, but before the entry of this order;

- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order;

- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term as in the Motion.

**(Page 3)**
Daryl Fred Heller
Chapter 11 Case No.: 25-11354 (JNP)
**Order Converting Case to Chapter 7**

---

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further;

**ORDERED** that the Debtor and/or Chapter 11 Trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her control; and

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed.