**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(a)

Kelly E. Rowe, Esquire
David W. Carickhoff, Esquire
Alan M. Root, Esquire
**CHIPMAN BROWN CICERO & COLE, LLP**
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Email:  rowe@chipmanbrown.com
        carickhoff@chipmanbrown.com
        root@chipmanbrown.com

*Attorneys for Claudia Z. Springer,*
*Chapter 7 Trustee of the bankruptcy estates of*
*the Blackford Debtors*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>        Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |
| Claudia Z. Springer, solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors,<br><br>        Plaintiff,<br><br>v.<br><br>DARYL FRED HELLER,<br><br>        Defendant. | Adv. Pro. No. 25-01348 (JNP) |

**APPLICATION FOR ORDER APPROVING ADMISSION
OF ALAN M. ROOT *PRO HAC VICE***

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the

District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court,

District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the

admission *pro hac vice* of Alan M. Root of the law firm of Chipman Brown Cicero & Cole, LLP

to represent Claudia Z. Springer, solely in her capacity as the Chapter 7 Trustee of the bankruptcy

estates of Blackford ATM Ventures Fund D, LLC, Blackford ATM Ventures Fund M II, LLC,

Blackford ATM Ventures Fund M IV, LLC, Blackford ATM Ventures Fund M, LLC, Blackford

ATM Ventures Fund M V, LLC, and Blackford ATM Ventures, LLC in the above-captioned

chapter 11 case. In support of this Application, counsel submits the attached *Certification of Alan*

*M. Root*, and requests that the proposed form of order submitted herewith be entered. Counsel

certifies that she is admitted, practicing, and a member in good standing with the Bar of the State

of New Jersey.


Dated:  January 20, 2026

**CHIPMAN BROWN CICERO & COLE, LLP**
*Attorneys for Claudia Z. Springer,*
*Chapter 7 Trustee of Blackford ATM Entities*


BY: /s/ *Kelly E. Rowe*

Kelly E. Rowe (No. 051842013)

4901-7663-8067, v. 1