**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(a)

Kelly E. Rowe, Esquire
David W. Carickhoff, Esquire
Alan M. Root, Esquire
**CHIPMAN BROWN CICERO & COLE, LLP**
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Email:  rowe@chipmanbrown.com
        carickhoff@chipmanbrown.com
        root@chipmanbrown.com

*Attorneys for Claudia Z. Springer,*
*Chapter 7 Trustee of the bankruptcy estates of*
*the Blackford Debtors*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>               Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |
| Claudia Z. Springer, solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors,<br><br>               Plaintiff,<br><br>v.<br><br>DARYL FRED HELLER,<br><br>               Defendant. | Adv. Pro. No. 25-01348 (JNP) |

**CERTIFICATION OF ALAN M. ROOT IN SUPPORT OF**
**APPLICATION FOR ORDER APPROVING ADMISSION**
**OF ALAN M. ROOT *PRO HAC VICE***

I, Alan M. Root, hereby certify as follows:

1.      I am a partner in the bankruptcy and restructuring group of the law firm of Chipman Brown Cicero & Cole, LLP, counsel to Claudia Z. Springer, solely in her capacity as the Chapter 7 Trustee of the bankruptcy estates of Blackford ATM Ventures Fund D, LLC, Blackford ATM Ventures Fund M II, LLC, Blackford ATM Ventures Fund M IV, LLC, Blackford ATM Ventures Fund M, LLC, Blackford ATM Ventures Fund M V, LLC, and Blackford ATM Ventures, LLC. My office is located at Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2.      I was admitted to practice law in the State of Delaware in 2010. I am admitted to practice before the following courts:

- United States District Court for the District of Delaware (2010).

3.      I am a member in good standing at the Bar in each of the jurisdictions in which I am admitted to practice.

4.      No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.      I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.      I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

4901-7663-8067, v. 1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  January 20, 2026

**CHIPMAN BROWN CICERO & COLE, LLP**
*Attorneys for Claudia Z. Springer,*
*Chapter 7 Trustee of Blackford ATM Entities*


BY: /s/ *Alan M. Root*
     Alan M. Root

4901-7663-8067, v. 1