**TRENK ISABEL SIDDIQI
& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>January 27, 2026 at 11:00 a.m. |

**SUPPLEMENTAL CERTIFICATION OF ETHAN HELLER IN SUPPORT OF SECOND INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP AND PRESERVING STATUS QUO**

ETHAN HELLER, pursuant to 18 U.S.C. § 1746, hereby certifies and states as follows:

1. I am the general partner of Accordo Limited Partnership ("Accordo").

2. Accordo is not a debtor in these or any proceedings under Title 11.

3. I am fully familiar with the facts and circumstances set forth herein

4. I respectfully submit this Supplemental Certification in further support of Accordo's motion for a Second Interim Order authorizing disbursements to Accordo Limited Partnership and preserving status quo.

5. The Debtor does not have any interest in Accordo.

6. On December 10, 2025, the Court entered an Interim Order authorizing disbursements to Accordo Limited Partnership and preserving status quo. ECF 698. The budget items set forth herein are specifically provided contingent upon entry of an appropriate order authorizing Trenk Isabel Siddiqi & Shahdanian P.C. to issue $11,605 from the escrowed funds and extension of the status quo until March 31, 2026.

7. Accordo Limited Partnership has fully complied with the terms of the Order.

8. Three (3) reports concerning the disbursements have been provided to the Chapter 11 Trustee.

9. The proposed Myrtle Beach Property sale was terminated by the Buyer.

10. Below is a chart of the Accordo Limited Partnership projected expenses for February and March 2026:

| **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Loan Payment on Kansas Land | $4,652/per month | Two months |
| Insurance - Kansas | $145/per month | Two months |
| Software/Subscriptions | $174 / February<br>$154 / March | Total $329 |
| Utilities/Maintenance - Kansas | $124/per month | Two months |
| Utilities/Maintenance – 466 Plank Road PA | $873 / February<br>$890 / March | Total $1,763 |
| Apex Investment Holdings Opex | $5,735 / February<br>$1,255 / March | Total $6,990 |
| Brookfield LP / Brigantine Opex | $867 / February<br>$847 / March | Total $1,714 |
| Wire/ACH/Bank Fees | $40/per month | Two months |
| **TOTAL** | **$11,605**[1] | |

**\*\*Total funding needed is net of projected income**

---

[1] This is the global budget amount. The amount set forth below for Apex Investment Holdings LLC, Brookfield Partners, LP and Brigantine Group Family, Ltd. are included in the amount of $11,605.

2

11. A breakdown of the Apex Investment Holdings LLC[2] expenses[3] for February and March 2026 is as follows:

| PURPOSE | AMOUNT | |
|---|---|---|
| Homeowners Association Fee | $576/per month | Two months |
| Real Estate Taxes – North Myrtle Beach Condo | $3,881 | |
| Utilities – North Myrtle Beach Condo | $75/per month | Three months |
| HOA One-time Penalty | $313 | |
| SCDOR Certificate of Compliance | $60/per month | Two months |
| Quickbooks Subscription | $80/per month | Three months |
| 1040 Accounting Services | $95 / February $425 / March | Total $520 |
| Credit Card Interest Expense (PROJECTED) | $127 | |
| Wire/ACH/Bank Fees | $40/per month | Two months |
| Cleaning & Restoration Solutions | $335 | |
| TOTAL | $6,990 | |

12. A breakdown of the Brookfield Partners, LP and Brigantine Group Family, Ltd. expenses[4] for February and March 2026 is as follows:

| PURPOSE | AMOUNT | |
|---|---|---|
| Utilities | $531/per month | Two months |
| Software/Subscriptions | $296 / February $276 / March | Total $573 |
| Wire/ACH/Bank Fees | $40/per month | Two months |
| TOTAL | $1,714 | |

13. As set forth in the Interim Order, a variance of ten (10%) percent should be

---

[2] Apex Investment Holdings LLC's sole asset is the Myrtle Beach Property.
[3] This breakdown is provided for informational purposes and does not constitute an additional budget request. See Footnote 1.
[4] This breakdown is provided for informational purposes and does not constitute an additional budget request. See Footnote 1.

3

permitted for each line item because certain expenses are estimated and accrue interest or other charges.

14. All of these expenses are necessary to maintain Accordo Limited Partnership and the related entities. None of these monies will be paid to the undersigned or any other member of Accordo Limited Partnership or the related entities.

I certify pursuant to 18 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

*(signature)*
_____
ETHAN HELLER

Dated: January 21, 2026