MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:          (215) 575-7000
FACSIMILE:           (215) 575-7200
EMAIL:                    mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |
|---|---|

**SUPPLEMENTAL RESPONSE IN SUPPORT OF CROSSMOTION OF ORRSTOWN BANK TO STRIKE CERTIFICATIONS OF ETHAN HELLER IN SUPPORT OF MOTION CONCERNING PAYMENT OF ACCOUNTING FEES AND APPROVAL OF NEW BUDGET AND MOTION FOR APPROVAL OF DHQM'S LAND SWAP AND SALE OF MYRTLE BEACH PROPERTY**

Orrstown Bank hereby submits this response in support of the Cross Motion of Orrstown Bank to Strike Certifications of Ethan Heller in Support of Motion Concerning Payment of Accounting Fees and Approval of New Budget and Motion for Approval of DHQM's Land Swap and Sale of Myrtle Beach Property (the "Cross Motion") [D.I. 684] and in opposition to those certain motions filed by Accordo, L.P. ("Accordo") [D.I. 649 and 650] seeking approval of certain budgets and disbursements by Accordo and a comfort order approving certain land swap and sale transactions (collectively the "Accordo Motions").

1.    On December 2, 2025, Orrstown Bank filed the Cross Motion. Orrstown Bank hereby incorporates the allegations and arguments set forth in the Cross Motion.

2.    In addition to the objections raised by the trustee in his Omnibus Response, Request for Adjournment and Reservation of Rights Concerning Accordo, L.P.'s Motion Seeking Approval of Proposed Disbursements and Transactions (the "Trustee's Response") [D.I. 737], Orrstown

1

Bank notes that (a) the 2024 Accordo tax returns and work papers have not been provided; (b) Orrstown Bank has not been provided requested information regarding the proposed land swaps involving DHQM; and (c) the sale of the South Carolina condominium did not occur.

3. <u>Tax returns</u>. As set forth in greater detail in the Cross Motion (a) Accordo was provided $33,971 at the September 10, 2025 closing of the sale of the Prince Street Property to pay the accountant to prepare and file its 2023 and 2024 tax returns; and (b) Accordo did not utilize the funds to pay the accountant as was required by the Court Order dated September 3, 2025. [D.I. 530].

4. As set forth in the motion to pay the accountant [D.I. 649], Accordo sought $26,250.00 for tax preparation fees to pay the James McNulty CPA Firm which would not release the 2024 tax returns without that payment. Attached to the certification of Ethan Heller submitted in support of that motion was an invoice from the accounting firm which indicated that the return was complete:

> *We have prepared* your U.S. Partnership return of income along with the partner's share of income, credits, deductions, etc., Form K-1 and your State Partnership return for the year ended 12/31/2024 (Retainer).

See D.I. 649-2, p.3. (emphasis added).

5. As part of an interim resolution of the Accordo Motions, the parties agreed that Accordo could utilize $26,250.00 to pay the accountant and that the accountant would provide copies of the 2024 returns and his work papers to the trustee and Orrstown Bank. See Interim Order entered December 10, 2025, D.I. 698, ¶3, fn. 3.

6. On December 11, 2025, counsel for Accordo promptly released the $26,250.00 payment to the accountant.

7. On January 10, 2026, in response to an inquiry, Orrstown Bank was advised that the returns were not complete and that the accountant was working against a January 15, 2026 tax

2

deadline, but did not have "a solid completion date."

8. To date, the 2024 returns and work papers have not been provided.

9. <u>Land Swap</u>. In December, 2025, subsequent to the entry of the December 10, 2025 interim order, Orrstown Bank requested additional information from Accordo regarding the DHQM properties proposed to be swapped and those not subject to the swap motion. In response, Orrstown Bank was advised that it would get a response within a day or two.

10. To date, no information or further response regarding DHQM has been received.

11. <u>South Carolina Property</u>. The parties have been advised that the sale of the South Carolina property did not close.

12. Additional explanation is warranted regarding the reasons the closing did not occur and the efforts to market and rent the property subsequent thereto.

13. <u>Adjournment request</u>. Orrstown Bank recognizes that the conversion motion and the trustee situation have only recently been resolved and that Chapter 7 needs additional time to obtain information and analyze the Accordo Motions. Consequently, Orrstown Bank would consent to the requested two week adjournment made by the trustee in the Trustee's Response.

14. Absent an adjournment, Orrstown Bank would request that the Court enter the relief set forth in the Cross Motion and grant such other and further relief as it deems appropriate including, but not limited to, requiring Ethan Heller to appear for a deposition.

*/s/ Martin J. Weis*
Martin J. Weis
**Dilworth Paxson LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
(215) 575-7000
mweis@dilworthlaw.com

Date: January 22, 2026                                              Attorney for Orrstown Bank

#125419465v1