| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Daryl Fred Heller<br>First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–1231<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:    District of New Jersey | | Date case filed in chapter:    11    2/10/25 |
| Case number:    25–11354–JNP | | Date case converted to chapter:    7    1/15/26 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Daryl Fred Heller | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 909 Greenside Drive<br>Lititz, PA 17543 | | |
| 4. | **Debtor's attorney**<br>Name and address | Sari Blair Placona<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068 | | Contact phone 973–622–1800<br><br>Email:  splacona@msbnj.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Fred Stevens<br>200 West 41st Street<br>Ste 17th Floor<br>New York, NY 10036 | | Contact phone 212–679–5342 |

**For more information, see page 2 >**

Debtor **Daryl Fred Heller**                                                    Case number **25–11354–JNP**

| 6. | **Bankruptcy clerk's office** | 401 Market Street<br>Camden, NJ 08102 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 856–361–2300<br><br>Date: 1/21/26 |

| 7. | **Meeting of creditors** | **February 25, 2026 at 10:00 AM** | Location: |
|---|---|---|---|
|  | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 313 193 2089, Click on JOIN using passcode 5923670847, or call 1–929–547–4822**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 4/27/26** |
|---|---|---|---|
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |
|  | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
|  | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 25-11354-JNP

Daryl Fred Heller                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                              Page 1 of 16

Date Rcvd: Jan 21, 2026                  Form ID: 309A                            Total Noticed: 138

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | Anthony Sodono, III, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Roseland, NJ 07068-3737 |
| aty | + | Christopher J. Reilly, Klestadt Winters Jureller Southard & Ste, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| aty | + | Fred Stevens, Klestadt & Winters, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| aty | + | Joseph R Zapata, Jr, McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| aty | + | Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| aty | + | Sean C Southard, Klestadt Winters Jureller Southard & Ste, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| tr | + | Fred Stevens, 200 West 41st Street, Ste 17th Floor, New York, NY 10036-7219 |
| 520562687 | + | Albert Ciardi, Esq., Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| 520562680 | +++ | Austin Business, Attn: Chris Mundt, Esq., 4853 Williams Ste 111 Office G, Georgetown, TX 78633-2327 |
| 520626293 | + | Automated ATM Solutions, Inc. d/b/a Cypress Advant, 18291 N. Pima Road, No. 110-131, Scottsdale, AZ 85255-5697 |
| 520627397 | + | Avenaero Holdings LLC, 2126 N. Rocky Top Road, Battlefield, MO 65619-8101 |
| 520618336 | + | Blackford ATM Ventures Fund D, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Street, Suite 460, Wilmington, DE 19801-3014 |
| 520618339 | + | Blackford ATM Ventures Fund M II, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618342 | + | Blackford ATM Ventures Fund M IV, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618356 | + | Blackford ATM Ventures Fund M V, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618359 | + | Blackford ATM Ventures Fund M, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618360 | + | Blackford ATM Ventures, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520627562 | #+ | Bryan Zeamer and Heather Zeamer, 1000 Old Line Rd., Manheim, PA 17545-8219 |
| 520582911 | + | CAN Capital, Inc., as assignee of WebBank, 1850 Parkway Place Suite 1150, Marietta, GA 30067-4439 |
| 520588215 | + | CFG Merchant Solutions, LLC, Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 520895420 | + | Carol Welkowitz, Executrix of the Estate of, Richard Welkowitz, deceased, c/o Matthew G. Brushwood, Barley Snyder, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 520562692 | + | Charlene Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| 520596670 | + | Charlene Heller, c/o Leo M. Gibbons, Esquire, 17 W. Miner Street, West Chester, PA 19382-3213 |
| 520627629 | + | Charred Cuts, LLC, Gilbert Kraybill & Hess LLP, 2933 Lititz Pike,, P.O. Box 5349, Lancaster, PA 17606-5349 |
| 520599445 | + | Chicago Atlantic Admin, LLC, c/o Greg Kramer, Haynes and Boone, LLP, 30 Rockefeller Plaza - 26th Floor, New York, NY 10112-0086 |
| 520547363 | + | Chicago Atlantic Advisors, LLC, c/o Elizabeth Quinlivan, VP, 420 North Wabash Ave, Ste 500, Chicago, IL 60611-5626 |
| 520912235 | + | Chun Chau, 2710 Sunbright Dr, Diamond Bar, CA 91765-3551 |
| 520562682 | + | Credibly Funding, 25200 Telegraph Road, Ste 350, Southfield, MI 48033-7416 |
| 520627194 | + | David L. Parreira 2023 Irrevocable Trust, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520771468 | + | David M. Burkholder, Esquire, WISLER PEARLSTINE, LLP, 45 Liberty Boulevard, Suite 230, Malvern, PA 19355-1419 |

District/off: 0312-1                           User: admin                                    Page 2 of 16
Date Rcvd: Jan 21, 2026                        Form ID: 309A                                  Total Noticed: 138

| 520627538 | + | David Zook, c/o Rory Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520614413 | + | Deerfield Capital LLC, 16 Deerfield Road, Lancaster, PA 17603-9608 |
| 520547364 | + | Deerfield Capital, LLC, c/o Eric Warfel, 16 Deerfield Road, Lancaster, PA 17603-9608 |
| 520627323 | + | Diane Poole, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520562688 | + | Donna Donaher, Esq., First National Bank, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5711 |
| 520626971 | + | FC Capital Holdings, LLC, Attn: Mike Henshaw, 420 Stevens Ave., Ste. 120, Solana Beach, CA 92075-2074 |
| 520951482 | + | Ferhaan Jawed and Sarah Jawed, 10085 Wagoner Way, Elk Grove, CA 95757-6419 |
| 520562683 |   | First Commonweath, 22 East Roseville Road, Unit D, Lancaster, PA 17601 |
| 520547365 | + | First National Bank, c/o Steven Markunas, 1205 Westlakes Drive, Suite 260, 2nd Floor, Berwyn, PA 19312-2427 |
| 520562676 | +++ | Fulton Bank, 1695 State Street, East Petersburg, PA 17520-1328 |
| 520626516 | + | Funders App LLC dba Fundonatic, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 520547366 | + | Funders App, LLC (Fondonatics), c/o Michele David, 3323 NE 163rd St, Ste 401, North Miami Beach, FL 33160-5596 |
| 520625533 | + | GCC Investment Holdings LLC, Stephen M. Montgomery, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| 520626967 | + | Gallimore Properties, L.L.C., Christopher P. Mazza, Esq., Porzio, Bromberg & Newman, P.C., 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| 520562689 | #+ | Greg Kramer, Esq., Haynes & Boone, LLP, 30 Rockefeller Plaza, 26th Floor, New York, NY 10112-0086 |
| 520562690 | + | Gustav Stickley, Esq., Blank Rome, 125 High Street, Boston, MA 02110-2704 |
| 520627494 | + | Hostetter Family Trust, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520624981 | + | J. Richard Haller, 1007 Log Cabin Road, Leola, PA 17540-9768 |
| 520627456 | + | Jerry D. Hostetter, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520922952 | + | John Hurwitz, 62934 Levins Ln., Bend, OR 97703-6738 |
| 520627219 | + | Karen L. Parreira 2023 Irrevocable Trust, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520562677 | + | Martin Weis, Esq., Dilworth Paxon, LLP, 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 520626298 | + | Mid Penn Bank, c/o Bonnie Berkoski, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| 520951809 | + | Mohsin Jawed, 8748 Vizela Way, Elk Grove, CA 95757-6402 |
| 520627193 | + | Mr. and Mrs. Matthew Hostetter, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627051 | + | Mr. and Mrs. Stephen D. Leaman, c/o Rory O. Connaughton, Esq., Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627159 | + | Mr. and Mrs. Zachary Kennel, c/o Rory O. Connaughton, Esq., Saxton & Stump LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520625252 | + | Needham Bank, Michelle L. Haughton, 1063 Great Plain Avenue, Needham, MA 02492-2302 |
| 520547369 | + | Needham Bank, c/o Joseph Campanelli, Pres. & CEO, 1063 Great Plain Avenue, Needham, MA 02492-2338 |
| 520547370 | + | Orrstown Bank, c/o Tom Cislo, VP, 1589 Commerce Drive, Lancaster, PA 17601-2731 |
| 520623827 | + | Orrstown Bank, c/o Martin J. Weis, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| 520810141 | + | Parkview Advance LLC, 600 Summer Street, Stamford, CT 06901-4404 |
| 520627235 | + | Paul and Deborah Parreira Family 2005 Trust, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627560 | + | Pinnacle Asset Management LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520560747 | + | Prosperum Capital Partners LLC, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520562693 | + | Randall Leaman, 44 Pintail Turn, Lititz, PA 17543-8373 |
| 520627564 | + | Randy Weaver, 4873 Division Hwy, East Earl, PA 17519-9247 |
| 520626519 | + | Reliance Financial, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 520547371 | #+ | Reliance Platinum, 633 167th St, Ste 804, Miami, FL 33162-2446 |
| 520627399 | + | Robert W. Pontz, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627050 | + | Rory O. Connaughton, Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627158 | + | Rory O. Connaughton, Esquire, Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520626294 | + | Samantha S. Guthrie, 18291 N. Pima Road, No. 110-131, Scottsdale, AZ 85255-5697 |
| 520547372 | + | Silverview Credit Partners, c/o Jeffrey Marcus, Managing Director, 100 South Ashley Drive, Ste 600, Tampa, FL 33602-5300 |
| 520557538 | + | Silverview Credit Partners LP, Alston & Bird LLP, c/o James J. Vincequerra, 90 Park Avenue, 15th Floor, New York, NY 10016-1301 |
| 520625532 | + | Stephen M. Montgomery, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| 520626453 |   | Steven Mitnick, Receiver, S. Mitnick Law PC, P.O. Box 530, 49 Old Turnpike Road, Oldwick, NJ 08858 |
| 520627299 | + | Steward Capital Holdings LP, 3900 S. Overland Avenue, Springfield, MO 65807-8766 |
| 520627561 | + | Summit Asset Management LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520588528 | + | Superior Group ATMS LLC, 1615 South Telegraph Rd, Ste 300, Bloomfield Hills, MI 48302-0065 |
| 520627487 | + | THC Venture Capital LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520622510 | + | Timothy Jay Houseal, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |
| 520547373 | + | Traditions Bank, c/o Krista Blasser, 226 Pauline Drive, York, PA 17402-4625 |
| 520547375 | + | Univest, c/o Ryan Boyd, VP, 1869 Charter Lane, Lancaster, PA 17601-5898 |

District/off: 0312-1                                  User: admin                                              Page 3 of 16

Date Rcvd: Jan 21, 2026                              Form ID: 309A                                            Total Noticed: 138

| 520623200 | + | Univest Bank and Trust Co., c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 520613249 | + | WF Velocity Fund I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613252 | + | WF Velocity Fund IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613255 | + | WF Velocity Fund V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613256 | + | WF Velocity Fund VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613257 | + | WF Velocity Fund VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520626490 | + | WebBank, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830-6295 |
| 520562686 | +++ | Westwood Funding, 4601 Sheridan St, Ste 501, Hollywood, FL 33021-3435 |
| 520622511 | + | Wilmington Savings Fund Society, FSB, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |

TOTAL: 96

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: splacona@msbnj.com | Jan 21 2026 21:10:00 | Sari Blair Placona, McManimon Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520583561 | Email/PDF: bncnotices@becket-lee.com | Jan 21 2026 21:20:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520562679 + | Email/PDF: bncnotices@becket-lee.com | Jan 21 2026 21:19:51 | Amex, PO Box 6031, Carol Stream, IL 60197-6031 |
| 520551889 + | EDI: AISACG.COM | Jan 22 2026 01:46:00 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520588526 ^ | MEBN | Jan 21 2026 21:01:32 | CT Corporation System, 330 N. Brand Blvd, Suite 700, Attn: SPRS, Glendale, CA 91203-2308 |
| 520562681 | EDI: JPMORGANCHASE | Jan 22 2026 01:46:00 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 520588527 + | Email/Text: Bankruptcynotice@cscglobal.com | Jan 21 2026 21:11:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 520619965 + | Email/Text: kmulligan@credibly.com | Jan 21 2026 21:12:00 | Credibly of Arizona LLC, 1501 W Fountainhead Pkwy., Ste 630, Tempe, AZ 85282-1857 |
| 520599508 + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 21 2026 21:11:00 | First National Bank of Pennsylvania, 626 Washington Place, Attention: Donna Donaher, Pittsburgh, PA 15219-3474 |
| 520562678 | EDI: IRS.COM | Jan 22 2026 01:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520582744 + | Email/Text: RASEBN@raslg.com | Jan 21 2026 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520547367 | Email/Text: customer.service@libertasfunding.com | Jan 21 2026 21:11:00 | Libertas Funding, c/o Randy Saluck, CEO, 411 W. Putnam Ave, Ste 220, Greenwich, CT 06830 |
| 520626454 | Email/Text: customer.service@libertasfunding.com | Jan 21 2026 21:11:00 | Libertas Funding LLC, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830 |
| 520547368 + | Email/Text: bonnie.berkoski@midpennbank.com | Jan 21 2026 21:12:00 | Mid Penn Bank, c/o Pamela Keefer, 349 Union Street, Millersburg, PA 17061-1654 |
| 520562691 ^ | MEBN | Jan 21 2026 20:59:56 | New Jersey Attorney General's, Div. of Law; RJ Hughes Justice Complex, 25 Market Street, PO |

District/off: 0312-1   User: admin   Page 4 of 16

Date Rcvd: Jan 21, 2026   Form ID: 309A   Total Noticed: 138

| | | | |
|---|---|---|---|
| | | | Box 112, Trenton, NJ 08625-0112 |
| 520612211 | ^ MEBN | Jan 21 2026 21:02:34 | Prestige Fund A II, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612237 | ^ MEBN | Jan 21 2026 21:02:34 | Prestige Fund A IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612248 | ^ MEBN | Jan 21 2026 21:02:35 | Prestige Fund A IX, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612299 | ^ MEBN | Jan 21 2026 21:02:36 | Prestige Fund A V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612364 | ^ MEBN | Jan 21 2026 21:02:36 | Prestige Fund A VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612376 | ^ MEBN | Jan 21 2026 21:02:37 | Prestige Fund A VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612391 | ^ MEBN | Jan 21 2026 21:02:38 | Prestige Fund A, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613146 | ^ MEBN | Jan 21 2026 21:02:39 | Prestige Fund B BTM I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613147 | ^ MEBN | Jan 21 2026 21:02:39 | Prestige Fund B II, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613149 | ^ MEBN | Jan 21 2026 21:02:40 | Prestige Fund B IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613155 | ^ MEBN | Jan 21 2026 21:02:29 | Prestige Fund B V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613193 | ^ MEBN | Jan 21 2026 21:02:30 | Prestige Fund B VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613197 | ^ MEBN | Jan 21 2026 21:02:30 | Prestige Fund B VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613199 | ^ MEBN | Jan 21 2026 21:02:31 | Prestige Fund B, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613234 | ^ MEBN | Jan 21 2026 21:02:31 | Prestige Fund D BTM I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613236 | ^ MEBN | Jan 21 2026 21:02:32 | Prestige Fund D III, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613240 | ^ MEBN | Jan 21 2026 21:02:32 | Prestige Fund D IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613242 | ^ MEBN | Jan 21 2026 21:02:32 | Prestige Fund D V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613243 | ^ MEBN | Jan 21 2026 21:02:33 | Prestige Fund D VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |

| | | | |
|---|---|---|---|
| District/off: 0312-1 | | User: admin | Page 5 of 16 |
| Date Rcvd: Jan 21, 2026 | | Form ID: 309A | Total Noticed: 138 |

| | | | |
|---|---|---|---|
| 520613245 | ^ MEBN | Jan 21 2026 21:02:33 | Prestige Fund D, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520754547 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 21 2026 21:10:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520562684 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 21 2026 21:10:00 | New Jersey Division of Taxation, Compliance/Enforcement -Bankruptcy, 3 John Fitch Way, 5th Fl., Trenton, NJ 08695-0245 |
| 520774497 | ^ MEBN | Jan 21 2026 21:02:09 | Securities and Exchange Commission, New York Regional Office, 100 Pearl Street, Suite 20-100, Attn: Alan Maza, New York, NY 10004-6003 |
| 520562685 | + Email/Text: bankruptcy@bbandt.com | Jan 21 2026 21:11:00 | Truist Bank, PO Box 85041, Richmond, VA 23285-5041 |
| 520547374 | Email/Text: yuko.elliott@unibankusa.com | Jan 21 2026 21:12:00 | UniBank, c/o Yuko Elliot, SVP, 19315 Highway 99, Lynnwood, WA 98036 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Awaiting Trustee Assignment |
| aty | *+ | Fred Stevens, 200 West 41st Street, Ste 17th Floor, New York, NY 10036-7219 |
| 520583583 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520627192 | *+ | Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520623201 | *+ | Univest Bank and Trust Co., c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Ste 1400, Philadelphia, PA 19103-2945 |
| 520558784 | ##+ | PARKVIEW ADVANCE LLC, 400 Main Street, Stamford, CT 06901-3000 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |

District/off: 0312-1                          User: admin                                      Page 6 of 16

Date Rcvd: Jan 21, 2026                       Form ID: 309A                                  Total Noticed: 138

on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Anthony Sodono, III

on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com

Anthony Sodono, III

on behalf of Debtor Daryl Fred Heller asodono@msbnj.com

Christopher J. Leavell

on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Christopher J. Reilly

on behalf of Trustee Fred Stevens creilly@klestadt.com  fstevens@klestadt.com

Christopher P. Mazza

on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Daniel S. Siedman

on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman

on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder

on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com

Donald W Clarke

on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke

on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney

on behalf of Creditor Avenaero Holdings LLC dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney

on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney

on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com

E. Richard Dressel

on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

Edmond M. George

on behalf of Creditor Customers Bank edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.
com;samantha.catullo@obermayer.com

Edward A. Phillips

ephillips@getzlerhenrich.com

Fred Stevens

fstevens@klestadt.com

Fred Stevens

on behalf of Trustee Fred Stevens fstevens@klestadt.com

George William Allison Bartholomew

on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew

on behalf of Creditor Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew

on behalf of Plaintiff Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew

on behalf of Plaintiff Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew

on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew

District/off: 0312-1 User: admin Page 7 of 16

Date Rcvd: Jan 21, 2026 Form ID: 309A Total Noticed: 138

on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Pinnacle Asset Management LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com
jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Creditor Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
>on behalf of Plaintiff WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
>on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

District/off: 0312-1   User: admin   Page 9 of 16
Date Rcvd: Jan 21, 2026   Form ID: 309A   Total Noticed: 138

Gerard S Catalanello

on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish

on behalf of Plaintiff Reliance Financial  LLC harry@gutfleishlaw.com

Harry M. Gutfleish

on behalf of Plaintiff Funders App  LLC harry@gutfleishlaw.com

Heidi J. Sorvino

on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell

on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC
jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell

on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com,
dmendez@genovaburns.com

Janet Gold

on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Jeffrey Kurtzman

on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein

on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli

on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli

on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jerrold S. Kulback

on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Plaintiff Avenaero Holdings  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback

on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B VII  LLC jlemkin@stark-stark.com

District/off: 0312-1                                       User: admin                                                    Page 10 of 16
Date Rcvd: Jan 21, 2026                                 Form ID: 309A                                             Total Noticed: 138

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com

District/off: 0312-1 User: admin Page 11 of 16

Date Rcvd: Jan 21, 2026 Form ID: 309A Total Noticed: 138

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A IX LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr

on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kelly Rowe

on behalf of Creditor Claudia Z. Springer rowe@chipmanbrown.com

Kelly Rowe

on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford
Debtors rowe@chipmanbrown.com

Kurt F. Gwynne

on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Lane E. Brody

on behalf of Plaintiff David Zook lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Pinnacle Asset Management  LLC lb@saxtonstump.com,
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Creditor J. Richard Haller lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Summit Asset Management  LLC lb@saxtonstump.com,
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson

on behalf of Creditor Chicago Atlantic Admin  LLC lauren.sisson@haynesboone.com

Marc D. Miceli

on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marc D. Miceli

on behalf of Creditor Paramount Management Group  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli

on behalf of Creditor Receiver of Golden Gate Investment Company  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

District/off: 0312-1                           User: admin                                    Page 13 of 16
Date Rcvd: Jan 21, 2026                     Form ID: 309A                              Total Noticed: 138

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

District/off: 0312-1 User: admin Page 14 of 16

Date Rcvd: Jan 21, 2026 Form ID: 309A Total Noticed: 138

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Martin J. Weis
on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis
on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Matthew G. Brushwood
on behalf of Creditor Carol Welkowitz mbrushwood@barley.com  jrachor@barley.com

Nancy Isaacson
on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Nancy Isaacson
on behalf of Plaintiff Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
on behalf of Interested Party Accordo  L.P. nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

District/off: 0312-1                              User: admin                                    Page 15 of 16
Date Rcvd: Jan 21, 2026                          Form ID: 309A                                   Total Noticed: 138

Natalie R Young
                    on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
                    on behalf of Spec. Counsel Leo M Gibbons nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
                    on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Rachel A. Parisi
                    on behalf of Creditor Gallimore Properties  L.L.C. raparisi@pbnlaw.com,
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;FESanchez@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Richard Kanowitz
                    on behalf of Creditor Chicago Atlantic Admin  LLC richard.kanowitz@haynesboone.com

Richard D. Trenk
                    on behalf of Interested Party Ethan Heller rtrenk@trenkisabel.law  mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
                    on behalf of Interested Party Brookfield Partners rtrenk@trenkisabel.law  mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
                    on behalf of Interested Party Brigantine Group (L.P.) rtrenk@trenkisabel.law
                    mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
                    on behalf of Interested Party Accordo  L.P. rtrenk@trenkisabel.law, mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
                    on behalf of Interested Party Charlene Heller rtrenk@trenkisabel.law  mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
                    on behalf of Interested Party Taite Heller rtrenk@trenkisabel.law  mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Robert S. Roglieri
                    on behalf of Interested Party Taite Heller rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
                    on behalf of Interested Party Charlene Heller rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
                    on behalf of Interested Party Ethan Heller rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
                    on behalf of Interested Party Brookfield Partners rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
                    on behalf of Interested Party Brigantine Group (L.P.) rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
                    on behalf of Interested Party Accordo  L.P. rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Sari Blair Placona
                    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
                    on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
                    on behalf of Accountant The DMC Group CPAs & Advisors  LLC splacona@msbnj.com

Sari Blair Placona
                    on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
                    on behalf of Other Prof. Withum Smith & Brown PC splacona@msbnj.com

Sean C Southard
                    on behalf of Trustee Fred Stevens ssouthard@klestadt.com

Sean C Southard
                    on behalf of Trustee Fred Stevens  Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com

Sean C Southard
                    on behalf of Interested Party Fred Stevens  Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com

District/off: 0312-1                        User: admin                                    Page 16 of 16
Date Rcvd: Jan 21, 2026                     Form ID: 309A                              Total Noticed: 138

Stephen V. Falanga

on behalf of Interested Party Luma Financial Group  LLC sfalanga@thewalshfirm.com,
chemrick@thewalshfirm.com;clupi@walsh.law

Steven J. Mitnick

on behalf of Creditor Receiver of Golden Gate Investment Company  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick

on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick

on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 279