| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>Kelly E. Rowe, Esquire<br>David W. Carickhoff, Esquire<br>Alan M. Root, Esquire<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email: rowe@chipmanbrown.com<br>　　　　carickhoff@chipmanbrown.com<br>　　　　root@chipmanbrown.com<br><br>*Attorneys for Claudia Z. Springer,*<br>*Chapter 7 Trustee of the bankruptcy estates of*<br>*the Blackford Debtors* | Order Filed on January 28, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>DARYL FRED HELLER,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |
| Claudia Z. Springer, solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DARYL FRED HELLER,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 25-01348 (JNP) |

<u>**ORDER FOR ADMISSION OF ALAN M. ROOT *PRO HAC VICE***</u>

The relief set forth on the following page is **ORDERED**.

This matter having been brought before the Court on application for an *Order for Admission Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-

**DATED: January 28, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc.78, D.N.J.L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Alan M. Root be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be promptly filed by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

*United States District Court for the District of New Jersey*
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102
Attention: *Pro Hac Vice Admissions*

and it is further

4901-7663-8067, v. 1

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

4901-7663-8067, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-11354-JNP
Daryl Fred Heller  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 12
Date Rcvd: Jan 29, 2026      Form ID: pdf903      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew J. Kelly | on behalf of Mediator Andrew I. Kelly (Mediator) akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |

| | |
|---|---|
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |
| Christopher J. Leavell | on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com |
| Christopher J. Reilly | on behalf of Trustee Fred Stevens creilly@klestadt.com  fstevens@klestadt.com |
| Christopher P. Mazza | on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Daniel S. Siedman | on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Daniel S. Siedman | on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| David Michael Burkholder | on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas G. Leney | on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Avenaero Holdings LLC dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com |
| E. Richard Dressel | on behalf of Creditor Gail Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Brett Levin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com |
| Edmond M. George | on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| Fred Stevens | on behalf of Trustee Fred Stevens fstevens@klestadt.com |
| Fred Stevens | fstevens@klestadt.com |
| George William Allison Bartholomew | on behalf of Plaintiff WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Pinnacle Asset Management  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Plaintiff Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |
| George William Allison Bartholomew | on behalf of Creditor Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com |

District/off: 0312-1      User: admin      Page 3 of 12

Date Rcvd: Jan 29, 2026      Form ID: pdf903      Total Noticed: 3

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 12 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
        on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
        on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
        on behalf of Plaintiff Funders App  LLC harry@gutfleishlaw.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 12 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Harry M. Gutfleish
    on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com

Heidi J. Sorvino
    on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Janet Gold
    on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Jeffrey Kurtzman
    on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
    on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
    on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
    on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jerrold S. Kulback
    on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A LLC jlemkin@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 12 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund A  LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 7 of 12 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
    on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kelly Rowe
    on behalf of Plaintiff Claudia Z. Springer  solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors rowe@chipmanbrown.com

Kelly Rowe
    on behalf of Creditor Claudia Z. Springer rowe@chipmanbrown.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Lane E. Brody
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Case 25-11354-JNP    Doc 743    Filed 01/31/26    Entered 02/01/26 00:15:58    Desc
Imaged Certificate of Notice    Page 11 of 15

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 8 of 12 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Lane E. Brody | on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lauren Sisson | on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com |
| Marc D. Miceli | on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B II LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IX LLC mkizner@stark-stark.com |

| | |
|---|---|
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 10 of 12 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Martin J. Weis
    on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis
    on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Matthew G. Brushwood
    on behalf of Creditor Carol Welkowitz mbrushwood@barley.com  jrachor@barley.com

Nancy Isaacson
    on behalf of Plaintiff Randall Leaman nisaacson@greenbaumlaw.com

Nancy Isaacson
    on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
    on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

Case 25-11354-JNP    Doc 743    Filed 01/31/26    Entered 02/01/26 00:15:58    Desc
Imaged Certificate of Notice    Page 14 of 15

| District/off: 0312-1 | User: admin | Page 11 of 12 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Natalie R Young | on behalf of Interested Party Accordo L.P. nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Ethan Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Spec. Counsel Leo M Gibbons nyoung@macelree.com |
| Rachel A. Parisi | on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;FESanchez@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Richard Kanowitz | on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com |
| Richard D. Trenk | on behalf of Interested Party Brigantine Group (L.P.) rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Accordo L.P. rtrenk@trenkisabel.law, mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Charlene Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Taite Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Ethan Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Brookfield Partners rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Charlene Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Ethan Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Brookfield Partners rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Brigantine Group (L.P.) rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Accordo L.P. rroglieri@trenkisabel.law, mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Taite Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Sari Blair Placona | on behalf of Debtor Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Accountant The DMC Group CPAs & Advisors LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Other Prof. Withum Smith & Brown PC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com |
| Sean C Southard | on behalf of Interested Party Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com |
| Sean C Southard | on behalf of Trustee Fred Stevens ssouthard@klestadt.com |
| Sean C Southard | on behalf of Trustee Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com |
| Stephen V. Falanga | on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law |
| Steven J. Mitnick | on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |

| District/off: 0312-1 | User: admin | Page 12 of 12 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Steven J. Mitnick
 on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick
 on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
 on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 280