**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

Order Filed on February 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>February 3, 2026 |

**SECOND INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP AND PRESERVING *STATUS QUO*__**

The relief set forth on the following pages, numbered two (2) and four (4), is hereby **ORDERED.**

**DATED: February 2, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

#125424725v1

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Second Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

**THIS MATTER** having been opened to the Court by Trenk Isabel Siddiqi & Shahdanian P.C. attorneys for Accordo Limited Partnership ("Accordo") by the filing of two (2) Motions to approve certain transactions, and the Court having previously entered a Consent Order preserving *status quo* dated March 6, 2025 [ECF 96] and an Amended Consent Order preserving *status quo* dated March 14, 2025 [ECF 119] (collectively, the "Consent Orders"), and a separate order regarding the Prince Street proceeds [ECF 530], and the Court having entered an Interim Order authorizing disbursements to Accordo on December 10, 2025 (the "Interim Order") [ECF 698], and Accordo having filed the Supplemental Certification of Ethan Heller in Support of Second Interim Order Authorizing Disbursements to Accordo Limited Partnership and Preserving Status Quo [ECF 736], and for good cause shown:

**IT IS ORDERED** as follows:

1. The law offices of Trenk Isabel Siddiqi & Shahdanian P.C. be and is hereby authorized to disburse the sum of $11,605 from the Accordo Escrow[1] to Accordo.

2. Accordo is authorized to disburse the following payments which shall be used exclusively in accordance with these line items:

| 3. **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Loan Payment on Kansas Land | $4,652/per month | Two months |
| Insurance - Kansas | $145/per month | Two months |
| Software/Subscriptions | $174 / February | Total $329 |

---
[1] As defined in the Interim Order. ECF 698.

#125424725v1

(Page 3)

| Debtor: | Daryl Fred Heller |
|---|---|
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Second Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

| 3. **PURPOSE** | **AMOUNT** | |
|---|---|---|
| | $154 / March | |
| Utilities/Maintenance - Kansas | $124/per month | Two months |
| Utilities/Maintenance – 466 Plank Road PA | $873 / February $890 / March | Total $1,763 |
| Apex Investment Holdings Opex | $5,735 / February $1,255 / March | Total $6,990 |
| Brookfield LP / Brigantine Opex | $867 / February $847 / March | Total $1,714 |
| Wire/ACH/Bank Fees | $40/per month | Two months |
| **TOTAL** | **$11,605** | |

A variance of ten (10%) percent per line item shall be permitted.

4. Accordo shall provide a listing of income (by category and property) and disbursements to the Trustee and Orrstown Bank every two weeks until the Adjourned Hearing Date (as defined herein). In addition, Accordo shall include in its biweekly reports, a similar breakdown of income and disbursements for Apex Investment Holdings, LLC and Brookfield Partners, LP and Brigantine Group Family LTD. Except as modified herein, all other Accordo assets shall be maintained until the Adjourned Hearing Date in their current status as provided in the Consent Orders and without prejudice to all rights, remedies and defenses.

5. The pending motion to approve the Accordo Budget [ECF 649] and enter into certain transactions with DHQM Properties, LLC [ECF 650] and the cross motion of Orrstown Bank [ECF 684] shall be adjourned until **March 24, 2026 at 11:00 A.M.** ("Adjourned Hearing Date") with any supplemental papers to be filed by March 17, 2026.

(Page 4)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Second Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

6. On the Adjourned Hearing Date, the Court shall consider the pending motions including the full Accordo Budget, disbursements to Ethan Heller for services rendered and any advances made or incurred concerning Accordo assets.

7. Accordo will continue to cooperate with the outside accountant concerning the finalization of its 2024 tax returns.

8. All other terms and conditions set forth in the Interim Order remain in full force and effect.

#125424725v1