**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

Order Filed on February 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>February 3, 2026 |

**SECOND INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP AND PRESERVING *STATUS QUO***

The relief set forth on the following pages, numbered two (2) and four (4), is hereby **ORDERED.**

**DATED: February 2, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

#125424725v1

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Second Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

**THIS MATTER** having been opened to the Court by Trenk Isabel Siddiqi & Shahdanian P.C. attorneys for Accordo Limited Partnership ("Accordo") by the filing of two (2) Motions to approve certain transactions, and the Court having previously entered a Consent Order preserving *status quo* dated March 6, 2025 [ECF 96] and an Amended Consent Order preserving *status quo* dated March 14, 2025 [ECF 119] (collectively, the "Consent Orders"), and a separate order regarding the Prince Street proceeds [ECF 530], and the Court having entered an Interim Order authorizing disbursements to Accordo on December 10, 2025 (the "Interim Order") [ECF 698], and Accordo having filed the Supplemental Certification of Ethan Heller in Support of Second Interim Order Authorizing Disbursements to Accordo Limited Partnership and Preserving Status Quo [ECF 736], and for good cause shown:

**IT IS ORDERED** as follows:

1. The law offices of Trenk Isabel Siddiqi & Shahdanian P.C. be and is hereby authorized to disburse the sum of $11,605 from the Accordo Escrow[1] to Accordo.

2. Accordo is authorized to disburse the following payments which shall be used exclusively in accordance with these line items:

| 3. **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Loan Payment on Kansas Land | $4,652/per month | Two months |
| Insurance - Kansas | $145/per month | Two months |
| Software/Subscriptions | $174 / February | Total $329 |

---

[1] As defined in the Interim Order. ECF 698.

(Page 3)

| Debtor: | Daryl Fred Heller |
|---|---|
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Second Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

| 3.  **PURPOSE** | **AMOUNT** | |
|---|---|---|
| | $154 / March | |
| Utilities/Maintenance - Kansas | $124/per month | Two months |
| Utilities/Maintenance – 466 Plank Road PA | $873 / February $890 / March | Total $1,763 |
| Apex Investment Holdings Opex | $5,735 / February $1,255 / March | Total $6,990 |
| Brookfield LP / Brigantine Opex | $867 / February $847 / March | Total $1,714 |
| Wire/ACH/Bank Fees | $40/per month | Two months |
| **TOTAL** | **$11,605** | |

A variance of ten (10%) percent per line item shall be permitted.

4.  Accordo shall provide a listing of income (by category and property) and disbursements to the Trustee and Orrstown Bank every two weeks until the Adjourned Hearing Date (as defined herein). In addition, Accordo shall include in its biweekly reports, a similar breakdown of income and disbursements for Apex Investment Holdings, LLC and Brookfield Partners, LP and Brigantine Group Family LTD. Except as modified herein, all other Accordo assets shall be maintained until the Adjourned Hearing Date in their current status as provided in the Consent Orders and without prejudice to all rights, remedies and defenses.

5.  The pending motion to approve the Accordo Budget [ECF 649] and enter into certain transactions with DHQM Properties, LLC [ECF 650] and the cross motion of Orrstown Bank [ECF 684] shall be adjourned until **March 24, 2026 at 11:00 A.M.** ("Adjourned Hearing Date") with any supplemental papers to be filed by March 17, 2026.

(Page 4)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Second Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

6.   On the Adjourned Hearing Date, the Court shall consider the pending motions including the full Accordo Budget, disbursements to Ethan Heller for services rendered and any advances made or incurred concerning Accordo assets.

7.   Accordo will continue to cooperate with the outside accountant concerning the finalization of its 2024 tax returns.

8.   All other terms and conditions set forth in the Interim Order remain in full force and effect.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11354-JNP |
| Daryl Fred Heller | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 12 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 04, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew J. Kelly | on behalf of Mediator Andrew I. Kelly (Mediator) akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 12 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Anthony Sodono, III
    on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com

Christopher J. Leavell
    on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Christopher J. Reilly
    on behalf of Trustee Fred Stevens creilly@klestadt.com  fstevens@klestadt.com

Christopher P. Mazza
    on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Daniel S. Siedman
    on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
    on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
    on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
    on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor Avenaero Holdings LLC dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com

E. Richard Dressel
    on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

Edmond M. George
    on behalf of Creditor Customers Bank edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com

Edward A. Phillips
    ephillips@getzlerhenrich.com

Fred Stevens
    on behalf of Trustee Fred Stevens fstevens@klestadt.com

Fred Stevens
    fstevens@klestadt.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Pinnacle Asset Management  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

District/off: 0312-1 User: admin Page 3 of 12
Date Rcvd: Feb 02, 2026 Form ID: pdf903 Total Noticed: 3

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Case 25-11354-JNP    Doc 745    Filed 02/04/26    Entered 02/05/26 00:21:05    Desc
Imaged Certificate of Notice    Page 8 of 16

| District/off: 0312-1 | User: admin | Page 4 of 12 |
|---|---|---|
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
    on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
    on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
    Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
    on behalf of Plaintiff Funders App  LLC harry@gutfleishlaw.com

District/off: 0312-1    User: admin    Page 5 of 12
Date Rcvd: Feb 02, 2026    Form ID: pdf903    Total Noticed: 3

| | |
|---|---|
| Harry M. Gutfleish | on behalf of Plaintiff Reliance Financial  LLC harry@gutfleishlaw.com |
| Heidi J. Sorvino | on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com |
| Janet Gold | on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Jeffrey Kurtzman | on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com |
| Jeffrey Lichtstein | on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jeffrey S. Cianciulli | on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com |
| Jeffrey S. Cianciulli | on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com |
| Jerrold S. Kulback | on behalf of Plaintiff Avenaero Holdings  LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 12 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund A  LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Case 25-11354-JNP    Doc 745    Filed 02/04/26    Entered 02/05/26 00:21:05    Desc
Imaged Certificate of Notice    Page 11 of 16

| District/off: 0312-1 | User: admin | Page 7 of 12 |
|---|---|---|
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com |
| Joseph R Zapata, Jr | on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com |
| Kelly Rowe | on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors rowe@chipmanbrown.com |
| Kelly Rowe | on behalf of Creditor Claudia Z. Springer rowe@chipmanbrown.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Kurt F. Gwynne | on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com |
| Lane E. Brody | on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Creditor J. Richard Haller lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |

Case 25-11354-JNP    Doc 745    Filed 02/04/26    Entered 02/05/26 00:21:05    Desc
Imaged Certificate of Notice    Page 12 of 16

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 8 of 12 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Lane E. Brody | on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Summit Asset Management  LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Pinnacle Asset Management  LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lauren Sisson | on behalf of Creditor Chicago Atlantic Admin  LLC lauren.sisson@haynesboone.com |
| Marc D. Miceli | on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Paramount Management Group  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Receiver of Golden Gate Investment Company  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 9 of 12 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Case 25-11354-JNP    Doc 745    Filed 02/04/26    Entered 02/05/26 00:21:05    Desc
Imaged Certificate of Notice    Page 14 of 16

| District/off: 0312-1 | User: admin | Page 10 of 12 |
|---|---|---|
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
  on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Martin J. Weis
  on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis
  on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Matthew G. Brushwood
  on behalf of Creditor Carol Welkowitz mbrushwood@barley.com  jrachor@barley.com

Nancy Isaacson
  on behalf of Plaintiff Randall Leaman nisaacson@greenbaumlaw.com

Nancy Isaacson
  on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
  on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
  on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

Case 25-11354-JNP    Doc 745    Filed 02/04/26    Entered 02/05/26 00:21:05    Desc
Imaged Certificate of Notice    Page 15 of 16

| District/off: 0312-1 | User: admin | Page 11 of 12 |
|---|---|---|
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Natalie R Young | on behalf of Interested Party Accordo L.P. nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Ethan Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Spec. Counsel Leo M Gibbons nyoung@macelree.com |
| Rachel A. Parisi | on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;FESanchez@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Richard Kanowitz | on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com |
| Richard D. Trenk | on behalf of Interested Party Brigantine Group (L.P.) rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Accordo L.P. rtrenk@trenkisabel.law, mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Charlene Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Taite Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Ethan Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Richard D. Trenk | on behalf of Interested Party Brookfield Partners rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Charlene Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Ethan Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Brookfield Partners rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Brigantine Group (L.P.) rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Accordo L.P. rroglieri@trenkisabel.law, mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Interested Party Taite Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law |
| Sari Blair Placona | on behalf of Debtor Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Accountant The DMC Group CPAs & Advisors LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Daryl Fred Heller splacona@msbnj.com |
| Sari Blair Placona | on behalf of Other Prof. Withum Smith & Brown PC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com |
| Sean C Southard | on behalf of Interested Party Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com |
| Sean C Southard | on behalf of Trustee Fred Stevens ssouthard@klestadt.com |
| Sean C Southard | on behalf of Trustee Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com |
| Stephen V. Falanga | on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law |
| Steven J. Mitnick | on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 12 of 12 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Steven J. Mitnick
    on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 280