| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*Proposed General Counsel to Fred Stevens, in his capacity as Chapter 7 Trustee.* |

| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Fred Stevens (the "Trustee"), in his capacity as chapter 7 trustee of the estate of Daryl Fred Heller (the "Debtor"), is the (check all that apply):

    ☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

    ☐ Debtors:     ☐ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicants seek to retain the following professional Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") to serve as (check all that apply):

    ☒ Attorney for:     ☒ Trustee     ☐ Debtors-in-Possession

    ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor ☐ Appraiser ☐ Special Counsel

    ☐ Auctioneer ☐ Other (specify)

3. The employment of the professional is necessary because:

By this Application, the Trustee seeks entry of an order pursuant to sections 327 of the Bankruptcy Code, authorizing and approving the retention and employment of KWJS&S as the Trustee's general counsel effective as of January 15, 2026, to perform the legal services that are necessary for the Trustee to discharge his duties and as otherwise set forth herein. The Trustee requests that KWJS&S be retained to perform the services described in this Application and on the terms set forth herein.

4. The professional has been selected because:

The Trustee has selected KWJS&S based on its extensive experience in debtors' and creditors' rights, general corporate law, debt restructuring, investigations, corporate reorganizations, and litigation. KWJS&S also has significant experience representing trustees and other interested parties in cases analogous to, or otherwise relevant to, the Debtor's chapter 7 case. Prior to the conversion of this matter to chapter 7, KWJS&S served as the Trustee's general counsel and, as a result, possesses substantial familiarity with the Debtor, this case, and its procedural and factual background. This prior involvement will avoid the additional time and expense that would otherwise be incurred by new counsel familiarizing itself with the case.

Accordingly, the Trustee believes that KWJS&S is well qualified to represent him and seeks authority for KWJS&S to continue as his counsel in this chapter 7 case.

5. The professional services to be rendered are as follows:

   The Trustee requests that KWJS&S provide the following services:

   (a) advise and assist the Trustee in the discharge of his duties and responsibilities pursuant to the orders of this Court and applicable law;

   (b) assist the Trustee with his investigation into the Debtor's assets and financial affairs to determine whether there are assets and/or claims against third parties that can be administered for the benefit of the estate and its creditors;

   (c) assist the Trustee in the preparation of reports to this Court and parties in interest and represent him in the preparation of motions, applications, claim objections, notices, orders, and other documents necessary to complete the administration of the estate;

   (c) represent the Trustee at hearings and other proceedings before this Court (and, to the extent necessary, any other court);

   (e) perform all other necessary legal services on behalf of the Trustee in connection with this chapter 7 case; and

   (f) assist the Trustee in undertaking any additional tasks or duties that the Court might direct or that the Trustee might determine are necessary and appropriate in connection with the discharge of his duties.

6. The proposed arrangement for compensation is as follows:

   Subject to court approval in accordance with sections 330(a) and 331 of the Bankruptcy Code, compensation will be payable to KWJS&S on an hourly basis, plus reimbursement of actual, necessary expenses incurred.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: N/A

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Dated: New York, New York
       February 9, 2026

FRED STEVENS, as Chapter 7 Trustee of the Estate of Daryl Fred Heller

By: */s/ Fred Stevens*
    Fred Stevens, as Trustee

Proposed Counsel:

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP


By:   */s/ Sean C. Southard*
      Sean C. Southard
      Christopher J. Reilly
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
            creilly@klestadt.com

      *Proposed Counsel to the Trustee*