| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*Proposed General Counsel to Fred Stevens, in his capacity as Chapter 7 Trustee.* |

Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br><br>                           Debtor. | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER AUTHORIZING TRUSTEE'S RETENTION OF
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP AS
GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE,
EFFECTIVE AS OF JANUARY 15, 2026**

The relief set forth on the following page

**DATED: February 18, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No: | 25-11354 (JNP) |
| Caption of Order: | Order Authorizing Trustee's Retention of Klestadt Winters Jureller Southard & Stevens, LLP as General Counsel to the Chapter 7 Trustee, Effective as of January 15, 2026 |

Upon the application (the "Application")[1] of Fred Stevens (the "Trustee"), in his capacity as chapter 7 trustee of the estate of Daryl Fred Heller (the "Debtor"), for entry of an order authorizing the employment and retention of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJSS") as general counsel to the Trustee; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Application having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and a hearing having been held, if necessary, to consider the relief requested in the Application (the "Hearing"); and upon consideration of the Certification of Sean C. Southard (the "Southard Certification") attached to the Application, and the record of the Hearing, if any, and all proceedings had before the Court; and the Court having found and determined that KWJSS does not represent or hold any interest adverse under section 327 of the Bankruptcy Code, and is (to the extent applicable) a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.      The Application is GRANTED as set forth herein.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

(Page 3)

Debtor: Daryl Fred Heller

Case No: 25-11354 (JNP)

Caption of Order: Order Authorizing Trustee's Retention of Klestadt Winters Jureller Southard & Stevens, LLP as General Counsel to the Chapter 7 Trustee, Effective as of January 15, 2026

    2.    The Trustee is authorized pursuant to section 327(a) of the Bankruptcy Code to retain and employ KWJSS as general counsel to the Trustee effective as of January 15, 2026. KWJSS maintains an address at 200 West 41st Street, 17th Floor, New York, NY 10036.

    3.    In accordance with section 327(a) of the Bankruptcy Code, the Trustee is authorized and empowered to employ and retain KWJSS as its counsel, effective as of January 15, 2026 to represent him in the Chapter 7 Case on the terms set forth in the Application and accompanying certification, except as modified by this Order.

    4.    KWJSS shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this Chapter 7 Case in compliance with the applicable provisions of the Bankruptcy Code, including sections 330 and 331, Bankruptcy Rule 2016, Local Rule 2016-1(a), and such other procedures as may be fixed by order of this Court.

    5.    At least ten (10) business days before implementing any increases in KWJSS' rates for professionals in this Chapter 7 Case, KWJSS shall file a supplemental affidavit with the Court explaining the basis for the rate increases in accordance with section 330 of the Bankruptcy Code. All parties in interest, including the United States Trustee, retain all rights to object to any rate increase on all grounds, including the reasonableness standard provided for in section 330 of the Bankruptcy Code.

    6.    Notwithstanding anything to the contrary in the Application, the Southard Certification, any engagement agreement pertaining to this retention, or any other provision in this Order, KWJSS shall, to the extent that KWJSS uses the services of contract attorneys, independent contractors or subcontractors (collectively, the "Contractors") in the Chapter 7 Case, (i) pass through the cost of such Contractors at the same rate that KWJSS pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors (to the extent they are attorneys, accountants, or other agents) (A) are subject to the same conflict checks and disclosures as required by KWJSS and (B) file with the Court such disclosures required

Debtor:              Daryl Fred Heller

Case No:            25-11354 (JNP)

Caption of Order:   Order Authorizing Trustee's Retention of Klestadt Winters Jureller Southard & Stevens, LLP as General Counsel to the Chapter 7 Trustee, Effective as of January 15, 2026

by Bankruptcy Rule 2014; and (iv) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

    7. Notwithstanding anything to the contrary in the Application, the Southard Certification, any engagement agreement pertaining to this retention, or any other provision in this Order, KWJSS shall provide all monthly fee statements, interim fee applications, and final fee applications in searchable electronic format ("LEDES" or "Excel") to the United States Trustee.

    8. Notwithstanding anything to the contrary in the Application, the Southard Certification, any engagement agreement pertaining to this retention, or any other provision in this Order, KWJSS shall seek reimbursement from the Debtor's estate for its engagement-related expenses at KWJSS' actual cost paid.

    9. Notwithstanding anything to the contrary in the Application, the Southard Certification, any engagement agreement pertaining to this retention, or any other provision in this Order, KWJSS will only bill fifty percent (50%) of its professionals' hourly rate for nonworking travel.

    10. Notwithstanding anything to the contrary in the Application, the Southard Certification, any engagement agreement pertaining to this retention, or any other provision in this Order, and for the avoidance of doubt, KWJSS will not be entitled to recover attorneys' fees or expenses for defending its fee applications in this Chapter 7 Case.

    11. Notwithstanding anything to the contrary in the Application, the Southard Certification, any engagement agreement pertaining to this retention, or any other provision in this Order, termination of KWJSS' retention shall only commence upon entry of an order by this Court terminating KWJSS' retention.

    12. To the extent the Application, the Southard Certification, or any engagement agreement pertaining to this retention is inconsistent with this Order, the terms of this Order shall govern.

(Page 5)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Case No: | 25-11354 (JNP) |
| Caption of Order: | Order Authorizing Trustee's Retention of Klestadt Winters Jureller Southard & Stevens, LLP as General Counsel to the Chapter 7 Trustee, Effective as of January 15, 2026 |

13. Notwithstanding anything to the contrary in the Application, the Southard Certification, any engagement agreement pertaining to this retention, or any other provision in this Order, the Court shall retain exclusive jurisdiction to hear and determine all matters arising from the implementation, interpretation, and enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-11354-JNP
Daryl Fred Heller  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 12
Date Rcvd: Feb 19, 2026     Form ID: pdf903     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew J. Kelly | on behalf of Mediator Andrew I. Kelly (Mediator) akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anthony Sodono, III | on behalf of Debtor Daryl Fred Heller asodono@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 12 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Anthony Sodono, III
    on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com

Christopher J. Leavell
    on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Christopher J. Reilly
    on behalf of Trustee Fred Stevens creilly@klestadt.com  fstevens@klestadt.com

Christopher P. Mazza
    on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com,
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Daniel S. Siedman
    on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
    on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
    on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com,
    dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com,
    dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
    on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor Avenaero Holdings LLC dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com

E. Richard Dressel
    on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

Edmond M. George
    on behalf of Creditor Customers Bank edmond.george@obermayer.com
    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.
    com;samantha.catullo@obermayer.com

Edward A. Phillips
    ephillips@getzlerhenrich.com

Fred Stevens
    on behalf of Trustee Fred Stevens fstevens@klestadt.com

Fred Stevens
    fstevens@klestadt.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Pinnacle Asset Management  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A IX  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

District/off: 0312-1          User: admin          Page 3 of 12
Date Rcvd: Feb 19, 2026          Form ID: pdf903          Total Noticed: 3

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 12 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Creditor Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
    on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com  Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello
    on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com  Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
    on behalf of Plaintiff Funders App  LLC harry@gutfleishlaw.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 12 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Harry M. Gutfleish
    on behalf of Plaintiff Reliance Financial  LLC harry@gutfleishlaw.com

Heidi J. Sorvino
    on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell
    on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Janet Gold
    on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Jeffrey Kurtzman
    on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
    on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
    on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
    on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jerrold S. Kulback
    on behalf of Plaintiff Avenaero Holdings  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
    on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com

District/off: 0312-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 6 of 12
Date Rcvd: Feb 19, 2026　　　　　　　　　　　Form ID: pdf903　　　　　　　　　　　Total Noticed: 3

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund A  LLC et al. jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D III  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VII  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 7 of 12 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
    on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kelly Rowe
    on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors rowe@chipmanbrown.com

Kelly Rowe
    on behalf of Creditor Claudia Z. Springer rowe@chipmanbrown.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
    on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Lane E. Brody
    on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
    on behalf of Creditor J. Richard Haller lb@saxtonstump.com
    alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Case 25-11354-JNP    Doc 751    Filed 02/21/26    Entered 02/22/26 00:20:07    Desc
Imaged Certificate of Notice    Page 13 of 17

| District/off: 0312-1 | User: admin | Page 8 of 12 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Lane E. Brody | on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lane E. Brody | on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com |
| Lauren Sisson | on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com |
| Marc D. Miceli | on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marc D. Miceli | on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B II LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund B IV LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B V LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A VI LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A IX LLC mkizner@stark-stark.com |

Case 25-11354-JNP    Doc 751    Filed 02/21/26    Entered 02/22/26 00:20:07    Desc
Imaged Certificate of Notice    Page 14 of 17

| District/off: 0312-1 | User: admin | Page 9 of 12 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Case 25-11354-JNP    Doc 751    Filed 02/21/26    Entered 02/22/26 00:20:07    Desc
Imaged Certificate of Notice    Page 15 of 17

| District/off: 0312-1 | User: admin | Page 10 of 12 |
| --- | --- | --- |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

| | |
| --- | --- |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B BTM I LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com |
| Marshall T. Kizner | on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com |
| Martin J. Weis | on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com |
| Martin J. Weis | on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com |
| Matthew G. Brushwood | on behalf of Creditor Carol Welkowitz mbrushwood@barley.com  jrachor@barley.com |
| Nancy Isaacson | on behalf of Plaintiff Randall Leaman nisaacson@greenbaumlaw.com |
| Nancy Isaacson | on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com |
| Natalie R Young | on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Taite Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Charlene Heller nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield Partners nyoung@macelree.com |
| Natalie R Young | on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 11 of 12 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Natalie R Young
    on behalf of Interested Party Accordo L.P. nyoung@macelree.com

Natalie R Young
    on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
    on behalf of Spec. Counsel Leo M Gibbons nyoung@macelree.com

Rachel A. Parisi
    on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com,
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Richard Kanowitz
    on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com

Richard D. Trenk
    on behalf of Interested Party Brigantine Group (L.P.) rtrenk@trenkisabel.law
    mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
    on behalf of Interested Party Accordo L.P. rtrenk@trenkisabel.law, mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
    on behalf of Interested Party Charlene Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
    on behalf of Interested Party Taite Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
    on behalf of Interested Party Ethan Heller rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Richard D. Trenk
    on behalf of Interested Party Brookfield Partners rtrenk@trenkisabel.law mmassoud@trenkisabel.law;rbicocchi@trenkisabel.law

Robert S. Roglieri
    on behalf of Interested Party Charlene Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law

Robert S. Roglieri
    on behalf of Interested Party Ethan Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law

Robert S. Roglieri
    on behalf of Interested Party Brookfield Partners rroglieri@trenkisabel.law mmassoud@trenkisabel.law

Robert S. Roglieri
    on behalf of Interested Party Brigantine Group (L.P.) rroglieri@trenkisabel.law mmassoud@trenkisabel.law

Robert S. Roglieri
    on behalf of Interested Party Accordo L.P. rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Robert S. Roglieri
    on behalf of Interested Party Taite Heller rroglieri@trenkisabel.law mmassoud@trenkisabel.law

Sari Blair Placona
    on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Accountant The DMC Group CPAs & Advisors LLC splacona@msbnj.com

Sari Blair Placona
    on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
    on behalf of Other Prof. Withum Smith & Brown PC splacona@msbnj.com

Sari Blair Placona
    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Sean C Southard
    on behalf of Interested Party Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com

Sean C Southard
    on behalf of Trustee Fred Stevens ssouthard@klestadt.com

Sean C Southard
    on behalf of Trustee Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com

Stephen V. Falanga
    on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com,
    chemrick@thewalshfirm.com;clupi@walsh.law

Steven J. Mitnick
    on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 12 of 12 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 3 |

Steven J. Mitnick
    on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick
    on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 280