UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*General Counsel to Fred Stevens, in his capacity as Chapter 7 Trustee.*

| | |
|---|---|
| In re: | Chapter 7 |
| DARYL FRED HELLER, | Case No. 25-11354 (JNP) |
| | Judge: Jerrold N. Poslusny, Jr. |
| Debtor. | |

## ADJOURNMENT REQUEST

1.      I, Christopher Reilly,

☒ am the attorney for: Fred Stevens, Chapter 7 Trustee of the Estate of Daryl Fred Heller (the "Debtor").

☐      am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: [Docket Nos. 649, 650 and 684]

Current hearing date and time: 3/24/2026 at 2:00 p.m. (EST), with replies due 3/17/2026.

New date requested:4/14/2026 at 2:00 p.m. (EST), with replies due 4/7/2026.

Reason for adjournment request: The parties are engaged in discussions to potentially resolve issues amicably and seek the extension to continue said discussions.

2.      Consent to adjournment:

        ☒ I have the consent of all parties.
        ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 3/16/2026                                    */s/ Christopher Reilly*
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: 4/14/2026 at 11:00am            ☐ Peremptory

☐  Granted over objection(s) New hearing date:_____          ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*