| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Sean C. Southard<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br><br>*Counsel to Fred Stevens, in his capacity as*<br>*Chapter 7 Trustee.* | |

**Order Filed on April 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br><br>                    Debtor. | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER EXTENDING TIME FOR CHAPTER 7 TRUSTEE, UNITED
STATES TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST TO
<u>OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727</u>**

The relief set forth on the following pages, numbered two (2) to three (3), is hereby

**ORDERED**.

**DATED: April 1, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor:              Daryl Fred Heller

Case No:             25-11354 (JNP)

Caption of Order:    Consent Order Extending Time for Chapter 7 Trustee, United States Trustee, and all Creditors
                     and Parties in Interest to Object to Debtor's Discharge Pursuant to 11 U.S.C. § 727

Fred Stevens (the "Trustee"), Chapter 7 trustee of the estate of Daryl Fred Heller (the "Debtor"), and (B) the Debtor, have agreed to the following terms of this stipulated order and accordingly, for good cause shown:

**IT IS SO ORDERED** as follows:

1.      Extension of Deadline to Object to Discharge.  The current deadline to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and Fed. R. Bankr. P. 4004 is April 27, 2026 (the "Discharge Objection Deadline").  Effective upon entry of this Order, the Discharge Objection Deadline for the Trustee, United States Trustee, and all creditors and parties in interest is hereby extended to and including October 28, 2026.

2.      Reservation of Rights.  This Consent Order and the extension provided for hereby is without prejudice, and with a full reservation of any party's right and ability, to seek further extensions of the time to commence an action seeking the denial of the Debtor's discharge.

3.      Bankruptcy Court Jurisdiction. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order, including, without limitation, for purposes of enforcing the terms and conditions of this Order.

4.      No Admissions. The Debtor shall not be deemed to have admitted to any wrongdoing solely by virtue of having extended the Discharge Objection Deadline.

5.      Representation by Counsel.  By signing the consent to entry of this Order below, the Debtor has acknowledged that he had the opportunity to be represented by counsel of his choosing in connection with this Order and the waiver of his discharge, and that he had the full right and opportunity to consult with any such attorney(s) in connection with this Order and the

(Page 3)

Debtor:           Daryl Fred Heller

Case No:          25-11354 (JNP)

Caption of Order:     Consent Order Extending Time for Chapter 7 Trustee, United States Trustee, and all Creditors
                      and Parties in Interest to Object to Debtor's Discharge Pursuant to 11 U.S.C. § 727

extension of the Discharge Objection Deadline.

**THE FOREGOING TERMS OF THIS ORDER ARE EXPRESSLY CONSENTED TO AND
AGREED:**

Dated:    March 30, 2026

By: _DARYL HELLER_____
    Daryl Fred Heller, Debtor

Dated:    March 30, 2026

**McMANIMON, SCOTLAND &
BAUMANN, LLC**

By: _SARI B. PLACONA_____
    Sari B. Placona
    75 Livingston Avenue, 2nd Floor
    Roseland, New Jersey 07068
    Tel: (973) 721-5030
    Email: SPlacona@MSBNJ.com

*Counsel to the Debtor*

Dated:    March 30, 2026

By: _Fred Stevens_____
    Fred Stevens, as Chapter 7 Trustee of
    the Estate of Daryl Fred Heller

Dated:    March 30, 2026

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: _Sean C. Southard_____
    Sean C. Southard
    Christopher J. Reilly
    200 West 41st Street, 17th Floor
    New York, New York 10036
    Tel: (212) 972-3000
    Email: ssouthard@klestadt.com
         creilly@klestadt.com

*Counsel to the Trustee*