**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NEW JERSEY**

| | |
|---|---|
| *In re* ) | Chapter 11 |
| ) | |
| DARYL FRED HELLER, ) | Case No. 25-11354 (JNP) |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

### NOTICE OF CHANGE OF MAILING ADDRESS

**PLEASE TAKE NOTICE** that Brian Ryniker provides notice that the mailing address for RK Consultants, LLC has changed as follows:

| Prior Mailing Addresses | Updated Mailing Address |
|---|---|
| • 1178 Broadway, 3rd floor #1505 New York, NY 10001 <br><br> • 15 West 38th Street, Suite 806 New York, NY 10018 | • 112 West 34th Street, Suite 18028 New York, NY 10120 |

Dated: April 1, 2026

/s/Brian Ryniker
Brian Ryniker

1