**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law
*Counsel for the Accordo Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP) |

**ADJOURNMENT REQUEST**

1. I, Richard D. Trenk, Esq.,

   ☒ am the attorney for Accordo Limited Partnership (the "Debtor"), in the above-captioned matter.

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:    Motion to Approve Payment of Accounting Fees [ECF 649, 650, 684].

   Current hearing date and time:    April 14, 2026 at 11:00 a.m.

   New date requested:    April 28, 2026 at 11:00 a.m.

   Reasons for adjournment request:  To continue settlement discussions

☒    I have the consent of the parties.          ☐    I do not have the consent of the following parties (explain below):

I hereby certify under penalty of perjury that the foregoing is true.

Date: April 6, 2026                /s/ *Richard D. Trenk*
                                      RICHARD D. TRENK

**COURT USE ONLY**

The request for adjournment is:

☒ Granted          New hearing date: 4/28/2026 at 11:00am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT:**          **If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

4876-7749-5753, v. 1