**TRENK ISABEL SIDDIQI
 & SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>            Debtor. | Chapter 7<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time:<br>April 28, 2026 at 11:00 a.m. |

## SUPPLEMENTAL CERTIFICATION OF ETHAN HELLER IN SUPPORT OF THIRD INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP

**ETHAN HELLER**, pursuant to 18 U.S.C. § 1746, hereby certifies and states as follows:

1.    I am the general partner of Accordo Limited Partnership ("Accordo").

2.    Accordo is not a debtor in these or any proceedings under Title 11.

3.    I am fully familiar with the facts and circumstances set forth herein

4.    I respectfully submit this Supplemental Certification in further support of Accordo's motion for a Third Interim Order authorizing disbursements to Accordo Limited Partnership.

5.    The Debtor does not have any interest in Accordo.

6.    On December 10, 2025, the Court entered an Interim Order authorizing disbursements to Accordo Limited Partnership and preserving status quo.  ECF 698.

7.    On February 2, 2026, the Court entered a Second Interim Order authorizing disbursements to Accordo Limited Partnership and preserving status quo.  ECF 744.  The budget items set forth herein are specifically provided contingent upon entry of an appropriate order authorizing Trenk Isabel Siddiqi & Shahdanian P.C. to issue $48,778 from the escrowed funds until May 31, 2026.

8.    Accordo Limited Partnership has fully complied with the terms of the Order.

9.    Regular bi-weekly reports concerning the disbursements have been provided to the Chapter 11 Trustee and Orrstown Bank.

10.   The sale of the Myrtle Beach Property has been consummated and the net proceeds deposited with the Trenk Isabel Siddiqi & Shahdanian P.C. attorney trust account.

11.   Below is a chart of the Accordo Limited Partnership projected expenses for May 2026:

| PURPOSE | AMOUNT | |
|---|---|---|
| Loan Payment on Kansas Land (486 Acres) | $4,652/per month | Total $4,652 |
| Loan Payment on Kansas Land (227 Acres) | $28,218/per year | Total $28,218 |
| Insurance - Kansas | $163/per month | Total $163 |
| Software/Subscriptions | $137/per month | Total $137 |
| Utilities/Maintenance - Kansas | $124/per month | Total $124 |
| Utilities/Maintenance – 466 Plank Road PA | $690/per month | Total $690 |
| Eagles Season Ticket Expense | $1,270 | Total $1,270 |
| Apex Investment Holdings Opex Funding | $117 | Total $117 |
| Accordo Q1 Invoice for PA/NY Land | $1,386 | Total $1,386 |

2

| PURPOSE | AMOUNT | |
|---|---|---|
| DCT Ventures, LLC Q1 Invoice | $6,221 | Total $6,221 |
| DQCT, LLC Q1 Invoice | $250 | Total $250 |
| DHQM Properties, LLC Q1 Invoice | $4,459 | Total $4,459 |
| Brookfield LP / Brigantine Opex Funding | $259 | Total $259 |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| TOTAL | $48,778 | |

*Total funding required is net of projected income
**A 10% Variance is permitted for each line item
***Accordo Q1 Invoice for PA/NY Land consists of Accordo's split of labor, shop expense, fuel expense, repairs and maintenance, office expenses for land owned by Accordo
****DCT, DQCT, and DQHM Q1 invoice consists of Accordo's split of labor, shop expense, fuel expense, repairs and maintenance, office expenses for land owned by each respective entity.

12. A breakdown of the Apex Investment Holdings LLC[1] expenses[2] for February and May 2026 is as follows:

| PURPOSE | AMOUNT | |
|---|---|---|
| Software/Subscriptions | $80/per month | Total $80 |
| PA Annual Filing Fee | $7 | Total $7 |
| Wire/ACH/Bank Fees | $30/per month | Total $30 |
| TOTAL | $117 | |

13. A breakdown of the Brookfield Partners, LP and Brigantine Group Family, Ltd. expenses[3] for May 2026 are as follows:

| PURPOSE | AMOUNT | |
|---|---|---|
| Utilities | $561/per month | Total $561 |
| Software/Subscriptions | $259/per month | Total $259 |

---

[1] Apex Investment Holdings LLC's sole asset is the Myrtle Beach Property.
[2] This breakdown is provided for informational purposes and does not constitute an additional budget request. See Footnote 1.
[3] This breakdown is provided for informational purposes and does not constitute an additional budget request. See Footnote 1.

| PURPOSE | AMOUNT | |
|---------|--------|---|
| PA Annual Filing Fee | $21/per year | Total $21 (Brookfield LP, Brookfield GP, Brigantine) |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| **TOTAL** | **$880** | |

14.  As set forth in the Interim Order, a variance of ten (10%) percent should be permitted for each line item because certain expenses are estimated and accrue interest or other charges.

15.  All of these expenses are necessary to maintain Accordo Limited Partnership and the related entities.  None of these monies will be paid to the undersigned or any other member of Accordo Limited Partnership or the related entities.

I certify pursuant to 18 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

*Ethan Heller*

_____
ETHAN HELLER

Dated: April 21, 2026

4