MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:  (215) 575-7000
FACSIMILE:          (215) 575-7200
EMAIL:              mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> DARYL FRED HELLER, <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-11354 (JNP) |

## RESPONSE AND RESERVATION OF RIGHTS OF ORRSTOWN BANK CONCERNING ACCORDO, L.P.'S MOTION SEEKING APPROVAL OF PROPOSED DISBURSEMENTS AND TRANSACTIONS

Orrstown Bank, a creditor and party in interest, hereby submits this omnibus response and reservation of rights concerning Accordo L.P.'s motion seeking approval of proposed disbursements and transactions (the "Accordo Motions") (Dkt. Nos. 649 and 650) and the Objections of Orrstown Bank to Motion Concerning Payment of Accounting Fees and Approval of New Budget [D.I. 649] and Motion for Approval of DHQM Land Swap and Sale of Myrtle Beach Property [D.I. 650] and Cross-Motions to Strike Certifications of Ethan Heller in Support Thereof (the "Orrstown Cross-Motion") (Dkt. No. 684).

1.     Orrstown Bank joins the request of the Trustee for the adjournment of the matters for approximately four weeks, but would request that the Court establish a schedule in connection with the hearing on the open matters before it.

2.     As set forth in the Trustee's response (Dkt. No. 762), certain of the matters may be moot or no longer being pursued by Accordo. As a preliminary matter, Orrstown Bank would

1

suggest that the parties should identify the open matters and, thereafter, establish a pretrial schedule for those matters.

3.   To that end, Orrstown Bank would suggest the following schedule:

• On or before May 5, 2026, the moving party should file a notice of the Accordo matters which remain open and it intends to pursue at this time.

• On or before May 12, 2026, any party may submit opposition to the open matters (which could be incorporation of portions of prior pleadings regarding the matter).

• On or before May 14, 2026, any party can notice depositions, with such depositions to take place during the week of May 18, 2026.

• Court schedule permitting, the hearing on the open matters during the week of May 25, 2026 or June 1, 2026.

4.      The status quo order will remain in effect during this period, and the parties will continue to work on a budget for Accordo for May, 2026. It should be noted, though, that at this point, not all parties are in agreement on all items of the budget, and guidance from the Court may be solicited at the hearing.

WHEREFORE, Orrstown Bank respectfully requests that the Court adjourn the hearing to further consider the Accordo Motions and maintain the status quo for approximately four weeks (subject to further adjournment), and grant such other relief as is just, necessary and appropriate.

/s/ *Martin J. Weis*
Martin J. Weis
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
(215) 575-7000
mweis@dilworthlaw.com
Date: April 24, 2026                              Attorney for Orrstown Bank

2

#125596656v2