**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone:  (973) 533-1000
Email:  rtrenk@trenkisabel.law
Email:  rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

**Order Filed on May 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| DARYL FRED HELLER, | Case No. 25-11354(JNP) |
| Debtor. | Hearing Date & Time:<br>April 28, 2026 |

**THIRD INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP AND PRESERVING *STATUS QUO***

The relief set forth on the following pages, numbered two (2) and five (5), is hereby

**ORDERED.**

**DATED: May 5, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

#125424725v1

(Page 2)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Third Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

**THIS MATTER** having been opened to the Court by Trenk Isabel Siddiqi & Shahdanian P.C. attorneys for Accordo Limited Partnership ("Accordo") by the filing of two (2) Motions to approve certain transactions, and the Court having previously entered a Consent Order preserving *status quo* dated March 6, 2025 [ECF 96] and an Amended Consent Order preserving s*tatus quo* dated March 14, 2025 [ECF 119] (collectively, the "Consent Orders"), and a separate order regarding the Prince Street proceeds [ECF 530], and the Court having entered an Interim Order authorizing disbursements to Accordo on December 10, 2025 (the "Interim Order") [ECF 698], and the Court having entered a Second Order authorizing disbursements to Accordo on February 2, 2026 (the "Second Interim Order") [ECF 744], and Accordo having filed the Supplemental Certification of Ethan Heller in Support of Third Interim Order Authorizing Disbursements to Accordo Limited Partnership and Preserving Status Quo [ECF 763], and for good cause shown:

**IT IS ORDERED** as follows:

1.      The law offices of Trenk Isabel Siddiqi & Shahdanian P.C. be and is hereby authorized to disburse the sum of $48,778 from the Accordo Escrow[1] to Accordo.

2.      Accordo is authorized to disburse the following payments which shall be used exclusively in accordance with these line items:

| PURPOSE | AMOUNT | |
|---|---|---|
| Loan Payment on Kansas Land (486 Acres) | $4,652/per month | Total $4,652 |

---

[1] As defined in the Interim Order. ECF 698.

#125424725v1

(Page 3)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Third Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

| PURPOSE | AMOUNT | |
|---|---|---|
| Loan Payment on Kansas Land (227 Acres) | $28,218/per year | Total $28,218 |
| Insurance - Kansas | $163/per month | Total $163 |
| Real Estate Taxes – Kansas | $2,642/6 months | Total $5,284/Annual |
| Software/Subscriptions | $137/per month | Total $137 |
| Utilities/Maintenance - Kansas | $124/per month | Total $124 |
| Utilities/Maintenance – 466 Plank Road PA | $690/per month | Total $690 |
| Eagles Season Ticket Expense | $1,270 | Total $1,270 |
| Apex Investment Holdings Opex Funding | $117 | Total $117 |
| Accordo Q1 Invoice for PA/NY Land | $1,386 | Total $1,386 |
| DCT Ventures, LLC Q1 Invoice | $6,221 | Total $6,221 |
| DQCT, LLC Q1 Invoice | $250 | Total $250 |
| DHQM Properties, LLC Q1 Invoice | $4,459 | Total $4,459 |
| Brookfield LP / Brigantine Opex Funding | $259 | Total $259 |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| TOTAL | $48,778[2] | |

A variance of ten (10%) percent per line item shall be permitted.

3.      A breakdown of the Apex Investment Holdings LLC[3] expenses[4] for May 2026 is as follows:

---

[2] This amount is net of projected income to be received.

[3] Apex Investment Holdings LLC's sole asset was the Myrtle Beach Property which has been sold on notice to all parties with the net proceeds being held in the attorney trust escrow of Trenk Isabel Siddiqi & Shahdanian P.C.

[4] This breakdown is provided for informational purposes and does not constitute an additional budget request.

#125424725v1

(Page 4)

Debtor:            Daryl Fred Heller

Adv. Pro. No.      25-11354(JNP)

Caption of Order:  *Third Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo*

| PURPOSE | AMOUNT | |
|---|---|---|
| Software/Subscriptions | $80/per month | Total $80 |
| PA Annual Filing Fee | $7 | Total $7 |
| Wire/ACH/Bank Fees | $30/per month | Total $30 |
| **TOTAL** | **$117** | |

4.      A breakdown of the Brookfield Partners, LP and Brigantine Group Family, Ltd. expenses[5] for May 2026 are as follows:

| PURPOSE | AMOUNT | |
|---|---|---|
| Utilities | $561/per month | Total $561 |
| Software/Subscriptions | $259/per month | Total $259 |
| PA Annual Filing Fee | $21/per year | Total $21 (Brookfield LP, Brookfield GP, Brigantine) |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| **TOTAL** | **$880** | |

5.      Accordo shall provide a listing of income (by category and property) and disbursements to the Trustee and Orrstown Bank every two weeks until the Adjourned Hearing Date (as defined herein).  In addition, Accordo shall include in its biweekly reports, a similar breakdown of income and disbursements for Apex Investment Holdings, LLC and Brookfield Partners, LP and Brigantine Group Family LTD. Except as modified herein, all other Accordo assets shall be maintained until the Adjourned Hearing Date in their current status as provided in the Consent Orders and without prejudice to all rights, remedies and defenses.

---

[5] This breakdown is provided for informational purposes and does not constitute an additional budget request.

4

#125424725v1

(Page 5)

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Third Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

6.     The pending motion to approve the Accordo Budget [ECF 649] and enter into certain transactions with DHQM Properties, LLC [ECF 650] and the cross motion of Orrstown Bank [ECF 684] shall be adjourned until **June 2, 2026 at 11:00 A.M.** ("Adjourned Hearing Date") with any supplemental papers to be filed by May 26, 2026.

7.     On the Adjourned Hearing Date, the Court shall consider the pending motions including the full Accordo Budget, disbursements to Ethan Heller for services rendered and any advances made or incurred concerning Accordo assets.

8.     All other terms and conditions set forth in the Interim Order remain in full force and effect.

#125424725v1