**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Sean C. Southard
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

*Attorneys for Fred Stevens, as Chapter 7 Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Hearing Date: June 9, 2026<br>Hearing Time: 11:00 a.m. (EST) |

<div align="center">

**NOTICE OF PROPOSED PRIVATE**
**SALE OF CERTAIN PERSONAL**
**PROPERTY OF THE DEBTOR**

</div>

Fred Stevens, Chapter 7 trustee (the "Trustee") of the estate of Daryl Fred Heller (the

"Debtor") in this case proposes to sell property of the estate, free and clear of liens, claims and

encumbrances, to the persons and on the terms described below. If you object to the sale, you must

file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party

listed below not later than 7 days before the hearing date.

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr.

on June 9, 2026 at 11:00 a.m. at the United States Bankruptcy Court, United States Courthouse,

Mitchell H. Cohen U.S. Courthouse, Courtroom No. 4C, 400 Cooper St., Camden, NJ 08101 (the

"Bankruptcy Court"). If no objection to the sale is filed, the clerk will enter a Certification of No

Objection and the sale will be held as proposed.

**Description of Property to be Sold:**

| Item | VIN AND SPECS |
|---|---|
| **2018 Ski-Doo MXZ X 850 E-TEC**<br>**Trim: MXZ X (AJS quote)**<br>**Stock #40490** | **2BPSUUJA7JV000023**<br>**2018 \| MXZ X \| 850 E-TEC** |
| **2018 Ski-Doo Renegade Backcountry X**<br>**850 E-TEC**<br>**Trim: Backcountry X**<br>**Stock #40489** | **2BPSUXJB3JV000028**<br>**2018 BCX 850** |
| **2003 Yamaha SX Viper (non-operable)** | **JYE8FE0044A001922** |
| **2021 Legend 8.5×26 V-Nose Enclosed**<br>**Trailer** | **1L9BE262XM1317745**<br>**2021 \| Legend Industries**<br>**Tandem axle \| Enclosed** |

**Proposed Purchaser:** Daniel C. Heller

**Sale Price:** $15,500.00

Objections must be in writing and filed with the Court at least seven (7) days prior to the Hearing and served upon Counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 W. 41st Street, 17th Fl., New York, NY 10036, Attn: Sean C. Southard and Christopher Reilly, email: ssouthard@klestadt.com and creilly@klestadt.com.

Dated:   New York, New York
       May 7, 2026

                                 **KLESTADT WINTERS JURELLER**
                                  **SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
     Sean C. Southard
     Christopher J. Reilly
     200 West 41st Street, 17th Floor
     New York, New York 10036-7203
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
          creilly@klestadt.com

2

_____
*Attorneys for the Fred Stevens, as Chapter 7
Trustee*