**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Sean C. Southard
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

*Attorneys for Fred Stevens, as Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>   DARYL FRED HELLER,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Hearing Date: June 9, 2026<br>Hearing Time: 11:00 a.m. (EST) |

**NOTICE OF PROPOSED PRIVATE
SALE OF DEBTOR'S MEMBERSHIP
INTERESTS IN DHTC, LLC**

Fred Stevens, Chapter 7 trustee (the "Trustee") of the estate of Daryl Fred Heller (the "Debtor") in this case proposes to sell property of the estate, free and clear of liens, claims and encumbrances, to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on June 9, 2026 at 11:00 a.m. at the United States Bankruptcy Court, United States Courthouse, Mitchell H. Cohen U.S. Courthouse, Courtroom No. 4C, 400 Cooper St., Camden, NJ 08101 (the "Bankruptcy Court"). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of Property to be Sold:** The Debtor's fifty percent (50%) holding of Membership Interests in DHTC, LLC, which entity owns 1.15 acre lot of unimproved real property located at 913 Green Side Drive, Lititz, PA 17543, tax parcel number 290-10743-0-0000.

**Proposed Purchaser:** Terrence Curtin

**Sale Price:** $246,366.13.

Objections must be in writing and filed with the Court at least seven (7) days prior to the Hearing and served upon Counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 W. 41st Street, 17th Fl., New York, NY 10036, Attn: Sean C. Southard and Christopher Reilly, email: ssouthard@klestadt.com and creilly@klestadt.com.

Dated:   New York, New York
         May 7, 2026

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
      Sean C. Southard
      Christopher J. Reilly
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             creilly@klestadt.com

      *Attorneys for the Fred Stevens, as Chapter 7
      Trustee*

2

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-11354-JNP |
|---|---|
| Daryl Fred Heller | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 18 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf905 | Total Noticed: 197 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | Allen M Root, Chipman Brown Cicero & Cole LLP, Hercules Plaza, 1313 North Market Street, Suite 5400 Wilmington, DE 19801-6114 |
| aty | + | Donald W Clarke, Genova Burns LLC, 494 Broad Street, Newark, NJ 07102-3230 |
| aty | + | Edmond M. George, Obermayer Rebmann Maxwell &Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | | James J Vincequerra, ALSTON & BIRD LLP, 90 Park Avenue 15th Floor, New York, NY 10016-1387 |
| aty | + | Jonathan Wieder, Alston & Bird, 90 Park Avenue, New York, NY 10016, US 10016-1387 |
| aty | | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, NJ 07601 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancasster, PA 17601-6820 |
| aty | + | Joshua J Voss, Saxton & Stump, 280 Granite Run Dr., Suite 230, Lancaster, PA 17601-6820 |
| aty | | Leo M. Gibbons, MacElree Harvey, 17 West Miner Street, PO Box 660, West Chester, PA 19381-0660 |
| aty | + | Marshall T. Kizner, Stark & Stark, PC, PO Box 5315, Princeton, NJ 08543-5315 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Reed Smith LLP, 506 Carnegie Center, Suite 300, Princeton, NJ 08540-6243 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |
| aty | + | Stephen Montgomery, 424 Church Street, Suite 800, Nashville, TN 37219, US 37219-2395 |
| intp | + | Accordo, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| sp | + | Alan M. Root, Chipman Brown Cicero & Cole LLP, Hercules Plaza, 1313 North Market street, Suite 5400 Wilmington, DE 19801-6114 |
| intp | + | Brookfield GP, LLC, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| cr | + | Carol Welkowitz, Executrix of the Estate of, Richard Welkowitz, 382 Amber Drive, Lititz, PA 17543-6501 |
| cr | + | Claudia Z. Springer, 1310 Meeting House Road, PO Box 448, Gwynedd, PA 19436-0448 |
| sp | + | David M Burkholder, Wisler Pearlstine, LLP, 45 Liberty Boulevard, Suite 230, Malvern, PA 19355-1419 |
| cr | + | Diane K. Poole, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| sp | + | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| op | #+ | Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017-6358 |
| r | + | Goldcoast Sotheby's International Realty, 200 34th Street, Ocean City, NJ 08226-2056 |
| sp | | James J Vincequerra, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Jonathan Wieder, Alston & Bird, 90 park Avenue, New York, NY 10016-1387 |
| sp | + | Joshua J Voss, Three Logan Square, 1717 Arch Street, 5th Floor, Philadelphia, PA 19103-2782 |
| sp | | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| sp | + | Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| sp | + | Leo M Gibbons, MacElree Harvey Ltd., 17 W. Miner Street, West Chester, PA 19382-3213 |
| cr | + | Robert Horst, Jeffrey Kurtzman,Esquire, 101 N Washington Avenue, Suite 4A, Margate, NJ 08402 UNITED STATES 08402-1195 |
| sp | + | Seth Cohen, Alston & Bird, 90 Park Avenue, New York, NY 10016-1387 |
| sp | + | Stephen Montgomery, Dickinson Wright, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| intp | + | Taite Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| acc | + | The DMC Group CPAs & Advisors, LLC, 22 Horseneck Road, Fairfield, NJ 07004-2410 |
| cr | + | Truist Bank, c/o Jeffrey Lichtstein, 25 S. Charles St., 21st Fl., Baltimore, MD 21201 UNITED STATES 21201-3322 |
| cr | + | WF Velocity Fund IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |

Date Rcvd: May 08, 2026                                Form ID: pdf905                                Total Noticed: 197

| | | |
|---|---|---|
| cr | + | WF Velocity Fund VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity Fund VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | WF Velocity I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| op | + | Withum Smith & Brown PC, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |
| 520562687 | + | Albert Ciardi, Esq., Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| 520562680 | +++ | Austin Business, Attn: Chris Mundt, Esq., 4853 Williams Ste 111 Office G, Georgetown, TX 78633-2327 |
| 520626293 | + | Automated ATM Solutions, Inc. d/b/a Cypress Advant, 18291 N. Pima Road, No. 110-131, Scottsdale, AZ 85255-5697 |
| 520627397 | + | Avenaero Holdings LLC, 2126 N. Rocky Top Road, Battlefield, MO 65619-8101 |
| 520618336 | + | Blackford ATM Ventures Fund D, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Street, Suite 460, Wilmington, DE 19801-3014 |
| 520618339 | + | Blackford ATM Ventures Fund M II, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618342 | + | Blackford ATM Ventures Fund M IV, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618356 | + | Blackford ATM Ventures Fund M V, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618359 | + | Blackford ATM Ventures Fund M, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520618360 | + | Blackford ATM Ventures, LLC, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, LLC, 919 N. Market Sreet, Suite 460, Wilmington, DE 19801-3014 |
| 520627562 | #+ | Bryan Zeamer and Heather Zeamer, 1000 Old Line Rd., Manheim, PA 17545-8219 |
| 520582911 | + | CAN Capital, Inc., as assignee of WebBank, 1850 Parkway Place Suite 1150, Marietta, GA 30067-4439 |
| 520588215 | + | CFG Merchant Solutions, LLC, Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 520895420 | + | Carol Welkowitz, Executrix of the Estate of, Richard Welkowitz, deceased, c/o Matthew G. Brushwood, Barley Snyder, 2755 Century Blvd., Wyomissing, PA 19610-3346 |
| 520562692 | + | Charlene Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| 520596670 | + | Charlene Heller, c/o Leo M. Gibbons, Esquire, 17 W. Miner Street, West Chester, PA 19382-3213 |
| 520627629 | + | Charred Cuts, LLC, Gilbert Kraybill & Hess LLP, 2933 Lititz Pike,, P.O. Box 5349, Lancaster, PA 17606-5349 |
| 520599445 | + | Chicago Atlantic Admin, LLC, c/o Greg Kramer, Haynes and Boone, LLP, 30 Rockefeller Plaza - 26th Floor, New York, NY 10112-0086 |
| 520547363 | + | Chicago Atlantic Advisors, LLC, c/o Elizabeth Quinlivan, VP, 420 North Wabash Ave, Ste 500, Chicago, IL 60611-5626 |
| 520912235 | + | Chun Chau, 2710 Sunbright Dr, Diamond Bar, CA 91765-3551 |
| 520562682 | + | Credibly Funding, 25200 Telegraph Road, Ste 350, Southfield, MI 48033-7416 |
| 520627194 | + | David L. Parreira 2023 Irrevocable Trust, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520771468 | + | David M. Burkholder, Esquire, WISLER PEARLSTINE, LLP, 45 Liberty Boulevard, Suite 230, Malvern, PA 19355-1419 |
| 520627538 | + | David Zook, c/o Rory Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520614413 | + | Deerfield Capital LLC, 16 Deerfield Road, Lancaster, PA 17603-9608 |
| 520547364 | + | Deerfield Capital, LLC, c/o Eric Warfel, 16 Deerfield Road, Lancaster, PA 17603-9608 |
| 520627323 | + | Diane Poole, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520562688 | + | Donna Donaher, Esq., First National Bank, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5711 |
| 520626971 | + | FC Capital Holdings, LLC, Attn: Mike Henshaw, 420 Stevens Ave., Ste. 120, Solana Beach, CA 92075-2074 |
| 520951482 | + | Ferhaan Jawed and Sarah Jawed, 10085 Wagoner Way, Elk Grove, CA 95757-6419 |
| 520562683 | | First Commonweath, 22 East Roseville Road, Unit D, Lancaster, PA 17601 |
| 520547365 | + | First National Bank, c/o Steven Markunas, 1205 Westlakes Drive, Suite 260, 2nd Floor, Berwyn, PA 19312-2427 |
| 520562676 | +++ | Fulton Bank, 1695 State Street, East Petersburg, PA 17520-1328 |
| 520626516 | + | Funders App LLC dba Fundonatic, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 520547366 | + | Funders App, LLC (Fondonatics), c/o Michele David, 3323 NE 163rd St, Ste 401, North Miami Beach, FL 33160-5596 |
| 520625533 | + | GCC Investment Holdings LLC, Stephen M. Montgomery, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| 520626967 | + | Gallimore Properties, L.L.C., Christopher P. Mazza, Esq., Porzio, Bromberg & Newman, P.C., 100 Southgate Parkway, Morristown, NJ 07960-6465 |
| 520562689 | #+ | Greg Kramer, Esq., Haynes & Boone, LLP, 30 Rockefeller Plaza, 26th Floor, New York, NY 10112-0086 |
| 520562690 | + | Gustav Stickley, Esq., Blank Rome, 125 High Street, Boston, MA 02110-2704 |
| 520627494 | + | Hostetter Family Trust, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520624981 | + | J. Richard Haller, 1007 Log Cabin Road, Leola, PA 17540-9768 |
| 520627456 | + | Jerry D. Hostetter, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520922952 | + | John Hurwitz, 62934 Levins Ln., Bend, OR 97703-6738 |
| 520627219 | + | Karen L. Parreira 2023 Irrevocable Trust, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520562677 | + | Martin Weis, Esq., Dilworth Paxon, LLP, 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 520626298 | + | Mid Penn Bank, c/o Bonnie Berkoski, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| 520951809 | + | Mohsin Jawed, 8748 Vizela Way, Elk Grove, CA 95757-6402 |
| 520627193 | + | Mr. and Mrs. Matthew Hostetter, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |

District/off: 0312-1          User: admin          Page 3 of 18

Date Rcvd: May 08, 2026          Form ID: pdf905          Total Noticed: 197

| | | |
|---|---|---|
| 520627051 | + | Mr. and Mrs. Stephen D. Leaman, c/o Rory O. Connaughton, Esq., Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627159 | + | Mr. and Mrs. Zachary Kennel, c/o Rory O. Connaughton, Esq., Saxton & Stump LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520625252 | + | Needham Bank, Michelle L. Haughton, 1063 Great Plain Avenue, Needham, MA 02492-2302 |
| 520547369 | + | Needham Bank, c/o Joseph Campanelli, Pres. & CEO, 1063 Great Plain Avenue, Needham, MA 02492-2338 |
| 520957370 | + | Oak Roots LLC, PO Box 1129, Kenwood, CA 95452-1129 |
| 520547370 | + | Orrstown Bank, c/o Tom Cislo, VP, 1589 Commerce Drive, Lancaster, PA 17601-2731 |
| 520623827 | + | Orrstown Bank, c/o Martin J. Weis, Esquire, Dilworth Paxson LLP, 1650 Market Street, Suite 1200, Philadelphia, PA 19103-7301 |
| 520810141 | + | Parkview Advance LLC, 600 Summer Street, Stamford, CT 06901-4404 |
| 520627235 | + | Paul and Deborah Parreira Family 2005 Trust, c/o Rory O. Connaughton, Esq., Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627560 | + | Pinnacle Asset Management LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520560747 | + | Prosperum Capital Partners LLC, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 521063806 | + | RK Consultants, LLC, 112 West 34th Street,, Suite 18028, New York, NY 10120-0101 |
| 520562693 | + | Randall Leaman, 44 Pintail Turn, Lititz, PA 17543-8373 |
| 520627564 | + | Randy Weaver, 4873 Division Hwy, East Earl, PA 17519-9247 |
| 520626519 | + | Reliance Financial, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 520547371 | #+ | Reliance Platinum, 633 167th St, Ste 804, Miami, FL 33162-2446 |
| 520627399 | + | Robert W. Pontz, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627050 | + | Rory O. Connaughton, Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520627158 | + | Rory O. Connaughton, Esquire, Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520626294 | + | Samantha S. Guthrie, 18291 N. Pima Road, No. 110-131, Scottsdale, AZ 85255-5697 |
| 520547372 | + | Silverview Credit Partners, c/o Jeffrey Marcus, Managing Director, 100 South Ashley Drive, Ste 600, Tampa, FL 33602-5300 |
| 520557538 | + | Silverview Credit Partners LP, Alston & Bird LLP, c/o James J. Vincequerra, 90 Park Avenue, 15th Floor, New York, NY 10016-1301 |
| 520625532 | + | Stephen M. Montgomery, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, TN 37219-2395 |
| 520626453 | | Steven Mitnick, Receiver, S. Mitnick Law PC, P.O. Box 530, 49 Old Turnpike Road, Oldwick, NJ 08858 |
| 520627299 | + | Steward Capital Holdings LP, 3900 S. Overland Avenue, Springfield, MO 65807-8766 |
| 520627561 | + | Summit Asset Management LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520588528 | + | Superior Group ATMS LLC, 1615 South Telegraph Rd, Ste 300, Bloomfield Hills, MI 48302-0065 |
| 520627487 | + | THC Venture Capital LLC, c/o Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520622510 | + | Timothy Jay Houseal, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |
| 520547373 | + | Traditions Bank, c/o Krista Blasser, 226 Pauline Drive, York, PA 17402-4625 |
| 520547375 | + | Univest, c/o Ryan Boyd, VP, 1869 Charter Lane, Lancaster, PA 17601-5898 |
| 520623200 | + | Univest Bank and Trust Co., c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 520613249 | + | WF Velocity Fund I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613252 | + | WF Velocity Fund IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613255 | + | WF Velocity Fund V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613256 | + | WF Velocity Fund VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613257 | + | WF Velocity Fund VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520626490 | + | WebBank, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830-6295 |
| 520562686 | +++ | Westwood Funding, 4601 Sheridan St, Ste 501, Hollywood, FL 33021-3435 |
| 520622511 | + | Wilmington Savings Fund Society, FSB, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |

TOTAL: 131

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: rshearer@cgalaw.com | May 08 2026 17:00:00 | Lawrence Young, CGA Law Firm, 135 N. George Street, York, PA 17401, US 17401-1132 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2026 17:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2026 17:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: collections@customersbank.com | May 08 2026 17:01:00 | Customers Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | | |

District/off: 0312-1                              User: admin                                  Page 4 of 18

Date Rcvd: May 08, 2026                          Form ID: pdf905                              Total Noticed: 197

|  |  |  | May 08 2026 17:01:00 | Fulton Bank, N.A., 1695 State Street, East Petersburg, PA 17520-1328 |
| sp | + | Email/Text: rshearer@cgalaw.com |  |  |
|  |  |  | May 08 2026 17:00:00 | Lawrence Young, CGA Law Firm, 135 N. George Street, York, PA 17401-1132 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:43 | Prestige Fund A II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:48 | Prestige Fund A IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:47 | Prestige Fund A IX, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:43 | Prestige Fund A V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:42 | Prestige Fund A VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:42 | Prestige Fund A VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:48 | Prestige Fund A, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:44 | Prestige Fund B BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:46 | Prestige Fund B II, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:46 | Prestige Fund B IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:45 | Prestige Fund B V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:45 | Prestige Fund B VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:44 | Prestige Fund B VII, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:47 | Prestige Fund B, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:49 | Prestige Fund D BTM I, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:41 | Prestige Fund D III, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:40 | Prestige Fund D IV, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | ^ | MEBN |  |  |
|  |  |  | May 08 2026 16:54:49 | Prestige Fund D V, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |

| cr | ^ MEBN | | May 08 2026 16:54:49 | Prestige Fund D VI, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
|---|---|---|---|---|
| cr | ^ MEBN | | May 08 2026 16:54:41 | Prestige Fund D, LLC, c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| acc | | Email/Text: noticing@ch11.ai | May 08 2026 16:59:00 | RK Consultants LLC, 1178 Broadway, 3rd Floor #1505, New York, NY 10001 |
| 520583561 | | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:05:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520562679 | + | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:04:55 | Amex, PO Box 6031, Carol Stream, IL 60197-6031 |
| 520551889 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 17:05:03 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520588526 | ^ MEBN | | May 08 2026 16:53:22 | CT Corporation System, 330 N. Brand Blvd, Suite 700, Attn: SPRS, Glendale, CA 91203-2308 |
| 520562681 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 08 2026 17:05:00 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 520588527 | + | Email/Text: Bankruptcynotice@cscglobal.com | May 08 2026 17:00:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 520619965 | + | Email/Text: kmulligan@credibly.com | May 08 2026 17:01:00 | Credibly of Arizona LLC, 1501 W Fountainhead Pkwy., Ste 630, Tempe, AZ 85282-1857 |
| 520599508 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 08 2026 16:59:00 | First National Bank of Pennsylvania, 626 Washington Place, Attention: Donna Donaher, Pittsburgh, PA 15219-3474 |
| 520562678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2026 17:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520582744 | + | Email/Text: RASEBN@raslg.com | May 08 2026 16:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520547367 | | Email/Text: customer.service@libertasfunding.com | May 08 2026 16:59:00 | Libertas Funding, c/o Randy Saluck, CEO, 411 W. Putnam Ave, Ste 220, Greenwich, CT 06830 |
| 520626454 | | Email/Text: customer.service@libertasfunding.com | May 08 2026 16:59:00 | Libertas Funding LLC, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830 |
| 520547368 | + | Email/Text: bonnie.berkoski@midpennbank.com | May 08 2026 17:01:00 | Mid Penn Bank, c/o Pamela Keefer, 349 Union Street, Millersburg, PA 17061-1654 |
| 520562691 | ^ MEBN | | May 08 2026 16:51:23 | New Jersey Attorney General's, Div. of Law; RJ Hughes Justice Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 520612211 | ^ MEBN | | May 08 2026 16:55:03 | Prestige Fund A II, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612237 | ^ MEBN | | May 08 2026 16:55:03 | Prestige Fund A IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612248 | ^ MEBN | | May 08 2026 16:55:04 | Prestige Fund A IX, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612299 | ^ MEBN | | May 08 2026 16:55:04 | Prestige Fund A V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612364 | ^ MEBN | | May 08 2026 16:55:05 | Prestige Fund A VI, LLC, c/o Stark & Stark, PC, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612376 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:05 | Prestige Fund A VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520612391 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:06 | Prestige Fund A, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613146 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:06 | Prestige Fund B BTM I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613147 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:07 | Prestige Fund B II, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613149 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:07 | Prestige Fund B IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613155 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:08 | Prestige Fund B V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613193 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:08 | Prestige Fund B VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613197 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:09 | Prestige Fund B VII, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613199 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:09 | Prestige Fund B, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613234 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:10 | Prestige Fund D BTM I, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613236 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:10 | Prestige Fund D III, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613240 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:11 | Prestige Fund D IV, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613242 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:11 | Prestige Fund D V, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613243 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:11 | Prestige Fund D VI, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520613245 | ^ MEBN |  |  |
|  |  | May 08 2026 16:55:12 | Prestige Fund D, LLC, c/o Stark & Stark, PC, Attn: Marshall Kizner, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520562684 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov |  |  |
|  |  | May 08 2026 16:59:00 | New Jersey Division of Taxation, Compliance/Enforcement -Bankruptcy, 3 John Fitch Way, 5th Fl., Trenton, NJ 08695-0245 |
| 520754547 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov |  |  |
|  |  | May 08 2026 16:59:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520774497 | ^ MEBN |  |  |
|  |  | May 08 2026 16:54:12 | Securities and Exchange Commission, New York Regional Office, 100 Pearl Street, Suite 20-100, Attn: Alan Maza, New York, NY 10004-6003 |
| 520562685 | + Email/Text: bankruptcy@bbandt.com |  |  |
|  |  | May 08 2026 17:00:00 | Truist Bank, PO Box 85041, Richmond, VA 23285-5041 |

| District/off: 0312-1 | User: admin | Page 7 of 18 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf905 | Total Noticed: 197 |

520547374          Email/Text: yuko.elliott@unibankusa.com

May 08 2026 17:00:06   UniBank, c/o Yuko Elliot, SVP, 19315 Highway 99, Lynnwood, WA 98036

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Enrique Chaljub Garcia, 1201 West Peachtree Street, Atlanta, GA 30309-3449 |
| aty | *+ | Joshua J Voss, Saxton & Stump, 280 Granite Run Drive, Suite 230, Lancaster, PA 17601-6820 |
| aty | * | Kimberly Kodis Schiffman, 90 Park Avenue, 15th Floor, New York, NY 10016-1387 |
| aty | *+ | Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036-7219 |
| aty | *+ | Seth Cohen, Alston & Bird, 90 Park Avenue, New York, NY 10016-1387 |
| intp | *+ | Charlene Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| cr | *+ | J. Richard Haller, 1007 Log Cabin Road, Leola, PA 17540-9768 |
| acc | * | RK Consultants, LLC, 1178 Broadway 3rd Floor #1505, New York, NY 10001 |
| 520583583 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520627192 | *+ | Rory O. Connaughton, Esquire, Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 520623201 | *+ | Univest Bank and Trust Co., c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg, LLP, 1835 Market Street, Ste 1400, Philadelphia, PA 19103-2945 |
| intp | ##+ | Brigantine Group (L.P.), 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | ##+ | Brookfield Partners, 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | ##+ | Brookfield, L.P., 415 N. Prince Street, Lancaster, PA 17603-3876 |
| intp | ##+ | Ethan Heller, 330 N. Lime Street, Lancaster, PA 17602-2355 |
| 520558784 | ##+ | PARKVIEW ADVANCE LLC, 400 Main Street, Stamford, CT 06901-3000 |

TOTAL: 0 Undeliverable, 11 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew J. Kelly | on behalf of Mediator Andrew I. Kelly (Mediator) akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |

Anthony Sodono, III
        on behalf of Debtor Daryl Fred Heller asodono@msbnj.com

Christopher J. Leavell
        on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com  lclark@klehr.com

Christopher J. Reilly
        on behalf of Accountant RK Consultants  LLC creilly@klestadt.com, fstevens@klestadt.com

Christopher J. Reilly
        on behalf of Trustee Fred Stevens creilly@klestadt.com  fstevens@klestadt.com

Christopher P. Mazza
        on behalf of Creditor Gallimore Properties  L.L.C. cpmazza@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Daniel S. Siedman
        on behalf of Interested Party Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
        on behalf of Defendant Deerfield Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
        on behalf of Creditor Robert Horst dburkholder@wispearl.com  tmandarino@wispearl.com

Donald W Clarke
        on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@genovaburns.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
        on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC dclarke@genovaburns.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas G. Leney
        on behalf of Creditor Avenaero Holdings LLC dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
        on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
        on behalf of Plaintiff Avenaero Holdings  LLC dleney@archerlaw.com, ahuber@archerlaw.com

E. Richard Dressel
        on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
        on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

E. Richard Dressel
        on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

Edmond M. George
        on behalf of Creditor Customers Bank edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;kelsey.sheronas@obermayer.com;samantha.catullo@obermayer.com

Edward A. Phillips
        ephillips@getzlerhenrich.com

Fred Stevens
        fstevens@klestadt.com

Fred Stevens
        on behalf of Trustee Fred Stevens fstevens@klestadt.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
        on behalf of Creditor WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

District/off: 0312-1 User: admin Page 9 of 18

Date Rcvd: May 08, 2026 Form ID: pdf905 Total Noticed: 197

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Pinnacle Asset Management LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Date Rcvd: May 08, 2026                              Form ID: pdf905                              Total Noticed: 197

George William Allison Bartholomew
                        on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund B VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com  jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund B VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund B  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund A V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund A VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund D IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund D VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor WF Velocity I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund B BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff WF Velocity Fund VI  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Summit Asset Management  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund B II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund A VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund D BTM I  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund D V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com
                        jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Creditor Prestige Fund B V  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff Prestige Fund D III  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
                        on behalf of Plaintiff WF Velocity Fund IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
                        on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
                        Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

District/off: 0312-1    User: admin    Page 11 of 18

Date Rcvd: May 08, 2026    Form ID: pdf905    Total Noticed: 197

Gerard S Catalanello
on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com
Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Harry M. Gutfleish
on behalf of Plaintiff Reliance Financial  LLC harry@gutfleishlaw.com

Harry M. Gutfleish
on behalf of Plaintiff Funders App  LLC harry@gutfleishlaw.com

Heidi J. Sorvino
on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Jaclynn McDonnell
on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC, and NEO Mfg. MA, LLC
jmcdonnell@genovaburns.com, dmendez@genovaburns.com

Jaclynn McDonnell
on behalf of Creditor GCC Investment Holdings LLC  Grizzly RE, LLC and NEO Mfg. MA, LLC jmcdonnell@genovaburns.com,
dmendez@genovaburns.com

Janet Gold
on behalf of Creditor Fulton Bank  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

Jeffrey Kurtzman
on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com

Jeffrey Lichtstein
on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com  lfeigh@rosenbergmartin.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com  imarciniszyn@weirpartners.com

Jerrold S. Kulback
on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Plaintiff Avenaero Holdings  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com  ahuber@archerlaw.com

Jerrold S. Kulback
on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com  ahuber@archerlaw.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor WF Velocity Fund VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B VII  LLC jlemkin@stark-stark.com

District/off: 0312-1                          User: admin                                   Page 12 of 18
Date Rcvd: May 08, 2026                      Form ID: pdf905                          Total Noticed: 197

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund D IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Defendant Prestige Fund D V  LLC jlemkin@stark-stark.com

District/off: 0312-1                         User: admin                              Page 13 of 18
Date Rcvd: May 08, 2026                      Form ID: pdf905                        Total Noticed: 197

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund A  LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kelly Rowe
on behalf of Creditor Claudia Z. Springer rowe@chipmanbrown.com

Kelly Rowe
on behalf of Plaintiff Claudia Z. Springer  solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford
Debtors rowe@chipmanbrown.com

Kurt F. Gwynne
on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com  gwynne-1654@ecf.pacerpro.com

Lane E. Brody

District/off: 0312-1                          User: admin                                    Page 14 of 18

Date Rcvd: May 08, 2026                       Form ID: pdf905                               Total Noticed: 197

on behalf of Plaintiff David Zook lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Pinnacle Asset Management  LLC lb@saxtonstump.com,
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Creditor J. Richard Haller lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody

on behalf of Plaintiff Summit Asset Management  LLC lb@saxtonstump.com,
alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson

on behalf of Creditor Chicago Atlantic Admin  LLC lauren.sisson@haynesboone.com

Marc D. Miceli

on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Marc D. Miceli

on behalf of Creditor Paramount Management Group  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli

on behalf of Creditor Receiver of Golden Gate Investment Company  LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B II  LLC mkizner@stark-stark.com

District/off: 0312-1                          User: admin                                    Page 15 of 18
Date Rcvd: May 08, 2026                       Form ID: pdf905                              Total Noticed: 197

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Defendant Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner

on behalf of Creditor Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Defendant WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor WF Velocity Fund V  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner

     on behalf of Creditor Prestige Fund D VI  LLC mkizner@stark-stark.com

Martin J. Weis

     on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Martin J. Weis

     on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com  ctomlin@dilworthlaw.com

Matthew G. Brushwood

     on behalf of Creditor Carol Welkowitz mbrushwood@barley.com  jrachor@barley.com

Nancy Isaacson

     on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Nancy Isaacson

     on behalf of Plaintiff Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young

     on behalf of Interested Party Accordo  L.P. nyoung@macelree.com

Natalie R Young

     on behalf of Interested Party Taite Heller nyoung@macelree.com

Natalie R Young

     on behalf of Interested Party Brookfield  L.P. nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
on behalf of Spec. Counsel Leo M Gibbons nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Brookfield GP  LLC nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Charlene Heller nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Rachel A. Parisi
on behalf of Creditor Gallimore Properties  L.L.C. raparisi@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Richard Kanowitz
on behalf of Creditor Chicago Atlantic Admin  LLC richard.kanowitz@haynesboone.com

Richard D. Trenk
on behalf of Interested Party Ethan Heller rtrenk@trenkisabel.law  rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Richard D. Trenk
on behalf of Interested Party Brookfield Partners rtrenk@trenkisabel.law  rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Richard D. Trenk
on behalf of Interested Party Brigantine Group (L.P.) rtrenk@trenkisabel.law  rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Richard D. Trenk
on behalf of Interested Party Accordo  L.P. rtrenk@trenkisabel.law, rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Richard D. Trenk
on behalf of Interested Party Charlene Heller rtrenk@trenkisabel.law  rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Richard D. Trenk
on behalf of Interested Party Taite Heller rtrenk@trenkisabel.law  rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Taite Heller rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Charlene Heller rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Ethan Heller rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Brookfield Partners rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Brigantine Group (L.P.) rroglieri@trenkisabel.law  mmassoud@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Accordo  L.P. rroglieri@trenkisabel.law, mmassoud@trenkisabel.law

Sari Blair Placona
on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
on behalf of Accountant The DMC Group CPAs & Advisors  LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
on behalf of Other Prof. Withum Smith & Brown PC splacona@msbnj.com

Sean C Southard
on behalf of Trustee Fred Stevens ssouthard@klestadt.com

Sean C Southard
on behalf of Trustee Fred Stevens  Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com

Sean C Southard
on behalf of Interested Party Fred Stevens  Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com

Stephen V. Falanga

on behalf of Interested Party Luma Financial Group  LLC sfalanga@thewalshfirm.com,
chemrick@thewalshfirm.com;clupi@walsh.law

Steven J. Mitnick

on behalf of Creditor Receiver of Golden Gate Investment Company  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Steven J. Mitnick

on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick

on behalf of Creditor Paramount Management Group  LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 282