**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Sean C. Southard
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

*Attorneys for Fred Stevens, as Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Hearing Date: June 9, 2026<br>Hearing Time: 11:00 a.m. (EST) |

### NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING PRIVATE SALE OF DEBTOR'S MEMBERSHIP INTEREST IN DHTC, LLC <u>FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES</u>

TO: THE UNITED STATES TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that, Fred Stevens, Chapter 7 trustee (the "Trustee") of the estate of Daryl Fred Heller (the "Debtor"), by and through his undersigned counsel, will move before the Honorable Jerrold N. Poslusny, Jr., on June 9, 2026 @ 11:00 am. (ET), or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, United States Courthouse, Mitchell H. Cohen U.S. Courthouse, Courtroom No. 4C, 400 Cooper St., Camden, NJ 08101 (the "Bankruptcy Court") for the entry of an order pursuant to Sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 6004, 6006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 6004-1 and 6004-5 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules") (i) authorizing and approving the private sale of certain membership interests of the Debtor in DHTC, LLC free and clear of liens, claims and encumbrances, and (ii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be filed no later than June 2, 2026 and shall (i) be in writing, (ii) state with particularity the basis of the objection, and (iii) be filed with the Clerk of the Bankruptcy Court in accordance with D.N.J. LBR 9013-2.

Dated:   New York, New York
         May 15, 2026

                                        **KLESTADT WINTERS JURELLER
                                        SOUTHARD & STEVENS, LLP**


                               By:   */s/ Christopher Reilly*
                                     Sean C. Southard
                                     Christopher J. Reilly
                                     200 West 41st Street, 17th Floor
                                     New York, New York 10036-7203
                                     Tel: (212) 972-3000
                                     Fax: (212) 972-2245

Email: ssouthard@klestadt.com
creilly@klestadt.com

*Attorneys for the Fred Stevens, as Chapter 7
Trustee*