UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Fred Stevens
Christopher J. Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*General Counsel to Fred Stevens, in his capacity as Chapter 7 Trustee*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

<div align="center">

**FINAL REPORT OF CHAPTER 11 TRUSTEE**

</div>

**TO THE HONORABLE JERROLD N. POSLUSNY, JR.,**
**UNITED STATES BANKRUPTCY JUDGE:**

Fred Stevens, Chapter 7 trustee (the "Trustee") of the estate of Daryl Fred Heller (the "Debtor"), as former Chapter 11 trustee (in such capacity, the "Chapter 11 Trustee") of the Debtor's estate, as and for his Final Report including an accounting of all receipts and distributions made during his tenure as Chapter 11 Trustee from October 24, 2025, to January 15, 2026, respectfully sets forth as follows:

1.     **Receipts**.  The Chapter 11 Trustee had total receipts of $960,382.01, consisting entirely of the proceeds of the sale of real property prior to the Chapter 11 Trustee's appointment plus interest thereon turned over by Debtor's counsel, McManimon Scotland & Baumann LLC, as escrow agent.

2.     **Disbursements**.  The Chapter 11 Trustee disbursed a total of $1,425.00 all of which was to Arthur B. Levine & Company on account of premiums on the required trustee bond.

3.     **Turnover of Funds to Chapter 7 Trustee**.  The Chapter 11 Trustee turned over $958,957.01, all funds remaining in his account, to the Trustee.  The Chapter 11 Trustee also turned over all records and property of the estate in his possession, custody, and control to the Trustee.

Dated:    New York, New York
         May 15, 2026

**FRED STEVENS, as Current Chapter 7
Trustee and Former Chapter 11 Trustee**

By:  */s/ Fred Stevens*
     Fred Stevens
     c/o Klestadt Winters Jureller
        Southard & Stevens, LLP
     200 West 41st Street, 17th Floor
     New York, New York 10036-7203
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email:  fstevens@klestadt.com