

**Don Clarke**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct:201.373.2060
Fax: 201.488.5556
dclarke@pashmanstein.com

June 15, 2026

United States Bankruptcy Court
For the District of New Jersey
U.S. Post Office and Courthouse
401 Market Street
Camden, New Jersey 08101

Attention: Clerk of the Court

**Re: Daryl Fred Heller**
**Case Number: 25-11354 (JNP)**

Dear Sir/Madam:

On behalf of GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC, in the above referenced Chapter 11 proceeding, I hereby request to be removed from all electronic and mailing service lists.

My current information is as follows:

Donald Clarke
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601
Email: Dclarke@pashmanstein.com

If you have any questions, please do not hesitate to contact our office.


Very truly yours,

*/s/ Don Clarke*
    Don Clarke


DC:gck