UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PASHMAN STEIN WALDER HAYDEN P.C.**
Donald W. Clarke
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 373-2060
Email: dclarke@pashmanstein.com

**DICKINSON WRIGHT PLLC**
Stephen M. Montgomery (admitted p*ro hac vice*)
5 City Boulevard, Suite 700
Nashville, TN 37209
Telephone: (615) 620-1712
Email: smontgomery@dickinson-wright.com

*Counsel for GCC Investment Holdings LLC,*
*Grizzly RE, LLC and NEO Mfg. MA, LLC*

| | |
|---|---|
| In Re: | Chapter: 7 |
| **DARYL FRED HELLER,** | Case No.: 25-11354 (JNP) |
| Debtor. | Hearing Date: August 11, 2026 at 11:00 A.M. (ET)<br>Objection Deadline: August 4, 2026 (ET) |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL AND LOCAL COUNSEL

Donald W. Clarke, of Pashman Stein Walder Hayden P.C., has filed papers with the court to withdraw himself as local counsel, and Stephen M. Montgomery, of Dickinson Wright PLLC, as counsel for GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:        August 11, 2026

Hearing Time:        11:00 a.m.

Hearing Location:   Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101

Courtroom Number:   4C


If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*Fred Stevens*
*200 West 41st Street*
*Suite 17th Floor*
*New York, NY 10036*

*Donald W. Clarke*
*Pashman Stein Walder Hayden P.C.*
*21 Main Street, Suite 200*
*Hackensack, NJ 07601*

*Stephen M. Montgomery*
*Dickinson Wright PLLC*
*5 City Blvd., Suite 700*
*Nashville, TN 37209*

*GCC Investment Holdings LLC*
*Grizzly RE, LLC*
*NEO Mfg. MA, LLC*
*Attn: David Breschi*
*2055 Crooks Road, Suite B*
*Rochester Hills, MI  48329*


If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.



Date:   July 16, 2026                                     /s/ Donald W. Clarke
                                                                        Donald W. Clarke