UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PASHMAN STEIN WALDER HAYDEN P.C.**
Donald W. Clarke
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 373-2060
Email: dclarke@pashmanstein.com

**DICKINSON WRIGHT PLLC**
Stephen M. Montgomery (admitted p*ro hac vice*)
5 City Boulevard, Suite 700
Nashville, TN 37209
Telephone: (615) 620-1712
Email: smontgomery@dickinson-wright.com

*Counsel for GCC Investment Holdings LLC,*
*Grizzly RE, LLC and NEO Mfg. MA, LLC*

---

| | |
|---|---|
| In Re: | Chapter: 7 |
| **DARYL FRED HELLER,** | Case No.: 25-11354 (JNP) |
| Debtor. | Hearing Date: August 11, 2026 at 11:00 A.M. (ET)<br>Objection Deadline: August 4, 2026 (ET) |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date:   July 16, 2026                          /s/*Donald W. Clarke*
                                                                Donald W. Clarke