UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PASHMAN STEIN WALDER HAYDEN P.C.**
Donald W. Clarke
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 373-2060
Email: dclarke@pashmanstein.com

**DICKINSON WRIGHT PLLC**
Stephen M. Montgomery (admitted p*ro hac vice*)
5 City Boulevard, Suite 700
Nashville, TN 37209
Telephone: (615) 620-1712
Email: smontgomery@dickinson-wright.com

*Counsel for GCC Investment Holdings LLC,*
*Grizzly RE, LLC and NEO Mfg. MA, LLC*

| | |
|---|---|
| In Re: | Chapter: 7 |
| **DARYL FRED HELLER,** | Case No.: 25-11354 (JNP) |
| Debtor. | Hearing Date: August 11, 2026 at 11:00 A.M. (ET)<br>Objection Deadline: August 4, 2026 (ET) |

## CERTIFICATION OF STEPHEN M. MONTGOMERY

I, Stephen M. Montgomery, counsel for *GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC* in the above captioned case, submits this Certification in support of the Motion to Withdraw as Counsel filed on *July 16, 2026.*

1. I am counsel for GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC (the "Clients") in this matter.

2. I am moving the Court for leave to withdraw as counsel for the Clients in this case.

3. In support thereof, I would show that professional considerations require me to seek permission from the Court to withdraw.

4. In my opinion withdrawal can be accomplished without material adverse effect on the interests of the client.

5. I have taken reasonable steps to protect the Clients' interests including giving reasonable notice of my intent to seek permission to withdraw.

I certify under penalty of perjury that the above is true.

Date: July 16, 2026                              /s/*Stephen M. Montgomery*
                                                    Stephen M. Montgomery