UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PASHMAN STEIN WALDER HAYDEN P.C.**
Donald W. Clarke
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 373-2060
Email: dclarke@pashmanstein.com

**DICKINSON WRIGHT PLLC**
Stephen M. Montgomery (admitted p*ro hac vice*)
5 City Boulevard, Suite 700
Nashville, TN 37209
Telephone: (615) 620-1712
Email: smontgomery@dickinson-wright.com

*Counsel for GCC Investment Holdings LLC,*
*Grizzly RE, LLC and NEO Mfg. MA, LLC*

| | |
|---|---|
| In Re: | Chapter: 7 |
| **DARYL FRED HELLER,** | Case No.: 25-11354 (JNP) |
| Debtor. | Hearing Date: August 11, 2026 at 11:00 A.M. (ET)<br>Objection Deadline: August 4, 2026 (ET) |

## CERTIFICATION OF DONALD W. CLARKE

I, Donald W. Clarke, local counsel for *GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC* in the above captioned case, submits this Certification in support of the Motion to Withdraw as Local Counsel filed by me on *July 16, 2026*.

1. I am local counsel for GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC (the "Creditors") in this matter.

2. I am moving the Court for leave to withdraw as counsel for the Clients in this case.

3. My retention as local counsel was secured prior to June 1, 2026, when I was employed by the firm of Genova Burns, LLC in Newark, NJ.

4. As of June 1, 2026, I have been employed by Pashman Stein Walder Hayden PC in Hackensack, NJ.

5. Shortly after I left Genova Burns, the remainder of the Bankruptcy Department at Genova Burns left for another firm. While the Clients retained Genova Burns to serve as their local counsel, there is no one left at that firm with authorization to file pleadings in the Bankruptcy

Court. Furthermore, while it was Geneva Burns who was retained, the undersigned serves as Stephen Montgomery's *pro hac vice* sponsor.

6. Because the Clients no longer desire our respective firms to serve as their counsel and local counsel, and because this motion is on notice to the Clients, this withdrawal can be accomplished without material adverse effect on the interests of the Clients.

5. I have taken reasonable steps to protect the Clients' interests including giving reasonable notice of my intent to seek permission to withdraw.

I certify under penalty of perjury that the above is true.

Date:   July 16, 2026                                        /s/*Donald W. Clarke*
                                                                        Donald W. Clarke