UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PASHMAN STEIN WALDER HAYDEN P.C.**
Donald W. Clarke
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 373-2060
Email: dclarke@pashmanstein.com

**DICKINSON WRIGHT PLLC**
Stephen M. Montgomery (admitted p*ro hac vice)*
5 City Boulevard, Suite 700
Nashville, TN 37209
Telephone: (615) 620-1712
Email: smontgomery@dickinson-wright.com

*Counsel for GCC Investment Holdings LLC,
Grizzly RE, LLC and NEO Mfg. MA, LLC*

| | |
|---|---|
| In Re: | Chapter: 7 |
| **DARYL FRED HELLER,** | Case No.: 25-11354 (JNP) |
| Debtor. | Hearing Date: August 11, 2026 at 11:00 A.M. (ET)<br>Objection Deadline: August 4, 2026 (ET) |

## ORDER GRANTING MOTION TO WITHDRAW

The relief set forth on the following pages is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's Motion to Withdraw as Counsel, and any related responses or objections, it is hereby

ORDERED that:

1.  **Stephen M. Montgomery** of the law firm Dickinson Wright PLLC is granted permission to withdraw as counsel for GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC and relieved of any further responsibility in this matter as of the entry of this Order.

2.  **Donald W. Clarke** of the law firm Pashman Stein Walder Hayden P.C. is granted permission to withdraw as  local counsel for GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC and relieved of any further responsibility in this matter as of the entry of this Order.