UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PASHMAN STEIN WALDER HAYDEN P.C.**
Donald W. Clarke
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 373-2060
Email: dclarke@pashmanstein.com

**DICKINSON WRIGHT PLLC**
Stephen M. Montgomery (admitted p*ro hac vice*)
5 City Boulevard, Suite 700
Nashville, TN 37209
Telephone: (615) 620-1712
Email: smontgomery@dickinson-wright.com

*Counsel for GCC Investment Holdings LLC,
Grizzly RE, LLC and NEO Mfg. MA, LLC*

| | |
|---|---|
| In Re: | Chapter: 7 |
| **DARYL FRED HELLER,** | Case No.: 25-11354 (JNP) |
| Debtor. | Hearing Date: August 11, 2026 at 11:00 A.M. (ET)<br>Objection Deadline: August 4, 2026 (ET) |

**CERTIFICATION OF SERVICE**

1. I, Donald W. Clarke：

    ☒ represent GCC Investment Holdings LLC, Grizzly RE, LLC and NEO Mfg. MA, LLC in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On *July 16, 2026*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

☒ Notice of Motion to Withdraw as Counsel

☒ Certification by Stephen M. Montgomery in Support of Motion to Withdraw as Counsel

☒ Certification by Donald W. Clarke in Support of Motion to Withdraw as Counsel

☒ Statement as to Why No Brief is Necessary

☒ Proposed Order Granting Motion To Withdraw

☐ Other *[Enter title of document]*  _____

_____

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   July 16, 2026                          /s/*Donald W. Clarke*_____
                                                Donald W. Clarke

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Sari B. Placona, Esq.<br>Anthony Sodono, III, Esq.<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 0706 | *Debtor's counsel* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☒ Other CM/ECF<br><br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | *United States Trustee* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☒ Other CM/ECF<br><br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Fred Stevens<br>200 West 41st Street<br>Suite 17th Floor<br>New York, NY 10036 | *Chapter 7 Trustee* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☒ Other CM/ECF<br><br>(As authorized by the court or rule. Cite the rule if applicable.) |
| GCC Investment Holdings LLC<br>Grizzly RE, LLC<br>NEO Mfg. MA, LLC<br>Attn: David Breschi<br>2055 Crooks Road, Suite B<br>Rochester Hills, MI  48329 | *Clients* | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other CM/ECF<br><br>(As authorized by the court or rule. Cite the rule if applicable.) |