**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re Daryl Fred Heller, Case No. 25-11354

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 39 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 11, 2026.

Blackford ATM Ventures Fund D, LLC
Name of Alleged Transferor

Address of Alleged Transferor:
Attn Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801

Silverview Credit Partners LP
Name of Transferee

Address of Transferee:
Alston & Bird LLP
c/o James J. Vincequerra
90 Park Avenue, 15th Floor
New York, NY 10016

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: September 13, 2026

Jeanne A. Naughton
**CLERK OF THE COURT**