**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time: |

**SIXTH INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP AND PRESERVING *STATUS QUO***

The relief set forth on the following pages, numbered two (2) and five (5), is hereby **ORDERED.**

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Sixth Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

**THIS MATTER** having been opened to the Court by Trenk Isabel Siddiqi & Shahdanian P.C. attorneys for Accordo Limited Partnership ("Accordo") by the filing of two (2) Motions to approve certain transactions, and the Court having previously entered a Consent Order preserving *status quo* dated March 6, 2025 [ECF 96] and an Amended Consent Order preserving *status quo* dated March 14, 2025 [ECF 119] (collectively, the "Consent Orders"), and a separate order regarding the Prince Street proceeds [ECF 530], and the Court having entered an Interim Order authorizing disbursements to Accordo on December 10, 2025 (the "Interim Order") [ECF 698], and the Court having entered a Second Order authorizing disbursements to Accordo on February 2, 2026 (the "Second Interim Order") [ECF 744], and Accordo having filed the Supplemental Certification of Ethan Heller in Support of Third Interim Order Authorizing Disbursements to Accordo Limited Partnership and Preserving Status Quo [ECF 763], and the Court having entered a Third Interim Order authorizing disbursements to Accordo on May 5, 2026 (the "Third Interim Order") [ECF 766]; and the Court having entered a Fourth Interim Order Authorizing Disbursements to Accordo on August 14, 2026 (the "Fourth Interim Order") [ECF 795]; and the Court having entered a Fifth Interim Order Authorizing Disbursements to Accordo on September 9, 2026 (the "Fifth Interim Order") and for good cause shown:

**IT IS ORDERED** as follows:

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Sixth Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

1. The law offices of Trenk Isabel Siddiqi & Shahdanian P.C. be and is hereby authorized to disburse the sum of $35,524 from the Accordo Escrow[1] to Accordo.

2. Accordo is authorized to disburse the following payments which shall be used exclusively in accordance with these line items:

| **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Loan Payment on Kansas Land (486 Acres) | $4,652/per month | Total $4,652 |
| Loan Payment on Kansas Land (231 Acres) | $18,304/per year | Total $18,304 |
| Equity Estates Quarterly Fee | $7,229/per quarter | Total $7,229 |
| Insurance - Kansas | $156/per month | Total $156 |
| Real Estate Taxes – PA | $2,257/per year | Total $2,257 |
| Software/Subscriptions | $163/per month | Total $163 |
| Utilities/Maintenance - Kansas | $153/per month | Total $153 |
| Utilities/Maintenance – 466 Plank Road PA | $650/per month | Total $650 |
| IRS Payment | $800/per month | Total $800 |
| Brookfield LP / Brigantine Opex Funding | $4,976 | Total $4,976 |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| **TOTAL** | **$34,524** | |

* Required funding amount is net of projected income.
**A 10% Variance is permitted for each line item

[1] As defined in the Interim Order. ECF 698.

3. A breakdown of the Apex Investment Holdings LLC[2] expenses[3] for October 2026 is as follows:

| **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Wire/ACH/Bank Fees | $12/per month | Total $12 |
| **TOTAL** | **$12** | |

4. A breakdown of the Brookfield Partners, LP and Brigantine Group Family, Ltd. expenses[4] for October 2026 are as follows:

| **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Utilities | $741/per month | Total $741 |
| Software/Subscriptions | $312/per month | Total $312 |
| IRS Payment | $127/per month | Total $127 |
| Real Estate Taxes - PA | $3,757/per year | Total $3,757 |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| **TOTAL** | **$4,976** | |

5. Accordo shall continue to provide a listing of income (by category and property) and disbursements to the Trustee and Orrstown Bank every two weeks until the Adjourned Hearing Date (as defined herein). In addition, Accordo shall include in its biweekly reports, a similar breakdown of income and disbursements for Apex Investment Holdings, LLC and Brookfield Partners, LP and Brigantine Group Family LTD. Except as modified herein, all other Accordo

[2] Apex Investment Holdings LLC's sole asset was the Myrtle Beach Property which has been sold on notice to all parties with the net proceeds being held in the attorney trust escrow of Trenk Isabel Siddiqi & Shahdanian P.C.
[3] This breakdown is provided for informational purposes and does not constitute an additional budget request.
[4] This breakdown is provided for informational purposes and does not constitute an additional budget request.

Debtor: Daryl Fred Heller

Adv. Pro. No. 25-11354(JNP)

Caption of Order: *Sixth Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo*

---

assets shall be maintained until the Adjourned Hearing Date in their current status as provided in the Consent Orders and without prejudice to all rights, remedies and defenses.

6. All other terms and conditions set forth in the Interim Order remain in full force and effect.

**THE TERMS OF THIS ORDER
ARE HEREBY CONSENTED[5] TO BY:**

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Attorneys for Chapter 7 Trustee Fred Stevens, Esq.

By: *__/s/ Sean C. Southard________*
Sean C. Southard, Esq.
200 West 41st Street, 17th Floor
New York, NY 10036

Dated: September 17, 2026

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
*Attorneys for Accordo Limited Partnership*

By: *__/s/ Richard D. Trenk________*
Richard D. Trenk, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, NY 07039

Dated: September 17, 2026

---

[5] Orrstown Bank has also consented to the relief sought herein.