**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel for the Accordo Limited Partnership*

**Order Filed on September 18, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354(JNP)<br><br>Hearing Date & Time: |

**SIXTH INTERIM ORDER AUTHORIZING DISBURSEMENTS TO ACCORDO LIMITED PARTNERSHIP AND PRESERVING *STATUS QUO***

The relief set forth on the following pages, numbered two (2) and five (5), is hereby **ORDERED.**

**DATED: September 18, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

#125424725v1

Debtor: Daryl Fred Heller

Adv. Pro. No. 25-11354(JNP)

Caption of Order: *Sixth Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo*

---

**THIS MATTER** having been opened to the Court by Trenk Isabel Siddiqi & Shahdanian P.C. attorneys for Accordo Limited Partnership ("Accordo") by the filing of two (2) Motions to approve certain transactions, and the Court having previously entered a Consent Order preserving *status quo* dated March 6, 2025 [ECF 96] and an Amended Consent Order preserving *status quo* dated March 14, 2025 [ECF 119] (collectively, the "Consent Orders"), and a separate order regarding the Prince Street proceeds [ECF 530], and the Court having entered an Interim Order authorizing disbursements to Accordo on December 10, 2025 (the "Interim Order") [ECF 698], and the Court having entered a Second Order authorizing disbursements to Accordo on February 2, 2026 (the "Second Interim Order") [ECF 744], and Accordo having filed the Supplemental Certification of Ethan Heller in Support of Third Interim Order Authorizing Disbursements to Accordo Limited Partnership and Preserving Status Quo [ECF 763], and the Court having entered a Third Interim Order authorizing disbursements to Accordo on May 5, 2026 (the "Third Interim Order") [ECF 766]; and the Court having entered a Fourth Interim Order Authorizing Disbursements to Accordo on August 14, 2026 (the "Fourth Interim Order") [ECF 795]; and the Court having entered a Fifth Interim Order Authorizing Disbursements to Accordo on September 9, 2026 (the "Fifth Interim Order") and for good cause shown:

**IT IS ORDERED** as follows:

Debtor: Daryl Fred Heller

Adv. Pro. No. 25-11354(JNP)

Caption of Order: *Sixth Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo*

---

1. The law offices of Trenk Isabel Siddiqi & Shahdanian P.C. be and is hereby authorized to disburse the sum of $35,524 from the Accordo Escrow[1] to Accordo.

2. Accordo is authorized to disburse the following payments which shall be used exclusively in accordance with these line items:

| **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Loan Payment on Kansas Land (486 Acres) | $4,652/per month | Total $4,652 |
| Loan Payment on Kansas Land (231 Acres) | $18,304/per year | Total $18,304 |
| Equity Estates Quarterly Fee | $7,229/per quarter | Total $7,229 |
| Insurance - Kansas | $156/per month | Total $156 |
| Real Estate Taxes – PA | $2,257/per year | Total $2,257 |
| Software/Subscriptions | $163/per month | Total $163 |
| Utilities/Maintenance - Kansas | $153/per month | Total $153 |
| Utilities/Maintenance – 466 Plank Road PA | $650/per month | Total $650 |
| IRS Payment | $800/per month | Total $800 |
| Brookfield LP / Brigantine Opex Funding | $4,976 | Total $4,976 |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| **TOTAL** | **$34,524** | |

* Required funding amount is net of projected income.
**A 10% Variance is permitted for each line item

[1] As defined in the Interim Order. ECF 698.

| | |
|---|---|
| Debtor: | Daryl Fred Heller |
| Adv. Pro. No. | 25-11354(JNP) |
| Caption of Order: | *Sixth Interim Order Authorizing Disbursements from Accordo Limited Partnership and Preserving Status Quo* |

3. A breakdown of the Apex Investment Holdings LLC[2] expenses[3] for October 2026 is as follows:

| **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Wire/ACH/Bank Fees | $12/per month | Total $12 |
| **TOTAL** | **$12** | |

4. A breakdown of the Brookfield Partners, LP and Brigantine Group Family, Ltd. expenses[4] for October 2026 are as follows:

| **PURPOSE** | **AMOUNT** | |
|---|---|---|
| Utilities | $741/per month | Total $741 |
| Software/Subscriptions | $312/per month | Total $312 |
| IRS Payment | $127/per month | Total $127 |
| Real Estate Taxes - PA | $3,757/per year | Total $3,757 |
| Wire/ACH/Bank Fees | $40/per month | Total $40 |
| **TOTAL** | **$4,976** | |

5. Accordo shall continue to provide a listing of income (by category and property) and disbursements to the Trustee and Orrstown Bank every two weeks until the Adjourned Hearing Date (as defined herein). In addition, Accordo shall include in its biweekly reports, a similar breakdown of income and disbursements for Apex Investment Holdings, LLC and Brookfield Partners, LP and Brigantine Group Family LTD. Except as modified herein, all other Accordo

[2] Apex Investment Holdings LLC's sole asset was the Myrtle Beach Property which has been sold on notice to all parties with the net proceeds being held in the attorney trust escrow of Trenk Isabel Siddiqi & Shahdanian P.C.
[3] This breakdown is provided for informational purposes and does not constitute an additional budget request.
[4] This breakdown is provided for informational purposes and does not constitute an additional budget request.

assets shall be maintained until the Adjourned Hearing Date in their current status as provided in the Consent Orders and without prejudice to all rights, remedies and defenses.

6. All other terms and conditions set forth in the Interim Order remain in full force and effect.

**THE TERMS OF THIS ORDER ARE HEREBY CONSENTED[5] TO BY:**

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
Attorneys for Chapter 7 Trustee Fred Stevens, Esq.

By: */s/ Sean C. Southard*
Sean C. Southard, Esq.
200 West 41st Street, 17th Floor
New York, NY 10036

Dated: September 17, 2026

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
*Attorneys for Accordo Limited Partnership*

By: */s/ Richard D. Trenk*
Richard D. Trenk, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, NY 07039

Dated: September 17, 2026

[5] Orrstown Bank has also consented to the relief sought herein.

United States Bankruptcy Court

District of New Jersey

In re:
Daryl Fred Heller
Debtor

Case No. 25-11354-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 12

Date Rcvd: Sep 18, 2026 Form ID: pdf903 Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| aty | + | McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, PO Box 652, Newark, NJ 07101-0652 |
| aty | + | Sari B. Placona, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068-3701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Plaintiff Deerfield Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Andrew J. Kelly | on behalf of Mediator Andrew I. Kelly (Mediator) akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Anthony Sodono, III | on behalf of Plaintiff Daryl Fred Heller asodono@msbnj.com |

Anthony Sodono, III
on behalf of Debtor Daryl Fred Heller asodono@msbnj.com

Christopher J. Leavell
on behalf of Creditor Univest Bank and Trust Co. cleavell@klehr.com lclark@klehr.com

Christopher J. Reilly
on behalf of Accountant RK Consultants LLC creilly@klestadt.com, fstevens@klestadt.com

Christopher J. Reilly
on behalf of Trustee Fred Stevens creilly@klestadt.com fstevens@klestadt.com

Christopher J. Reilly
on behalf of Defendant Fred Stevens creilly@klestadt.com fstevens@klestadt.com

Christopher P. Mazza
on behalf of Creditor Gallimore Properties L.L.C. cpmazza@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Daniel S. Siedman
on behalf of Defendant Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Daniel S. Siedman
on behalf of Interested Party Deerfield Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

David Michael Burkholder
on behalf of Creditor Robert Horst dburkholder@wispearl.com tmandarino@wispearl.com

Donald W Clarke
on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC dclarke@pashmanstein.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com;gkarnick@pashmanstein.com

Douglas G. Leney
on behalf of Plaintiff Avenaero Holdings LLC dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
on behalf of Creditor Avenaero Holdings LLC dleney@archerlaw.com ahuber@archerlaw.com

Douglas G. Leney
on behalf of Plaintiff Steward Capital Holdings LP dleney@archerlaw.com ahuber@archerlaw.com

E. Richard Dressel
on behalf of Creditor Brett Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Gail Levin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Bruce Levin rdressel@lexnovalaw.com

Edmond M. George
on behalf of Creditor Customers Bank edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer
.com

Edward A. Phillips
ephillips@getzlerhenrich.com

Fred Stevens
on behalf of Trustee Fred Stevens fstevens@klestadt.com

Fred Stevens
fstevens@klestadt.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew

on behalf of Creditor WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Pinnacle Asset Management LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust wbartholomew@saxtonstump.com
jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Diane K. Poole wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Hostetter Family Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff David Zook wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Summit Asset Management LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Jerry D. Hostetter wbartholomew@saxtonstump.com jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Creditor WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Gerard S Catalanello
on behalf of Plaintiff Silverview Credit Partners LP Gerard.Catalanello@alston.com
Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Gerard S Catalanello

| | |
|---|---|
| | on behalf of Transferee Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com |
| Gerard S Catalanello | on behalf of Creditor Silverview Credit Partners LP Gerard.Catalanello@alston.com Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com |
| Harry M. Gutfleish | on behalf of Plaintiff Funders App LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Plaintiff Reliance Financial LLC harry@gutfleishlaw.com |
| Heidi J. Sorvino | on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC, and NEO Mfg. MA, LLC Jaclynn.mcdonnell@stevenslee.com, denise.mendez@stevenslee.com;jaclynn.mcdonnell@ecf.courtdrive.com |
| Jaclynn McDonnell | on behalf of Creditor GCC Investment Holdings LLC Grizzly RE, LLC and NEO Mfg. MA, LLC Jaclynn.mcdonnell@stevenslee.com, denise.mendez@stevenslee.com;jaclynn.mcdonnell@ecf.courtdrive.com |
| Janet Gold | on behalf of Creditor Fulton Bank N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Jeffrey Kurtzman | on behalf of Creditor Robert Horst kurtzman@kurtzmansteady.com |
| Jeffrey Lichtstein | on behalf of Creditor Truist Bank jlichtstein@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey S. Cianciulli | on behalf of Plaintiff Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jeffrey S. Cianciulli | on behalf of Plaintiff WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jerrold S. Kulback | on behalf of Creditor Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Steward Capital Holdings LP jkulback@archerlaw.com ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Plaintiff Avenaero Holdings LLC jkulback@archerlaw.com, ahuber@archerlaw.com |
| Jerrold S. Kulback | on behalf of Creditor Avenaero Holdings LLC jkulback@archerlaw.com ahuber@archerlaw.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D III LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D BTM I LLC jlemkin@stark-stark.com |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund A IX LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A IX LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff WF Velocity Fund VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B BTM I LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor WF Velocity Fund VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund B VII LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A II LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Plaintiff Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund A V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund D V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant WF Velocity Fund V LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B IV LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Creditor Prestige Fund D VI LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | on behalf of Defendant Prestige Fund B II LLC jlemkin@stark-stark.com |

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity I LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund D LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A VII LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund D III LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor WF Velocity Fund IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund A LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A II LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Defendant Prestige Fund B V LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund V LLC jlemkin@stark-stark.com

Joseph R Zapata, Jr
on behalf of Debtor Daryl Fred Heller jzapata@msbnj.com

Kelly Rowe
on behalf of Creditor Claudia Z. Springer rowe@chipmanbrown.com

Kelly Rowe
on behalf of Plaintiff Claudia Z. Springer solely in her capacity as Chapter 7 Trustee of the bankruptcy estates of the Blackford Debtors rowe@chipmanbrown.com

Kurt F. Gwynne
on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Other Prof. Reed Smith LLP kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Examiner Edward A. Phillips kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Other Prof. Getzler Henrich & Associates LLC kgwynne@reedsmith.com gwynne-1654@ecf.pacerpro.com

Lane E. Brody
on behalf of Plaintiff Pinnacle Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff David Zook lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff David L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Paul and Deborah Parreira Family 2005 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Karen L. Parreira 2023 Irrevocable Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Diane K. Poole lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Summit Asset Management LLC lb@saxtonstump.com, alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Creditor J. Richard Haller lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Jerry D. Hostetter lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lane E. Brody
on behalf of Plaintiff Hostetter Family Trust lb@saxtonstump.com alion@saxtonstump.com;rconnaughton@saxtonstump.com;epalmer@saxtonstump.com;wbartholomew@saxtonstump.com

Lauren Sisson
on behalf of Creditor Chicago Atlantic Admin LLC lauren.sisson@haynesboone.com

Marc D. Miceli
on behalf of Creditor Receiver of Golden Gate Investment Company LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marc D. Miceli
on behalf of Interested Party Steven Mitnick mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Marc D. Miceli
on behalf of Creditor Paramount Management Group LLC mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund A LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A IX LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity Fund IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A II LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund D LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A VI LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity I LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D VI LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A VI LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A IX LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D III LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B VI LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity I LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B VI LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A VII LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund V LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Defendant Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund D BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff WF Velocity Fund VI LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund A II LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor WF Velocity Fund VII LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund A IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B VII LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Creditor Prestige Fund B IV LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B II LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund B BTM I LLC mkizner@stark-stark.com

Marshall T. Kizner
on behalf of Plaintiff Prestige Fund D VI LLC mkizner@stark-stark.com

Martin J. Weis
on behalf of Defendant Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Martin J. Weis
on behalf of Creditor Orrstown Bank mweis@dilworthlaw.com ctomlin@dilworthlaw.com

Matthew G. Brushwood
on behalf of Creditor Carol Welkowitz mbrushwood@barley.com dkline@barley.com

Nancy Isaacson
on behalf of Plaintiff Randall Leaman nisaacson@greenbaumlaw.com

Nancy Isaacson
on behalf of Creditor Randall Leaman nisaacson@greenbaumlaw.com

Natalie R Young
on behalf of Spec. Counsel Leo M Gibbons nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Ethan Heller nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Accordo L.P. nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Brookfield GP LLC nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Brookfield Partners nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Brookfield L.P. nyoung@macelree.com

Natalie R Young
on behalf of Interested Party Taite Heller nyoung@macelree.com

Rachel A. Parisi
on behalf of Creditor Gallimore Properties L.L.C. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Richard Kanowitz
on behalf of Creditor Chicago Atlantic Admin LLC richard.kanowitz@haynesboone.com

Richard D. Trenk
on behalf of Interested Party Ethan Heller rtrenk@trenkisabel.law rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard D. Trenk
on behalf of Interested Party Charlene Heller rtrenk@trenkisabel.law rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard D. Trenk
on behalf of Interested Party Accordo L.P. rtrenk@trenkisabel.law, rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard D. Trenk
on behalf of Interested Party Brigantine Group (L.P.) rtrenk@trenkisabel.law rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard D. Trenk
on behalf of Interested Party Taite Heller rtrenk@trenkisabel.law rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard D. Trenk
on behalf of Interested Party Brookfield Partners rtrenk@trenkisabel.law rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Robert S. Roglieri
on behalf of Interested Party Taite Heller rroglieri@trenkisabel.law jreinhart@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Accordo L.P. rroglieri@trenkisabel.law, jreinhart@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Brigantine Group (L.P.) rroglieri@trenkisabel.law jreinhart@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Charlene Heller rroglieri@trenkisabel.law jreinhart@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Ethan Heller rroglieri@trenkisabel.law jreinhart@trenkisabel.law

Robert S. Roglieri
on behalf of Interested Party Brookfield Partners rroglieri@trenkisabel.law jreinhart@trenkisabel.law

Sari Blair Placona
on behalf of Other Prof. Withum Smith & Brown PC splacona@msbnj.com

Sari Blair Placona
on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
on behalf of Defendant Daryl Fred Heller splacona@msbnj.com

Sari Blair Placona
on behalf of Accountant The DMC Group CPAs & Advisors LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Debtor Daryl Fred Heller splacona@msbnj.com

Sean C Southard
on behalf of Trustee Fred Stevens ssouthard@klestadt.com

Sean C Southard

| | |
|---|---|
| | on behalf of Trustee Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com |
| Sean C Southard | on behalf of Interested Party Fred Stevens Chapter 11 Trustee of the Estate of Daryl Fred Heller ssouthard@klestadt.com |
| Stephen V. Falanga | on behalf of Interested Party Luma Financial Group LLC sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law |
| Steven J. Mitnick | on behalf of Creditor Receiver of Golden Gate Investment Company LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Creditor Paramount Management Group LLC smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Interested Party Steven Mitnick smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Fulton Bank N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 282