UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Christopher Reilly
286 Madison Ave., 11th Fl.
New York, New York 10017
Tel: (212) 972-3000
Fax: (212) 972-2245

*Counsel to Fred Stevens, in his capacity as Chapter 7 Trustee.*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

**AMENDED CERTIFICATION CONCERNING PROPOSED ORDER**

I, Christopher Reilly, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled **Consent Order Granting Debtor's Voluntary Waiver of Discharge Pursuant to 11 U.S.C. §727(a)(10)** submitted on 10/22/2026:

**Orders to be Submitted**

1.) ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ❑ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

**<u>Consent Orders</u>**

3.) ❑ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ☒ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

5.) ❑ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Fred Stevens, Chp. 7 Trustee | ☒ Trustee |
| | ❑ U.S. Trustee |
| | |
| | |
| | |

This Amended Certification of Counsel is submitted solely for the purpose of replacing the proposed Consent Order inadvertently attached to the Certification of Counsel filed at ECF No. 813. The corrected proposed Consent Order is annexed hereto as Exhibit A and supersedes the version previously filed. No other changes have been made to the Certification.

I certify under penalty of perjury that the foregoing is true.

Date: <u>10/22/2026</u> *<u>/s/ Christopher Reilly</u>*
Signature