Docusign Envelope ID: 3AA0A2CE-74D1-8881-8144-4D29D8FBA033


**Order Filed on October 23, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Sean C. Southard
Christopher Reilly
286 Madison Avenue, 11th Floor
New York, New York 10017
Tel: (212) 972-3000
Fax: (212) 972-2245

*Counsel to Fred Stevens, in his capacity as Chapter 7 Trustee.*

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11354 (JNP)<br><br>Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER GRANTING DEBTOR'S VOLUNTARY WAIVER OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(10)**

The relief set forth on the following pages, numbered two (2) to three (3), is hereby **ORDERED**.

**DATED: October 23, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Daryl Fred Heller

Case No: 25-11354 (JNP)

Caption of Order: Consent Order Granting Debtor's Voluntary Waiver of Discharge Pursuant to 11 U.S.C. § 727(a)(10)

Fred Stevens (the "Trustee"), Chapter 7 trustee of the estate of Daryl Fred Heller (the "Debtor"), and (B) the Debtor, have agreed to the following terms of this stipulated order and accordingly, for good cause shown:

**IT IS SO ORDERED** as follows:

1. Voluntary Waiver of Discharge. Effective upon entry of this Order, the Debtor shall have voluntarily waived any entitlement to a discharge in this bankruptcy case pursuant to 11 U.S.C. § 727(a)(10) of the Bankruptcy Code.

2. Clerk's Notice of No Discharge. Upon entry of this Order, the Clerk of this Court shall promptly enter and provide a notice that the Debtor has waived and is not receiving a discharge in this case pursuant to Fed. R. Bankr. P. 4006 and shall serve such notice on all parties entitled to notice pursuant to Fed. R. Bankr. P. 2002(f)(6).

3. Bankruptcy Court Jurisdiction. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order, including, without limitation, for purposes of enforcing the terms and conditions of this Order.

4. No Admissions. The Debtor shall not be deemed to have admitted to any wrongdoing, to any of the allegations set forth in any pleadings filed by other creditors or parties to this case, or to having any liability to any parties, solely by virtue of having voluntarily waived his discharge.

5. Representation by Counsel. By signing the consent to entry of this Order below, the Debtor has acknowledged that he had the opportunity to be represented by counsel of his

choosing in connection with this Order and the waiver of his discharge, and that he had the full right and opportunity to consult with any such attorney(s) in connection with this Order and the waiver of his discharge.

**THE FOREGOING TERMS OF THIS ORDER ARE EXPRESSLY CONSENTED TO AND AGREED:**

Dated: October 20, 2026

Signed by:
By: Daryl Heller
6C6B0356683348A...
Daryl Fred Heller, Debtor

Dated: October 20, 2026

**McMANIMON, SCOTLAND & BAUMANN, LLC**

Signed by:
By: Sari B. Placona
1B502B23A02A4A3...
Sari B. Placona
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
Tel: (973) 721-5030
Email: SPlacona@MSBNJ.com

*Counsel to the Debtor*

Dated: October 20, 2026

DocuSigned by:
By: Fred Stevens
848664190E3E4B7...
Fred Stevens, as Chapter 7 Trustee of the Estate of Daryl Fred Heller

Dated: October 20, 2026

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

DocuSigned by:
By: Sean C. Southard
64EF8E60AC0942C...
Sean C. Southard
Christopher J. Reilly
286 Madison Avenue, 11th Floor
New York, New York 10017
Tel: (212) 972-3000
Email: ssouthard@klestadt.com
creilly@klestadt.com

*Counsel to the Trustee*