Form dyrvdsc − ntcdydscv27.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11354−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daryl Fred Heller
909 Greenside Drive
Lititz, PA 17543

Social Security No.:
xxx−xx−1231

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER**
**DENYING OR REVOKING DEBTOR'S DISCHARGE**

You are hereby notified that an order denying or revoking the:

- [x] debtor's
- [ ] joint debtor's

discharge was entered in this case on .

Dated: October 23, 2026
JAN: cmf

Jeanne Naughton
Clerk