**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Counsel for Luma Financial Group, LLC*

| | |
|---|---|
| In Re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Bankr. Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Hon. Jerrold N. Poslusny, Jr., U.S.B.J. |

## NOTICE OF WITHDRAWAL OF COUNSEL STEPHEN V. FALANGA

**PLEASE TAKE NOTICE** that Stephen V. Falanga withdraws his appearance on behalf of Luma Financial Group, LLC, in the above-captioned matter, and requests removal from electronic notification and all service lists.

**PLEASE TAKE FURTHER NOTICE** that Luma Financial Group, LLC will continue to be represented by Christopher M. Hemrick with the firm of Walsh Pizzi O'Reilly Falanga LLP.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: October 30, 2026

*/s/ Stephen V. Falanga*
Stephen V. Falanga